IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, and THERESA MARIE SIMEONE, In Her Own Right and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In Her Own Right | : : : CIVIL ACTION NO. 02CV4852 : : : JURY TRIAL DEMANDED : : |
| v. | : : |
| BOMBARDIER-ROTAX GmbH, Individually and as a Joint Venture and/or d/b/a Rotax, et al. | : : |

## NOTICE OF FILING

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files Affidavit of Celeste Ingalls, a copy of which is attached hereto.

_____
Arthur Alan Wolk, Esquire
Philip J. Ford, Esquire
Christopher J. Cerksi, Esquire
WOLK & GENTER
Attorney I.D. Nos. 02091; 52419; 89611
1710-12 Locust Street
Philadelphia, PA  19103
(215) 545-4220
Attorney for Plaintiffs