UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| **Plaintiffs** | |
|---|---|
| ---------------------------- | : CIVIL ACTION NO.: 2:02-cv-04852-(BMS) |
| THERESA MARIE SIMEONE, et al., | |
| v. | |
| **Defendants** | |
| ---------------------------- | |
| BOMBARDIER-ROTAX GmbH, et al., | |

### STIPULATION OF EXTENSION

And now, this 15th day of July, 2003, it is hereby agreed by and between Christopher J. Cerski, Esquire (Wolk & Genter), counsel for plaintiffs, and Jonathan Dryer, Esquire, (Wilson, Elser, Moskowitz, Edelman & Dicker, LLP), counsel for defendants Bombardier Inc. and Bombardier Corporation, that the time in which said defendants shall answer or serve motions in response to the first amended complaint shall be extended for a period of 30 days from the date of this stipulation. This is the first such extension.

```
_____
Jonathan Dryer, Esquire
Pa. Attorney I.D. No. 34496
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
The Curtis Center, Suite 1130E
Philadelphia, PA 19106
215-627-6900
Attorneys for Defendants Bombardier Inc. and
Bombardier Corporation
```

289977.1

_[signature]_
Christopher J. Cerski, Esq.
Pa. Attorney I.D. No. 89611
Wolk & Genter
1710-12 Locust Street
Philadelphia, PA 19103
215-545-4220
Attorneys for Plaintiffs Theresa Simeone and Mary Ann Lengyel

APPROVED:

_____
The Honorable

289977.1