IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, et al., | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | |
| BOMBARDIER-ROTAX GMBH, Individually and as a Joint Venture and/or d/b/a ROTAX et al., | : : : | No. 02-4852 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **29th** day of **July**, **2004**, it is hereby **ORDERED** that:

1. A Rule 16 conference is scheduled in the above-referenced case for **Tuesday, August 10, 2004** at **11:00 a.m.** in Chambers, Room 5614.

2. The parties shall make the required initial disclosures under FED. R. CIV. P. 26(a) and shall commence discovery immediately. It is expected that the parties shall have conducted substantial discovery by the time of the Rule 16 conference.

3. Counsel are directed to obtain copies of Judge Schiller's "Scheduling Policy Statement" and "Conference Information Report" from the Court's website at http://www.paed.uscourts.gov, review the Scheduling Policy Statement before completing the Conference Information Report, and bring the completed Conference Information Report to the Rule 16 conference.

BY THE COURT:

_____
**Berle M. Schiller, J.**