IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, and THERESA MARIE SIMEONE, In Her Own Right, and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In Her Own Right : : : : : : : : : : : : : | CIVIL ACTION NO. 02CV4852  JURY TRIAL DEMANDED |
| v. : : : | |
| BOMBARDIER-ROTAX GmbH, et al. : | |

## ENTRY OF APPEARANCE

<u>TO THE CLERK OF COURT</u>:

      Kindly enter my appearance as co-counsel on behalf of plaintiffs in the above-entitled action.

Dated: August 4, 2004

Respectfully submitted,

_____
Alan D. Mattioni, Esquire
Attorney ID: 64259
THE WOLK LAW FIRM
1710-12 Locust Street
Philadelphia, PA 19103
(215) 545-4220
(215) 545-5252 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 4, 2004, a true and correct copy of the foregoing was served upon the following via First Class Mail, postage prepaid, upon the following:

**Attorney for Bombardier Corporation, Bombardier, Inc. & Bombardier-Rotax GmbH**

Jonathan Dryer, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
The Curtis Center, Suite 1130 East
Independence Square
Philadelphia, PA  19106
215-627-6900

**Attorney for Jersey Central Power & Light and First Energy Corporation, Pennsylvania Electric Co., GPU Inc. GPU Energy Inc. and Metropolitan Edison**

Nathaniel E.P. Ehrlich, Esquire
ANAPOL, SWARTZ, WEISS, COHAN,
  FELDMAN & SMALLEY
146 North 6th Street
Reading, PA  19601
610-375-2750

THE WOLK LAW FIRM

Alan D. Mattioni, Esquire
1710-12 Locust Street
Philadelphia, PA  19103
(215) 545-4220
(215) 545-5252 (facsimile)