UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| **Plaintiffs** | : |
| -------------------------- | : |
| | : |
| THERESA MARIE SIMEONE, et al., | : CIVIL ACTION NO.: 2:02-cv-04852- |
| v. | : (BMS) |
| | : |
| **Defendants** | : |
| -------------------------- | : |
| | : |
| BOMBARDIER INC., AND BOMBARDIER CORPORATION | : |
| | : |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of defendant Bombardier Inc., and Bombardier Corporation in the above-captioned matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
Hope Lester, Esquire

Dated: August 5, 2004

120974.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
THE CURTIS CENTER • SUITE 1130 EAST • INDEPENDENCE SQUARE WEST • PHILADELPHIA, PA 19106
PHONE: (215) 627-6900 • FAX: (215) 627-2665