IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARINE SIMEONE et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> BOMBARDIER-ROTAX GmbH & Co. KG, et al., : <br> : <br> Defendants. : | CIVIL ACTION NO. 02-CV4852 |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of defendant BRP-Rotax GmbH & Co. KG f/k/a Bombardier -Rotax GmbH & Co. KG.

By: _____
Kelly A. Waters, Esq.
33 Washington Street – 18th Floor
Newark, NJ 07102
Tel: (973) 624-0800
Fax: (973) 624-0808

and

By: _____
Robert J. Kelly, Esq.
33 Washington Street – 18th Floor
Newark, NJ 07102
Tel: (973) 624-0800
Fax: (973) 624-0808

355734.1

        and    */s/ Jonathan Dryer*

Jonathan Dryer, Esquire
Pa. Attorney No. 34496
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
The Curtis Center, Suite 1130E
Philadelphia, PA 19106
215-627-6900

Attorneys for Defendant BRP-Rotax GmbH & Co. KG

DATE: 8/9/04