IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA MARIE SIMEONE, et al.,** | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **BOMBARDIER-ROTAX GMBH, et al.,** | : | No. 02-4852 |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this **29th** day of **October**, **2004**, following a telephone conference with the parties on October 22, 2004, and upon consideration of Defendants' letter to this Court of October 28, 2004, it is hereby **ORDERED** that the jurisdictional discovery schedule is amended as follows:

1. By **Friday, November 5, 2004,** Defendants shall produce the jurisdictional discovery documents ordered during the October 22, 2004 telephone conference. Failure to produce those documents by this date will cause Defendants to suffer sanctions in the amount of $1,000 a day.

2. By **Friday, December 10, 2004,** the parties shall complete all depositions related to jurisdictional discovery. So as to allow Plaintiffs sufficient time to review all necessary documents, the witnesses offered by Defendants shall be deposed no earlier than Friday, November 12, 2004.

3. By **Wednesday, December 22, 2004,** Defendants shall file any motions to dismiss for lack of personal or subject-matter jurisdiction. There will be no continuance from this date.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**