IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| THERESA MARIE SIMEONE, et al. | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 02CV4852 |
| BOMBARDIER-ROTAX GmbH & Co. KG, et al., | : NOTICE OF MOTION TO DISMISS |
|  | : PLAINTIFFS' COMPLAINT FOR |
| Defendants. | : LACK OF PERSONAL |
|  | : JURISDICTION AND NOTICE OF |
|  | : MOTION FOR SUMMARY |
|  | : JUDGMENT |

**PLEASE TAKE NOTICE,** upon the annexed Certification of Robert J. Kelly, dated December 22, 2004, the exhibits annexed thereto, and the accompanying Memoranda of Law, the undersigned, attorneys for Defendants, BRP-Rotax GmbH & Co. KG f/k/a Bombardier-Rotax GmbH & Co. KG will make an application to this Court at a time and place designated by the Court, for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss Plaintiffs' Complaint with prejudice for lack of personal jurisdiction; and

**PLEASE TAKE FURTHER NOTICE,** upon the aforementioned Certification and Memoranda of Law, the undersigned, attorneys for Defendants Bombardier Inc. and Bombardier Corporation will make application to this Court at a time and place designated by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, for Summary Judgment dismissing any and all claims against Defendants with prejudice on the ground that there is no

380925.1

genuine issue of material fact and said Defendants are entitled to judgment as a matter of law, and for such other relief as the Court may deem just and proper.

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
        Attorney for Defendant BRP-Rotax GmbH & Co. KG and
        Bombardier Inc. and Bombardier Corporation

BY: *Robert J. Kelly*
        Robert J. Kelly, Esquire
        33 Washington Street – 18th Floor
        Newark, N.J. 07102

        And

By:    Jonathan Dryer, Esq.
        P.A. Attorney ID 34496
        The Curtis Center-Suite 1130 East
        Independence Square West
        Philadelphia, PA 19106

Dated: December 22, 2004

380925.1