IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER-ROTAX GmbH & Co. KG, et al.,<br><br>Defendants. | CIVIL ACTION NO. 02CV4852<br><br>ORDER DISMISSING PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND ORDER FOR SUMMARY JUDGMENT DISMISSING ANY AND ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE |

**THIS MATTER** having been opened to the Court by Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Defendant, BRP-Rotax GmbH & Co. KG f/k/a Bombardier-Rotax GmbH & Co. KG and Defendants Bombardier Inc. and Bombardier Corporation, for an Order dismissing Plaintiffs' Complaint, with prejudice, for lack of personal jurisdiction, pursuant to *Fed. R. Civ. P.* 12(b)(2) and for Summary Judgment dismissing any and all claims against Defendants with prejudice, pursuant to *Fed. R. Civ P.* 56, and the Court having considered the moving papers and any opposition filed thereto; and for good cause having been shown,

**IT IS** on this _____ day of _____, 2005

380930.1

**ORDERED** that Plaintiffs' Complaint be dismissed with prejudice as against Defendant, BRP-Rotax GmbH & Co. KG f/k/a Bombardier-Rotax GmbH & Co. KG with prejudice; and it is further

**ORDERED** that Summary Judgment be granted in favor of Defendants Bombardier Inc. and Bombardier Corporation, dismissing any and all claims against Defendants with prejudice; and it is further

**ORDERED** that a copy of this Order be served upon all counsel of record Within _____ days of the date hereof.

_____
U.S.D.J.

380930.1