IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, et al. | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 02CV4852 |
| BOMBARDIER-ROTAX GmbH & Co. KG, et al., | : |
| Defendants. | : |

**CERTIFICATION OF MAILING**

I, Jennifer Rowley certify as follows:

I am a paralegal employed by the firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP attorneys for Defendants in the within matter. I made service of the within Notice of Motion, together with the supporting Brief, Certification of Counsel, and Form of Order on behalf of the herein named Defendant upon:

381083.1

ARTHUR A. WOLK, ESQ.
WOLK & GENTER
1710-12 Locust Street
Philadelphia, Pennsylvania 19103
Attorneys for Plaintiffs
       and

Attorneys for Defendants Pennsylvania Electric Company,
First Energy Corporation, GPU Energy Incorporated,
Jersey Central Power & Light Company, GPU Incorporated, and
Metropolitan Edison Company ("Energy Defendants")
NATHANIEL E.P. EHRLICH, ESQ.
ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.
146 N. 6th Street
Reading, PA. 19601

by sending a clear copy of the same to them at their offices via hand-delivery.

  I certify that the original of the within Notice of Motion, Brief, Certification of Counsel, and Form of Order was hand-delivered to the Clerk of the United States District Court Eastern District of Pennsylvania on this same date.

  I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                /s/ Jennifer Rowley
                Jennifer Rowley

DATED: December 22, 2004

381083.1