# EXHIBIT F

344036.1

**COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, ) | |
| Personal Representative ) | |
| of the Estate of Albert ) | |
| Francis Simeone, Jr., ) | |
| Deceased, and THERESA ) | |
| MARIE SIMEONE, In Her Own ) | |
| Right, and MARY ANN ) | |
| LENGYEL, Personal ) | |
| Representative of the ) | |
| Estate of George Lengyel, ) | |
| Deceased, and MARY ANN ) | |
| LENGYEL, In Her Own Right ) | |
| ) CIVIL ACTION NO. 02CV4852 | |
| Plaintiffs,      ) | |
| vs.              ) JURY TRIAL DEMANDED | |

```
                                    )

BOMBARDIER-ROTAX GmbH,              )

et al.                              )

                                    )

__           Defendants.    __)
```

ORAL DEPOSITION

JOSEF FUERLINGER

December 3, 2004

ORAL DEPOSITION OF JOSEF FUERLINGER, produced as

a witness at the instance of the Plaintiffs and duly

sworn, was taken in the above-styled and numbered

cause on the 3rd day of December, 2004, from 9:43

a.m. to 5:26 p.m., before Michelle Hartman-Solari,

Certified Shorthand Reporter and Registered

Professional Reporter, reported by computerized

Page 3

```
 1   of Civil Procedure and the provisions stated on the
 2   record or attached hereto.
 3
 4                        APPEARANCES
 5
     FOR PLAINTIFFS:
 6
         Christopher J. Cerski
 7       The Wolk Law Firm
         1710-12 Locust Street
 8       Philadelphia, Pennsylvania 19103
         Telephone: 215-545-4420 - Fax: 215-545-5252
 9       E-mail: cerski@airlaw.com
10   FOR BOMBARDIER-ROTAX GMBH:
11       Robert John Kelly
         Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
12       33 Washington Street
         Newark, New Jersey 07102
13       Telephone: 973-624-0800 - Fax : 973-624-0808
         E-mail: kellyr@wemed.com
14
15   FOR DEFENDANT BOMBARDIER RECREATIONAL PRODUCTS, INC.:
16       Jean-Francois Denis
         Bombardier Recreational Products, Inc.
17       726 Saint-Joseph Street
         Valcourt, Quebec
18       Canada JOE 2LO
         Telephone: 450-532-6107 - Fax : 450-532-6494
19       E-mail: jean-francois.denis@brp.com
20   ALSO PRESENT:
21       Mag. Renate Huber-Scheinecker, Interpreter
22
23
24
25
```

Josef Fuerlinger
December 3, 2004

Page 8

1    to finish my questions.  Okay?

2         A.    Okay, yes.

3         Q.    Our goal here is to get a complete and

4    accurate testimony.  So, again, if you have any

5    questions during the deposition, please don't

6    hesitate to ask me.  Okay?

7         A.    Yes.

8         Q.    If at any time during the deposition you

9    need a break, please just ask.  Okay?

10        A.    Thank you.

11        Q.    Okay.  Mr. Fuerlinger, I'm going to show

12   you what's marked as Exhibit A.  This is the notice

13   of deposition that we provided to Bombardier-Rotax

14   for this case.  Have you seen this document before?

15             (Witness reads document)

16             THE WITNESS:  Yes.

17        Q.    (BY MR. CERSKI):  Okay.  And with the

18   deposition of --

19             MR. CERSKI:  Is it 8 and 9?

20             MR. KELLY:  I think -- oh, they're

21   together.  It's two in a row.

22             MR. CERSKI:  Yeah, 8 and 9.

23        Q.    (BY MR. CERSKI):  With the exception of 8

24   and 9, which pertain to lawsuits which I will not be

25   asking you questions about today, are you here today

Josef Fuerlinger
December 3, 2004

Page 9

1    to testify on behalf of Bombardier-Rotax with regard

2    to the areas that are outlined in that deposition

3    notice?

4        A.    That's correct.

5        Q.    And do you possess the necessary knowledge

6    to testify with regard to those --

7        A.    I'll do my best efforts.

8        Q.    And you agree to testify here on behalf of

9    Bombardier-Rotax today?

10       A.    Yes.

11       Q.    From this point forward, do you mind if I

12   just use the term "Rotax" to describe

13   Bombardier-Rotax, which I think is now BRP Rotax?

14               MR. KELLY:   I think we will agree to

15   that.

