# EXHIBIT H

344036.1

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF NEW JERSEY

 3                   TRENTON DIVISION

 4                      -----
     THEODORE KOZIOL and   :    CIVIL ACTION
 5   LOIS KOZIOL,          :
               Plaintiffs, :
 6        vs               :
     BOMBARDIER-ROTAX GmBH, :
 7   BOMBARDIER, INC. KODIAK:
     RESEARCH, LTD., and    :
 8   ROTECH RESEARCH CANADA,:
     LTD., a/k/a KODIAK     :
 9   RESEARCH CANADA, LTD., :
               Defendants  :    NO. 00-1938
10
                    ------
11
           Friday, December 13, 2002
12
                    ------
13
     Videotape examination of JOSEF FURLINGER,

14
     held at the offices of Avitat Sky Service,

15
     9785 Ryan Avenue, Montreal, Quebec, Canada,

16
     commencing 10:44 a.m., on the above date,

17
     before Mickey Dinter, Registered Professional

18
     Reporter and Notary Public for the State of

19
     New Jersey.

20

21                  ------
            BRUSILOW & ASSOCIATES
22        COURT REPORTERS & VIDEOGRAPHERS
                 CMS Building
23       1926 Arch Street, First Floor West
              Philadelphia, PA 19103
24               (215) 977-9700
                    -----
```

14    Q.   I will do my best.

15              Mr. Furlinger, what is the

16    name of the company that employs you?

17    A.   The name of the company is

18    Bombardier-Rotax GmbH.

19    Q.   Can we agree that company for

20    purposes of this deposition is Rotax to make

21    it easier for me?

22    A.   Yes; for me easier, too.

23    Q.   Good.

24              And can you tell me where

6

1    that company is physically located?

2    A.   The company is physically located

3    in Gunsvirchen, Austria.

4    Q.   And would you tell me what is the

5    business of the company, Rotax?

6    A.   The business of the company Rotax

7    is to produce engines for various

8    applications.

9    Q.   And would you tell the jury, in

10   this case, I guess, the court, what kind of

11    engines Rotax produces?

12         A.   Engines for ultra-lights; in this

13    particular case, for snowmobiles, ATV's,

14    motorcycles and Sea Do's.

15         Q.   A Sea Do is a water craft?

16         A.   Water craft.

17         Q.   Does Rotax produce engines for

18    manufacturers other than Bombardier?

19         A.   Yes.

20         Q.   Would you tell us the manufacturer

21    for whom Rotax produces engines?

22         A.   It's Abrillia and BMW.

23         Q.   Now, Abrillia is an Italian

24    motorcycle manufacturer, is it not?

                                        7

1          A.   That's correct; it's an Italian

2     motorcycle manufacturer.

3          Q.   And do you know what models of the

4     Abrillia motorcycle Rotax makes engines for?

5          A.   Not in particular.

6          Q.   Do you know whether Abrillia

7     markets motorcycles that contain Rotax

5      Q.    Do you know where BMW Motorcycles

6    USA is physically located?

7      A.    No.

8      Q.    Has anyone ever told you that BMW

9    Motorcycles USA is located in New Jersey?

10     A.    We do only business with BMW

11    Motorcycle in Germany.

12     Q.    All right.  My question, however,

13    is did you know that BMW Motorcycles USA is

14    located in New Jersey?

15     A.    No.

16     Q.    Did anyone ever tell you that BMW

17    USA imports BMW motorcycles with Rotax

18    engines into the state of New Jersey?

19     A.    No.

20     Q.    Have you ever seen a BMW type

21    F650, I may have asked you this before, in

22    the U.S.?

23     A.    No.

24     Q.    Does Rotax put any restriction on

9

1    either Abrillia or BMW from importing

20

1      A.   Yes.   Kodiak Research Nassau

2    Bahamas -- I would say Kodiak --

3      Q.   Let's call it Kodiak.

4      A.   -- is a North and South American

5    distributor for Rotax ultra-light aircraft

6    engines.

7      Q.   All right.  Who established the

8    territory for Kodiak?

9      A.   By who, you mean?

10     Q.   I will withdraw the question.

11          Did Rotax give Kodiak the

12    territory which included the United States

13    to sell Rotax engines?

14     A.   Yes.

15     Q.   Did the territory in the

16    United States that Rotax gave Kodiak for

17    sale of Rotax engines include the state of

18    New Jersey?

19     A.   We did not specify any specific

20    state.  But, it means the entire U.S.

21     Q.   It means all the states of the

22    U.S., is that a fair statement?

23     A.   That's a fair statement.

24     Q.   What is Rotax -- what is Kodiak

30

```
1       A.   Correct.

