# EXHIBIT I

344036.1

Simone - dep of Ron Smith

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
2                   TRENTON DIVISION

3    THEODORE KOZIOL and LOIS KOZIOL,

4          Plaintiffs,

5    vs.                              CIVIL ACTION
                                      NO. 00. 1938 (GEB)
6    BOMBARDIER-ROTAX GmbH,
     BOMBARDIER INC., KODIAK
7    RESEARCH LTD., and ROTECH
     RESEARCH CANADA LTD a/k/a
8    KODIAK RESEARCH CANADA, LTD.

9          Defendants.

10
                    * * * * * * * * * * * *
11
     DEPOSITION OF:        RONALD LAVON SMITH
12
     DATE:                 Tuesday, December 3, 2002
13
     TIME:                 12:49 p.m.
14
     PLACE:                The Reporting Company
15                         201 North Magnolia Avenue
                           Orlando, Florida
16
     REPORTED BY:          PAULA J. LEEPER
17                         Court Reporter, Notary Public

18                  * * * * * * * * * * * *

19

20

21

22

                         Page 1

Simone - dep of Ron Smith

23

24

25

THE REPORTING COMPANY
(407)423-9900

☐

2

1

APPEARANCES:

2

            SMITH, HOOD, PERKINS, LOUCKS,
3           STOUT & ORFINGER, P.A.
            444 Seabreeze Boulevard, Suite 900
4           Daytona Beach, Florida  32118
            Attorneys for the Plaintiffs
5           BY:  TERENCE R. PERKINS, ESQUIRE

6           WILSON, ELSER, MOSKOWITZ,
            EDELMAN & DICKER, L.L.P.
7           33 Washington Street, 18th Floor
            Newark, New Jersey  07102
8           Attorneys for Defendant Rotax
            BY:  ROBERT JOHN KELLY, ESQUIRE

9

10

11

12

13

14

15

16

17

18

Page 2

Simone - dep of Ron Smith

19

20

21

22

23

24

25

THE REPORTING COMPANY
(407)423-9900

☐

3

1                    I N D E X

2            TRANSCRIPT OF PROCEEDINGS

3          Deposition held December 3, 2002

4

TESTIMONY OF RONALD LAVON SMITH                PAGE

5            Direct Examination by Mr. Perkins         4

6    CERTIFICATE OF OATH                                66

7    CERTIFICATE OF REPORTER                            67

8    SUBSCRIPTION OF DEPONENT/ERRATA SHEET              68

9

10                    E X H I B I T S

11   Composite Exhibit A                                65

12

13

Page 3

Simone - dep of Ron Smith

14

15

16

17

18

19

20

21

22

23

24

25

THE REPORTING COMPANY
(407)423-9900

☐

4

1   WHEREUPON:

2        The following proceedings were held:

3                  RONALD LAVON SMITH,

4   a witness herein, after having been first duly sworn,

5   was examined and testified as follows:

6   BY MR. PERKINS:

7        Q    Tell us your full name, please.

8        A    Ronald Lavon Smith.

9        Q    Mr. Smith, what do you do?

Simone - dep of Ron Smith

10      A    Well, I'm employed, self-employed, with

11  South Mississippi Light Aircraft.

12      Q    And what business does South Mississippi

13  Light Aircraft do?

14      A    It supports the small plane, ultralight

15  industry, and representing the Rotax aircraft engine,

16  sales of parts, engines, repairs, overhauls.

17      Q    Are you yourself a pilot?

18      A    Yes, sir.

19      Q    Are you also an ultralight pilot?

20      A    Yes, sir.

21      Q    Is that what got you into that?

22      A    Well, to some degree.  Daddy flew, and he

23  had four other -- three other brothers, and he taught

24  us all to fly, unofficially, on the farm.  We were

25  sort of raised up in aviation, small part of it.  And

☐

5

1  he is actually the one that got us interested in the

2  ultralight stuff in 1979.  And he bought the first --

3  bought Weed Hopper at that time.

4      Q    So you've been involved in ultralights

                    Simone - dep of Ron Smith
 5   since 1979?

 6        A    Correct.

 7        Q    How long have you been involved with Rotax

 8   engines?

 9        A    I come associated as being a -- what they

10   call a service center somewhere along about '87, '88.

11   It was a year or so after Phil become a service

12   center.  That's when I become one.

13        Q    What did you have to do to become a

14   service center for Rotax?

15        A    I guess you could say I had been at the

16   right place at the right time.  I had requested to go

17   to school at -- I was a distributor for Quicksilver

18   Aircraft, Quicksilver Enterprises originally.  And

19   they wanted -- wanted someone to be more officially

20   representing the industry -- to do the engine work

21   and stuff in our area, too.

