# EXHIBIT J

344036.1

4/23/03

(107)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

2003 APR 24 P 4: 4

UNITED STATES
DISTRICT COURT

THEODORE KOZIOL and LOIS KOZIOL,  :

    Plaintiffs,         :      Civ. No. 00-1938 (GEB)

    v.           :

BOMBARDIER-ROTAX Gmbh   :
MOTORENFABRIK; BOMBARDIER  :
INC., KODIAK RESEARCH LTD., and  :
ROTECH RESEARCH CANADA LTD.  :       **ORDER**
a/k/a KODIAK RESEARCH CANADA  :
LTD.                    :

    Defendants.       :

**FILED**

AT 8:30
WILLIAM T.
CLERK

    This matter comes before the Court upon the motions to dismiss by defendants,

Bombardier-Rotax Gmbh Motorenfabrik; Bombardier Inc., Kodiak Research Ltd., and Rotech

Research Canada Ltd. a/k/a Kodiak Research Canada, Ltd. on plaintiffs' complaint; and the

Court having considered the parties' submissions; and having heard oral argument on March 3,

2003; and for the reasons stated in the Memorandum Opinion accompanying this order;

    IT IS this 23rd day of APRIL , 2003;

    ORDERED that defendants' motions to dismiss are GRANTED; and it is further

    ORDERED that the clerk should mark this case CLOSED.

GARRETT E. BROWN, JR., U.S.D.J.