IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA MARIE SIMEONE,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BOMBARDIER-ROTAX GMBH,** *et al.* | : | **NO. 02-4852** |

## O R D E R

**AND NOW**, this 24th day of January, 2005, it is **ORDERED** that plaintiffs' Response in Opposition to the Motion to Dismiss of defendant Bombardier-Rotax GMBH and Motion for Summary Judgment filed by defendants Bombardier Inc. and Bombardier Corporation (Document No. 33) shall be filed under seal.

BY THE COURT:


s/Berle M. Schiller
**Berle M. Schiller, J.**