# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, NJ 07102-3107 Tel: (973) 624-0800 Fax: (973) 624-0808

*-New York- Los Angeles -San Francisco -Washington, DCoNewarkoPhiladelphia oBallimoree Miami\* CJicagoo White Plains, NY
Dallas - Albany, NY- San Diego - Houston - Garden Chy, IVY - Boston - McLean, VA - Stamford - London
Limited Liability Partnership qfNY
Affiliate Offices. Paris - Berlin - Cologne - Frankfurt - Munich*

www.wemcd.culu

February 14, 2005

**VIA OVERNIGHT MAIL**
United States District Court
Eastern District of Pennsylvania
Office of the Clerk of Court
U.S. Courthouse
601 Market Street
Philadelphia. PA 19106-1797

    Re:    Simeone, et al. v. Bombardier Rotax GMBH, et al. Our File No.: 04837.00042

Dear Sir or Madam:

This firm represents Defendant BRP-Rotax GmbH & Co. KG, Bombardier Inc. and Bombardier Corporation in connection with the above-referenced matter. Enclosed for purposes of filing, please find a CD-ROM and original copy of the following documents:

I.    Reply Brief in Support of Motion to Dismiss Plaintiffs' Complaint with prejudice for lack of personal jurisdiction and Motion for Summary Judgment-,

2.    Certification of Robert J. Kelly, dated February 14, 2004, along with Exhibit 1;

3.    Certification of Joseph Furlinger, dated February 14, 2005; along, with Exhibits A through D; and

4.    Certification of Mailing.

391019.1

February 14, 2005
Page 2

Kindly file the original and one copy and return one copy marked with the date of filing in the stamped, self-addressed envelope.

Should you have any questions on the above or the enclosed, please feel free to contact me. Thank you for your prompt attention to this matter.

       Very truly yours,

       .-WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

       Robert J. Kelly

RJK.jer Enclosures cc: Christopher Cerski, Esq.
    Nathaniel E. P. Ehrlich, Esq.

WILSON, ELSER. MOSKOWITZ, EDELMAN & DICKER 1.1.1'
391019.1