**39094 0.1**

```
     IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, and THERESA MARIE SIMEONE, In Her Own Right, and MARY ANN LENGYEL, Personal Representative of the Estate of George **Lengyel, Deceased, and MARY ANN** LENGYEL, In Her Own Right

vs.

BOMBARDTER-ROTAX GmbH, et al.

Plaintiffs,

Defendants.

```
                 CIVIL ACTION NO. 02CV4852 JURY TRIAL DEMANDED

            ORAL DEPOSITION
            JOSEF FUERLINGER
            December 3, 2004
```

ORAL DEPOSITION OF JOSEF FUERLINGER, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of December, 2004, from 9:43 a.m. to 5:26 p.m., before Michelle Hartman Solari, certified Shorthand Reporter and Registered Professional ReDorter, reported by computerized stenotype machine at the offices of the Intercontinental Vien, Johannesgasse 28, Room 743, A-1037 Vienna, Austria, pursuant to the Federal Rules

37Q295.1

```
                                                                      2
                            Oral Deposition - Josef Fuerlinger
                                     December 3, 2004

 1       of Civil Procedure and the provisions stated on the

 2       record or attached hereto.

 3

 4                              APPEARANCES
 5     FOR PLAINTIFFS:
 6
           Christopher J. Cerski
 7                 The Wolk Law Firm
       1710-12 Locust Street
 8            Philadelphia, Pennsylvania 19103
       Telephone: 215-545-4420 - Fax: 215-545-5252
 9              E-mail: cerski@airlaw.com

10     FOR BOMBARDIER-ROTAX GMBH:

11                                     Robert John Kelly
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
12                                 33 Washington Street
       Newark, New Jersey 07102
13           Telephone: 973-624-0800 - Fax : 973-624-0808
       E-mail: kellyr@wemed.com
14
is       FOR DEFENDANT BOMBARDIER RECREATIONAL PRODUCTS, INC.:
16                                    Jean-Francois Denis
       Bombardier Recreational Products, inc.
17                                  726 Saint-Joseph Street
             Valcourt, Quebec
18                                    Canada JOE 2LO
```

```
                    Telephone: 450-532-6107 - Fax : 450-532-6494
        19                     E-mail: jean-francois.deriis@brp.com

        20     ALSO PRESENT:

        21       Mag. Renate Huber-Scheinecker, Tnterpreter

        22

        23

        24

        25
379295.1
```

```
                                                                         3
                         Oral Deposition - Josef Fuerlinger
                                  December 3, 2004

         1                           INDEX
         2                                                         PAGE

         3     JOSEF FUERLINGER

               4 . . . . . . . . . . . . . . . . Examination by Mr. Cerski
         G
                 . . . . . . . . . . . . . . . . . . . Signature Page 174
         5 . . . . . . . . . . .   Court Reporter's Certificate...
               176

         6

         7                                                        EXHIBITS
         8                EXHIBIT                               DESCRIPTION
               PAGE
         9                1A      Bombardier,    Inc.'s, policy 36
                                  manual
        10
               8          Affidavit by the witness in           146
        11        Simeon v. Bombardier-RoLax
                          filed in a state court action
       1.2
               9          Minutes of March 20, 2001,            59
        13                       Bates      2232 to 2245
        14                10      May 9th 2001, Board Minutes 151
                          Bates   2246 to 22S7
        15
               11         Supervisory             Meeting 44
        16        Minutes from August 21, 2001
                          Bates   2263 to 2272
        17
               13         Rotax minutes from a                  52
        18                     supervisory    board meeting on
                          18th of 2000, Bates 2307 to
        19                       2308
        20                1-4   Supervisory       Minutes of 52
                          August 22, 2000, Bates 2320 to
        21                       2325
        22                16    Supervisory       Minutes for 136
                          November 16,                  1999
        23
               19         Board minutes of November 17,         57
        24        1987, Bates 245S to 2463
        25                20  Kodiak contract                   72
379295.1
                                                                         4
```

Oral Deposition - Josef Fuerlinger
December 3, 2004

| | | |
|---|---|---|
| 1 | 21 | Rotech contract  72 |
| 2 | 22 | Type certificate data sheet  89 from the FAA with regard to the |
| 3 | | 9/14 engine |
| 4 | 23 | List of service manuals and  98 other service publications |
| 5 | | provided to plaintiffs, attorney in Rotax production |
| 6 | | that they sent to distributors |
| 7 | 24 | Cover page of a 2002 California  126 Power Systems catalog and |
| 8 | | certain excerpts taken out by plaintiffs, attorney after depo |
| 9 | | |
| 10 | 25 | Axticle about a Rotax V-6  155 engine |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| is | | |
| 16 17 18 19 20 21 22 23 24 25 | | |

379295.1

5
Oral Deposition - Josef Fuerlinger
December 3, 2004

