24
                        Josef Fuerlinger - December 3, 2004
                              Examination by Mr. Cerski

10:21:36        1    A.                        I don't recall.
10:21:37        2    Q.        Did you ever visit Harley Davidson?
20:21:41        3    A.                    On a private place, yes.
10:21:46        4    Q.            But for -- on behalf of Rotax?
10:21:48        5    A.                                    Never.
10:21:52        6    Q.    **And did Harley** Davidson ever visit Rotax?
10:21:56        7    A.            Rotax does not keep any records of

10:22:18        8    visitors, nor have we any file where we kept it. So
10:22:23        9    it's -
10:22:24        10   Q.                    To the best of your knowledge.
10:22:25        11   A.    It's not possible for me to -- to verify it
1-0:22:34       12   and not possible to verify within Rotax, so I don't
10:22:39        13   know.
10:22:40        14   Q.        were you ever involved in a meeting or a
10:22:43        15   tour of the facility or anything of that nature at
10:22:48        26   Rotax with Harley Davidson?
10:22:50        17   A.                                        No.
10:23:05        18   Q.    Now, the next category of engines that you
10:23:09        19   produce are industrial, and I believe in a previous
10:23:13        20   deposition that I read of yours you had said that was
10:23:18        21   fire pumps; is that correct still today, or during
10:23:21        22   that time period, 1998 to 2002?
10:23:26        23   A.                This portion of Rotax is a very
10:23:29        24   insignificant -- insignificant volume. There is
10:23:34        25   still used for fire pumps, ⌐think, so --

379295.1

                                                                25
                        Josef Fuerlinger - December 3, 2004
                              Examination by Mr. Cerski

10:23:38        1    Q.    Any other type of applications that the
10:23:in        industrial engines are used for?
10:24:00        3    A.    There are some of the -
10:24:08        4                    (Translator and witness confer in
10:24:15        5                                            German)
10:24:16        6                    THE INTERPRETER: Industrial
10:24:18        7    lawnmower.
10:24:20        8    Q.    (BY MR. CERSKI): Any other applications for
10:24:22        9    this?
10:24:22        10   A.    Not that I'm -- I'm aware.
10:24:26        11   Q.    And who -- what companies do you sell the
10:24:30        industrial engines to?
10:24:31        13   A.    It's a European company which purchased at
10:24:55        Rotax the
-- for application in the
1D:25:00        industrial lawnmowers.
1D:25:01        16   Q-    Okay.Do you know the name of the company?
10:25:14        17   A.    I don't recall,

10:25:14        **is**   Q. How about the fire pumps?

10:25:20        19   A-    This is a Canadian company which purchased
10:25:26        20   at Rotax ex-works the -- this engine.
10:25:33        21   Q-        Do you know the name of that company?
10:25:36        22   A.                    I don't recall the name.
10:25:44        23   Q.    okay. And the aircraft division -- I think
10:26:01        24   ⌐just        let my -- the rest of the outline get to

10:26:06        25  that because T think that I can pretty much cover the

379295.1

                                                                    26
                          Josef Fuerlinger - December 3, 2004
                                Examination by Mr. Cerski

10:26:10        1   aircraft division.
10:26:12        2                       The aircraft division is both
10:26:13        3   certified    and uncertified engines; is that correct?
10:26:16        4        A.   Rotax manufactures certified and
20:26:19        5   non-certified aircraft engines.
10:26:31        6        Q.   Once you -- do you place any restrictions
10:26:35        7   on your customers as to where they can sell the
10:26:38        8   products that they incorporate Rotax engines into?
10:26:52        9                       MR. KELLY: I'm just going to object
10:26:53        10  to the breadth of the question. I think it makes
10:26:56        11  it -- if you can understand. If you can, just break
10:27:00        12  it up.
10:27:00        13                      MR. CERSKI: Sure.
10:27:01        14       (BY MR. CERSKV: Do you restrict
1.0:27:02       15  Bombardier, Inc., on where it could sell its products
10:27:05        16  that contain Rotax engines?
10:27:15        17       A.   No.
10:27:18        18       Q.   And any of your aircraft distributors, do
1.0:27:22       19  you place    any restrictions on them as to where they
10:27:25        20  can sell the products -- well, the aircraft engines?
10:27:27        21  Because they distribute the engines themselves.
10:27:37        22       A.   We do have with most of the authorized
10;27:4G        23  distributors for Rotax aircraft engines an agreement,
10:27:49        24  and according to this agreement it's defined the
10:27:56        25  products and the territory for which thooe are - and

379295,1

                                                                    27
                          Josef Fuerlinger - December 3, 2004
                                Examination by Mr. Cerski

10:28:05        1   1 mean the authorized distributors are --

10:~8:07        2   responsible.

10.28:08        3                       MR. CERSKI: Okay. off the record for
10:28:12        4   a minute,                                     please.
08:08:29        5                       (Discussion off the record)
10:28:47        6        Q.   (BY MR. CERSKV; Now, does Rotax also sell
10:28:50        7   replacement parts?
10:28:53        8        A.   The authorized distributor purchases spare
10:29:04        9   parts at       Rotax Gunskirchen, Austria, with those
10:29:13        10  engines which are defined in the contract for the
10:29:18        11  Rotax aircraft engines.
1-0:29:19       12       Q.   And how about your other -- your other
10:29:23        13  customers, such as Bombardier, do they purchase spare
10:29:26        14  parts?

10:29:27        15       A.                  They purchase spare parts, yes.
10:29:34        16       Q.                  And Harley Davidson?
10:29:45        17       A.                                      Yes.
10:29:50        18       Q-   Does -- Harley Davidson, did they purchase

10:29:53        19  spare parts during the time frame 1998 to 2002?
10:30:01        20       A.   To the fact that I'm not involved in the
10:30:46        21  direct sales administration, I personally don't know.
10:30:52        22       Q-   The purchase orders that we talked about
10:30:54        23  earlier, they would cover the purchase of spare

```
10:30:57    24   parts?
10:30:57    25        A.                        They would cover it.

379295 1
```

                                                                    28
                  Josef Fuerlinger - December 3, 2004
                        Examination by Mr. Cerski

```
10:30:58    1         Okay.        And Aprilia and BMW, do they
10:31:04    2    purchase spare parts?
10:31:05    3        A.   Yes.
10:31:25    4        Q.   Let's talk a little bit about the governing
10:31:29    5    structure  of Rotax. Do you understand my question?
10:31:35    6        A.   Yes.
10:31:35    7        Q.   Okay. Who runs -- and when I say "who," I
10:31:53    8    mean title, the person.
10:31:55    9                   Who runs Rotax at the top on a
10:31:59    10   day-to-day basis?
10;32:03    11                        MR. KELLY: Title.
10:32:04    12             THE WITNESS: Geschaetsfuehror.
10:32:09    13             THE INTERPRETER: It's translated
10:32:11    14   either as   manager director or as general manager.
10:32:21    15       Q_  (BY MR. CERSKI).- And who was that person
10:32:23    16   during 1998 to 2002?
10:32:36    17       A.   There have been certain changes in the
10:32:40    18   period of                              time.
10:32:41    19       Q_  Okay.   Can you tell me who -- I mean how
10:32:43    20   many changes?
10:32:53    21       A.   By my recollection, three.
10:32:55    22       Q_  Okay.   Can you tell me who those three
10:32:57    23   people were?
10:32:57    24       A.   Mr. Lucea, Mr. Lewis and Mr. Ploeckinger.
10:33:40    25       Q.   Does this general manager report to

379295.1
```

