149
Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 16:06:33 | 1 | maintain and grow its market? |
| 16:06:41 | 2 | MR. **KELLY:** Object to the form. |
| 16:06:49 | 3 | (Interpreter interprets) |
| 16:07:02 | 4 | THE WITNESS: To looking for new |
| 16:07:05 | 5 | business opportunities. |
| 16:07:08 | 6 | Q.    (BY MR. CERSKI): I'm not looking for |
| 16:07:10 | 7 | specific substances. I'm just looking in general for |
| 16:07:15 | 8 | what Rotax -- what Rotax does to maintain or find new |
| 16:07:19 | 9 | business opportunities. |
| 16:07:21 | 10 | MR. KELLY: Are you asking about the |
| 16:07:23 | 11 | aircraft engine business or overall? |
| 16:07:25 | 12 | MR. CERSKI: Overall. |
| 16:07:28 | 13 | (Interpreter interprets) |
| 16:07:34 | 14 | THE WITNESS: We are looking for - |
| 16:07:36 | 15 | THE INTERPRETER: He said, "We are |
| 16:07:36 | 16 | looking for new business opportunities." This was |
| 16-07:41 | 17 | his reply. |
| 16:07:42 | 18 | Q.    (BY MR. CERSKI): Oh, I'm sorry. So how do |
| 16:07:43 | 19 | you go about looking for those? That's what I'm |
| 16:07:47 | 20 | interested in. |
| 16:07:49 | 21 | MR. KELLY: In the relevant time |
| 16:07:50 | 22 | period,    198 to 2002. |
| 16:08:09 | 23 | THE WITNESS: Define maybe new point. |
| 16:08:12 | 24 | To find new potential offer, application of our |
| 16:08:15 | 2S | current engines. |

379295.1

Josef Fuerlinger - December 3, 2004
        Examination by Mr. Cerski

16:16: 08 :18 16: 08:25 16 : 0 8 :2 7 16: 0 816: 08 :18 16: 08:25 16 : 0 8 :2 7 16: 0 8: 16: 08 :18 16:
55 9 16 09: 2 5 16 09:25 9 16 09: 2 5 16 09:2 8 16 0 9: 4 0 16 09:4 2 16 09:4 3 16: 09:4 4 16: 09: 5 1 16:
1010 10 16: 10 13 16: 10: 17 16: 1010 10 16: 10 13 16: 10: 17 16: 10 : 19 16 : 10 :24 16: 10 :26 16 10 :
S9

379295.1

6

7 8 9

10

11 12 13 14 15 16 17 18 19 20 21 22 23 24 25

    Q.        (BY MR. CERSKI): Okay. Do you advertise
Rotax engines?
    A.
    Q.

        No.

        Do you develop a concept of new engines and then seek manufacturers that may
need that engine? A. Q.

        Yes.

And have you ever contacted manufacturers in the United States?

A. Q. A. Q. A. Q. A. Q-

In the relevant time frame? Uh-huh. We have been contacted by manufacturers. From the United States? Yeah. What manufacturers? Such as an aircraft manufacturer? Well, I would like all, I mean, if there's somebody outside of aircraft as well, but you could start with aircraft if you like. AQ.

Yes, I start with aircraft.

Okay.        What are the manufacturers for aircraft that have contacted you?

A.    There was a project about a new generation of aircraft engines where we had some contact from the manufacturer who are locdted in Florida.

Q.        And what's that manufacturer?

150

|

151

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| Time | Line | | |
|------|------|---|---|
| 16:11:03 | 1 | A. | In respect of the confidentiality agreement |
| 16:11:07 | 2 | which has | been signed, I cannot disclose their name. |
| 16:11:22 | 3 | Q. | Let's do it this way. Has there been more |
| 16:11:36 | 4 | | than one that has contacted you, aircraft |
| 16:11:37 | 5 | | manufacturer? |
| 16:11:41 | 6 | A. | Not that I'm aware. |
| 16:11:52 | 7 | Q. | I'm going to refer you to Fuerlinger No. 9 |
| 16:11:55 | 8 | and | **Fuerlinger No. 10, which** are Bates stamped 2232 |
| 16:11:59 | 9 | | to 2245 for No. 9; and that is the March 20th, 2001 |
| 16:12;07 | 10 | | board minutes. And then No. 10 is 2246 to 2257, and |
| 16:12:18 | 11 | that is May 9th of 2001; and what I'm going to direct |
| 16:12:41 | 12 | your attention to is those areas they marked. |
| 16:14:29 | 13 | | (Witness reads document) |
| 16:14:33 | 14 | Q_    (BY MR. CERSKI): Okay. Is Piper Aircraft |
| 16:14:36 | 15 | Corporation one of the manufacturers that contacted |
| 16:14:38 | 16 | Rotax for the development of a V-6 engine? |
| 16:14:50 | 17 | A.    Yes. |
| 16:14:52 | 18 | Q.    And did Rotax enter into a contract with |
| 16:14:56 | 19 | Piper to produce this engine? |
| 16:14:59 | 20 | | MR. KELLY: Before this goes any |
| 16:15:01 | 21 | further, I'll just put out a caution. I'm not going |
| 16:15:07 | 22 | | to let him answer questions about this that are not |
| 16:15:11 | 23 | | specifically related to jurisdiction in Pennsylvania. |
| 16:15:14 | 24 | | If you want to ask him |
| 16:15:16 | 25 | | jurisdiction-type questions rather than prying into a |

379295~1

152

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 16:15:22 | 1 | confidential arrangement that they had with a |
| 16:15:25 | 2 | customer, I'll consider those questions, but if this |
| 16:15:26 | 3 | becomes a fishing expedition about a Piper contract, |
| 16:15:32 | 4 | I'm not going to allow it to go forward. |
| 16:15:34 | 5 | MR. CERSKI: It's not a - |
| 16:15:34 | 6 | MR. KELLY: So I'll just put that out |
| 16:15:3G | 7 | there now. |
| 16:1.5:37 | 8 | MR. CERSKT: It's not a fishing |
| 16:15:39 | 9 | expedition. I believe that Judge Shilling did not |
| 16:15:42 | 10 | limit this to contacts within Pennsylvania law. And |
| 16:15:44 | 11 | one of the reasons for jurisdictional purposes is if |
| 16:15:49 | 12 | T would be transferred, it would be an argument to be |
| 16:15:52 | 13 | made in the court that it could go to Florida. |
| 16:15:55 | 14 | MR. KELLY: But if the auestions are |
| 16:15:57 | 15 | about contacts in Florida in some way rather than |
| 16:16:00 | 16 | about details of the arrangements with Piper, that |
| 16:16:03 | 17 | may be something to consider; but I don't know where |
| 16:16:06 | 18 | this is going, but it's a jurisdictional -- |
| 16:16:09 | 19 | MR. CERSKI: I'm not going to get into |
| 16:16:09 | 20 | the details of the contract with Piper; but if they |
| 16:16:12 | 21 | have a contract with Piper for this engine, it is a |
| 16:16:16 | 22 | contact for jurisdictional purposes. |
| 16:16:20 | 23 | MR. KELLY: And has that been |
| 16:16:22 | 24 | established already? |
| 16:16:24 | 25 | MR. CERSKI: What, if they have a |

379295.1

153

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 16:16:25 | 1 | contract? |
| 16:16:26 | 2 | MR. KELLY: Uh-huh. |
| 16:16:27 | 3 | MR. CERSKI: No, that's my question. |
| 16:16:29 | 4 | That's when you came in. |
| 16:16:35 | 5 | MR. KELLY: Off the record. |
| 16:16:37 | 6 | (Discussion off the record, and recess |
| 16:16:43 | 7 | taken) |
| 16:31:21 | 8 | MR. CERSKI: For the record, while we |
| 16:31:24 | 9 | were off the record, I had conversations with |
| 16:31:28 | 10 | counsel, and it appears that there is a third-party |
| 16:31:31 | 11 | confidentiality agreemcnt with regard to Piper and |
| 16:31:34 | 12 | Rotax. In that light, T withdraw my question as to |
| 16:31:39 | 13 | whether there is a contract between Piper and Rotax; |
| 16:31:43 | 14 | however, I reserve my right to send interrogatories |
| 16:31:46 | 15 | to Rotax concerning Piper and Rotax. |
| 16:31:52 | 16 | MR. KELLY: And we reserve our rights |
| 16:31:54 | 17 | to object whether on the basis -- well, on the basis |
| 16:31:58 | 18 | of the confidentiality objection. Go ahead. |
| 16:32:05 | 19 | Q (BY MR. CERSKI): Okay. Mr. Fuerlinger, you |

```
16:32:07    20   did testify, however, that -- that you were contacted
16:32:14    21   by a Florida manufacturer. That's correct, right?
16:32:18    22        A.   That's correct.
16:32:18    23        Q_   And did you go to Florida to have business
16:32:24    24   discussions with this manufacturer?
16:32:38    25        A.   Yes.
```

3792,95.1

                                                            154
                    Josef Fuerlinger - December 3, 20D4
                         Examination by Mr. Cerski

```
16:32:38     1   Q-   And how many times did you go to Florida?
16.S2:41     2   A.   Sir, I don't keep any records, but it's

16:32:47     3   maybe a handful.
16:32:50     4        Q.   And did this Florida United States
16:32:53     5   manufacturer come to Rotax to visit?
16:32:55     6        A.                              Yes.

16:32:58     7                    MR. KELLY:  let me just -- if I
16:33:00     8             can ask one question.
16:33:02     9                    MR. CERSKI:          Sure.
16:33:03    10                    MR. SELLE:  the handful I'm going

16:33:04    11             to have him put prior to year end 2002, all after
16:33:08    12             that.
16:33:14    13             THE WITNESS: Most likely all because
16:33:16    14             the relationship has been -- we did not pursue that
16:33:24    15             project at first.
16:33:26    16                    MR. KELLY: Okay. Okay.

16:33:30    17   Q.   (BY MR. CERSKI): Now I'm going to show
16:33:33    18   you -
16:33:49    19             THE INTERPRETER: 2S.
16:33:50    20                    MR. KELLY:  You have much more?
16:33:53    21                    MR. CERSKI:  a whole lot more.

16:33:55    22   I've been keeping an eye on it to try to get done
16:33:59    23   sooner than later. Let me show you Fuerlingcr 25.
16:34:03    24   This is an article about a -- what T think was
16:34:07    25                    originally a Rotax V-6 engine.
```

