DELIVERY REQUIRED AT DESTINATION
7/20/98                                    75      1211061

i

mz~oom vm                                                    FOR WD mOTDR GO&APANY

SUPPUER

I

s ~ 21. 5900

58,7000

!FZ3039. 75

S1174-010

19. S1300                s396.60

&3.4300

$1. 1000

-0-620.83

$82. 50

SIMEONE 02477
CONFIDENTIAL

r'w ".no~x M" M.OfAww wr"A cwiAU aft"camewe"" com"Mm

PuRck"a OF4" C-0000001?66                PO REV: 000
~wl                                        "'w      Cow".=
7/01/q8 4 OF x  H/D YORK
cEftTv"M CI  CD-MAMM                Op cam      wPftx"c3M
R1050

10

="p To (AbovE AvoREzs uNLE ss crniERmw wvc-CM BELOM

HarleV-Davidson Motor Company

rr

P              0. BOX 493
M'ILWAUKEE, WI 53201

SUM ff MVDICO IN TPJPUCJ(rE TO ADM AMF d=. ATT W. AM 73. PAYABLf

F
ROTAX CMBH
-to PD BOX 5, OUNS KIRCHEN
AUSTRIA, A46Z3
L

i

I

HARLEY-DAVIDSON MOTDR COMPANY
1425 EDEN ROAD
YORK, PA 174=
J LMARK FOR P. 0. C-0000001966

WU4*s COO" cr                    MR OCS"

lo UN
swa cr  *LS™ AWD

SHIP POINT                          OTHER CARRIER&UMMam4www=

P                    rLL7        1~        171

I

I

I

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERYo
ETC.) WITHOUT PRIOR AUTHORIZATION OF T14E HARLEY-DAvrDSON PURCHASING DEPARTMENT, YORK
DIVISION.

*BY ACCEPTING THIS* ORDER OR ANY PART TH
SELLER AGREES TO BE BOUND BY THE INSTR
TERMS AND CONDITIONS ON THE FACE OF T~-
AND ATTACHED HERETO FORM NO - Y6034 IF
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
**FORWARDED TO JAY DIMLER AT**
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN R13AD
   YORK, PA 17402
WHEN APPLICABLE

I

~lu

   COLLEEN SjqREVE YYpf        41

      A

:-:REOF,
.)CTIONS,
: _ ~ ORDER
:R).

'

TOTAL

_D ucrrofi COMPANY
C ObAoflN H SHREVE - YORK

         mar"colm uc~

SL*TUER

%725e. 21

** TOTAL PAGE.05 **

SIMEONE 02478
CONFIDENTIAL

T"5 P%0CMW OMMMMANBER WIJSI APPEAR OPJAU POWDUS AND *#PP A*. DOCLM6WS

### Harley-DaxAdson Motor Company

P. 0. BOX 4`~3
MILWAUKEE, WI 53201
JBM17 INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATT)I: ACCrS. PAYABLE

PURCHASEORDER C-0000001995 PO REV: 000
MWR EWE                                    PaE        WT CrPnIKAM No

6/20/9B            1 e.

I*B)w rI          SUOJECT TO
          E~ -                    H/D YORK
     cxw.~e (w co_-_I-xx
10                              Z=OWD . MR'      _R1 0 5-0
       SHIP TO IABOVE ADDRESS UNLESS CJTHERWISE INDICATED BELOM

F

 ROTAX GMBH
 PO BOX 5, GUNS KIRCHEN
L_~AUSTRIA, A46Z3

     HARLEY-DAVIDSON MOTOR COMPANY
     1425 EDEN ROAD
     YORK, PA 17402
_J LMARK FOR P. 0. C-0000001995

a

| .s | | I P∎5-∎ - mm SU"cT  M zu jc0~w'"#Gvv"mL0A`x"0f | | | |
|---|---|---|---|---|---|
| 0 DAYS<br>I<br>auk | | ERS  SHIP POINT L OTHER CARRI CD | | | |
| 10 | E.4 | PN:-21O-B57 DA AW I NO REV.<br>CLUTH COVER ASSY | | T-A- | |
| | | DELIVERY REQUIRED AT DESTINATION<br>9/11/9e 10 1211061 | | 95.7400 | $957.40 |
| 103 | EA | PN:-230-920 DRAWING REV. 00<br>O-RING M6000-250 N70 | | | |
| | | DELIVERY REQUIRED AT DESTINATION<br>9/04/98 103 1211061 | | $.8624 | $BB.B2 |
| 10 | EP | PN:-241-7B2 DRAWING REV.<br>OIL PLUG | | | |
| | | DELIVERY REQUIRED AT DESTINATION<br>9/11/98 10 1211061 | | $2.9500 | $29.50 |
| 9 | EA | PN:-241-850 DRAWING REV. 00<br>CONTACT SCREW M10 | | | |
| | | DELIVERY REQUIRED AT DESTINATION<br>9/11/99 9 1211062 | | $4.4600 | $40.14 |
| 10 | Etc | PN:-245-620 DRAWING REV. 00<br>SNAPRING 62 | | | |
| | | DELIVERY REQUIRED AT DESTINATION<br>9/11/98 10 1211061 | | 5764 | $5.76 |

| IC | EA | PN:-250-381 DRAWING REV, GASKET DELIVERY REQUIRED AT DESTINATION | | | | |

15cf-p-M

a / U/.)--

FOR H-D MOTOR COMPANY

SUPPUER

SIMEONE 02479
CONFIDENTIAL

Harle~,-Davidson Motor Company

P. O. BOX 493
MILWAUKEE, WI 53201

UBM17 INVOICES IN TRIPLICATE 70 ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

T$vs ᴍ ᴌ ᴅ ᴜ ᴍ opmek ᴍ ᴌ ɴ - wjm^p"#A on ~ wvolczs ᴀ ɴ ᴅ s"Ppeor ooct"wn

PUWMASEORDER C-0000001995 PO REV: 000

8/20/9E3          2 ᴊ

plvo~ ᴋ ᴇ ᴏ                    SU"Cr ᴛ ᴏ 1.5,Ecncm"    IOU

a -                      EI -    H/D YORK

CEAWICOE OF COU"LANCI            SIR COCE    SL04ER COOE
=SFEORWA▫ᴌᴳ a
P ᴏ ᴅ ᴜ ᴍ ᴏ ᴍ ᴍ ▫                    R 1050

SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDICATED BELOW)

ROTAX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD
YORK, PA 17402
ᴊLMARK FOR P. O. C-0000001995

| 30 DAYS | SHIP POINT | LL OTHER CARRIERS | I jc~ | | W▫ba - "Kyr amga ᴛ ᴏ 00 s CO ᴏ SΛⅭS ▫a USf, %" Fᴺᴇᴡ %▫ W'mw C:X | Ex |
|---|---|---|---|---|---|---|
| | W." 01, tl- | | | | | "jXrEN%3ED PRICE |
| 5 | 9/11 /?s 10 1211061 EA PN:-256-180 DRAWING REV. 00 OIL FILTER ELEMENT DELIVERY REQUIRED AT DESTINATION | | | | $2.7 900 | $27.90 |
| 2500 | 9/04/98 5 1211061 EA PN:-256-180 DRAWING REV. 00 OIL FILTER ELEMENT | | | | $5.4 300 | $27.15 |

| | | | | |
|---|---|---|---|---|
| | | DELIVERY REQUIRED AT DESTINATION 9/11/9B 2500 1211061 | $5.4 300 | s13575.00 |
| 300 | EA | PN.-2~9-905 DRAWING REV. FRICTION PLATE DELIVERY REQUIRED AT DESTINATION 9/11/99 300 1211061 | $4.4 200 | $1326.00 |
| 195 | EA | PN:--'59-913 DRAWING REV. CLUTCH PLATE 1.25MM DELIVERY REQUIRED AT DESTINATION 9/1119B 195 1211061 | $2.4 500 | $477.75 |
| 5 | EA | PN:-234-353 DRAWING REV. GEAR FREE WHEEL DELIVERY REQUIRED AT DESTINATION 9/11/98 5 1211061 | $27.7 200 | $139.60 |
| 34 | EP | PN:-276-295 DRAWING REV. 00 FEELER GUAGE DELIVERY REQUIRED AT DESTINATION | | |

FOR H-D MOTOR COMPANY

113 (PCA) im

SUPPUER

SIMEONE 02480
CONFIDENTIAL

### Harley-Davidson Motor Company

P. O. BOX 493
MILWAUKEE, WI 53201

:UBMI7 INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

T-GMAOMSE M)ER MAWR WJS1 AMlM (WALL W06USAW DWP-Aa DDUOICN73

PuRcHAsEowm C-0000002,793 PD REV: 000

B/20/98    3 cw

P~NomrypxwG MR SUBACT TOWSPECnCOd WY

Eg -    Ej -    H/D YORK
sup"Acxxx

8.1 ~ REMAND .  OW                          R 1050

    ROTAX GMBH
0 PC) BOX 5, GUNS KIRCHEN
    AUSTRIA. A46Z3

7

SHIP TO (ABOVE ADDRESS *UNLESS OTHERWISE* INDICATED *BELOW*)

                          HARLEY-DAVIDSON MOTOR COMPANY
                          1425 EDEN ROAD
                          YORK, PA 17402
                          J LMARK FOR P.D. C-0000001995

FM                                  VEM-& MMA CW                      VAA&f   FM WMAU -

=CT M                               V.Wr                              .wT

                                                      SWE OF ",      Q

              SHIP POINT                      LL OTHER CARRIERS
              t"reft.".0

                                                          $23. 0:3

1K‹1 PIPS&
        ~A:

$.6776

9/11/9e                    34    1211061

PN:-2?5-300
GASKET SET ENGINE HD

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
       9/11/98                2    1211061

PN:-876-195
TOOL ROLL

DRAWING REV. 00

DELIVERY REQUIRED    AT DESTINATION
       9/11/96                120    1211061

PN:-942-671 NUT HEX MS

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
       9/11/99                G17    1211061

FOR H-D MOTOR COMPANY

~58. 4800

$3.4200

$.2244

$116.96

$410.40

$19.52

13 (PCR) lft

SUPPUER

SIMEONE 02481
CONFIDENTIAL

A-4623 GUNSWICHEN    Telefon: (0)7246/601-0

Li                                  Walset Straw 32        Telefax: (0)7246/63 70

# IViam  LW&S*Cht ft FN 103133 t

Posunschryn: Borribmder-Rotax GrnbM. Posdav 5. A-4623 Gunskircen. Aumna

Inc.

