EA

PN:-831-762 O-R I NG

DRAWING REV. 00

DELIVERY REGUIRED        AT DESTINATION
        5/26/98                     100     1211061

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY,
ETC.) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK
DIVISION.

BY ACCEPTING THIS ORDER OR ANY PART T
SELLER AGREES TO BE BOUND BY THE INST
TERMS AND CONDITIONS ON THE FACE OF TH
AND ATTACHED HERETO FORM NO - Y6034 (P
NOTE '
MATERIAL SAFETY DATA SHEEI(S) MUST BE
FORWARDED TO JAY DIMLER AT
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402
WHEN APPLICABLE

            i

I ~
I            I ,
   ... mwv?.

   COLLEEN SHREV r- YOR          41

KC 6113 (PCRI 1/98

REOUtRIED Deuvipy

REOF, CTIONS E ORDER CR).

I

  I
  i
  I
  I

UWT PF4CE          _-EXTDA3EDPF#0E

$3.3752          $337.5.'

TOTAL

     FOR H-D MOTon CDMPANY
MANAGER 017 MATERIALS

–

SUPPLIER

S25880~ 01

SCION INEF01 N EE NO T2 51 A16L

I

AA623 GUNSKIRCHEN
VkLsu Swasse 32
wdg.'Ja mt

Tefelm (0)7246160 1 -0 7eWu: (0)7246/63 70 FN 103133 1

uu uo
Do ls                    Pwmwac . : Bornbad w-Raw Gt}H , Paakach S. A-AfZn Gmhwchm Awm

PiD

                                                        uu Ub
                                                        .U no

1ju vu ;; 13 13 m

uu uq a 11 4 .:

                                                        uu uu
                                                        na on

COMMERCIAL INVOICE

FAGF I

I   kLxJW-'*

C~ -
  1 '-566

Y~ ardw no

PMMUV NO no,

07

B & vs vm~
Orom ow                cont-awn of 0,0"

                                        Lw-, 7~      . . . . .   LW    2m -
                                        OW mi       DOWMIY Um
                                        ,'7                           -' 7r

A.t G-rw ~ L.#w--a                                                   ft~ -l Po=hnWV 0r-d G. 4Lw l On s-. or - sWi,-ly
mid 5&~ ConM~                          WH VOU:

          1~111 l T e 0

E -              E; 2'     r,E
  i:~Fi T
 ~)E l

c

   E'C~        C: Cl rJ t7l

&C                      no    ~- 1, G    l rZ r 1 7

CPT YORK

U n T                    C. I -          C-1- 1 C, I I-,

i-)F

 - -: 'I 17.'f
 ~ ᵃ
 ᴸ~n

1° L°%virlg%ARiW  I CDuray of arV~
ErUkjngsW vk-t, Gaict~wia m4s clow Sitz ckes Besteers
~ank hy Obenztwreen trd Salmrg. 'Abbs Kto 2a3-0701 /0Q. S-41 0SKLAT2L BLZ 15130

Bo. ZaNunoawc.wzw ~

I                           :::

' 7 ' awwnw

:'t

SinEONE 02517

CONFIDENTIAL

V~ 0'gum~ p a bw °ct.

I~SPU~+$E OF43ERWOM ERbraST 4°EAP Dh ALL %%~OK!SAmo SHPPIF°3 **DOCLko**

                                                    ~JS

**PURCHASE ORDER** r-nnnn nn I qnj Pn ;?F:V. nnn
ctwR **ofat**                              m%/E          GOVE.~am°F
   5f 14 ɪɢₒ                              ɪ OF

cx~clcm cr cc-V~                              **14/n YORK**
       0°0 SPVCWICAdSTiE A                                  COW        QflɪTWRₑ+
       leo'sAm - ᴏw                          R ₁ Osfl
  SHIP TO (ABOVE ADDRESS UNLESS OTHERWBE INDMIED BEL00W)

            HarleV-Dat~dson Motor Company
            1425 EAkn Pmad. )brt. FA 174M 717/84& 1177 XXXXXXXXXXXXXXXXXXXXX P. 0. BOX 493 W

**Susm ry** INVO, S ɪN THIJARIV
            (§EE.
        rAbb ꜰɪɴ A4 **EA'** PAYABLE


**7 F**

TO                                ROTAX EMBHEY-DAVIDSON MOTOR COMPANY
     PO BOX 5, GUNS KIRCHEN           1425 EDEN ROAD
   LAUSTRIA. A46Z3                _J LYORK, PA 17402

| | | FOG Cel T WYr | MACLI IINT:;gn pARiv, | Tgh 116~46 ₇ | | ~W~f -W flYWACT ID SWE OF n SALIM AND USE **uxru~. Ow~w** | 1° |
|---|---|---|---|---|---|---|---|
| | | 7 . | | | RECK#RED **Darvm** | __Iw_Pl cE | EXTENDED PRIIM |
| 500 | EA | PN:-241-783 DRAWING REV. OIL PLUG M12XI.5 DELIVERY REQUIRED AT DESTINATION 6/04/98 500 1211061 NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC.) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSDN PURCHASING DEPARTMENT, YORK DIVISION, | | | | $3.3 000 | $1650.0 0 |

BY ACCEPTING
THIS ORDER OR
ANY PART
SELLER AGREES
TO BE BOUND BY
THE
**TERMS** AND
CONDITIONS ON
THE FACE OF THk
AND ATTACHED
HERETO **FORM NO**
**- Y6034**
NOTE:
MATERIAL SAFETY
DATA SHEET(S)
MUST BE
FORWARDED TO
JAY DIMLER AT
HARLEY-DAVIDSON
**MOTOR** COMPANY
1425 EDEN ROAD
YORK, PA 17402
**WHEN**
APPLICABLE

**C** Q~ Lk

THiREOF,

INSTRUCT
IONS,

ORDER

(P~R).

TOTA
L

$1650.0
0

---

a!~ Aq !w _%cs  ID

I I E 11°                        4!
                          f!ma

FOR H D MOTOR COMPANY

COLLEEN SHREVE - YORK

[~TVK}ALZEDW.7~Ej

6113 (P CRi IM

SUPPUER

SIMEONE 02518

CONFIDENTIAL

**b=- 11MV**         A-4623 GLW-XSDiEN
                 wetw Snsse 32
            *Lirdes wxhl V i&*

*Ydelon: (D)T246/601-0*
Wtax: (0)7246/63 70 FN 103M I

**ou ac** Puawmcmft Somowomt-Ratu GffbH. Posdach S. A-46M Guftkwamn. A.=*
**an go**

H                e F j i a s c. r i i i
F';D c.c. e -
~',JLWALb EE ~41

**01i U0** <u>an</u> D o

**uu uv na** D o

**uu** U0 13A a

**uu um no on**

r**OMMERCIAL INVOICE**

*Noe* .

aw. **zwowv** ~d **sa'aft-ww** b-W W°~ i P~ am
            CiD OS sMi INVOICe



Mc          I- I

Hadey-DaA&on Motor Company

    P 0. BOX 653
    MILWAUKEE. WI 53201

ff IUMCES IN TRIP UCATE 70 AB DVE ADDR US, AM: A=. PAYABLE

R-OTAX GMBH
PO 13DX 5, GUNS KIRCHEN
AUSTRIA# A46Z3

---I F_

W1WHAISC 01fDC4
cp0mmi
    7/23/97          l
P..cowry   -A"-0      AM WJ JM 70  _"Olow
              3-                      am    H/D YORK

    i-W40MFIDWOM L                    R1050
    cay"Wicwt co cobvqvolm      -100              ─w cOc*

    SHW TO (ABOVE ADDRESS UNLESS OTHOW ASE INDICCM RE1.0"

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
    YORK# PA 17402
LMARK FOR P.D. C-0000001712

-SHIP POINT

SIMEONE 02519
CONFIDENTIAL

I"

L OT14ER CARRIERS FX DTD 77-07

C) I v-, c.,-A~ fo-

ATE

v_.j

. q".r-e A r&--

r OOR ", 0 ~FR r~

j        VENDOR

-- '"~a r v v'~ v r0¡-r v= -v·:‹-v 0^^C V%fvv

SIMEONE 02520
CONFIDENTIAL

A4623 GURSOMEN
WHO SU= 32
uwmwbcm MIS      FN 103133 1

Tek4on: (0)72461601-0
TMu.- (0)7246/63 70

I V DU
I S lt PoMW0&mft: Boff¥t%m-h=x CwvbH. ftmdaM 5. A4M Gurworamm ^uwm

IV Vu
LR 00

.I

Ju VU
.c; p I-

ju ou
in A

JU wu ~2 an

COMMERCIAL INVOICE

PAqt

| 0. Zmam m sffwto~ | |
|---|---|
| κ–м C~ | roosercia!<br>InvcicE N~- |
| | Date |

| | | | U~ zs.,~ | |
|---|---|---|---|---|
| o- | | | | |
| | | | | |
| Y0W omw m | o°w am | col°-10-of o°w w | W mf | D°~y 000 |
| | 1 | 1 | | |

| VwWMWaP-". | Aul GngId "ww LWOW-<br>~v Vwk"rWbK*VwVon | | w=m mr kv Ihm<br>Nochnung wid<br>GehLhr/On | | b~ W our Dwr~y **Sobw**<br>**Conalmu we oom**<br>**YOU:** | |
|---|---|---|---|---|---|---|
| P-d-v ov | | | | | | |
| b"nowor, | An A~ M | t. | T<br>n | | **PMWEhWLI*pX*** | |
| | | | I<br>1-.-; L 1-<br>t | :1.,<br>lil.- | j,.<br>T. | C. L, _4 |
| bc.l P<br>S | ~I<br>C<br>OG i | r | | | | |
| 2v*-9w- | 7 - | | | | SIMEONE 02521 | |

