P Lborur*wwd f C–wy ct ᵂᵛᴹ

Effulkov)SW Wei& Gencht.&Stand Wets oder Sitz WS BeStelk"s Bank ɪʟᵂ

Dbetjb~sWrejr-h und SaLzwrg. V*is, Kanto 283-0701100. Swdl OBKLAT2L,

Bet Zahlungsver7ug werien

S[Mf,ONE 02549
CONFIDENTIAL

Varzugsz x"n p. a. bwoc hrwL

 Harley-Davidson Motor Company

P D. BOX 653
MILWAUKEE, WI 53201

MIT MOICES IN TRIKICAn TD ABOVE JWDRESS. ATM ACCTS. PAYABLE

   7/23/97                          1 or
r;zw;;-ftWwc  ww anx= vo mwscrcm wr

      29                     am   I"  H/D YORK
  cvnww:." cr comptylox            ᴹᴿ COW  lvowm O'OE
                          R1050

r-

) DAYS

 OTAX OMBH
 #10 BOX 5. GUNS KIRCHEN
 AUSTRIA, A46Z3

     SMP TO "OVE ADDAM UNLESS OTHEMM OMWED BELO"

   HARLEY-DAVIMON MOTOR COMPANY
    1425 EDEN ROAD
    YORK. PA 17402
1 LMARK FOR P. 0. C-OWD001712

--I

FM
SHIP POINT                              FX DTD 9-7-07

        PL70T~MR CARRIERS        I""'        M

4BO EA

      PRICE ABOVE INCLUDES KICK START LEVER
  AND SHIFT LEVER.
  WE HAVE ENOUGH SHIFT LEVERS (248-260)
  IN STOCK PLEASE DO NOT ZNCLUDE ANY WIT
  THrs SHIPMENT. A DECREASE IN COST OF T ENGINE OR A CREDIT TO OUR ACCOUNT AT T TIME
  OF SHIPMENT WOULD BE APPROPRIATE,
  ALSO.              OWY NEED 330 KICK STARIS
      -2-4EI 1 ₃.₁ₙ'EZ~SE EXCL1111111111
  THESE IN THE ENGINE S            AND APP
  A CREDI,            A CHANGE IN COST AS NOTED
  FOR THE SHIFT LEVERS.

PN:-B4315043
ENGINE ASSY 500

DRAWING REV. 00

21,950                    AUSTRIAN SCHILLINGS EACH
ROTAX -                        MOTORCYCLE ENGINE
TYPE 504 E MIL, 4-STROKE ENGINE
SINGLE CYLINDER
WITH BALANCING SHAFT
WITHOUT    CARBURETOR
WITHOUT MUFFLER
WITHOUT INTAKE SILENCER
WITH SAME VENTING (THROUGH CRANKSHAFT
MAGNETO SIDE) AS ON LATEST MODEL OF
TYPE 348 E
17 TOOTH SPROCKET
WITH ELECTRIC STARTER AND KICK STARY

TNCLUDES        TWO YEAR WARRANTY, UNLIMITED
MILEAGE

- 2.:f

I

-'E z4g
       3

-Y~_I-

U0.0
   (o f
- A -.-~ :-o'~-

ATT Z A

AIA

al_'~

D'. -

~4- q'-~ AI"A-

OR          R

VENDOR

'rV                                    ¬JC C*TC3f--Y t rtjZ r)t7-   ~UC' DA^C vyv%

SIMEONE 02550
CONFIDENTIAL

 S-- N-~ A'S Veto Sirasse 32

-&:;A Lmiesmicht mt

Teletax: (0)7246/63 70 FN 103133 t

ju                                          :0
is                                          a  Posunsc": Bomow0wPamm GmbH, PDsftch S. A-4M CAKmkwax-rL A~stru

JU ou in to

Ju UG IP at

Ju uu in a

                                   JU uv
                                   in at

COMMERCIAL INVOICE

~nr -

| | | | |
|---|---|---|---|
| **a.** ZW°,V ud sct.°..nw. boo | | | |
| W°~ I Pm- mm | | | |
| K~m CAN°~ ft. | °Z 7 7: | | |
| ff° Lmoon°woo suppb. | | | |

| W° bomm .~.-~ yw wo. m | | B~kw~ Orow | Lk~ AL0bvg°4°, C4,°- f crow | Daiw0oWm Dkv-f c~ |
|---|---|---|---|---|
| vwl.am°04°, | UIGnmW ~wUWw~ Lwdvw°Auftb.0rV~Vv n ;a- Cofw4dom wo vou:: | | | |
| PaCk. o w ~o | | | | |
| uw°LrDIY | Amo~W m. | f. oqmvwkwDn0v~ | | PmwE-.vul mm |
| | | 7 n. | | |
| | | 7 r i.:, | | |
| | | z 7~z | | ...... |
| | | l u l | | |

° urso.09mbwo f Czurv d wv~
Erfuknx;sol Yvats Gff chwwwd Y°45 o0c, Stz oes Bosrew~m
Bw° ICr Obcrol.Jffnx~, u-d &Abb~g. VA ft Kb 283-0 701 /DO. S-n DBKLA72L BL2 iS 20
Bank A~m AG. ft& Konlo 820-131-905/0D. BL.Z 128DO

Be# ZahijrVsvraug veroon

SIMEONE 02551
CONFIDENTIAL

Vernoginn°n ;u. a. benw-hrot

-5

**If) nAVQ**

**'M**
    **XKbkNTTTY**



Harley-Davidson Motor Company

P. 0. BOX 493
MILWAUKEE, WI 53201

**UBMI7 INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PAYABLE**

ROLTAX QMBH PO 13OX 5, GUNS KIRCHEN USTRIA, A4623

<u>L:</u>

κ°

**,PUR(;3iASEORD EFC-00000(~2 0/t$**     flu mr-v. vvu

O F O° WE     pow **I** 000°WIn CON14AO ~Q

10129198                                    1 м

3L'&JEa TD -3Pf<7 C. W1

il -     EI -   **H**/D YORK

CXWVW~In CW CD&W%JAPXX     vo." 00M

**,E]**     7.&   **R1050**

**SHIP TO (ABOVE ADDRESS UNLESS UMERMSE iNDICArED BELOW)**

-1 F

-i

  HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD
LYORK, PA 17402
1;= FOR P. 0. C-O(),00002078

-i

SHIP                        OINT                ALL OTHER      ARRIERS
        uM      0c) )0

*EA*

*EA*

EAIPN:-242-7eO
   :COMBINED NUT M 6

# I

20

20

20

20 EA

PN:-260-800
ISOLATING BUSHING

**DRAWING REV. 00**

**DELIVERY REGUIRED** AT DESTINATION
      11/26/98                    20    1211061

PN:-260-810
ISOLATING BUSHING

DRAWING **REV. 00**

DELIVERY REGUTRED AT DESTINATION
      11/26/90                    20    1211061

DRAWING REV. 00

DELIVERY REGUrRED AT DESTINATION
      11/26/99                    20    1211061

PN:-230-530
O-RIN~ 6-1.7 NUM 70

DRAWING REV. 00

DELIVERY REOUIRED AT DESTINATION
      11/26/9P                    20    1211061

# TA- -w-o

cjo'~' **b'** L~k o' ~--

$1.1100

$1.2900

r

I

I

— I I

**FOR H-D MOTOR COMPANY**

f"JT"0Al.ED9KP"rUKI

$. 5100

:1,. 3600

**$22.20**

**$25.80**

**$10.20**

$7.20

VENDOR

SIMEONE 02552
CONFIDENTIAL

Hadey-Davidson Motor Company

*#lL.nAbLUtUXHC-0Q()U0[]2L)yW    PU 81=V: UUU

.............................. OF

10/29/1?8          2 OF    I

. c- ~                        ~ su"cr ~
.wiiEcna.  *v                  lw

P. 0. BOX 493                      ED -  /D QRK
MILWAUKEE, WI        53201  c~-0.-    VENWR COM
                     vwr.f*a