16               THE WITNESS:   Yes.

17       Q.   (BY MR. CERSKI):   Are you taking any

18   medications that would prevent you from truthfully

19   testifying here today?

20       A.    No.

21       Q.    Should you be taking any medications that

22   would allow to truthfully testify?

23       A.    No.

24       Q.    Is there any reason why you cannot

25   truthfully or completely testify today?

Josef Fuerlinger
December 3, 2004

Page 10

 1      A.      There's no reason.

 2      Q.      Without divulging conversations that you

 3  may have had between yourself and Mr. Kelly or

 4  your -- or Bombardier's -- I should say Rotax's other

 5  attorneys --

 6                      (Knock at deposition door)

 7                      MR. KELLY:  For water.

 8                      (Discussion off the record)

 9                      MR. CERSKI:  I will repeat my

10  question, at least the first part of it.

11      Q.   (BY MR. CERSKI):  Without divulging any

12  conversations that you may have had between yourself

13  and Rotax's attorneys, what did you do to prepare for

14  this deposition today?

15      A.      I reviewed today the document of

16  Appendix A, and I got the preparation in talking with

17  my attorney.

18                      MR. KELLY:  When he says "appendix,"

19  he means --

20                      MR. CERSKI:  He means this document,

21  yeah.

22      Q.   (BY MR. CERSKI):  Did you review any

23  documents before coming here, other than Exhibit A?

24      A.      I had a look on the contract of -- the

25  distributor contract between Rotax and our authorized

Josef Fuerlinger
December 3, 2004

Page 13

1    Q.    Okay.  Thank you.  What's your address?

2                 MR. KELLY:  Well, he -- I don't think

3    it's necessary for him to divulge his personal

4    address.  He's an employee of Rotax.

5    Q.    (BY MR. CERSKI):  Okay.  Can you give me the

6    formal address, the mailing address.  If I wanted to

7    send something to Rotax, what's the mailing address

8    of Rotax?

9    A.    It's -- it's 4623, Gunskirchen,

10   Welserstrasse Street No. 1.

11   Q.    Okay.  Let's just talk briefly about your

12   educational background.  Did you -- did you attend

13   college?

14   A.    In Austria we have a different education

15   program and maybe different names --

16   Q.    Okay.

17   A.    -- as the definition of what you

18   reference.

19   Q.    Why don't you explain to me, then, what

20   your educational background is.

21   A.    I went -- I started with the beginning of

22   my education, I went into the primary and

23   secondary -- secondary schools in Austria; and later

24   on I went to a special program where -- which is an

25   engineering program to get my engineering degree.

Josef Fuerlinger
December 3, 2004

Page 14

1    And that was a five-years program after I got the --

2    it is finished.

3        Q.    Does the degree have a name?  For example,

4    in the United States a degree may be called a

5    bachelor's degree or a master's degree or a doctorate

6    degree.  Does the degree have a name in Austria?

7        A.    Engineer.

8        Q.    So it's just a degree in engineering?

9        A.    Yeah.

10       Q.    And did you have -- after you received your

11   degree in engineering, did you get any further

12   schooling?

13       A.    I went through some special program

14   training, some on -- for different areas.

15       Q.    Areas at Rotax or areas independent of

16   Rotax?

17       A.    Independent.

18       Q.    Can you just give me maybe a list of those

19   areas.

20       A.    A special education program for a welding

21   engineer and some of the cost calculation programs

22   for reference.

23       Q.    Okay.  Let's talk about your work history.

24            How long have you been with Rotax?

25       A.    Since beginning of 1990.

Josef Fuerlinger
December 3, 2004

Page 17

1       Q.      Research and development?

2       A.      At this given time frame when we started

3   there was standard products where we had not

4   integrated their research because there was no

5   research program available.

6       Q.      How about an engineering department?

7       A.      What is your engineering department?

8       Q.      What I'm referencing is:  Did you have a

9   department of engineers that reported to you as a

10  vice president for Rotax aircraft engines?

11      A.      This has been integrated or established --

12  or I would say established later during the time when

13  I was in charge of the Rotax aircraft engine.

14      Q.      Can you give me a time frame.

15      A.      Well, roughly 2001.

16      Q.      And did you have a department or a person

17  who worked directly for you that communicated with

18  governmental authorities, such as the FAA or the

19  Austrian equivalent?

20      A.      We don't have a person within the quality

21  department which did -- within the normal course of

22  business with the Austrian authority communication

23  because there is only one central point for us for

24  certification programs if we do such.