2       Q.   And do each of these dealers have

3    a certain territory, an area of

4    responsibility, for the sale of Rotax

5    engines?

6       A.   I don't know.

7       Q.   You have no knowledge of that?

8       A.   No.

9       Q.   Is the answer, yes, you have no

10   knowledge of that?

11      A.   I don't have any knowledge about

12   this.

13      Q.   No knowledge about the dealers?

14           MR. KELLY:  Objection.  The

15        question was whether he had knowledge

16        of territories, not whether or not he

17        had knowledge of the dealers.

18           MR. WOLK:  That's fair.

19   BY MR. WOLK:

20      Q.   Do you have any knowledge that

21   these dealers appointed by Kodiak have

22   territories or areas of their responsibility

23   to sell Rotax engines?
```

24        A.    I have no knowledge what about the

                                                        31

1    relationship between Kodiak and the dealers.

2        Q.    Have you ever met any of the

3    dealers?

4        A.    Occasionally, I have met one or

5    two of the dealers.

6        Q.    Have you met all of the dealers?

7        A.    Of the four dealers which I'm

8    aware of, I have met all four.

9        Q.    Yes.  And have you discussed with

10   the gentleman in Mississippi his territory

11   for the sale of Rotax engines?

12       A.    No.

13       Q.    Are you sitting here today,

14   Mr. Furlinger, are you telling us that you

15   did not know that the Mississippi dealer has

16   the state of New Jersey as his territory for

17   the sale of Rotax engines?

18       A.    I said before that I have no

19   knowledge about the set-up or the

20   distribution of engines from the service

21    centers and their duties.

22        Q.    That's not my question.   My

23    question is:   Sitting here today in this

24    deposition, are you telling the Court that

                                                32

1    you don't know that the Mississippi dealer

2    has, as his territory for the sale of Rotax

3    engines, among other places, the state of

4    New Jersey?

5                MR. KELLY:   Mr. Wolk, are you

6           representing to the witness that there

7           is a territorial arrangement among the

8           service centers?

9                MR. WOLK:   I'm not

10          representing anything.   I'm asking the

11          witness whether he knows it.

12               MR. KELLY:   The question is

13          suggesting to him that that is a fact.

14          That's why I'm making the objection.

15               MR. WOLK:   That's fine.   Are

16          you directing him not answer?

17               MR. KELLY:   No.

18             MR. WOLK:   Thank you.

19   BY MR. WOLK:

20        Q.   Mr. Furlinger --

21        A.   As I said, I have no knowledge

22   about the distribution of, if there is an

23   agreement between Kodiak and his dealers.

24   I have no knowledge about that.

33

1        Q.   All right.  Do you know if Kodiak

2   and the dealers have written agreements?

3        A.   I don't know.

4        Q.   Have you ever seen a written

5   agreement between Kodiak and any of its

6   dealers?

7        A.   No.

8        Q.   Have you ever heard of the

9   existence of an agreement between Kodiak and

10   its dealers?

11        A.   No.

12        Q.   Have you ever required that Kodiak

13   have a written agreement between itself and

14   its dealers?

15      A.   No.

16      Q.   What is the purpose of the

17   dealers' requirement on Kodiak?

18      A.   Can you define for me, please, the

19   purpose?

20      Q.   Yes.   Why does Rotax require

21   Kodiak to appoint dealers in the U.S.?

22      A.   Well, as I said before, it's an

23   obligation of Kodiak to set up dealers by

24   its own.   It's not he can choose it if he

34

1    wants.

2       Q.   I understand why.   What is the

3    reason that Rotax wants Kodiak to establish

4    dealers in the U.S.?

5       A.   As I said before, the product

6    support is one of important thing.

7       Q.   Tell us why that is.

8       A.   Well, it's to have an access to

9    spare parts.