22             And so I requested to go to school.  At

23   that time we went to Vernon Bridge, Columbia to go to

24   the Rotax engine school when Ron Shetler still had

25   the distribution rights at that point.  Well, I say

Simone - dep of Ron Smith

16    as to how Rotax -- their distribution, and we was

17    listed under Kodiak Research as one of their service

18    centers.

19        Q    Is your understanding that to be a -- a

20    Rotax dealer, in the Rotax system, they are called

21    service centers?

22        A    Well, you have -- we have a -- we have a

23    service center for Kodiak Research for the Rotax

24    aircraft engine.

25        Q    Okay.  Is that being a dealer for Rotax

THE REPORTING COMPANY
(407)423-9900

☐

9

1    engines?

2        A    We had the Kodiak -- well, when you say a

3    dealer, we're a service center which sells complete

4    engines, does engine work, sells parts, and supports

5    that part of the industry.

6        Q    All right.  Does the service centers for

7    the Rotax engines in the United States have the

8    exclusive right to sell the new Rotax engines to the

9    general public?

10        A    Well, we had the exclusive right to sell

Page 10

Simone - dep of Ron Smith

11    the Rotax aircraft engine.  I say exclusive rights.

12    I mean, I don't have no contract or anything that

13    says I'm a service center, as far as that goes.  We

14    ain't -- we don't have no contract or nothing signed.

15         Q    South Mississippi Light Aircraft, is that

16    a corporation?

17         A    Yes, it is.

18         Q    A Mississippi corporation?

19         A    Correct.

20         Q    And how long has that been in operation?

21         A    Late '80s, I think is when we incorporated

22    it.

23         Q    Mr. Smith, are you the principal of that

24    operation?

25         A    That's correct.

THE REPORTING COMPANY
(407)423-9900

10

1         Q    And the president of that corporation.

2         A    Yes.

3         Q    And you would be the one in charge of the

4    day-to-day business.

5         A    Correct.

6         Q    Does that corporation -- with regard to

Page 11

Simone - dep of Ron Smith

2      Q    Okay.  And what will -- Wet Trike,

3    T-R-I-K-E?

4      A    Yeah.  It will just be an OEM.

5      Q    And so what's going to happen with that is

6    you're going to be able to get Rotax engines directly

7    from Kodiak to incorporate into that kit?

8      A    If I met their volume quota, I would be.

9    But as it is, as South Mississippi Light Aircraft,

10    and all of the other service centers, we supply the

11    small OEMs that can't meet the volume with that.

12    So all of that stuff would come through

13    South Mississippi Light Aircraft.  They would

14    purchase from South Mississippi Light Aircraft, same

15    as I sell to any of the other small EOMs.

16      Q    Okay.  I understand how that works.

17    Does South Mississippi Light Aircraft have

18    any written agreement with anybody concerning the

19    sale, servicing, warranty, repair, support, anything

20    of Rotax engines?

21      A    Negative.

22      Q    So everything you have is verbal.

23      A    (Witness nods head.)

24      Q    Yes?

25      A    That's correct.

                      Simone - dep of Ron Smith
17    liability issue, you think?

18        A    I couldn't say which one would be greater.

19        Q    Okay.

20        A    Because I would be just strictly

21    stipulating if I said one or the other.

22        Q    Now, with regard to the purchase of a

23    Rotax engine, does all of the dealing of South

24    Mississippi Light Aircraft and all of your dealing

25    done through Kodiak Research?

                      THE REPORTING COMPANY
                        (407)423-9900

☐

                                                    14

1         A    That's correct.

2         Q    Any time you want a new engine, you have

3    to go there.

4         A    That's correct.

5         Q    Have you ever had any dealings with the

6    factory, with Rotax directly?

7         A    Negative.

8         Q    None at all?

9         A    Not on official, as far as ordering or

10    anything, we have no contact with the factory.

11        Q    How about unofficial?

12        A    I've met some of the -- some of the
                        Page 16

Simone - dep of Ron Smith

13    factory folks.  I have been to the factory.

14        Q    Okay.  When did you visit the factory?

15        A    The last time we visited the factory was

16    in '93.

17        Q    Was this an arranged tour or a meeting?

18        A    It was an arranged tour, and we went in

19    capacity with Kodiak Research as our -- their service

20    centers to tour the factory, and to be brought up to

21    speed currently at that time on a new -- on the 912

22    engine.

23        Q    And who did you meet at the factory?

24        A    Well, Joe -- Josef Furlinger would be one

25    that I can remember.  The other -- the other name

☐

15

1    that comes to mind is Wolfgang.  I don't remember if

2    that's his first name or last name.  I'm sure that I

3    met other folks, but that's the only two that I can

4    recall names of.