```
09:42:59    1                    MR. CERSKI: Good morning,
09:43:09    2    Mr. Fuerlinger.   My name is Chris Cerski, and I
09:43:12    3    represent the plaintiff in Simeon versus
09:43:15    4    Bombardier-Rotax in Pennsylvania, in the Eastern
09:43:19    5    District of Pennsylvania.
09:43:21    6                    1 understand that English is not your
09:43:23    7    first language; is that correct?
09:43:25    8         A.   That's correct.
09:43:25    9         Q.   German is your first language?
09:43:27   10         A.   That's correct.
09:43:28   11         Q.   And you have agreed to take this deposition
09:43:30   12    in English today?
09:43:32   13         A.   Yes. With an assistance if I need to with
09:43:34   14    the translator.
09:43:35   15         Q.   If at any time during the deposition you
09:43:37   16    need me to slow down or to reDeat something or try to
09:43:42   17    clarify it without using the interpreter, please ask
09:43:45   18    me to do so at any time.
09:43:46   19         A.   Yes.
09:43:48   20              Just a few --

09:43:52   21                    THE COURT REPORTER:
          Swearing in the
09:43:53   22              witnesses?
```

```
09:43:55    23          MR. CERSKI: Yeah. Go ahead. And
09:43:55    24    we're going to stipulate that she can swear in the
09:43:58    25                                              witness.
```

379295.)

6

Oral Deposition - Josef Fuerlinger
December 3, 2004

```
09:43:59     1                                    (Mr. Kelly nods)
09:43:59     2                    MR. CERSKI: The court reporter. I'm
09:44:00     3    sorry.
09:44:01     4                    (Ms. Huber-Scheinecker sworn as
09:44:01     5                     interpreter and witness sworn)
09:44:26     6                    MR. KELLY: Reading and signing, do
09:44:27     7    you want to put that on the record?
09:44:30     8                    MR. CERSKI:   Sure. Go ahead.
09:44:32     9                    MR. KELLY:   We have agreed that the
09:44:34    10    witness will read and sign the transcript.
09:44:39    11                    MR. CERSKI: And do you want to
09:44:39    12    reserve all objections to the time of trial except as
09:44:42    13    to form?
09:44:44    14                    MR. KELLY:   Yes.
            15                                     JOSEF FUERLINGER,
            16         having been first duly sworn, testified as follows:
            17                                              EXAMINATION
09:44:46    18         Q-      (BY MR. CERSKI) Mr. Fuerlinger, excuse me.
09:44:48    19    There's a couple of rules of the deposition, fairly
09:44:51    20    easy ones. I know you have taken a deposition
09:44:53    21    before. The first is that this is a court reporter.
09:44:56    22    She takes down on that machine everything that we
09:44:59    23    say, but she can only take one down of us at one
09:45:03    24    time. So I'll do my very best to allow you to finish
09:45:06    25    your answer if you will do your very best to allow me
```

379295.1

7

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
09:45:09     1    to finish my questions. Okay?
09:45:11     2         A.    Okay, yes.
09:45:13     3         Q.    Our goal here is to get a complete and
09:45:16     4    accurate testimony. So, again, if you have any
09:45:19     5    questions during the deposition, please don't
09:45:21     6    hesitate to ask me. Okay?
09:45:23     7         A.    Yes.
09:45:23     8         Q-    If at any time during the deposition you
09:45:25     9    need a break, please just ask. Okay?
09:45:29    10         A.    Thank you.
09:45:29    11         Q.    Okay.  Mr. Fuerlinger, I'm going to show
09:45:33    12    you what's marked as Exhibit A. This is the notice
```

```
09:45:38    13   of deposition that we provided to Bombardier-Rotax
09:45:42    14   for this case.  Have you seen this document before?
09:46:11    15                    (Witness reads document)
09:46:13    16                              THE WITNESS: Yes.
09:46:13    17       Q.   (BY MR. CERSKI): Okay. And with the
09:46:13    18   deposition of --
09:46:14    19                    MR. CERSKI:  Is it 8 and 9?
09:46:21    20                    MR. KELLY: I think -- oh, they're
09:46:22    21   together.         It's two in a row.
09:46:24    22                    MR. CERSKI:  Yeah, 8 and 9.
09:46.27    23       Q.   (BY MR. CERSKV: With the exception of 8
09:46:28    24   and 9, which pertain to lawsuits which I will not be
D9:46:31    25   asking you questions about today, are you here today

379295.1
```