                                                                    29
                  Josef Fuerlinger - December 3, 2004
                        Examination by Mr. Cerski

```
10:33:43    1    someone?
10:33:57    2        A.     What is the definition of "someone"?
10:33:59    3        Q.   Okay. Does it -- does he or she have a
10:34:03    4    boss?

1.0:34:12   5                        MR. KELLYDo you mean an individual?
10:34:13    6             Because -
10:34:14    7                  MR. CERSKI:     Yeah, I mean -
10:34:14    8                  MR. KELLYYou already asked who
10:34:15    9    the top person was.
10:34:17    10                  MR. CERSKI: I understand that.
10:34:19    11       Q_  (BY MR. CERSKI): Well, I guess what I'm
10:34:20    12   asking is                          ,
10:34:21    13                  MR. KELLY: Who does that person
10:34:22    14   report to?

10:34:23    15   Q_  (BY MR. CERSKI) -- who do they report to?
10:34:25    16   Are they the end-all or do they report to someone
10:34:28    17   else, for example, someone at BRP, the division in
10:34:33    18   that time?
10:34:36    19       A.   Rotax -- 1 mean Bombardier-Rotax GmbH is an
10:34:46    20   Austrian corporation fully under Austrian law and,
10:34:56    21   therefore, the general manage -
```

```
10:35:02     22                    THE WITNESS: General managing
10:3S:03     23        director? How      do you say?
10:35:05     24                       THE GENERAL MANAGER,
                                         INTERPRETER:
10:35:07     25                                        yeah.
```

379295.1

                                                              30

                    Josef Fuerlinger - December 3, 2004
                        Examination by Mr. Cerski

```
10:35:09     1                     -- would report to a
                                   THE WITNESS:
10:35:12     2        supervisor report.
10:35:12     3        Q-        Does the general manager
                               (BY MR. CERSKI):
10:35:20     4        report to the president of the Bombardier
10:35:24     5        Recreational Products division of Bombardier,  Inc.?
10:35:32     6        A.        the Austrian law he has the duty to
                                From
10:35:41     7        report to the supervisory board.

10:3S:43     8     Q-   Well, I understand that. But does he

10:35:46     9        report to Bombardier Recreational Products division
10:35:49     10       at Bombardier,                        Inc.?
10:36:06     11       A.   As I   said, Rotax is a fully independent
1-0:36:10    1.2      Austrian organization.
10:36:11     13       Q.   That's not my question.
10:36:12     14                      my question is: Does the general
10:36:16     15       manager report         to the president of Bombardier
10:36:20     16       Recreational Products division at Bombardier, Inc.?
10:36:39     17                    (Translator and witness confer in
10:36:42     18                                         German)
10:36:48     19               THE INTERPRETER: He -- lie asked whaL
1D:36:S3     20    the definition of the term "report," what it

10:36:56     21              involved. I think it's not a language problem;
10:36:59     22       it's -
10:37:01     23                       MR. CERSKI: A definiLion problem.
10:37:02     24              T14E INTERPRETER:ion
                                        definit
10:37:04     25       problem.
```

379295.1

                                                              31

                    Josef Fuerlinger - December 3, 2004
                        Examination by Mr. Cerski

```
10:37:04     1      Q-   (BY MR. CERSKI): Okay. It's one of those
10:37:21     2      words that's so hard to define.
10:37:24     3                    MR. KELLY: I'll just have to let you
10:37:28     4      work this             one out on your own.
10:37:57     5      Q.   (BY MR. CERSKI): Let me ask it this way:
10:38:01     6      Does the Bombardier Recreational Products division
10:38:05     7      president    supervise the general manager of Rotax?
10:39:09     8      A.   I don't know.
10:39:18     9      Q.   Who hires the general manager of Rotax?
10:40:00     10     A.   By my understanding the corporate structure
10:40:05     11     of Rotax, and I can only speak for Rotax itself, that
10:40:10     12     would be a decision by the shareholders.
10:40:34     13     Q-   Does Bombardier, Inc., approve or
10:40:38     14     disapprove of the selection of the general manager of
10:40:41     15     Rotax?
10:40:50     16     A.   I don't know.
10:42:23     17     Q.   Okay. You spoke earlier of the supervisory
```

```
1D:42:27    18   board for                    Rotax. Who is on that board?
10:42:32    19       A.   I don't recall all the names because I'm
10:42:51    20   not a part of the supervisory board; therefore, I
10:42:55    21   have only                    a limited knowledge
10:42:57    22       Q.   Okay.  Can you give me the knowledge that
10:43:01    23   you do have?
10:43:02    24       A.   There would be -- on the supervisory board
10:43:07    25   there would be unions, some external ex -- some
```

379295.1

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
10:43:14    1    external experts and some members of the
10:43:25    2    shareholders.
10:43:31    3        Q.   When you say "members of the shareholders",
10:43:34    4    do you mean Bombardier, Inc.?
10:43:37    5        A.   Correct.
10:43:46    6        Q.   So earlier when you said that the
10:43:49    7    shareholders would select the general manager, you
10:43:54    8    meant that Bombardier, Inc., would select the general
10:43:57    9    management?
10:43:58    10               MR. KELLY: Object to form. You can
10:44:00    11   answer.
10:44:16    12               THE WITNESS: I never have been
10:44:19    13   involved in the selection of a general manager, so I
10:44:20    14   cannot answer the question. It would be the
10:44:23    15   appropriate way to ask the shareholder.
10:44:26    16       Q.   (BY MR. CERSKI): Okay. Do you believe that
1.0:44:32   17   the supervisory board is knowledgeable about Rotax's
10:44:39    18   business?
1.0:44:39   19       A.   Yes.
10:44:44    20       Q-   Do you find the board to be authoritative
10:44!47    21   on matters that relate to Rotax?
10:44:49    22       A.   Sorry. Can you break -it down, please.
10:44:51    23       Q-   Sure.        Do you find the board to be
10:44:55    24   authoritative on matters that relate to Rotax?
10:44:58    2S               MR. KELLY: Object to form. what do
```

379295.1

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
10:44:59    1                you mean by "authoritative"? That's
10:45:03    2    of a lot of different meanings, especially in
10:45:06    3                            a legal context.
10:45:07    4        Q_  (BY MR. CERSKI): Okay. What I mean is:  Do

10:45:09    S    they have -- let me ask it a different way.

10:45:31    6        Actually, I'll just switch on it altogether. Maybe
10:45:36         I'll come back to it. Let's talk about the synergy
10:45:45    8    between Rotax and Bombardier. Okay? That's what
1.0:45:49   9    this next part is going to cover.
10:45:53    10       You understand that Bombardier owns
10:45:57    11   at least at this time period -- Rotax?
10:46:02    12               MR. KELLY: Question?

10:46:03    13   Q.        Do you (BY MR. CERSKI)hat?
10:46:06    14   A.   During this safe period from 1998 -
```

| | | |
|---|---|---|
| 10:46:18 | 15 | Q_                                          To 2002. |
| 10:46:20 | 16 | A.        2002, Bombardier, Inc., owned Rotax. |
| 10:46:42 | 17 | Q.  And as the owner of Rotax, Bombardier, |

10:46:49   18  Inc., is involved in the day-to-day operations of
10:46:53   19  Rotax, is it not?
10:46:56   20      A.   No.
10:46:56   21          Q.   So you do not agree that they have some
10:47:01   22  substantial control over how Rotax operates on a
10:47:05   23  day-to-day basis?
10:47:08   24                  MR. KELLY: Object to form. You can
1.0:47:09  2S  answer.

379295.1

34

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

10:47:10   1               THE WITNESS: I do not agree to
10:47:12   2   your -- sorry.        They have no involvement on the
10:47:16   3   day-to-day business.
10:47:17   4       Q_    (BY MR. CERSKI): And when I refer to
10:47:22   5   "involvement," just so I'm clear, I'm talking about
10:47:26   6   policy, bow things operate, not necessarily being out
10:47:29   7   on **the factory floor or,** you know, directing the
10:47:34   8   laborer how to produce something. I mean how the
10:47:37   9   business    actually runs.
10:47:39   10      A.    Sir, I have difficulties to understand your
10:47:41   11  questions       because you ask some definitions in one
10:47:45   12  phrase, so it's not possible to answer them for me.
10:47:48   13      Q.    What I was trying to do is I was trying to
10:47:52   14  clarify for you what I meant by "control," just so I
10:47:55   15  had a full understanding of your answer. And my
10:47:59   16  question   is -- my definition is when I'm referring to
10:48:04   17  "control," I'm not just referring to -- let's take
10:48:10   18  that back.
10:48:10   19                  When I refer to "control" and
10:48:11   20  "day-to-day operations," I'm not just referring to
10:48:15   21  producing the engine on the factory floor or dealing
10:48:19   22  with a labor union. I'm speaking about the policies
10:48:26   23  and the overall operation of Rotax. Do you
10:48:31   24  understand what the basis of my -- what I'm talking
10:48:34   25  about?