379295.1

                                                            155
                    Josef Fuerlinger - December 3, 2004
                         Examination by Mr. Cerski

```
16:34:11     1                    Is that the same engine that's
16:34:12     2   referred to in Fuerlinger 21 and 20 -- or 21 and -
16:34:18     3             MR. KELLY: If you need better light,
16:34:20     4   just have -- you can go over there.
16:34:30     5                    (Discussion off the record)
16:34:59     6             THE WITNESS: Well, I see the article
16:35:00     7   the first                                      time.
16:35:01     8        Q.   (BY MR. CERSKT): You've seen the article -
16:35:04     9   you almost have it at the end.
16:35:06    10             What is the engine that that article's
16:35:10    11   referring                                        to?
16:35:10    12        A.   Well, it's a V-6 engine from Rotax, what
16:35:20    13   it's saying here.
16:35:21    14        Q.   Is that the same engine that's referenced
16:35:24    15   in board minutes Fuerlinger's 21 and 10?
```

```
16:35:37   16        A.   Yes.
16:35:37   17        Q.   Now, when you said that the project with
16:35:41   18   the- Florida manufacturer was dead, is there another
16:35:48   19   United States manufacturcr who's pursuing this
16:35:50   20   engine?
16:35:51   21                   MR. KELLY: Within the relevant time
16:35:55   22   period?

16:35:56   23                        MR. CERSKI: Yes.
16:36:06   24                   THE WITNESS: I'm aware.
16:36:30   25   Q-    (BY MR. CERSKI)This article referenced
```

379295.1

156

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
16:36:35   1    that although the engine was built, there were

16:j6:39   2      American components in it as well. Do you know which

16:36:45   3      American components are in this engine? They give an
16:36:S5   4    example of a 270-amp alternator starter and turbo
16:37:00   5    charger.
16:37:10   6                   (Mr. Cerski hands document to witness)
16:37:19   7                   THE WITNESS: To the fact that this
16:37:21   8    engine is  not yet in serial production, we don't know
16:37:25   9    when it goes to be in production last. I don't know
16:37:28   10   if this is the case, and I am not the auditor of this
16:37:31   11   so I cannot comment.
16:37:33   12        Q.   (BY MR. CERSKI): Well, in the development
16:37:34   13   stages, did you have contact with American
16:37:36   14   manufacturers to develop a turbo charger for the
16:37:39   15   engine?
16:38:21   16        A.   I don't recall.
16:38:28   17        Q.   As vice president of aircraft engines, did
16:38:33   18   the development of this aircraft engine that's
16:38:35   19   referred to in this article fall under your
16:38:38   20   responsibilities in the company?
16:38:43   21        A.   For a certain period of time, yes. out of
16:39:02   22   the relevant time from what we're talking.
16:39:05   23        Q-   And at a certain time point was this engine

IG:39:10   24    put into a separate unit, business unit, segment?

16:39:22   25                   THE INTERPRETER: I didn'c
```

379295.)

157

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
16:39:23   1    get the first part of the question.
:16.39:24  2                   MR. CERSKI: He said at a relevant
16:39:27   3    time period, at a certain point, was it that -
16:39:30   4                   THE INT2RPRETER: Out of the relevant
16:39:32   5    time period was only a certain point?
16:39:34   6                   MR. CERSKI: A certain point.
16:39:34   7        Q.  (BY MR. CERSKI): So was there a point where
16:39:36   8    this was    taken out of the aircraft engine's division
16:39:39   9    that you were the vice president of and put somewhere
16:39:41   10   else?
16:39:45   11                        (Interpreter interprets)
```

```
16:40:01    12                                    THE WITNESS: Yes.
16:40:01    13        Q. (BY MR. CERSKI): Okay. During the time
16:40:03    14    period that you were responsible for this -
16:40:06    15    development of this engine, were there discussions
16:40:08    16    with American manufacturers to provide component
16:40:10    17    parts?
16:40:38    18        A. I do not want to exclude it, but I don't
16:40:40    19    recall it.
16:40:41    20        Q. Okay.    Was this engine developed for any
16:41:00    21    particular market?
16:41:01    22        A. No.
16:41:11    23        Q- Did Rotax conduct marketing with regard to
26:41:23    24    this engine, advertising, announcements, inviting
16:41:34    25    press corp to Rotax?
```

379295.1


                                                               158
                      Josef Fuerlinger - December 3, 2004
                          Examination by Mr. Cerski

```
16:41.48     1        A.   In this given time frame?
16:-41-50    2        Q.   Yes.
16:41:Sl     3        A.   No. It was a highly confidential project.
16:41:SS     4               MR. CERSKI: And if you would allow me
16:41:58     5    just this one question, and then I won't go past
16:42:01     6    this.
16:42:03     7        Q-       (BY MR. CERSKI): This is actually a
16:42:03     8    November 2004 article, and it refers to something
16:42:12     9    like a flight test or demonstration in Florida. Is
16:42:15    10    that something that Rotax puL on in Florida?
16:42:20    11        A. Sir,I'm -- I left the aircraft department
16:42:24    12          in -
16:42:26    13                       It's outside of my time MR. KELLY:
16:42:28    14          frame.
16:42:29    15                    -- outside THE WITNESS: time.
16:42:31    16                       MR. KELLY: his time and the OWSIde
16:42:34    17          jurisdiction.
16:42:34    18          Q-    (BY MR. CERSKI) do any have Ya
16:42:35    19    knowledge of that?
16:42:36    20        A. No.
16:42:38    21                       MR. KELLY:      No.
16:42:40    22        Q.   (BY MR. CERSKI) Does Rotax have a
16:42:44    23    marketing plan?
16:42:50    24     A. What is your definition of a "marketing
16:42;52    25     plan?"
```

.379295.1


                                                               159
                      Josef Fuerlinger - December 3, 2004
                          Examination by Mr. Cerski

```
16:42:54     1        Q.   A marketing plan, it's kind of like a
16:43:00     2    strategic plan in that it identifies markets, it sets
16:43:07     3    goes for Rotax to achieve, it articulates how the
16:43:10     4    goals are going to be achieved to develop new
16:43:24     5    business, keep its current business. That's my
16;43:20     6    definition of a "marketing plan.,,
```

```
16:43:29    7         A.   Well, we are first -- we would not call it
16:43:31    8    as marketing plan. We have a strategic planning
16:43:35    9    where we look into beyond the normal budget year what
16:43:40   10    may kind of product we do, quantity, just to be able
16:43:44   11    to plan it, the capacity of the Rotax.
16:43:48   12         Q.   Okay.  And does that strategic plan discuss
16:43:56   13    Rotax engines exposure to various markets or
16:44:01   14    territories?
16:44:02   15         A.   No.
16:44:04   16         Q.   Does it identify how -- so does it set
16:44:10   17    goals on what Rotax wants to achieve as to increasing
16:44:14   18    its product?
16:44:23   19         A.   It gives basic how many units of an
16:44:27   20    existing -- or products we may produce in the
16:44:33   21    consequent year to allow the capacity planning.
16:44:35   22         Q-   Okay.                So other than -
16:44:45   23                  MR. CERSKI: Could we go off the
16:44:46   24    record for one minute.
16:44:48   25                         (Discussion off the record)
```

379295.1

160

Josef Puerlinger - December 3, 2004
Examination by Mr. Cerski

```
16:46:14    1    Q-              (BY MR. CERSKI)  show you
16:46:15    2    what's marked as Fuerlinger 11 and it's board
16:46:19    3    minutes from August 21st of 2001. And this may be
16:46:24    4    just an example, I can't read it but maybe you
16:46:28    5    can.
16:46:28    6         Is this what you're referring to as
16:46:30    7    "strategic plan?" It seems to list all of the
16:46:41    8    products and -
16:46:51    9         A.         sir, they -- the figures does not
16:46:57   10    be -- I can't hardly read it.
16:47:00   11         Q.                     okay.
16:47:00   12         A.              Or mostly cannot.
16:47:02   13    That's fine. I mean, if you can't make an
16:47:08   14    identification, I don't want you to guess. Thank
16:47:10   15    you.  Do you analyze whether Rotax is meeting its
16:47:46   16    production goals? Strike that.
16:47:48   17                     Do you analyze whether Rotax is
16:47:51   18    meeting its sales goals?
16:47:55   19    A.   We monitor the actual yearly budget.
16:48:18   20    Q-       If there is a downturn in your sales, do
16:48:20   21    you try to determine what market the downturn is a
16:48:26   22    result of?
16:48:44   23         A.         To the fact that we make products for
16:48:47   24    specific customers, sometimes we get the explanation
16:49:03   25    could be bad weather, that's the market way,
```