PC)
.'l!LWAUKEE WI                    1
lis",

U Vu
91 SO

LI UU rl H 11

 U Ulu
p ~

                                        U WU
                                        :1 OV

## COMMERCIAL INVOICE

### P&Qe I

| * 20°ov unis Sowwr~oft b°a wAA~ / P~ sh° | | |
|---|---|---|
| Kurxmn~f k cm~ m. | Costercial Invoice ko | |
| 17566 | | |
| fte LwpWar4en't° <br> 9~P°h~ ~9. | bat[ <br> 195-6. 05. 211~ | |

| 11° B.°**°~ <br> °y° ardw m <br> C-1)00000!7Z'~ | | | 6901660sk~ <br> 0"W d~ <br> 11 C?93. 1.).3 <br> .Z~4.1 | I Un~ AUWWS-I°. <br> 1 ~ | Uraft 2m°. <br> cow mi. <br> VT/STM | Lmwoft~ <br> DW.-v ~ <br> 11 91:~&. 015. 2C |
|---|---|---|---|---|---|---|
| V0310ftw°. | AJA Gmnd unsem Lmkw- und Vorkautabomigung en sanown wit 1~ tar ʀ° P~hmng und Gafthr /On b~ of our Dmk~wy mjd Saks Conmtkore we ment ym: | | | | | |
| Pm*wV sho no. | z, I i- f e i a h т t ʟ-H A R L E Y - D A V I D S 0 C,)- C L~ <br> m ~ ri y 435 Eoer,R.C. ec <br> Y L) r ~. P.1 '74,2 , US | | | | | |
| 6C7(Kj6676 | | | | | | |
| ku"Woty. <br> (Eqi') | AA°A~PW no. <br> 272IS1-I | 1. <br> AT | D~.dv-VID~p~ <br> EXHAUST PLANGE | | P-WEW-VUrn <br> 4 9 F36 | Iw~W <br> E; :~64 <br> C' |

| | | | Packaging FCA I i- c r)L-F, COUn Ti- y c. f tDr I o I n AT = AL'.=- tr I ~; ( EU ) tei- i E, I s z L, tz. rF-- f j- E- -lF i- cl fT e p C- F, 6.3G YOF-1: 1, Ci cl | | -;E;~4 12y |
|---|---|---|---|---|---|
| TnF2: E~c, 1 c-~ bar ~. I 1- 1: Lr 5 | cj wc~,-:c p~ and oppai R;5TA;, we IQ MI t | c E-ri 1 0 | | | |
| prm.m owurm: 2" '1 d V v-1 I t. h C, L, I d C G I-, t 1 0 f I r, I/ L C E- SIMEONE 02482 lr A 7 | | | | | |

l' U,3p-V'*' f countrycK orgm
ErtUkHxjsW V*4r. Gonchtsstand WWs oder Satz clas BesW~em
Bank fur Obw6sWrroch urld Satzburq. ftis. MI 2a3-070100. Swift 0BKLAT2L BLZ 15130
Bank Austria AG, WeK KontD 820- t3l-905100. BLZ 12800
PSK Bank. Wien, Konto 9532/012. BLZ 60000
Societe C*nefai- (Austna) Bw* AG. WerL Kmb 10,139972.000, BL7 TBI 50
DVR:0381080

Bet Zarmoungsverng weruen        Verzugszmisan P. a barechret
E -mfoungen und BeartsLmduiven k6rwwn nut mnmtrrb 8 Tagen nach Ertiall W, Rechmov bz., Cs" Wam perrowl wcOen.
Dv Lefvvrwj&nbk~t>en W rjrn v6bgen Degk~,h der F4&dwwjng urm, EVernturri

I ,        ',

CO FI EINA -

pq T ɼo Elambardier-Rotax GmbH
a t=%'
T71 I if.hi                    A-4623 QNWPD49J            Tekfon: (0)7246/601-0
a N=W -d                    Teldux S (0) 7246/63 70
bfLAM                    Lamlesg~ht Wtt      FN 103133 1

UG go    postv*awffl:80n*wdw-4kftX Grnb*. PoSdaCh 5. A-4623 Gurakwunen, Ausm
pa It

Messrs.
Har I ey-D&,.-i dson I ric .
PO box 65~
MILWAUKEE WI                5Z~20 i
USA

uji uO JLIj 111

~Lk.Y-E-.
All On

11 u uV 12

                                            uu Qu
                                            Utz ON

COMMERCIAL INVOICE

Page !

am Z&VwV u nd S&Mt~ taft 0*      n~ W-ft
Kunow~M.
CAn@D~ MI~                Cooserrial Invoice No
17566                    W0001 79
W" uotwft~w
SLvpbw no,                    Date

| Y" -w u. | | | 8&0-kw~- Cwdw (we | | I | | 00ywyam |
|---|---|---|---|---|---|---|---|---|

| c-0000001784 | | | 1 )1.19 1 1998. | 1905 | 'T /STM | 22* |
|---|---|---|---|---|---|---|
| V  80000471 | Aaf G,.d . L*W. wd *VW. bbW kom. .,&w* -r M. No hm Awlrk~v tw4 G*Wt /On b~ of ~rD.~ wn conalswo - own you: UPS F~.,~prc-ss to Harle%, Davidson.. Attr). Efill WE-rrser. 3700 WE:s.t JuneaLl Av&nL1&. M11WEiLikO E. Wisconsin UEA | | | | | |
| kw.wovy- | ArM.0-W Alm | 1. | | | | ATS &*Nnmo |
| 1(..) | 25(13al | AT | DICHTUNC, 34.67 | | | 4 0 |
| | | | | | | .-.3r4e- 7*) S 3 6 |
| Thc- Solid | wood pi | c 1, j | FCA Gunskirchen CLI Lin tr y o f o r i ri n AT = Ao st.ria (EU) nQ-r.,a tm ~.- r i z.) a, are tot-Al 1 T-Y&e | | | |
| of b.irk | and app a) | er) i | l y -r-r ee -t r oir, 1 1 \, t- p 1 an t~- pe s t. | | | |
| 1 c,7rt.or | | | MILWAUKE E | | | |
| 91-LIES | | | | | | |
| ric-t | wEign t: | | 9 | | | |

Pry-wo

    I rl           cjteinuction frc.r.. not.E? co:

I' U1W .V.W d I C.~y & -9
Erfulkingsod Web Gerchmstand Viet od" Saz des Besteoem
Bar* Nr 0be,6ssfn%h * SaUburo. V%W& Mo. 283-0701100. Swil OOKLAT2L W 15130
    AG. WW s, <u>Kwt.</u> 829-131-905/00. B1 2 12800

Bew Zahlungsverig weroen

I     ".

SIMEONE 02483

CONFIDENTIAL

vonugsewam gX 2.benx*ww

*pu*

*'F_'=M~Eg* C-0000001784
**1/19/99**

         <u>0</u>
       7=

    PO REV
     I 'o
    H/D YORK
     R1050

**SHIP TO (AB(NE ADDRESS UNI**        **OMERMSE INDICATED BUC"**

    HarleyDavidson. inc.

    P. 0. BOX 493

MILWAUKEE, WI 53201

SUB= INWICES IN TRIPUCA7E 70  **ABOVE AW BESS,** NUN: ACCT& **PAYABLE**

ROTAX GMBH
71D *PO BOX 5, GUNS KIRCHEN*
*AUSTRIA, A46Z3*

Rw

*430 DAYS*

EIW CAAANTM,

L"T

/

**I**

I

I

F

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
_J LMARK FOR P.O. C-00000017B4

sun cp m

SHIP POINT                              PS RED c:l

"        R p

D:

P_

PN: -25073ES31            D
GASKET

DELIVEW

DRAWING REV.

PLEASE SHIP BY EXPRESS DHL UPS
TO:
HARLEY DAVIDSON
ATTN: BILL WERNER
3700 WEST JUNEAU AVENUE
MILWAUKEE, WISCONSIN 53208 USA

THESE NEED TO BE CHARGED AT THE FULL PRICE THEY ARE NOT FOR SPARE PARTS.

DELIVERY REQUIRED AT DESTINATION
1/23/98                  10   515e520

W_ -a

**t**

FOA K-0 INCORPORA

**l**
E D

VENDOR

T-4.7600        $47.60

ı e

SIMEONE 02484
CONFIDENTIAL

Harley-Daviclson. Inc.

P. O. BOX 493
*MILWAUKEE, WI 53201*
,JUBM[T INVOICES IN TRWLICATE TO AD M AD DRE SS, ATTN : ACC M PA YABI.E

**ROTAX GMBH**
TO PO BOX 5, GUNS KIRCHEN
AUSTRIA, A4 6Z3

L

7 F

*Pumo"sEoFtomC-0000001784    PO REV: 000*
**000FAbat**
  *1/19/9e*
        "fl.
      ly                  E)    H/D YORK
  **CO C0.0-L"-a**              Sao cme    eoco cam
                          R1050
SMP TD (ABOVE *ADDAESS* UNLESS CⲘHEAWⲘE INDICATED BELOW)

  HARLEY-ᴅAVIDSON MOTOR COMPANY
  1425 EDEN ROAD
  YORK, PA 17402
 J LMARKFORP.O. C-0000001764

| rR.s 430 DAYS _DA UNIT | ma mes~u ---m lo ı ⲘⲘ nat 0.. tmv~ SHIP POIN RED 1 1115. D E r MFPf%F'r:'xX'M4 *PFOCE 1* | | | |
|---|---|---|---|---|
| | NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC.) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION, BY ACCEPTING THIS ORDER OR ANY PART **SELLER AGREES TO BE BOUND BY THE**<br><br>TERMS AND CONDITIONS ON THE *FACE OF* THE AND ATTACHED HERETO FORM NO - Y6034 NOTE: MATERIAL SAFETY DATA SHEET(S) MUST BE **FORWARDED TO JAY DIMLER AT** HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD YORK, PA 1740", WHEN APPLICABLE | THEREOF, INSTRJCTI ONS, ORDER (P:R). | | |
| | | | TOTAL | $47.60 |

COLLEEN SHREVE r YOR        41

    FDA        MOCORPORATM
COLLEEN SHREVE - YORK

                **9KW-WU 's**

VFNDOR

*** TOTAL PAGE.02 ***

siMEONE 02485
CONFIDENTIAL

**w:w**

<u>Pigh</u>

 F-ϒ#7Zf#,,W!

ElZ!p1jod

wkiLa

## Bombardier-Rotax GmbH

AA623 GUNSMDEN
VA4wS#asse32
Lyld~ MIS

Velon. (0)7246/601-0 TeL-W: (0)7246/63 70 **FN 103133 t**

)v RE;                                                              7
iR **SO**          Posmnst*: Borrbm mbw.R otzK G nZH. P outich S . A-462 3 Gure tkialwn. A usim

PIC- **s s r G** .

HAI- j **ey-vav x a sort**          **Inc.**
f'U D 0 x **6**
MILWALIK.Lt P4J          e l- 11
ut:~

-9 Re ~p me

u    Ulu
   of

#j     uy

u UU 9 Go

**uUMMEFcCIAL iNVOICE**

<u>raof l</u>

 No ZW*NV UMV 50WOMMOV b" W"~ I Plooodi₁₈₁₁₁₁₁

   L.0olow".44"
suppbw no

LOsaercill Invoice ft 1?00004Y~

Date

| ill. vow wo ol M -1b | | | | aftmd`**~ Drool am* | Llmikrm AL*no.- co"Ammatin of C ],~99 | - r-1 | L.O."Jokm DOwy 001111 |
|---|---|---|---|---|---|---|---|
| | | | | **l yyb. L) l .** | | | **1 ?98 . 0--.** |
| PwAxv too no, | *Alii* G-W . LwW. WO V...ftowo.V .Vrw sondoor, ~ 1-. hw OÁm PAcru"unit Cwdohr /On blaoi of our Dod rivily wid Soots Condidors " %*N Yw: iA l l- T r e l a t-. | | | | | | |
| lwl-pwcoy | | | | | | | H I |
| 5, | 210857 | AT | SLIDD l y no ij-n-wi--bot., u~AsrET 22 CLUTCH COVER ASEY -.1 . 1.96 - ~i; 0 b*y-216*957 | | | | 0 . 771 . 20 |
| | (24 IS5") | A T | CONTACT | | | | |

| | | | | |
|---|---|---|---|---|
| | | | SCREW 1410 'SSY., Z:~t - | |
| | 245394 .) | AT | TAP WASHER NA-24 t 9.4i l | |
| 60V | 8 56, 16 0 | | OIL FILTER ELEMENT 67. e7 | 40, 72d. 6XI |
| 3 ~j | 25 ~-' 13 1) | AT | 141 -1. RETAINING PLATE D | 00 - 6~ |
| 20 | 259185 | AT | RELEASE CAN. SCI DEGREE 1 - )6. S2 | 2. 1 Lit, -~-40 |
| 4 56 | 25(~-C~051 | IT | FPTCTON PLATE 2.6 MN 55.28 | 25, 20f. 4o |
| e4 75 | 259913 | 1 T | .f). CLUTCH PLATE 1,25 MM 1. ~- | i 4 , z:.(-) |
| i | rf.l-bL41(f | AT | INSER TION J IG C~' 7 t:~ | 95 ..!1.) |
| 1 | 2,,7L~-:-5(J | AT | PISTON RIr,JC7 SPANNER 139 | c4 Lit.) .- |
| 4 | e ! / b 0*,' | AT | t1(1 -(,~ PULLER ASSY. MS5Xl.~j 1 ~-, 3 4 ~~ | C . 3 13. GO |
| 1716 | E 7 7 64 7 | IT | SCREW DR IVER ASSY. . ~.9.36 replacea t), 2 7 7 e ? | 2' 4 Q ~5 0 |
| E:66 | 2 G; 15 | IT | TIMING BELT 7.525~ l' 7x8o 17 1 | 64zj ..-Li- |
| q~ | 293'151 | JF* | ELECTRIC STARTER ASSY.1 '5 14 1 S | 12, 11 3.2t) |
| 7 | 21?343%~j | f~-i T | F'R 1 MARY DRI VE ASS~y . . 1 .259 | Ls 16 50 |
| | -IIA-42;') | 17 | D-RING 9.3X2.4 P- 5 ED | dt.: |
| 21'wl | 4 3t) 1 1 Ci | AT | O-RING 10 x2.7 6.2.2 | 1 , j. t.m., |
| 64 | | AT | FORI'. WRENCH 11X13 Nt-. I'D. 7f,l | 876.46 |
| i a5) | 276065 | | FORK WRENCH luX12? M11 1 | n~sLq- 57 |
| .4 | e., /uo*7 | H1 | PULLER, ASSY. M35~ff, SLIPP no | 3, . E3 |
| | l | I T | TIMING BELT 9,5E~5Y]':~XP- ' 7 i | 5.634.40 |