V<br>
Erj~ANjropso rl V~ejS Con rj)ts%af%d V"ts ooL~ S.,U W s Be-,,4ej~e rs<br>
Bw" U Obe~ rucn und SalzbLq. Yk4& K ID M -0 701 / 00.S~tt OBK LAT 7L B LZ 15 M<br>
Bank Amma A6,          Wets. KOND 820-131@05/DO.BLZ 12BOO

8~ Lihkjng3~rιιg wero~

CONFIDENTIAL

ft-nigszo.pw o. a befuchrot

I

## Davidson Motor Company

'7                    P. 0. BOX 493<br>
MILWAUKEE. WI 53201<br>
=3MrT MYCICU IN TFUPlJCM 70 ABOW ADDRM, ATTW ACM. PAYABIJ

ROTAX GMBH<br>
P-0 BOX 5, GUNS KIRCHEN<br>
AUSTRIA, A46Z3

w IM

L30 DAYS

puw:3j~ ORM C-000000 I EM30          P0-'R E"V: " 00 1<br>
    a"                    -      -      i

    5/0711M]              1 ell      |<br>
NOW" "AF d                    ɜɣ W

    or cww%A=              H/D YORK

                          R1050<br>
OW 70 tABOVE ADDRM UM-E.SS Vn4ERWME #H"CNW BELOW)

                FIARLEY-DAVIDSON MOTOR COMPANY<br>
                1425 EDEN R13AD<br>
                YORK, PA 17402<br>
                -J LMARK FOR P. D. C-0000001980<br>
                          VERN" 014" cr          MR "L l-ιι - -- ι wl

                PARCEL<br>
SHIP POINT          ~N TXM~R

i

    270(<br>
    J,OD ~-<br>
2 --00 T

|

    !

    ι

|

EA

W

*EA*

*13 E*

*2 9' E,-*

*13 Etc*

0

PN:-264-737
IGNITION COIL ASSY

113 feeM IM

I - q I

I

. 1 11 1111-1110      1111111 1 11 11

PN.--230-920
O-RING MWO O-250 N70
P6 -fi-
DELIVERY REQUIRED AT DESTINATION
        5/26/98                    2700    1211061

PN: -212-595 -'~
OIL SUMP COVER

DRAWING REV- 00

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
        5/26/98                    50     1211061

PN.-29--I-151
STARTER MOTOR ASSY

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
        5/26/96                    13     1211061

PN * -295-300
GASKE-T SET ENGINE HD

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
        5/26/92                    29     1211061

PN:-276-445
TIMING PU" EY PULLER

DELIVERY REQUIRED AT DESTINATION
        5/26/98                    13     1211063

1--

i

|
|

DRAWING REV. 00 ~

DRAWING REV. 00

i

DELIVERY REGUIRED AT DESTINATION                    i

I
I
L

S

 1

6

rOR H-D MOT OR COMPAJ~N

-        0~"opu=)M~u41

S
,,tPPLJER

$.8300

S2241-00

~23. --,egg

$1179-44

16.5896                    $1515.66

$56. Z: 31                    $1632-20

10 5975                    $137.63

I

SIMONE 02522
CONFIDENTIAL

Harley-Davidson Motor Company

P. 0- BOX 493
EE, WI 532DI
MUrT WVDIM DO TRM=TE TO At OW ADW =. ATrN: AGM. PXYABLE

PLWJCKAM 0R)0                    C-0000001880            PD RE`V: 001
C-dxnvwa                            ftwu            0 -a
    5/07/9e                            2w
                                H/D YORK
    cP"wr_1" co cc.0%..."
                                R1050
    S"01 'M fASOVE ADDAESS umm crniERWLSE WOXCaED BELOW)

ROTAX GMBH
PIC BOX 5, GUNS KIRCHEN
  USTR! w.

HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN
ROAD "OF
  т RK, i:A                            i7402
_J LMARK FOR P. D_ C-0000001B90
                    MOM CW        oft"'A -pot 3kcAa ID

*CP F~ Wum me u*
*6"' Me -!3r*

30 DAYS                          SHIP POINT                          ITED
PARCEL         1:2 15

i

90

    14

(300
5 "
5-00

    1         222

## 1

              ᵞ-.

    31
      ^
.10

^ AU              ™

**INNiwig**
WIV i M-w_ .-:4

f

PN: -230-94 01GASKET

DELIVERY REQUIRED AT DESTINATION
      5/26/98                    14   1211061

    EA PN:-280-015          DRAWING REV.
        TIMING BELT

        DELIVERY REGUIRED     AT DESTINATION
            5/26/9e                  600   1211061

  /,F,A

  IPA

## ~11

DRAWING REV. 00

DELIVERY REGUIRED     AT DESTINATION
      5/26/92                  122   1211061

PN: -259-1651--1'
RELEASE CAM 30DECREE

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
      5/26/98                  31   121i0bJ

PN: -2156-160
OIL SIEVE

DRAW1NG REV, 00

i

i

DELIVERY REQUIRED AT DESTINATION                    |

FOR H-O UOTOR COMPANY

5-5. 2259 1 f-4703, 31

;~19. 0151          S266.21

113.2132           siO570.56

si 7405

s6. 1@62           $253. 77

%212.34

113 WCA)IMS

SUPPLIER

SIMEONE 02523

CONFIDENTIAL

**Harley-DaVdson MotcT Company AsAiT *" &X Wjl&,7j)ft"'R P. 0. BOX 4-c?3 i W 1 53201**
*SUUfff IXVO= IN TRWUCKM TO ABM MWRM . KrTW: ACM. PAYABLE*

F_
  -                              ROTAX GMBH
10 PO BOX 5, GUNS KIRCHEN
   AwSTKIA, A46Z:~%

0.4
L_

00 DAYS

   IZA

 6 X~A

1      KP N
       01

**puno"EORD"**              C-0000001880    PO REV: 001
**am= om**                      "'m      **cor".4w cmnvm=** No

*5/07/98*                        *3 if* |

    *fimx= w -Axpitlow ev*

      9-                         D - **H/D YE)RK_**
**CzErow-An** C P D0W P U& M M         JOB **cam** "ROL"W **bom**
      ".r.                        **R 1050**
SW -FO (ABOVE ADDRESS UNLESSOME):rWtSE INDICAnM RELOM

    HARLEY-DAVIDSON MOTOR CDfIP#-Ny 1425 EDEN ROAD
    CjRe,, PA i~,402

_ J L HYARK FOR P.D.C-0000001880

-i

SHIP POINT                                                                                      _7ARCEL_

:A

54f 26 1f YB                              _100      1211061
PN--212-620
OIL 7TLTSP COVER

DRAWING REV. 00

DELIVERY REGUIRED AT DESTINATION
        5/26/98o                    37    1211061

PN:-277-807
FLYWHEEL PU" ER

DRAWING REV. 00

DELIVERY REGUIRED AT DESTINATION
        5/26/9B                     6    1211061

PN: -234-353 /
GEAR FREE WHEEL

DRAWING REV.

DELIVERY REGUIRED AT DESTINATION
        5/26/?a

PN:-293-459 /
BALANCE DRIVE ASSY

3    1211061

DRAWINQ REV.

DELIVERY REGUIRED AT DESTINATION
        5/26/98                     3    1211061

PN:-222-960 /
STARTER DRIVE COVER

DRAWING REV. 00

DELIVERY REGUIRED AT DESTINATION
        5/26/96/                    3    1211061

    -276-310
     SEAL INSERT JIG

DRAWING REV. 00

DELIVERY REGUIRED AT DESTINATION



                A

                                WIT-

13 IMP) IS6

se. 3980

lsil.8156

$26. 6805

s310_72

$70.89

$80.04

78. 5169         *235. 55

I

I

F044 H-o moTOP compmvy

SUPPUER

13 6367                    s40.91

SINIEONE 02524
CONFIDENTIAL

rV7 -;I lt ~i

Davidson Motor Company

P          D BOX 4173
MILWAUKEE, WI          53201

SUIM[T WMI= W TRIPLWJITE M AAM ADDRM. KrDt A=. PAYABLE

Pum>iAmooloER C-0000001830 PO REV:          002
*Oftt- DOE*
5/07/                              4
H/D YORK

W CCW-% W"
=VVM.8WS*A                    MR CM 11      AP=ADR.COM
NOM MIND * t-              R 1050
SWP TO (ABCWE AaDRESS UNLEM MHERWISE INDICCW BEUPM

ROTAX GMBH                         HARLEY-DAVIDSON MOTOR COMPANY
TO                                             PC BOX 5, GUNS KIRCHEN
1425 EDEN ROAD
L AUSTRIA, A46Z3                   YORK, PA 17402
_J LtlARK FOR P 0 C-000000i880

SHIP POINT                ITED PARCEL

J30 DAYS                    rN            I                    a
5A

*loc*

*El*

l

i

PN:-B31-762 / G-RING

DRAWINQ REV- 00

DELIVERY REGUIRED       AT DESTINATION
     51216/98               100   I_211061

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC.
) WITHGUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSOM PURCHASING DEPARTMENT, YORK
DIVISION.