091oll"l INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PAYABLE          1050
                     SMP TO (ABOVE ADDRESS UNLESS OrHUMISE INDICATED

BIELOM
F                            7 F
                             7
_ROTAX GMBH              HARLEY-DAVIDSDN MOTOR COMPANY
                        PO-BOX 5, GUNS KIRCHF 25 EDEN ROAD
jAUSTRIA, A46Z3    _j        YORK, PA  17402
                    . . LgRK
                    . . FOR P.O. C-0000002078        ⌐

FM

v⁼ M" F~ 193.A

ltlc't

0 nA YS

HrP_f

LL OTHFR CA F~_XER19

"71

vkx puma "a w wow

QUFFIIED
RR

_'VdPIDW PFAM

NOTE: THIS rURCHASE ORDER MAY NOT BE **ALTERED** IN ANY MANNER (TOTAL COST.
DELIVERY, ETC.) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSON
PURCHASING DEPARTMENT. YORK DIVISION.

BY ACCEPTING THIS ORDER DR ANY PART THEREOF,
SELLER AGREES TO BE BOUND BY THE **INSTRUCTIONS**,
TERMS AND CONDITIONS ON THE FACE OF THE ORDER
AND ATTACHED HERETO rORM NO - Y6034 (PCR).
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE i
FORWARDED TO SAFETY OEPARTMENT
    HARLEY-DAVIDSON MOTOR COMPANY
    1425 EDEN ROAD
    YORK, PA 17402
WHEN APPLICABLE

TOTAL        $65.40

.u .oLaves ᴛᴏ

**71LJ**            4            *COLLEEN* SHREVE - YORK

**VENDOR**

SIMEONE
02553
CONFIDENTIA
L

Hariq-Dati~ Motor Company

P. 0. BOX 493
MILWAUKEEi WI 53201

SU#MrT OWD90 JN TRñUM 70 AB M ADDR13 S, JMW A=r3. PAVALE

mxwAAsEoFm>eR C-0000002995 PO REY: 000

ᴏᴀᴍᴋˣ**swvlr**      ɪpm~_ ▬ **|**      ʜᵉ⁼ᴏᵉᴀᵈᵐᵀ

13/20/91B                        | co

ᴘᵉᴏ wᵐ ɪɴᴀᴏɪɴɢ            ma ᵥᵢₘ₌ 7010drᵅilow we      a
                                H/D YORK

wt. Nam

ᴅɴᴀᴡᴡ ᴡ 48ᴄᴜ ᴡᴀᴡ 9 ᴍ:        **R2050**

SH IP 71 0 "O VE A DO RM W &M M NS VR M NO tOM W Ba.C IM

- F
    _ROTAX GMBH

ᴛɪᴅ ᴘᴇ) **Box** 5, ouNs KrRCHEN
    [ ~STRIA, A46Z3

Tam"

NUWING REV.

DELIVERY REQUIRM AT DESTINATION

9/11198                    ₁10 1211061

PN:-230-920                    DRAWING REV. 00
O-RINQ M6000-250 X70

DELIVERY REQUIRED AT DESTINATION
        9/04/99                    ₁103    1211061

DRAWING REV,

DELIVERY REQUIRED AT DESTINATION
        9/11/98 ₜ                  10    1211061

PN:-241-B5O
CDNTACT SCREW M10

DRAWING REV. DO

DELIVERY REQUIRED AT DESTINATION
        911119a                    9    1211061

DRAWING REV. DO

DELIVERY.REGUIREV AT DESTINATION
        9/11/98                    10    1211061

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION

                              FOR H-D MOTDA COMPANY

welml            ~    ~
- /l /

8113 rpcn) ₁ₙ₉

    HARLEY-DAVIDSON MOTOR COMPANY
    242s EDEN ROAD
    YORK, PA 17402
-MARK FOR P.O. C-00000029'95


₁ₙ                                      ar
                                    wmer
                                  L 0~

SHIP POINT Z70TI-CM CARRIERS

# sm

## ===~


SUPPUER

95.7400

S. B624

$2.9500

S4.4600

s.5764

S"7. 44

S~w. 8;

S29.5(

S-40.14

$5. W

SIMEONE 02554
CONFIDENTIAL

Harley~avxison Motor Company

# iswmxvx     3?

493

mrudAwm wi 5mol

SUBMrT W=ES IN 7RMJWZ M AIM A0111M. *ATTN-. ACM* KWLE

F

RDTAX GMBH
'M *PD B13X 5, QLM* KIRCHEN
L~USTRIA. A46Z3

M.s

N30 DAYS

jPuw%Au0IWM-C-0000001995                PO REV: 000

8/20/98            2.,

## 1IR .                                                     OCR

### H/D YORK

### cr*vwarAn cr                                -I"Mcma
UPPLAW Ond

### specw1m a

10                                           R1050

JIMP 710 (ASME ADDRM IJIMM GMUMISE NoICOW i&-D~

MARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD
YORK. PA 17402
-J LMARK rORP. 0. C-0000001995

SHIP POINT rIJ OTHER CARRrE:Rs

0"

927 9c

# W

$27. 1!

$13575. OC

9/11/?a            10      1211061

$2.7900

,7

9

5

B

I

S 2500

300

D 1 19

1        5

?            34

1 -
'qln22
_____:a

EA

EA

EA

EA

4

rz

FA

DELIVERY REQUIRED AT DESTINATION

PN:-256-lBO
OIL FILTER ELEMENT

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
        9/D4/98                    5    1212061

PN:-256-ISO                    DRAWI
OIL rILTER ELPSWT                    9    ~', !I~ REV. 00
                    I ;            2 1 CO -, -~ c,
DELIVERY REQUIRED AT DESTINATION
        9/11/98                    2500    1211061

PN:-259-905
FRICTION PLATE

DRAWING REV.

DELIVERY REQUIRED          AT DESTINATION
        9/21/99                          30D      1211061

PN:-259-913                    /
CLUTCH PLATE        1.25MM

DR4WIW REV.

DELIVERY REQUIRED          AT DE5TINATION
        9/11198                          195      1211061

PN.-234-353
GEAR FREE WHEEL

DRAWINQ REV.

DELIVERY REQUIRED AT DESTINATION
        9/11/98                          5        1211061

PN:-276-295
FEELER GUAGE

6113 IMM 11W

S5.4300

$5. 43DO

54. 42DO

52.4500

27.7200

DRAWIW REV. 00

FOR ~+D M070R CZAAPAW

-                    vr-0"2KP ~

 suppum

S1326. OC

$477. "IS

$138.60

SIMEONE 02555
CONFIDENTIAL

I

rV or, 1 -1 - ~--)

HaAw-Davk6on Motor Company

:'14f          geyl" XVkh5jyff"
                AIL AA
              P. 0. BOX 493
                M WI 53201

SUUW nM= N TPW LMR 'M AW 9 ADO RM3 . AM: A CM. **PAYANU**

- YOTAX GMBH
To PD BOX 5, GUMS KIRCHEN
        USTRIA, A46Z3

L

NOMMSEORMAC-MODD01M FD REY: 000

C 8/20/98 3 0, 7~-7- cownw= xo

"0"w3                          waft

        Mo. AuLffaiV waoqxycwvr
                Flom_____H/D YORK
                        Sup*Lep w6r,
                        R1050

  SW 70 WME AWROS LWLESS C*WWASE RMKX= MOM

        HARLEY-DAVIDSON MOTOR COMPANY
        1425 ]EDEN ROAD
        YORK, PA '17402
-J LMARK FM P.D. C-D0000011?95

yvo~"

N!10 DAYS

13

.4

        2 EA

        120 EP

3        87 El

I

*me*                                u
*SHIP POINT*            rrrHr-R r-ARRTTZRQ

    9,111*1911 / :14 12110,61

*PN:-29t,-300*
CASKET SET ENGINE HD

DRAWING REV.