25      Q.      Any other departments that we haven't

Josef Fuerlinger
December 3, 2004

Page 18

1    talked about here this morning that reported to you

2    as vice president for Rotax aircraft engines?

3         A.    Not I'm recalling any.

4         Q.    Okay.  If at any time during the deposition

5    you do recall or you just want to let me know, feel

6    free to do that; and if you think of one and it pops

7    into your head and you go, oh, that was it, you could

8    just let me know that at the time.

9                    As director of new business

10   development, is this specifically for the Rotax

11   aircraft engines, or is this now specifically for

12   Rotax in general?

13        A.    It's specific for everything else, what

14   Rotax does today.  It's basically out of the normal

15   scope of business where Rotax is in.

16        Q.    Okay.

17        A.    I hope this is the right definition.

18        Q.    So when you're the director of new business

19   development, it's for all of Rotax's engines,

20   products, everything at Rotax?

21        A.    As the definition stands for, I'm looking

22   for new business opportunities where Rotax is not yet

23   in as of today.

24        Q.    Okay.  Give me a broad definition of what

25   Rotax does.

Josef Fuerlinger
December 3, 2004

Page 19

1    A.    Rotax is a manufacturer of a two-stroke and

2    four-stroke gasoline engine.

3    Q.    And who are Rotax's customers?

4            MR. KELLY:  Just as we proceed, I want

5    everyone to understand that your questions, although

6    posed in the present tense, are set within a time

7    frame of 1998 --

8            MR. CERSKI:  Through 2002.

9            MR. KELLY:  -- through 2002.

10           MR. CERSKI:  Yes.

11           MR. KELLY:  Do you understand that?

12           THE WITNESS:  1998?

13           MR. KELLY:  1998 -- five years:  1998,

14   '99, 2000, 2001, 2002.

15           THE WITNESS:  Thank you for the

16   clarification.

17           MR. CERSKI:  Sure.

18           MR. KELLY:  And if you need to hear

19   the question again because I jumped in there, maybe

20   the court reporter will read it back.

21           THE WITNESS:  Yes, please.

22           (The record was read as requested)

23           MR. KELLY:  Do you want each name, or

24   do you want a general array of types of customers?

25   Q.    (BY MR. CERSKI):  Well, why don't you start

Josef Fuerlinger
December 3, 2004

Page 29

1        A.        They would cover it.

2        Q.        Okay.  And Aprilia and BMW, do they

3    purchase spare parts?

4        A.        Yes.

5        Q.        Let's talk a little bit about the governing

6    structure of Rotax.  Do you understand my question?

7        A.        Yes.

8        Q.        Okay.  Who runs -- and when I say "who," I

9    mean title, the person.

10                     Who runs Rotax at the top on a

11    day-to-day basis?

12                     MR. KELLY:  Title.

13                     THE WITNESS:  Geschaetsfuehrer.

14                     THE INTERPRETER:  It's translated

15    either as manager director or as general manager.

16        Q.    (BY MR. CERSKI):  And who was that person

17    during 1998 to 2002?

18        A.        There have been certain changes in the

19    period of time.

20        Q.        Okay.  Can you tell me who -- I mean how

21    many changes?

22        A.        By my recollection, three.

23        Q.        Okay.  Can you tell me who those three

24    people were?

25        A.        Mr. Lucea, Mr. Lewis and Mr. Ploeckinger.

Josef Fuerlinger
December 3, 2004

Page 30

```
 1      Q.    Does this general manager report to
 2  someone?
 3      A.    What is the definition of "someone"?
 4      Q.    Okay.  Does it -- does he or she have a
 5  boss?
 6              MR. KELLY:  Do you mean an individual?
 7  Because --
 8              MR. CERSKI:  Yeah, I mean --
 9              MR. KELLY:  -- you already asked who
10  the top person was.
11              MR. CERSKI:  I understand that.
12      Q.    (BY MR. CERSKI):  Well, I guess what I'm
13  asking is --
14              MR. KELLY:  Who does that person
15  report to?
16      Q.    (BY MR. CERSKI) -- who do they report to?
17  Are they the end-all or do they report to someone
18  else, for example, someone at BRP, the division at
19  that time?
20      A.    Rotax -- I mean Bombardier-Rotax GmbH is an
21  Austrian corporation fully under Austrian law and,
22  therefore, the general manage --
23              THE WITNESS:  General managing
24  director?  How do you say?
25              THE INTERPRETER:  General manager,
```

Josef Fuerlinger
December 3, 2004

Page 72

1       Q.      Well, how about of the 5,000, how many --

2    how many engines on average are certified?