10      Q.   Access to spare parts by whom?

11      A.   By users.

12      Q.   You mean by someone who buys a

13   Rotax engine for an ultra-light if he needs

14   spare parts, you want to be able to have

15   people who are available to supply those

16   spare parts?   Is that part of product

17   support?

18      A.   Yes.

19      Q.   Now, are there people within the

20   United States who are not distributors, who

21   are not dealers, but are spare parts

22   salespersons?   Do you understand the

23   question?

24      A.   Not really clearly.

                                              35

1      Q.   I'm sorry, I will try it again.

2                  Are there people who have

3   been designated to sell spare parts locally

4   for Rotax engines who are not dealers and

5   who are not the distributor?

6      A.   Well, as I said, we do only

7   business with Kodiak and we don't do

8   business with someone else.

39

1    Those are service centers from Kodiak.

2        Q.   Are they the only service centers

3    for Rotax engines in the U.S., just those

4    four dealers?

5        A.   By my knowledge, yes.

6        Q.   You don't know of the existence of

7    any Rotax aircraft engine service center

8    other than the four dealers from Kodiak?

9        A.   No.

10        Q.   Are the four dealers from Kodiak

11    authorized Rotax aircraft engine service

12    centers?

13        A.   Those are authorized service

14    centers from Kodiak.

15        Q.   What are they authorized to do?

16        A.   They are authorized to perform

17    certain work on it; to distribute spare

18    parts.

19        Q.   And distribute engines as well,

20    right?

21        A.   Engine is a component; could be

22    distributed.

23        Q.   All right.  Now, is there any --

24    strike that.  Does Rotax approve of the

40

1    designation of dealers by Kodiak in the

2    U.S.?

3                    MR. KELLY:  Objection to the

4            form.  For clarification, do you mean

5            approve of specific individuals or

6            approve in general of the establishment

7            of service centers?

8                    MR. WOLK:  That's a good

9            point.

10   BY MR. WOLK:

11       Q.   Did Rotax review the qualifications

12   of any of the dealers proposed by Kodiak for

13   the sale of Rotax engines or spare parts in

14   the U.S.?

15       A.   No.

16       Q.   Did Rotax establish any training

17   program for dealers of Kodiak in the U.S.?

18       A.   No.

19       Q.   Does Rotax require that dealers

20   for Rotax engines in the U.S. be trained and

21   qualified to work on those engines?

22       A.   We have no obligation to this.

5          Q.    What was the occasion that they
6    all got there together?
7          A.    Well, probably they want to see
8    the factory one time.
9          Q.    Did you discuss with the dealers
10   at that time the marketing of Rotax engines
11   in the U.S.?
12         A.    No.
13         Q.    Did you discuss with the dealers
14   at that time the sales of spare parts in the
15   U.S.?
16         A.    No.
17         Q.    Did you discuss with the dealers
18   at that time the training of their personnel
19   to be qualified to work on Rotax engines in
20   the U.S.?
21         A.    No.
22         Q.    Did you provide anything in
23   writing to the dealers?
24         A.    No.

                                                    47

1          Q.    Did Kodiak at anytime report to

```
 2      Rotax what territory in the U.S. each of the

 3      dealers had?

 4           A.   No.

 5           Q.   Has Rotax communicated directly

 6      with the Kodiak dealers in the U.S.?

 7           A.   Not directly in the U.S.

 8           Q.   So, in other words, Rotax has not

 9      sent any correspondence or documents to any

10      of the Kodiak dealers in the U.S.?

11           A.   No.

12           Q.   Have you ever visited the

13      Mississippi light aircraft place of

14      business?

15           A.   I saw him, maybe, once in a show.

16           Q.   No.  Did you ever go to his place

17      of business in Mississippi?