5        Q    All right.  Now, as I understand it, in

6    '93 Kodiak sponsored a trip to the factory for the --

7    its service centers.  Is that -- do I have that

Simone - dep of Ron Smith

14      Q      And how about on the numbers, whether or

15      not you thought you could improve the number of

16      sales?

17      A      Not that I can recall.

18      Q      Do you have meetings where those types of

19      items are discussed?

20      A      The service centers do.

21      Q      And how do they do that?

22      A      We normally have a service center meeting

23      in the Bahamas.

24      Q      Okay.  And when is that done?  Is that the

25      April meeting?

THE REPORTING COMPANY
(407)423-9900

20

1      A      Generally in April.  It's after Sun 'n

2      Fun.

3      Q      And is that done at the Kodiak facility,

4      or where is that done in the Bahamas?

5      A      Well, it's -- we've actually been a couple

6      of places over there.  It's -- the last time in

7      April, we met at the executive airport in a meeting

8      room.

9      Q      Okay.  Have you ever made suggestions

Page 23

Simone - dep of Ron Smith

8    out?

9       A    Correct.

10      Q    How about when they came out with the 914

11   turbo?  They have any kind of official announcement

12   of the new product?

13      A    Rotax didn't.

14      Q    Did you?

15      A    Most of the service centers, depending on

16   where you was advertising, or if you had any

17   advertising, it was just listed under some --

18   listed -- now, we tried -- you know, when we went to

19   the shows, tried to have the latest and newest engine

20   there on display when we went to the trade shows, Sun

21   'n Fun and Oshkosh.

22      Q    Do you advertise under South Mississippi

23   Light Aircraft?

24      A    Yes.

25      Q    All right.  Is any of your advertisement

32

1    paid for by Rotax or --

2       A    Negative.

3       Q    -- Kodiak?

Page 37

Simone - dep of Ron Smith

4       A    Negative.

5       Q    Is it coordinated in any way with Rotax or

6  Kodiak?

7       A    Only the -- the only coordination that

8  they have is stipulations and on how to use the logo.

9       Q    The -- the orange box Rotax logo?

10      A    Yeah.

11      Q    What stipulations or restrictions?

12      A    Well, they tell us which one that we can

13  use and how we have to use it.

14      Q    How do you get the logo?

15      A    I don't remember where we -- I think

16  the -- most of the times they would cover that when

17  we was at a -- one of the meetings over in the

18  Bahamas, or service center meetings would be under

19  one of those topics that we would either say this is

20  the logo that you can use now, or you can't use this

21  one anymore at that point in time.

22      Q    Do you get written materials when you go

23  to the -- this meeting in the Bahamas?

24      A    We get an agenda.

25      Q    And --

Simone - dep of Ron Smith

5       Q     So warranty parts for uncertified?

6       A     Uncertified.

7       Q     Uncertified.  Okay.

8             All right.  How are warranty claims

9   handled through your company?

10      A     With a warranty claim form.

11      Q     And that is a form prepared by who?

12      A     Kodiak Research.

13      Q     Do you have blank forms there at your

14  business?

15      A     Yes, sir.

16      Q     And you submit that to whom?

17      A     To Eric Tucker.

18      Q     At Kodiak?

19      A     At Kodiak, at the present time.  Now, used

20  to that it was all -- all the warranty stuff was

21  handled in Canada.

22      Q     Have you received any training or

23  information about how you're supposed to process

24  warranty claims?

25      A     Well, other than just fill out all the

THE REPORTING COMPANY
(407)423-9900

54

Page 63

Simone - dep of Ron Smith

1    blanks and furnish the serial number and the hours

2    and stuff on the engine.

3        Q    Do you make an initial assessment on

4    whether it's a warranty claim or not?

5        A    Well, the service center would make the

6    initial assessment whether his thoughts would be --

7    whether it would be covered under warranty or not.

8        Q    Do you have any guidelines that you're

9    supposed to follow to determine whether it's a

10   warranty claim or not?

11       A    No.

12       Q    Are there written materials of any kind

13   provided by Rotax or Kodiak regarding the process of

14   warranty claims?

15       A    Not other than just a stipulation of time

16   frame, what the warranty -- time frame that the

17   warranty is, would normally cover of the engine.

18       Q    And that's in the owner's manual?

19       A    I don't know if it's listed in the owner's

20   manual or not.

21       Q    Okay.  Are there other documents that they

22   provide to you that list the time period for making

23   warranty claims?

24       A    Not -- other than what I received at the

Page 64

Simone - dep of Ron Smith

20          All right.  Now, with regard to service

21   bulletins, from time to time, were there service

22   bulletins issued for Rotax engines?

23          A    Yes, sir.

24          Q    Where do they come from?

25          A    From Kodiak Research.

THE REPORTING COMPANY
(407)423-9900

☐

56

1          Q    Do you know who actually prepared the

2    service bulletins?