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
09:46:34    1    to testify on behalf of Bombardier-Rotax with regard
09:46:38    2    to the areas that are outlined in that deposition
09:46:40    3    notice?
09:46:41    4        A.   That's correct.
09:46:41    5        Q.   And do you possess the necessary knowledge
09:46:43    6    to testify with regard to those -
09:46:47    7        A.   I'll do my best efforts.
09:46:50    8        Q-   And you agree to testify here on behalf of
09:46:53    9    Bombardier-Rotax today?
09:46:56    10       A.   Yes.
09:46:56    11       Q.   From this point forward, do you mind if I
09:46:S9    12   just use the term "Rotax" to describe
09:47:02    13   Bombardier-Rotax, which I think is now BRP Rotax?
09:47:07    14                    MR. KELLY: I think we will agree to
09:47:09    15   that.
09:47:10    16                              THE WITNESS: Yes.
09:47:12    17       Q.   (BY MR. CERSKI): Are you taking any
09:47:16    18   medications that would prevent you from truthfully
09:47:18    19   testifying here today?
09:47:20    20       A.   No.
09:47:20    21       Q.   Should you be taking any medications that
09:47:23    22   would allow to truthfully testify?
09:47:26    23       A.   No.
09:47:26    24       Q-   Is there any reason why you cannot
09:47:29    25   truthfully or completely testify today?

379295.1
```

9
Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
09.47:31    1        A.   There's no reason.
09:47:38    2        Q,   Without divulging conversations that you
09:47:41    3    may have had between yourself and Mr. Kelly or
09:47.43    4    your -- or Bombardier's -- I should say Rotax's other
09:47:47    5    attorneys -
09:47:48    6                    (Knock at deposition door)
09:47:49    7                    MR. KELLY: For water.
12:02:18    8                    (Discussion off the record).
09:48:57    9                    MR. CERSKI: I will repeat my
09:48:59    10   question,            at least the first part of it.
09:49:01    11       Q.   (BY MR. CERSKI): Without divulging any
```

```
09:49:02    12  conversations that you may have had between yourself
09:49:04    13  and Rotax's attorneys, what did you do to prepare for
09:49:07    14  this deposition today?
09:49:09    15      A.  I reviewed today the document of
09:49:13    16  Appendix A, and I got the preparation in talking with
09:49:18    17  my attorney.
09:49:19    18              MR. KELLY: When he says "Appendix,"
09:49:21    19  he means -
09:49:22    20              MR. CERSKI: He means the document,
09:49:24    21  yeah.
09:49:25    22      Q.  (BY MR. CERSKI) Did you review any
09:49:27    23  documents before coming here, other than Exhibit A?
09:49:32    24      A.  I had a look on the contract of -- Lhe
09:49:36    25  distributor contract between Rotax and our authorized
```