379295.1

35

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

10:4B:35   1               MR. KELLY:   Object to form.
10:4B:37   2               MR. CERSKI: was wasn't a question

10:48:38   3           yet.

10:48:39   4               MR. KELLY: yeah, you asked him

10:48:41   5   if he understood.
10:48:43   6               MR. CERSKI: Well, I -- he said he
10:48:43   7   didn't under -- I was asking it too broad, so I'm
10:48:45   8   just trying to have a dialogue with him to understand
10:48:50   9   what I mean by "control."
10:48:52   10               MR. KELLY: I think that he answered
10:48:53   11  the question a minute or two ago when he said that
10:48:56   12  there was      no involvement, whatever it was that he
10:48:59   13  said. I don't think he had difficulty understanding
10:49:01   14  your question.

| 10:49:03 | 15 | Q_   (BY MR. CERSKI): Did you have difficulty |
| 10:49:06 | 16 | understanding my previous question, whether or not |
| 10:49:08 | 17 | there was     any control over Rotax on a day-to-day |
| 10:49:11 | 18 | basis? |
| 10:49:13 | 19 | A.   If I recall your question in a certain |
| 10:49:14 | 20 | sentence,   you asked me did Bombardier, Inc., have |
| 10:49:18 | 21 | control in the day-to-day operations of Rotax, and I |
| 10:49:22 | 22 | said no. |
| 10:49:24 | 23 | Q.   Okay.        Let me show you a couple of |
| 10:49:30 | 24 | documents                          if I could. |
| 10:49:40 | 2S |                        MR. KELLY: Off the record. |

379295.1

                                                        36

                    Josef Fuerlinger - December 3, 2004
                         Examination by Mr. Cerski

| 16:08:18 | 1 |                        (Discussion off the record) |
| 10:49:53 | 2 | Q. (BY MR. CERSKI): This is marked as |
| 10:49:54 | 3 | Fuerlinger 1A, but it was previously marked as |
| 10:49:58 | 4 | Ferland 14. |
| 10:50:19 | 5 |         THE COURT REPORTER: Can we go off the |
| 10:50:20 | 6 | record for a second. |
| 10:50:21 | 7 |                        (Discussion off the record) |
| 10:51:07 | 8 |         MR. KELLY: Both counsel have |
| 10:51:09 | 9 | stipulated that until a final agreement is worked out |
| 10:51:12 | 10 | with regard to confidentiality, we will treat the |
| 10:51:15 | 11 | testimony and all the documents as confidential. |
| 10:51:22 | 12 |                          Work for you? |
| 10:51:23 | 13 |         MR. CERSKI: That's fine. |
| 10:51:24 | 14 |                        (Discussion off the record) |
| 1D:51:48 | 15 | Q. (BY MR. CERSKI): Have you ever seen these |
| 10:51:49 | 16 | documents before, Mr. Fuerlinger? |
| 10:51:52 | 1.7 | A.   No. |
| 10:51:53 | 18 | Q.   No. |
| 10:51:56 | 19 | A.   Unless today. |
| 10:51:57 | 20 | Q-   so this is the first time you have seen |
| 10:51:59 | 21 | them? |
| 10:51:59 | 22 | A.   Yeah. |
| 10:52:00 | 23 | Q.   And these documents are Bombardier, Inc.'s, |
| 10:52:07 | 24 | policy manual? |
| 10:52:09 | 25 |         MR. KELLY: Policy manual. |

379295.1

                                                        37

                    Josef Fuerlinger - December 3, 2004
                         Examination by Mr. Cerski

| 10:52:10 | 1 | Q.   (BY MR. CERSKV:   From my understanding. |
| 10:52:13 | 2 |         THE INTERPRETER: Policy what? |
| 10:52:15 | 3 |         MR. CERSKI:       Manual. |
| 10:52:16 | 4 |         MR. KELLY: For the record, by my |
| 10:52:17 | 5 |         recollection it doesn't appear to be all of it. |
| 10:52:20 | 6 |         MR. CERSKI: Okay. That's fine. |
| 10:52:24 | 7 |         MR. KELLY: Not everything produced. |
| 10:52:26 |  | a       MR. CERSKI: Excerpts. |
| 10:52:26 | 9 |         MR. KELLY: Is there any rhyme or |
| 10:52:27 | 10 | reason to    the excerpts, or is it a collection of |
| 10:52:30 | 11 | things you want to ask about? |

```
10:52:32   12              MR. CERSKI: Yeah, I just have some
10:52:33   13   specific comments to see if -
10:52:38   14        Q.   (BY MR. CERSKI): On the first page of this
10:52:44   15   one marked Simeone 00631, do you see the area that
10:S2:51   16   says "scope"?
10:53:01   17        A.   Yes, it says "scope" here.
10:53:03   18        Q-   And can you read what it says.
10:53:06   19        A.   "Applies to Bombardier, Inc., as a whole,
10:53:11   20   to each group, division and/or subsidiaries (Lhe
1.0:53:22  21   corporation.)"
10:53:26   22        Q.   Is Rotax -- is Rotax within that definition
10:53:30   23   of the scope?
10:53:33   24        A.   Yes.
10:53:34   25        Q.   So any Bombardier, Inc., corporate office
```

379295.1

                                                          38
                    Josef Fuerlinger - December 3, 20D4
                         Examination by Mr. Cerski

```
10:S3:43   1    policy that has a similar scope would apply to Rotax?

10:53:49   2               MR. KELLY: Object to the form. To
10:53:50   3        the extent that it says what it says, he can answer
10:53:55   4        the question.
10:54:17   5               TRE WITNESS: I can only read what it
10:54:19   6        says here, so that's all that I can tell you here.
10:54:22   7        It says, "Applies to Bombardier, Inc., as a whole, to

10:S4:26   8    each group, divisions and/or subsidiaries."

10:54:31   9        Q.              (BY MR. CERSKI) Maybe I can do this
10:54:39   10   quickly rather than getting bogged down in this.
10:54:47   11                       policy regarding financial
10:54:49   12   statements starting with Simeone 631, this statement,'
10:54:55   13   based on your previous testimony, would you
10:54:59   14   agree that this applies to Rotax?
10:55:23   15        A.     I didn't read it. Sin, total, the
10:55:32   16   document, therefore, I cannot answer you these
10:55:35   17   questions. I would have to review the whole document
10:55:39   18   to come to a conclusion if it applies or in which
10:55:45   19   content it would be applicable for Rotax. Because
10:55:48   20   Rotax is an Austrian corporation. It has to fulfill
10:55:53   21   the obligation to the Austrian law; and, therefore,
10:S5:55   22   maybe only an extract of this would be applicable to
10:56:02   23   the Austrian company.
10:56:02   24        Q-                          Okay.

10:S6:D3   2S        A.   So that is -- may be used as a guideline
```