379295.1

161

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
16:49:08    1    economical depression; that the projection did not
36:49:12    2    come as we had it planned.
16:49:14    3         Q-    So have there been instances where a poor
16:49:27    4    winter in the United States, meaning no snow,
16:49:31    5    resulted in the downturn of engine sales as a result
16:49:37    6    of the downturn in Ski-Doo sales? Has that been
16:49:43    7    explained to Rotax?
```

| | | |
|---|---|---|
| 16:49:53 | 8 | A.   Yes. |
| 04:05:18 | 9 | (Discussion off the record) |
| 16:50:02 | 10 | Q.   (BY MR. CERSKI): Does Rotax provide its |
| 16:50:06 | 11 | logo to BMW and Aprilia for use? |
| 16:50:25 | 12 | A.                          I don't know. |
| 16:50:43 | 13 | Q.   Is the Rotax logo trademarked in the United |
| 16:50:46 | 14 | States? |
| 16:51:05 | 15 | A.                       I don't recall. |
| 16:51:06 | 16 | Q.   Does Rotax dedicate in its annual budget a |
| 16:51:10 | 17 | certain amount of money to be expended on advertising |
| 16:51:14 | 18 | or marketing? |
| 16:51:42 | 19 | A.       We may have a different definition of |
| 16:51:45 | 20 | marketing and advertising. When we're looking for |
| 16:51:53 | 21 | employees, we're making in the local areas |
| 16:51:58 | 22 | announcements or look for it. That maybe goes under |
| 16:52:04 | 23 | the advertising. |
| 16:52:04 | 24 | Q.        I mean with regard to the products. |
| 16:52:11 | 25 | A.                        Not that I'm aware. |

379295.1

162

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 16:52:17 | 1 | Q. Have you ever been to the trade show named |
| 16:132:21 | 2 | sun  In Fun in Florida? |
| 16:52:25 | 3 | A.   Yes. |
| 16:52:25 | 4 | Q.   And were you there on behalf of Rotax? |
| 16:52:28 | 5 | A.   I was on a personal behalf there. |
| 16:52:41 | 6 | Personal. |
| 16:52:41 | 7 | Q.   Personal behalf. |
| 16:52:46 | 8 | At that trade show did -- was there a |
| 16:52:49 | 9 | Kodiak stand? |
| 16:52:54 | 10 | A.   I was only a very few times there. I don't |
| 16:52:59 | 11 | really recall. |
| 16:52:59 | 12 | Q.   Do you ever recall a red camper with Rotax |
| 16:53:04 | 13 | on the front of it, being stamped on the front? |
| 16:53:15 | 14 | (Interoreter interprets) |
| 1-6:53:19 | 15 | THE WITNESS: A few times. If you call |
| 16:53:24 | 16 | maybe help me or show me something, maybe I - |
| 16:53:29 | 17 | Q.   (BY MR. CERSKI): I don't have a picture. |
| 16:S3:30 | 18 | But like a canopy for a booth. |
| 16:53:34 | 19 | MR. KELLY: Tent. |
| 16:53:34 | 20 | MR. CERSKI: Tent. |
| 16:53:36 | 21 | (Interpreter interprets) |
| IG:53:37 | 22 | Q.          (BY MR. CERSKI) and then |
| 16:53:39. | 23 | underneath would be a display of Rotax engines. |
| IG:53:43 | 24 | A. I may have seen one, but I don't know how |
| 16:53:49 | 25 | it looked like. |

379295.1

163

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 16:53:50 | 1 | Q-  Okay. Does Rotax advertise in the United |

| 16:~3:58 | 2 | States national publications? |
| 16:54:00 | 3 | A.    No. |
| 16:54:15 | 4 | Q.    Your distributors are permitted to |
| 16:54:17 | 5 | advertise within the United States; is that correct? |
| 16:54:20 | 6 | A.    As is defined in the contract. |
| 16:54:23 | 7 | Q.    Do you not restrict them in any way? |
| 16:54:27 | 8 | A.    No. |
| 16:54:33 | 9 | Q.    We talked about earlier how the contracts |
| 16:54:43 | 10 | refer to Rotax approving ads that the distributors |
| 16:54:52 | 11 | are   going |

ce. Do you remember that?

| 16:54:57 | 12 | A~   Yes. |
| 16:55:00 | 13 | Q.    Is there such an agreement with BMW and |
| 1-6:55:04 | 14 | Aprilia if they're going to use the Rotax name? |
| 16:55:23 | 15 | A.    if they would use the Rotax name, I would |
| 16:55:25 | 16 | assume there would be an agreement in place. |
| 16:55:43 | 17 | Q.    These are probably pretty quick ones. |
| 16:55:47 | 18 | Do you ever do direct marketing in the |
| 16:55:50 | 19 | United States? |
| 16:55:50 | 20 | A-   No. |
| 16:55:50 | 22 | Q.    Have you ever sent, either in a block or |
| 16:55:54 | 22 | individually, e-mails to end users in the United |
| 16:55:57 | 23 | States? |
| 1,6:55:57 | 24 | A.    No. |
| 16:55:58 | 25 | Q-   How about to the dealers in the United |

379295.1

164

Josef Puerlinger - December 3, 2004
Examination by Mr. Cerski

| 16:56:01 | 1 | States? |
| 16-56:02 | 2 | A.                              None. |
| 16:56:02 | 3 | Q.    Have you ever done telemarketing? |
| 16:56:05 | 4 | A.                              No. |
| 16:56:09 | 5 | Q.    Other than that single visit from the |
| 16:56:13 | 6 | dealers in the United States, have you had any other |
| 16:S6:19 | 7 | United States manufacturer or end user to your |
| 16:56:24 | 8 | factory here in Austria? |
| 16:56:38 | 9 | A.    As I said, Rotax does not keep any records |
| 16:56:41 | 10 | of visits -- visitors. The only what I recall is the |
| 16:56:S1 | 11 | one Florida manufacturer whcrc the project was -- |
| 16:56:54 | 12 | there was                          some visit at Potax. |
| 16:56:58 | 13 | Q.    Okay.    And the dealers themselves coming |
| 16:57:01 | 14 | over, the                other one that we talked about? |
| 16:57:05 | 15 | A.    And the dealers which have been invitcd by |
| 16:57:10 | 16 | our    authorized distributors. |
| 16:57:12 | 17 | Q.    Okay.    And let me show you Fuerlinger 11, |
| 16:57:26 | 18 | and    this is the board minutes for August 21st, 2001. |
| 16:57:4S | 19 | Did you tell me earlier |
| 16:57:46 | 20 | Mr.   Ploeckinger, was be a general manager of Rotax? |
| 16:57:52 | 21 | A.    Yes. |
| 1.6:57:56 | 22 | Q.    And I want to point you to this area. |
| 16:58:32 | 23 | (witness reads document) |
| 16:58:57 | 24 | Q-   (BY MR. CERSKI)- Okay. my question for you |
| 16:58:59 | 25 | is: Mr. Ploeckincer states that they did an official |

379295.1

165

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

16:59:04      1   press launch in June this year of 2001 here at Rotax

16:~9:07      2    to North American Press. Do you know what that's

16:59:12      3   referring                                              to?
16:59:14      4      A.                                                   No.
16:59:14      5        Q.        Is it typical for Rotax to bring over
16:59:18      6   American Press to do a "press launch?"
16:59:28      7      A.                                                   No.
16:59:30      8        Q-    Do you know what an official press launch
16:59:34      9   is as it would be defined by Rotax?
16:59:38     10      A.    As I said, I'm not -- we're not involved in

16:59:42     11   the marketing and -- can I have a second look here?

16:59:47     12      Q. Sure.
17:00:17     13                        (Witness reads document)
.1-7:00:18   14
          THE WITNESS: I can only perhaps guess
17:00:20     15            because I have not been participating in it. And
17:00:23     16            there was a new product foreseen. We may have been
17:00:26     17            asked by Bombardier, Inc., to host such an event in
17:00:32     18            Austria.

17:00:32     19      Q-            (BY MR. CERSKI) Do you know where
17:00:36     20   Club Bombardier is?
17:00:37     21   A.   I've never been to one.
17:00:38     22   Q-   Do you know what it is?
17:00:40     23   A.   I don't know.
17:00:45     24   Q-   You don't know. Okay.
17:01:00     25            Have there been other events that

379295.1

166

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

17:01:09      1   you're aware of with American Press that -- well, I

17:b1:09      2            will have there been other events that you

17:01:10      3   have been  involved in with American Press coming to
17:01:19      4   Rotax?
17:01:20      5      A.                                               No.
17:01:20      6      Q.        Do you know what the Rotax Owners
17:01:22      7   Association is?

17:01:27      8   A.                                               No.
17:01:28      9   Q.   Is the Rotax Owners Association a part of
17:01:33     10   Rotax?
1?:01:34     11   A.                                               No.

. .  1'7:01       -34                                      12
Do you receive any correspondence from the

17:01:37     13   Rotax Owners Association?
17:01:39     14   A.   No.
17:01:45     15   Q-   They don't -- you've never -- have you
17:01:47     16   received any lists of members of the Rotax Homeowners
17:01:53     17   Association?

```
17:01:54    is           A.   No.
17:01:56    19           Q-   Let's go through some of these others
17:01:59    20    qu i ck I y.
17:01:59    21                              Have you ever paid taxes in
17:02:01    22    Pennsylvania?
17:02:02    23           A.   No.
17:02:03    24           Q.   Have you ever dealt with a manufacturer to
17:02:08    25    purchase component parts located in Pennsylvania?
```

379295.1

167

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
17:02:22    1            A.                    I don't know.
17.02.22    2            Q-             Have you dealt with component part
17:02:25    3    manufacturers in the United States?
17:02:32    4            A-                     Might be the case.
17:02:44    5            Q-   Do you remember any of those component part
17:02:47    6    manufacturers?

17:02:50    7     A.   No.
17:02:51    8     Q-   Does Rotax own any land in Pennsylvania?
17:02:55    9     A.   No.
17:02:57    10    Q.   Licensed to do business in Pennsylvania?
17:03:02    11    A.   No.
17:03:10    12    Q.   Any bank accounts in Pennsylvania?
17:03:11    13    A.   No.
17:03:24    14    Q.   Any liens against a Pennsylvania resident?
17:03:29    15                        (Interpreter interprets)
17:03:34    16                          TAE WITNESS: No.
17:03:40    17    Q.   (BY MR. CERSKI): Has Bombardier ever sued

17:03:42    18    someone in Pennsylvania?
17:03:44    19           A.                    I don't know.
17:03:45    20           Q-             Has Rotax ever sued someone in
17:03:48    21    Pennsylvania?
17:03:57    22           A.                                 No.
17:04:18    23           Q.   Does Rotax own any stock in a Pennsylvania
17:04:22    24    corporation?
17:04:22    25           A.                                 No.
```

379295~ 1

168

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
17:04:23    1            Q.   Does Rotax own any stock in any United
17:04:26    2     Staces corporation?
17-04:28    3            A.   No.
1.7:04:37   4            Q~   Does Rotax lease any property or facilities
17:04.42    5     in Pennsylvania?
17:04:43    6            A.   No.
17:04:50    7            Q-   Has Rotax -- did Rotax attend this year's
17:04:59    8     AOPA convention that was held in Pennsylvania?
17:05:02    9                          MR. KELLY: This year's?
17:05:06    10                         MR. CERSKI: Yeah. It was in
17:05:08    11    Philadelphia.
17:05:09    12                         MR. KELLY: That's outside of the time
17:05:11    13    frame you            referenced. You just have to -
17:05:12    14                              MR. CERSKI: Sure.
17:05:13    1S           Q-   (BY MR. CERSKI): Has Rotax ever sent
17:05:15    16    representatives to trade shows that were held in
17:05:17    17    Pennsylvania?
```

```
17:05:17    18        A.    No.
17:05:18    19        Q.    Air shows in Pennsylvania?
17:05:20    20        A.    No.
.17:05:21   21        Q.    Has Rotax ever conducted seminars in
17:05:25    22    Pennsylvania?
17:05:26    23        A.    No.
17:05:31    24        Q.    Has Rotax sent a representative to
17:05:37    25    Pennsylvania to conduct any type of business?
```

379295,1

                                                                    169
                        Josef Fuerlinger - December 3, 2004
                             Examination by Mr. Cerski

```
17:05:48     1        A.    No.
17:05:56     2                    MR. CERSKI: Where's my -- here it is.
17:06:04     3                    (Discussion off the record)

17:06:15     4        Q-            (BY MR. CERSKI) a user wants to
17:06:17     5    have their engine overhauled, who would they go to?