Z'twv- Pzy~ wnda- Wi th in 257 d a 5 fJ l t. r C- L1 t. 0 Er d Lf C: t 10 n f )- om d 6 t e L, iivo i r7c, SIMEONE 0248 lf A

I* Liyp'ivtotow /CourAry CO or-p~
Er1UW Vso(1 ftts. Cw naht:v=nd VMS actor 5 tt des SaW dLers
Bank tOr Obcbstweh und SaftbuS Wei& MD. 283-0701/00, Swift06KLAT2L. BLZ 15130
Bank Amtria AG.                     Kordo 82G- 131-906/DO, BLZ 12800
        'T, KD-to9532.0 17. - BLZ60000

CONFIDENT L

Ek-~i 22hbrøswrtug *roen          Vorr-oss wilim ti~ a. b aradvo l.
Eirwen6ffiDen flld BeaftstanOytgen k- rw *løwt, 81awnexitl Erhdt

## Bombardier-Rotax GmbH

A4623 GUNSKIRCWN   Weton: (0)72 461601-0
Wftff Sftam 32      Teletax: (0)7246163 70
L.I~t WW                      FN 1MI33 t

uu 0:      PDUW MChnti: B0n ft#d0W 440= Gn lbH. PasftC 5, A-46M G urzkwchen . Au*u
11 1)

Messrs.
H&rley-Davldson *Inc.*
F*O bc-,,: 653
MILWAUrEE WI 5321.~I
USA

uu ou
nn̲an

Uv uu
no 00

uu ViR.
02 n,

JU ou if. as

COMMERCIAL INVO ICt-

Page F.

a& Z~v w4 SO.6.0,Wv b" W"ft~ l pw~ M'

KUWW~M.
Cusk"w no

Suppbw no

CP"eTEIAI InVOICENO 90o0%.v-+v -'-,

1998. (--)E-*.!.-.:i

| W" B."Dw.""M Y~ mw W. G-l*//6 | | | | 6*ezam- oroof Mw | - &"*1* LVWW L Corftmwm of ~ ml, DX mt. 00 yWN | |
|---|---|---|---|---|---|---|
| | | | | 1 _)l . ,, 15L98. | lx    1-799 VT | |
| | | | | 1- | /STM 1998. (*:. 03 | |
| Vwwxlbf~ft- | Aul C~%" ~ Ljetw- und V-k-tbd-VLqW~ n W- 0.1 tf P-h 9 ud G. W. /On b- .1 0." Sh.0 condaso* ~ ~I yw: | | | | | |
| Pbœv Wv | r f v e i qn, r. | | | | | |
| % ) | Anpw~44JPm w. | 1. | | | | TTT B."Offow |
| | | | Pa r k. aj a n o | | | 4 d |
| | | | r-0Ltn trof or i Li n AT = Awct-r)a (FLJ) 1T = Itaļy (EU~ JF" = Jaoc-n iLI-m~terials cj-c I. t;-i l l 1 v free f r C,(f, 1 ) ve p 1 an t-p- ~~ | | | L"A 1.1c.,u |
| The scl:d of bEw ~~ Ek cct.- tor proEs net wE | wood and app ,:,) i-.:ROTA) ~ieiciht: icht | p4cki erl C'20 J9(.,) | E(*WI(0b6e..;1- 2; YOR i, 60 J:Q 0*, ~-Q | | | |

■    pvr'w* wn=%i

t 'ii r, 3'-5 Uo\,~, L~l
ffl0Llt dPCll(r/tior,
frc~-, dEtE of
invO1CF~-

r L'0Rwv%l3w l coway co mv.Ertalkmg3od VA-ß G&X-hmst2nd Wets odff SiU ck-s Beslpkm Bank ~~ CkAw6sa Zech und S.Vzbtrg. Vk4s, Klo. 283 -0701 / 00,Swih 0SKLAT2L BLZ 15 130 t
Bank Ausm AG. Weis. KnnbD 820-131-905/00. BLZ 12800
PSK PxA  W- K-,n P S32 n 0 F U 7 Anrm

Bei Zahk.I§vWZM .0fdon
EwmAmdurpen urd Beanstanoungen  konnen rox innerhab B Town rach EMM

r.,      -/,

SiNtEONE 02487
CONFIDENTIAL

Veraosmun tx a. bftvdwxt

'-~o              rm rwvu-Z-i L~juzw-wv

ILI 0-a Ocx~- -

Harley-Davidson. Inc.

0. BOX 493
MILWAUKEE, WI 53201

BMIT INVOICES IN TRIPUCATE TO <u>ABOVE AD DRESS,</u> ATTN! ACC TS. <u>PAYABLE</u>

r~w "i-cp4t ohmm ~^'mm "Lm wpf-q';' ~-DKT~s AND.0-C amxftK~

PURCKAS4! MWER C-0000001776 PO REV: 000

COW" COE

Go-                          H/D YDRK

cy'o ~~                      l'

munAccE OF COW LMM                go- 00m
"a 3pfCwCxmf 4.                    R1050

SMP TO (ABOVE ADDRESS UNLESS OT'HERWIM INDICATED SELOM

L

ROTAX GMBH
*PO BOX 5, GUNS KIRCHEN*
*AUSTRIA. A46Z3*

ı ARLEY-DAVIDSDN MOTOR COMPANY
1425 EDEN ROAD
YORKo PA 17402
LKARK FOR P-0.C-0000002776

| DAYS | | me sHrp POINT OTHER *CARRIERS* | | | C:j | 3-M -CF | | ux |
|---|---|---|---|---|---|---|---|---|
| | EMT. | D ':j, W − n: | | | | | | |
| 44 | A | PN: -230-840 DRAWING REV~00 GASKET 5TO17012 DELIVERY REGUrRED AT DESTINATION 1/30/98 44 1211061 | | | $1.710 0 | | $75.24 | |
| 600 | LdA | PN: -230-c?20 DRAWING REV. 00 O-RINC M6000-256 N70 ST015840 5TO17191 DELIVERY REQUIRED AT DE5TrNATIGN 1/30/90 600 1211061 | | | S.8200 | | $492.00 | |
| 10 | EA | PN:-210-_4-9'6 8-:T-7 (- - DRAWING *REV.* CLUTCH COVER ASSY 3T016227 DELIVERY REQUIRED AT DESTINATION 1/30/ge 10 1211061 | | | 90.950 0 | | $909.50 | |
| 10 | | P PN: -241-850 DRAWING REV. 00 C CONTACT SCREW M10 ZIT016252 DELIVERY REQUIRED AT DESTINATION 1/30/98 10 1211061 | | | $4.240 0 | | - $42.40 | |
| '00 | | P" PN: -243-390 DRAWING REV. 00 TTAB WASHER | | | | | | |

FOR

KZ INCORPORATED

WAHM-CMD dbo"Vm

VENDOR

SIMEONE 02488
CONFIDENTIAL

Harley-Davidson. Inc.

P. 0. BOX 493
HILWAUKEEj WI 53201

SUBMIT INVOICES N TRIPLICATE TO ABOVEADDRESS, ATTH. ACCTS. PAYABLE

      r"r,p%p%cp"=owmm-*" ww" ~        v."rmc
PURCHASE ORDER C-0000001776 PD REV: 000
onccp **DeE**          **GOWCk-on** coqrk&a ᵇᵘ
   1/16/98                    2

## 1 ᴼꜰ

*oftoftTv Pnc*              %,"= m wlsKcrvo. my     a

## Fn -               1:1   *H/D YORK*

.10-0014 **coac RiO5O**

# ME            *peouom*    -.54 CO"

 r-RDTAX GMBH
To PO BOX 5, GUNS KIRCHEN
   AUSTRIA. A46Z3

--I

SMP TO (ABCPVE ADDRESS UNLESS CFMERWISE wDicKrED sEu)m

     ARLEY-DAVIDSON MOTOR COMPANY
 1425 EDEN R13AD
 YORK, PA 17402
LMARK FOR P-0. C-0000001776

7

| R-S 30 DAYS | me SHIP POINT | 1~ tLL OTHER CARRIERS | 00-0-WG-£/~ coo"g 11" | T-b· Am~u F° gum.*o × OF ft S."ANO C3 ur Kfff.0 woo L8 | ux |
|---|---|---|---|---|---|
|  | to |  |  |  |  |
| 100 | EA | PN:-256-160 DRAWING REV. 00 OIL SIEVE ST01513140 DELIVERY | S.7100 t71.00 |  |  |

5TO151340
DELIVERY
REQUIRED AT
DESTINATION
1/30/98 100
1211061

|      |     |                                                                                                           |                          |
|------|-----|-----------------------------------------------------------------------------------------------------------|--------------------------|
|      |     | REQUIRED AT DESTINATION 1/30/98 100 1211061                                                                | t1.4400 $144.00          |
| 1600 | EA  | PN. -2:56-180 DRAWING REV. 00 OIL FILTER ELEMENT 5TO15840 ST016309 DELIVERY REQUIRED AT DESTINATION 1/30/98 1600 1211061 | S5.1600 $8256.00 |
| 35   | )E% | PN: -23'7- 130 DRAWING REV. RETAINING PLATE ASSY 5TO16229 DELIVERY REQUIRED AT DESTINATION 1/30/98 35 1211061 | ~10. BeDo s390.90 |
| 20   |     | PN:-259-165 / DRAWING REV. REIEASE CAM 30DEGREE DELIVERY REQUIRED AT DESTINATION FOR                       | H4> KNOORPOPLATE D        |

"t"0pm-Z

VENDOR

**SIMEONE 02489**
**CONFIDENTIAL**

P. 0. BOX 473
MILWAUKEE, Wr 53201

Harley-Davidson. Inc.