BY ACCEPTING THIS ORDER OR ANY PART T~-
SELLER AGREES TO BE BOUND BY THE IMSTR
TERMS A14D CONDITIONS ON THE FACE OF TH
AND ATTACHED HERETO FORM NO - Y6034 (PC
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO JAY DIMLER AT
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402
WHEN APPLICABLE

1

*EREDF,*
*UCTIONS,l*
E ORDER
 R).

TOTAL

roq;zo .*oTOR Ccw~-.~*

MANACER *OF* MATERIALS

,OLLEEN SHREVR-r- YOR

SUPPUER

s3.3752                    $337.52

i

**$25880. 04**

**\*\* TOTAL PAGE.05 \*\***

SIMEONE 02525
CONFIDENTIAL

A4623GUNSKIRDa
VkW S traW 32
Lmdespffdd mis

Telelon : (0)72461601-0
Tdelax: (0)7246163 70
FN 103133 t

PDZMnX twft: BotiftwO ff-AVU CV rd)#4. POW Wh 5, A -46M GW uWrcr\*i,.. As lru

Me = Sr S~ . Harlev-5P0 "WL":

                                                        JU tip
                                                        LD ;l

lu LOU ln wo

P IR

a nfi

COMMERCIAL INVOICE

Kund-ft
c.ow." m
17 55, 4,6

    a" zarKm U.0 Sot"1110-W. tow W"~ i Pititt" soft

            Cosserciii.4 Irvoic:E ki.

Smx\*w no,                          Date
            i9qS. (16 ~,e

| we Bfwm k%tt-, ytxt, onw M. 1 E;E ; 00'. | | 945\*Killik~ Dww ow | Aiftwg~hti - 01 .10. :Sf .-, | UnW Zaawn 0.1 | Leftfawl." D$&W7 am i 6 |
|---|---|---|---|---|---|
| | | | | Y'r ,E.7." | |
| Vw"n&"mQ --W | Auf Gπvo ~rw UOw- u nrl Vw%&u bbmW VLmg\*n uu~ ~r fn~ fut "wv Floicr-V und C~twhr l On t-W Dw,-y and Saks conwoom sem Wu: | | | | |
| PK%wv mv - -7 c',-,007, 4~ | | | | | |
| LW V&l()lY | An-"m fPw m, | | | | |
| | E:--c w c iT 0-R! .\*~l- | | | | |
| | Pac ~ i --,o ~nc 1- 1 or. t | | | | |
| | !T r_i c t r, 0 -n ʞ̈ ᵔl ɛ. l E- T t 4, l n C, E~ ~t C, L. l er-, I T V C- Eo -47 Y,)R-~ a ri;? t w & C, r. | | | | |
| Thr- t:. t) L | | | | | |
| zek-9- Pwmwn T~ e ln,-. I,: r L, r i r, SIMEONE 02526 | | | | | |

V UrzonoVatwid I C-* cd omgmn
ErtGtkjn gsW Y-A/?Ls GL~,ch LSSLMV YAL L5 ow S itz des B moim
Bank W Obeft4jw*mch Lrid SiezMeg. ftk~ K10 283-070f /00, SwM OBKLAT2L DLZ 15130
Bank Austm AG, VMs. Korb 820-131-905/00. BLZ 12800

Bet ZaNurK;sverzug w en*n

CONFIDENTAL

V&7uu&mr*vn a S. bmacfmt

I

# let

DavWson Motor Company
VilnAw ty
P. 0. 3D C 493
MILWAUKE-i, WI 53201

puRC KMO FMa I C-0000001890  PO **REV:** 002 c°

**H/D YORK**

c""w. cwG c p c cwumm
w·s co·MIOWO"

*JIMFT WVUIMS IN TFQPUWE* TD ABM AO DRM, ATTN: A=. **MABLE**  Poo  "-ww. **R1050**
**SHIP M VZOVE ADDRESS --RiLESS GMERWSE NN04W BEL004**

ROTAX GMBH
PC BOX 5, GUNS KIR-HEN
L AUSTRIA, A46Z3

JO **DAYS**

**HARLEY-DAVIDSON MOTOR** COMPANY 1425 EDEN ROAD YORK. PA
17402:
-J L MARK F13R P. 0. C -000000 1880
~4-~SAL **0%0t*C0**

I

sum oR ok    uA

*1"SHIP POINr VNI-,r~-.~PARCEL* A7                              M

' w"    di

270~ E

PN:-230-?:W        DRAWING REV. 00
70D            .0-RING M6300-250 N70

# 1                                        6 -fj

12 -*,,v T:, W rDELIVERY REQUIRED AT DESTINATION
'T          1           5/26/98        2700    1211061

i
i           I
I      i 3

50        PN: -212-575
OIL SUMP :OVER

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
5/26/98              50      1211061

E              PN: -217-3-151 ~'~
    STARTER MDTOR ASSY

DRAWING REV.

        DELIVERY REGUIRED AT DESTINATION
            5/--'6/9B                    13    1211061

21 E1          PN: -2175-330
    GASKE7 SET ENGINE HD

DRAWING REV.

I
            iDELIVERY REQUIRED AT DESTINATION
            5/26/92                    29 1211061

  E            PN:-276-445
    TIMING PULLEY PULLER

        DELIVERY REGUIRED AT DESTINATION
1                            5/26/98 13    1211061
    PN                        7 7

DRAWING REV. 00

!I I
  I .
  1        11 1


SUPPUER

IGNITION ZOIL ASSY

DELIVERY REQUIRED AT DESTINATION

I
I

I


'S. 8300              i    S2241. 00
i
I
I
%23. 5E3B9        s2179.44
I
I
I
!

%~ 16. 5996          S1515.66

1 -56. 2-631          $1632.20
r

i

~110 5975                    i  S13763

l

DRAWING REV. 00              1

t
I
I

F'049 H-D MOT019 CC)MPAWY

SIMEONE 02527
CONFIDENTIAL

Harle~-Daioson Motor Company

P. 0. -710'1: 4c?3
MILWAUkE_'~;j WI 53201
pomff WVD= 01 7NPUCM TO ANVE ADDR MS, ArrN: ACM. PATAKE

RMAX GMBH
PO BOX 5. GUNS KIR-HEN

L               A-;-6zz

puqCmAU0aM C-0000001BBOPO REV: 001
Doom Dm                              -0°      acwtua -0
    5/07/78                              20.
                OoLm= 78 lesptc~ w
        [~_ -p-                      H/D YORK
                    S34 cced
[0
    Ww."ww4aLwm
    %W TO OZOVE ADDRUS ~ALESS OrHERW(SEThFt_C_(tD BELOW)

    HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD

LMARK FOR P. 0-C-000000jeSO

l

10 DAYS                    SHIP POINT                              ITED PARCEL
        sms cp ft ON° -w U.6
                    J;                              w"wad"Nami6mmm Ul

901 D

r

i

l

l

PN:-256-1?0/                          DPAWINO REV. 00
OIL FILTEi ELEMENT

                                  (--e C).- I f
                                  DELIVERY REQUIRED AT DESTINATION
                  5/26/98                        900    1211061

141                          Pw: -295-301 --'        DRAWINQ REV.
      GASKE7 SET CYLINDER HD

          DELIVERY REQUIRED AT DESTINATION
                  5/26/98                      14   1211061

     E     PN:-280 -015
          TIMING BELT
'30

          DELIVERY REQUIRED        AT DESTINATION
          5/26/99                      800   1211061

12        PN: -230-840--1-,
      GASKET

DELIVERY REQUIRED        AT DESTINATION
      5/26/ge                  122    1211061

PN:
RELEASE CAM 30DECREE

DRAWING REV

          **DELIVEFY** REQUIRED AT DESTINATION
          5/26/9B                      31    1211061

10        PN:-2-56 - 160
          OIL SIEVE

**DRAWINC REV.**

|          DELIVERY REQUIRED AT DESTINATIDN

DRAWING REV.