DELIVERY REQUIRED AT DE5TINATION
        9/121?8                        2    1211061

PN: -1976-19;
TML ROLL

DRAWING REV. 00

DELIVERY REQUIRED        AT DESTINATION
        9/11/98                    120    121io6i

PN:-942-671 NUT HEX Ma

DRAWING REV.

<u>DEI</u> IVERY REGUIRED AT DESTINA~IDN

     9/11/98                    87     1211061

a ₁₁₃ frc") low

SUPFLS~

FOR ti-D AAOTDR compANy

S.6776

58. 48DO

$3 42DO

$.224-4

sm. a

S216-91

$410.4(

S19. 5a'

"Ore'D ft= wKm Ati

SIMEONE 021556
CONFIDENTIAL

Hariey-Davk1son Motor Company

T-3 T., 7~: I a=~ I .

OX 493
MIUAAUKEE, WI 53201
SLOM M OM W 7RVtWX E TO ADM AMM. ATn t A=r3. <u>pAyAgU</u>

nNtcKasEoRDER C-000000194?5 PO REV: oOO

   8/20/98      4~

EI         K/b YORK

   co cooLwol               DOM

   *ZWP M "OVE ADOMM LWLFM* OnGAWME IMXCXM B8MM   <u>-R1050</u>

ROTAX GMBH
-PD BOX 5, GUNS KIRCHEN
AUSTRIA# A46Z3

HARLEY-DAvrDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402

r,rV I L-=M OU01-1F~

4113 J.P.Cfkj

          F~~D mOTDA MUPAIIY
   OA I              I
MANAGER DF MATERIALS

$17263. W~

SUPPUER

ⱼᵥ TDTAL-PPGE.05 **

SIMEONE 02557
CONFIDENTIAL

11 ;1          Nfill-7:0

4;7~ We& SUaze 32

# SIZA Lmfewɑn Ykis          FN 103133 1

JU vu
im so Poam"asA: Bwn wdw-PWt= Gff"H. Pamuch 5, A-4M3 Gma kmon. Aww

~Ir-,Ssrs.
        I ⱼⱼ-e-Dav i as cr~ 1 ri.
PC bc.- 65---~
MILWAU~*EE ᴡᴛ
U ~-_-,.

                                        IJ DU
                                        LD sc

'D u1i 10 of,

JU U&I IQ C

-          ly

Ju ᴜᴜ in or.

        j.j. -U. U-, - ~

Telebx: (0)7246163 70

COMMERCIAL INVOICE

| J.P go 20"V und SOW"-ft bl;i iw~ I MOM" US" | | Lossercial Invoice No 90)0761-4 |
|---|---|---|
| xw"&~ft Cam wnw m | | |
| 175166 | | |
| P" Lwiploww" S.Vokw no | | Date I l?0E .j l . 0&1 |

| "a boom&-1ww | | | acsbwhmkn I U,~ ALft.9.4* | U,~ 2-m- | LN#Wcaw. |
|---|---|---|---|---|---|
| Y- rm. m, | | | O~ 0- confir- cd~ m | oww | 000"ry am |
| - . . ? . C~ (I(i0(I(*n')1l'c | | | | IVT,":.:Tri | |
| , | | | )G~. =~. ɪ.l ql;'E . . -, 62EI? | | ɪ C?ɪ l |
| V~-W-ft**P -W | ᴧᴧᴧ C~mj un~ LhAw. Lrd VsmAmuftbwdwVLwVe n ammnn ~r w- fm birs Bochr*V und GmtWw I On vam of Dw"~y ww Sawo U,~*Ikww ~ sea ym | | | | |
| PXU Up no | 1- 3 ot, 7 c. l- Compar, -l | | | | |
| 80012629 | 1425 E~Jf- -, Ycwt- F'.l | | | | |
| W-VWOIY | | -tTS bwoffew | | | |
| | | C:;, 0:L FTi_TEP ELE-1E;J-1 | | | |
| I h E- ciAr~ c i, ile, | o c aric, r 0 t | j~ o l n l:) i i rcr.-~n ri l, -t co l c. r, a | t. | | |
| p V'w t d t. SIMEONE 02558 | | | | | |

V Lksprungs4nd I Counry d anpn
ErfOllungiorl VAks~ C~"L' V*ft m+~ SIJ OLS B~téJffs
Bar* Iw 00on3smrrmz urxl &bUn. v icft~ K10 283-07'01/00, S~tt OBKLAT 2L SLZ 15130

fLw* AusnQ AG, MAs Korft 870-131.905/00 SLZ 1280D

CONFIDEN I JAJ-

Bet Lvourgsvern.9

VernigswrAn p. a bwv dw*

I

HariW-Davklson

Motor C=wy

493

MILWAUKEEj WI 53201

**SUMrr P1VDIM = TRMJCM 70 AAM ADDRM ATTIL A=T3. PXPALE**

F

RDTAX GMH

To PD BOX 5. GUNS KIRCHEN

L  ~AUSTRIA, A46M

TVA-0

N3

)i

)2

)3

:6113 MCA) Ms

**PuRo"a orom C-0000001 995**          **PO REY: 000**

00MACMI                              PAW        **go-owsomw Cow Twwcr** No

**8/20/%?B**                          I

movow"a-moc

5

M/D YORK

-rqM Do                              SLPVLBN CM9

'ED                                  R1050

SHIP TO (ABOVE AD OAESS UM.MS aM OWAa MOtCATW 60.0M

HA#fLEy-DAVIDSDN MOTOR COMPANY
1425 EDEN ROAD
YORK* PA 17402
MARK FOR P.D. C-DOODOD1995

0 DAYS

10

103

10

EA

FA

EA

EP

,5      2 FA
6       1 EA

*go  MULS - M w WALM O ID
Pa. 04n ma

rp POINT                                                    OTHER CARRIERS

*2,0~*w %*l

## sm

PN: -210-857 J
CLUTH COVER ASSY

DMWING REV.