3       A.      Two percent, roughly.  In a magnitude.

4       Q.      And how many distributors of certified

5    engines do you have?

6       A.      Sorry, sir.  Can you say that again.

7       Q.      Sure.

8                       (Interpreter interprets)

9                       THE WITNESS:  We make no distinction

10   with -- between certified and non-certified

11   distributor.

12      Q.      (BY MR. CERSKI):  Well, you do as it relates

13   to the United States because Kodiak does uncertified

14   engines, whereas Rotech has the certified market for

15   the United States.

16                      MR. KELLY:  Is there a question?

17      Q.      (BY MR. CERSKI):  Yeah.  So the question is:

18   Is that the only -- with regards to the territory for

19   the United States, the only distinction where you

20   actually make a difference between certified and

21   uncertified?

22                      MR. KELLY:  Objection in that it's

23   your testimony at this point that -- so I'm just

24   suggesting --

25                      MR. CERSKI:  That's fine.

Josef Fuerlinger
December 3, 2004

1           MR. KELLY:  I'm just suggesting that

2    you ask him if that's the case.

3           MR. CERSKI:  Sure.

4           MR. KELLY:  And then you can proceed.

5           MR. CERSKI:  Sir --

6           MR. KELLY:  You don't have to show him

7    the contract, just ask it.

8           MR. CERSKI:  Yeah, I'll ask him.

9    Q.   (BY MR. CERSKI):  Does Rotech -- does Rotech

10   distribute certified engines to the United States?

11   A.   I don't know.

12          MR. CERSKI:  I'm going to mark the

13   Kodiak contract as Exhibit 20, the Rotech contract as

14   Exhibit 21.

15          For the court reporter it's

16   R-O-T-E-C-H, if you're --

17          THE COURT REPORTER:  Thanks.

18   Q.   (BY MR. CERSKI):  Under the definition

19   section on both of these documents there's a

20   reference to territory, and the question is:  On the

21   Rotech document it specifically says that Rotech is a

22   distributor for Canada and for the United States as

23   to certified engines, and I believe that the Kodiak

24   document territory refers to Kodiak being a

25   distributor for the United States for uncertified

Josef Fuerlinger
December 3, 2004

Page 75

1          MR. CERSKI:  Oh, I'm sorry.  I'm not

2    sure.  I just assumed it would be in these contracts.

3          THE WITNESS:  And according to the

4    contract, he can distribute the products which are

5    listed in the Appendix A.

6          MR. CERSKI:  This is Rotech.  This is

7    Kodiak.

8          THE WITNESS:  And in the Kodiak

9    Research there is also listed the product under the

10   Exhibit A.

11   Q.    (BY MR. CERSKI):  And they appear to be both

12   the same?

13   A.    And they are both the same.

14   Q.    Okay.  Then my question is -- if you can

15   flip back to the front.  Actually, can I have the

16   contract real quick.

17          (Witness complies)

18          MR. KELLY:  This is --

19   Q.    (BY MR. CERSKI):  Now, in 2001, you were the

20   vice president for the aircraft engines; is that

21   correct?

22   A.    That's correct.

23   Q.    So, since -- when you were vice president,

24   this contract was entered into, why is there a

25   distinction made in the territory section as it

Josef Fuerlinger
December 3, 2004

Page 76

1    relates to the United States?

2                  MR. KELLY:   The territory section

3    being what section?

4                  MR. CERSKI:   Section one definition --

5    or section definitions two.   That's what this is.

6                      (Mr. Cerski indicates)

7                  THE WITNESS:   My recollection is that

8    because he asked for it, to get the certified market.

9        Q.   (BY MR. CERSKI):   Does that mean that

10   they're -- does that mean that Kodiak and Rotech both

11   serve the certified market for the United States?