18           A.   No.

19           Q.   Never did that?

20           A.   No.

21           Q.   You don't know what it looks like?

22           A.   No.

23           Q.   All right.  Has Rotax ever

24      suggested retail prices for its products?
```

48

```
 1        A.   We do have suggested retail price,
 2   but it's only recommendations.
 3        Q.   All right.  And who do you suggest
 4   that retail price to?
 5        A.   Only to our authorized distributor
 6   such as Kodiak.
 7        Q.   And what do you expect Kodiak to
 8   do with that suggested retail price?
 9        A.   Well, he can use it as a guideline
10   if he wants.
11        Q.   Does he also suggest that same
12   retail price to his dealers?
13        A.   I don't know.
14        Q.   What is the purpose of suggesting
15   a retail price?
16        A.   The purpose of a retail price,
17   suggested retail price, is just to give a
18   guideline, a general guideline.
19        Q.   Is that to give a guideline to any
20   one of either your distributors or the
21   dealers who sell the engines?
22        A.   I said before, it's a guideline
23   for authorized distributors and it does not
24   mean that it has been necessarily -- it just
```

24        A.    It could be someone who buys one

50

1    single engine.

2        Q.    Okay.  All right.  So, if I were a

3    customer for a Rotax engine, let's say I

4    wanted to buy an aircraft engine for an

5    ultra-light I was building, is the suggested

6    retail price the price Rotax is suggesting

7    that I pay?

8        A.    Well, this depends also on the

9    national duty tax, whatever it applies on

10   the total.  It could be different.

11       Q.    I understand.  I want to know what

12   your meaning, Rotax's idea is behind the

13   suggested retail price.

14       A.    That's the idea that we have.

15   It's the price, approximately the price what

16   an end user should pay for it.

17       Q.    Is an end user a person who buys

18   an engine, an aircraft engine, for example,

19   for his ultra-light?

20       A.    Who buys a single engine for

21    whatever kind of use.

22        Q.   Okay.  Very good.

23             Now, does Rotax require

24    Kodiak to advertise Rotax engines?

51

1        A.   We don't necessarily require

2    advertising.

3        Q.   Does Rotax pay for all or part of

4    advertising that is placed by Kodiak?

5        A.   No.

6        Q.   Is there an advertising budget for

7    Rotax with Kodiak?

8        A.   No.

9        Q.   Is there a recommended advertising

10    budget for Kodiak?

11        A.   No.

12        Q.   Is Kodiak supposed to be

13    advertising Rotax engines for sale in the

14    U.S.?

15        A.   What is your definition of

16    supposed?

17        Q.   Does Rotax expect Kodiak to

259142.1

18    advertise Rotax engines for sale in the

19    U.S.?

20        A.   Well, we expect that the dealer

21    does a certain advertising.

22        Q.   The dealer?

23        A.   Authorized distributor, sorry.

24        Q.   So, would it be fair then that

52

1     Rotax expects the distributor to advertise

2     Rotax engines for sale in the U.S.?

3         A.   Well, as an authorized

4     distributor, he would make a certain

5     advertising of course to where it goes.

6         Q.   In other words, you would expect

7     Kodiak to advertise the sale of Rotax

8     engines in the U.S. to increase or, at

9     least, maintain the sales volume that he

10    has, is that a fair statement?

11        A.   Well, it's a decision of Kodiak,

12    whatever he does.  We don't have any control

13    of it.

14        Q.   You have no control over the

15    advertising?

16        A.    No.

17        Q.    Right?

18        A.    No.

19        Q.    Isn't it a fact that Kodiak has to

20    send for approval all the advertising that

21    it does in the U.S.?

22        A.    We request such that he send

23    something in.

24        Q.    Allow me to show you what has been

                                                    53

1     marked for identification as Furlinger-2.

2     Have you ever seen that document before?

3         A.    Yes.

4         Q.    And in this document, it would

5     be -- let's start with the first page of it.

6     It says, "Circular Letter," the cover page.

7     Is that a document prepared by Rotax?

8         A.    Yes.

9         Q.    And is that a document that was

10    sent to Kodiak?

11        A.    It's sent to every Rotax