3          A    No.  I mean, I don't know.  Eric could

4    have prepared some of it.  Some of the guys in Canada

5    could have prepared it, I don't know specifically.

6    They don't say.

7          Q    Since the service centers were involved in

8    doing the maintenance and warranty work, did you, as

9    the owner of one of the service centers, have any

10   input into the preparation of service bulletins?

11          A    Negative.  No, we didn't.  South

12   Mississippi didn't.  I can't speak for the other

13   ones.

14          Q    Did you have any dealings with the

15   manufacturer at all regarding any of the service

Page 66

Simone - dep of Ron Smith

16    bulletins?

17         A    Manufacturer being?

18         Q    Rotax.

19         A    No, sir.

20         Q    Was it your understanding that Rotax was

21    involved in issuing the required service bulletins?

22         A    That, I don't know.

23         Q    Did Rotax delegate to Kodiak any legal

24    responsibilities, to your knowledge, for supporting

25    the product?

THE REPORTING COMPANY
(407)423-9900

57

1         A    Not that I'm aware of.

2         Q    Did Kodiak -- strike that.

3              Did Rotax manufacture the engines that you

4    sold?

5         A    As far as I know.

6         Q    Did Kodiak manufacture any of the engines?

7         A    Not that I'm aware of.

8         Q    Did they manufacture any of the parts that

9    were put on the engines that you sold?

10        A    Not that I'm aware of.

Simone - dep of Ron Smith

THE REPORTING COMPANY
(407)423-9900

60

1    that?

2         A    It was credited to my account.

3         Q    Okay.  How much of an incentive was

4    provided in that fashion?

5         A    In what respect?

6         Q    Dollars or percentage.

7         A    It could be anywhere from five hundred

8    dollars to five thousand dollars, depending on where

9    you was at, depending on how many points you

10   received.

11        Q    Depending on how well you achieved the

12   incentives that they put out there?

13        A    Correct.

14        Q    And that was put as a credit towards

15   future purchases?

16        A    If you had a zero account.

17        Q    If you had a zero account, they would give

18   you money back?

19        A    Supposedly.  I don't know.

20        Q    In the number of times -- or in the years

21   that you've been involved with Rotax engines, have

Page 71

Simone - dep of Ron Smith

22    you ever received a check from Rotax?

23         A    Negative.

24         Q    All of the checks have been through --

25         A    I have not received a check from any of

THE REPORTING COMPANY
(407)423-9900

☐

61

1     them.

2          Q    Okay.  Have you ever received a credit

3     from Rotax?

4          A    Negative.

5          Q    Are there any restrictions on your ability

6     to sell Rotax engines in the United States?

7          A    Any restrictions?

8          Q    Yeah, placed on you by Rotax or by Kodiak?

9          A    Well, retail sales we can sell anywheres.

10         Q    All right.  So, for instance, you brought

11    with you copies of invoices of sales to New Jersey,

12    even though you're in Mississippi.  So there's no

13    geographic limitation on a service center's right to

14    sell Rotax engines?

15         A    No, sir.

16         Q    Are there any restrictions, that you're

Page 72

Simone - dep of Ron Smith

19

20

21

22

23

24

25

THE REPORTING COMPANY
(407)423-9900

67

1               C E R T I F I C A T E

2

3

4    STATE OF FLORIDA)
     COUNTY OF ORANGE)

5

          I, PAULA J. LEEPER, Court Reporter and
6    Notary Public for the State of Florida at Large, do
     hereby certify that I was authorized to and did
7    stenographically report the foregoing deposition, and
     that said transcript is a true record of the
8    testimony given by the witness.

9         I FURTHER CERTIFY that I am not of counsel
     for, related to, or employed by any of the parties or
10   attorneys involved herein, nor am I financially
     interested in said action.

11

          DATED this 31st day of December, 2002.
12

13   _____
     PAULA J. LEEPER
     Page 79

```
                    Simone - dep of Ron Smith
14                        Court Reporter, Notary Public

15

16

17

18

19

20

21

22

23

24

25
```

                    THE REPORTING COMPANY
                        (407)423-9900

☐

                                                    68

```
1                       E R R A T A

2    PAGE        LINE                        CHANGE

3

4

5

6

7

8

9
```

                        Page 80

Simone - dep of Ron Smith

10

11

12

13

14

15

16

17

18

19

20      I, RONALD LAVON SMITH having read my
deposition in this matter taken December 3, 2002, by
Paula J. Leeper, Court Reporter, entered any changes
21  in form or substance as reflected above.

22

23  _____          _____

24  Date                               RONALD LAVON SMITH

25

THE REPORTING COMPANY
(407)423-9900

Page 81