379295.1

10
Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
09:49:41     1  distributor, Kodiak, Nassau, Bahamas.
09:49:46     2      Q.  Did you review the distributor agreement
09:49:49     3  between Rotax and Rotech?
09:49:54     4      A.  No.
09:49:56     5      Q.  Any other documents that you reviewed in
09:49:58     6  preparing for this deposition?
09:50:08     7      A.  Yes.
09:50:08     8      Q.  What would they be?
09:50:09     9      A~  I quickly reviewed one of my latest
09:50:27    10  depositions.
09:50:33    11      Q.  And would that be a deposition taken by
09:50:35    12  someone in my firm, The Wolk Law Firm, or would that
09:50:39    13  be a deposition in another case?
09:50:43    14      A.  In your law firm.
09:50:44    15      Q.  Was it Kozial v. Bombardier?
09:50:50    16      A~  (Nods.)
09:50:51    17          MR. KELLY:  You need to answer.
09:50:55    18          THE WITNESS:  Yes.
09:50:56    19          MR. CERSKI:  Thank you.
09:50:58    20      Q-  (BY MR. CERSKI) Did you review Claude
09:50:59    21  Ferland's deposition that was taken in this case?
09:51:05    22      A.  Not entirely. Just I got some information
09:51:08    23  from my attorney.
09:51:12    24          Any other documents that you reviewed in
09:51:14    25  preparation?
```

37929S.1

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
09:51:15     1      A.  Not as of my knowledge.
09:51:20     2      Q.  Did you meet with any -- other than
09:51:22         did you meet with any employees of
```

```
rder to prepa09:51:26he deposition?
              09:51:30         5    A.   I have a very good knowledge about Rotax,
              09:51:33     6 and I'm a    long time with Rotax since 1990, so I have
rstanding abou09:51:39usiness, about
              09:51:42         8    Rotax.
              09:51:43         9    Q.                                          So -
              09:51:44        10    A.   I did not particularly go in and look for

              09:51:48        11    any information. I am -- I have enough knowledge to

              09:51:54        12    answer the questions.
              09:51:55        13             MR. KELLY: Mr. Fuerlinger, if you can
              09:51:57        14    answer the question "yes" or "no", that would
              09:52:00        15    suffice.
              09:S2:00        16         Q.   (BY MR. CERSKI): So the question was: Did
              09:52:03        17    you meet with any other employees at Rotax to prepare
              09:52:06        18    for the deposition today?
              09:52:08        19         A.   No.
              09:52:08        20                       MR. KELLY: There you go.
              09:52:10        21         Q.   (BY MR. CERSKT): Okay. For the record, cari
              09:52:27        22    you state and spell your name, please.
              09:52:20        23         A.   Josef, J-O-S-E-F, Fuerlinger,
              09:52:27        24    F-U-2-R-L-I-N-G-E-R. And actually, the U is normally
              09:52:43        25    in Austria with two dots on the top.

              379295.1
```

                                                                12
                                    Josef Fuerlinger - December 3, 2004
                                           Examination by Mr. Cerski

```
              09:52:46        1    Q.    Okay.     Thank you. What's your address?
              09:52:53        2              MR. KELLY: Well, he -- I don't think
              09:52:54        3    it's necessary for him to divulge his personal
              09:52:58        4    address.   He's an employee of Rotax.
              09:53:00        5         Q-   (BY MR. CERSKI): Okay. Can you give me the
              09:53:02        6    formal address, the mailing address. If I wanted to
              09:53:04        7    send something to Rotax, what's the mailing address
              09:53:08        8    of Rotax?
              09:53:17        9         A.   It's -- it's 4623, Gunskirchen,
              09:53:27       10    Welserstrasse Street No. 1.
              09:53:33       11         Q.   Okay.   Let's just Lalk briefly about your
              09:53:37       12    educational background. Did you -- did you attend
              09:53:45       13    college?
              09:53:49       14         A.   In Austria we have a different education
              09:53:52       15    program and maybe different: names
              09:53:53       16         0-   Okay.
              09:53:54       17         A.             -- as the definition of what you
              09:53:58       18    reference.
              09:53:58       19         Q.   Why don't you explain to me, then, what
              09:54:01       20    your educational background is.
              09:54:05       21         A.   I went -- I started with the beginning of
              09:54:09       22    my education, I went into the primary and
              09:54:13       23    secondary -- secondary schools in Austria; and later
              09:54:17       24    on I went    to a special program wherc --- which is an
              09:54:24       25    engineering program to get my engineering degree.

              379295.1
```

                                                                13
                                    Josef Fuerlinger - December 3, 2004
                                           Examination by Mr. Cerski

```
              09:54:32        1    And that was a five-years program after I got the -
              09:54:39        2    it is finished.
```

```
09:54:39      3       Q    Does the degree have a name? For example,
09:54:43      4    in the United States a degree may be called a
09:54:46      5    bachelor's degree or a master's degree or a doctorate
D9.54:49      6     degree. Does the degree have a name in Austria?
09:S4:53              7    A.                                      Engineer.
09:54:54              8    Q.   So it's just a degree in engineering?
09:54:57              9    A.                                          Yeah.
09:54:58             10    Q    And did have -- after you received your
09;5S:00             11    degree in engineering, did you get any further
09:SS:03     12 schooling?
09:55:03             13    A.   I went through some special program
09:55:05     14 training,    some on -- for different areas.
09:55:09             15    Q    Areas at Rotax or areas independent of
09:SS:13     16 Rotax?
09:55:14             17    A.                                   Independent.
09:55:16             18    Q.   Can you just give me maybe a list of those
09:55:22             19    areas.
09:5S:23             20    A.   A special education program for a welding
09:55:28     21 engineer and some of the cost calculation programs
09:55:37     22 for         reference.
09:55:41     23            Q.   Okay. Let's talk about your work history.
09:55:46     24                How long have you been with Rotax?
09:55:52     25            A.   Since beginning of 1990.

379295.1
```