379295,1

                                                          39
                    Josef Fuerlinger - December 3, 2004
                         Examination by Mr. Cerski

```
10:56:09   1    for   certain content to the Austrian -- to Rotax.
10:56:28   2        Q.   well, with the caveat that you would have
10:56:32   3        to review the Austrian law to determine whether this
10:56:35   4        applies or not, based on the face of the policy
10:56:37   5        itself from Bombardier, this policy marked
10:56:41   6        Financial Statements apply to Rotax based on the
10:56:45   7        scope?
10:56:45   8               MR. KELLY: Objection. I think you're
10:56:47   9        asking him to interpret or draw a conclusion from a
```

```
10:56:51   10        document that's -- that conclusion is fairly obvious
10:56:55   11        from the words that follow the term "scope." I don't
10:56:59   12        think it's necessary for him to draw that conclusion
10:57:03   13        for you. Because you could ask him that every
10:57:10   14        every one of those manuals which has a scope.
10:57:12   15              MR. CERSKI: Well, that's why I asked
10:57:14   16        him -
10:57:1.4  17              MR. KELLY: He's agreed that Rotax is
10:57:16   18        a division or is owned -- has a shareholder that's
10:57:20   19        Bombardier, Inc., so beyond that you're drawing legal
10:57:23   20        conclusions.
10:57:24   21              MR. CERSKI: That's why I asked cvcry
10:57:26   22        time I see "scope," does that mean that that policy
10:57:29   23        should be applicable to Rotax, and he said he can't
10:57:33   24        answer that -- he can'L answer that, but I need to
1.0:57:35  25        go through and show him particulars in ordcr to ask
```