17:06:20     6        A.    To someone who has the capability to do it.

17:0G:35     7        Q.    Do the service centers have the capability

17:06:38     8    to do it?
17:06:39     9        A.                          I don't know.
17:06:44    10        Q.                 Does Kodiak as a distributor?
17:06:55    11        A.        I can't answer this question.
17:06:57    12        Q.             Does Rotax overhaul engines?
17:07:22    13        A.                                Yes.
17:07:25    14        Q-    And could someone from the United States

17:07:26    15    request Rotax to overhaul an engine?
17:07:29    16        A.                                  No.
17:07:50    17        Q.      Does -- who does Rotax overhaul engines
17:07:53    18    for?
27:07:53    19        A.    Rotax has a very small limited capacity of
17:07:57    20    overhauling the engines, and we are not reflecting on
17:08:02    21    this business.
17:08:03    22        Q.                    You're not? I'm sorry.
17:08:05    23        A.    Not reflecting on this type of business.
17:08:07    24    It's the duty of our authorized distributor to
17:08:09    25    organize this.
```

379295.1

                                                                    170
                        Josef Puerlinger - December 3, 2004
                             Examination by Mr. Cerski

```
17:08:11     1             Okay. So it's Kodiak's duty to over -- not
17:08:15     2        to overhaul but to organize overhaul availability?

17:08:19     3        A.                                Correct.
17-08:22     4        Q.    Could Kodiak send an engine to Rotax for
17:08:26     5    overhaul?
17:08:26     6        A.                           They could.
17:06:46     7        Q.    And the engines that you do overhaul

17:08:51     8    currently, are they primarily just from Austria, or
17:08:56     9    where are we talking about where they're coming from?
17:09:01    10        A.    As I said, we more or less stopped the
17:09:05    11    activities because all the authorized distributors
17:09:09    1.2   have the capability to overhaul engines, and this
```

```
17:09:14   13   goes most likely only for certified engines.
17:09:17   14        Q.    Okay. And when did you -- so do you still
17:09:21   15   conduct it for certified engines?
17:09:23   16        A.                    Very limited numbers.
17:09:24   17        Q.        Okay. And when did you stop it for
17:09:29   18   uncertified?

17:09:30   19   A.   We ncvcr did it for uncertified.
17:D9:32   20   Q.   Okay. Has Kodiak sent to you engines for
17:09:39   21   overhaul?
17:09:57   22   A.   I don't know.
17:10:00   23   Q.   How about Rotech?
17:10:03   24   A.   I don't know.
17:10:04   25            MR. CERSKI:How about you give me
```

379295 1

171

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

17:10:06    1        maybe five minutes, and I'll just go through and

17:a0:09    2        we'll kind of wrap it up by 5:30.

17:10:12    3            MR. KELLY:    I think we're about there.

17:10:18    4            MR. CERSKI:   I think we took about an
17:10:19    5        hour's breaks.

17:10:21    6            MR. KELLY:   I'm only going to 5:30,
17:10:24    7        but I'll be happy to accept less than that.

17:10:27    8            MR. CERSKI:try.

17:10:31    9            (Recess taken)
17:15:56   10        Q.    (BY MR. CERSKI):        Does Rotax consider itself
17:15:59   11   a leader in the iDroduction                of ultralight engines?
17:16:07   12            MR. KELLY:    Object to the form.
17:16:13   13            THE WITNESS:    Rotax is one of the

17:16:35   14        manufacturers of ultralight engines.

17:16:40   1S   Q-            (BY MR. CERSKI:Who are your competitors?
17:16:46   16   A.            Just as -- such as Hirth, HKS, Jabiru.
17:16:54   17   There's many. I don't know all the names.
17:16:59   18   Q.            Do you know where -- do you know what
17:17:05   19   Rotax's market share is for the ultralight engine,

17:17:10   20        aircraft engines, as it relates to its competitors?

17:17:14   21   A.            There is no significant -- there is no
17:17:17   22   datas (sic) available where we could use it.

17:17:20   23   Q.        Okay. When the term Bombardier

17:17:37   24        Recreational Products Group is used, that includes
17:17:41   25        Rotax; is that correct?

379295.1

| | | |
|---|---|---|
| 17:17:48 | 1 | A.   Yes. |
| 17:19:47 | 2 | Q-   Do you consider the United States |
| 17:19:49 | 3 | marketplace as key to Rotax's overall success? |
| 17:19:55 | 4 | MR. KELLY: Object to the form. |
| 17:19:58 | 5 | THE WITNESS: Can you repeat the |
| 17:20:04 | 6 | question,                              please. |
| 17:20:04 | 7 | Q.  (BY MR. CERSKI): Sure. Do you consider the |
| 17:20:06 | 3 | United States marketplace as key to Rotax's overall |
| 17:20:13 | 9 | success? |
| 17:21:05 | 10 | A.   I have difficulties to really understand |
| 17:21:07 | 11 | your questions and the intent of your questions. |
| 17:21:17 | 12 | I'm - |
| 17:21:18 | 13 | Q.   Do you want me to try to rephrase it? |
| 17:21:23 | 14 | A.   Please. |
| 17:21:24 | 15 | Q.   Okay.    When Rotax looks at all of its |
| 17:21:28 | 16 | customers    and they analyze how the sale of Rotax |
| 17:21:32 | 17 | engines are going, do they look at the United States |
| 17:21:38 | 18 | as a major consumer of the products that incorporate |
| 17:21:45 | 19 | a Rotax engine into; therefore, Rotax's success is |
| 17:21:52 | 20 | key -- islinked, I should say, to the United States? |
| 17:22:00 | 21 | 1 don't know if that clarified it or |
| 17:22:02 | 22 | not, but - |
| 17:22:03 | 23 | MR. KELLY: Object to the form. |
| 17:22:07 | 24 | THE WITNESS: Rotax does business, as |
| 17:22:10 | 25 | previous mentioned, with a few customers, and we try |

3792951

173

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 17:22:20 | 1 | to meet the need of the cust -- customer's |
| 17:22:27 | 2 | requirements, such as Aprilia, for extent, to name |
| 17:22:32 | 3 | one of our customers. |
| 17:22:33 | 4 | Q.   (BY MR. CERSKI): And does Rotax -- does |
| 17:22:47 | 5 | Rotax understand -- let me put it this way:     Rotax |
| 17:23:05 | 6 | has knowledge as to how many ATVs, personal water |
| 17:23:09 | 7 | craft and snowmobiles are imported into the United |
| 17:23:13 | 8 | States from Bombardier; is that correct? |
| 17:23:16 | 9 | A.   No. |
| 17:23:19 | 10 | Q.   It's not correct that Rotax does not have |
| 17:23:23 | 11 | that knowledge? |
| 1-7:23:26 | 12 | MR. KELLY: Well, let's not make it |
| 17:23:27 | 13 | too compound here. I mean, is it correct that Rotax |
| 17:23:30 | 14 | has the knowledge or correct that Rotax doesn't have |
| 17:23:33 | 15 | the knowledge? |
| 17:23:3S | 16 | Q.   (BY MR. CERSKI): Do they have the knowledge |
| 17:23:36 | 17 | or not have the knowledge? |
| 17:23:39 | 18 | A.   We do not sell the entire -- the entire |
| 17:23:49 | 19 | complex product, whatever the engine goes into, so |
| 17:23:53 | 20 | we -- we   sell our product ex-works. That's what goes |
| 17:23:58 | 22 | to our customers, and that's what we have the |
| 17:24:01 | 22 | knowledge where they -- how much engine we sell to a |
| 17:24:04 | 23 | customer. |
| 17:24:34 | 24 | Q-   Do you know the nurabcr one sale - country |
| 17:24:37 | 25 | in sales   for personal water craft that Bombardier |

379295.1

174

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

```
17:24:42        1    sells?
17:24:45        2    A.   I have a general, personal idea, North and
17:25:16     3                                   South America.

17:25:17     4         Q.   And which company is that -- or which
17:25:20     5    country?
17:25:21     6         A.   North and South America.
17:25:23     7              MR. KELLY: North and South America.
17:25:24     8         Q.   (BY MR. CERSKI): Oh, North and South
17:25:25     9    America.   But you don't have an idea of which
17:25:27     10   country?
17:25:29     11        A.   Personally not. I'm not involved in this
17:25:34     12   business.
1.7.-25:34   13              MR. KELLY: Chris, you can now tell

17:25:36     14   Arthur that you took it to the limit.