ING Pup0"=0empm LSm0~ mjv~oor" ~ m mirl                    V=oh ~ wig
PUFK'J~ OFUXR C-0000001776                                 PE) REV: 000
O'K' 0~e                                                   ~e~11 1 0
I/16/ge 173                                     10         W.
                                                          /D YORK

UBMIT INVOICES IN TRFUCXrE M ABOVE ADDRESS. ATTN; ACCTS, PAYABLE         _pza~w =
                                        R 1050

smIP To(ABOVE "WnEW UNLESS GrTHERmSE INDCATED BELOM

r RTAX GMBH                          --l r_MARtEY-DAVIDSON MOTOR COMPANY
  PO BOX 5, GUNS KIRCHEN                 1425 EDEN ROAD
  AUSTRIA, A46Z3                         YORK, PA 17402
L                                        I L1MARKFOR P. 0. C-0000001776

t

- I

| 0 DAYS k.<br>QUANTrr<br>yj~ PNT'-- | c' 000 MES-f SHIP POINT tLL OTHER CARRrERE; c | | |
|---|---|---|---|
| 456 | PN: -259-90 DRAW, NG REV.<br>FRICTION PLATE<br>5TO17144<br>DELIVERY REQUIRED AT DESTINATION<br>1/30/98 456 1211061 | | $4,2000 | $1925.20 |
| *47.5*  E~ | *PN:-259-913 DRAwrNG* REV.<br>CLUTCH PLATE 1.25MM<br>5TO17144<br>DELIVERY REOVIREM AT DESTINATION<br>1/30/98 475 1211061 | | *2.3200 | $1102.00 |
| 34   )E<br>A | PN-264-737 DRAWING REV. 00<br>ramrTION COIL ASSY<br>5TO17144<br>DELIVERY *REQUIRED* AT DE5TINATION<br>1130/?a 34 1211061 | 140~2200 | | $1367.48 |
| I   F | PN:-276-33 DRAWING REV. 00<br>OIL SEAL INSERT JIG<br>3TO15338<br>DELIVERY REQUIRED AT DESTINATION<br>1/30/98 1 1211061 | | $7.2700 | $7.27 |
| 1   E | /PN: -276-3nO DRAWING REV. 00 ,~ISPANNER<br>RING | | |

-I

FOR H-0 JNCOAF~ORATED

VENDOR

SIMEONE 02490
CONFIDENTIAL

*PURCHASE OADER* C-0000001776          PO REV:000

Harley-Davidson. Inc.          1/16/98          4

~~ o't<br>oa-0ow- -lawo

v.<br>.zsu"Crlo.-9f=vww

P. 0. BOX 493<br>MILWAUKEE, WI53201

am_TH/D YORK

co-r-c'" cr cvbo%^.=<br>am ʰᵃᵖᶜˢ⁻ᵃᵏʳ -

ᵃᴿᴿ ᶜˢ<br>R 1050

SUOMrT 9fVOICES IN TSU'lr-ATE M ABOVE ADDRESS, ATTN: A= PAYABLE

*SHIP70 4ABOVE* ADDRESS UNLESS 07rfERWISE INNCATEll SELOM

ROTAX GMBH<br>ro          PO BOX 5, GUNS KIRCHEN<br>AUSTRIA, A46Z3<br>L          SH          OTHER CARRIERS

HARLEY-DAVIDSON MOTOR COMPANY<br>          1425 EDEN ROAD<br>YORK, PA 17402<br>I LMARK FOR P. 0. C-0000,00177b

ˢᴬᴾᵛˢᴿ ᴺˢˢ⁻ r.31<br>IP POINT

30 DAYS

im<br>          DELIVERY REQUIRED AT DESTINATION<br>                    1/30/ge          1 1211061          135.2600<br>          $35.26<br>               4          PN: -277-BO7 '// DRAWING REV. 00<br>               FLYWHEEL PULLER<br>               5TO37192

```
         DELIVERY REQUIRED AT DESTINATICIN
              1/30/98            4 1211061                          21, 6200
$46-413
176              PN: -277DRAWINGqREV, 00
SCREWDRrVER GRIP
~5TOI7191
         DELIVERY REQUIRED AT DESTINATION
              1130/98          176 1211061                          S.7500
'1132. 00
266                                  5
    "~?A               PN:'~!80_01 DRAWING REV.
         T          NG BELT
              C,._g            4
         fTo-13840
         5TO17191

         DELIVERY REQUIRED AT DESTINATroN
                        266                        1211061      $13-0300
                   $3465.913

     SIE                   PN:-Z _IDI      DRAWING REV
         STARTER MOTOR ASSY
         DT016B57
                                           FORINRMRPORATED
```

V1 jrPM 4142                              ~=7NDOR

SIMEONE 02491
CONFIDENTIAL

Harley-Davidson. Inc

P. 0. BOX 493
MILWAUKEE, WI 53201

;UBMIT INVOiCES IN TRn;CM M ABME AWAM AM: ACCM. PAYABI E

F-~
  ROTAX GMBH
  PO 13OX 5. GUNS KIRCHEN
  AUSTRIA, A46Z3
  L

30 DAYS                        SHIP POWER CARRIERS          CD    w romwm wom"

;m CUA NT" ["l

         E

     EA i PN: -29b-301
     'ZiGASKET SET CYLINDER HD

         5TO163B7

         IDELIVERY REQUIRED AT DESTINATIDN
              1/30/98          20    1211061

         PN: --430-020
         O-R I NG 9. 3-2. 4 NUM 70

PURCHAM ORDER C-ODODOO1776          PO    REV: 000
o!e" aft"l                               =.a

1/16)'98 1-5  s.
         io..mpwan~w          H/D YORK

     "Inc.          0ow

ct",                          of **cv-o%wam**        **czat**
~ **ma vnooKxrC'a** ʌ

*SHIP TO (ABOVE ADDAESS UNLESS OTHERMSE IND&CXMD BELOM*

lwem"Cmt R 1050

    HARLEY-DAVIDSON MOTOR COMPANY
    1425 EDEN ROAD
    YORK, PA 17402
LIMARK FOR P.O.C-00000,01776

        7

1       10

                                                    i
                                                    I

    *3      EA*

        *5TO15606*

*200*

        *~3TOln840*

I
  DELIVERY REGUIRED AT DESTINATION
        1/30/99                              8     1211061

PN:-293-490 X
PRIMARY DRIVE ASSY

5TO16056

DRAWING REV. 00

!

I I

DELivERY REGvrRF-D AT DESTINATION
        1/30/99                              7     1211061

DRAWING REV.

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
      1130/98                  35     1211061

PN:-430-110
D-RING 10-2.7 NUM70

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
      1/30/98                200     1211061

117
F-lkk~

$1

I

I

i

I

      I

t
I
I
I

I.;      p

15-1200

95.7400

1B. 7300

EXTENDED Wlict

$920-96

$670.18

$187.30

I

I
I

$.6500        $22.75

S.4600        $92.00

W A MAKX OMI~LIIP! -

  -    A
( /-./J-

   I I              I
          I
R-A H-D INCORPOPATED

VENDOR

Slj"%lEONE 02492
CONFIDENTIAL

Harley-Davidson. Inc-

P. 0. BOX 493
MILWAUKEE, WI 53201

LIBMIT INVOICES IN 7RIPLICATE TO ABOVE ADDRESS, ATTH. A S. PAYABU

RFOTAX CMBH
PO BOX 5. P-UNS KIRCHEN
AUSTRIA, A46Z3

PN: -1376-230 -l-/ WRENCH 11 X 13

0 DAYS
ᴀ° oumrm-y  t;~-
        164 EA

    /t0          3TO15203

     IB5

        4 E4,



~.j -lovol" ᴼᴿᴰ' I.Amowr.ᴿ°ᵍᴬᴿ ᴅ. ~. -ᴵᴅ·"            llocv.c.?s
PURCHASE OFUMP C-0000001776                          PC REV:
000

ᶜᴼᴺ" om                                     ft"        m±<-ᴬᵂᵀ

    1/16/9e              6  ᶜꜰ

-ᴅ·ᵘ"ᵂᑫ~.                                          a ᵂᴬᴸᶜ=ᵂ on"cno. wr
            w

         [n -                                     EI

    WD YORK
    co-~                                         wco. cow
  ᴹᴬ A-oow~ a                                     R1050

SHIP TO JAHOVE ADORE·6S UNLESS M·NOWASE INDWED BEI-OW)

F-HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK. PA 17402

j LMARK FOR P.D. C-MOW01776

        Ax              .~°"°-0'00'ᴼF                  KM MS.U. NM PAU= 10
SHIP POINT              ja7DTfiER CARRIER,            sun tw m w4m ᴬˡᵒ

    ᴅ-ᴇ s m: 110

DRAWINQ REV. 00

DELIVERY REQUIRED      AT DESTINATION
    1/30/99                  164    1211061

PN:-276-065
WRE14CH 10 X 1~

5TO170112

DRAWING REV. 00

*DO IVERY REQUIRED*          AT DESTINATION
         1/30/98                              165    1212061

PN: -277-807 --1' FLYWHEEL *PULLER*

'
  ''
I

          m

i

I

I

I

I     I

5TO15308

DRAWING REV 00

DELIVERY REQUIRED AT DESTINATION
         1/30/9's                              4    1211061

I I r- A, n I0

I
I

i

i
I

          111.6200

FOR H-0 INCORPOPArED

S1.0400                    1    S170.56

                                        i
                                        i
I
I
I

$1.0400                    1    s192.40

S4.6.48

i

I

I

SIMEONE 02493
CONFIDENTIAL

I

Harley-Davidson. Inr

F        **x xx K\*Nakx)wkxm mu'4z"mr**

P. 0. BOX 473
MILWAUKEE, W 1 53201

SUBW INYMCES IN TT0PLQWE <u>TO ABOVE ADDRESS~</u> ITM: ACCTS <u>PAYABLE</u>

*PURCHASE OPU"*        C-0000001776        PO REV: ODO
'O'com                                Dow"5"Wo *Comma* ~
1n/6/96                                7

**1**

M % M ry P AM 0        ..........su&W. ?D .0-fac        H/D YORK

CxRrV IClaI C' CO-O U.-M        R1050

EI        ou~'.    I

RDTAX GMBH
PD BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

L

7

SHIP TO (ABOVE ADDRESS UNLESS PTHERMSER04CATED BELOW)

ARLEY-DAVIDSON MOTOR COMPANY *1425 EDEN*
ROAD
*YORK, PA 17402*
j LMARK FOR P. 0. C-0000001776

30 DAYS 1,60'HIP POINT LL OTHER CARRIERS

*MCE*

W OU ANT        fl~

'N                ]ED

NOTE: THIS PURCHASE ORDER MAY NOT BE
ALTERED IN ANY MANNER (TOTAL COST,
DELIVERY. ETC. ) WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVIDSON
*PURCHASING* DEPARTMENT. YORK DIVISION.

I

I

I

~HREVE YOR        41

BY ACCEPTING THIS ORDER OR ANY PART TH
SELLER AGREES TO BE BOUND BY THE INSTR
JERMS AND CONDITIONS ON THE FACE OF TH AND ATTACHED HERETO FORM NO - Y6034 (P NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO JAY DIMLER AT
    HARLEY-DAVrDSON MOTOR COMPANY
    1425 EDEN ROAD
    YORK, PA 17402
WHEN APPLICABLE

i
I
i
I
t
i

i
 i i

  EDF. JCTrONS, __ORDER :R).

I i
I
i
I

i

I
I

t

I

I
i

i

I

i

I TOTAL          S20906. 134:

i

i i

I

I

I

MANACX &N Wffi' ALS

              I

VENDOR

ALMsnft= ~ I

--I

** TOTAL PACiE.06 **

SIMEONE 02494
CONFIDENTIAL

A4623 URS(IRDa    7ekton: (0)7246/271-0'

**WCW** 5rdbe 32        Wax: (0)72461370

FN 103133 L Lxxtsgurhl WetTei-x: 25546 brqk a

Posumchnft: Sombwow-Row Gmt)R PooUaCh S. A-A6M CuNnk,rMm. A.S°

10
as

ou - )
of

ou tv

UD ut ox an

COMMERCIAL INVOICE

              ;iot
         -*~ f

K.nd.**

S.VV6- no

oi I i

| fiv bwfsm ~ Y~ crow m | | | 0- | Un- AftVm m | zoo- O~ 110 | ~7Lmwooum dm |
|---|---|---|---|---|---|---|
| vwmaxkogm, | Auf Grund unftw Lwk- UW Vw%wVVboWaxno°n swxymn W- hX lh~PmOwtflV ~d GslahrlOn b~ of DW-y w~d Ss~ c~k%s~~in% Y~. | | | | | |
| F~ Now | | | | | | |
| mwv.uy | An'Ao4° m i | | | | | z Z;W/~ow |
| | | | | | 7 | |
| | | ~7 | | | | |
| SIMEjD NE 02495 | | | | | | |

r1kyYr1 A

l- tkpr-q,° I C- .1. V~

Erfudkingsol ~Wt GerctrssUna V°is occ &Lz Ces Beslefim Bar° ho Ober6slerrech und SafzWrg Vk45. Konfu283-0701/00, Swdt OBKLAT21L

CONFID          L

Be Zahlungsverzug werden

Veaugumsen p. a- berechna

*PURCHASE* ORDER C-0000001 776PO REV: 000

Harley- Dimidson. Inc.           *1116/9*          *1*
)aX K&NW4A X"*X )0X9%X'JAX=7                    oftom"
P. 0. BOX 493                                              H/D YORK
MILWAUKEE. WI 53201           c". op           "6*'onco"
                              Asou~ n.c.10          R1050