DRAWING REV. 00

00

FOR H D MOTOP COMPANY

.AWV-M*' 54-.

|

13.2132       %10570.56

IS5. 2259  **1 Z4703. 31**

**1**

**i**

~19. 0151        $266.21

$1-7405              1  S212.34

%6. iB62             1  $253. 77

I

SUPPUER

SIMEONE 02528
CONFIDENTIAL

lilt-ii- ᵢᵢ
~I tlarlc~'Cavidson Motor Corrtpany

P. 0. 13OX 493
MILWAUKEE, WI 53201
OW MYOtM IN 7RWUrATE TO AWYE ADDRES S. ATM: ACCM. MAILE

PURCHAUORM C-0000001BBO  PO REV: 001
CO-TW.&AW CDWn%'M NO

5  io7/,?e 1 3
wwm- ^.Y.4  ............urøuwr ıC  C  W
⁷⁴
**11**          H/D YORK
°ᵍⱼ
CXX                         cc'
ma wma"am" &
woo~ " mr               7RI 0; "0
SMP M tAWNE AWRESS UNLESS 0rHEJW4tSE LOWIC-CM bELD"

ROTAX GMBH                HARLEY-DAVIDSON MOTOR **COMPANY**
PO BOX 5. GUNS KIRCHEN    1425 EDEN ROAD
AuSTKIA, A-~6LLj          Y'IJRK- PA 1~402

L                        _J L-MARK FOR P.D. C-6000001SE10
numumma  ₁₀
₂-ᴹᴬ· **Amme w4ar~**
0 DAYS            17HIP POiN*r                      PARCEL
L-+ ED

--t-           1____5726,-7S100  1211-0-6-1--

Z37                 A PN:-DRAWING REV. 00
OIL FILTE-1 COVER

DELIVERY REQUIRED AT DESTINATION
$310.72
5/26f?E!         37            12110669.3990

i     61          PN:-277 607-~/  DRAWING REV, 00
FLYWHEEL PUlIER



i            DELIVERY REQUIRED AT DESTINATION
        *5/26/9B*            *6*                          *1211061*        *Mil 9156*
                        *s70.89*

    3XPN- -234-353                    DRAWING REV.
        GEAR FREE WHEEL

    DELIVERY REQUIRED AT DESTINATION                    I
        5/26/98                              3      12110-61,6E105
        SSO.04

    PN: -29-~ A 59              DRAWING REV,
/~IBALANCE_BRIVE ASSY


    DELIVEFY REQUIRED AT DESTINATION            I
        5/26/"                          3      12110-678. 5169

                l   s-235.55

E                      PN:-21BAWHING REV. 0
    STARTEF rRIVE COVER

 DELIVETY REQUIRED AT DESTINATION
        5/26/9e /                    3    1211061

/PN-276-210
    Oj~ SEAL INSERT JIG

    DELIVERY REQUIRED AT DESTINATION


DRAWING REv. 00

        13. 6367      T.40. 91


i

FOA --i-o **MOTOR** COMPANY
113 PCRI VOG
SUppum

SIMEONE 02529
CONFIDENTIAL

        lel,-ravidson Motor Company

        P. 0. BOX 493
        MILWAUKEE, WI 53201
UIP# tXMCEZ W TRIPLICOE TO UGVt ADDRM. KrnL A=. PAYABLE

    ~ -jp%>--A&                    0.= h.0      voc"gu rs

pUW>uxX0r0ER C-0000001880 PO REV: 001
Ddl
5/07/9B                                                  4,
                                              H/z YORK
                     3M CZM                    FJP"-" COW
_т- fta "cpwwv"A

~0                                            R 1050

F -
     ROTAX GMBH
0 PO BOX 5, OUNS KIRCHEN
     AUSTRIA, ^46Z3

7 F

SW TO (ABOVE ADDRESS UNLESS M-HBMSE INDICATED SELOM

                              HARLEY-DAVIDSON MOTOR COMPANY
                              1425 EDEN ROAD
                              YORK, PA 17402
                        -J        MARY, FOR P.O. C-000000ie80

                                       U"UA   wo. "rs". -м Umma o sun op ft

-3              SHIP PO-INT- -               rN~ ik.
30 DAYS                        i            ITED PARCEL
ı

100

DELIVERY REGUIRED AT DESTINATION
          5/26/98                    100    1211061

1211 U61

?N:-631-762 O-RING

DRAWING REV. 00

I         i

i

i        |
            |

i
I

|

i
|

EEN SHRE;Fc r- '(DR                41
C  //
          46

..... . . . . . 3                    9   1      Lv. =):s

I

$3,3752                $337.52

NOTE~ THIS PURCHASE ORDER MAY NOT BE ALTEREE IN ANY MANNER (TOTAL COST, DELIVERY,
ETC.) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSON PURCHAEING DEPARTMENT, YORK
DIVISION .

 i

 i
I
I

I
H u E c

   i

   I
   S. ~

BY ACCEPTING THIS ORDER OR ANY PART TH
SELLER AGREES TO BE BOUND BY THE INSTR
iERMS ANr CONDITIONS ON THE FACE OF TH
AND ATTACHED HERETO FORM NO - Y6034 (P
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDEL TO JAY DIMLER AT
    HARLEY-DAVIDSON MOTOR COMPANY
    1425 ELEN ROAD
    YORK, FA 17402
WREN AFPLICABLE

I

REOF,
CTIDN
  ORDER R).

I
I

     FDA k4-0 UOTOA =WPAWY
MANACER OF MATERIALS

I

I

i

TOT AL                    I      $23B18D. 04

i

I

SUPPUER

** TOTPL-'PAGE.05 -

SINIEONE 02530
CONFIDENTIAL

A-4923 GLNMRMN
Vftff Same 32
*LTwmwdd* mt                 *FN 103133 t*

TeL-fon : (0)72461601-0 I&tax : (0)7245163 70

Bmbwidw.Ratax C4nbH. Pog=tch-ri, A-4623 G~w&*n.-¡··

*N* all _~v_ im,

ı w *IJU* lu u .

                                        *JU* Sju
                                        in *I*:

                                        *IV* wu
                                        f~; *NU*

,L)MME RCIN . INvolcl,

-, k,

        ALNWMQ~N,                 Lvov Zotrw   *FLwftmwl*
Czn"Tnnon cl ofo" no             ᴅ ɪ ɴ ғ ʟ q.   ***Dtb~y am***

M" eo*oo"L~
Y" onw -

vw"Wbo"..

        M-owlcj)tr~_____Anftw-bw  fₚ w m

pvrnwo  ₐ.₀₀-

r¹ LNxwungm" ı CcLmv ol aw
Erfldkj'bW ᴡ ᴀ ʟ ₄ₛ GenСh=" "k-t$oc~ *S-U* ᴍ ꜰₛ Btr5ieg~
EL"kr" fa Obwmtmra~h Laid Sa=uM. Yftt. ᴋ ɪ ᴅ 283 0701/00 S~tt 0(3KLAT2L BLZ 15130
Rarkk Amtna AG, We*s Kor"o 820~Qi-905/00 *BL2* 12800

*Be*. Zaritxl~ eroen

SiMtONE 02531
CONFIDENTIAL

Venugszoism v. a bwactw"t

                HarWy-Davjdsm Motor Company
                **XOAN" ICA% M"x%wx?xw 0=**
                **P. 0. BOX 4913**
                **MILWAUKEE, WI 53201**
SUBMIT I"voias im TRwL=ATE To ABOVE ADDRESS, ATM ACM. PAYABLE

     F ROTA X GtlBH
ᴍ -PO BOX 5. OUN-9 KIRCHEN
        AUSTRIA, A46ZZ

TA-4

N30 DAYS

i
i
l

I

_=_7cc

;DLLEEN SHREVE - YOR                    41

_ - -                        _A~ AX4% ,,Q 0. A" voc-mv .10 bww..G

**PUP43AU OF4" C-0000001953**          **PO REV:** 000

cowpu=

**6fZ4/99**                                        **1**

lw~fta.G                                V.S.01cr w              vr

# 1 E3                      **H/D YORK**

**R2050**

SW TO (ABOVE ADDRESS UNLESS MIMERW151- VQYZM t~u BELDW)

KARLEY-DAVIDSON MOTOR COMP^NY
1425 EDEN R13AD
YORK. PA 17402

_J L MARK FOR P. 0. C-0000001 953

NOTE: THIS PURCHASE ORDER MAY NOT BE
ALTERED IN ANY MANNER (TOTAL COST,
DELIVERY, ETC. ) WITHE)UT PRIOR
AUTHORIZATION DF THE HARLEY-DAVIDSON
PURCHASING DEPARTMENT, YORK DIVISIDN

BY ACCEPTING THIS ORDER OR ANY PART
SELLER _AGREES TO BE_ BOUND BY THE INS
TERMS AND CONDITIONS ON THE FACE OF
AND ATTACHED HERETO FORM NO - Y6034 C
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO JAY DIMLER AT
HARLEY-DAVIDSON MOTOR COHPANY
1425 EDEN ROAD
YORK, PA 17402
WHEN APPLICABLE

CkJ-            u

W*b.L OF                me
sma" or AxjM .P

S.4600

EOF.
CTIONS.
ORDER
R).

*276. OC

TOTAL                    $276-00

COL_L MRKD&40T ACOMPA"'
        EEN SHREVE - YORK

13 (PCP) M8                                              SLNTUER

** TOTAL PPL E-02 **

SIMEONE 02532
CON-FIDENTIAL

            a        Da6dson Motor Company

            P- 0. BOX 49:3
            MILWAUKEE, WI 53201
woMIT WGICES IN TT OPUGATE A BOYE ADD AM, ATTX: A=. PAYABLE

    T~W M80QZ,' M" MJW" MAI &PFW CW AU W~OC" AWC

IpuFtcHASE0FW,ER C-0000001B80 PC REV:002
  0106A D&V                      OOW1-f"T COWTOA0 "D

   5/07/9'9
     ""G                              a PAU+ ID.0 ft'Crgiw
                                     H/D YORK

10                              R1050
    SHP TO JAHME ADORM UNLESS OTHERMSE INUCA/ED SELOOV)

ROTAX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

                        71-
                        HARLEY-DAVIDSON MOTOR COMPANY
                        1425 EDEN ROAD
                        YORK. PA 17402
                        LMARK FOR P.O. C-0000001990
                            wrau moo u'tAv.-.43-a-w slexac 10
                                         L        "a c, &.II"'
30 DAYS            l"SHIP POINT       ~NIT~ ~PARCEL

                                              ix

=2701 a, =PN:-230-920          DRAWING REV. 00
  lop ~-        O-RING M6000-250 N70
2-W T-

1
    5c


I

 I


I


6 -Yj
DELIVERY REQUIRED AT DESTINATION
    5/26/98              2700   1211061

PN: -212-595                DRAWING REV . 00
D                          **OV** R

IDELIVERY REQUIRED AT DESTINATION
        5/26/9B                          50   1211061

PN: -293-151
STARTER MOTOR ASSY

DRAWING REV.