DELIVERY REQUIRED AT DESTINATION
        9/11/98                    10        1211061

PN:-230-920                    DRAWING REV. 00
O-RINQ M6000-;Z50 N70

DELIVERY REQUIRED AT DESTINATION
        9/04/9'8 / 103 1211061

PN:-241-782
OIL PLUO

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
        9/11/98              10    1211061

PN: -241-850
CONTACT SCREW M10

DRAWINC REV. 00

DELIVERY REQUIRED AT DESTINATION
        9/11/98              9    1211061

PN: -2415--620
SNAPRING 62

DRAWING REV. DO

DELIVERY REQUIRED AT DESTINATION
        9/11/9e              10    1211061

PN:-250-391
CASKET

DRAWING- REV,

DELIVERY REQUIRED AT DESTINATION

93.7400

s. B624

S2.9500

S4.4600

$?57. 4(

**\*as.** B;

S29. 5C

S-40.14

S.5764                    S5-716

F;C)e H-D MOTM Gpu~ANY

SLPPUER

SIMEONE 02559
CONFIDENTIAL

Hafley-Davkison Motor Company

K 493

miLwAuKErp **wr** 5,32oi

SUBMIT WWM IN TRMCATE M ARM ADMIM. A171t. AMM MMU

Lft-wK"E oFm C-000DO02995PO REV: 000

**8/20198.**                    **2 c,**    |
**pucom"** 060gr.        Ms SMAIQ **VD&apscnm w**    Af
                              H/D YORK
                              -          imr-
                              arriew

**pool** -19zwS1,rwsf Mal
CF DDIMANOM                        R1050

ROTAX 01121H
PO BOX 5, OUNS KIRCHEN
L ~USrRIA, A46Z3

PM

**7 f-**

ZRIP 70 (AWVE ADDREW umm awiRmsx **INDIOMM 9MDM**

HAkLEY-DAVIDSON MOT13R COWANY 1425 EDEN ROAD
LYORK. PA 17402
MARK FOR P. 0. C-0000001995

I .
**I ml~**

no~s

"M PAMW 10
"W10
sm to voL "M me **ta**

**hno** TIAY_q                SHIP PnINT                JIITI~ E.R0 T rVQ    0"~ "ftL
cm"OF        I Ior~-I        I I" permy om M&%~

S

9

I

EA

s 2300 EA

30        EA

19        Eoc

EA

34

PN:-256-190
OIL FILTER ELEMENT

DELIVERY REQUIRED AT DESTINATION
9/04/98                                    5    2211061

PN:-2n~6-1BO                          DRAWING REV. 00
OIL FILTER ELPIENT                        9 :a) , ~ 7

DELIVERY REQUIRED AT DESTINATION
9/11/98                                    25DO  1211061

PN:-259-905
FRICTION PLATE

DRAWING REV-

                                            I
DELIVERY REQUIRED AT DESTINATION
9/11/98                                    30D   1211061

PN:-259-913                            DRAWINC REV.

CLUTCH PLATE 1.25M

DELIVERY REQUIRED AT DESTINATION
9/11/98                                    195   1211061

PN:-234-353
GEAR FREE WHEEL

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
9/11196                                    5    1212061

PN:-276-295
FEELER GUAOE

DRAWING REV. 00

DELIVERY REGUIRED AT DESTINATION

b113 (PCA1 IPU

I

-1
FOA " MOTOR CLIAPANY              -

*2- 79M

$27.

S 5. 4 --=        $27. 1!

s5. 43DO

S4.4200

*13575- OC

*1326. OC

S2.4500          $477.75

27.7200

$138.60

SUPPUER

SCIOMNEFOI DN EENO T2 15 A60L

KAI

~i **9** Harley-Davidson Motor Company

tl> - *J6F*AJ6fjJL'1AxVxr*fxi'fffi'F

'w                      493
         MILMAUKM WI 53201
SUuW Wm= IN TM= TO A&M ADDAM. AM- ACM. PArAzu

- -RDTAX GMBH
To PD BOX 5. GUNS KIRCHEN
    I AUSTRIA, A46Z3

**KOMMAUORM** C-0000002CM           PC) REV: 000
crx~ oft                          MM        **fg-ww aaff CgklrA=**

   8/20/9e                    3w
**09"MAMMG**    **ffat** noxcr w gapfemw or
            **5-**                    **D** - K/D YORK
   cunwKm cr comp6b."            US-%A^tC0f-
10                              R1M
    **SW TO "ME AWFMSS UNLESS OrHERMSE INMWM** WE C-~

7 F

                          NARLEY-DAVIDMN MOTOR *COMANY*
                          1425 EDEN ROAD
                          YORK, PA '17402
                          MARK FOR P. (). C-DOOOOO I t?95
                                         - **I** "a cr r& -

-SHIP POINT
              -rL~'DTHER CARRIERS                    EM
                                                $23. (X
S.6776

14

13          2 EP

        12~ EP

            EA

87

**-  --  |-**

**9/11,1911**                    341**1211061**

M-295-300                    DRAWING REV.
CASKET SET ENGINE HD

DELIVERY REQUIRED AT DE5TINATION
            9/11198                    2    1211061

PN: -B76-1 c?
TOOL ROLL

I /

DRAWING REV. 00

DELIVERY REGUIRED        AT DESTINATION
            9/11/98                    120    1211061

PN:-942-671
NUT HEX me -'/

DRAWING REV.

DELIVERY REGUIRED AT DESTINA~IDN
            9/11/98                    87    2211061

**6113 If-cft)** in$

58.4900

$3.4200

6~. 224-4

*F 0 , 9 KD IAOTDR COMPANY*

5114.94

$410.4(

$19. 5:

SUPPUER

SIMEONE 02561
CONFIDENTIAL

I-Lib                                I v                    uo-r-r- ⟨rs n
                            Mmo issEmvmm C-*0000 0lW5   PO REV:000

                Harley-DavWson Motor Company

        17                        8/20/98            4

        ᴀYlyh ₓᵥₖ Mffiyfti-f        owkwo⁻ 40⁻    sulAlavo    ᵥᴬᵛ

        P. 0. BOX 493                    1"134 -            El -

K/D YORK

11IL34AUKEE, WI                          53201        10 wftmawflcrawc4m

supff griMM N TRVLXM TO ARM ADDIM. M71t AWM. PffAIU      m-smAwwr4ow".                  -R1050
                                                         SW TO J^BUVE ADORM W-M 0'rHEFVM;E INDbim BELOW)

7 F

ROTAX GMBH                              HARLEY-DAvrDsm MOTOR COMPANY
To                                      PD BOX 5, GUNS KIRCHE25 EDEN ROAD
    2USTRIA, A46Z3                      *YORK, PA 17402*
                                        -J LMARK FOR P.O. C-0000001995

                                                                    ll ft"  cr Pa &a

Q2 DAYS

Pm mu" - wo                                                    -              C:l

l"SHTF POINT
UN 0-10080--                                         Z~ OTHER CARRTERS

NOTE: THIS PURCHASE ORDER MAY NOT BE
ALTERED IN ANY MANNER (TOTAL COST,
DELIVERY, ETC.) WITHOUT PRIOR
*AUTHORIZATION OF T14E HARLEy-DAvIDsON*
PURCHASING DEPARTMENT. YORK DIVISION.

By ACCEPTINQ THIS ORDER OR ANY PART THEREOF,
SELLER AGREES TO BE BOUND BY THE INSTRJCTIONS,
TERMS AND CONDITIONS ON THE FACE OF THE ORDER
AND ATTACHED HERETO FORM NO - Y6034 (P:R).
NOTE:
MATERIAL SAFETY DATA SHEETCS) MUST BE
FORWARDED TO JAY DIMLER AT
    HARLEY-DAVIDSON MOTOR COMPANY
    1425 EDEN ROAD
    YORK, PA 17402
WHEN APPLICABLE

                                            TOTAL      $17263-92

I           SLjPrVF      ym              41    FOA I+D M070A CCMAPAM
                                              MANA~GER OF MATERIALS

                    SUPPLIER

                                              TOTAL-PPLE.OS

                                              SIMEONE 02562
                                              CONFIDENTIAL

# A

**Bombardier-Rotax GmbH**

AJZM QX9WB        Teletw (0)7246/271-0'
ykw SIlalle 32    Tieletax: (0)72461370
FN 103133 t Lz"sgmdM wels Telex: 25s46 boa

Pvsurm&o-A.- Bootwdw-Row Grrt"l. PosdaCh 5. A-4MGtxv"acw. **Aus&w**

alx'asr'xas~ ' -, C. ~ ..' " jr' ~ .