12       A.     There's no restriction on the Kodiak

13   Research, Limited, Nassau, Bahamas, contract.

14       Q.     Okay.   So that would mean that there are

15   two distributors who can certify engines in the

16   United States, at least two that we see right here?

17       A.     Yes.

18       Q.     What are Rotax's markets?

19                  MR. KELLY:   Object to the form.

20                  THE WITNESS:   Rotax sells product

21   ex-works to some customers such as Bombardier, Inc.,

22   or BMW.

23       Q.   (BY MR. CERSKI):   But what do you consider

24   your market to be?   Who are you targeting?

25                  MR. KELLY:   Object to the form.

Josef Fuerlinger
December 3, 2004

Page 77

1                         THE WITNESS:  Rotax makes engines for

2      special applications such as in watercrafts or

3      motorcycling or aircraft.

4          Q.    (BY MR. CERSKI):  Okay.  Let's talk

5      specifically right now with regard to the aircraft

6      engines.  What are your markets for the aircraft

7      engines?

8                         MR. KELLY:  Object to the form.  What

9      do you mean by "market?"

10                        MR. CERSKI:  Market, I mean a

11     territory --

12                        MR. KELLY:  Do you mean a geographical

13     territory?  Do you mean --

14                        MR. CERSKI:  Yeah.  What countries,

15     what areas does he consider a market from a marketing

16     perspective?

17         Q.    (BY MR. CERSKI):  In your development of new

18     business, if you were trying to develop new business

19     in the aircraft section, what markets would you look

20     to to develop that business?  So what are your

21     markets?  That's what I'm interested in.

22                        MR. KELLY:  Object to the form.

23                        THE WITNESS:  Rotax makes engines

24     for -- as I said before, for different applications.

25     And taking the aircraft engines, Rotech has

Josef Fuerlinger
December 3, 2004

Page 79

1    Q.    No, I understand that.  But who decides

2  who's going to get what territory?

3          MR. KELLY:  I think he answered, and I

4  think you changed the question a little bit but

5  that's -- I don't want to repeat his answer, but it

6  was the answer that he just gave.

7    Q.   (BY MR. CERSKI):  Who wrote this contract?

8    A.    A lawyer.

9    Q.    Did Rotax write this contract?

10    A.    It was a lawyer hired by Rotax who wrote

11  the contract.

12    Q.    For Rotax?

13    A.    For Rotax.

14    Q.    And this area called "Territory," who

15  decided what the area was going to be?

16    A.    That's a result of the mutual discussion

17  between Rotax and the distributor.

18    Q.    Will Rotax -- strike that.  I'm going to

19  give you a hypothetical.

20          If I wanted to become a distributor of

21  Rotax engines for the United States, could I be,

22  assuming I meet the qualifications?

23          MR. KELLY:  Object to form.

24          THE WITNESS:  We have a very long

25  business relationship with Rotax Research --

Josef Fuerlinger
December 3, 2004

Page 81

 1            MR. KELLY:  Object to the form.

 2            THE WITNESS:  I have difficulties to

 3    understand the intent of the question.

 4            THE INTERPRETER:  You want it in

 5    German?  Do you know what it means?

 6            (Translator and witness confer in

 7            German)

 8            THE INTERPRETER:  Mr. Fuerlinger asked

 9    what it means, what the question means, but doesn't

10    understand the intention behind the question.

11        Q.   (BY MR. CERSKI):  All I simply want to know

12    is who -- well, let me ask it this way:  Was it

13    Rotax's decision to establish a distribution network

14    of distributors?

15        A.    Yes.

16        Q.    And Rotax does not have to grant anyone an

17    authorized distributorship?

18            MR. KELLY:  Question?

19        Q.   (BY MR. CERSKI):  Is that correct?

20        A.    That's correct.

21        Q.    Are Rotax engines available for purchase in

22    the United States?

23        A.    Yes.

24        Q.    Do you know where they're available for

25    purchase?

Josef Fuerlinger
December 3, 2004

Page 83

1      A.      That's my definition.

2      Q.      Okay.  And then the -- the service centers

3    that are in the United States, are they the locations

4    where Rotax engines are available for purchase in the

5    United States?

6      A.      Might be.  Yes.

7      Q.      Okay.

8            MR. KELLY:  I think the problem is

9    location.  Off the record.  Or keep it on the record.