12    authorized distributor for ultra-light

13    aircraft engines.

14         Q.   Is it sent to the dealers as well?

15         A.   No.

16         Q.   Going to page 2, it says "Usage of

17    the Rotax Aircraft Engines Logo," is that

18    correct?

19         A.   It says on the top, "Usage of

20    Rotax Aircraft Engine Logo."

21         Q.   Did Rotax establish a logo, a new

22    logo, for its aircraft engines?

23         A.   Yes.

24         Q.   What was the logo before this

                                        54

1    logo?

2         A.   Did not have "aircraft engines"

3    below.

4         Q.   All right.  Now, Rotax has changed

5    its logo to be "Rotax Aircraft Engines," is

6    that right?

7         A.   Yes.

8         Q.   And this document that is dated

20    only four authorized Rotax aircraft engine

21    service centers in the U.S.?

22         A.   That is my understanding.

23         Q.   So, you don't know that there are

24    other Rotax aircraft service centers in the

61

1    U.S., is that your testimony today?

2         A.   Yes.

3         Q.   All right.  So, as far as you

4    know, any authorized Rotax service center

5    for aircraft engines is one of those four

6    dealers we talked about?

7         A.   Yes.

8         Q.   Does Rotax make signs for

9    authorized service centers to use?

10        A.   No.

11        Q.   Does Rotax make warranty cards or

12    forms for authorized service centers to use?

13        A.   No.

14        Q.   Does Rotax print any forms for

15    Kodiak to use for its dealers?

16        A.   What means form?

17        Q.    Does Rotax sell to Kodiak forms

18    for Kodiak to use for asking for warranty

19    reimbursement?

20        A.    No.

21        Q.    Does Rotax approve advertising

22    that Kodiak places in various publications

23    in the U.S. for the sale of Rotax aircraft

24    engines?

62

1                MR. KELLY:  Objection.  Do

2        you mean pre-approved or the practice

3        in general of placing advertising?

4                MR. WOLK:  Pre-approved.

5                MR. KELLY:  Pre-approved

6        specific advertisements?

7                MR. WOLK:  Yes.

8                THE WITNESS:  No.

9    BY MR. WOLK:

10        Q.    Does Rotax review advertising

11    placed by Kodiak in publications in the

12    U.S.?

13        A.    No.

14          Q.   Is Rotax aware of advertising

15     placed by Kodiak for Rotax engines in the

16     U.S.?

17          A.   The general practice is Kodiak

18     does not send anything to us since I cannot

19     be aware about it.

20          Q.   I see.  So, are you telling me

21     that even though Furlinger-2, specifically

22     pages 3, says that the failure to send

23     advertising before publication can result in

24     cancellation of the contract, Rotax doesn't

                                              63

1     see any of the advertising before it's

2     published?

3          A.   That's correct.

4          Q.   Doesn't see any of the advertising

5     after it's published?

6          A.   We don't know who is the

7     publications.  I mean, it could be -- that

8     is very broad.

9          Q.   Have you ever seen any advertising

10     for Rotax engines in the U.S.?

21    between Rotax and Kodiak?

22    A.   Yes.

23              MR. WOLK:  What I will do,

24         Bob, further to that discussion with

                                        70

1         Judge Hughes, instead of attaching it

2         to the transcript, I will just retain

3         this separately so that we don't even

4         by mistake run afoul of it.

5              MR. KELLY:  Fine.

6    BY MR. WOLK:

7         Q.   Now, does Rotax give any warranty

8    for the engines it sells?

9         A.   Very few.

10        Q.   Okay.  Does Rotax have a limited

11   warranty that goes with the engines it

12   sells?

13        A.   Yes.

14        Q.   And does Rotax -- is that warranty

15   in writing?

16        A.   The warranty is in writing.

17        Q.   And can you tell me if that

18    written warranty goes with the engines when

19    the engines are sold?

20        A.   Well, it's a part of the

21    operator's manual.

22        Q.   Okay.  And that operator's manual

23    goes with the engines, right?

24        A.   Correct.

71

1        Q.   And, so, does the warranty extend

2    to the end user of the engine?

3        A.   What do you mean with the extend?

4        Q.   Does that mean that if the end