                                                                        14
                        Josef Fucrlinger - December 3, 2004
                              Examination by Mr. Cerski

```
09:55:57      1       Q.         And what position did you start in?
09:56:00      2       A.         I started as a product manager.
09:56:11      3       Q.   And after you were a product manager what
09:56:17      4   did                                    you become?
09:56:18      5       A.   Vice president for Rotax aircraft engines.
09:56:32      6       Q.   And what year did you become vice president
09:56:34      7   of Rotax aircraft engines?
09:56:37      8       A.                                        1998.
09:56:42      9       Q.   And are you still currently vice president
09:56:44     10   for                                          Rotax
aircraft engines?
09:56:46             11    A.   No.
09:56:47             12    Q.   Okay.        What's your current title?
09:56:50             13    A.   Director for new business development.
08:08:29             14              (Discussion off the record)
09:57:19             15    Q.   (BY MR. CERSKV: Okay. So you said you're
09:57:23     16    director for? I'm sorry. I didn't catch the last
09:57:25     17                                                  part.
09:57:26             18    A.                    New business development.
09:57:29             19    Q.   And when did you -- when did you enter that
09:57:32             20    position?
09:57:33             21    A.                         Ist of September, 2002.
09:57:40             22    Q.   Okay. As vice president for Rotax aircraft
09:57:44     23 engines, what were your general responsibilities?
09:57:50             24    A.   To take care of the whole activity of Rotax
```

```
09:57:56        25                            aircraft engines within Rotax.

379295.1
                                                                              is
                                 Josef Fuerlinger - December 3, 2004
                                       Examination by Mr. Cerski

09:58:13        1          Q   Were you the one that negotiated the
09:58:14        2     contracts between Rotax and its aircraft
09:58:18        3     distributor -- or aircraft engine distributors?
09:58:25        4          A.   This is when I was in a position of the
09:58:27        5     vice president, yes.
09:58:45        6          Q.   And did you oversee how the engines were to
09:58:48        7     be marketed?
09:58:52        8          A.   What is your definition of "marketed?"
09:58:53        9          Q   Marketing, what I'm thinking of is
09:58:57        10    advertising, having the products be known,
09:59:02        11    positioning Rotax aircraft engines in a manner that
09:59:05        12    the engines would be sold.
09:59:09        13         A.   Rotax is very good in the manufacturing of
09:59:18        14    Rotax aircraft engines, and we have not the strengths
09:59:31        15    or not the capability to -- to market the products;
09:59:36        16    therefore, that's the responsibility of our
09:59:40        17    authorized distributor.
09:59:46        18         Q.   I'm going to talk about that more
09:59:49        19    specifically later. Why don't you tell me -- this
09:59:52        20    may give me a better idea.
09:59:54        21              What departments or areas reported to
09:59:56        22    you as vice president for Rotax aircraft engines?
10:00:01        23         A.   we had a manufacturing department,
10:00:11        24    after-sales and sales department and quality
10:00:32        25    department,

379295.]
                                                                              16
                                 Josef Fuerlinger - December 3, 2004
                                      Examination by Mr. Cersk-i

10:00:43        1          Q-                     Research and development?
10:00:48        2          A.         At this given time frame when we started
10:00:50        3     there was                standard products where we had not
10:00:56        4     integrated their research because there was no
10:00:59        5     research program available.
10:01:11        6          Q.            **How about an** engineering department?
10:01:25        7          A.            What is your engineering department?

10:01:29              8    Q.                       What I'm referencing is:   Did you have a
10:01:32        9                department of engineers that reported to you as a
10:01:35        10                         vice president for Rotax aircraft engines?

10:01:45        11         A.              This has been integrated or established -
10:01:49        12    or I would say established later during the time when
10:01:54        13    1 was in charge of the Rotax aircraft engine.
10:02:03        14         Q.                          Can you give me a time frame.
10:02:10        15         A.                                    Well, roughly 2001.
10:02:23        16         Q.            And did you have a department or a person
10:02:26        17    who    worked directly for you that communicated with
10:02:29        18    governmental authorities, such as the FAA or the
10:02:39        19    Austrian equivalent?
10:02:53        20         A.              We don't have a person within the quality
10:02:54        21    department which did -- within the normal course of
```