40

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
10:57:39   1         him the question.
10:57:41   2               MR. KELLY:     Okay.
10:57:44   3               MR. CERSKI: I mean, I would like to
10:57:45   4         do it the short way if I can; but if I can't, then I
10:57:SO   S                                                      can't.
10:57:50   6               MR. KELLY:    Okay. Off the record.
1.0:57:53  7         MR. CERSKI:              Sure.
10:57:55   8                        (Recess taken)
11:14:01   9    Q.             (BY MR. CERSKI) So I don't belabor this
11:14:05   10        too much further, I'm going to ask a repetitive
11:14:08   11        question just so I can clarify my understanding, and
11:14:11   12        then maybe ask a few follow-up questions and then get
11:14:14   13        off of this.
11:14:16   14               When we're referring to this scope
11:14:18   15        here on 631, is it your testimony that the way it's
11:14:26   16        written it does apply to Rotax unless there's some
11-14:29   17        Austrian law that would essentially trump this?
11:14:36   18               MR. KELLY: God luck with "trump."
11:14:38   19               MR. CERSKI: Yeah, sorry.
11:14:40   20   Q.             (BY MR. CERSKI) That would essentially
11:14:41   21        supersede it.
11:14:55   22   A.             I would say it would be used as a reference
1.1:14:59  23        document or a guideline for Rotax Austria and Rotax
11:15:02   24        has to follow their own procedure according to the
11:15:04   25                                          Austrian law.
```

41

Josef Fuerlinger - December 3, 2004

Examination by Mr. Cerski

| 11:15:05 | 1 | Q- | Okay. | Does Rotax have the Bombardier |
| 11:15:14 | 2 | policy manual? |
| 11:15:36 | 3 | A. | Yes. |
| 11:15:37 | 4 | Q- | And are there certain Bombardier policies |
| 11:15:SO | 5 | that because of Austrian law do not apply to Rotax? |
| 11:15:55 | 6 | A. | That's **correct.** |
| 11:15:56 | | Q. | can you provide me with any of those |
| 11:16:00 | a | policies that don't apply to Rotax? |
| 11:16:04 | 9 | | MR. KELLY: Examples you mean? |

| 11:16:07 | 10 | Q. | (BY MR. CERSKI) Examples, yes. I'm sorry. |
| 11:16:09 | 11 | A. | Just as an example I would make the |
| 11:16:13 | 12 | | traveling policy. Rotax has its own traveling |
| 11:16:17 | 13 | | policies to comply with the Austrian law, system and |
| 11:16:22 | 14 | | regulations. |
| 11:16:22 | 15 | Q. | Any other examples that you can think of? |
| 11:16:32 | 16 | A. | There might be some more. Because we have |
| 11:16:38 | 17 | a different working law as -- may be not as |
| 11:16:42 | 18 | accomplished. So we have to respect the working law |
| 11:16:46 | 19 | as -- for | one thing, assessing the working law as one |
| 11:16:48 | 20 | very critical law, and there would be definitely a |
| 11:16:53 | 21 | different | system and policy in place. |
| 11:16:56 | 22 | Q. | Anything else that you can think of? |
| 11:17:02 | 23 | A. | Not I'm recalling. |
| 11:17:02 | 24 | Q. | Okay. I'm going to show you whaL is marked |
| 11:17:31 | 25 | as Exhibit No. 9 or Appendix 9. And -- |

379295.1

Josef Fuerlinger - December 3, 2004
        Examination by Mr. Cerski

11:18:04 11:18:04 11: 18:07 11: 18:09 11:28:12 11:18:17 11:18:23 11: 11:18:04 11: 18:07 11: 18:09 11:28 19:06 19:06 19:06 11: 19:08 11: 19:10 11: 19: 12 11: 19: 14 11: 19: 16 04 :04: 15 11: 19: 52 11:2 19:06 11:20:26

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20

    Q.

quick.

            21

11:20:27                 22 Q.

11:20:32        23

11: 2 0 :4 0 24
11 : 2 0 :4 6 2S

.379295.1

            MR. KELLY: Could we just get an identification for the record what it is.

            MR. CERSKI: Sure. This is the Minutes of the Supervisory Board of
Bombardier-Rotax held on March 20th, 2001. It's Bates stamped 2232 through 2245, and T am
referring to Bates No. 2243 and 2244 under the category of "Other Business."

    Q-        (BY MR. CERSKI): I've highlighted a couple

of sections there.
section.

If you can just read over that

    MR. KELLY: Just for the record, I'll advise the witness to -- that lie doesn't have to limit himself to the highlighted portions.

    MR. CERSKI: Oh, that's okay.

    MR. KELLY: He can get comfortab with the document and the dialogue.

    (Discussion off the record, and

    witness reads document.

le

*(BY* MR. CERSKI): Okay. Let me see it real

    (witness complies)

    *(BY* MR. CERSKV: So that T can get the players down, Mr. Feriand, he's a Bombardier, Inc employee? well, do you know Mr. Ferland? Yes.

42

        43

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| Time | Line | | |
|------|------|---|---|
| 11:20:48 | 1 | Q. | Yes, you know him? |
| 11:20:49 | 2 | A. | Yes. |
| 11:20:50 | 3 | Q. | And is he a Bombardier, Inc., employee? |
| 11:21:00 | 4 | A. | Yes. |
| 11:21:00 | 5 | Q- | Okay. And the Bombardier or Aerospace |
| 11:21:09 | 6 | | Group that's referenced here, that's part of the |
| 11:21:12 | 7 | | Bombardier entity, Bombardier corporate - |
| 11:21:17 | 8 | | Bombardier, Incorporated? Actually, strike it. Let |
| 11:21:23 | 9 | | me rephrase it. |
| 11:21:24 | 10 | | Is the Aerospace Group a subsidiary |
| 11:21:28 | 11 | | like Rotax is with regard to Bombardier? |
| 11:21:30 | 22 | | MR. KELLY: Object to form. You can |
| 11:21:32 | 13 | | answer. |
| 11:21:33 | 14 | | THE WITNESS: No. |
| 11:21:34 | 15 | Q. | (BY MR. CERSKI) what is the |
| 11:21:38 | 16 | | Aerospace Group? |
| 11:21:40 | 17 | A. | By my definition Aerospace Group is |
| 11:21:45 | 18 | | activiz:ies where -- complete aircraft for commercial |
| 11:22:26 | 19 | | operations. |
| 11:22:27 | 20 | Q. | The Aerospace Group is not a part of |
| 11:22:30 | 21 | | Bombardier-Rotax? |
| 11:22:31 | 22 | A. | No. |
| 11:22:31 | 23 | Q. | Okay. Now, in the minutes here, |
| 11:22:36 | 24 | | Mr. Ferland is saying Lhat lie was approached by the |
| 11:22:41 | 25 | | Aerospace Group to have Rotax -- the way I understand |

379295.1

44
Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| 21:22:46 | 1 | it --- facilitate the lease of a Lufthansa aircraft |
| 11:22:54 | 2 | for Lauda Air. Is that your understanding? |
| 11:23:04 | 3 | A.   I can only read what the document says. |
| 11:23:07 | 4 | That's -- the qDestion occurred whether |
| 11:23:29 | S | Bombardier-Rotax could lease an aircraft from Lauda |
| 11:23:33 | 6 | Air and sublease it to Lufthansa. |
| 11:23:38 | 7 | MR. KELLY: Reading from the document. |
| 11:23:40 | 8 | THE WITNESS: Reading from the |
| 11:23:43 | 9 | document. |
| 12:23:43 | 10 | Q.   (BY MR. CERSKT): Do you know if this |
| 11:23:44 | 11 | occurred? |
| 11:23:45 | 12 | A.                        I don't k-now. |
| 11:23:45 | 13 | Q.   Okay. Is it a normal practice for Rotax to |
| 11:24:13 | 14 | sublease aircraft? |
| 11:24:17 | 15 | A.   No. |
| 11;25:06 | 16 | Q.   I'm going to show you what's marked as |
| 3-1:25:09 | 17 | Puerlinger No.              11, which is the Supervisory Board |
| 11:25:12 | 18 | Meeting Minutes from August 21st, 2001, Bates stamped |
| 11:25:17 | i9 | 2263 to 2272, with the caveat that there are |
| 11:25:27 | 20 | attachments that are financial documents that I could |
| -11:25:30 | 21 | not print out and they could just wouldn't come out. |
| 11:25:36 | 22 | My first queqtion for you is -- again, |
| 11:25:51 | 23 | I'm referring to you to the highlighted portion, but |
| 12:25:53 | 24 | if you need to read any of the text to get something |
| 11:25:57 | 25 | in context, by all means, do that              who is |

45
Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| 11:26:00 | 1 | Mr. Burrell? |
| 11:26:39 | 2 | A.                    The President of the Recreational. |
| 11:26:45 | 3 | Q.                  President of Bombardier Recreational |
| 11:26:46 | 4 | Products Group? |
| 11:26:49 | 5 | A.                        The Product Group. |
| 11:26:50 | 6 | Q.                  And you see in that paragraph that I've |
| 11:26:53 | 7 | highlighted it refers to 4-tech. What is 4-tech? |
| 11:26:58 | 8 | A.                        4-tech stands for four-stroke engine |
| 11:27:06 | 9 | technology. |
| 11:27:06 | 10 | Q.                  And is that -- I mean, is 4-tech a proper |
| 11:27:12 | 11 | name, meaning – well, do you understand what I mean |
| 11:27:17 | 12 | by "proper name?" |
| 11:27:19 | 13 | (Interpreter interprets) |
| 11:27:24 | 14 | MR. KELLY: Trade name. |
| 11:27:26 | 15 | MR. CER SKIYes, trade name. |
| 11;27;27 | 1G | Exactly. |
| 11:27:28 | 17 | (Interpreter interprets) |
| 11:27:34 | 18 | THE WITNESS: It is a trade name. |

| 11:27:36 | 19 | Q_ | (BY MR. CERSKI): And is the technology that |

11:27:37    20    4-tech refers to patented?
11:27:58    21                                         (Interpreter interprets)
11:28:19    22                                         THE WITNESS: Yes.
11:28:20    23    Q_    (BY MR. CERSKI): And who holds that patent?
11:28:26    24    A.    Bombardier-Rotax GmbH, Austria.
11:28:29    25    Q_    Okay.                         And the text of that, that

379295.1

46

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

11:28:35    1                          highlighted portion that I'm referring to, seems to
11:28:38    2    be saying that there's some discussion or sharing of
11:28:44    3    information with regard to the 4-tech technology

11:28:47    4    and -- **I'm sorry, just let**                     me see this -- and stride
11:28:S8    5    in its outboard application?
11:29:04    6                          MR. KELLY:                 Question?
11:29:06    7    Q.    (BY MR. CERSKI)Yeah. Do you know what
11:29:07    8    that means?

11:29:09    9    A.    You don't mind if I read the complete -
11:29:12    10    Q.    You read what you need to.
11:29:13    11                          (Witness complies, and discussion off
11:29:13    12                          the record)

11:30:S6    13    Q.                (BY MR. CERSKI)you know what that's

14                think referring to?

11:31:00    15    A.                Can you repeat the question again.
11:31:02    16    Q.                Sure. When it's -- when it's referring to,
11:31:08    17    "for the time being but there is a project ongoing at
11:31:15    18    Rotax and our people over there for the adaptation of
11:31:18    19    the 4-tech engine that we just will stride in an
11:31:22    20    outboard application," what is outboard application?

1,1:31:33    21    Let me ask it a different way.
11:31:34    22                          the outboard application is referring
11:31:36    23    to the outboard division that Bombardier now has,            the
11:31:40    24    OMC?
11:31:44    25    A.                I can only read what the content is, and I

379295,1

47

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

11:31:47    1    was not part in the discussion, so I don't know
11:31:52    2    what -- in which content it was meant.
11:31:58    3    Q-    Are you aware that Bombardier-Rotax is
11:32:00    4    trying to adapt the 4-tech engine for an outboard
11:32:06    S    application?
11:32:OB    6                          MR. *KELLY:* Object to form. You can
11:32:09    7    answer.
11:32:28    8                          THE WITNESS: Yes.

| 11:32:28 | 9 | Q. (BY MR. CERSKI:) and what will that |
| 1.1:32:34 | 10 | application be used on -- for -- strike that. |
| 11:32:38 | 11 | What's the purpose of adapting the |
| 11:32:40 | 12 | 4-tech for an outboard application? |
| 11:33:20 | 13 | A. There could be many purposes to such. |
| 11:33:23 | 14 | Q. Who is it be4ng adapted for? |
| 11:33:28 | 15 | A. There was a project, but it never |
| 11:33:44 | 16 | materialized into it~ |
| 11:33:45 | 17 | Q. Okay. And for that project, who was the |
| 11:33:48 | 18 | projectfor? |
| 11:33:52 | 19 | MR. KELLY : Object to form. Answer |
| 11:33:53 | 20 | it. |
| 11:34:12 | 21 | THE WITNESS: The use of Rotax 4-tech |
| 11:34:16 | 22 | engines in an outboard marine application. |
| 11:34:19 | 23 | Q. (BY MR. CERSKI:) And does Rotax produce |
| 11:34:20 | 24 | outboard marina engines? |
| 11:34:24 | 25 | A. No. |

379295.1

48

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| 11:34:24 | 1 | Q. Would they after it was adapted, the 4-tech |
| 11:34:29 | 2 | was adapted? |
| 11:34:39 | 3 | A. If we would find a customer for those |
| 11:34:42 | 4 | programs, we may would do it to produce such engine, |
| 11:34:47 | 5 | but it has never been materialized into any such |
| 11:34:51 | 6 | production. |
| 11:34:51 | 7 | **Q. Was this a project that was between** |
| 11:34:56 | 8 | Bombardier's OMC and Rotax? |
| 11:35:24 | 9 | When I refer to "OMC," do you |
| 11:35:27 | 10 | understand what TIm referring to? |
| 11:35:33 | 11 | A. No. |
| 11:35:34 | 12 | Q- Bombardier purchased I believe the outboard |
| 11:35:37 | 13 | motor aspect of Johnson and -- is it Evinrude? |
| 1.1:35:43 | 14 | MR. KELLY: Evinrude. |
| 11:35:45 | 15 | Q- (BY MR. CERSKI): Evinrude. Arid my question |
| 11:35:47 | 16 | is: When I'm referring to OMC, that's who I'm |
| 11:35:52 | 17 | referring to in the outboard motors. |
| 11:35:54 | 18 | And was this a project to adapt this |
| 11:35:58 | 19 | 4-tech technology for those Bombardier companies? |
| 1.1:36:16 | 20 | A. You ask me too many questions at the same |
| 11:36:18 | 21 | time. Can -- as I said before, I was not part in Lhe |
| 11:36:41 | 22 | supervisory board meeting, and I can only read out of |
| 11:36:44 | 23 | this content. There was the intent to use Rotax |
| 11:36:51 | 24 | engines, called 4-tech engines, maybe in other |
| 1.1:36:S7 | 25 | applications such as outboard -- outboard applilcauioii |

379295~1

49

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| 11:37:00 | 1 | as I mentioned here. |
| 11:37:02 | 2 | Q. But you testified also that you were aware |
| 11:37:04 | 3 | that there was a project going on with adapting the |

| 11:37:07 | 4 | | 4-tech technology. |

| 11:37:08 | 5 | A. | Yeah. That was an internal Rotax project. |
| 11:37:12 | 6 | Q- | No other participants? |
| 11:37:17 | 7 | A. | I don't know. I am not involved in this |
| 11:37:20 | 8 | program -- program, so I don't know. |
| 11:37:22 | 9 | Q. | Do you know who requested the projects? |
| 11:37:30 | 10 | A. | No. |

| 11:37:55 | 11 | Q. | I'm referring to 2272. I've highlighted |

| 11:37:58 | 12 | | two paragraphs, but you may need to read a couple of |
| 11:38:01 | 13 | | these paragraphs to get it in context. |
| 11:39:18 | 14 | | (witness reads document) |

| 11:39:28 | 15 | Q- | (BY MR. CERSKI) Is it Polaris? |
| 11:39:34 | 16 | | MR. KELLY: It's "Polaris." |
| 11:39:36 | 17 | Q. | (BY MR. CERSKI) Polaris, sorry. |

| 11:39:39 | 18 | A. | Polaris is a manufacturer -- products. |
| 11:39:45 | 19 | Q. | Do they manufacture engines? |
| 11:39:48 | 20 | A. | I don't know. |
| 1.1:39:48 | 21 | Q. | How about Kawasaki? |
| 11:39:52 | 22 | | MR- KELLY: What? |

| 11:39:53 | 23 | Q. | (BY MR. CERSKI) Who were they -- no. Do |

| 11:39:56 | 24 | | Lhey manufacture engines? |
| 11:39:59 | 25 | A. | I have never been to Kawasaki. |

379295.1

50

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| 11:40:02 | 1 | Q. | Right. But are you familiar with Kawasaki? |

| 11:40:06 | 2 | A. | T know the name, yes. |
| 11:40:07 | 3 | Q. | And do you know what they do? |
| 11:40:10 | 4 | A. | General knowledge, motorcycling. |
| 11:40:18 | 5 | Q. | And do you know if they also produce |
| 11:40:21. | 6 | engines? |

| 11:40:22 | 7 | A. | As I said, I have never been. If they have |

| 11:40:25 | 8 | | it in-house or not in-house, I don't know. |
| 11:40:29 | 9 | | MR. KELLY: Off the record. |
| 11:40:30 | 10 | | MR. CERSKI: Yeah. |
| 16:08:18 | 11 | | (Discussion off the record). |
| 11:40:45 | 12 | Q. | (BY MR. CERSKI): Do you know what Ficht |

| 11:40:47 | 13 | | injectors are? |
| 11:40:51 | 14 | A. | In general, yes. |
| 11:40:53 | 15 | Q. | Does Bombardier-Rotax use Ficht injectors? |
| 11:40:59 | 16 | A. | No. |

| 11:40:59 | 17 | Q. | And what product do you use that |

| 11:41:02 | 18 | | substitutes for that? |
| 12:41:04 | 19 | | MR. KELLY: object to form. |

| | | | |
|---|---|---|---|
| 11:41:09 | 20 | Q. | (BY MR. CERSKI) Do you use a product |
| 11:41:11 | 22 | | instead of Ficht? |
| 1-1:41:17 | 22 | A. | Yes. |
| 11:41:18 | 23 | Q. | What's the name of that? |
| 1-1:41:19 | 24 | A. | We have an Orbital system and Siemens VDO |
| 11:41:4S | 25 | | system on the two-stroke engines. |

379295.1

51

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | | |
|---|---|---|---|
| 11:41:51 | 1 | Q. | And who is Mr. Poetzlberger? |
| 11:42:13 | 2 | A. | The chairman of the supervisory board of |
| 11:42:15 | 3 | | Rotax. |
| 11:42:15 | 4 | Q- | Of Rotax. And the chairman is asking if |
| 11:42:21 | 5 | | Polaris got some engines from OMC; and Mr. Burrell, |
| 11:42:26 | 6 | | the President of the Bombardier Recreational Group, |
| 11:42:30 | 7 | | then goes on to say that we're supplying them the |
| 11:42:35 | 8 | | Ficht injectors and controls for their PWC, personal |
| 11:42:41 | 9 | | water craft application, and we do the same with |
| 11:42:43 | 10 | | Kawasaki. Those contracts were already established |
| 11:42:48 | 11 | | formerly with OMC so that when we acquired, we took |
| 11:42:52 | 12 | | over those contracts. We could not have decided to |
| 11:42:S5 | 13 | | supply them -- could not have decided not to supply |
| 11:42:58 | 14 | | them but we increased the prices for a reasonable |
| 11:43:02 | 15 | | number. |
| 11:43:03 | 16 | | Is it normal for Rotax to learn of |
| 11:43:09 | 17 | | the -- the pricing of contracts of competitors? |
| 11:43:14 | 18 | A. | No. |
| 01:01:01 | 19 | | (Discussion off the record) |
| 11:46:00 | 20 | Q- | (BY MR. CERSKI): I'm going to show you |
| 11:46:02 | 22 | | what's marked Fuerlinger 13. It's Bates document |
| 11:46:05 | 22 | | 2307 to 2308, and it's Rotax minutes from the |
| 11:46:09 | 23 | | supervisory board from the 18th of 2000 (sic). And |
| 11:46:16 | 24 | | for this purpose if maybe you would just read the |
| 11:46:19 | 2S | | highlighted portion first and then let me ask my |

379295.1

52

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | | |
|---|---|---|---|
| 11:46:21 | 1 | | question, and then if you need to go back - |
| 11:46:38 | 2 | | (Witness reads document) |
| 11:46:39 | 3 | Q. | (BY MR. CERSKI): Do you know what -- do you |
| 11:47:55 | 4 | | have any knowledge with regard to the loan that |
| 11:47:58 | S | | they're referencing here? |
| 11:48:00 | 6 | A. | No. |
| 11:48:00 | 7 | Q. | So before reading this today, you were not |
| 11:48:02 | 8 | | aware of this loan? |
| 11:48:03 | 9 | A. | No. |