17:25:40     15                        I'm down to two more    MR. CERSKI:
17:2S:42     16        minutes. I'm sorry.
1.7:25:54    17                        It's a new track.   MR. KELLY:
17:25:59     18              MR. CERSKI: It's a what?
17:25:59     19                        It's a new track.   MR. KELLY:

17:25:59     20        Wherein, the deposition was concluded at 5:30, you
17:26:02     21   can say that.
17:26:05     22                    MR. CERSKI: Thank you,
17:26:07     23   Mr. Fuerlinger. I have no more questions.
17:26:09     24             (Proceedings concluded at 5:26 p.m.)

1.7:26:09  25

379295.1
```

Oral Deposition - Josef Fuerlinger
December 3, 2004

```
17:26:09     1

             2

             3

             4

             S         I declare under penalty of perjury that the

             6         foregoing is true and correct.

             7

             8

             9                        JOSEF FUERLINGER

             10

             11

             12        SUBSCRIBED AND SWORN TO BEFORE ME, the

             13        undersigned authority, by the witness, JOSEF

             14          FUERLINGER, on this the __ day of

             15
```

```
16

17

is                              NOTARY PUBLIC IN AND FOR
19                              THE STATE OF

20

21          My Commission Expires:

22

23

24

25
```

379295.1

<br>

                                                                    176
                        Oral Deposition - Josef Fuerlinger
                                December 3, 2004

               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THERESA MARIE SIMEONE,
Personal Representative
of the Estate of Albert
Francis Simeone, Jr.,
Deceased, and THERESA
MARIE SIMEONE, In Her Own
Right, and MARY ANN
LENGYEL, Personal
Representative of the
Estate of George Lengyel,
Deceased, and MARY ANN
LENGYEL, In Her Own Right        CIVIL ACTION NO. 02CV4852

          Plaintiffs,
vs.                              JURY TRIAL DEMANDED

BOMBARDIER-ROTAX GmbH, et al.

          Defendants.

                    REPORTER'S CERTIFICATE
                ORAL DEPOSITION OF JOSEF FUERLINGER
                        December 3, 2004

      I, the undersigned Certified Shorthand Reporter and Registered
Professional Reporter, certify that the facts stated in the foregoing
pages arc truc and correct.

      I further certify that I am neither attorney or counsel for,
related to, nor employed by any parties to the action in which this
testimony is taken and, further, that I am not a relative or employee of
any

379295.1

<br>

                                        177
                Oral Deposition - Josef Fuerlinger
                        December 3, 2004

counsel employed by the parties hereto or financially interested in the action.

SUBSCRIBED AND SWORN TO under my hand and seal

of office on this the                                          day of December, 2004.

Michelle Hartman-Solari, CSR, RPR
Texas CSR 7093
Expiration: 12/31/05
Nat Douget Court & Video Reporters
3207 Landfair Street
Lake Charles, Louisiana 70601
800-259-9900 Fax 800-259-5672

379295.1

115

Josef Fuerlinger - December 3, 2004
Examination by Mr. Cerski

| | | |
|---|---|---|
| 14:37:11 | 1 | A.        Rotax does provide training to the |
| 14:37.14 | 2 | authorized distributor in Austria. |
| 14:37:18 | 3 | Q.   Is it a single training course, or is it |
| 14:37:22 | 4 | multiple training that happens year after year? |
| 14:37:28 | 5 | A.        Rotax offers this on a regular base - |
| 14:37:37 | 6 | Q-                                           For - |
| 14:37:38 | 7 | A.        -- to the authorized distributor. |
| 14:37:41 | 8 | Q.   Okay. Do you publish a distributor list? |
| 14:37:51 | 9 | A.        What do you mean with publish? |
| 14:37:53 | 10 | Q.   Meaning how do you -- how do you let end |
| 14:37:58 | 11 | users know that there's a distributor available? |
| 14:38:06 | 12 | A.        In any engine delivery which is sold |
| 1-4:38:15 | 13 | ex-works of Rotax, there is documentation included, |
| 14:38:20 | 14 | such as operator's manuals and others. In this is |
| 14:38:26 | 15 | defined also included the current status of the |
| 14:38:29 | 16 | authorized Rotax distributor. |
| 14:38:34 | 17 | Q.   Okay. And if I was back home in the United |
| 14:38:41 | 18 | States in Pennsylvania and 1 wanted to buy a Rotax |
| 14:38:44 | 19 | engine, how would I know to go -- how would I know |
| 14:38:51 | 20 | where to go? Is there a list provided elsewhere, on |
| 14:38:S4 | 21 | your website or anywhere else? |
| 14:39:05 | 22 | A.        There is a Rotax aircraft engine website |
| 14:39:11 | 23 | which provides technical information and supporting |
| 14:39:21 | 24 | information to the product itself and a list of the |
| 14:39:28 | 25 | authorized Rotax distributors for aircraft engines. |

379295.1

THERESA MARIE SIMEONE, ct al.

v.

    IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Plaintiffs,

CIVIL ACTION NO. 02CV4852

BOMBARDIER-ROTAX GmbH & Co. KG, et al., :          CERTIFICATION OF JOSEF FCRLINGER

Defendants.

says:

Josef Ffirlinger, being duly sworn according to law upon his oath deposes and

I .                    I am the former Vice President, Aircraft Engine for Bombardier Rotax

GmbH Motorenfabrik, now known as BR-P-Rotax GmbH & Co. KG. Since September 1,

2002, 1 have held the position of Director of New Business Development. For BRP-Rotax

GmbH & Co. KG. As such, I am familiar with BR-P-Rotax GmbH & Co. KG's ("Rotax")

activities and general business practices.

2.              1 make this affidavit in further support of Defendant BRP-Rotax GmbH &

Co. KG's Motion to Dismiss Plaintiffs' Complaint for Lack of Jurisdiction and

Defendants' Bombardier Inc.s' and Bombardier Corporation's Motion for Summary

Judgment.

    3.                       1 have personal knowledge of the facts set forth herein.

    4.                       1 read and write both French and English with facility.

    5.5. Recently, I was asked for the first time to call from o5. Recently, I was asked for the first time to call from our files Pennsylvania.Pennsylvania. I did so and the results of my search are annexed here to ExhiPennsylvania. I did so and the results of m through 2763 " and marked "CONFIDENTIAL." All of the sales are to Harley Davidson for spare motorcycle parts.

    6.6. The total of sales collected in Exhibit A is 18.136,366. The total of sales collected in Exhibit A is 18.136,36 Euros, which re Harley Davidson during the referenced time period.

    7.7. Rotax conducts all business with Harley Davidson through Harley's corporate offic7. Rotax conducts all business Wisconsin.Wisconsin. With the exceptionWisconsin. With the exception of the transactions recorded in Exhibit A, all deliveriesWisconsi Gunskirchen,Gunskirchen,Austria respectivelyFCA Gunskirchen, Austria. AsGunskirchen, Austria respectively FCA Gunskirchen, Austr passes in Austria.

    8.8. It is Rotax's business practice to designat8. It is Rotax's business practice to designate a8. It is Rotax's business practice t recordedrecorded in Exhibit A tookrecorded in Exhibit A took place on an emergent basis at therecorded in Exhibit A took place on an e properlyproperly service its customer, the United Statesproperly service its customer, the United States military.properly service its cust urgent delivery which could only be arranged through UPS or DHL expedited, as reflected in the invoices.

    9.9. The invoices also reflect that Harley's purchase9. The invoices also reflect that Harley's purchase order originated in9. The in RotaxRotax had with Pennsylvania in connection with these transactions was as a poRotax had with Pennsylvania in connectio circumstances presented here. Our customer and the focal point of these transactions were both located in Wisconsin.