)MfT INV OICE S fN TR rPUC ATE  TO A"E AD DRE SS, A rTN: *ACM PAYA BLI*      ~O           ,

SMP TO (AbOVE ADDRESS UNLESS OTHERWISE INDIWED 0ELOM

$OTAX GMBH                        HARLEY-DAVIDSON MOTOR COMPANY
*PO BOX 5, OUNS KIRCHEN*          1425 EDEN ROAD
AUSTRIA, A46Z3                    YORKs PA                     17402
                                 LMARK FOR P.D. C-0000001776
                                        0'mn oF
              rP POINT          un or n.              OTHER CARRIiRS

DAYS

PEcKtqm .
Dfm~

t- **ko!V!** <u>now.-</u>

44 I~A          PN: -230-840DRAWING REV. 00
        GASKET
        5TO17012
        DELIVERY REGUIRED AT DESTINATION
              1/30/99              44              1211061          $1.7100
                    S75.24

600       O-RINC M6000-250 N70       PN:-230-720    DRAW ING REV. 00
        i5TOInS40
        5TO17191
        **DELIVERY REGUIRED** AT DESTINATION
              1/30/08              600              1211061          S.6200
                    s492.00

10,1 EA          PN.- -21 DRAWING9ING REV.
        CLUTCH COVER ASSY

        3TO16229

        DELIVERY R170U IRED AT DESTINATION
              1/30/q'a              10              1211061          ~90.7500
                    $909. 50

1!          FN: -DRAWING650REV, 00
        CONTACT SCREW M10
        :5TO16252
        DELIVERY *REGUIRED AT* DESTINATION
              1/3o/,?s              10              1211061          S4.2400
                    $42.40

100 11~4  TAB WASHER          PN: -243-390 DRAWING REV. 00
                                        FOR KZ LNCORPORATED
                          VENDOR

SINIEONE 02496

CONFIDENTIAL

WAV._V~ ~~ ~-Clz-o~C

**PURCHASE ORDER** C-0000001776 PO REV: 000

org" *bd%*                                   I A°rA        co-Skl.&OT Cw ft-a -0

iil&/ge 1 2                    **1**

Harley-Da-,i(ison. Inc.

P. O~ BOX 493
MILWAUKEE, WI 53201

UBMIT INVOICES IN TRIKXATE <u>70 ABOVE ADDRESS.</u> AM; ACCTS- <u>PAYABLE</u>

r- -

OTAX G"BH
D PO BOX 5, GUNS KIRCHEN
AUSTRIA. A46Z3

**H/D YORK**
**.6-moca" R1050**

SMP TO "OVE ADDRESS UNLESS OTHERMSE INDICATED SEWM

HARLEY-DAVIDSON MOTOR COMPANY
1425 **EDEN ROAD**
YORK, PA 17402
LKARK F13R P. 0.C-0000001776

--|

*94 v %.p I co* ................................................................       ma coo" C 0 -L.KL    *.M.LI* UX

30 DAYS                          ;HIP POINT                              OTHER CARRIERS

*N-jwt Cr ~ ==4* **1**                                                   C:3 ~ ow.~.o w~ F-) I

*UphT*

i-       100

|

*5TO15840*

EA

*1600 EA*

*GL)'DV/*

*,4*            *5TO15840*
*5TO16309*

*DELIVERY REGUIRED AT DESTINATION*

*I ~'30/98*                    *1600   1211061*

        PN: -25r-!- 130 /
        RETAININ(P PLATE AS&Y

DELIVERY REQUIRED      AT DESTINATION
      1/3.C/98                    100    1211061

                      v1111'

PN:-256.-160 OIL SIEVE

5TO15840

DRAWING REV. 00

DELIVERY REQurRED      AT DESTINATION
      1/3C./90                    100    1211061

PN:-256-180 /
OIL FILTER Ff_EMENT

DRAWING REV, 00

5TO16229

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
      11,30/98                    35    1211061

PN:-25c?-_85 /                DRAWING REV.
RELEASE CAM 30DEGREE

DELIVERY REQUIRED AT DESTINATICIN

                                      I
                                      i

|

I

    I
FOR W-D INCORPORATED

S.7100

i

  I

  t

I

!

$71.00

1.4-400

$144-00

!

I

%5.1600            $6256.00

I

I

  I

I

sio.eeoo                    $380.90

. 1 4 1 13 llv~l I ..i

VENDOR

SUMEONE 02497

CONFIDENTIAL

I

 Harity-Davidson. Inc.

P. 0. BOX 493
MILWAUKEE, Wr 53201

8W INVOICES IN THIPLₜ-CI M A WIE A WIIESS. A M; A M M PAYABLE

ROTAX GMBH
Pₒ -Box 5. cUNS KIRCHEN
AUSTRIA, 446Z3

I

PURCKASE ORM c-ooooc)017-76 PO REY: 000

cw"                         ₜ-ₜₗ

".mrr^ffvC

                    H/D YORK

                    4-amcox
                    R1050

          '-Nₓ WNCMWOM A

EI
     SW TO W10V E ADDREW UNLESS M-HERWSE MCUM BEIJ)~M

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
MARK FOR P.O.C-0000001776

I

                                        Vwx - -m uftva ₜₗ
DAYS                SHIP POINT         LL OTHER CARRIERS

          aerl a# ₜₐ ₜ--ₐ -v %A

                                        LN PRXE

     JUArT
Wrr~,'                D E
     71                              ·. -Z-*j. 7.                    A'(~-

    456

PN:-259-905
FRICTION PL-ATE

5TO17144

         i

473 /~'

    I
    I

34

I

ıI

!

1
-e~ /

DRAWING REV.

*DELIVERY* REGurRED          AT DESTINAT113N
          1/30/99                              456    1211061

                              DRAWING REV.

N: -259-912
LUTcH Pl-ATE 1-25MM

5TO17144

    DELIVERY REQUIRED      AT DESTINATION
          1/30/08                              475    1211061

41 PW -264-737.
  1 IGNITI13N COIL ASSY

i

DRAWING REV. 00                      i
                              I

5TO1714-4

DELIVERY REQUIRED AT DESTINATION
          1/30/98                      34    1211061

PN:-276-310                      DRAWING REV. 00
OIL SEAL INSERT JIO

5TO1553B

DELIVEPY REGUIRED AT DESTINATION
          1/30/98                      1    1211061

;:-276-350
    ANNER RING

$4.2000

~$2. 3200

  1

140. 2200

I
I

$1915.20

I
I
I
I
i

I

$1102.00

S1367. 48

*7. 2700                    $7.27

DRAWING REV. 00

∴i

FOR V6D IUCOAPOPATF-D

VENDOP

SIMEONE 02498
CONFIDENTIAL

- -                              --      Hatiey-E)avidson. Inc.

XXX 9dSoVU?WwXU)= YJ%114XXIX7
P. 0. BOX 493
MILWAUK,E-=, WI 532-01

;UBM rr DAW M lli TRO IL=M  TO AB WE  &DW ESS . AM:  ACC T.'%.  PAYABLE

  F-RdTAX GMBH
o    PO BOX 5, GUNS KIR,::KEN
   AUSTRIA, A46Z3
  L
ml
30 DAYS

I

I

176

266

  B E

       T~optpft*"m omamft~mww ""~ oft ~w1o"s wlo~too~-%
    PURCHASE ORM C-0000001776                    PD REV:   000
    CAOM DM                                       ""1   00
       1/26/98                                    4
             .a
          In .                          Do.  D YORK
    cmwnp,CnM co CObaftowCl        swcom   -$-'OR ecol
    -ff- FAMspsomm" a              IR 1050
    ofte"w= Nknupw " cum
    SHIP TO (ABOVE ADDRESS UNLEW OrHERWISE INDICAIM

```
---IF-HARLEY-DAVIDSON MOTOR COMPANY
     1425 EDEN ROAD
     YORK, PA 17402
            ARK FOR P 0 C-0000001776
```

va.tv .iftu .LA

**-1-**

pm

SHIP                              OIN   OTHER CARRIERS

r

DELIVERY'REQUIRED AT *DESTINATION*
        i/ao/ge                              1        125126D10
        s35.26
PN:-277-807 /                                         DRAWING REV. 00
FLYWHEE.-- OULLER
5TO171c?1
DELIVERY REQUIRED AT DESTINATION
        1/130/98                             4        121162D10
        *46.48

PN: -277 -E34,eq              DRAWING REV. 00
SCREW DRrvER GRIP

5TO171?1

*DELIVERY* iEQUIRED AT DESTINATION
    *1/30198*                          *176*    *1211063.7500*
                *s132.00*

FPN:                    Isla-015 DRAWING REV.
  T                     ING BELT
  _ C.,
        J,
  TT015E3
   015840
5TO17191

DELIVERY REQUIRED AT DESTINATION
        1/301913              266    1211061

**"Pti:**              z    DRAWING REV.
STARTER MOTOR ASSY

OT016657

  4  1
  (I /I

I

VENDOR

I

**1_____1**

  1        1
1 - I

" " WCOAPOA^TED

L./T.Opum L.GIrkf%I

i
I

I_____I

 1
$13-0300          $3465.98

I

SIMEONE 02499
CONFIDENTIAL

Haricy-Davidson. Inc.

P. 0. 110) 493
MILWAUKEE, WI 53201

u9miT iNvOICES FN TRPUME M A DCOVE AW FM OrW: ACCTS . PAYABLE

F_____ROTAX GMBH
  PO BOX 5, GUNS KIRCHEN
  AUSTRIA. A46Z3

L

            SHIP F              OTHER CARRIERS                        '7D

10 DAYS
m OuANTM
        EA

PURCHAW ORDEA **C-0000001776**        PO REV:000

alwem o-n          P.W
  1/16/98           5
                    0,
mom"Asma                                          ma

        [n               H/D YORK

cvwwvr.m or CcarLamm              A.Macom
   10 =Wsm pcvvoab                 R1050

SHIP 7D (AaME ADDRESS UNLMS OTHERMSE INDICCED BELOM

  ARLEY-DAVIDSON MOT13R COMPANY
1425 EDEN ROAD
YORK, PA 17402
MARK FOR P.O.C-0000001776

  DELIVERY REQurRED AT DESTINATION
        1/30.198                  8    t211061

'PN: -293-490 /
PRIMARY DRIVE ASSY

5TO16856

DRAWING REV. 00

  DELIVERY REGUIRED AT DESTINATION
        1/30/99                   7    1211061

IPN: -295--301
CASKET SET CYLINDER HD

ST016397

DELIVERY 3EQUIRED AT DESTINATION

1/30/98                            10    1211061

DRAWING REV.

PN: --430-020
O-RING 9 3-2.4 NUM 70

5TO15806

DRAW ING REV. 00

DELIVERY REGUIRED AT DESTINATION
1/30/98                            35    1211061

PN: -430-110    'X

O-RINO 10-2.7 NUM70

13TO15840

I

        7

        10

I

35

200

/EA

" xLecy"OS.'R .

DRAWING REV. 00

DELIVERY iEQUIRED AT DESTINATION
1/30/99                            200    1211061

DELNEW"

sl

195.7400

4  18.7300

15.1200

I

FOR H-D INCOFWVRATED

  47--0. ...... 0'. avam Nict .

$920.96

$670.113

$187.30

$,6500

$2.2.75

I

S-4600                $92.GO

I

# I

VENDOR

SIMEONE 02500
CONFIDENTIAL

om'-f-m

PURCHASE 0Rf)ER C-0000001776 PO REV: 000

CAM° 0.°                                    ftm        20.1ft-a-ffM1.Tham .0
    1/16/98           m              6

  0.7"G                           a AnAm vDr'qptCnm w      YORK
           1!1 -                         11 -
  cr-ro-e4v 0.                          sm cmx        .11.w° C=
                              R1050

      S*rp To (^B OVE AD DRESS -JNU -SS CME RW ISE IN     D BELOM

  Harle),-Dav-ClSon, Inc.