        DELIVERY REQUIRED AT DESTINATION
            5/-n6/98                      13   1211061

2 E            PN: -295-300
        CASKET SET ENGINE HD

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
        5/26/98                          29   1211061

|

1:3 E~ PN: -276-445
     ~,TIMING PULLEY PULLER

        DELIVER'r REGUIRED AT DESTINATION

DRAWING REV. 00

|

|

|

|

|                          i    5f26/96   13    1221062

4 ~ Ej PN: -264-737

I IGNITION COIL ASSY

DRAWING REV 00

DELIVERY REQUIRED AT DESTINATION

i

I    I

I
I

i

.1, e300      S2241. 00

a,23.5939            $1179.44

~ I

716.5896            S1515.66

                I
                I
                1

5&. 2-831                    1    $1632.20

I

I

I

I

F-OR ki-D MOTOR COMPANY

--.2m ~ L.C.

                I
                I
~105875                    1$13763

I

SUPPLJER

SIMEONE 02533
CONFIDENTIAL

   arley-Dak~dson Motor Company
  *lkEft hit k1ft RvMy)ft"v
   **P. 0. BOX 493**
   **MILWAUKEE, WI 53201**
**SMMrf WVMB** *JJI 7PJPLICM TO ABOW ADDREM. ATTN: AM.TS.PAYABLE*

    DA AU w4bW ~O S-..a ooo~-L

MRCHASE 0F0M C-0000001 8130 PO REV: 001

  5/07/981                    **1**

        HYD YORK

**1EJ**                        R 1050
 s"pp To jAscvE ADDREss uNLEss on4ERwisE wDicATED SELOv4

 ROTAX QM13H
–0 PO BOX 5. OUNS KIRCHEN

 L~ U~TRIA, A462-S

      **HARLEY-DAVID50N MOTOR COMPANY 1425 EDEN ROAD**
       PA    17462
      MARK FOR P.O~ C-00000018BO
       vv%"L olwoq cr
SHIP POINT        rNrTED PARCF-L

30 DAYS

90 . EAJ

1    4""
    S-Do

:)/26/96                    4    =-I

Pw-256-ieo /
OIL FILTER ElEMENT
    0,~

DPAWING REV. 00

DELIVERY REQUIRED AT DES7INATION
        5/26/96                    900    1211061

1        1
        r=                PN- --95-301
            GASKE7 SET CYLINDER HD


    Go

    300

1
i

DRAWING REV.            i    i

            i


    DELIVERY REQUIRED AT DESTINATION
        5/26/9e                14        1211061

E04 PN:-280-015 TIMING BELT r re 0 6-1 r-

DRAWING REV,

DELIVERY REQUIRED        AT DESTINATION
I                5/--b/VB    500    1211061

i
i

GASKET


            13.2132

DRAWING R2V. 00

i

```
DELIVERY REeUTRED AT DESTINATION
       5/26/9e                          122     1211061

PN: -259-1651--1'
RELEASE CAM 30DECREE

DRAWING REV,

DELIVERY REGUIRED AT DESTINATION
       5/26/98

PN: '256-160
     SIEVE

31

I
I

121 1 ob I                    I       I

DRAWING REV 001

DELIVERY REQUIRED AT DESTINATIDN

SUPPUER

I

3n" cp M ;=-  :;:,
       M        "ON   6

$5. 225Q       t,4703. 31

i
1
~19. 0151       S266.21

I
I
 i
 I

$10570.56

$1. 740:5       S212 34

. s8 1962           1 S259. 7-7

I
I

I

- I . I
  FOR H-O L40TOR COMPANY

-10"051-1

I
I

sIMEONE 02534 Co-
    .,'FIDENTIAL
```

Harley-DatAdson MotoT Company

P. 0. BOX 493
MILWAUKEE, WI 53201
SUBUff INVO Mn IN 7PJfUtMT M A BDa ADDR EM. WTH: A=. PAYABLE

pVftC"&=onM C-0000001880 PO REV: 001
ow" coal l -m              .....        c4yr        w co-rk-a m

5/07/ge f 3 ~,              . . .        I

## ITZ                              E)        H/D YORK

1 ₃ com              $.Pots" cc·
                                     R 1050
pm V-rapx~-~

## ED

SF*P ID (ABOVE AWRESS *UNLESS* MHS*ASr: INDICCED BaDM

F
    ROTAX GMBH
ᴛᴏ F43 130Y 5. GUNS KIRCHEN
    AvEiTi,IA, A-,*tjZ:j

## L

^-6
30 DAYS

HARLEY-DAVIDSGN KOTOR CDMPe&NY
1425 EDEN ROAD
y'C
iRK, PA i ~402

-J L-MARK FOR P. 0.C-OW0001880

                                            c:
I~SHIP POINT                    NITED PARCEL        i  m

A              PN:-212-620
    OIL 7ILTER COVER

I

i

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
        5/26/?8                              37        12420599 0
    s310-72
PN:-277-807/                                  DRAWING REV. 00
FLYWHEEL PULLER
DELIVERY REQUIRED AT DESTINATION
        5/26/90                              1211061
    mil 8156        570-89
                    DRAWING REV.
GEAR-FREE'WHEEL

DELIVERY REQUIRED AT DESTINATION
        $80.04
        5/26/98                    :3        1211061  -6

PN:-293-459 ~/
BALANCE DRIVE ASSY

DRAWING REV.        I

I DELIVERY REQUIRED AT DESTINATION

5/26/98                          3   1211061

PN:-212-960
STARTER DRIVE COVER

DRAWING REV 00

                                              I

DELIVERY REQUIRED AT DESTINATION              I

~72. .5169              9235. 55

         5/26/96/                    3            121,061

              13. 6:367                  ~B40, ~~i

PN: .76-310
ol L SEAL INSERT JIG DELIVERY REQUIRED AT DESTINATION

DRAWING REV. 00 1                     i

             I
I         I

I

SUPPUER

I

    I                                i   ---
FOP 1-~ mOTOR CD~PANY

SIMEONE 02535
CONFIDENTIAL

-jvjjN3uHNoD

gEsto 3,No3wls

** SO'39bd lUiOl **

tro 'aGa?;2!T-          -IVIO ı

                    u3nddns                                                              $^{kAt fie ; L-pt}$ ct

SIVI~!31VW JC                              83CVNVW    I ,⸗
**ANVdrtO3** W010n                              dOd

I

I ,

                    R19V0jlddV NgHM
                    00 IrL I          V d '-f 80A
                    aVOM NaGE GFVT
                    ANVdWO3 801OW N0SalAVG-AH18VH
    IV              **asiwia Awr ci asauvmaaA**
    39              ISnW (5)13SHS VIVG A13AVS -IV1831VW
                                              :RION
    (80!8)          bC09A - ON W801 Ol3M---U4 a3H0VIIV (INV
83(180              IS-iO 33VJ 3HI NO SNOIIIGNCZ~ (INV swd3i
'SNO 1110           NJ 3HI Ag GNnO9 32 01 S32H~DV hg-1-13S
    a03811 18Vd ANV 80 83a8O SIHI 0NIlc4333V Aa

    NOSGlAVG-AHl8VH 3HI 30 NOIIVZI60Hlnv
    80i8d LMH.Lim < *3-*LR 'AbaA173a*
    IiSoo -NIOI) 89NNVW ANV NI (13113-L-IV
    39 ION AVW Hgc8o **Hsvmzand** si~4i :31ON

ct

            **r9olrzT** COT                86/9%~

    NQIIVNI153a IV **aauinna** A6aAi-13ci

i

                    ON 18-0
Oci                 iDNIMVUU     -9L-IF-8- -Nd

cl                        Iaouvd U31N

                    _f

                                        LNIOd dIHS       SAVa OEI

    0813;000090-D      'D 'd 80-1 NH YW

        ?-Ot,4.T                          Vd "ANCA        czgi7v vrH-Lsnv7
        aVON                              N3(13 gEtT          NaH:) 8 14
        SNno s xoa ad
        ANVdW03 aOlf1W NGSalAVa-A3ISVH                        HUWO XV10d-