-C.　　　- ~L 5'l.

L.'-J! 'E E %-: i

*as*
as

**am an** In **an**

ug as 40 all

as go so so

COMMERCIAL INVOICE

| Do Zo*,M ~m Scwow%m*w | | | | | |
|---|---|---|---|---|---|
| KwndW~ft cosoww no | | | | | |
| Suppw w | | j | | | |
| 0" * --  V~ o*W W~ | | | Iva* **Auftw~"**  C~ 01 0~ | Lb~ Zoa~ l Lwo~ d **Dop~y am*** | |
| vw | ALif CwwW unww **Lmww- ww** vwtuoumbrgur **gen B.'clo.** P~ h5r P*  **RftnnwVund** Cfow /On b~ W Doi, 6* cwo>~ * Wo YOLL  P' .0.9 ofip | | | | |
| mw9worf | Ankv~WJPs n m | 1. | | Pmwfov-wtbw P~ | |
| | | Z Z: 7 c~ | | | c |
| | 7~ 7: -7 | 7 7 I _7  L | | -7 %  | |
| dNo SIMEONE 02563 | | | | | |

V tkw-vo° l C.," d -~
Erfuhingsal Mt C*Kr-t~ Wets ocXLr Srtz oes Bestehem Bank tur
Ooer&slemch und Satz~, Y~ K~to 283-0701/00, Swfl OBKLA72L

CONFIDENTIAL

Bei Zahlungsverzug weroen

Verzugszwiwn p . & DerechrW.

I

-P

Bombardier-Rotax GmbH

*A-4W WN9MCHM*　　　*kh*n:(0)7246/271-0'*
Wd5a SDA 32　　　　b-PW: (0)72461370
FN ID3133 L UW M"Xhl Yft　　　　　　Telex 25546 brok a

Pocarnavlft: Bmnbwdw ,Row Gn**f. Pagftch S. ^-4M Gwaxamen. Auwo

r-6
vo *be* IN an

*513*
0 M~

on fig

so-on

an of

COMMERCIAL INVOICE

so Z~v "

0 t

Eownclii fnwcilc~

| a" bssftiw~ | | | Wmot~ | | Unor Z.. | UOmmum |
|---|---|---|---|---|---|---|
| | | | . &ftv " | | | |
| yftw orow m | | | Oow d- j | C.ld~ 10 | ow "If, | 0.6~y 0.0 |
| Vsnwxt*'P-?*. | &4 Gnvlc ulle;lvw LAO- trsd Vw*mshbodwVvnwn amromw w..~v t0a lrw* FliochmwVuW GWshtlOn bl-o of ow Doomry aid SAkn Condrawo we M" J= | | | | | |
| | Anb.6.*~ | 1. | PnWE- S.WUow P~ C- 7 1 1 r. 7 7 1 jF XY UNYW OKI* 17, 7, | | | |
| owX*M r SIMY-ONE 02564 | | 7 | | | | |

l- Lhprungw*,d f Ccwr*y coforgm
ErlAingsort Ykis. Gerd;ta0AW Y*is "Sitz des Beste5m Bar" fur 0bff6s*rrcch und SatWnj. V*ts. KoFtD 2a3-0701/()O, Swdi OOKLAT2L.

Bei Zatilungsveaug wefoen

CONFIDENTIAL

verzugs&mn p. a. barschrwL

l

(;; i 11 ~1- -l'
 "Ail .-'~ i

TF41%~%;"Ask ZEmwJwmkwas7&"~ cm - #moc" ~ ~ - - -

C-Ooooool--076 PO REV-. 000

PUMNAM OPDM

10/

H/D YORK
No cam                          woccacmx
Nds x-vown a                     R1050

OW TO (ABOVE ADDRESS umLms aniEnwim wgx=w SSOM

FIT ~ - ~ . I,                     Motor Comwy

will:" V

P. 0 . BOX 493
MILWAUKEE, Wl 53201.

SUSMn iNMCB M TMMJCATE ID AWn AD DRM. V71: ACM . PAYUU

TO

mm-4
N30 DAYS

~ I

10

)2            30

X$

E

131 FA
K-

2, EA

05            2 EA

ROTAX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, 446Z3

L

7 F-HARLEY-DAVIDSON MOTOR COMPANY
    1425 EDEN RDAD

```
    YORK, PA 1740-7b
    LMARK FOR P. 0. C-0000002076
```

twmft~ alcm ˷

JSHIP POINT ~LL OTHER CARRIERS I                                    I

PN:-211-960
STARTER DRIVE COVER

5T025252

DRAWINQ REV. 00

DEIIVERY REQUIRED AT DESTINATION
        ii/24/98                          10      1211061

PN:-230-890//
O-RING 17-2.5 N70

5T024BR1

DRAWIN G REV. k*.)':)

DELIYERY REQUIRED AT DESTINATION
        11/24/~?a                         30      1211061

PN: -232-130 ---~
GUIDE PULLEY

5TO24690

I

DRAWIN-- REV. 00

DELIVERY REQUIRED AT DESTINATION
        ii/24/98                          1Z3     1211061

PN: --34-05jZ/3 ( - -              DRAWING REV
GEAR IDLE BI-15 TEETH

5T024473

DELIVERY REQUIRED AT DESTINATION
        11/24/9e                          2       1211061

PN: -236-020>-l'''
SPROCKET 14 T

DRAWIN G REV. O-D

tln_*

I

I

I

s~14. 9700

I

I

9, 4600

Z14. -?700

153 2700

FOR H-D MOTOFt COmPANY

$14q, 7(

s 1---. 81

$I 9.=. (5

S106.5

VENDOR

SIMEONE 02565
CONFIDENTIAL

## Qi ~ltvll_

de~-DavkLscm Motor Company

P. D. BDX 493
MILWAUV~EE, WI 53201

*SUBMl"T IW VMM IN TRM UCATE Ttl ARM  AWNEn.* ATTN: ACM. PKrABU

wi                    0. LL -C.M.5
C-0000002076 PO REV:000

PUFA:*~ ofkvm                              COWMAM Na
com"OM
  I D127 /913                                    2                 AT
                        To  owcc,~         HIP YORK
                            am
                                           T-IM

-~Ww~."CfCC&VSAI~
~t fea 9pecw~ a
  ncouuwwm i m ~t;
8"r TO CA8011Z ADDPZ Z UNLM arHaTwL-e

HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD
YORK, PA 17402
LMARKFORP.0 C-0000002076

'                  ROTAX GMBH
To- PO BOX 5, GUNS KIRCHEN
      AUSTRIA. A46Z3
  L

lia-Z
N30 DAYS

rm                                        E-WL~ AnGM 0@M "MA= IQ
SHIP POINT                    OTHER CARRIERS    W3n OF Pit 3""' AND wa .
                                                          co              C3
                                         ED
        irE,                         | C.~ |  ,~

.6

## 1

)7 *1*        ~q

I .