10   Location as you walk into a store and buy one, it's

11   kind of beside the point of how one goes about

12   purchasing one of these.  Location, store, you know.

13           MR. CERSKI:  I see what you're saying.

14   As opposed to calling them up or e-mailing or

15   whatever.

16           MR. KELLY:  Right.

17     Q.    (BY MR. CERSKI):  Are the service centers

18   the mechanism by where someone in the United States

19   would purchase a Rotax engine?

20     A.      Could be one area where an end user may or

21   may not purchase an engine.

22     Q.      Are there other areas where they could

23   purchase aircraft engines?

24     A.      Might be.  It could be purchase engines

25   outside of the U.S.

Josef Fuerlinger
December 3, 2004

Page 84

1    Q.    But inside the U.S.?

2    A.    I don't know.

3    Q.    Could the -- could a United States citizen

4    call up Rotax and purchase an engine?

5    A.    No.

6    Q.    They have to go through the distributor; is

7    that correct?

8    A.    Rotax sells only engines to the authorized

9    distributor.

10    Q.    So if you want to purchase a new engine

11    from Rotax, you have to go through one of the

12    authorized distributors, right?

13    A.    Correct.

14    Q.    So if the authorized distributors set up a

15    dealer network in the United States, then you would

16    need to go to the dealers to get the engine from

17    Kodiak to get it from Rotax; is that correct?

18    A.    Rotax has no control over how authorized

19    distributors set up his distribution network within

20    his given territory.

21    Q.    Other than what's specifically articulated

22    in the contract?

23    A.    As defined in the contract.

24    Q.    Okay.  Other than aircraft engines, are --

25    are Rotax engines incorporated into products that are

Josef Fuerlinger
December 3, 2004

Page 104

1    were -- were very heavily changed due to the

2    September 11 impact, so the economics has been

3    totally changed.

4        Q.    Okay.  But this -- this contract was

5    entered into in 1998, wasn't it?

6        A.    2001.

7        Q.    Was it 2001?

8        A.    (Nods.)

9        Q.    Okay.  Well, since then have -- has Rotax

10   established minimum sales for both Kodiak and Rotech?

11       A.    No.

12       Q.    And the reason for that is because of

13   September 11th?

14       A.    And the economical drastic change.

15       Q.    As a result of September 11th?

16       A.    Correct.

17       Q.    So is it fair to say that Rotax recognizes

18   that after September 11th, the United States economy

19   has gone on a downward -- has gone downward?

20       A.    That's what I don't say (sic,) I think the

21   whole economic after September 11th has been changed.

22   The worldwide economic has been changed.

23       Q.    Okay.  Now, do you analyze -- does Rotax

24   analyze the sales of its distributors?  Meaning --

25   let me explain it a little bit first.

Josef Fuerlinger
December 3, 2004

1        Q.    (BY MR. CERSKI):    Is there any training

2    involved when you become a distributor from Rotax?

3        A.    Rotax does provide training to the

4    authorized distributor in Austria.

5        Q.    Is it a single training course, or is it

6    multiple training that happens year after year?

7        A.    Rotax offers this on a regular base --

8        Q.    For --

9        A.    -- to the authorized distributor.

10       Q.    Okay.   Do you publish a distributor list?

11       A.    What do you mean with publish?

12       Q.    Meaning how do you -- how do you let end

13    users know that there's a distributor available?

14       A.    In any engine delivery which is sold

15    ex-works of Rotax, there is documentation included,

16    such as operator's manuals and others.   In this is

17    defined also included the current status of the

18    authorized Rotax distributor.

19       Q.    Okay.   And if I was back home in the United

20    States in Pennsylvania and I wanted to buy a Rotax

21    engine, how would I know to go -- how would I know

22    where to go?   Is there a list provided elsewhere, on

23    your website or anywhere else?

24       A.    There is a Rotax aircraft engine website

25    which provides technical information and supporting

Josef Fuerlinger
December 3, 2004

Page 119

1   of purchase orders, invoices of each purchase

2   order --

3       Q.    Uh-huh.

4       A.      -- on the -- of the authorized

5   distributors.

6       Q.    Have you had correspondence with Rotech or

7   Kodiak as it relates to the sale of engines, meaning

8   their sale of engines?