5    user buys an engine, okay, buys a single --

6    buys for use the ultra-light and there is a

7    defect in materials or workmanship in the

8    engine, does the end user have certain

9    rights under that limited warranty, certain

10    rights specified?  And how does the end

11    user make claim under that warranty?

12        A.   He has to go back to the

13    authorized distributor.

14        Q.   That would be Kodiak if it's the

15   U.S.?

16        A.   Kodiak.

17        Q.   Then, what does Kodiak have to do?

18        A.   Well, Kodiak would handle the

19   warranty.

20        Q.   And then does Kodiak get

21   reimbursed by Rotax for what Kodiak did

22   under the warranty?

23        A.   He can go back to us and get

24   reimbursed.



                                        72



1         Q.   All right.  And who makes the

2    decision how much Kodiak gets reimbursed for

3    the warranty?

4         A.   Well, there is a standard

5    procedure for which is specified the parts

6    and specified the labor, what's labor

7    allowance.  And according to this, it would

8    be very clear how much a reimbursement would

9    be.

10        Q.   Who established that reimbursement

11   schedule?

12        A.    Rotax.

13        Q.    And who established the price of

14    the part for reimbursement?

15        A.    Well, that's -- the parts is based

16    on the spare parts price.

17        Q.    Which is established by Rotax?

18        A.    Yes.

19        Q.    Now, does Rotax build any aircraft

20    engines that are certified by the Federal

21    Aviation Administration?

22        A.    Well, the engines are certified by

23    the Austrian Civil Aviation Authority.

24        Q.    Did Rotax go through the

73

1    certification process with the Austrian

2    Civil Aviation Authority?

3        A.    Yes.

4        Q.    What model Rotax engines are

5    certified?

6        A.    Well, 912A which is certified and

7    912F; the 912S and 914F.  There are a few

8    others which are not anymore in production

259142.1

8        A.    Does support or to the Rotax

9    aircraft engines.

10        Q.    All right.  Can an end user

11    contact Rotax and get that support?

12        A.    That's likely not possible.  If

13    this would be, then we would refer the end

14    user back to the authorized distributor.

15        Q.    So, if an end user had a technical

16    question about a Rotax engine and called the

17    factory, is it your testimony today that the

18    end user would not get an answer?  He would

19    be told to contact Kodiak?

20        A.    Yes.

21        Q.    If Kodiak contacts the after-sales

22    department at Rotax, Kodiak will get an

23    answer?

24        A.    Yes.

84

1        Q.    And then Kodiak goes and gives

2    that answer to the end user?

3        A.    Wherever he needs to bring it.

4        Q.    Now, is there an accident

5    investigation arm of Rotax?

6        A.   No.

7        Q.   Does Rotax have any people who do

8    accident investigation employed by it?

9        A.   No.

10       Q.   Nowhere in the world?

11       A.   No.

12       Q.   So, if there is an accident

13   involving a Rotax engine, the Rotax factory

14   has no accident investigator designated to

15   investigate the accident?

16       A.   No.

17       Q.   Does Rotax require Kodiak to

18   investigate accidents involving Rotax

19   engines?

20       A.   Well, Kodiak is responsible for

21   territory and this includes warranty

22   investigations also.

23       Q.   Kodiak has the responsibility

24   according to Rotax to investigate accidents

85

1   in its territory involving Rotax engines?

259142.1

2       A.   Yes.

3       Q.   Does Rotax provide any accident

4   investigation guideline material to Kodiak?

5       A.   No.

6       Q.   Does Rotax provide any guidance on

7   how Kodiak should investigate accidents?

8       A.   No.

9       Q.   Does Rotax provide any guidance on

10  how an accident investigator should be

11  trained to properly investigate an accident

12  involving a Rotax engine?

13      A.   No.

14      Q.   Does Rotax get a copy of any

15  report prepared by any accident investigator

16  hired by Kodiak?

17      A.   No.

18      Q.   Is Rotax interested in learning

19  what caused an accident involving a Rotax

20  engine?

21      A.   Well, I think we interested on it,

22  but the investigator at the time, when he

23  investigated this, is an independent person.