| | | |
|---|---|---|
| 10:02:57 | 22 | business with the Austrian authority communication |
| 10:03:01 | 23 | because there is only one central point for us for |
| 10:03:06 | 24 | certification programs if we do such. |
| 10:03:11 | 25 | 0. Anyother departments that we haven't |

379295.1

17

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | | |
|---|---|---|---|
| 10:03:13 | 1 | | talked about here this morning that reported to you |
| 10:03:16 | 2 | | as vice president for Rotax aircraft engines? |
| 10:03:44 | 3 | A. | Not I'm recalling any. |
| 10:03:46 | 4 | Q. | okay. If at any time during the deposition |
| 10:03:48 | 5 | | you do recall or you just want to let me know, feel |
| 10:03:52 | 6 | | free to do that; and if you think of one and it pops |
| 10:03:55 | 7 | | into your head and you go, oh, that was it, you could |
| 10:03:58 | 8 | | just let me know that at the time. |
| 10:04:01 | 9 | | As director of new business |
| 10:04:03 | 10 | | development, is this specifically for the Rotax |
| 10:04:05 | 11 | | aircraft engines, or is this now specifically for |
| 1.0:04-08 | 12 | | Rotax in general? |
| 10:04:11 | 13 | A. | It's specific for everything else, what |
| 10:04:19 | 14 | Rotax does today. It's basicaily out of the normal |
| 10:04:24 | 15 | scope of business where Rotax is in. |
| 10:04:27 | 16 | Q- | Okay. |
| 10:04:28 | 17 | A. | I hope this is the right definition. |
| 10:04:30 | 18 | Q. | So when you're the director of new business |
| 10:04:34 | 19 | development, it's for all of RoLax's engines, |
| 10:04:38 | 20 | products, | everything at Rotax? |
| 10:04:42 | 21 | A. | As the definition stands for, I'm looking |
| 10:04:46 | 22 | | for new business opportunities where Rotax is not yet |
| 10:04:50 | 23 | | in as of today. |
| 10:04:Sl | 24 | Q. | Okay. Give me a broad definition of what |
| 10:05:42 | 25 | Rotax does. | |

379295.1

18

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 10:05:45 | 1 | A.  Rotax is a manufacturer of a two-stroke and |
| 10:05:53 | 2 | four-stroke gasoline engine. |
| 10:06:05 | 3 | Q_  And **who are** Rotax's customers? |
| 10:06:14 | 4 | MR. KELLY: Just as we proceed, I want |
| 10:06:16 | 5 | everyone to understand that your questions, although |
| 10:06:19 | 6 | posed in the present tense, are set within a time |
| 10:06:23 | 7 | frame of 1998 -- |
| 10:06:25 | 8 | MR. CERSKI:    Through 2002. |

```
10:06:27      9                    MR~ KELLY:        -- through 2002.
10:06:30     10                    MR. CERSKI:                  Yes.
1D:06:31     11                    MR. KELLY: Do you understand that?
I.D:06:33    12                    THE WITNESS:                1998?
10:06:35     13                    MR. KELLY: -- five years: 1998,
10:06:36     14       199, 2000, 2001, 2002.

10:OG:44                  15             THE WITNESS: Thank you for the
10:06:4S     16       clarification.
10:06:45     17                                   MR. CERSKI: Sure.
10:06:47     18              MR. KELLY: And if you need to hear
10:06:48     19       the question again because I jumped in there, maybe
10:06:51     20       the court reporter will read it back.
10:06:54     21                       THE WITNESS: Yes, please.
10:07:01     22             (The record was read as requested)
10:07:09     23                MR. KELLY: Do you want each name, or
10:D7:11     24       do you want a general array of types of customers?
10:07:13     25             Q. (BY MR. CERSKI)~ Well, why don't you start

3792951
```