```
11:48:04   10      Q-  Are you aware of loans in general that
11:48:07   11   Rotax makes to Bombardier entities?
11:48:11   12      A.   No.
11:48:28   13      Q.   Are you aware of any other loans that Rotax
11:48:31,  14   has made to any entity?
11:48:33   1S      A.   No.
11:49:03   16      Q.   I'm going to refer to what's marked as
11:49:0S   17   Fuerlinger 14, and it's the Supervisory Board Minutes
1.2:49:09  18   of August  22nd, 2000, and Bates numbers 2320 to 232S.
11:49:38   19           Okay. I'm going to point you to some
11:49:41   20   highlighted sections. You can review those and the
11.49:44   21   others for context.
11:50:22   22                       (Witness reads document, and
11:50:23   23                        discussion off the record)
11:51:03   24      Q-  (BY MR. CERSKI): Do you have knowledge
11:51:12   25   about this new V-6 engine?
```

379295.1


                                                          53
                    Josef ruerlinger - December 3, 2004
                         Examination by Mr. Cersi

```
11:51:16    1                              A.                    Yes.
11:S1:18    2      Q-   And this was -- the development of this
11:51:23    3   engine took place in the aircraft engine sector; is
11:51:26    4   that correct?
11:51:30    5      A.                                         Partly.

11:51:31    6   Q-  Was that your section as the vice
11:51:34    7   president?

11:51:35    8      A.                                           Yes.
11:S1:38    9      Q.      And Mr. Lewis you said is the general
```
manager of Rotax, or was at one time?
```
11:51:48   11      A.   He was at one time the general manager of
11:51:52   12   Rotax.
11:51:59   13      Q.   And the discussion that is had -- that is

11:52:04   14   being taken place in this section is whether or not
11:52:08   15   to make a separate business unit for this V-6 engine.
11:52:13   16          Were you aware of this type of discussion?