    10.10. Attached as Exhibits B and C are 'Invoices addressed10. Attached as Exhibits B and C are 'Invoices addressed to10. Attach EngineersEngineers (SAE Inc.) (Exhibit B) and Avantex Inc. (Exhibit C). Both invoices bear PennsylvaniEngineers (SAE Inc.)(Exhibit B) an placeplace of business of the Societyplace of business of the Society of Automotive Engineersplace of business of the Society of Automo invoicesinvoices is US$ 9.556,70 and the purchase were for writteninvoices is US$ 9.556,70 and the purchase were for written materials be obtained elsewhere.

    11.        Rotax has made no effort at any time to create a business presence in Pennsylvania.

    12.12. 1 understand that the attorneys for the plaintiffs in this case have questioned the timing of our production ofof Exhibit A. As previously nof Exhibit A. As previously noted, Iof Exhibit A. As previously noted, I was not asked to produce a DecemberDecember 4, 2004, when I was askedDecember 4, 2004, when I was asked toDecember 4, 2004, when I was asked to produce all

basisbasis for earlie r statementsbasis for earlie r statements I m ade regar ding Rota x's practice of m aking all sales E x works resp ectivelybasis
waswas mywas my knowledge and experience concerning that practice andwas my knowledge and experience concerning that practice a
StatesStates custom ers, States custom ers, as reflected inStates customers, as reflected in Exhibit D, which accurately discloses tha
Pennsylvania customers.

º

F GebLIhr in ITO-he Euro 13,00
r H 3t
r. Hans 3brg
bff. Nc',lr, ~4.0';S

      13.        1 certify that the foregoing statements made by me aTe true to the best of

my knowledge. I am aware that if any of the fio              g statements are willfully false, 1

am subjec t to punishme nt.

DAT ED:     2-

B.R.Zl.: 36 5/2005 /b

JosefF firlinger

Ich best6tige die Echtheit der          Unterschr ift des Herm Ingenieur Jo sef **FOrlinger,**
geboren am 04.04.1956 (vierten April neunzehnhundertsechsundfOnfzig),
Wallac kstraBe 2 4, 4623 Gunskirch en - -------------------------------------------------------
Wels, am 14.2.20 05 (vierze hnten Feb ruar zweitaus endUn f)
                 e JURA

            C1

               'V!!- LO

      a         r
als b s         D mrsLlbstilut des
       of,
       'bff nlfidhnNolar,.~
       ',bfl
DR. HANS J rRG PLATZER in Wels, Ri gstraBe 33

**J*~** ~Sjjl; AP40



A

**Bombardier-Rotax GmbH**

A-4M QXZ;MM      TMw: (0)72461601-0
W&ff Sn= 32      Tddax: (0)7246/63 7D
Lw6mWncM Ytt       FN 103133 ₁

Fastiffmchr*: BorTtwider4l1aw Gmb H. Pigeduch 5. A-6,M) Gunsourcha rt. Austrw

Mesorti.
Harley-Davidson Inc.
Po box 653
MILWAUKEE WI 53201
USA

an
IN

C_

2N

NIN

COMMERCIAL IWVOICE

l'mr I

BW ZW*M Wd          Wii[ftiirO I PWM 1111wmm

KWwWri-ft.
cumm~ no.
175"

swppw ᴍ
C~tial 10"itr No
90005326

kt#
1998.07.16

| p° ado" your ortliw no, | | | | olow amme | I LiniiiiniAuftVgi.4*. | -=Z - | U010011111ur" owkwy am |
|---|---|---|---|---|---|---|---|
| VO | AIX GA* unmiii,~ urfw- W W11aftAloodnguing iiiin ow~ 1h in if A Pda 1 i r/On lo iiiiimii cif am 0 0iiiiiy aid Was C"xftlbw we owd I= | | | 2998.07.07 | | /KC | 1 "0. 07. 16 |
| ftcp* ap ᴍ | re, | 1. | | | | | AT$ am9now |
| 10 | 210e57 | AT | Supply no..s 8(*08849 CLUTCH COVSR ASSY, | | | 1,196.80 | 11,968.00 |
| 3 | 50'eSO840 23R'BW | AT DE | GASKET NEEl>LE BEARING 2'3X2?X17 | | | 22.61 71.50 | 1,130.L-3 =7.50 |
| 10 | P-36020 | AT | SPROCKET 14 T., 5/8X1/4XI 0,16 | | | 128.70, | 1,267. 0() |
| 25 | E503,81 | AT | DICHTL# 40 | | | 34.87 | 871.75 |
| 120 | 260E 10 | DE | RUBBER. SLEEVE | | | 2:5.40 | 2.00a.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | E67e57 | AT | INTAKE-FLANGE | 96.36 | ?63.60 |
| | iij,e76215 | DE | VALVE FEELER GAUGE 0,05 MM | 8.47 | |
| .5 | 276Z50 | AT | PISTON RING SPANNER e9 MM | 480.70 | 2,403.50 |
| 5 | it-76720 | AT | PISTON RING SPANNE R, 79,5 KM - | 196 3:3 | "1.7Z |
| 7 | 277070 | AT | RING WRENCH 13/15 | 84-64 | 592.51 |
| 50 | E77340 | IT | SCREW DRIVER INSERT | 3.69 | 184.25 |
| 25 | 219,3151 | JP | ELECTRIC STARTER ASSY | 1,514.1Z | 37,852.75 |
| 181 | 876197 | IT | TOOiL BAG 23OX160 876195 replaced by 07619'7 | 20.q15 | 3,792.85 |
| 715 | 876230 | AT | FORK WRENCH IIX13 MM Supply no.v 90008?88 | 13.6'9 | 1,027.11? |
| 20 | 2,95301 | AT | GASKET SE7, CYLINDE R HEAD Supply no.t 9GO09166 | 2>46. "?5 | 4 v939. 00. |
| ao | 295300 | AT | GASKET SET | 730.95 | 14,62V.00 |
| | | | | | S5,?14.00 216.00 |
| | | | Packagi ng | | |
| | | | FCA Gunakir chein | | 86,130.00 |

pw~='.ft on Within 35 days without deductio n from date of invoice SIMEONE 0246

I-        / C4un iiy of orig in

Erft~                          Wom GurftsstaM Vkts odor Sitz cies Bostllem
Bw* fix 0b.6son/Tech und Soubirg. WaK Kkx 283-0701/00, S-A OM-AT21- W2 15130
Bw* Au stria                   AG. VAA%. Kunio 820-131,005100, BU 12000

B6 ZW*rvsvwzua wwoon                    Vernigswaart p.a beradvaL
P -wlunom  unmd Bo anstatx1u rman k6on on rvur merh ab 8 TaCe n noch EtW

I
I
                        8
CONFIDENTIAL

9 %

1"'i
11011*rAw~bl –

;;7~4d

kiald

# Bombardier-Rotax GmbH

A4623 GUNMCHEN    Ideton: (0)7246160"
Wei= Stasse 32    Teletv: (0)7246163 70
Latmgmv Vft          FN 103133 1

posuractarm Borf'wd*.Pbaw Gpit,14. Possbach 5. A-4M GovImmm Ausam          COMMERCIAL INVOICE

                                        I go
                                        ⌐an

V ON
t

41.)

V

4)

                                        :im
                                        '109

0

S,

V,

flevior F. -
Harley-Davidson Inc.
PO box 653
MILWAUKEE W I 53201
USA

C_ 1 ?66
V_=1r-M*ft9_ft *

The sol of bark

I Cal-to gross w net,

| S&wftemaft | Eewrcial Janice W 90065326 |
|---|---|
| 2756,6 | |
| an L"A.saaft-M. | kto |
| SUPP1ee ฿- | 1998.07.16 |

Onw com          Cw*&.wM Cw offlair M
115~99.077.07          ~573          ~T /KC

1 1081*n 8~60 7 . 16

AJGnw4 uno&wL ww-undvw k&A3bo dwv.*Vmo owmvor~--- Mr x- PachnwV und GofffwjOrw tow 01 OWD00my aW3&Nw CaarpXbww~ matymr

Airfroiaht

^nk#-W~

Country of origins AT - Austria (EU) DE - GermAny (ELI) IT - Italy (EU) JP - Japan

cking-materials are totally free ently free from live plant-peats.

00Ej@49 YORK
kgz
jeas

d wood P and Appa

ROTAX 9 10hrr 95
hts          85

Pwpvww

Wi thin                                      35 days withOLIt deduction from dr~tc- of in.,oxce

SIMEONE 02469

CONFIDENTIAL

I- UnW-V.W~d IC-" 10 ww.
E"Whirvscad V"i!L Go&mmstind ft~fa; owr Sox dos Bas*&&T&
Barak tin 0bff6atrawch und SaLzbju. VbK KJD. M-0701100. Sft OOKLAT2L BLZ 15130
Bark Auffe ACx VAft KOM 820-131405100. &Z 128M
PSK B.,k Wim KarAD 0532.m. na oclow
S006ti, G&14" Vwsbb)Bwak AG. Won Korw 10.139972.000. BU 18150

B. Zahlnqp~rnxp vnk-           Veniasonsen a a. bowtod
Eww4w v*xKm u nd Bea nswwk arom k6 nnen n ur wwwr tmb 8 Ta cen na ch Edw it
der PAK,f~ br.,dw Wam ownachtmrckam

Tm PLl'O+4z cRDERF#pGEA WS7APrum DtAu                    Docv*wTs

f--c)c)7)

PURCHASE ORDER                                 00,  PO RE  000
a." ~v                                         COWPAa *0
   7/01 . .                '90    3
                       c.
                                          E, y OR -A
        .        El           F]
cEr"w4c," co~                            com    sffkiL'~cmE
- Wu wtcv.~                               R 1050

ro  veLl.v.=_=#iE0Lsqn-V

SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDIMED BELOW)

Hari !t-Davidson Motor Company

r~ 0 13OX 493
MILWAUK EE, WI 5'_3 2 0 1

suBMiT INVOICES IN TRIPLICATE 70 ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

   FROTAX
To          f-'PINEORTF-.CP.*E!%j