P. 0. BOX 493

MILWAUPEE, WI 53201

)OMIT INVOICES IN TRIPLICATE TO ABOYEADDRE5S, ATTN: A°-TS. PAYABLE

I-RIOTAX GMBH
   PO BOX 5, GUNS KIRCHEN
   AUSTRIA, A46Z3

6 DAYS

I

IB51

   4 E
  7

   ~              I
p!-mS
    A d

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
MARK FOR P.D. C-MOO002776

--I

bm                                    -FA£ £ OWO° or    M. MM IA1. *a awarra m I -
      SHIP POINT                                       LL OTHER CARRIERS
                   er m m &RUA &M                        7F
- --------- T_.
                                                       iiwr PFu
A OUkqTfTy                  b       E 6

164! EA                           PN: -606-230    DRAWING REV. 00
            WRENCH 11 X 13

            5TO 1520:3

DELIVER( REQUIRED        AT DESTINATION
        1/30/99                      164    1211061

PN:-276-Dt)5
WRENCH :10 X I

5TO1701:12

DRAWING REV. 00

DELIVERV REGUIRED        AT DESTINATION
        1/301198                     165    1211061

PN: -277--807 _~_/ FLYWHEEL PULLER

5TO 153013

DRAwrNG REV. 00

DELIVERY REavrRED AT DE51TINATION
        1/30,'9B                     4    1211061

lir-~Inf'No

I

I

 I

FOR H-D INCORPORATED

S1.0400           $170.56

I

  I
  i

$1.0400              si92.40

I

111.6200             s46.48

I

I
I

SINIEONE 02501
CONFIDENTIAL

I

Harley-l>a\,!dson. Inc-

P. D. 19OX 493

MILWAUKEE, WI 53201

;tJBMIT INVOICES IN TRIPLICATE TO AB 3VE ADDRESS, JITTN: ACCTS. PAYASU

ROTAX GMBH
0 PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

".6pvoc-m opml%_.bm~w ~ pw_v. ~..C'css -◊ ̱-...mx~wwj
**PURCKASE ORD"** C-0000001776 PO REV: ODO

1-/16/?S      7

H/D YORK

R1050

10
SHIP TO (ABOVE ADDRESS UNLESS QTHERWISE tfdDr~^TED BELOW)

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK. PA 17402
MARK FOR P.D.C-0000001776

iO DAYS                                                    -i*s- CVo~ rp                 uLx-i&J m n
NGINltA - i-t&r slosAcr VO                                 ou

i

I

i

I              l i      "

I

l_____i

i

?dta5F%HREVE - YOR
4-

SHIP POINT                         TLL OTHE    CARRIERS
,0                                ZD

4*  RE-DUPEO

D ESM     r-        ltu.p                 Lwr              CE
7. 9~

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY,
ETC.) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAvrDSON PURCHASING DEPARTMENT, YORK DIVISION.

BY ACCEPTNG THIS ORDER DR ANY PART T
SELLER AGREES TO BE BOUND BY THE TNSTR

REOF,    I
YCTIONS, TERMS AND CONDITIONS ON THE FACE OF
THE ORDER AND ATTACHED HERETO FORM NO - Y6034 (P R). NOTE: MATERIAL SAFETY DATA SHEET(S)
MUST BE FORWARDEr TO JAY DIMLER AT HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD YORK.
PA 17402 WHEN APPL ICABLE

I

I

I

TOTAL                S20906.B4:

I

I

i

VENDOR

** TOTAL PAGE.013 **

SIMEONE 02502
CONFIDENTIAL

*A4623 GUNSODE N fto SUasse 32* unce,gemm *wtt*

Telebil: (0)7 246/601 .0
*Wfax:* (0)7246/63 70 FN 103133 I

:*no*                        80                    POSIVUCtw ift:   CwT0H, PCWIx05, A-4E 23 Gwult ocnim Au3tto

less I-F.
                                In.Z.

'111--JALP EE J1

LICA

                                        IV UD
                                        in so

.U uu %a of?

)U uy
in a

                                        JU uu
                                        IiIOR

COMMERCIAL INVOICE

Pace I

Kur.w-lb.
C~ w
⌐-, 56t.

It" Lolowo-lm Suppiw w

96i

5ate
        04 15

y,w orow M.                    oow tloiw            hovtKw,.*          U~ zpcr~
C - 177 t.                      C7o~z                C~4- co          ft  OW .1,
                                                    C~oc,              I
                                                    ~17 ~S-,,-)
                                L`m**                                S~S 60,"      )44
                                5

piorhm No M

Aut *Gntw* wtww Lmfw- uric veriawtowwgungen **govwn** w,r ₁₁.-fw **vim** PAct~V uncl Getahr/ On two of 0~ Dow~q " S o. *CondWgtw* .0 g.M ou:
WE 3 &F-i 1        S

```
..        MWVL"Y

o~          rAlrl

  c&rtof

  &_1C S
  RL -1
  ne-         V4,

  a              r,

61-lCl      _ApCj.:1t

P"".m

A~4&~ w

L+                  i

  3C        fit'

  f. f
    , i        no

131, FILTE.,-

SIIDP ! " no . : &A.,~"Wt4E-

;7_C,P4              WPE ;~Ct-        1,A;]:

  a ~_ l. --O 1 0

F_i4 C

  0 Lf nt l-             0       1- 1 ci 1 r.

-4T              =       --       ~ E;--

no              r r- -i c, 1    r c,       -, o t

j 1. :,.. - ~.. l

.Lt J . .                  :C l t       1       1, T      1.       1 C
```

t* Lksprurgowd / Coumy of arVm
E?UhJrQ SW W ets. Go-Olm st* Weis oc*~ Stz des Bes teit-m
Bw* IEV 00-)~~.,        VIC SWMkM VAN& Kb 2B3-0701/DO. Swrh 0SKLAT2L 81.2 15130
Bank Ausina AG, Wek KDroo 820-131-905/00. BLZ 128DO

eio~ Zalkirosvøruo er0on

SIMEONE 02503
CONFIDENTIAL

Yonvgs=*m v a. bonK*wsL

Harley-Dirvioson. Inc.

## P. 0. BOX 493
MILWAUKEE. WI 53201

M IT INVOICES IN TFIRICATE M ABOVE ADO RM ATTN- AC CTS. PAYABLE

ON *PC-= 00AX4 MAIN% WtC3 "*f.A -_-.LL W.,VaS M DSW~DWOK-.

PURCKAM ORDER C-00MOO17"76 PO REV: 000

   1 ₀/16/98 ~71              collts-60 M Y C o t ~ y W o

                              iH/D YDRK

   Cc-ww.ov op mwum"         cmx---- --Tw-coR amt

E~-m4a VeN%coom  &           I-       R I D50

l 0--osomounw.ow.             I

ROTAX GMBH
PO BOX 5o GUNS KIRCHEN
AUSTRIA, A46Z3

SMP TO ABOVE AMRESS UNLESS MHERWLSE IND)WED 58-OM

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402

j LHARKFORP.D. C-0000001776

OTHER CARR IERS                              cr Z

DAYS                                                        I"sHrP POINT Taw

    JA

aukkT"

44

|

|

|

600

|

|

4

PN:-230-24C -
CASKET

5TO17012

DRAWING REV. 00  **1**

|

DELIVERY REQUIRED AT DESTINATION
    1/30/98                          44      1221061

PN: -230-72C ||__~
O~-RINC M6000-250 N70

5T015840
3TO17191

DRAWING REV, 00

DELIVERY REQUIRED AT DESTINATION
    1/30/qB                          600     1211061

10 EA                        PN.DRAWING REV.
    CLUTCH COVER ASSY

    3TO16229

DELIVERY REQUIRED AT DESTINATION
    1/30/08                          10      1211061

100

v

I

10 .
 T

PN: -241-(35C _-1/
CONTACT SCREW M10

3TO16352

DRAWING REV, 00

DELIVERY REQUIRED AT DESTINATTON
      1/30/1?8                    10   1211061

PN: -2,43-29C          DRAWING REY. 00
TAB WASHER

I

  .              youram-nj              -      -I  I
 -_e2 If

KZ W-O"ORATED

I
I

$1.7100       $75.24

S. 6200     $492.00

 1

~90.9500      $909.50

I
I

S4.2400

"2- 40

Vr=NDOP

SIMEONE 02504
CONFIDENTIAL

I

 Harley-Davidson. Inc.
 XXX rKoUJJX&XH)0XX XIM4117
 P, 0. BOX 493
 MILWAUKF-=, WI 53201

UaMff INVOICES IN TRIPUCATE TO ABOVE ADDREK ATTN: ACCT--x PAYABLE

*ROTAX G"BH*
PO BOX 5. GUNS KIRCHEN
AUSTRIA, A4bZ3

-s
30 DAYS

 PUPZHASE *ORDER* C-0000001776 PO REV: 000
7w"a mm                    A.-    GDALft.-on COWn"C -0

1/16/98 1 2          1

----T

mww~ ma*4      ma

am                    H/D YORK

cKy"v%wa ~ ca-uftwx                Cox   C=

a                    7:aR M 5;09

Io =www"somom mm".

SHM70 (AbOvT ADDRESS umLFSS OTHERWISE INDICATED BELOW

mm

      ARLEY-DAVIDSON M13TOR CDMPANY
   2423 EDEN ROAD
   YORK, FA 17402
LMARK FOR P-0. C-0000001776

--I

SHIP P TN                              OTHER CARRIERS
                                       -opwItZ LA

                              t 7, 1 m""

DELIVERY REQUIRED AT DESTINATION
        1/30/98                        100211061     S.7100

 1600

,A
      ¡

100 EA

    EA

      I

35
I
I

 1      20

¡
I

"
I

PN:-256-160 OIL SIEVE

ST015940

            I
DRAWING REV. 00
            I

**DELIVERY** REQUIRED        AT DESTINATION
        1/3cl9a                    100 1211061

PN: -2~&-180 /
OIL FILTER ELEMENT

5TO15840
5TO1 6309

'FA

DRAWING REV. 00

**DELIVERY REQUIRED AT DESTINATION**
            1'3(1/98                        1600      1211061

PIN: -2590-' 30 /                    DRAWING REV.

RETAIN::N(4 PLATE ASSY

5 T 0 162-2 9

DELIVERY REQUIRED AT DESTINATION
        1 1130/9B / 35 1211061

PN:-239-*_65
RELEASE CAM 30DECREE

DRAWING REV.

**DELIVERY** REQUIRED AT DESTINATICN

$71.00

!Ll. 4400

I i
I

110. eetoo        $380. BO

$144-00

S5.1600        $0256.00

I

    I_____L-
rOA H4 INCORPORATED

VENDOR

SIMEONE 02505
CONFIDENTIAL

PURCHUE **OMER** C-0000001776 PO REV:000

ow"wa
    1/16/98 1,3

 Harley-Davidson. Inc.

P. D. BOX 493

mrLWAUKEE- WI 53201

**WIT HMICES IN TRPLICATE M A9011E ADDREM ATTN: ACM PAYA13LE**

r
   *ROTAX GMBH*
   *Po 7BOX 5, GUNS* KIRCHEN
   *AUSTRIA, A46Z3*
L

DA YS

QUANmi

   456

7E

~wq

```
PN:-259-90:)
FRICTION PL-ATE

5TO17144

DRAWING REV.

DEI IVERY REourRED      AT DESTINATION
     1/30/98                 456   1211061

                    DRAWING REV.
```

475 <u>1</u>

    |

  | -
34 A

  | |

PN: -259-1?l <u>"t</u>
CLUTCH PL<u>A</u>TE 2. 25MM

5TO17144

DELIVERY REQUIRED AT DESTINATION
    1/30/ve / 475 1211061

PN: -264-73-,
IGNITION COIL ASSY

5TO17144

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
    1/30/98                 34    1211061

5TO1553B

-276
 SEAL INSERT JIG

DRAWING REV. 00

 DELIVERY REQUIRED AT DESTINATION
        1/30/98                           1    1211061

**Z**
PN:-276
SPANNER RIN~

                                    H/D YORK

 **It- 0**

W-W»ATS  00 CDAW% ~A°                        cma    *weleaft ccm*
*ollaspecrr.aw)"A*                           *R1050*

**7**

SMP TO "OVE ADDRESS UNLESS OTHERMSE INDICATED BELOW)

                          ARLEY-DAVIDSON *MOTOR* COMPANY
                          1425 EDEN ROAD
                          YORK, PA                    17402
                      j LMARK FOR P. 0. C-0000001776
                                            **I U.7**                11"

SHIP POINT                        LL OTHER **CARRIERS**        "r=T 0. - ~~ li I
                                                              ux MONT "a

   $4.2000              $1925.20
   *2.3200              41102.00
 440.2200

DRAWING REV. 00

t7. 2700

,~ i                              -

FOR ~~O woom       AMD

I

*1367.48

I

I

$7.27

VENDOR

SIMEONE 02506
CONFIDENTIAL

 Harley-1)2rvidson. Inc.