L

    waae **auc**icm asvew3mia ssanmn ss3wcrv **3Aooy) Oi.** *diHs*

        oc-OTH

    ,AdoA a/H

                    17              96/LQ/G
                    39"             **1,4.40.0**

        **100 :A9S (3dOS81000000-0**
            **0- 922.0-**

L

*MAWSDW* -IU"SIR0aV *WRY* 01 UV=M MI MOW ItXHnS

    i ozzG              im a3mnv m"Irw

Eb,g XO S '0 'd

Aupdwoo ioioN uosp;Ae(J-AajmH

*A-4623 GUKXMCHEN*
VkW Snm 32
Lmd=?Wcht Vkt

Taklon: (0)724616M-0
TpJetax: (0)7246/63 70 FN 103133 1

JU vu

Paswrlch": Bo,,-bw~Aotm G-*H. Poata~ 5. "M G.,akrr-. A.=u

'c-        5

lu Lid
Li Be

lu liv
In psi

Ju Uu
In a.

lu uu
113 at

COMMERCIAL INVOICE

pioe :

I EOPSeTtliI 111VOICC 40

c?(-'.0#-i2';L-i65

| W- &.-&~ | | Belr.%2~ I Ae'UWW 0'om v~ | 2091- ri | --7i.wft,*~ 05 2,; |
|---|---|---|---|---|
| | Ad G-00 Lm$w wid V~uNf-V~V~=-.f,~ 6~ P~V nd C~mtw 10n oat-f of our DWnwy wV Sa° C4'%x°*~-, **own you.** | | | |
| P*cwv we m | 1 r i G | T T v - D c- a c. s c. r, r C. (T.c a r. 4E'~- Eoen | | |
| 74e,      Ll t- | | | | |
| ka-      Aftft.~ g.101y | | ft-cmr*/Dxm~ | R-~E,-.tAj~ P- | |
| 7      G | | P& no (2~ 5 HF, r'IL t7' -~Lir.sil ii-cmer, AT ~,L(!-: t 1- 1 4 ELI n mo e r - no --p, rr T | E: c r-, | ~'7b |
|        E l 'Dr. | | c~ r C | | |
| porwi      7 | | | SINIEQNE 02537 | |

1* UlsA,.cpm.-d I C--v of orq~
rzffte bjjpcr.W fl4s C*rammdaW Y*ls æclef 5,L2des BaVeleff.

Bank V Obucsrffr~cnmd Satm ~g V"K Kto 2EL3-0101 /00. S.A OBKLAT7L BLZ 15130
Bar" AWna AoS YA' Koto 820-'B1-905/DO.BL.Z 12eOC

CONFIDENTIAL

Varzugsmnwn P. a berod-vt
~- - ----- ---

  Harley-Davidson Motor Company

P. D. BOX 653
                          201
MILWAUKEE, WI 53~

wri siovoic:ES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACM. PAYABLE

| PURCHASE OPMER %~ DQE | PAGE 00ve"On CCHTP6ð No | 1 |
|---|---|---|
| 7/23/9 | 1 | |

                                    H/D YORK
                                              M    WR COm    VEN' cm
            01. 00I.N ....
    EI     =wTO=0c*.3&                R1050
                                          I
            463L4lw . OW
           SHIP TO (ABOVE ADDREr>S UNI E CITHMMSE INDICKtED BELOW)

7 F_

wvww _~ t ~~ iw              V-.

ROTAX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
MARK FOR P.0 C-0000001712

--I

                                          wm~ cog" cw              wmmu
7SHIP POINW"TLL OTHER CARRIERS FX DTD 97-07       S'm'cwo%' a w~
                                                          vkxp"SWb
480

 EA

k~

 7

   I

PN;-84315043
ENGINE ASSY 500

DRAWING REV. 00

21.950 AUSTRIAN SCHILLINGS EACH ROTAX - MOTORCYCLE ENGINE
TYPE 5G4 E MIL- 4-STRDKE ENGINE SINGLE CYLINDER
WITH BALANCING SHAFT WITHOUT CARBURETOR
WITHOUT MUFFLER
WITHOUT INTAKE SILENCER
WITH SAME VENTING (THROUGH CRANKSHAFT MAGNETO SIDE) AS ON LATEST MODEL OF
TYPE 34B E
17 TOOTH SPROCKET
WITH ELECTRIC STARTER AND KICK STARY

INCLUDES TWO YEAR WARRANTY, UNLIMITED MILEAGE

FRICE ABOVE INCLUDES KICK START LEVER AND SHIFT LEVER.
WE HAVE ENDUCH SHIFT LEVERS (249-260) IN STOCK PLEASE DOWE HAVE ENDUCH SHIFT LEVERS (249-260) IN STOCK P
AA DECREASE INA DECREASE IN COST OF T ENGINE OR A CREDIT TO OUR ACCOUNT AT T TIME OF SHIPMENT WOUSHIPM
APPROPRIATE.APPROPRIATE. ALSO, <u>WE ONLY NEED 330330</u> KICK ᵩjNLj5_ 1E.W249-180) PLEASEPLEASE EXCLUDE 150 OF T
THE ENGINE SHIPMENT. AND APP
        - T-ng'
A CREDI              A CHANGE IN COST AS NOTED
FOR THE SHIFT LEVERS.

- 2, f

IE
IE  Z4f
        3 1

y

2 ( ." -&ɸp"
  (b ʳ

₀ 1 ᵥ_' c±-
      vu'~

FOR          OR

~~ ~T

<u>Aj </u>

13 MM IM
  (f-&-4 h~
_J )
-7
af--A-
'A - (~&~ A rp-
VENDOR
TC'        ~Lj~    r-TMCV i T&,c-

jr- -Ulr po~^C    VVVw
SIMEONE 02538
CONFIDENTIAL



Dav~lson Moto r Com Wy fta k "X t)~ kgl ft7M X'y P. 0. 130C 493 MILWAU~(ZZ, WI 53201

UbMrT WVINCES IN TFaPUCXfE TO ABIW E t%0 1)R=. KW. A=. PKYMf

ROTAX GMBH
o PO BOY 5, GUNS KIR2FfEN

L AUS TRIA, A46Z3

30 DAYS

270~ EP
70D --

12--oo r-1 W

puRmagoFcDjm C-0000001380          PO REV. 001
cw*0%
5/07/78          1 col
smiffn lowammm w
ED a"          H/D YORK
"A CCLK          usiftiTiom to
mm son aplEcome.0l%~.4
aftwoma twoumm" - m v          R1050
SHIP TO VBCVE ADDRESS -MLESS UMERWME lhUCaW OLEUYN)

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK. PA 1740;*
LMARK FOR P. 0. C-00000018130

M_03.4x - S.S.K=V

SHIP POINT                    ~N I T_ T,~ JP A R C E L

PN:-230-920              DRAWING REV. 00
O-RING M&GOO-250 N70
r6 -fi
DELIVERY REQUIRED AT DESTINATION
       5/26/98                    2700   1211061
PN: -211-1-595          DRAWING REV. 00
OIL SUMP COVER

       DELIVERY REGURED AT DESTNATION
              5/26/9B                    50    1211061

131E          PN:-293-151
   J          STARTER MOTOR ASSY
       I

DRAWING REV.

    DELIVERY REQUIRED AT DESTINATION
I                        I   5/26/9B13     1211061

  E    PN.----95-300

I i

1
1

       IGASKE-T SET ENGINE HD
i              I I

DRAWING REV.

    IDELIVERY REQUIRED AT DESTINATION
                    29    1211061

I~ E~          PN:-276-445
    TIMING PULLEY PULLER

    DELIVERY REQUIRED AT DESTINATION
       5/26/98                    13    1211061

  E4    PN:-264-737 ~Z
    IGNITION COIL ASSY

DRAWING REV, 00 1

DRAWING REV, 00

DELIVERY REQUIRED AT DESTINATION

it 3 rpcA) I 19L

I I I

*.e300      $2241.00

       I
I         I

```
I
        W23. 5B99 $1179.44
j                               I

I

I I

S4 16. 3896        $1515.66

I
i
I

r 56. 2_832        $1632.20

SIC 5875                  1 $13763

                              i
                              I
I
I

I

I

I

FDA H-D MOTOR CDmP&t4y

stjppus~

SLNIEONE 02540
CONFIDENTIAL

~- it

ROTAX GMBH
PO BOX 5. GUNS KIR-:14EN
        A46z:~
```

**C-000wol 880PO REV: 001**

**5/07/913 1** - 2 co        I

Harley-
        Davidson Motor Company

*i4AELIT* f" *IVY* W RdRym"ftv
*P. 0.*                        *30( 493*
        *E~-z, WI 53201*        *mwcal co* CD^-.=        -^ COW
-100-4 *CO"*
                        *~ sm S-ec-4cm-6 a*

*nWrT WVMM l* TPJPUCM TO ABOVE* ADDRM. *MN: ACCTS. PAYABLE*    0 on-oo 100%A MM n"~    *R 1050*
                        SHV TO (ABOVE ADDRESS JNLESS OT14ERWLSE INDICKrED BELOW)

        HARLEY-DAVID50N MOTOR CUMPANY
        1425 EDEN ROAD
        T jkV%, FA 17-iGZ
        LMARK FOR P. 0. C-ODOOOOIBSO
                        %-mu Kp
                01
            -m swmj= 10        ux

                        P& 66L"-m n cam"

ISHIP POINT                                      ~NITIZD PARCEL .0 ~Vw t
                                                 CA

30 DAYS

I

        1
900 Ek PN:-256-10-0
        OIL FILTER ELEMENT

S-D.