)8

19 1

i

i

57024473

DELIVERY REGUIRED AT DESTINATION
       11/24/98                          225      12ii061

-PN: -242-7qr~_ C -
  OIL PLUG hi2XI.5

57025102

DRAWINt-~ REV 00

DELIVERY REGUIRED AT DESTINATION
       11/24/9B                          55       1211061

PN: -250-3!~
i:;A5KE`T USE 250-3~J

5-.0252C)7

DRAWING REV 00

DELIVERY REGUIRED AT DESTINATION
       11/24J96                          2-10     1211061

  EAI PN, -259-SB5
-1 'INNER PLATE

        5T02525I

  EP

        DELIVER'f RROUIRED AT DESTINATION

DRAWING REV.

DELIVERY REGUIRED AT DESTINAT10N
                    I
       11/24/98                          15       1211061

PN:-276-322
OIL BEAL INSERT JIG

5T024473

I                    I

01w 1 -113 MMW

i

DRAWIN~; RE..) 00

I

FOR H-D m070A C0041PANY

10-8800

$3~ E3900

$2 4300

16. 5500

$272. 00

S213. 9!

$49. 6c

$248- 2!

VENDOR

SIMEONE 02566
CONFIDENTIAL

HarL.Y -Davkison Motor Compzjiy          10,27/98          3

-miz;;7-Aff-0                            l ma. 2*j-m

vapeEmm *.                    A.

P. 0. BOX 493                                            HID YORK
MILWAUKEE, LJI 5320l                 In --

CRW=FWW Z M CCXW%A &/KX                 -0 03M

vfmcca ccm

SUBMIT INW = IX TRftt"n TI) ANVE ADURM, *MTV: LCM.* PAYABLE      El          R 1050

S,*" ib vDavt **AnDREss LmLEss an4ERmsE** wDwArm

saam
      ROTAX QMBH                      HARLEY-DAVIDSDN MOTOR COMPANY
'TO                                   PD BOX 5, GUNS KIRCHEN 1425 EDEN ROAD
      AUSTRIA, A46Z3                   YORK, PA          17402
      L                               _J LMARK T"OR P. 0,C-0000002076
ml-s
N30 DAYS                  SHIP POINT               ~LL OTHER CARRIERS cw

                                                              [3
                                                              C:)

0        5                  PN: -276-880 DRAWING REV.00

1 75          SPANNER RING
      5T025251

      DELIVERY REGUIRED AT DESTINATION
           11/24/98          5                    1211061      ;;40. 6200
                            S203. lc

1     5 EPPN:--76-720          Z     DRAWING *REV.*
           PISTON RING SPANNER



5TO25251
DELIVERY REGUIRED AT DESTINATION
                                    1211061                          16 5900        &.82. W

2        -5 E                       PN:-277-070 DRAWING hi:V.UL)
WRENCH
5TO25251
DELIVERY *REGUIRED AT* DESTINATION
            *11 /24/c?a*        *5*                              *1211061*       *$7.1500*
                              *%357!*

3                               1201 Ep, PN: -277-340       DRAWING REV
PLUG REMOVER
3T024473
DELIVERY RF-Q~JIRED AT DES11NATION
            11/24/98        120                              IDII061        S.3100
                       !137' z~i

4
        5                       PIC .ₑ/-e07       DRAW ING RE'~      00
    rLYWHEEL PULLER

                                        rOA H-D MOTOA COMPANY
                                        -rn sz~.

**VENDOR**

                    SIMEONE 02567
                    CONFIDENTIAL

**Hwicy-Davidson** моют Q>Mpany

P, 0. BOX 493
MILWAUKEE, Wl 53201

sVM rT IN"IC ES IN  TRM JC/n TO  ADW E AD DRM . KITW . A=.  *PAYMEE*

    **ROTAX GMBH**
To PO BOX 5, GUNS KIRCHEN
    **AUSTRIA, A46Z3**

    L̲

    **I 0127/7B**        **4**
                    "_____- la"'~

^C-AnG          sjₐAⁱⁿ N=Pccmw wr

        n̲ ̲.̲ ̲m̲ .

                                    ˣ
                                    HID YORK

            cp,nrkw t ce cobo a-ma        3mm o=
                    v%a.oalm.G a
        10̲
        *SHM TO (ABOVE ADOJRESS UNLr:SS OrNERWISE 00MMM BWW*

        HARLEY-DAVrDSON MOTOR COMPANY
        1425 EDEN ROAD
        YORK, PA 17402
        -J̲ LMARK *FORP.D. C-0000002076*

**INT~LL OTHER CARRIERS**

                        I

M-a
N30 DAYS

i
l
l

5            0 F-A

     2

2  F:A
0  EA

6

        10

i

DELIVERY REGUIRED~AT DESTINATION
      11/24J98                    5  l211061

PN: -2SO-015
TIMING BELT

'7025192

DRAWING REV.

DELIVERY RE&JIRED AT DESTINATION
      11J-24/98                  1211061

PN: -293-151
STARTER MOTOR ASSY

DELIVERY REQUIPED AT DES71NATION
      11/24/9B                  1001211061

DELIVERY REQUIRED

PN.- -840-961
SCREW ALLEN HD M6X25

            mv

112. 9700

DRAWINQ REV.

AT DESTINATION
      2 12110&1

DRA WI14G RE V. r;O

$,64.85

1  114.5000

l
i        $

127. cY600

s. 1200

t7250. OC

s2~5. 52

si2. OC

FOR H. D MOTOR COMPANY

.AuT.000S.D QGWOUM)

r- ~ al 13 JPCAI I~W

VENDOR

SIMEONE 02568
CONFIDENTIAL

~41· J'            r;

                arkVDav&m M otor Company

        P. 0. BOX 493
        MILWAUKEE, WI 53201

SUBW WVDICES fR 7Rn=TE M AW" AWRE93, ATr*.- AC03. PAYABU
    '                                    ROTAX CMBH
1-6 PO BOX 5. GUNS KIRCHEN
    AUSTRIA, A46Z3

't.w
N30 DAYS

I

i

I

l
i

I

ifb
l'CT =E7q_'5HREV

Doak OM                        r·
    1 0/27?'~S        5

Aa 8UAAC?VC..30ecrCww

n                                  11    H/D YORK

C"Crow.d w cCuPU-w+                 I AM CCOR    AMCOR OXX
I-68°OVICRea                        R1050

"OZZ"r" MaxwW="CLA                  I

**SHIP TO (ABOVE ADDRESS UNLESS OTHERMSE POCCED _BODM_**

1-HAFLEY-DAVIDSON MOTOR COMPANY
    1425 EDEN ROAD
    YORK, PA 17402
    MARK FOR P.0,C-0000002076

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER ~TOTAL COST, DELIVERY. ETC. ) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSDN PURCHASING DEPARTMENT, YORK DIVISION

BY ACCEPTING THIS ORDER OR ANY PAR7 T~ SFI I ER AGREES TO BE BOUND BY THE I NGT TERMS AND CONDITIONS ON THE FACE OF T AND ATTACHED HERETO FORM -NO - Y603-4 NOTE. MATERIAL SAFETY DATA SHEET(S) MUST BE FDRWARDED TO SAFETY DEPAR7MENT HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD YORK, PA 17402 WHEN APPLICABLE

~L-ITC:                 TC TOU   7TD~_-r      f-LWr-r3.C

# 4R

I

EREOF,
    C-1 I ONS
        ORDER
    R).