9       A.    You mean their sales?

10      Q.    Their sales, yeah.  Their productivity.

11                  (Interpreter interprets)

12                  THE WITNESS:  No.

13                  MR. CERSKI:  It's a good time for a

14  break.

15                  MR. KELLY:  Okay.

16                  (Recess taken)

17      Q.    (BY MR. CERSKI):  Can you name for me

18  Kodiak's dealers or service centers in the United

19  States?

20      A.    By my best recollection -- and I don't know

21  if it's accurate, because I'm not anymore involved in

22  the aircraft business -- I think it's LEAF, CPS,

23  California Power Systems, and there must be in a

24  total four or five.

25      Q.    Okay.  And have you ever met any of the

Josef Fuerlinger
December 3, 2004

Page 139

1    engines, maintenance service for the engines; is that

2    correct?

3         A.    This is what the con -- what I read out of

4    the duties of the distributors, but my understanding

5    is they should be able to carry out maintenance work

6    or repair work on engines.

7         Q.    Okay.  Would you say that the -- that the

8    distributors act as a liaison between Rotax and the

9    end user?

10                   MR. KELLY:  Object to the form.

11                   THE WITNESS:  The authorized

12    distributor of Rotax aircraft engines is a total

13    independent organization, corporation of a company,

14    which performs -- he does business on his own and he

15    is -- on his own responsibility.

16         Q.    (BY MR. CERSKI):  But doesn't the

17    distributor do things that Rotax would generally do

18    if the distributor did not exist?

19                   MR. KELLY:  Object to the form.

20                   THE WITNESS:  Um --

21                   MR. KELLY:  You know, I've been pretty

22    reasonable about hypothetical questions today since

23    this was supposed to be a fact-based deposition, but

24    I really don't see how he should be required to

25    answer a question about what would happen if Kodiak

Josef Fuerlinger
December 3, 2004

Page 145

1            THE INTERPRETER:  Withstands.

2      Q.   (BY MR. CERSKI):  Does Rotax believe it's in

3    their distributor's best interest to sell the engines

4    at the suggested retail price?

5            THE INTERPRETER:  Could you repeat the

6    question.  I didn't hear it.

7            MR. CERSKI:  Sure.

8      Q.   (BY MR. CERSKI):  Does Rotax believe that

9    selling its engines at the suggested retail price is

10   in the best interest of its distributors?

11           (Interpreter interprets)

12           THE WITNESS:  It is used just as a

13   general guideline as suggested to nonbinding

14   recommended retailers and has no binding obligation

15   to the authorized distributor, and he can define to

16   which price he may want to sell or may not want to

17   sell a product.

18     Q.   (BY MR. CERSKI):  How many distributors per

19   aircraft engine do you have throughout the world?

20     A.   Around the world, approximately between 30

21   to 35.

22     Q.   Who is the -- what distributor is the

23   number one seller of aircraft engines?

24     A.   In regards to what?

25           MR. KELLY:  Who has the most sales?

Josef Fuerlinger
December 3, 2004

Page 163

1    the advertising.

2        Q.    I mean with regard to the products.

3        A.    Not that I'm aware.

4        Q.    Have you ever been to the trade show named

5    Sun 'n Fun in Florida?

6        A.    Yes.

7        Q.    And were you there on behalf of Rotax?

8        A.    I was on a personal behalf there.

9    Personal.

10       Q.    Personal behalf.

11             At that trade show did -- was there a

12   Kodiak stand?

13       A.    I was only a very few times there.  I don't

14   really recall.

15       Q.    Do you ever recall a red camper with Rotax

16   on the front of it, being stamped on the front?

17             (Interpreter interprets)

18             THE WITNESS:  A few times.  If you can

19   maybe help me or show me something, maybe I --

20       Q.    (BY MR. CERSKI):  I don't have a picture.

21   But like a canopy for a booth.

22             MR. KELLY:  Tent.

23             MR. CERSKI:  Tent.

24             (Interpreter interprets)

25       Q.    (BY MR. CERSKI):  For a booth and then

Josef Fuerlinger
December 3, 2004

Page 164

1    underneath would be a display of Rotax engines.

2        A.    I may have seen one, but I don't know how

3    it looked like.

4        Q.    Okay.  Does Rotax advertise in the United

5    States national publications?

6        A.    No.

7        Q.    Your distributors are permitted to

8    advertise within the United States; is that correct?