24      Q.   Rotax doesn't get a copy of any

86

1    report from him, is that right?

2        A.    No.

3        Q.    Rotax doesn't communicate with

4    Kodiak on the results of the accident

5    investigation?

6        A.    Well, if the results is -- I mean

7    normally what I understand in an

8    investigation, investigation is carried out

9    by an authority and the authority will

10   choose the person who investigate that.

11   This is a neutral, by my understanding of an

12   investigation, should be a neutral person

13   and --

14       Q.    Should be or is?

15       A.    Is.

16       Q.    Where did you get that

17   understanding?

18       A.    Well, that is my understanding.

19       Q.    Okay.  Let me talk to you a little

20   bit about the structure of distribution of

21   Rotax aircraft engines.  Does Bombardier

22   have any role to play in the distribution of

23   Rotax aircraft engines?

24       A.    No.

24                MR. KELLY:  Objection to the

                                                    88

1        form.

2    BY MR. WOLK:

3        Q.   Does Rotax receive money for sales

4    of Rotax engines in the United States?

5        A.   Well, as I said, we sell engines

6    in Austria.  We transfer the title in

7    Austria to the authorized distributor and at

8    this point in time we don't know where the

9    engines go and we don't care, basically.  We

10   have our -- as long as we get the engines

11   paid. . .

12       Q.   Okay.  Let's back up a step.

13   Exhibit 1 is an agreement between Rotax and

14   Kodiak, right?

15       A.   Correct.

16       Q.   Exhibit 1 has a territory for

17   Kodiak for the sale of Rotax engines which

18   includes the United States of America, does

19   it not?

20       A.   Yes.

18    what we produce for company.  And at the

19    time point of sales is X worth, we don't

20    know where it goes.  It's out of our

21    control.

22        Q.  And Rotax gets paid by Bombardier

23    for the purchase of Rotax engines that are

24    used in recreational vehicles that are sold

90

1    in the United States, is that correct?

2        A.  Well, it's -- again, we have no

3    control where this engine goes.  We sell

4    engines, X-work in Austria to Bombardier,

5    Inc., for their applications to Canada and

6    from there, I cannot tell.

7        Q.  Mr. Furlinger, is it your

8    testimony today that you do not expect Rotax

9    engines to be sold in the United States both

10   in Bombardier recreational vehicles, BMW

11   motorcycles as well as aircraft engines sold

12   to Kodiak?

13            MR. KELLY:  Objection to the

14        form.

15    BY MR. WOLK:

16         Q.   You can answer it.

17         A.   It's not what I'm saying.  Engine

18    can be sold.  The engine as a component can

19    be sold in the aircraft engines everywhere

20    in the world.

21         Q.   That would include the

22    United States and the state of New Jersey?

23         A.   Yes.

24         Q.   I would like to talk about a

                                        91

1     company called Rotech.  Are you familiar

2     with that company?

3          A.   Yes.

4          Q.   Is that the company in British

5     Columbia?

6          A.   Yes.

7          Q.   Can you tell me what is Rotech?

8          A.   Rotech is the authorized

9     distributor for Rotax aircraft engines in

10    Canada.

11         Q.   Has that always been true?

96

1          A.   I don't know.

2          Q.   Are you sure?

3          A.   I don't recall.

4          Q.   Doesn't Mr. Tucker train mechanics

5     in Rotax engines at the various dealers

6     appointed by Kodiak in the U.S.?

7          A.   I don't know.

8          Q.   Does Mr. Tucker investigate

9     accidents involving Rotax engines in the

10    U.S.?

11         A.   Well, in this case what we talking

12    today, he is the investigator by the NTSB.

13         Q.   I mean was Mr. Tucker an

14    investigator for any other accidents

15    involving Rotax engines in the U.S.?

16         A.   I don't know.

17         Q.   Does Rotax have any employees who

18    travel to the U.S.?

19         A.   No.

20         Q.   Does it have any technical

21    employees that come to the U.S.?

22         A.   Not intentionally, no.

23         Q.   It doesn't have people who visit

24    various companies to provide technical

97

1    assistance for the maintenance of Rotax

2    engines?

3         A.   We don't do any business in the