1919 19J19 Josef19 Josef 19 JosefFuer

- December 3, 2004

Examination by Mr. Cerski

```
10:07:15      1    with maybe the types, and then I can break them down
10:07:19      2    if I want to get more specific.
10:07:22      3        A.         We make an engine for applications in water
10:07:36      4    crafts, ATVs, snowmobiles, motorcycles, and some
10:07:55      5    small application in industrial and aircraft. That's
10:08:08      6    a general.
10:08:13      7        Q.         Now, in the water craft, the ATV market and
10:08:17      8    the snowmobile market, do you have any other customer
10:08:23      9    than Bombardier, Inc., at this time period, 1998 to
10:08:29     10    2002?
10:08:30     11        A.                                            No.

10:08:49     12        Q-         Just to clarify, so Bombardier, Inc., was a
10:08:53     13    customer of Rotax for water craft, ATV and
10:08:58     14    snowmobiles?
10:08:59     15        A.                                    That's correct.
10:09:00     16        Q-         And with regard to motorcycles, who were
10:09:02     17    your customers?
10:09:05     18        A.                                    Aprilia and BMW.

10:09:15     19        Q.         Now, in your -- in Rotax's Responses to
10:09:22     20    Plaintiff's Request for Production of Documents,
10:09:25     21    there was a request that asked for a list of products
10:09:28     22    that Rotax engines are -- are in, and one of the -
10:09:32     23    in that list it said Harley Davidson motorcycles. Is
10:09:40     24    that also one of the motorcycle manufacturers?
10:09:46     25        A.                 Sir, can you show me the list, please.

37929S.1
```

Examination by Mr. Cerski

| Time | Line | Text |
|---|---|---|
| 10:09:50 | 1 | Q- Sure. |
| 08:08:29 | 2 | (Discussion off the record) |
| 10:ID:32 | 3 | MR. CERSKI: I'm not going to mark |
| 10:10:32 | 4 | this. I'm just going to refer to it. |
| 10:10:35 | 5 | I'm showing the witness |
| 10:10:37 | 6 | Bombardier-Rotax's Responses to Plaintiff's Request |
| 10:10:39 | 7 | for Production of Documents and Things dated |
| 10:10:41 | 8 | August 17th of 2004, and I'm referring to Request |
| 10:10:47 | 9 | No. 40 and the answer provided. Actually, I believe |
| 10:10:51 | 10 | theright language is Harley Davidson, Incorporated. |
| 10:10:57 | 11 | MR. KELLY: Read the question first. |
| 10:10:58 | 12 | (Witness complies) |
| 10:11:32 | 13 | MR. KELLY: And your question again, |
| 10:11:34 | 14 | please. |
| 10:11:34 | 1S | Q. (BY MR. CERSKI)The question is -- and I |
| 10:11:36 | 16 | may be assuming, well, we were talking about the |
| 10:11:38 | 17 | motorcycles aspect of Rotax's business and you told |
| 10:11:41 | 18 | me Aprilia and BMW are customers of Rotax. |
| 10:11:45 | 19 | And my question was: Is Harley |
| 10:11:48 | 20 | Davidson also a customer? |
| 10:11:51 | 21 | A. TIm not a hundred percent sure in which |
| 1-0:11:56 | 22 | time frame they were -- they were in or not. We're |
| 10:12:00 | 23 | talking about the time frame 198 - |
| 10:12:02 | 24 | Q. 8 to 2002. |
| 10:12:04 | 25 | A. -- to 2002? |

379295.1

21

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| Time | Line | Text |
|---|---|---|
| 10:12:07 | 1 | Q. (Attorney nods.) |
| 10:12:08 | 2 | A. They have purchased from -- Harley Davidson |
| 10:12:12 | 3 | has purchased from Rotax in Austria some limited |
| 10:12:18 | 4 | numbers of engines for military applications bike - |
| 10:12:23 | 5 | sorry -- engine for limit -- I probably did not |
| 10:12:30 | 6 | correct -- have the correct -- engines for |
| 10:12:34 | 7 | application in a military bike. |
| 10:12:45 | 8 | Q. Was there an agreement between Harley |
| 10:12:48 | 9 | Davidson and Rotax to produce these engines? |
| 10:12:58 | 10 | MR. KELLY: You mean a formal., written |
| 10:13:00 | 11 | agreement or -- |
| 10:13:02 | 12 | MR. CERSKI: Yes, a formal, written |