11:52:16   17   A.                                              Yes.
11:52:19   18   O-   And Mr. Poetzlberger in this board meeting,

11:52:30   19   we said earlier he's the Chairman of the Board?

11:52:34   20      A.              He's the Chairman of the Board of
11:52:36   21   Bombardier-Rotax.
11:52:37   22      Q-   And the chairman of the Board said that I
11:52:41   23   don't think a new company should be founded so as to
11:52:44   24   avoid additional formalities, et cetera, and then

11:52:49 2S      Mr. Lewis said, "We will make this decision depending
```

379295A


                                                          54
                    Josef Fuerlinger - December 3, 2004
                         Examination by Mr. Cersi

```
11:52:53    1               on corporate office."
11:52:55    2                       What corporate office are they

11:52:57    3   referring                                         to?
11:52:57    4      A.                         That's the Bombardier, Inc.
```

| 11:53:02 | 5 | Q. | And this V-6 engine was a Rotax product? |
| 11:53:08 | 6 | A. | Is a Rotax product. |
| 11:53:11 | 7 | Q- | Do you based on your knowledge of the |
| 11:53:20 | 8 | | control that Bombardier has or does not have over |
| 11:53:24 | 9 | Rotax, do | you find it surprising that the decision as |

| 12:53:31 | 1.0 | | to whether or not to separate the V-6 product out as |
| 11:53:37 | 11 | | a selDarate business would be a decision depending on |
| 11:53:40 | 12 | | the corporate office? |
| 11:53:41 | 13 | | MR. KELLY: Object to form. You. can |
| 11:53:45 | 14 | | answer. |
| 11:53:54 | 15 | | THE WITNESS: Because Rotax is making |
| 11:53:57 | 16 | | their own decision.   Up to a certain limitation which |
| 11:54:02 | 17 | | is beyond, then we have to inform then the -- in that |
| 11:54:10 | 18 | | case we create a new identity, the corporate office |
| 11:54:16 | 19 | | as the shareholder. |

| 11:54:21 | 20 | Q. | (BY MR. CERSKI) So there are things that |
| 11:54:23 | 21 | the | board of supervisors can't do without the |

| 11:54:26 | 22 | | approval of the corporate office? |
| 11:54:27 | 23 | | MR. KELLY: Object to form. |
| 11:54:29 | 24 | | THE WITNESS: What I said is the |
| 11:54:37 | 25 | | supervisory board will make the decision as there is |

379295.1

55

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| 11:54:42 | 1 | | the shareholder also represented, and they will |
| 11:54:S2 | 2 | | determine for Rotax if we could do it or not. |

| 11:54:56 | | 3 | Q. | (BY MR. CERSKI) Did the corporate |

| 11:54:58 | 4 | | office decide in this case whether or not to separate |
| 11:55:00 | 5 | | the V-6 product out as a separate business unit? |

| 1-1:55:09 | | 6 | A. | The -- the project did not materialize |

| 11:55:14 | 7 | | because after this board meeting -- and I think it |
| 11:55:19 | 8 | | was in late 2002 -- the economics have been changed |
| 11.SS:35 | 9 | | and the project delayed, so it did not materialize. |

| 11:55:46 | | 10 | Q- | Just to be clear, to separate a part of |

| 11:55:51 | 11 | | Rotax's business out as a separate business unit, the |
| 11:55:55 | 12 | | corporate office would have to make that decision? |

| 11:56:01 | | 13 | A. | Well, Rotax can -- Rotax can do the |

| 11:56:05 | 14 | | decision if we separated out of it, but we would need |
| 11:56:09 | 15 | | to inform the supervisory board and the supervisory |
| 11:56:12 | 16 | | board with the shareholders present. |

| 11:56:15 | | 17 | Q- | Okay. Well, I'm a little confused, though, |

| 11:56:20 | 18 | | because Mr. Lewis is stating we will make this |
| 11:56:23 | 19 | | decision depending on the corporate office. |

| | | |
|---|---|---|
| 11:56:26 | 20 | And I'm just -- I'm trying to |
| 11:56:29 | 21 | determine whether or not Rotax makes the decision or |
| 11:56:32 | 22 | whether Bombardier makes the decision? |
| 11:56:34 | 23 | MR. KELLY: object to the form. |
| 11:56:48 | 24 | THE WITNESS: By my understanding as a |
| 11:5G:50 | 25 | Rotax employee, we have our own supervisory board |

379295.1

56

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 11:56:54 | | which will make the decision for Rotax in Austria. |
| 11:57:22 | 2 | Q- (BY MR. CERSKI): Okay. I'm going to ask |
| 11:57:24 | 3 | you one other question. or maybe two. |
| 11:57:29 | 4 | Mr. Lewis is telling the president of |
| 11:S7:35 | 5 | the supervisory board that in this particular |
| 11:57:37 | 6 | instance with regard to this V-6 -- the discussion |
| 11:57:40 | 7 | that they're having -- we will make this decision |
| 11:57:43 | 8 | depending on the corporate office; is that correct? |
| 11:S7:45 | 9 | MR. KELLY: You mean is that what it |
| 11:57:47 | 10 | says? |
| 11:57:47 | 11 | Q. (BY MR. CERSKI):Yeah. Is Mr. Lewis |
| 1.1:57:50 | 12 | responding to the Chairman of the Board's statement? |
| 11:57:53 | 13 | MR. KELLY: Okay. I'll just object on |
| 1.1:57:55 | 14 | the basis that he wasn't in attendance in the |
| 11:58:00 | 15 | meeting; that he can't determine the minutes any |
| 11:58:03 | 16 | better than anybody else in Lhe room. With Lhat he |
| 11:58:06 | 17 | can answer. |
| 11:58:07 | 18 | TBE WITNESS: I think the -- |
| 11:58:11 | 19 | Mr. Poetzlberger as the chairman of the super-visory |
| 11:58;15 | 20 | board made it very clear that lie is not in agreeance |
| 11:58:18 | 21 | (sic) with this strategy to avoid any additional |
| 11:58:24 | 22 | formalities, et cetera; and since I think -- when I |
| 11:58:28 | 23 | interpret the statement of Lewis, he was checking |
| 11:58:31 | 24 | this with the corporate office if this would be an |
| 11:58:35 | 2S | additional strength of what additional formalities or |

319295- 1

57

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 11-58:40 | 1 | not. |
| 11:58:43 | 2 | Q- (BY MR. CERSKI): You have no reason to |
| 11:58:52 | 3 | doubt what Mr. Lewis said here, do you? |
| 11:58:55 | 4 | A. sorry? |
| 11:S8:56 | S | Q. You have no reason to doubt what Mr. Lewis |
| 11:58:59 | 6 | said here? |
| 11:59:01 | 7 | A. I can only read what - |
| 11:59:03 | 8 | MR. KELLY: Object to form. Go ahead. |
| 11:59:04 | 9 | THE WITNESS: I can only read what |

```
11:59:06    10   this is saying.        I was not participating in this
11:59:09    11   meeting.
11:59:10    12        Q.     (BY MR. CERSKI): okay. This is board
11:59:30    13   minutes of November 17th, 1987, Bates stamped 2455
11:59:34    14   through 2463.
16:08:18    15                         (Discussion off the record)
12:00:15    16        Q-   (BY MR. CERSKI): You're going to definitely
12:00:17    17   need to read more of this for context, but the
12:00:20    18   question   I'm going to have for you is with regard to
12:00:22    19   the highlighted sections. 2461 to 2462 is the area
12:00:28    20   I'm referring to.
12:00:29    21                         (Witness reads document, and
12:00:30    22                          discussion off the record)
12:00:42    23                   MR. CERSKI: This is Exhibit 19.
01:01:01    24                         (Discussion off the record)