   AUSTP i A.                A4 6 2 S
     L

F

     HARLEY-DA VIDSON r-lr--, . G;;
     1425 EDEN ROAD
     YORK, Pp. ! 74-,~2
-J L-MARK FI).-- P. 0

                         MA
                    VWE cr M

vkx ᵣ- mo x"cow

n9ws
M30 OAYS

gu~

G 6113 JPCR) IMP,

rvm
3ZHIP POIN7,

I"

LL OTHER CARRURS

# NNW.        lminl.

C.,            .1 7 V        i CL I l uo I

-9 EA Pr4:-2c;-`:-;tl                DRAWING REV.
STARIEP            ASSY

DELIVERY ;:-P&ITRED AT DESTJWITION
- / 2(-~                                                        ~i .
                                                                3

                                                                ti

c;

2 Z~ E        ON: -21~--30c        DRAWIN,; REV.
C;,F--

DELIVE-PY FE(.-3:!fREr- AT Dr-STINATION
7, '2 c:            20                    1211061
-1000

7        27        A                    "RAWINC    REV
;,ASKF-T SF';' C,~'LIND;:R H!-,,
REQUIRED AT UESTI-Ni-~110N,
17, 1 1 G 6

E. -~f cl

DRAW1
NG                        RFV,
00'- FcrJLL

AT DESTINAIIDN
I ~11 1        l21 1061
DRAWTP4C.:                REV

C10
L-:l;,,EP4C~-.
DELIVFRY P -IG:-*TR!~'l' r:,'        DIFSTINA. ON
7!~            1 -- 1 1 Ot,
0 'T.            0

FOR H-D MOTOR
CC)mPAjqy

CCF'!%.NG VøF%AL 0P.D¤4EW

-~ i; 7k. Oø

ACKNOWLEDGMENT

SIMEONE 02470
CONFIDENTIAL

.I

. I- . - 0t-.,

41
I

rHG FYICKASE Or'd MAWR LRJST AP¡EAA0"A,LLVN0KXS"VS0l'C DOCLANDM

PURCHASE ORDER                          PLI REV~3DO
OFUEA DIVE            '*r                        'E         Go-fn-wwr cownha *D
      7 10          c.'-Z   a
                    o.
                                        H/D YOR9
      CERMCCE OF CC.V%14W X                      3M COM      p∞M cam
.EI =wqrrcxx).4 a                              R 10 50
                                                            I
      IN33URM   P-
      SMP ID JABOVE ADDRESS UNLESS OMEMISE INDICKrED BIELOM

  Harley-Davidson Motor Company

P. L. Box 4,73
MILWAUKEE, 611          5 32 0 1

SUBMIT MVGICES IN TRIPLICATE TO A BOVE AD DRE SS. ATTN: ACCTS. PAYA BLE

   I-
      ROTAX G115H.
TO                        -14L-)X       GUNE, VARCHEN:
      AU.ST91t~.,,          A46Z3

TEMS
N30 DAYS

-~ F

FM
SHIP POIN7          L--
                 rL. ι.
      HARLE 'r-D.I.V IDS014 MC= 13 CO MPAt,'Y
      142,':7 EDEN ROkLI
      YOP.~, PA 17402

-J LMARK FOR P. D. C-00-COOC1966

NOTE ~

   i425 YORK, F„,.
                4 C; 2~ ,,iHEN APF'-;.1CAZL-!-'

NOT-F            THIi~ PURCHASE ORDEF N4,Y NOT
ALTERED IN ANY Mta.,NWER (T11TAI COS-,,.
DELIVERY. ETC. ) WITHOUT PRIOR
AUTHOR       TIATION OF T12Æ HARLEV--rj,6A)TD--f-~-*,.7
FVRCH.,LS1N-'-' DEPARTMENT, VIORV. DIVIE11-jr

1-:FV ACC-:'PT!WC         ORDER OR ANV PART TH
                          THE        ;E~ R
~-ELILF-F. AC-PEES TO PF E.-DUNI) 13'~ ,          I N T
":ERMS AND CONDITION5 DN 1~-:E FACE        OF 'TH
AND ATTACHED HERETIC FORM 1-40 - Y6034 0~

t'-'TERIAL SAFETY DA~Tt:, SHEET(=-~ MUS-7 -.jr
70-RWARDED TE-.: JAY D1t!*"T-,', .,iT

COLLE2N S HPEV E-              1q

L, ; %.-          ~ . - I I-        - !

1

      FOR KD MOTOR COMPANY
COLLF-Etz

GUYER

*t*h*o*T*m*o*n*u*m* *S*K*P*L*O*I*X*E*)*

ACKNOWLEDGMENT

*SIMEONE 02471*
*CONFIDENTIAL*

# R.

-Sondx3rdkw-Rotax GmbH

MAW & Q= 32          TeleW * (0)7246163 70
LX*SV21dfl Wds          FN 1031331

**runtwwow\*: D witw6w-Rom G ftft Paaftd & A~4023 r~wk~-.A-**

-7sessrs .
    Harley-Davidson Inc.
              PO box **657s**
 -lLWAUKEE WI !'-2201
              *LJS_*

of MR

in in

.h

'
'
f'DMMERCIAL INVDICE

f"t l

Umercid lar"ire *A*o
90005651

Date
*1996-07.09*

| on go-<br><br>C-<br>CK*W0172', | | | | ow. dew<br>_ 11992.03.30 | ~93 1 | 0. W.<br><br>VTIKA | ow-Y am<br>.07.07 |
|---|---|---|---|---|---|---|---|
| P*C"OP<br><br><br><br><br><br><br><br>WWJ08615 | A $ GnWW -M.- - &-<br>%.ph. 0%.O.-V ~<br>G.40.10. W.6 *aW.*<br>**C".Mbw.**<br>DHL to<br>HARLEY-<br>DAVI .<br>DSON<br>Motor<br>Comp any,<br>2425 Eden<br>Road,<br>Yor~, PA 27402,<br>USA | | | | | | |
| **W.-Gow.** | m | 1. | | | | | ATS w-ow |
| 40 | 27,225! | o4T | EXH4UST<br>FLANGE<br><br>Pack;ng<br>znd *freight*<br>*CPT York*<br>Country<br>of<br>orignit<br>AT -<br>Au5tria<br>*(ELJ)*<br>pick:n | | 14Y. *8(?* | | 1 C?92. 00 |
| | | | | | | | *9pa , "I('~*<br>*5L, 4.* 1.)t:)<br><br>2,556--oo |
| The, **Sol**; | 0 WC-_)c | | | | | | |

| | | q~ maturials arp totally *free* ly free Irom live plant-pests. | | |
|---|---|---|---|---|
| of oar~, | ;,no appaien, | | | |
| i cartor | r,'GTA)( | 8j,()0E 615 Y[)RK 1"g | | |
| tp-O&S 441 net wall. | 29r) t: 3 | 50 ht3 | | |
| Wi thin 35 days without deduction from date of Invoice | | | | |

" Unv-vm,4 I C_" d Mo.
EMA N9"I W OOL (3W VCtMU W  V" ad w Sa  On B W OIW &
PW* W r 00W6@ftwrw:h L"d SabtwU Vfík KkX M-07DIYOO, &aOI QeKLAT2L &1 15130
Bw* A.W12 AG. V"iL K0"*0 820-13 ɪ-WS/0D. BLZ 17800
FSK BanK W Wx KOM 9"2.OT2, BLI 80000

                    9

ek.

Vw wp=~ p a b&vctwA

SIMEONE 02472
CONFIDENTIAL

A4623 GUNSOCHEN    Tekdon: (0)7246/ 60 1 -0
Mser Shasse 32        Telefax: (0)7246/63 70
Lz*spxtA w&                        FN 103133 t

# Bombardier-Rotax GmbH

JU up
in an          POSUVISC°: BoMwOff-Row GaYz"l. Postbeh 5 A-4W3 Gunskarchen, Austm

Messrs.
Harley-Da-viasor; Inc.
PO bo>: 6-52
MILWAUKEE W 1 53201
USA

Ju as
LE W.R

                                        JU Oil
                                        In on

JU ?-A-
  in k - I

JU 1UU
is go

COMMERCIAL INVOICE

Kunoor'w.
C.w~ ~
I -, 566

W- Ld~?* **swob"** ho~

Cossercial Invoice Ohl
9;.~006155

Date
1992.06. 2-1

| w- Besftd' ~B-ftaa<br>Unw z≤f~<sub>u1001 s-</sub><br>Y-f .ᴋ. Orow co<br>Ord. Our W.<br>DWvwY 0ᴍ<br><br>1iqqP.oe.<br>s₁,<br><br>m:<br><br>VT /KC<br>V0rfxnfff)660p-?&.<br>A&d C~nd ~ LW w-<br>trO<br>Yedautsbodartgung<br>en swwwn wV V~<br>far 1hre ﬂ~,wV<br>und Gala1w l On b~<br>of ~ Dedrrery and<br>SONS Con&O" " "M<br>ʏᴏᴜ<br>Psd& Op -<br>^ i r -f ᴛ- e 19 n<br>t | | | | |
|---|---|---|---|---|
| no | | B&z=&rwM/D"xr"w | PrwafErtemiruprce | ATS awwnaw |
| | | Supply no.: L:Z0!.-) 1 03e-1-1 | | |
| | | Order no. : 5572: | | |
| | | Order no. : C- 1566 | | |
| 1 | F 7 -/ 2 4 ₍₁ | IT | SCREW *DRIVER* INSEPT | S.6c;' |
| | | SLIPP l v no . : G00 l 05bci | | |
| | 27 70z4() | I T | SCREW DRIVER 1NSER1 | 9 |
| | | Sup p l *~, no . : P-C.10 l 037,~ | | |
| | | Order no.: 2531 | | |
| | | OV- de l- no - : C - 1.) 0 C) 17 2 5 , | | |
| 3 E.- C) | E' 7 --1 S 5 1 | A T | EXHAUST FLANGE | 49 . E-0 | 10 924 . C*-(, |
| | | Supo l y no 0")o (l"l | | |
| | | Order nL, . 6; 2C-- | | |
| | | Orcier no. Fax | | |
| | r-A 1 85C., - | AT | CONTACT SCREW MIO Z) | | 3914 . 25 |
| | | 'oUpply no.; e%')f.)11')-170 | | |
| | | Or oer no. 62@c, | | |
| | | Order nc~ . C 99, | | |
| 10 | 21 CQ57 | AT | CLUTCH COVER *ASS~'* | | *9 09 (10* |
| *103* | *230924')* | *1 T* | *D-RING 6()X2,5-P-1* | *0 -;6* | *1 1 1 s"* |
| 10 | 241782 | DE | MAGNET I C DRA l N PL UG r, 12 X 1 5 | -2b 85 | |
| 9 | 2-4 1 G56 | AI | CONTACT SC REW M i tj AS ~-'Y | | 93 |
| 10 | 24 5~62t) | DE | SNAPPING 62 | 7 2 1 | 72 . 05 |
| I () | 25036: | AT | D I CHTUN5 | 3 -4 ', =: 7 | 3 4 Fj . 7 (" |
| 5 | 2 5o 166 | | OIL FILTER EI,EMFI-J'T | t, 7 c:: 7 | 339.35 |
| 2-0 | 256113C.) | | OIL FILTEP ELEMEN-T | 67 R-7 | 16. 967 . 50 |
| 300 | 2591?05 | 1 T | FRICTION PLATE E.6 NM | 2 8 | 16.502.50 |
| 195 | 251~9 i | 1T | CLUTCH PLATE 1 2'5 tir-, | -)E" | 5,963.10 |
| 5 | 234---S3 | AT | FREE WHEEL GEAR 3? T. | | |
| 34 | 276295 | DE | VALVE FEELER GAUGE MM | 0.4 | 20 |
| | 295300 | i~T | GASKET SET | 72-K, . 95 | |
| W l t n l ri<br>'2´5 d:,vs<br>with0l.lt<br>aeouct.ic~n<br>froi--. date of<br>i r, vo 1 C e<br>SIMEONE<br>02473<br>l'Lkip-g.1.0 l<br>C-,"d oV-<br>TTvii-nV TAL | | | | | |

Erukinoson Y&4& Gmchtswwvkis wei SLz aes Be"m