P. 0. BOX 493
MILWAUKEE. WI 53201

**JaUrT INVOICES IN TRIPUCKTE M ABOVE ADDFIESS~ ATTX- A= <u>PAUSLE</u>**

:-RCITAX GMBH
   PO BOX 5, GUNS KIR:~HEN
   AUSTRIA, A4623

L

rpod PLOLO-* emal &%~mwff' -f"84 ~ wftgxm~o <--~n
C-0000001776 PO REV: 000

MICHASE ORDER
crwmasm
    1/16/98                                    4

                                    H/D YORK

L
CV"WWAM IV COb"VA"CE

                                    VCWWA ₌M0 A      R1050

PeAn ₀·0b - OVA
SMP TO (ASCAIE ADDRESS UNLM OTMERWSE IND4CATED *WIDM*

        HARLEY-DAVIDSON MOTOR COMPANY
        1425 EDEN ROAD
        YORK, PA 17402
j LMARK FOR P. 0. C-0000001776

                                                                u x
                                                                 x
                NT        DT                              u
-s
tO DAYS                      S"IP POI                  HER CARRIERS
        er m "m ₐM

ιA OLWnTri-..
i
i       4
1

  i

i

l
ı
ı

l

    266
1  -4-~~-

8 E

                            '.~.

                    qW- -MkM

5TO15867

DELIVERY FiEQUIRED AT DESTINATION
        1/30'9e              1    1211061

PN: -277--BQ7 z FLYWHM-- 9-'ULLER

5TO17191

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
                        4      1211061

176                PN: -277
        SCREWDRIVER CRIP
        5TO171?1

DRAWING REV. 00

DELIVERY iEGUIRED AT DESTINATION
      1/30/98 / 176 1211061

PN: So -015
T ING SE-T
        6 j_. I ?-(E- C)
eT 0- -1- -3- -1'3 4 0
5TO17191

DRAWING RE-V.

DELIVERY IEGUIRED AT DESTINATION
        1/30198                266     1211061

/PN: -293-131 'x
STARTER MOTOR ASSY

3TO16B5'7

- 4 1
    CZ

I

I

1 35. 2600        $35.26

i
i

, 12.6200        046.48

I

I

DRAWING REV

VENDOR

1 S.7500              1  s132.00

 1

113. 0300
I

            I
            I

            -L
" H4) WMPPOFLATED

'.j'.C..1L. --~

$3463.98

```
SIMEONE 02:507
CONFIDENTIAL
```

Puric"Au ORDER *C-0000001776rU Krv- v-*

 HarlcyDaviсLson. Inc.

P. 0. 110)' 41?3
MILWAUKEE. WI 53201

BMIT DIMCFS FN TRIFLOn M AME ADDMMr3, AL77W: ACCrS. PAYABLE

-ROTAX CMBH
PO BOX 5. OUNS KIRCHEN
AUSTRIA, A4 6Z3

L

I

:) DAYS

     Una

 i

    *E*

    *EA,*

*7*

*10*

*200*

  J

DEIIVERY REGUIRED AT DESTINATION
     1/30., 91B          8    1211061

PN.-293-41~O
PRIMARY DRIVE ASSY

5T016856

mlj~

    s

DRAWING REV. 00

DELIVERY REauRRED AT DESTINATION
     1/30.'99          7    1211061

PN:-295-301
CASKET SE-7 CYLINDER HD

5TO163B7

DRAWING REV.

1DELIVERf IEGUIRED AT DESTINATION
     1/30~99 /         10    1211061

PN: --430-0 -'-)'0

&-RING 9 3-2.4 NVM 70

5TO15806

*DRAWING REV. GO*

DELIVERY REGUIRED AT DESTINATION
    1/30/98               35    1211061

PN.-430-110
O-RING 10-2-7 NUM70

3TO15840

DRAWING REV, 00

DELIVERY REGUIRED AT DESTINATION
    1/30/99             200    1211061

JP/D YORK

cv"rocAl tw Cow%""=         sm cme    *mwa cam
**WT% Ma PC=-MV04 4**         R1050

*SHIP To (ABOVE ADDRESS UNLESS* **OrHERMSE INDICCED BELam**

HARLEY-DAYIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
l LMARK FOR P.O. C-0000001776

i

pw                          -Ey≈ 0IE° C-        AWO -

SHIP PDIW          OTHER CARRIERSmn 09 ft. "01≈a -r

773" 1 WE rvwua –w· Lj

15. 1200

$920-96

95.7400

1B. 7300

S.6500

*670.28

-1187-30

$22.75

I I

s. 4600                    $92.00

*MR H-D INCORPORATTD*

VENDOR

SIMEONE 02508
CONFIDENTIAL

Harlerl]lav~clson. Inc.

P. 0. BOX 493
MILWAUld.EE. WI 53201

)MIT INVOICES IN TMPUC/aE TO ABOVE *ADDRESS ~ ATTN: ACC rS.* <u>*PAYABLE*</u>

RFOTAX GMBH
PO BOX 5. GUNS K3RCHEN
AUSTRIA. A46Z3

no rwowu own "ₖₚ aw &ftmm on -up-*= aw ᵥ~꜀
**PURCHASE OR-O** C-0000001776 PO REV: DOO

C-m"                              fl4c    !

              Cr

                   40.           **H/D YORK**
         K"L"~ ""O- "              -0

C- cr co.~                          I am com   **16.000** am
w- **p o m**                        **R2050**

**SHIP TO (ABOVE ADDRE5S JNLESS OTHERWI45E INDICATED SEW"**

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK. PA 17402
<u>LMARK FOR</u> P.D.C-0000001776

7

*5TO170132*

*DAYS*              *SHIP POINT*                    jn7OTHER CARRIERS
         ꜀ Cᵣ RL        E.                              l"

   164! EA PN: -876-230
                   X 13
         WRENCH 11

/to            5TO15203

         DELIVER"t REGUIRED AT DESTINATION
                1/301198              164    1221061
les                          PN: -276-0&~5
         W
   -7~PRENCH 10 X 1~/

   4 E              PN:-277-807 _Z
         FLYWHEEL PULLER

DRAWING REV. 00 .

DRAWING REV. 00

DELIVERY PEGUIRED          AT DESTINATION
        1/3011,98                     185     1211061

DRAWING REV. 00

5TO 15301)

DELIVER" fEQUIRED AT DESTINATION
        1/30.19B                        4     1211061

**I ,**

s1. 0400          S170.56

$1.0400          $192.40

i

**I**

**1**                    111.6200        S46.48

*FOR* Pi-O INCOR-ORATED

I -

wchlnna

SINIEONE 02509
CONFIDENTIAL

PURCKCSE ortm C-0000001776 PO REV: 000                        -FH. **a.** -.C. Q.H

0000 na                                                    k4fi     GCwtooon coaft-5 iiia
        1'/16/99                                                    7 co
                        -V%cnc.

                                                         H/D YORK

        CVWV%C.a cp cww %J.-¤                            I iûm cmd          twitmccm
        E-u "m 1 1 1.1 1 f cne X 113 m a                 R1050
        tift.-Oww Amour= N Clip.

.4,            Harley-Davidson. Jnc-

        P. D. EID) 493
        MILWALKEE-i WI 53201

        jsmrT INMCES IN TFJRJ= TO AB:;YE ADU MS5, OM: ACCM PAYABU

        ROTAX GMBH
        PO BOX 5, OUNS KIRCHEN

AUSTRIA, A46Z3

i

7

sillp  To (ASOIE ADDRESS UNLESS OTHERVASE INDICATED BELOW)

HARLEY-DAVIDSON MOTOR CDMPANY
1425 **EDEN ROAD**
YORK, PA   17402
LMARK FOR P.D. C-0000001776

CompoVA^ VM L- WIN)^ C  P        MR pwjwa - -
W VLWJW 10

:0 DAYS                    HIP POIN"

_j

N

Nllc~_

i

i

I
I

I

I

Li

I

i

I

I

I

I

I
31HREVE - YOR 4.

LINM

REQUMED

BY ACCFPTTNQ THIS ORDER OR ANY
EDF,

PART

SM-LER AGREES TO BE BOUND BY THE
INSTIRCTIONS,

.TERMS AND CDNDITIDNS ON THE FACE OF T        ORDER
I AND ATTACHED HERETO FORM NO - Y6034 (PIR). NOTE: MATFRIA~_ SAFETY DATA
SHEET(S) MUST BE FORWARDEr TO JAY DIMLER AT HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD YORK, P4 17402 WHEN APPL ICABLE

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC. )
WITHOUT PRIOR AUTHORIZA-IDN DF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION

, , - I mm "A)

CTENDW

                I
I i             I

i

I I

I

I

i
i
I

I
I I
I j

TOTAL         S20906. 134:

I

I

I

41

MANA09'&NwATffi'ALS

VENDOR

- TOTAL PAr'-E.oe **

SIMEONE 02510
CONFIDENTIAL

Be N=oe 09 wy S=U 32              Tektar (0)7246/63 70

11jja Lmkspw wet            FW 103133 t

Bu ULI
QT) Ru Posurecirt: Burritmvem-Flamut GaioH, Pcwtbch 5 A-4623 Gormkwmm. Ausum

.*, ~- =- S r C
                    Inc.

        WI

JU uv Lo as

) U Uj ~Qan

uu um in ₁-

ᴊᴜ uu in art

COMMERCIAL INVOICE

Pau i

0. Z~Vald SI'v#e.WW- Oft W°P~ / PW-m "M

| V~ ᴏᴠ. ᴍ I 2"-~'-'., | | | 0,6" aft '- | co altio, w. | D~ .4 l- T "S T.r . | 0.'~ op" 1 90~- 'z |
|---|---|---|---|---|---|---|
| Pat" up m | ~-ᶳ | ı ᴏ r. t | | | | |
| | ArMt-NI, OW m | 1. | | | p.,WEW_VUM P~ | &WgWl_ |
| | Z~j | | CII:-~UMF' COVEF | | 7 | 7 |
| | 2 q -~:' 1 15 | JP | E ʟ E T, R I r- STAP~'- Ef-% AS'S't | | 5 1 ;4 1 '1 | |
| 5 | 27b"4tt | AT T | F- ",)'- L E P " S'-: - Y' | | | 4 2 |
| | | 2 P | ; G, - -, 1 1 or,, C-' 0 1 S | | | |
| | 25 6 1 E f | | 0 1 L I L -f E R E L E N -EN T | | | -;:. - |
| | f, 2 | i7t7 | G-:~S~ET SET, C*Y1,114 DE!~ -4 E E | | | & |
| ~(Wf | 2&!')(,); 5 | T | BE[ C;' 7 1,-,! JG -T | | | 5 1 4 F-0 - |
| | | T | G A -I- t E D | | L L | F .757. |
| ~r | ~,I | r-E~- EASE Cp~rl. 2't'l C-FG 'CE STE"JE | | | P |
| 'I": | C C | ~,7 | C; F: I L - E P | | C: | |
| | .7 | 1 | PUL L E P Y . t~'21 S | | | |
| | 7 | i:,T | =F-*EE ~J,--;EEL GE-'P T | | | |
| | :45t--- | AT | E- AL4r.,CE DF-.'P-'E | | | |
| | 2 '7 6i', | AT T | Jr.SEf"- 'Tli:jt. ;10 A | | | |
| | | | i oD n | | | .4 r. D 'S |
| | | | D j- i.;j i r. | | | |
| | | | Eul | | | |

r                    ,, .j '  o e ri Lw: T I   r, -1,  d E, t
          . t~~       "~' 1   1 r,vo i