DPAWINO REV. 00

        DELIVERY REQUIRED AT DESTINATION
                5/26/?9                    900    1211061

14                      PN: -295-301 -t/

    | 'I       GASKE7 SET CYLINDER HD

DRAWING REV.

        tDELIVEPY REQUIRED AT DESTINATION
                5/26/98                    14        1211061

        PN:-280-015               DRAWING REV.
        TIMING BELT

        DELIVERY REQUIRED AT DESTINATION
                5/--6/ge                   BOO  1211061

1 2c'          PN: -230-8401--'
        GASKET

        10 C~j        PN: -256-160
                OIL SIEVE

                DELIVERY REQUIRED AT DESTINATION

113 MCA) tr

I

T5. 2251?        S4703. 31

~J9.0151          s266.21

I

DRAWING REV.

DELIVERY REQUIRED      AT DESTINATION
        5/26/98               122    1211061

PW -259-165,~
RELEASE CAM 30DEGREE

DRAWING REV,

I

DELIVERY REQUIRED AT DESTINATION
        5/26/?B                    31    121iObI

I

DRAWING REV. 00!

FOR H-D MOTOP COMPANY

            I
13.2132        ;'S10570.56

I
I

S1 7405          S212.34

I

n5u. 1E36-        s253.77

I
I

i
I

SUPPLIER

sl -m CONE 02541
CONFIDENTIAL

I

mpty o? lqu 14:110 t--c ʍ-wa-ᵛ)

puRojASgoroM C-0000001880        PO REV:001

*ey-Emidson* MotoT Campany        omcim ᵛ7 cble ................. loff cowra-a

5/07/98 3 OF

&wajwTw .4"crow 6-

P.            0. BOX 493            H/D YORK

WAUKEE, WI            53201        cwworo&        I ᴍᴀ ccm
sw*ksm com

m pm wqxw-owx*4            R1050

UZWT INVO= rg TPJPUCXrE TO ABOVE ADURESS. ATTN: ACM. MULE 11 ool.-.-N"Mow~"".        I
S"p,to (A80VE ADDRESS UN1 PIS OrHERWISE INDICArED BELOW)

7 [-

-ROTAX GMBH
PC BOX 5, GUNS KIRCHEN
L AuSTKlm, A,4bLj

30 DAYS                1"SHIP POINT                [7NITED PARCEL r-,
rA

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YFjRy,, PA i~40~1
LMARKFORP0 ~--000000JSBO

I

-i

i            1 5/26/-7!9

- r-

6

1
ᵗ

I

Z33 ~11~ ᴀ

I

I

PN'-212-620
OIL FILTER COVER

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
        5/"6/98                                        37      1211061

PN:-277-G07/
FLYWHEEL PULLER

DRAWING REV. 00

        DELIVERY REQUIRED AT DESTINATION
            5/264/96                                6        1211061

        PN:-23A--53                    DRAWING REV
        GEAR FREE WHEEL

        DELIVERY REQUIRED AT DESTINATION
            5/26/98                                3      1211061

        PN: -29Z-459 /
        BALANCE CRIVE ASSY

        DELIVERY REQUIRED AT DESTINATION
            5/26/98                                3      1211061

E                    PN:-232-1;60 /
        TARTER DRIVE COVER

DRAWING REV.

DRAWING REV 00

        DELIVERY REQUIRED AT DESTINATION
            5/26/96/                            3      1-111061

1            PN:-2'7&-310
        OIL SEAL  INSERT JIG

DRAWING REV. 00

I            DELIVERY REQUIRED AT DESTINATION

13 fpcRt it"

/-),                        A      --        - I

                b"v. I

            I
ILS.3990            $310.72

i

I L 1. 8156

1

I

I

i

FC,q H-D P40TOR COMPA NY

SUPPUER

i
I
i
i

I

I

I
I

$70.89

i
r-6.6805                    $50.04

I

                I

70. 5169                         1    S--35.55

I

13~ 6367 .              -T-40, 91

I

SIMEONE 02542
CONFIDENTIAL

MW 07 '98 14;,:w rm r-~_-,.

                    Hayiev-Daviason Motor Company
                    P. 0, BOr 493
                    MILWAUKEE, WI 53201
IWT UFVCI= IN 7RPUWE TO A&M ADDRES& Krnt ACCTS. PAYAW LE

ROTAX QMPH
PO BOX 5, OUNG KIR'HEN
AUSTRIA, A46Z3

i

0 DAYS          I

                        W" P V'W"- - ~.·                    - -A -V-= &-0 00"W- VCCUW-n
                    pUX0t,w0MxMC-00OO0OlE3S0                    PO REVi 001
                    0-w.w"                              !ftw
                        5/07/9E3                         4
                    Ofι»W ̄ OAT .C              "a skailcl 10 "05ftOgm»ⁱ
                                         :3  GO ............    i H/D YORK
                                         so" cmd          "Oftoftcom
                    P-ft-~"M-ou-w                            R1050



mumv

*SHW TO (ABOVE AMPESS UNLESS* UrHeWtSE INDICCEI)BELOM

7 F

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
_J L MARK FOR P.O. c-oooooooieeo

SHIP POINT _91TED PARCEL

100

DELIVERY REGUIRED AT DESTINATION
5/26/98              100      12111061

PN:-631-762 D-RING

DRAWINQ REV. 00

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERER IN ANY MANNER (TOTAL COST, DELIVERY, ETC. ) WITHOUT PRIOR AUTHORIZPTION OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION.

BY ACCEPTING THIS ORDER OR ANY PART TDF~S,
SELLER AGREES TO BE BOUND BY THE INST~RCTEIO
TERMS ANr CONDITIONS ON THE FACE OF ORDER
AND ATTACHED HERETO FORM NO - Y6034 (TR).
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDEI TO JAY DIMLER AT
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EIEN ROAD
   YORK, FA 17402
WHEN AFPL ICABLE

COLLEEi~ SHREVR          YDR        41_

"13 1-cm)

I

I

I

I

I
I

     FOQ ~LD "OTOA CC"PAWY
MANA,;ER OF MATERIALS

. 1~46dli I
          I
          I
          i

$3.3752        %337. 52'

I

I
I

 i

I
I

TOTAL      $25580.04

I

I

SUPPUER

*- TOTPL-PRGE.05 **

SIMEONE 02543
CONFIDENTIAL

### lier,"Rotax GmbH

|  | -"EN | Tdft: (0)7246/27W |  |
|--|------|-------------------|--|
| Mw SU.& 32 |  | Tdetax: (0)7246/370 |  |

UAM

FN 10 3133 L Lxbm qw:M W els     TWX: 6546 brgk a

PD=rDCrwjn: bof fWwOW -ROL9X C~. PDSEtaM 5. A-45M GWOftraen. AM*     I I nirlt #-Z~     JL4:
I livi. I I'l

cc

W U

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |
|  | SUMW no |  |  |  |  |  |

| V" on). nO. |  |  |  | 0,". ow | ConWn"W ol odw M | u.n. 2". Our No. **-1** | L . V~ |
|-------------|--|--|--|---------|-----------------|----|--------|
| Vwxxwbwag-#". Pao. Mp | AL4 Gfuncl unoww U&&w- V"ftoL"moOvXmViin swicniiin iHri tu, I" RechrKov uw GO&nr IOn bmii of our DWkwy mid 54~ C-12001" Own VW. |  |  |  |  |  |  |
| MW "liOty |  | n..WE."WWjJM P~ ftonw |  |  |  |  |  |

fbrmw Cw"Mon

OU as 29 ;v

Ulli on ;is inn

eu of

SIMEONE 02544
CONFIDENTIAL

r Unv-."w i C--y ꞓ -ꞡ-
Eriuqrqsort Wets Genchmstand Wets ocw Stz oes B"Lltm Bank Its     Bei ZahlunTYerzug wefoen
Obefristerrechund SaL-Wrg Vk-Ls, Konto 283-0701/00, Swift OBKLAT2L-
VerzL)gs zmsm p. a. bere dwwt
BL2 15130. Bank Austria AG. Wets. Konto 820-131-905/00.     Einwendungen und BeansLandungen konnen nur innernalb 8 T29on nach Eduft

Hariey-DalAdson Motor Company     7/23,197 **1-**
**1**

P4.cvm
a

_vu%=w*ew*crdww

'--7-,'- -7- P D. BOX 653          D     H/D YORK

MILWAUKEE- WI 5:3201                                            co"Vcm cr ccls""M vow"em

mrT iwoius im TF1M1UH TO ABOVE ADDREM, AM' A=. PAYAKE 10 'Ofl8wwm"Q .. R1050

MW TO VZOVE ADDRESS UNLESS OTHEAMSE MMED HELOM

F-ROTAX GMBH                               --I FHARLEY-DAVIDSON M13TOR COMPANY
 fit) -BOX 5~ GUNS KIRCHEN                 1425 EDEN ROAD
 AUSTRIA, A46Z3                            YORK. PA 17402
L                                          _J LMARK FOR P. 0. C-0000001712

I comp osawo V a%xf cocos cr ı vmake    ı м Mfg

ux

DAYS                    SHIP POINT                               L OTHER CARRIERS

FX DTD 97-07  owl or w                                           vkx  'u wa
              1,05          ~L