TDT AL

I

I

_FOR_
COLLEEN SHR                    ORK

-

%92414.62

VENDOR

T_w=                                    r'UZ\CLM :ThIZ 01--I"F__2AAL-Z_ _XX

SVVIEONE 02569
CONFIDENTIAL

A46ZJ Uft9WLAltiY            ee=: (Uj/44D/ZII-V-
**W&K SIM& 32**        belax: (0)72461370
FN IM 133 L Lv*sgm rht M is    7eim 25W brUk a

PostmactwA: Bonbotfev-PAux GnibH. Poadwlh S. A-*23 Gurslorcf~, Aus"

at
In

fir I
IN

it cc #ll up

uv gel lie on

COMMERCIAL INVOICF

SO ₍₎, sa"hwww
Kwool.**.
cummor no

| w . Bftwv.~ ᵧ- | Af C~.d L ftr-  .d | | | Bvsftam~ amw am | Anvₐ-ₚ: cₐₑₐ-a | U~ ₂ₑ"w 0~ me, Do.~y am |
|---|---|---|---|---|---|---|
| yw~*'-V-w<br>PM*.V No no | Vorv-1<br>%MWUVOU: | | | | | |
| MWV-VRY | An$-14"~ | | savigolow | | | |

**SOEON**
**E 02570**

V Uso,,.VN .,o / C-.Vy co .w
EriChorjwd Wet Ger~=and Wds odef Sa des Besleffem, Ram ILK
ur~ Satzbuyq Vk4s. K au 211 3-0701 /00, Sw dl OBKLAT2L                         C

Bei Zahl Vegₛₑgₛzₒₗgₘ wfₐₑrbwedvwt.
0 T-- - C∘

CONFIDENTIAL

¹~₄ PUR CIASE  ORD E. ₈&b d₆EA LVJV *AfⱼR 0 ∴-          Ezz5z1w Tf_

PuRcHAsEOFOM-000000207BPO_REV: 000

Harley-Davidson Motor Company

I
₀ᵣⱼ"
10129f

P. 0. BOX 493                    EJ              /D YORK

**7:**
ft-           ₄₀"
₂ ₃"w/C₆ ₈₆" ₃₀ₗₜₒₒₘ
MILWAUKEE, WI          53201

'UBMrf INN ICES IN TR IPLICATE TO ABOVE ADDRE SS. ATTN: A=. PAYABLE    EI =MVcw.0wc-3x
cw                    1050
SHP M "OVE ADDRESS U NLESS CW HERWM E INEXC9M
**BELON)**

__1 F

ROTAX GMBH                       HARLEY-DAVIDSON MOTOR COMPANY
ro PD ROX.5, GUNS KIRCHEN        1425 EDEN ROAD
L~VSTRIA, A46Z3                  YDRK        PA              17402
                                 -JLZK'FDR P. Q. C-000000207B      ⌐

I
WA₈"   ꜰᵤᵣ Msw ~ ⁊M •ₘ₊.
WM C₀. ₅M* AM UU
ᵤₓₚᵥᵤₓ $am wonaw M)r)

**M7**

20 EA PN:-260-800           DRAWING REV. 00
         ISOLATING BUSHING
         DELIVERY REGUIRED AT DESTINATION
            11/26/TS         20               1211061       $1.110
         0            **$22.20**

20 EA                        PN:-260-840ᵣₐᵥᵢₙG REV. 00
         ISOLATING BUSHING
         DELIVERY **REGUIRED AT** DESTINATION
            11/26/98         20               1211061       $1.2c7O
         O            s25.80

20 EA                        PN:-2262-w720G REV. 00

```
COMBINED NUY M 6
DELIVERY REGUrRED AT DESTINATION
      11/26/99        20                        1211061        %.5100
                      $10.20
```

```
20 EA                 PN:-230-530              DRAWING REV. 00
   O-RING 6-1.7 NUM 70
   DELIVERY REGUIRED AT DESTINATION
      11/26/98        20                        1211061        S.3600
   $7.20
```

FOR H-E) MOTOR COMPANy

BLM P                           JA5 DMD

VENDOR

SIMEONE
02571
CONFIDENTIAL

Harley~-DaviAson Motor Company

P. 0. BOX 493
MILWAUKEE. WI 53201
Irr  *INVOICES *(THPUME* TO ABOVE ADDRESS, ATTN: <u>ACM. PAYABLE</u>

ROTkX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

NOTE: THIS PURC14ASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC. )
WITHOUT PRIOR AUTHORIZA*rlDN OF THE RARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION.

BY ACCEPTING THIS ORDER OR ANY PART TH
SELLER ACREES TO BE BOUND BY THE INSTRL
TERMS AND CONDITIONS ON THE FACE OF THI
AND ATTACHED HERETO FORM NO - Y6034 (PC
<u>NDT:::</u>
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402
WHEN APPLICABLE

**42fiim-**
- 10-A;

# n?M/z 1-%& P 41

- -                -

<u>PURCHASE ORDOC-0000 002078 PO REV: 000</u>
OFCIM WE                              wm*"a m1f. #AQ
10/29198 F"2 oF
rpccw-MMOG

Ewa -~7 .11 am ~/D YORK

cc."-w-my cw                        ~co"~   ccvc
0                                       1050
SHIP TO (ABOVE ADDRESS UNLEW CTrHERMSE INDICKIED BELO"

HARLEY-DAVIDSON MTQR COMPANY 1425 EDEN ROAD
-i t-=Y[)RK. PA 17402
          K FOR P.C. C-00
                    V13Mf1000" OF

--I

00002078

MR mm" - Um SUL"a IV

I k XP G V AT N M WM W
"" cl, 1- 4-93 -0

 EDF, ICT I DNS. ~ OR DER R).

TC)TAI-

       FOR H-D MOTOR COMPANY
COLLEEN SHREVE - YORK

1AU7WOFUM SIG"V)A&)

VENDOR

I

 I
 I

 4
 f

4
I

  - I      I
 _I
  . i

i

$65.40          1

I
I

SIMEONE 02572
CONFIDENTIAL

ipt4 19 11:1u ild:-Ib ı.«"HKL=T

              Harley-l)aviclson. Inc.

              P. 0. DOf 4173
              MILWAUKEE, WI 53201

.UBUIT INVOICES IN TRFPLICATE M ABOVE ADDRESS, ATTN: ACCT& PAYAB

r-

   ROTAX GMTIH
o PD BDX 5. GUNS KIRCHEN
   AUSTRIA, A46Z3

30 DAYS

    "W, 0 t0 t- + 0 0 C" M 0 AM" W C y. AO" AA  00  - - 04 M MID9014V~C D01-8071
  PURCHASE ORDER C-0000001776PO REV: 000

Cp"m b-n          hl"
  1/16/?B           2
        UALACT T3 MdU40M              J'a

Eam                    H/D YORK

R 1050

D or v«v.

SMF TO (ABOVE ADDRES– UNLESS UTHERMSE INDICXW BELOW1

F-HARLEY-DAVIDSON MOTOR COMPANY
  1420 EDEN ROAD
  YORK, PA 17402
LMARKFORP.C. C-0000001776

--I

HIP POINT Z713THSR CARRIER5

~-- too

!