9        A.    As is defined in the contract.

10       Q.    Do you not restrict them in any way?

11       A.    No.

12       Q.    We talked about earlier how the contracts

13   refer to Rotax approving ads that the distributors

14   are going to place.  Do you remember that?

15       A.    Yes.

16       Q.    Is there such an agreement with BMW and

17   Aprilia if they're going to use the Rotax name?

18       A.    If they would use the Rotax name, I would

19   assume there would be an agreement in place.

20       Q.    These are probably pretty quick ones.

21            Do you ever do direct marketing in the

22   United States?

23       A.    No.

24       Q.    Have you ever sent, either in a block or

25   individually, e-mails to end users in the United

Josef Fuerlinger
December 3, 2004

Page 167

1     A.     I don't know.

2     Q.     You don't know.  Okay.

3            Have there been other events that

4     you're aware of with American press that -- well, I

5     will ask you:  Have there been other events that you

6     have been involved in with American Press coming to

7     Rotax?

8     A.     No.

9     Q.     Do you know what the Rotax Owners

10    Association is?

11    A.     No.

12    Q.     Is the Rotax Owners Association a part of

13    Rotax?

14    A.     No.

15    Q.     Do you receive any correspondence from the

16    Rotax Owners Association?

17    A.     No.

18    Q.     They don't -- you've never -- have you

19    received any lists of members of the Rotax Owners

20    Association?

21    A.     No.

22    Q.     Let's go through some of these others

23    quickly.

24            Have you ever paid taxes in

25    Pennsylvania?

Josef Fuerlinger
December 3, 2004

Page 168

1    A.    No.

2    Q.    Have you ever dealt with a manufacturer to

3  purchase component parts located in Pennsylvania?

4    A.    I don't know.

5    Q.    Have you dealt with component part

6  manufacturers in the United States?

7    A.    Might be the case.

8    Q.    Do you remember any of those component part

9  manufacturers?

10    A.    No.

11    Q.    Does Rotax own any land in Pennsylvania?

12    A.    No.

13    Q.    Licensed to do business in Pennsylvania?

14    A.    No.

15    Q.    Any bank accounts in Pennsylvania?

16    A.    No.

17    Q.    Any liens against a Pennsylvania resident?

18          (Interpreter interprets)

19          THE WITNESS:  No.

20    Q.    (BY MR. CERSKI):  Has Bombardier ever sued

21  someone in Pennsylvania?

22    A.    I don't know.

23    Q.    Has Rotax ever sued someone in

24  Pennsylvania?

25    A.    No.

Josef Fuerlinger
December 3, 2004

Page 169

1      Q.     Does Rotax own any stock in a Pennsylvania

2    corporation?

3      A.     No.

4      Q.     Does Rotax own any stock in any United

5    States corporation?

6      A.     No.

7      Q.     Does Rotax lease any property or facilities

8    in Pennsylvania?

9      A.     No.

10     Q.     Has Rotax -- did Rotax attend this year's

11   AOPA convention that was held in Pennsylvania?

12              MR. KELLY:  This year's?

13              MR. CERSKI:  Yeah.  It was in

14   Philadelphia.

15              MR. KELLY:  That's outside of the time

16   frame you referenced.  You just have to --

17              MR. CERSKI:  Sure.

18     Q.     (BY MR. CERSKI):  Has Rotax ever sent

19   representatives to trade shows that were held in

20   Pennsylvania?

21     A.     No.

22     Q.     Air shows in Pennsylvania?

23     A.     No.

24     Q.     Has Rotax ever conducted seminars in

25   Pennsylvania?

Josef Fuerlinger
December 3, 2004

Page 177

NAT DOUGET COURT & VIDEO REPORTERS
1-800-259-9900

Oral Deposition - Josef Fuerlinger
December 3, 2004

counsel employed by the parties hereto or financially

interested in the action.

SUBSCRIBED AND SWORN TO under my hand and seal

of office on this the _____ day of December, 2004.

*Michelle Hartman-Solari*

Michelle Hartman-Solari, CSR, RPR
Texas CSR 7093
Expiration:  12/31/05
Nat Douget Court & Video Reporters
3207 Landfair Street
Lake Charles, Louisiana 70601
800-259-9900 Fax 800-259-5672

NAT DOUGET COURT & VIDEO REPORTERS
1-800-259-9900