4    U.S. for aircraft engines.  We have no one

5    who is the responsibility of Kodiak

6    Research.

7         Q.   Does Rotax have personnel who

8    travel to the U.S. to provide technical

9    assistance on snowmobiles, Sea-Do's and ATV

10   engines?

11        A.   No.

12        Q.   Have you ever been to the state of

13   New Jersey?

14        A.   No.

15        Q.   Have you ever traveled to the

16   United States and landed at the Newark,

17   New Jersey, airport?

18        A.   Not by my recollection.  Not my

19   airport.

20        Q.   All right.  Did you know

21   Mr. Vincent Vitullo?

22        A.   No.

20        Q.   For this case that we are here

21   about, right?

22        A.   Yes.

23        Q.   Is Mr. Kelly, to your knowledge,

24   retained in a case in Pennsylvania as well?

99

1         A.   I don't know.

2         Q.   Is Mr. Kelly the litigation person

3    for Rotax in the U.S. for accidents?

4         A.   No.

5         Q.   Has anybody from Rotax ever been

6    to Mr. Kelly's office in New Jersey?

7         A.   No.  He did not invite me.

8         Q.   Can you tell us who it is that

9    determines the reliability requirements for

10   Rotax engines, aircraft engines?

11        A.   The liability?

12             MR. KELLY:  Reliability.

13             THE WITNESS:  Reliability.

14        Well, can you specify exactly what you

15        mean on the reliability?

16   BY MR. WOLK:

17          Q.   Who is it who designs Rotax

18     engines, aircraft engines?

19          A.   Rotax.

20          Q.   Who is it that selects the

21     materials for use in Rotax engines, aircraft

22     engines?

23          A.   Rotax.

24          Q.   Who is it writes the operator's

100

1      manual for Rotax aircraft engines?

2           A.   Rotax does.

3           Q.   Who is it that writes the

4      warranties for Rotax aircraft engines?

5           A.   Rotax.

6           Q.   Who pays for the warranty of the

7      Rotax engines?

8           A.   If it's a warranty, we give a

9      credit.

10          Q.   Who is it that makes parts for

11     Rotax aircraft engines?

12          A.   Rotax.

13          Q.   Who is it that designates the

14    territories for Rotax aircraft engines'

15    sales?

16        A.    Rotax.

17        Q.    Who is it that determines whether

18    an aircraft engine has to be recalled for

19    modification?

20                MR. KELLY:  Objection to the

21        form.

22    BY MR. WOLK:

23        Q.    You can answer.

24        A.    Rotax will determine.

101

1        Q.    Who is it who issues Service

2    Bulletins and literature for Rotax engines?

3        A.    Rotax.

4        Q.    Who is it that established the

5    logo for Rotax aircraft engines?

6        A.    Rotax.

7        Q.    Who is it that established this

8    distribution network for Rotax engines with

9    distributors and dealers?

10        A.    Rotax.  The distributors,

105

1    entertain any racing team.  Therefore, we

2    have no. . .

3        Q.   Has Rotax ever filed a lawsuit in

4    the state of New Jersey?

5        A.   I don't know.

6        Q.   Has Rotax ever filed a lawsuit in

7    any state of the United States?

8        A.   A lawsuit against what?

9        Q.   Against anyone for any reason.

10        A.   I don't know.

11        Q.   Does Rotax have any technical

12    personnel that it sends to the U.S. for

13    assisting anyone in the repair or overhaul

14    of Rotax engines that are not used in

15    aircraft?

16        A.   Well, as I said before, Rotax does

17    not have any business here; and I can only

18    speak for the aircraft engines because

19    that's the business what I know and I don't

20    know.

21        Q.   Have you ever been to an office in

22    the United States that was either rented or

23    owned by Rotax?

24        A.   None.

259142.1

12

13

14    MICKEY DINTER
       CSR NO. XIO119
15    Registered Professional Reporter

16

17        The foregoing certification does not

18    apply to any reproduction of the same by any

19    means unless under the direct control and/or

20    supervision of the certifying shorthand

21    reporter.

22

23

24

                                    111

1                    SIGNATURE PAGE

2

3

4        I hereby acknowledge that I have read

5    the foregoing transcript, and the same is a

6    true and correct transcription of the

7    answers given by me to the questions

8    propounded, except for the changes, if any,

259142.1