| | | | | |
|---|---|---|---|---|
| 10:13:05 | 13 | | | agreement. |
| 10:13:06 | 14 | | | THE WITNESS: I don't know. |
| 10:13:07 | 15 | Q. | (BY MR. CERSKI): | Is there a way to |
| 10:13:13 | 16 | | | determine the time period that Harley Davidson and |
| 10:13:19 | 17 | | | Rotax -- that Harley Davidson was a customer of |
| 10:13:23 | 18 | | | Rotax? |
| 10:13:35 | 19 | A. | | sorry, sir, can you specify the question. |
| 10:13:39 | 20 | Q. | | Sure. What I'm asking you is: Is there a |
| 10:13:43 | 21 | | | way at Rotax to figure out what time period Harley |
| 10:13:47 | 22 | | | Davidson was a customer of Rotax? |
| 10:13:57 | 23 | A. | | Yes. |
| 30:14:01 | 24 | Q. | | Is it typical for your customers like |
| 10:14:19 | 25 | | | Harley Davidson to have a written agreement before |

379295.1

                                                                          22
                        Josef Fuerlinger - December 3, 2004
                              Examination by Mr. Cerski

| | | | | |
|---|---|---|---|---|
| 10:14:21 | 1 | | | you produce engines for them? |
| 10:14:29 | 2 | A. | | This engine, what has been used for this |
| 10:14:36 | 3 | | | military bike, was an existing engine, and that means |
| 10:14:42 | 4 | | | out of the existing production program. And in this |
| 10:14:50 | 5 | | | case I would think there was a purchase order of |
| 10:15:00 | 6 | | | course in place, and this is for me a kind of -- it's |
| 10:15:03 | 7 | | | a written agreement of doing the business between |
| 10:IS:08 | 8 | | | them. |
| 10:15:10 | 9 | Q. | | other than a purchase order, no formal |
| 10:15:15 | 10 | | | contract between Rotax and Harley Davidson? |
| 10:15:18 | 11 | A. | | I don't recall. |
| 10:15:39 | 12 | Q. | | Do you know what the actual product that |
| 10:15:43 | 13 | | | Harley David -- the military product that Harley |
| 10:15:47 | 14 | | | Davidson was producing? Do you -- |
| 10:15:55 | 15 | A. | | As I said, that was a very limited |
| 10:IS:58 | 16 | | | quantity, and currently we don't supply this engine |
| 10:16:08 | 17 | | | to Harley Davidson. |
| 10:16:10 | 18 | Q- | | So you don't know the product name that |
| 10:16:13 | 19 | | | they were producing for the military, for military |
| 10:16:16 | 20 | | | purposes? |
| 10:16:17 | 21 | A. | | No~ |
| 10:16:26 | 22 | Q. | | If there was a contract between Harley |
| 10:16:29 | 23 | | | Davidson and Rotax between the time period of 1998 |
| 10:16:33 | 24 | | | and 2002, would it still exist? |

```
10:16:40          25                    MR. KELLY: Object to the form. You

379295.1
```

                                                                            23
                          Josef Fuerlinger - December 3, 2004
                              Examination by Mr. Cerski

```
10:16:41    1           can answer.
10:17:08    2                       THE WITNESS: I don't know.
10:17:09    3      Q.              (BY MR. CERSKI) have a document
10:17:13    4    retention                                    policy?
10:17:21    5      A.   We have no document retention policy except
10:17:26    6    those which is mandatory from the Austrian legal or
10:17:32    7    law                                           system.
10:17:42    8      Q.   Do you know how many engines were sold to
10:17:45    9    Harley Davidson?
10;17:53   10      A.                       I have a very weak idea.
10:17:55   11      Q.   Okay. Can you give me an approximate
10:17:58   12    number.
10:17:59   13      A.                                     Maybe 400.
10:18:03   14      Q.   would the purchase orders between Harley
10:18:28   15    Davidson and Rotax still be available at Rotax?
10:19:07   16      A.   Yes.
10:19:18   17           MR. CERSKT: We can go off the record
10:19:19   18    for a minute.
16:08:18   19                       (Discussion off the record)
10:20:49   20      Q.   (BY MR. CERSKV: The last question I have
10:20:51   21    for you, Mr. Fuerlinger, with regard to the Harley
10:20:53   22    Davidson is:   Did anyone from Rotax ever visit Harley
10:20:57   23    Davidson at its corporate headquarters?
10:21:19   24      A.   In this given time frame?
10:21:21   25      Q.   Yes, 1998 to 2002.

379295.1
```