12:03:03    25   Q-              (BY MR. CERSKI):for you, sir,
```

379295.1

58

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
12:03:08     1   It states here that we shall not be asked
12:03:14     2   whether or not we can afford an engine development
12:03:15     3   for Ski-Doo/Sea-Doo. we shall simply be required to
12:03:23     4   do it, why is that?
12:03:44     5                   MR. KELLY: Object to the form.
12:03:55     6                   THE WITNESS: As I said before, I was
12:03:57     7   not part in the supervisory board, so I -- I
12:04:04     8   cannot -- I don't know what the discussion was in
12:04:07     9   detail about.
12:04:10    10        (BY MR. CERSKI): Okay. Well, let me ask a
12:04:12    11   couple more questions. Let me have this back. I'm
12:04:15    12   sorry.
01:01:01    13   (witness complies)
12:04:22    14        (BY MR. CERSKV: In general, if you can't
12:04:24    15   afford an engine development, do you do it?
12:04:38    16                   A No, unless it's from a strategic
12:04:43    17   importance.
12:04:48    18        And then you may take a loan or something
12:04:46    19   more to be able to afford to do it?
12:04:49    20        A. Whatever would be required.
12:04:52    21             So if BMW asked you to do some type of an
12:04:56    22   engine development and you couldn't afford to do it,
12:05:02    23   would you do it?
12:05:03    24                   MR. KELLY: Object Lo the form. Calls
12:05:07    25   for speculation you answer.
```

379295.1

59

Josef Puerlinger - December 3, 2004
Examination by Mr. Cerski

```
12:OS:44     1                   THE WITNESS:            No.
12:05:46     2        Q.    (BY MR. CERSKV: And the person making the
12:05:48     3   statement that I highlighted is Mr. Lucea and -- let
12:05:59     4    me just see -- he was the manager director in 1997;

12:06:12     S   that's correct?

12:06:13     6        A.    That's correct.
12:06:13     7                              (Discussion off the
```

```
            record, and recess
12:06:36      8                                              taken)
12:09:22      9        Q.   (BY MR. CERSKI): Fuerlinger No. 9, minutes
12:09:26     10  of March    20th,                     2001, Bates stamped
2232 to 2245. I'm
12:09:42     11  going to    point you to two areas that are highlighted
12:09:46     12  here.                               My questions are
fairly broad, so I don't
12:09:49     13  think you're going to have to read it through for
12:09:52     14  context;   but if you do, feel free.
12:09:55     15                                      I'm going to point
you to on 2235,
12:09:57     16  Poetzlberger and Burrell.
12:10:47     17                                      (Witness reads
document)
12:10:49     18        Q.   (BY MR. CERSKI): And my first question is:
12:10:50     19  Mr. Poetzlberger, the chairman of the board,        is
12:10:55     20  asking whether a draft contract for the snowboard
12:10:59     21  business    has been approved by the corporate office,
12:11:01     22  and it says yes.
12:11:02     23                                      Now, my specific
question is:    Is that
12:11:07     24  a Rotax contract that Mr. Poetzlberger is asking
12:11:13     25  Mr. Burrell has been approved by the corporate
```

379295.1

Josef Fuerlinger - December 3, 2004
                Examination by Mr. Cerski

12:11 12: 11 12: 11 12:11 12: 11 12: 11 12:11 12: 11 12: 11 12

12:13 12: 13 12:13 12: 13 12:13 12: 13 12

12:13 12:

 12 :13

 17 :2 2 :22 -26 :26 :2 6 :2 9 :2 9 11: 3 2 05 07 11 22 3 4 38

:13

:4 4 :4 6 13 :4 7 :51

12: 14 :01 :01 : 04

12: 14 12:14

12:14 :0 9 14: 13

12 :

379295.1

```
                              1
                              2
                              3
                              4
                              5
                              6
                              7

                              8
```

9
10

12

14 15 16 17 18

19 20

21 22 23 24 25

of f ice? A . business.

Q -products?

A.            No.

Q. A .

Q.

Rotax is not involved in the snowmobile

But does it make engines for snow grooming

It does not?

(Witness shakes head.)

Does Rotax have to have corporate office-approved contracts? A. Q_

I don't know.

Do you know whether the corporate office approved the BMW contract between BMW and Rotax? MR. KELLY: Object to the form. THE WITNESS: The contract between BMW Germany and Rotax Austria is a contract between the two companies here.

Q_ (BY MR. CERSKV: I understand that. My question was: Was a draft sent to Bombardier for approval before it was executed?

I don't know.

How about the distributor contracts that you oversaw as vice president of aircraft engines, were those contracts with you -- with Bombardier before being entered into?

60

61

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| 12:14:17 | 1 | A. | Not by my knowledge. |
| 12:14:41 | 2 | Q- | Who would have knowledge of that, whether |
| 1-2:14:45 | 3 | | Bombardier approver has to approve draft contracts |
| 12:14:50 | 4 | | that Rotax is about            to enter into? |
| 12:15:02 | 5 | A. | You're talking about the distributor |
| 12:15:04 | 6 | | agreement with certain authorized distributors for |
| 12:15:08 | 7 | | aircraft engines? |

| | | | |
|---|---|---|---|
| 12:15:09 | 8 | Q. | Well, we can use that one as an example, |
| 12:15:12 | 9 | | but I'm also referring to the one with BMW, this one |
| 12:15:17 | 10 | | with the snow grooming engines, any con -- my |
| 12:15:21 | 11 | | question is more broad. It's pretty much any |
| 12:15:24 | 12 | | contract. |
| 12:IS:24 | 13 | | Who would have knowledge whether Rotax |
| 12:15:27 | 14 | | has to get approval. from Bombardier with regard to |
| 12:15:30 | 15 | | contracts that it's about to enter into? |
| 12:16:21 | 16 | A. | In the normal course of business of Rotax, |
| 12:16:23 | 17 | | we would not need to inform Bombardier, Inc., unless |
| 12:16:37 | 18 | | it has a significant impact to the shareholders. |
| 12:16:47 | 19 | Q. | And how is a significant impact determined? |
| 12:18:16 | 20 | A. | In regards to the financial profitability |
| 12:18:22 | 21 | | which Rotax has been committed to deliver to the |
| 12:18:27 | 22 | | shareholders. |
| 12:18:30 | 23 | Q- | Okay. So when Rotax entered into a |
| 12:18:35 | 24 | | contract with Aprilia and BMW to produce certain -- a |
| 12:18:42 | 25 | | certain engine for these motorcycles, was that of |

379295.1

62

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 12:18:46 | 1 | significant importance that Bombardier would need to |
| 12:18:51 | 2 | he involved in the contract? |
| 12:19:04 | 3 | A.  By my recollection we don't have any |
| 12:19:07 | 4 | contract with Aprilia. |
| 12:19:08 | 5 | Q.  okay.           Focus then just on BMW. |
| 12:19:15 | 6 | With regard to BMW, was it significant |
| 12:19:21 | 7 | enough that you would have had Bombardier approve the |
| 12:19:28 | 8 | contract? |
| 12:19:28 | 9 | A.  Sorry. Can you repeat that. I did not get |
| 12:19:31 | 10 | your last sentence. |
| 12:19:32 | 11 | Q.  Sure. was it significant enough for BMW - |
| 12:19:37 | 12 | was the contract between Rotax and BMW of such |
| 12:19:41 | 13 | significance that Bombardier would need to be |
| 12:19:44 | 14 | involved and approve the contract? |
| 12:20:29 | 15 | A.  Not that I'm recalling. |
| 12:20:52 | 16 | Q.  Were you involved in the contract betwcen |
| 12:20:55 | 17 | Rotax and BMW? |
| 12:20:57 | 18 | A.  No. |
| 12:20:59 | 19 | Q.  Have you been involved in negotiating |
| 12:21:06 | 20 | contracts that had to be approved by Bombardicr? |
| 12:21:14 | 21 | A.  No. |
| 12:21:15 | 22 | Q.  Is there a person at Rotax that would have |
| 12:21:21 | 23 | direct knowledge as to whether or not contracts need |
| 12:21:24 | 24 | to be approved by Bombardier? |
| 12:22:33 | 25 | A.  We don't have such a person. |