Bar* fClr Qb&stdffre-ch tM Sai~ V%L% KID 283-0701 /DO, S*M 0ßKLAr2L BLZ 15Q0
Bar* Austnat AG. YAAs. Konto 820-131-905/00. BLZ 12800

Bo ZahAngwwnjg wwd~

-f        !"

co

Verzugszwmm P. & benwivret

:11M w"

## LSOMbardier-Rotax GmbH

A4623 GUNSKIRCKN    Tei0m: (0)7246/601 .0
ftsa Sftasse 32        Telefar (0)7246/63 70
Llmies~Ykis              FN 103133 t

## uu au

90 no PusumchrA: So"o~-PAUA Gff"4. Posthxh 5, A-4M Gw4 jurchon, A~"a

Messr5. Harley-D-;,vidson Inc. PO bo--: 65a MILWAU~'EE WI 5220!
fjs~-f

uu uu
PC Or

U6 ou
00 OR

. 1JO ou
130 "~

uv u03 an OR

## COMMERCIAL INVOICE

*N" oovsku~ yfto ~ -*

**VMS-4-viv-m.**
Pac" 00 no

        ?

The sol
o f b

    carto
Qross w
ne ~ we

Pvmwv cond~

Koro"-M. Cusm₇. no.
17566

            co"ercial lovoia 90006155

Jhrv LoisrW"n-f*
SWPAW no.            Date
                191~6.02.2-1

                            - ---F

UnWe A&ft-Aq& -W.                    url" zwt~   L.Wd~
Col*-~ or onxt m.                    (No no.   Dobvwy MW

|

I
                VT /i-"C    1    1998 . 09 . 3 1

Aul Grund ~ Lntw~ tore Vwk&ul WVungoo *a~ wir 9~ hlr Mrs PW&w~V vW Gotshr /On b~ cd our Dorv" " Saim Go"U" WO WA)ck

Airfreiaht

Ansoo-mipm re

C4'7e- 197

94 267 1

a Wooo P~
-nu -PoPAl

                   65 POT#~', i
                   41ght.: !l*

  iht.             g.:

 T T
I

~AT

c ~: e n

TOOL PAG 230X 166 876195- replaced b~- E37t,197 HEX. NUT ME,

Pac kaq i r.g

r'Cr, Guns;~irchen

CC-Unti-,             of oricin:
AT = AL%a t-r l a (Eii ) L)E ~ Gern)-Aro,, (EU~
IT =              iEU~

PM* TW *mW Ur* W im

A T S nwourico

  2, 514.-

    2 4 c4

8 1 2 1?-,-

ng -iT-.a te r l'a l ~ a r e r.c, t,                 r ee
I y
I               froe -frcfo live plant-pest.s.

14.54c,,

Vgs
~ Q.;

jE~ (l . C?C.

2 . e-ti

Vop~

W i t.n i r,                 '3~', cJz\,-- wit.h0L)t dP-Juclion f(Y,~ (jate -,"fjr}..CiCe

" Lkwn ovowd / C--Yo -W
Erfakoi gsw Mis, Goi chmmand Vkf3 o dw Snz aes 8o stelkws
Bw* fbr Obft631rrmich und Salzb~. VADis, KiD. 283-0701/DD, Sin OBKLAT2L. BL2 15130
Bank AUSWAG. WeK Konto 820-131-905/00.BLZ 12800
PSK Barb,,, Wom Kom9532LI2. MZ 60000
~~ tAusov) Bank AG, Wien kr- in 'Go-

B6 Zah1ursgsmrzug werden Eim~ und Boanvuvour- u;-

SIMEONE 02474
CONFIDENTIAL

*rAvWxamn 0. W berwArat

                 Hwley-Davklson Motor Company

## <u>7,</u>

<u>T-T</u>

        P. 0. BOX 493
           s Wl 53201

SUDIArT MV01M IN THIPUCKU 70 ADM ADDR ESS, ATTN: ACrTS. PATABU

**TAP06M OPEC" 2"00 W= AM%"** cwz -ftlocu"c **Amp"04** cocuolwn

ru                    C-0000001966  )PO REV: 000
         cxvr~                              -
"am -                              p~      cow"ba (PK)
      7/01 "*                      l or
         /9
sm.cmw~                          st)"cr lo -48-6=0.4~
                         4w.        H/D YORK

COWrPIPn 0 CD-OU-M
-ON s w a w 9 m col" M c m A              R1050

0 .                      W"98AA0kWM&.-.        Pw, C'" """"Cc-"

F
   ROTAX GMBH
To PO BOX 5, GUMS KIRCHEN
   AUSTRIA, A46Z3

L

      SW W  "WE AWRM UN LESS 9THEIRMSE &,MCA= 88MM

   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402
_J LMARKFORP_ 0. C-00r,0001966

| N30 DAYS | | me cow."um wd%w & olumt of ~m SHIP POINT OTHER CARRIERS £0~ 0. 04 sun mo"wx Pool" | | | |
|---|---|---|---|---|---|
| 10 | EA | DRAWING REV.  PN.~210-857 COVER CLUTH SSY DELIVERY REQUIRED AT DESTINATION 7/20/98 10 1211061 | | ?6. 1000 | $961.00 |
| R 50 | EA | PN:-230-840 DRAWING REV. 00 CASKET DELIVERY REQUIRED AT DESTINATION 7/20/98 50 1211061 | | $1-8200 | S91-00 |
| 3 5 | EA | PN:-232-690 DRAWING REV. 00 NEEDLE BEARING DELIVERY REQUIRED,AT DESTINATION 7/20/9B 5 1211061 | | t5 7400 | S28.70 |
| 10 | EA | PN- -236-020 DRAWING REV- 00 SPROCKET 14 T DELIVERY REQUIRED AT DESTINATION 7/20/98 10 1211061 | | %10. 3Z300 | S103.30 |
| 25 | E | PN: -250-381 DRAWINQ REV. GASKET DELIVERY REQUIRED AT DESTINATION 7/20/9G 25 1211OLI | | S-2.8000 | $70.00 |
| 230 | EA | PN:-260-210 DRAWINQ REV. oo RUBBER SLEEVE DELIVERY REQUIRED AT DESTINATION | | | |
| t C | | | | | |

1

I FOR H-D M0110S COMPANY

3 113 fPCA) ine

SL4"JER

SIMEONE 02475
CONFIDENTIAL

I

TMpte"Mm OqM *Mftdu"bkw APvEMc"*:L0(" 0KXA^l0 50wrwo* DOCLUD03
*PUFK21ASP OFOM* C-0000001966PO REV: 000

Harley-DalAdson Motor Company

P. 0. **Box** 493
MILWAUKEE4 WI 53201

SMMff W VDICES IN TR UIMATE TO A SM ADDRE SS, ATM: ACM. <u>PAYABLE</u>

|  | H/D YOPK |
|---|---|
| cn"wKX" Do co-etwom | cm am[ |
| owwl | R1050 |

SHIP 70 "CIVE ADDRESS UNUESS OMERMSE V‍DICATM B&O"

-7 7

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
_J LMARK *FOR P. D. C-0000001966*

p sm 9= M-C.-g
UX Poft""T NQ

w
<u>75</u>

me                                          cZww%–0vPMwA0ft OF

SHIP POINT                       **PL7** EITHER CARRIERS

.0'i-    III

1        5

2        5

3      7 **1**

**1**

; **1** 190

**I** /rl4 ' L

F_

ROTAX GMBH

-ro        PD 13OX 5. GUNS KIRCHEN
            AUSTRIAi A46Z3

L

lifts
N30 DAYS

10

EA

EA

EA

EA    ▌    PN:-276-720

.            XM'
              c-.

PN:-267-8-n7
INTAKE FLANGE

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
          7/20/98 /                        10    1211061

PN:-276-295
FEELER GVAGE

DRAWING REV. 00

DELIVERY REQUIRED            AT DESTINATION
          7/20/98                          lil    1211061

PIJ-.-276-350
SPANNER RING

I

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATIOW
          7/20/98                          5    1211061

PISTON RING SPANNER

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
          7/20/?8                          5    1211061

  EA      PN:-277-070
          WRENCH
            r

            P
            P

2

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
            7/1".0/98                          7    1211061

PN: -277-340 _//
PLUG REMOVER

DRAWING REV.

. ELIVERY REQUIRED AT DESTINATION

$7.7400

$ 6800

38.6000

'15. 7700

S6.8000

- - I                        I              I
. FOR ti-D MOTOJ9 COMPANY

                    l"frlKwv=

SUKUER

4

1177. 4C

$75-48

% 193. 00

s7B.S5

$47.60

SIMEONE 02476
CONFIDENTIAL

jL 01? 1998 14'42 FR HRRLEY DRU I DSW                                    717 652 6BO2 TO RCJTAX
                                        P.04/05

IW PUMMAK          C I#U PP-VC o W    DOC--0"
PU40"a Orm c-oooooolq&6 F0 REV: ODO
coc"b-n                                      pvA    Go-woo-owt CCW7PAO ND

7/01/99                                        3 co
PHc.07-
                        cov.        H/D YORK
                    son cood        iwl~=m
        pin Vq;cpw x KXG L          R1050

S#W TO (ABOVE ADDRESS UMLESSOTHOWASEWDICAOTED BELOM

q~-

        1      ey-Davicison MOIOT Company

        P. 0. BOX 493
        MILWAUKEEo WX 53201

SUaMrt WVD= IN 7RM=7t TO ABDn ADORM. AM: A= . PAYA811

f-

    *OTAX GMBH*

m    PC 13OX 5. GUNS KIRCHEN
    AUSTRIA, A41DZ3

Tr~

  20

  20 EA

181 F-A

    EA

'

    75

I

                     HARt-EY-DAVIDSON MOTOR COMPANY
                     1425 EDEN ROAD
                     YDRKP PA 17402
                -J LMARK FOR P. 0. C-OOIDOO01966

N30 DAYS jSHrP POINT Z~OTHER CARRIERS    **won cr m 3ftu 00 txw I**
              I                     wqsJ wom amm om c 3l"N

PN: -293-151 ~/
STARTER MOTOR ASSY

DRAWING REV.

DELIVERY REGUTRED AT DESTINATION
    7/20/99                  25    1211061

PP4:-295-300 Z
GASKET SET ENGINE HD

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
    7/20/98                  20    1211061

PN:-295~-301
QASKE7 SET CYLINDER HD

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
    7/210/98              20    1211061

F N: -876- 1 -71Z~qTOOL ROLL

DRAWING REV. 00

DELIVERY REQUIRED    AT DESTINATION
    7/20/?S             161    1211061

PN: -e76-230 '/
WRENCH 11 X 13

DRAWING REV. 00