1* tkvvmvw'.-4 / Q-7 '0 'V~

IrluWng&W Y*tS Gw=m=na Y"oc*r &tz ots Bewe(W5,
aank lLw 0bffbsjftTrCh uncl Sa~. V*K Kk) 283-0701/00, Swdi 06KLAT2L BLZ 15130
Bank Austria AG ftls, Kom 820-13 1 -905/00,91.2 t2800
PSK &wl;. WwL Kcim 9S32 012. BLZ 600DO
Socefe Gerte-ale IALM-l RAIA Ad'z VA- W~ - 11--

Ei& ZahtungswozLo werm-n
E--w~cunqM urid Bean.-Aarxl~V~ kann~ ;xo, inremab 8 Tapo nwh Er%A

SIMEONE 02511

CONFIDENTIAL

Vemgsmwi p,.7. barechnet

A-4623 GLRWRM
KbW S=se 32
Lwwmgmcm Wt:-~

ju

*11; :: PoMradvift Boniordw-Pom GinbH. PomW S. A-46MGon3kxmw%. Aumm*

    *sr s*
    *Hacle-,.-D-jo-Sor. Inc.*
- *P0 t-o-*
    *NILW "J~ E E :.j-*                    *Z ':' I*
    us~l

*fu* uu *l~j* no

lu uv in or

:u uy 0 a

JU aw =an

TeWw: (0)7246/601-0
TNdax: (0)7246/63 70
FN 103133 1

fte fiwa&~                              fiftb.-aw

l~.,sW W:.                        | Omm ow

COMMERCIAL INVOICE

Lom*ercial inairr kc,

                                        C~
                                                            DitE
                                    F;
                            cc olow                        oto to
                                    Dow-Y am
i7-06 00(m 'l; GFO ',          q 19)=O t~              34)1.1    IT /z Tri
    C. E E
F~ w
Aut Gruna wWwm LWW~ mσVWkWjtwb.CwVWVm miMen - 1h,-;t to ftv kochmmV und Gelshrl Dn bms ol our DWlv*ry wid Sa" Condismu wf *m Vm

                            FV9WEvW..kAAW P-
                            lc~ e l·i c, 1 G~p·c~        t o t·c· i    z~
                            r- ·εee τ·om 1 1 vr  p 'A 6,n    i, 1,
        C:n      g
            ko
r- h r                          C-8 oc?        v 0

        '7 1-

-:7S      emenow

!

C. "Ood n
anc Epazt

s F. 0 7 :4 )

oe--.~fc-~ io r,                          fi--:i,          v;'          E.

1* UM MI-VU...d  I C--" & rV
JdW~ "k4s G&~cmmswd "00s o0er Sitz aesBesiefiDa
Bw" lEr Owroswrrmh " SaUburg, wets, Kio 283-0701/00. Swrh OBKLAT?L BL2 t5130
BarW AUSIM AG. YvM Kom 020-131-905/00, BU 1280j

SIMEONE 02512
CONFIDENTIAL

Ben ZaWr9sw,.z.) --men

Vemv%mvpw P.a bevedvmt

I

PURCHASE ORD t!(C-0000001820P, 6 REV: 001
WDEA WE                    ^141    GqaAk*CW COWrPAO No

**HarieV-Davidson Motor Company**            5/07/98              1,
                                        J~

                                                                   HID YORK

         P. O. BOX 493
         MILWAUKEE, WI 53201
;UBMIT *INVOICES* IN TRInJCATE *TO ABOVE* ADDRESS, ATTN: ACCTS. PAYABLE          R1050
                                        **SHIP To IASOVE ADDRESS UNLESS CrrHERWISE INDICAtED BELOM**

F                                    F
   ROTAX GMBH                           HARLEY-DAVIDSON MOTOR COMPANY
0 P-0 BOX 5, GUNS KIRCHEN               1425 *EDEN* ROAD
   AUSTRIA. A46Z3                       YORK, PA 17402
   L                                    LMARK FOR P.D. C-0000001880
                                        CD-  -th.-OM *. OF                              VABE

                                        **I ,=.** , WMCI M

                                        *SW cp* ft L.LES NO
30 DAYS                  *SHIP POINT*          NITED PARCEL              CD
        E:g

                                  T            **Lwrr.PFucE-~cuuRNEwpRi6e**
                                               DELIVERY

   2700 EA PN:-230-920            DRAWING REV. 00
          D-RING M6000-250 N70

          DELIVERY REQUIRED AT DESTINATION
               5/26/9e                                     2700 1211061
               6200          %2241.00

   *50 El* PN:-21-1-5q5             DRAWING REV.
          OIL *SUMP COVER*
          DELIVERY REQUIRED AT DESTINATION
               5/26/98                                     50 1211061    23, 5889
               $1179.44

   13 EA FN-293-151               DRAWING REV.
          STARTER MOTOR ASSY
          DELIVERY REQUIRED AT DESTINATION
               5/26/9B          13 1211061                 1b~5896
          $1515.66
   29 E                    PN:-295-300                     DRAWING REV.
          GASKET SET ENGINE HD
          *DELIVERY* REQUIRED AT DESTINATION
               5/26/98          29 1211061                 $56 2931
          w-1632.20

   13 EA PN:--'76-445                                       DRAWING REV 00
          TIMING PULLEY PULLER
          DELIVERY REQUIRED AT DESTINATION
               5/26/98          13 1211061                 M10 5875
          S 137, 63

   4t EP                   PN:-264DRAWING REV, 001
          lGNITION *COIL ASSY*
          DELIVERY REQUIRED AT DESTINATION

FO Au -OW MES ID                              **FOR WD MOTOR COMPANY**

*SUPPUER*

SIMEONE 02513
CONFIDENTIAL

**Harley-Davidson Motor Company**
**WW'r ft\* ₁ₜA W M"I"Oftt~?**
P, 0. BOX 493
MILWAUKEE, WI 53201
SUBM17 INVOICES IN TRIPLICATE TO ABOVE AODR ESS. ATTN: ACCTS. PAYABLE

**ROTAX GMBH**
PD 13DY 5, GUNS KIRCHEN
AUSTRIA, A46Z3

L_

900

14

900

122-

31

10

__~ F

_J L

- - ~.                              -·m L~ ß" **wxlsmo** "~5 *DudhkEms*
1PURCHASEORDER                C-0000001880       PO REV:        001
        ORM-DₐE                                              '%GE
5/07/96                                    2 OF
-K- ~-G &W SL"cl 10 **VC~WO**

        **cut."c'"** 01 M-n-1-a                        **HID YORK**
    _т"fₜₐ**wfaftexosa**
IL_J.on=nwLw"mwmr                              **R 1050**

                **1**    r" cQ'          'L'"co".

SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDIrATED BELOW)

                              HARLEY-DAVIDSON MOTOR COMPANY
                              1425 EDEN ROAD
                              YORK, PA 17402
                              MARK FOR P.D. C-0000001880

        SHIP POINT
30 DAYS              k'NITED PARC
            5/26/YU              4:)    1211061

    E A

    EA

    EA

·'DELIVEW

```
PN:-256-190
OIL FILTER ELEMENT
```

DRAWING REV. 00

**DELIVERY REQUIRED**      **AT** DESTINATION
          5/26/99                              900      1211061

PN:-295-301
GASKET SET CYLINDER HD

DRAWING REV.

DELIVERY REGUIRED AT DESTINATION
          5/_26/9e                              14      1211061

```
PN:-290-015
TIMING BELT
```

DRAWING REV.

DELIV5RY REQUIRED AT DESTINATION
          5/26/98                              BOO      1211061

 *E10*

 E

 EA

I

```
PN.-230-e4D GASKET
```

DRAWING REV 00

DELIVERY REQUIRED      AT DESTINATION
       5/26/ge                              122      1211061

```
PN:-251?-165
```
**RELEASE** CAM 30DEGREE

DRAWING **REV**

DELIVERY REQUIRED AT DESTINATION
       5/26/96                              31      1211061

```
PN,---56-160
```
OIL **SIEVE**

DRAWING REV 00

 DELIVERY REQUIRED AT DESTINATION

4 1

u?~&A. . **O***we"170*

I

*I*

I

I

I i

*~Ufi H-0* **MOTOR COMPANY**

-

**SUPPUER**

*KA*                          vu
Swr *0I*                      in

<u>CD</u>

UNrrf*tice
r,40. 7B30

$5. 2259

19 0151

13~ 2132

**:'b6qwu~piow**

**$4703.31**

$266.21

$10570.56

$1 7405              $212.34

$8, 1862

$253.77

SIMEONE 02514
CONFIDENTIAL

Harley-Davidson Motor Company

P. 0. BOX 493
MILWAUKEE, WI 53201
.UBMrr INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACM, PAYABLE

ROTAX GMBH
PO BOX 5, GUNS KIRCHEN
<u>L</u> <u>AUSTRIA,</u> A46Z3

30 DAYS

-  - 'u.-"^~t  *°Fle A XWW A*.G) Apkaq C- ~-,U,-S-0S_-~* WC'.*  .  T-
~PURCMASEORDER C-OD00001880 PD <u>REV:</u> 001

5 071TE3
At U"-'M  M .S1 %CrhjP j *a* ,                          A)
                          H/D YORK
                          sup"." ccm
ck~wwE co co-ja

Ej                          JR1050
SHIP TO (ABOVE ADDRESS UNLESS OTHER%%nSE NDICATED BELOW)

7 F

SHIP POINT                          LINITED PARC *-M OF fl*

                                   <u>E5</u>

ID            of-

r

EA

EA

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
_J LMARK FOR P.D. C-0000001BE30

7

V-0 VM5- OFUEA DF                              j        DLXAGLE   *RESALI    W"

PN:-2?3-458
BALANCE DRIVE ASSY

Z~/26/VU                    100    1211061

PN~-212-620
OIL FILTER COVER

DRAWING REV, 00

DELIVERY REQUIRED AT DESTINATION
    5/26/99                       37    1211061

PN:-277-807
FLYWHEEL PULLER

DRAWING REV 00

DELIVERY REQUIRED AT DESTINATION
    5f2b/98                        6    1211061

EA1          PN~ -234-353
    GEAR FREE WHEEL

    DELIVERY REQUIRED AT DESTINATION
        5/26/96                       3        12-11061

DRAWING REV.

DRAWING REV

DELIVERY REQUIRED AT DESTINATION
    5/26/98                        3    1211061

I

1

'5

$235. 55

PN:-212-960
STARTER DRIVE COVER

PN:-276-310
OIL SEAL INSERT JIG

DRAWING REV. 00

%B. 3980

11. 8156

$310.72

$70.69

s~26 6805                         i   $80.04

1

**1**

1
1

~b78 516?
i
I

I
I

DELIVERY REGUIRED AT DESTINATION
      5/26/98                                     3    1211061    13,6367

DRAWING REV 00

DELIVERY REQUIRED AT DESTINATION

SUPPUER

$40.91

FOR H-O M07OR COMPANY

-'~ZEO

SIMEONE 02515
CoNFIDENTIAL

19

| | **i**

Harley-Davidson Motor Company

W-W.g f" "6A" ml~xoftl'y

P. 0. BOX 493
MILWAUKEE, WI 53201
SUBMrr INVOICES IN TRIPLICATE TO ABOVE <u>ADDRESS, ATTN: ACCCTTSS. PAYABLE
. PAYABLE</u>

    ROTAX GMBH
TO PO BOX 5, GUNS KIRCHEN

  L AUSTRIA, A46Z3

N30 DAYS

**PURCHASE ORDER** C -000000 1 **BBO** PO REV: 00:

   5/07/9B                    4,,,     **1**

rftc~ ~ w,                        Pdwfcr"4
                                  H/D YORK

   my-wa
   Orlw..=     am

EI                                R 1050

71-

SHIP TO (ABOVE ADDRM UNLESS aMERWSE INDICATED BELOW)



HARLEY-DAvrDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, **PA 17402**

_J L MARK FOR P.O. C-0000001eGO

SHIP POINT                       rNITED PARCEL        51 I-Es

                    IV M
               v~
               '~rt      00*

     5/26/9B                 1:5   1211061

10c