     4130 EA PN:-B4315043          DRAWING REV. 00
          F_NGINE AsSY 500

          21,950 AUSTRIAN SCHILLINOS EACH
          ROTAX - MOTORCYCLE ENGINE
          TYPE 504 E mrL. 4-STRDKE ENGINE
          SINGLE CYLINDER
          WITH BALANCING SHAFT
          WITHOUT CARBURETDR
          WITHOUT MUFrLER
          WITHOUT INTAKE SILENCER
          WITH SAME VENTING (THROUGH CRANKSHAFT
          MACNETO SIDE) AS ON LATEST MODEL OF
          TYPE 348 E
          17 TOOTH SPROCKET
          WITH ELECTRIC STARTER AND KICK STARY

          INCLUDEE. TWO YEAR WARRANTY, UNLIMITED
          MILEAGE

          PRICE ABOVE INCLUDES KICK START LEVER          f, 24.0
          AND SHIFT LEVU.                                (o
          WE HAVE ENDUCH SHIFT LEVERS (248-260)          -A7-r &o,,
          IN STOCK PLEASE DO NOT INCLUDE ANY WIT4
          THIS SHIPMENT. A DECREASE IN COST OF TIE
          *ENGINE* OR A CREDIT TO OUR ACCOUNT AT TIE ZAtg J,)
          TIME OF SHIPMENT WOULD BE APPROPRIATE.                3
          ALSO, WE ONLY NEED 330 KICK ST6~
          AEZB_24_S-s                              P ASE EXCLUDE l-w
          T          GINE SHI
            ~iESF IN THE EN      _rJEN
                              P_____L AND APP Y
          A CREDI-M-A CHANGE IN COST AS NOTED FOR THE SHIFT LEVERS.

                                        FOR        0Rr

v 6113 mcm 1                    V    VENDOR

                    -UTIZ
                         M~ -~uc 0^-'~°                    TC 'r'JJC' r'TMf_- 1 7-1='

SIMEONE 02545
CONFIDENTIAL

091 all
2;: of

ja

as It so to

fttz Snft 32          Tdda: (0)72461370
FNm133awdœgerchiMts     Telex: 2SWbruka

Posurmomft: BaftwiJi·m-Raw GmbH. Posttach 5. AAGM Gunakvax-n. Ausrra

<u>r3M!-,,~7p.:-JAL</u> INVO.CE

| Bo ZWhWV und s'·*·FAWV WON W°·- I P%-G MUM | |
|---|---|
| S U P B W m | T. Z.7 |

C-
                                                                                    . U
LVNW Zcr~          Lwkocab"
                                                        ow -V

Aul GnjW UnWw L)&W- unO WW%KrtWAp0nWnowi L w v-     of ow Dio          w - fur t h m Pamnung unO Qetshr I On
                                                        condtoons we wit you:

v U'a-vw-d / C4.-y a -V~
Ertullungsol V*M. GenJ1i=aW WeLs o0et S(L, cfes Besleik-rs Bank fur
Oberbsteffeich und Satzburg, Vk4s. Konto 283-0701/00. Swdi OBKLAT2L-

Bei Zaniungsverzug weroen

SIMF,ONE 02546
CONFIDENTIAL

Verzugszhsen p. a. bve~.

I



### Harley-Davidson Motor Company   9/22/cr-B

**WX Wx0f4M-ftK ft t?4RW X")JX7**
P. 0. BOY 493
MILWAUKEE, W! 53201          c"Mcin or cowtwocz
**3UBMIT INVOICES IN TRIPUCATE TO ABOVE ADDR ESS. ATTN: ACCTS. PAYABLE**
                                    R105rj
                                    **SHIP TO (ABOVE ADDRESS** *UNLESS OTHERWISE* **INDICX**r**ED** *BELD*"
                                    7 F
  ROIAX GMBH                        HARLE~'-DAVIDSON MOTOR COMPANY
ro                                  PO BOY 5, GUNS KIRCHE1125 EDEN ROAD
  AUSTFIA, A46Z3                    YORK. PA     17402
  L                                 -J LMARK F-OF P, 0.C-0000002045

| 3 0 D A Y S | me smv SHIP POINT ILL OTH ER CAR RIE RS | | ll-~ " "CLU X.- ~ ~ | w |
|---|---|---|---|---|
| | lia . | | 1,73 M swl | |

7

5

| EA | PNL:--;~1~22-546 IVJVALVE COVER ASSY DELIVERY REO',11RED AT 10/27/9e        5 | DRAWING REV    -0 DESTINATION 1211061 | | `,14.5600 | $72 | Bri |
|---|---|---|---|---|---|---|
| 1~ EA | PI'1-212-595 OIL SUMP *COVER* DELIVERY REGUIRED  AT | DRAWING *RE-'.,'   CIO* DESTINAT10N | | | | |

| | | 10/27/98 | 15 | 1211061 | | ;---4. 51 Oct | u-367. 65 |
|---|---|---|---|---|---|---|---|
| 200 ,EA | Prl -259-905 FRICTION PLATE | | | DRAWING REV. | | | |
| | DELIVERY REGUIRED | AT | DESTINATION | | | | |
| | 10/27,-919 | 2100 | 1211061 | | s4 4200 | tsE34 | 00 |
| 6 0 E,:, | PN -276-295 FEELER GUAGE | | | DRAWING REV | 8/ | | |
| | DELIVERY REGUIRED | AT | DESTINATION' | | | | |
| | 10/27/99 | BO | 1211061 | | 1- 6900 | 154 | 40 |
| 54 EA | PN~-831-76:~ O-RING | | | DRAWING REV | 00 | | |
| | DELIVERY REGUIRED | AT | DESTINATION | | | | |
| | 10/27/c;,G | 54 | 1211061 | | ISS 5100 | 1 El 9. .5 4 | |
| 30 E A | FN-246-160 KICKSTART LEVER ASSY | | | DRAWING REv | 00 | | |
| | DELIVERY REGUIRED | AT | DESTINATION | | | | |

*FOR* H-D MOTOR COMPANY

*IALITH ORZ M & OAA sW".)*

413 IPCRJ lft                                                    SUPPUER

SIMEONE 02547
CONFIDENTIAL

**arley-DaOdson Motor Company**

P, 0, 13OX 493
tlILWAUKEE. Wl 5 3210 1

SUBMIT *INVOICES IN* TRIPLICATE *TO ABOVE ADDRESS. ATTN: ACM. PAYABLE*

PURCHASE ORDER C-0000002045

**PO REV. 000**
**GavowdAw colerlom no**

*6-91A 0-E*
9/22/93



SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE NDICArED BELOW)

7
ROTAX GMBH
To      PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

7 F HARLEN-DAVIDSON MOTOR COMPANY
14215 EDEN ROAD
YORK. PA **17402**
_J LMARK FOR P. 0. C-0000002045

SV" OF
SHIP POINT                          LL OTHER CARRIERS    77   Y'6s OIT OF  wmwA " mm~-

_F                                    r-l

    40

]ILLEEN SHREVE                    "                    41        C

3 1 PCA) 1/9a

EA

|

PN~ -876-2130
WRENCH I I X 13

DRAWING REV 00

**DELIVERY REGUIRED AT DESTINATION**
        10/27/98                              40      1211061

i

NOTE            THIS PURCHASE ORDER MAY NOT 6E
AI~'TERED IN ANY MANNER (TCTAL COST.
DELIVERY; ETC) WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVIDSON
PURCHASINQ DEPARTMENT, YORK DIVISION.

5Y ACCEPTING THIS ORDER OR ANY PART TH:REOF,
SELLER AGREES TO BE BOUND BY THE INSTR.-CTIONS,
TERME3 AND CONDITIONS ON *THE* FACE OF TH
AND ~,TTACHED HERETO FORM NO - Y6034 (P
NO T F
MATER2AL SAFETY DATA SHEET(S) MUST aE
~7OPWAPDED TO SAFETY DEPARTMENT
    HARLEY-DAVIDSON MOTOR COMPANY
    1425 EDEN ROAD
    YORK, PA 1740-2
WHEN APPLICABLE

SUPPUER

        ,
r-t z Q~vv

$1 1000

,ORDER :R)

t

T OT oc~L

L_|

                              **FOR H-D MOTOR COMPANY**
                              OLLEEN SHREVE - YORK

-1-OA MP  SAP4 4MIC

**$44.00**

**$3iol. 2t~**

. **SIMEONE 02548**

**CONFIDENTIAL**

Vittser SnBe 32      betax: (0)72461370
FN=MWT&Sgc~WW Tetx    25Wbrgka

**POSM'da-ltll:** B0ntW%bff-A0Uz Gff-t1H. Pootl0t 5. A-4U3                A,.M

ou or -    :~ -
am so

~'j

00 88 go on

COMMERCIAL INVOICE

| | | |
|---|---|---|
| | | |
| | vile | |

| yaw o. ,w ^.D. | stnwa*~ O~ ma | u'- cww | u~ Z..~w lka no, | =-Ah*11W .~ aft |
|---|---|---|---|---|
| vwwffxt*^ft | CoUW w- U*W. Lind VWkaUMbll0WVWViin unOw w~.-r~mm P~r-wq und Ortanf /On i·i of mr Cw~y wvd SO- C WW. W" Y- | | | |
| p. d. x lp | | | | |
| | t-z | | | c |

Z.~ r "