1600

I

I

EA

EA

:35 "F/A

I
I
I

I

20

DELIVERY REQUIRED          AT DESTINATION
          i/3c/ge                        100    1211061

PN:-256-160
OIL SIEVE

5TO15B40

V/l/

DRAWING REV. 00

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
          1/3C./90                       100    1211061

PN.-256-180 /
OIL FILTER ELEMENT

5TO15840
5TO16309

                    DRAWING REV. 00

DEI IVEPY REQUIRED AT DESTINATION
     11*30/99                            1600   1211061

PN: -259-:130 /
RETAININC: PLATE ASSY

5T016229

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
     111:30/98                           35   1211061

PN:-259-~83 /
RELEASE CAM 30DEGREE

DELIVERY REQUIRED AT DESTINATION

I i

I

 i

 i
!110. 8800

 I

       I
       i

FOR H-D LNCDAPORATED

VENDOR

S.7100         $71.00

$1.4400

I
I

I

$144.00

S5 1600      S(3256.00

        *390. go

SIMEONE 02573
CONFIDENTIAL

## .Apnibardier-Rotax GmbH

7~.Vftw swft 32       Teblax: (0)7246 rJM
  FN X= t LaiamWW VjW    Teft: 25546 brgk 2

Do         PDOW K16 ln: bWftWt&-4k.W C-90t P-W.Z 5. A,– QW--k A–"
SO

MESSRS.
HARLEY-DAVIDSON INC.

P-0. ROX 653
MIL-WAUKEE. WI 53201

u 5 A

'
'

to
of

'
'

f",~

# a
on

M

2
'

P

x

PAG-7 E        I

   DATE
1997 07 00

---1702                    0-4-                    Cb10-~ 0
                           lc?79706 09

312585

     30
     30

   ANPIL)A

4

~ CARTON 3ROSSWE
ET W EIG

   bars,

~Aa o~- LA- W                                    -V v- k. a* P.O.* _w G.- 10. - 01 -D6-* - 5- 0-*- - Q V~
  IRFREIGHT TO HARLEY-DAVIDSCON MOTOR COMPANY, 142n EDEN ROAD~
DRK. PA.17402

          5INTER FRICTIOti PLATE 2.0 MM,              17.70 3.531.00
          --LUTCH PLATE IMM, NITRATED          33.162.94.60
          -1ANDL I NG-CHARGE                       250. 4)0
          ! oci                              4. ;'~75. a(, S
          C'ACK I NG                         20 . 4C,
          :?40                               20.40 s
          :'CA GLINSKIRC-1EN                 4TS        4~q96.C-~. T

  VACATIO'45 ~ROM 25.07.97 TO      10. 0G. 9?

  A

      ROTAX 31        53 YOF0.
j(3HT: 3.10 KG
         2. ~0 KG

      :ki-)9-materials are totally frep
      ?-ntly free from livc- plant-pe-sts.

259 010
259 91 i

I wood pa
And appar

PA'yA1--LE WITHIN 35 DAYS Nel FROM 047C OF SHIPMENT AND INVOk-E

V twow-awow / c~ mi..".
Eykftusul Vs%ft Gwxtftsund wak oaw Saz d~ aemfiwa am* K~ Obstabouch urd S&UburU VAO& KcrW 293 -
0701100, Skwot OONLAT2L ~q ~1~!~CL P:~t A .3fw AG~ Wb, Korft 82G-131-005100.

        9. 0 'A
                        Venwgszwwhen p. a bwwiw*t
EwwwvaurXw unci PoWevamm* ~ 0A-

SINIEONE 02574
CONFIDENTIAL

        1103 F%Pw*wcPaM bk-*X- 1AJr A~1" ä . . . . . . .          ,     ~O '

puRcmAsE oFmzR C -000000 1702
aie* Dag                                    cc.-C v--;,
                                               ~d

    -.Y*-*                        bbkr SULAE" 10 640FEcrm of
                                    H/D YORK
                    cam         wspoon ccm
                                    R1050
    SMP TO (ABOVE ADDRESS *UNLESS* OTHERWLSE I NDICJKFED BE LOW)

            Hadey-DtvidsomMolor company

            P. U. 3OX 653
            MILWAUKEE, WI53201
*SUBMIT INVOICES* "s TRIPtICATE TO ABOVE ADD RESS. ATTN : ACM. PAYABLf

ROTAX GMBH
PO BOX 5. CUNS KERCHEN
AUSTRIA. A46Z3

7 F_

        HARLEY-DAVIDSON MOTOR COMPANY
        1425 EDEN ROAD
        YORK, PA 17402
_J L MARK FOR P. 0.C-0000001702

7

-i

                                    CD . . . .      ä .9mL 00M CΓ    AGLr*BM MNAAW tlO
                                    . . . .                         im cr 1~ Hr mo uu
        SHI
        goo                                    L*
N30 DAYS                        P POINT- IALL *OTHER CARRIERS*

1 1        3(

2.

I

i

I

3(

i

N: -YMl3C
~tmp ISCE" ANEOUc ITEM

1 259-0107

DRAWING REV.

DELIVERY REGUIRED AT DESTINATION
7/16/97                                              30          3158520

A                          PN:-YPRD.TOTYPE          DRAWING REV.
PROTOTY-E PRODUCTION COMPONENT

259-911

C; ÆO&AFAlD

I

I

$9. 6500

DELIVERY REGUIRED AT DESTINATION                     1          1
7/16/97                                         30   5153520   *3.2700

I

I

i l
!

I

S289-50

$98~ 10

I

I
I

FOR -D MOTT)F4 COMPANY

I

VENDOR

- TOTRL PAGE.03 **

SIMEONE 02575
CONFIDENTIAL

Hariey-Daiidson Motor CompwW

```
                                           6/09/9 1     2,
         P. O. BOX b53                                          H/D YORK
         MILWAUKEE, WI 53201                --cm .          cxw
         '·4·46· COW
```

**UBMTT INVOICES IN TRIPLICATE TO ABl)VE 40DRESS. ATTN: ACCTS. PAYABLE**                              *RIOSO*

                                        **smp To (ANNE ADURESS UNLESS CITHERMSE *SUDIC40M BELOM***

```
      ROTAX QMBH                    HARLEY-DAVIDSON MOTOR COMPANY
0                                              PO BOX 5, GUNS KIRCHEN
  1425 EDEN ROAD
  L AUSTRIA. A46Z3                  YORK. PA 17402

                                    _J L MARK FOR P.D. C-0000001702

         ma                              lql~afta"co        - I
                                                       sm 69 44
         SHIP                                    ALL OTHER CARRIERBi
         c:l    o.2 pw"v a,
430 DAYS              POINT


                   .e0l
                  'E.
```

NOTE: T~11S PURCHASE ORDER MAY NOT HE
*ALTERED IN ANY MANNER (TOTAL COST,* DELIVER~, ETC. ) WITHOUT PRIOR AUTHORNATION OF
THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION.

BY ACCEFTING THIS ORDER OR ANY PART                        EOF,
SELLER *AGREES TO BE* BOUND By THE rNs            TIONS,
TERMS AND CONDITIONS *ON T14E FACE OF* lTSUCOR13ER
AND ATTACHED HERETO FORM NO - Y6034 (f CR).
NOTE:
MATERI'AL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO JAY DTHLER AT
   HARL-n'-DAVrDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402
WHEN APPLICABLE

```
                                        TOTAL
                                                    1387.
                                          60
```

                                **KO MOTU69 COWANY**

```
  U EEN SH E E          41        COLLEE-N SHREVE

                                   '.nwcf%=

                        VENDOR
```

                                            SEMEONE 02576

**Bombardier-Rotax GmbH**

A-4M 010300        TSft: (M4612714r
Vtto SWBe 32        16dax: (0)72461370
FN IM133 L Lz0sqMcℬ W*iex: 2.%50 Do a

up        PoawvcwM: Eo.tw*w -Rom Cwral. Poorwh S. A-ftM Gmwwnww,~⁴ᵃ·

                        go go
                        4.U Q p

uli fu
09 Qv