ur
JU

uu uu
N 1~

I t-J'k-,P i, I t I I

B~ z0"-d **sooww" bow** W*0~ I pft~ wMW

Kuno-ft.
cm~ w                                                          Iv,

SLVOW nm

| M bww&~ Y_ O.M. | | | -1 0.0w oft | -Lba" ftftl w m Unt"now. of Clow | Unww.&"~ 7 roc | -to_ |
|---|---|---|---|---|---|---|
| op | V, Now~#* J~ | I ...... -4. | | | | |

Za"*wV.Mwojb.
Pw.ww condwan

~ .I I.~.

I' Unwringunbd I C-wy cd arVn
ErhAw9son VveL,,Gendts&and v~η oder Stu oes BestebemBar* fw
td SabbLn. VA)t, KaNo 283-0701 /00. %*41OBKLAT2L-

:j                                                                           r   A!
- ,'~- 1   .111   ~ιι, ιι,ι, ι if -,)ι; ι -lt l ) ! iiV*         . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

SIME~ONE 02577
CONFIDENTIAL

Bei ZahiLvVsverzug worden                    Verzugszwzan p. a.betac
Einwef)aurq)en und Bearntw)dungen k6nnan nur inrw'Wb 8 Tagm nuch I

I

### Hadey--Dav;&on Motor Company

)W9        ┌". lixt"115P
P 0. BOX 653
MILWAUKEE, 141     53201

**SUBMIT INVOICES** IN TRIPLICATE TO ABOVE ADDRESS, ATTW: CM. **PAYABLE**

ORDER C---O~O~00 '1709        0 REV:000

7114/q7                    I CF
RAnW.        Ammea M.'s-tcrol.
Q                          H/D YORK_

R 1050

JEJ ccEft~-w Pr'a'u'no"m -.~

- F

E I H, E 5 R V,

ROTAX GMBH
TO PO 13OX 5, GUNS               **2 2. Juli 1997**
AUSTRIA, A4673
L

tu-s

SWP TO tABOVE ADDRESS UNLESS OTHERMSE INDICCIED BELOM

ARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
-i LMARK F-OR P. 1). C-00000017C)e

o..w xuawu ID
stm 00 4 VA° & 0 UA t

SHIP P01141                LL D'THF--R-CA-RRIERS

4130 T)Ay~
TEM ZXIkqM uwrr

            EA

toot PRrce

i

110

|

i
I

4 I EA

    EA

10 ")

PN -230-1~20
O-RINOU M6000-2250 N70

5TOI3064'
10 45 AS FACH

DRAWING REV 00

DELIVERY REGUIRED AT DESTINATION
        7/22/97                    41    1211061

PN. -2 56- 160
DIL FILITEF ELEMEN7

5TD13Gi5
66 00                445        E(-.CH

DRAWING REV 00

DELIVERY REGUIRED AT DESTINATION

    - z
(jL/
    4

PN -277-970
GUIDE SLEEVE

5TO 1 19GO
47 80 AS EACH

DRAWING REV 00

DELIVERY REOUTRED AT DESTINATION
      7:* -z2).-'c ⌐          10    1211061

```
F N, - 264 - 7z,
IGNITION CUIL :'%SSY'

5TO13034
514.60              AS      FACH

DRAWING REV 00

DELIVERv REO~JIRED AT DESTINATION
       7., 2 7-1,19 7                        2     1211061

I

~ 93CIC,              $3z30

I

42 300C-

%, 8600

         OR Co
FOR H-D MOT 7~

IMITHDr4=S-ATL~41

$64. 60

$35 26

0~v 8113fPcm ILW

VENDOR

SIMEONE 02578

CONFIDENTIAL
```

### Harley-DaOdson Motor Company

```
                    T7
        P. O~ BOX 633 MILWAUKEE, WI 53201.
SUBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCIS. PAI(ABLf
```

# F_

```
   ROIA4 GMBH
To PO BOX 5, GUNS KIRCHF-1-4
   AU,c;TRIA, A46Z3
```

L

7 f-

ı--ı+ı**D-*~ A ~SI IPO EAl~- -D (A&A -~ S-DD C-J I

**PURCHASEO#WER C-000000170BPO REV~ 000**

```
~-%                              Pr   cr."A.1c, lo
   7/14/t~7                       2
...                       cow" ptvlc    ma DLMLR·ID*4$fCrXW W

            ED 11 Go~            ~/D YORK

                    R1050
                    ""'o" co*
```

sHip To (AsovE **ADDRM uNLEss ormERMSE INDICATED BELOW)**

HARLEY-DAVIDSON MOTOR COMPANY
1425 **EDEN ROAD**
**YORK, PA 17402**

_J LmARK_ FOR P.O. C-0000001706

| *r-s*N30 DAY-- **ITEM Ouwmy Uw** | *rw* SHIP P0114T CARRIERS F-;A wT..1 '1-,eXZ0VWfRfCE | | ut *A+N:u* |
|---|---|---|---|
| (~C, A | !c~ V I I LIU Iz_'1 1061 PN: -259-c?05 DRAWING REV FRICTION PLATE "013034 53. 7A AS EACH DELIVERY REQUIRED AT DESTINATION 7 112219-7 100 121106-1 NOTE. THIS PURCHASE ORDER MAY NOI BE ALTERED IN AN'~ MANNER (TOTAL COST, DELIVERY, ETC ) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION. *BY ACCEPTIN(-' THIS* ORDER OR ANY PART SELLER AGREES To BE BOUND BY T14F TERMS AND CONDITIONS ON *THE FACE* or TH-_ AND ATTACHED HERETO FORM NO - Y6034 NOTE * MATERIAL SAFETY DATA SHEET(S) MUST BE PORWARDED TO JAY DIMLER AT HARLEY-DAVIDSON MOTOR COMPA14Y 1425 EDEN ROAD YORK, PA 17402 WHEN APPLICABLE | TH7- REOF. INSTRIC TIONS, ORDER (P:R) | 4.4, 4200 $4 4-:+ 0( TOTAL sl14*--- I. |

nffv~ ^u wou..M vo
COLLE, 4N

*FOR ~~D MOTOR COMPANY*
COLLEEN SHREVE

~U-Omzxo sl)-um~

VENDOR

**SIMEONE 02579**
**(:ONFIDENTIAL**



# -Eg

Bombardier-Rotax GmbH

A4W W &MOa Vftff SM& 32

Tc~. (0)724G 1271 V
T*=: (0)72461370
FNMMtLxozgffi:MVft T6a 2&Wbroka

uv Du al I&     Pvmmrs&wM: Saffowd w-Pomw GmbR Pua ftm S. A-4GM C* wmumrwx. &ebw

;I F P "S

r-. r

rl,LL-! ;,LJI F -E. L',
t-l ~- -.

uu lac " ac

**OU**
IN

1 ₁₁-₁ %,:, rD l f-- E

ow zjorc ow scnmn-~ b4w w " wr pw~
**Kftg-M**

l jV0 ICE ND

9" Lwftnwm -w
S.wg*.                              D(,7E
                        ,7 -. '~ -., 7.

| W- O.Mb"vwl-<br>Vag Draw M | | | | --T -tk~ft ALPhn | &~ | |
|---|---|---|---|---|---|---|
| V~M6"~<br><br><br><br><br><br>PW3" we | AA GAjW ~w<br>LmW w. wid<br>VwkKAWwarQXV~<br>un~ lhr- r~ W" P~h-<br>v .d 0~110n **oaftol**<br>M. DWN-v wW S&W<br>**C4ndtM" -WK Vou:**<br>I L lP S Cl 71 V<br>1,111i P T I-. | | | | | 0.%-v |
| | | | "~FL!:-- l c, H<br>F. 7 A<br>L C, t- 0 .'E<br>F<br>RE C E P ',<br>7 1 -7'~<br><br>I I !G tv D l'<br>L<br><br>-F E:7 [;0, 0 | | | j |
| | 1-1 | | cl | | | |
| W E | | S . | e i | | | |

ZMAO V-d
F , im oarA ftm

l' tWop-Vemodl C-awy d orgn

Erh~ Weis. Galc~ Met om &U oes BesteUM BLnk tur
?~-tn~ urd &-itzbtirg. Web, Konto 2a3-0701 /00. SvMl OOKLAT2L

:,f4 y 7                                        -JEY        -1
        1- 1, ~' - -                    - i I F      D,        1 E I 11

SIMEONE 02580
CONFIDENTIAL

Bet Zahlungsvefzug wef*n                    Verzugszwisen p. a. berachrm

SUBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN. ACM. PAYABLE

7

E 111 f, F 5 !- VG E F.-I

    RO),~,x GMBH
TO F0 BOY t, GUNS P-lFCHEN
    AUSTRIA, A46Z3
        L

TE-5

tQ30 DAV:~

ITEM QUANTITY

Harley-Davidson Motor Company
xif* R*).f".                          F".
P. 0. B 0 X 6 Z: 3
MILWAUKEE, WI 5320!

"~4

PURCHAMCWd"C-0000001709 PO REV.000

CPMMb-b                                   ftu    oolvysaawTcoArnv=
   7/14/q7                               l
                     c'

-cm~ pw~                    NO GU BJECT VO W 4V'C× C" IM    a

              Ej                  Hil) YORK

   Do-mo=                              mr    R1050

              - Cc-L-6L'        xomcow

D  - w× w-*cw1cju1D.3 a

    SHIP To (ABOVE ADDRESS UNLESS OTHERWISE INDICArED BM-OW)

10.
SHIF POINT

          ARLEY-DAVIDSON MOIOR COMPANY

. . . . . .                    MARK FOR P.O. C-0000001710q

. . . . . . ............                      7ɟ/h-om" 01      -wNana 10    17

THER CARRIERS                   6.-'-6.-8M AS .0      Vep, NoM-

-UNiT PUCE" i.,

J0 -~          L

I

I

r -:j-=
,
I

  '~ A

  F:'P~

  E A

I

PN: -944-.46G
THRUS7 WASHER

DRAWING REV. ;-;0

DELIVERY REG-jJREL) AT DESTINATION

71,*IB.!97                          2     1211061

PN
0"F                    2i
  , RINC. M-,OY1 -1 11N471

DRAWING REV 00

DELIVERY REG,!1REE            DESTINAT70N
                              I

PN: -210-4;~,~
-'LUTCH ~-OVER ASSY

DRAWING REV

DELIVERY REGUIRED AT DESTINATION
       7/19,197                    10    121 1061

PLEASE        SHIP TO,
JIM LUDY  UIJIT NO. 2 SPE!7,KERS COURT'.'LADSTONE RD FARNWORTH BOLTON BL47EH

~ELEPHONIE NUMBER 44 120,1 700 b25

THESE PARTS ARE TOP WARRANTY WORK

 .c~= ~m

              Z.
FU~1.11)fPMIM

~Ar

      I I
~-f

      I

$, 26 D Q

s. I 100

~ 91,6300

FOR H-0 MOTOR COMPANY

VENDOR

I    C
  .0

.1 ~

S 9 5:: -'

SINIEONE 02581
CONFIDENTIAL

**Harley-Davidson Motor Company**
**X! R*jyf~***
                    **XIR/"-y.ry7**
       P~ 0. BOX 653
       MILWAUKEE, WI 532101
,UBIWFT INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

     ROIAX GMBH
TID- PO BOX 5, GUNS KIRCHEN
     AUSTRIA, A46Z3

L

I -S PL-C-45F ORDER b-8A)'N ULJ57 A-IAQ DE-.

**PVFXHASE C41DER** C-00-00001709        PO REV: 000
omawm        **PADE**
7/11/97        2"
"Nom" ftcM            "a sunim iovartcno" ª

ff) -                      R -    H/D YDRV,
of CCWAN WAK3              "R COM    "°DCOCM
owo wecwx~ a                        R1050

SHIP TO (ABOVE ADDRESS LIN'    C)THERMSE INDICATED BELOM

HARLEY-DAVIDSON MOTOR COMPANY

-i L~ARK FOR P.D. C-0000001701~

| rw ~ N3 0 DA YS | | ľ~SHIP POINT | LL OTHER CARRIERS | VEOM.IOAME or | | | - $or staw ɪᵣom cl, ᴜᴸᴜ am ᴸ<sup>w</sup>.ᴹ | reiew Psic |
|---|---|---|---|---|---|---|---|---|
| MFM. | 'OkkkNTrry | UNI T | | | | | | |
| | | NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC:,) WITHOU'T PRIOR AUTHDR12ATION OF THE HARI-EY-DAVIL)SDN PURCHASING DEPARTMENT, YORK DIVISION, iji' ACCEPTING; Ti:IS ORDER OF, ANY PARI SELLER AGREES TO BE BOUND BY THE TERMS AND CONDITIONS ON THE FACE OF TH: AND ATTACHED HERETO FORM NO - YbO34 NOTE, NATERIA-t SAFETi DATA SHEET(S) MUST BE FORWARDED TO JAY DIMLER AT HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD YORKI PA 17402, WHEN APPLICABLE | | TH-_REOF. INSTR)C TIONS. ORDER (P.R). | | | IOTA | |



A M A          6tOU*N S ID

COLLEEN SHUVE/                              4¹¹

oaf

FOR " V 01 13 FC R) ᵀᴹ

**FDA K-D MOTDR CDMPANY**
COLLEEN SHREVE

Wfr'a%*« 8il

VENDOR

SIMEONE 02582
CONFIDENTIAL

r*pt-xll-se opm. -me. .¹⁵⁷ ·E·e· .0S--~ ooc-e~.
        C-000000224-2              PO    REV~ 000
**PURC"ASE OIRD"**

Harley-Davidson Motor Company

P. 0. BOX 493
MILWAUKEE, WI 53-101

**IBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PAYABLE**

ORDO DATE                    Mae      wv~w ocw~
  1/19/00        3

-0-.                                      Cr ID

    1_1757*           1~  H/D YORtA

unnncAx or co-t-a          -T-5fltwicom
                          R1050

S"IP TO (ABOVE ADDRESS UNLESS OTHERYASE INDICATED BELOM

ROTAX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

    HARLEY-DAVIDSON, INC.
    1425 EDEN ROAD
    YORK, PA          17402
JLMARK F-OR F 0. C-0000002242'

| c | ᵗ ᴹ ᴵ | | | | | |
|---|---|---|---|---|---|---|
| | ~. SH IP PO IN T ~L OT HE R CA RR IE RS | | | C0ww*M4G VE R≥· DFA° CK i%%-8□ mn pm3-z . cLg~.j r s"cn of R PETER | | |
| 10 DAYS | | | | FILLI z | | |
| | E 8 | | | | | |

| 475 | EA | PN :-- '5 C ?-913 DRAWING REV. CLUTCH PLATE I-25 MM 5TO3 4568 DELIVERY REGUIRED AT DESTINATION 3/15/0 475 12 11 06 11 | | | | S2. 57;'19 т,2" 2 2 2 | |
| 20 | EA | PN :-245-6-'O DRAWING REV 00 SN | | | | | |

700   EA

APRING 625T0350
17 DELIVERY REQUIRED AT DESTINATION
3/15/00
2012
11
06
1 PN:--
BO-015 DRAWING REV TIMING BELT 5T0345_26
DELIVERY REGUIRED AT DESTIN

se,0 r-C!

ATION
3/15/00

700

1211061

14 4DI.-.-
llil')10~

150  EA  PN:-245-3?0

DRAWING REV 00

TAB WASHER

5T035274

DELIVERY REGUIRED AT DESTINATION

3/15/00

150

1211061

50  EA  PN:-210-657

DR



FOR H-D MOTOR COMPANY

.113 (PCRI 1_~ -'i

SUPPLIER

SIMEONE 02583
CONFIDENTIAL

I

PURCHASE ORDER C-000000224= PO REV 000

**Harley-Davidson Motor Company**      **1/19100**   **2**

xa-1

P. 0. BOX 493                     ID--                    EI
                                  H/D YOR~i.
MILWAUKEE, Wl 53201

                        . . . . . . D =wfcFcvx)        s a
                        . . . . . . RiO5O

UBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTH. ACCTS. PAYABLE     *REDUM-P.MV*

BELOW)                                     SHIP TO (ABOVE *ADDRESS UNLESS* OTHERWISE INDICK17M

 F ROTAX GMBH                    HARLEY-DAVIDSON,                    INC.
0                                PO BOX 5, GUNS KrRCHEN  1425DEN ROAD
 AUSTRIA, A46Z3                  YORK,                 PA
    17402

L                                L MARK          FOR P, 0. C-000000-1-
242

| i 30 DAYS | F-06 SHIP POINT LL OTHER CARRIERS | *PETER* FILLI | W.BU m | lm mixil - =cr 10 sm" cw ~ "".1 ux mmw kc Zam= C~ | caw I in |
|---|---|---|---|---|---|
| | | | | I | |
| | 5TO35367 DELIVERY REQUIRED AT DESTINATION 3/15/00 50 1211061 | | | $100. 53217 , | s 5, C. 2 *LL.* |
| 100 | EPIPN:-B31-76'-' DRAWING REV. 00 D-R I NG 5TO35684 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | DELIVERY REQUIRED AT DESTINATION 3/15/00 100 1211061 | | | *be* 50 | 3 b CE" 5  c: |
| 70 | EA | PN:-264-861 DRAWING REV. 00 BOOT SPARK PLUG PROTECT 57035883 DELIVERY REQUIRED AT DESTINATION 3/15/00 70 1211061 | | | 1111 4302 | |
| 5 | EA | PN:-293-123 DRAWIN~- REV 001 IGNITION UNIT 5T035941 DELIVERY REQUIRED AT DESTINATION 3/15/00 5 *121 l0bl* | | | --- 50q | 5 |
| BO | E 1 | PN:-631-260 DRAWING REV 00 OIL SEAL 5T036450 DELIVERY REQUIRED AT DESTINATION | | | | |

**FOR H-D MOTOR COMPANY**

*113 (PCA) v%*

**SUPPLIER**

SIMEONE 02584
CONFIDENTIAL

Harley-Daodson Motor Company x*_xNa6 A66A )raft " Xdx=Aii P, 0. BOX 493 MILWAUKEE, WI 5320!

**JBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN:ACCTS. PAYABLE**

*T4Z PLAOAASE OFO EA MACfiil &AW wK – ON A"* **wvoLa** *S " 9.°P.p.'G DOC –ENI&*
**PURCHASE ORDER** C-0000002242          PD REV     000

*O-C" DAx*
 1/19/00          3

I

*r"OWTI -Ar.G*
          *Aw* **WaAcr** *70 6tsptcr" W*                     a
                              H/D YORP.
   .r~ co
                              R 1050
10 *-PW* vZ-.0
     **SHIP TO IABOVE** *ADDRESS UNLESS* **CITHERMSE** *INDICA!"M 80.04M*

**7**                              ROTAX GM13H
  PC BOX 5, GUNS KIRCHEN
  AUSTRIA, A46Z3

HARLEY-DAVIDSON, INC. 1425 EDEN ROAD YORK, PA

i 7402

 _J LMARK FOR P, 0. C-0000002242

| 30 DAYS | SHIP POINT L | | *LM-00"At w U71* OTH ER CAR RIE RS PET ER FIL LIF | sm *0.* |
|---|---|---|---|---|



0i                                    xt

| | | | | | |
|---|---|---|---|---|---|
| | 04 | | | | |
| I C) | EA | PN:-276-405 PULLER ASY CAMSHAFT 5TO356B4 | DRAWING REV. | | |
| | | DELIVERY REQUIRED 3/15/00 | AT DESTINATION | 10 121 1063 | S9 576-t |
| 120 | E | PN:-876-230 WRENCH 11 X 13 5TO3588-3 | DRAWING REV   00 | | |
| | | DELIVERY REQUIRED 3/15/00 | AT DESTINAT'1ON | 120 1211061 | i51E  E? 2- |
| 65 | EA | PN'-230-840 GASKET 5TO35B B3 | DRAWING REV   00 | | |
| | | DELIVERY REQUIRED 3/15/00 | A7 DESTINATION | 65 1211061      I | $1.  9021  -.3 t.~: |

FOR H-D
MOTOR
COMPANY

13(PCR) I/W

SUPPLIER

SIMEONE 02585
CONFIDENTIAL

Harley-Davidson Motor Company
**X*5a"XaW) rdU "X4=X=W dX'X**
P_ 0. BOX 493
MILWAUKEE, W I 53201

**IfT INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE**

*W.5 M*4-SE oxoer"Ju"' W~T A"f-Aon -L _pck% .o ~oDW~.ft"r%*

**PURCHASE ORDER** C-0000002-24-2 PO REV OOC,

o-ot- oat

1/19/001ft"4          1   w¨r~ co&~ wo

..Cw-

H/D YORK

F-I - I

cEwrv~CAR cr cc&o-tv#Kx                    wwwum cm

EI                              I "" com     R1050

SHIP TO (ABOVE ADDRESS UNLESS CITHERMSE INbiww mow)

| RDTAX GMBH | HARLEY-DAVIDSON, INC. |
|---|---|
| PO BOX 5, GUNS KIRCHEN | 1425 EDEN ROAD |
| AUSTRIA, A46Z3 | YORK, PA                    17402 |

_J LMARK FOR P. L) -C-0%00000~224'2
..ں w,~ mo.' m

| DAYS | SHIP POINT | 07HER CARRIERS PETER |
|---|---|---|
| FILLIP     SM* W - S-ES AMD UW | | FCA FRS&tki£| |
| r7 | CO, | UX NₒₐAₑ'ₒ -ᵈₑw ED' |

i

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC.) WITHOUT PRIOR AUTHOR17ATIDN OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT. YORK DIVISION.

I

BY ACCEPTING THIS ORDER OR ANY PART TFJEREDF.
SELLER AGREES TO BE BOUND BY THE INSTRPCTIONS,
TERMS AND CONDITIONS ON THE FACE OF THE ORDER
AND ATTACHED HERETO FORM NO - Y6034 (P R).
NOTE
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT
    HARLEY-DAVIDSON MOTOR COMPANY
    1425 EDEN ROAD
    YORK, PA 17402
WHEN APPLICABLE

H-D REPRESENTS TO SUPPLIER THAT H-D IS
TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER AS
A RESULT OF YEAR 2000 SOFTWARE PROBLEV~S
SUPPLIER REPRESENTS TO H-D THAT SUPPLIER
IS TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS I
OBLIGATIONS UNDER THIS PURCHASE ORDER[AS
A RESULT OF YEAR 2000 SOFTWARE PROBLEI~c_"

7 OT AL

FOR H-D MOTOR COMPANY
MANAGER OF MATERIALS

IIKE EATOUGH - YORK

113 WC A) I/N

5 1987t t*

I
!

nvytp

SUPPLIER

SIMEONE 02586

CONFIDENTIAL

uu uu

POsrans-t't &m b"0e'-p'0w GmW. POSrla--h 5, A4623 Gurtskwchen AUStlla

ou 09 *

J1
. .1 ~I

j L) lit)

..ii

ulj wit

**BOMBUDIER**
*RECREATIONAL PRODUCTS*

8ambwrdw-Pztx GmbH
V*"w Srasse 32
A-4623 Gwig~. Ausm
TODm (43) 7246/60"
Fax(43)7246/6370
rxirr.#wwwjpcwhonl)ornbardiercom

     a. Zv-V L<sub>c</sub> S&,*,-.w. tm #N~ lp~ mm

KL-I.

                                                                 Z X~:WV / -'- 0<
                                                                  p'~- ~

r" Uftl a~m. SLcom ℕ

| r | | | | ALramos ᴊᵂ ᶜᶜ"⁻ ⁻º | F~ -2~ ⁰¹ ᵐⁱ ⁽⁾⁻ᵧ ᴳᴹ |
|---|---|---|---|---|---|
| | Ao | AO GɩₒW ᵥ⁻⁻ᵥ Le&⁻ ₁₁ₒ **Swalr~** ᵢₙ⁻ ₜᵤₗ ᵢ ₉ %- MnX9 urc Gotkv On Vase ₒf ₒW Dcr~v xid Sa*s Conamcm &am you | | | |
| | | AIW.4-N, /Pan ro | I- 8-cwrgjDmoa- P~/EftWum mx 89wVJT-m | | |
| | | 7 | | | |

V Umtxungsbrd ~ C*unUy ꝺf angin
Otebar* AG Vltlls KWj0283.070i/()C &2 15133 RAN AT7015130OC78307CIꝺb
U& N,                              ATU 24BB6504 FA BOMBARDil R-ROTAX GM9H
C,-XJ*0,rJuhrer                                           P,0~ . 13 Lo-e
F-X~XXACn-t*                                              FN 103lJ3 1

E)C5 ZankjngSvClajg w&M~
          V,~o Eka%f;VXl,,,W~ W-0~ nV, -no,?%Yt) 8 1290M naC h EIMA

SIMEONE 02587
CONFIDENTIAL

VerzLK      roogn p a befecnrici

, C- -I

UU UU

1, *
  ~ ~ ~ PDslan.&Mnfl BomDardier-Romx GMW~ PoSilach 5. A-4623 C-01skuChen, Ausum

06 UU *

i" R R

9V mv

- RF
⁵⁻

iju Uid

ve. U8

40 ~W

"Bumm

# HOMBUDIER V*F

*RECREA77ONAL PRODUCTS*

Bombard*-Pidu GmbH
'Abisa Srame 32
A-4623 Gurdurchen. Ausm
Tdefcn (43) 7246/601-0
Fax (43) 724616370
htV//www.recreabonboniOwdaiccm

L'.

SwOm ᴍ

| ~ Yw cram nD | | | | - ContinetWb Of UM no | U~ Z~ ag ml | Dw~y C ole |
|---|---|---|---|---|---|---|
| | | 0. ᴏ | | | | |
| ᴍ-₁₁₀ₛ*₁₀- Pw~,O PC nc | II,.lat (to Irv% AoC~ung Igd Gef&m f on ba~ ₀₁ w DWkWV vIC Sat% ConoWM zₓⁿv~ | | | | | |
| &A*rqD/0.y__ | ArNW -M /Pwt m | pnx/f.had/LA D~ | | | | |

7.rA.q-a
poy.,.-, c~

I* Ursprungsland /Country cW oron
00erbam AG, V*m Kenlo 253-0701/DO BU ISMIBAN AT'70 1513 0002 8307 C100
LAD. Nr                    ATU 2 4885 5014  FA BO MBAR DIER- ROTA X GME IM
(1pscha                Poo:)E~ B Le-S

SIMEONE 02588
CONFıDENTIAL

Ek~ 7ff)kff)QS~,ZLQ                Vc(ajgSZctn p a bClC17 **I

I

F_

ₜₐₛ ₒₘₒ₋ ₆₉DEN PₛwMA MUST AₚₚₚA OfₛALL ₇₆₇*^₁₇*G w0jw wn
C-000000_224,2            PO REV: 000
**PURCHASE ORDER**

ᵥ ₐₙ                    ₀₀ᵥₓfᵥ*ₖwⁿ ᶜ~ₒ        ₋₀
1/19/00                        1

                        H/D YORK
cVwTww.4n cor coho%viom                R1050

ₒff…~ ᴾ Cₒᵤwₑw Nₘₚ
~ lca ₋w~ ᴀ                        -'an co"        w - co'*

SHIP T() (ABovE ADDRESS UNLESS OTHERWISE INDICATED *BEADM*

Harley-Davidson Motor Company
xam" X" )ram KIM xQ07x?A%x=
**P 0. BOX** 493
MILWAUKEE, WI 5:3201

uma *walCES IN TRIPUCATE* TO *ABOVE* *ADDRESS,* *ATTN: ACM.* *PAYABLE*

        OTAX GMBH
10 PO BOX 5, GUNS KIRCHEN
        AUSTRIA, A4673

--I F

HARLEY-DAVIDSON, INC.
1425 EDEN ROAD
YORK, PA                    17402

11ARK FOR P. 0. C-0000002242

SHIP POINT                          LL OTHER CARRIERS

$1222 12

PN-259-913
CLUTCH PLATE 1.25MM

5T034568

DRAWING REV.

| DELIVERY REQUIRED | AT DESTINATION | | |
| --- | --- | --- | --- |
| 3/15/00 | | 475 | 1211061 |

PN~-245-620
SNAPRING 62

5TO35017

DRAWING REV 00

| DELIVERY REGUIRED AT DESTINATION | | | |
| --- | --- | --- | --- |
| 3/15/00 | | 2D | 1211061 |

PN:-280-015
TIMING BELT

5TO3452b

DRAWING REV.

| DELIVERY REQUIRED | AT DESTINATION | | |
| --- | --- | --- | --- |
| 3/15/00 | | 700 | 1211061 |

PN:-245-390
TAB WASHER

5TO35274

DRAWING REV. 00

| DELIVERY REQUIRED | AT DESTINATION | | |
| --- | --- | --- | --- |
| 3/15/00 | | 150 | 1211061 |

PN:-210-857
CLUTH COVER ASSY

slim

-\ - | | ,- ~|

SUPPUER

1,-A-

U.0

$ 2. 5 7 . 9

!t 6090

11A 4312

$. 7944

DRAWING REV

$12. 19

$10101. (34

$119 it,

I

I

FOR H-D AAOTOR CDMPANY

SIMEONE 02589
CONFIDENTIAL

C-00000022Z~ PO REV: 000

I PtmjCtL"'
        —'C ORDER

I ᵦₘₗ.1/19/001' 2,

F"-oawry ftc-                              ₄cu"v ₍₎vcmfcrem w

0-                          EI - 10 H/D YORK

ᵀᵉ⁻ᵈ⁻ᵉₗ⁻~ co~---a                        ᵁ'ᴬᴺ ᶜᴼᴹ

0_FVAV_98GS+0_LVIW+OLVI              R1050

SHIP TO (ABOVE ADDf3M UNLESS OTHERWISE INDICATED BELOW)

Harley-Davidson Motor Company
XAXW~6 VAX *W *X X40VXTAWa=
P. 0. BOX 493
MILWAUKEE, WI 53201

UBM17 INVOICES IN TRIPLICATE TD ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

I                    ROTAX GMBH
0 PO BOX 5, GUNS KIRCHEN
  AUSTRIA, A46Z3

I

I

71-

        Ei

        EA

        EA

    80 EA

~~1

100

70

5

HARLEY-DAVIDSON, INC.
1425 EDEN ROAD
YORK, PA                    1740"
L MARK FOR P.O. C-101000002242

                                        P                    v.a"  |
ISHIP POINT                              OTHER CARRIERS    PETER FILLI    C:3
               gun or r-0"mm
'                                                              Vaa              117
                                                                                C

DELIVERY REQUIRED AT DESTINATION
      3/15/00                    50  1211061

              DRAWING REV. DO

PN:-831-76-"
D-RING

5TO356B4

DELIVERY REQUIRED AT DESTINATION
      3/15/00                    100        1211061        l
                                  1

P14-264-861
BOOT SPARK PLUG PROTECT

5TO35e63

DRAWING REV 00

DELIVERY REQUIRED AT DESTINATION
      3/15/00                    70  1211061

PN:-293-123
IGNITION UN17

5TO35941

DRAWING REV 00

DELIVERY REQUIRED AT DESTINATION
      3/15/00                    5   1211061

PN~-831-260
OIL SEAL

5T036450

DRAWING REV 00

DELIVERY REQUIRED AT DESTINATION

FOR H-O MOTOR COMPANY

'3 (PC P)i mm

SUPPUER

I DO. 5327

$3. 6650

t 1 1 4302

1-502b. 63

%366. 50

se0o II

319 2509    $1 5c.--6. 25

SIMEONE 02590
CONFIDENTIAL

5"5 ftg%C~.c OADCA $"A" MhZT APPEM ON ALL MICMM&MV S#~ DOCUMenS
PURCMASE 0fJ>ER C-0000002242 PO REV: 000

COO" &V f
**1/19/00          3**

F-I          **H/D YORK**
- coo,
**R1050**

-07- MQ VTCW~r~ A
0-a"Ms faxx0fb w D1

# FQ   10-

S"IP TO (ABOVE ADDRESS UNI E OTHERMSe INDICATED SEIJDW)

EE, WI 5320

Harle~t-Davidson Motor Company

P. 0. BOX 493

UBMrT INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

ROTAX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

-1 F

                    HARLEY-DAVIDSON, INC.
                    1425 EDEN ROAD
                    YORK, PA          174-02
   L                LHARK FOR P. t) C-0000002242
                    co-A          VIRS&LORD"cw      I
                    Q             uL. -

30 DAYS          SHIP POINT          iALL OTHER CARRIERS **cPETER** FILLIPI

      ic

# I

13 fpc RI I/%
      I=

120 EA

 65 EA

I

PN:-276-405
PULLER ASY CAMSHAFT

5TO35684

DRAWING REV

DELIVERY REGUIRED AT DESTINATION
        3/15/00           10 1211061

PN:-876-'-30
WRENCH 11 X 13

5T035e63

DRAWING REV. 00

DELIVERY REGUIRED AT DESTINATION
        3/15/00          120 1211061

PN-230-840
GASKET

5TO35863

DRAWING REV. 00

DELIVERY REGUIRED AT DESTINATION
        3/15/00           65 1211061

SUPPLIER

$9, 5766

$a. 1518

$1 9021

i

I

~ OR H.L) MOTOR COMPANY

1.11~2fDIWI.f.W1

$95. -76

'x 138. 2 1

11-23 63

SIMEONE 02591
CONFIDENTIAL

D4 FL90°SE 0A^OI&IAAWA L^T APPEPA ON ^.L ~A>aS AWS-P°C OCCUL'WTS

PUACHJLSE ORDER **C-0000002242 PO REV: 000**

E_ ~111

arley-Daodson Motor Company

C        °D.T

1/19/00   4

)9" Xd&X **"Xvmcx_p~**

**xa_lox***

-0-^---G

WY SL4LXCT CO -LN / CON YORK

P. 0. **BOX 493**

1:5 -

M

MILWAUKEE. WI 53201

CUrMOs OFCOWS~ SUPPUEA COM

~To 3ftcrw.'qv0.s

**R1050**

BMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE **IEJ**   Wtkle~swloaw"°-

SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDICATED BELOW)

F-ROTAX GMBH
 FO BOX 5, GUNS KIRCHEN
 AUSTRIA, A46Z3

L

HARLEY-DAVIDSON, INC.
1425 EDEN ROAD
YORK, PA          17402

I L MARK FOR P. 0. C-00000012242

P              tkxsu

mm CO мı

Fu

10 DAYS
CARRIERS PETER FILLI

SHIP POINT~iLL OTHER
E3

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST,
DELIVERY, ETC. ) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSON
PURCHASING DEPARTMENT, YORK DIVISION.

BY ACCEPTING THIS ORDER OR ANY PART THEREOF,
SELLER AGREES TO BE BOUND BY THE INSTR~UCTIDNS,
TERMS AND CONDITIONS ON THE FACE OF Tı4E ORDER
AND ATTACHED HERETO FORM NO - Y6034 (~ R).
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT
 HARLEY-DAVIDSON MOTOR COMPANY
 1425 EDEN ROAD
 YORK, PA 17 4 021
WHEN APPLICABLE

H-D REPRESENTS TO SUPPLIER THAT H-D 1sl
TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDEIIJS
A RESULT OF YEAR 2000 SOFTWARE PROBLE
SUPPLIER REPRESENTS TO H-D THAT SUPPLIJER
IS TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER AS
A RESULT OF YEAR 2000 SOFTWARE PROBLEMS

TOTAL9876.5cY

POR
H

-0 MOTOR COM PANY

IKE EATOUGH              YORK              41   MANAGER OF MATERIALS

t3 ipcRj Ime

**SUPPLIER**

SIMEONE 02592
CONFIDENTIAL

HARLEY-DAVIDSON, INC.
PURCHASE ORDER

STANDARD TERMS AND CONDITIONS

FORM No. Se cisf ls")

II ACCEP TANCE -The Pa rties "It be p ound b y this l ACCEPTANCE -The Parties "It be pound by his Purchase Orderernd 11 ts tahms and condtionsl ACCEPT ANCE -Th e Parties "It be p ound by th is Purchase Order end 11 its tahms or lurm,3bas to Buyer any of the gDooft and or sanrkm ordered. NO COntr3cd shatl exkt except as heresnabove provided.
The lima Of delivery mated 13 of the e sence of this

DELIVERY

Purchase Order. The d ate specified $or delivery ill the req uired delivery o nlec)lBuyee spkhnLu niMOUww mspacrtx*P yrKxwhorw mlBL),w
the the rig ht to re fuse any goold3 the right to refuse any goold13 or services in accordance with the terms specified farvin. It Saller's dolivensswin not most agnied lcnistrufal "omot mo st agnie d lcnistruf al "or May require d
oror caryarin ohoar 4o expedite sucher carryarin ohoar 4o expedite such delivery and any difference in cost caused by such change shall be paid by Seller Proyrood noveMholoss.or carryatn ohoar 4o expedite such de
rightsrights ondiortme ifar3 of ou yer. A c ( c u r f ence of any poll offthefence of any poll offthe Purchase raw an not Bind Bu yer to accept futurs shipm ents or perfo rmance of senoroc3 n ot depon* it o f the right to returnnot binod
air "diracc oplaid air "disccoplaid and shall not be doomed to be a waiveralr"diracc oplaid a nd sha ll not be d oomed to be a w aiver of Buyers right to lcancel orl return a llreturn allor any part of the goods because of failure to com
lsiontsiont or patent o r other ltiireacti of wofflooy or lsiont or patent or other ltiireadi of wofflooy or to make any c lailsiont or patent or other ltiireadi of wofflooy or to make any clsim for damaged, induding man
incidentalncidental da mages o ccasioned og Buyer. Such rights "l be in additiong rights "if be in addtion to any WOW remedies Providedrights "if be in ad dition to any W OW remedies Pro vided "round er or provided trylowod
until goods nave been actualiy received and accoplebry Buyer notwhtstanding delivery to any cannotor until any Services be" beenperformed. received and accepted,

3  PACKINGPACKING ANDPACKING AND SHIPPING -PACKING AND SHIPPING -The goods purchased hereundermust be suitably packed and preparsof br snisimenito secure the bwest transponat
to comply wih any specificstransportation SpecAficllooO03 of Buyerto comply w ith any spec ific transportation SpecAficlloo O03 of B uyer and in a ll cases to comp ly .,it, carriers regulatio ns, All charges tot p acking, cratg
Insins fincfforlhe goods setforth herein and will bens fincfforlhe goods setforth herein and will be Datlby Seller except as othanoviss, specificllly silma onIns fincfforlhe goods setforth herein and will be Datlby Sel
oror package shipment showing the Purchase Order number specified hereon asor package shipment showing the Purchase Order number specified hereon as well asThe item number and c.O&SCriplion of the goods. In o
anyany shipment, the count ofany shipment, the count of weight oratner measure Of BuyerSnail be finalanany shipment, the count of weight oratner measure Of BuyerSnail be final and conctus-e. Buyer $hall
OXCV33 or advance shipments may bereturned to Seler at Seller s expense.

4,  PAYMENTPAYMENT - The original and one Copy of a Bill of of Ladingof Lading or comoara ose shipping document must acompany Seller s invoices Payment of suc:i Invoices 3n8ll be subject 10 s Pro role
adjustmentadjustment by Buyerfor any shortage in the goods Shipped Of d0f6c:11yo oross;rejected DY B UY"t of for any failure to perform services u aafa,cthie Donotmanceaafa,cthie Donotmance thereofaafa,cthie Donot
shell be calcula too from lhft date Of receipt byBuyet0t an appropriate mvvjc:r represents certifies and warrants (1) Trial the
WARRA NTIE WARRANTIE S - Sat, price charged forthogDO03B"0f 1 0 1 N 0 4 Purchase d OUr'SUa nt hereto sh all be no high er th an Se ller's current prce to any othe r customer t Purchased OUr'SUant hereto shall be no higher th
of suct, goods or senticoos (2) trial allof suct, goods orsenticoos (2)trial all goods Coh woo pursuanthersto --if be ware. unless Whe-me spec,heo and fee from defects h material andbf suct, goods or senticoos (2) t
formform to applcable samples. specification. Oro wm33 one Star nos rasof quality and peformance and That alllgoods witj be Orosfrom defects in design aform to applcAble samples. specification. Oro wm33
purposepurpose f3j That Inc igoods covered by this Purchase Order are fit one safe for consuer use of so inbnothe and Comply with all applicable Federal motor Vehicle Safety Sandards (4) that
avav se-cirs Paformsof pursuant hereto win be free from dr,factbe free from dr,facts in matelsi and workmabe free from dr,facts in matelsi and workmanship and win oe performed in accordance with Ina sPecifica
novenholassnovenholass that Sattemovenholass that Sater shallretain Oiszelion and control werro respect to themannorand meensorl performing such seNicocs and shall timesnovenho lass that Salte r shall retain Oi
teprosenuitons,teprosenuitons, cortf,catio,os and warranties of Seller together with ls service warranteprosenuitons, cortf,catio,os and warranties of Seller together with ls service warranties and quar. an
cu~stomo r:scu~stomor:s Seller agrees to moommly Ohio" and hold "at and its offfisto homlass from allclaims, liabilty, loss,cu~stomor:s Seller agrees to moommly Ohio" and hold "at and its offlisto homlass from allclaims,
atiorroyatiorroayb fees and other SpecialoDnsequemitf and hcidental damages hcurredatiorroeyb fees and other SpecialoDnsequemitf and incidental damages hcurred or sustained b y Buyer or its of filisto trysustain
with retopoects to goods anu or services which ae covered by this Purchase Order
AllAll goods suppled and "Nice&All goods supled and "Nice& peformed pursuant hereto shrll Dc subjectto Inspection and lest try Buyer and Itsagents one by The United Slates at all TimesAll goods supled and
at afteralter manufactujc as 1 0 goods or performance asto SeniCes and notwhtstanding the terms ofgoods or performance asto SeniCes and notwhtstanding the terms of delivey or payment or as 1000D@s. that Tit
Sialez. In the e vent 1 1 1 goods SUDD lleC purs uant he rein or se mas peforme d hotwu notor co ntain de fects on material a nd or workmanship or of as to services are not Derfornoo in accordance
-3n.-3n.The sp ecificatio ns and instructio ns of B uyer, Bu yer may require p (omoi co rrection th aieccf a t as to sa nice3 re quire tha t the serv ices b6o antie red again Thet Thespecif ications and instructions of B uyer, Bu yer may requi
requirerequire tnai Ina g oods be re placed of S ellers expen s e If such de facts erissfor  n Sello(,sSello(,sunable u refuses 1 0 1 P M c o the soooo 0 Or 149roid9l he "-,ce again promptly Buyermay by contracOr 149roid9l the ",
offonffcorssoffcnorlso"'ac t such goo ds or ooftlcnorlso "'ac t such goo ds or o plain su ch services a nd charge Seller -deduct from amounts oweaknof Seller deduct from amounts owea de duct from amounts owea by Buyer to Sellerthe costs. expenses. and loss 151 5 so003 1 0 1 0 5 1 2 0 s
damagesdamages incurred Therebydamage s incurred Th ereby wnlCh A rewexc ess of Se ller's price for suct, g oodso,3e rv,ces After n otification to S alle r that good s are detective. all risk Otho" with resp ect 1 0 1 5 sood 0 Os h
peonpeon Salle,Salle, anoSe lle'sholl pa yoff V ackin g o ne shp ping ch arges,n conne clion with 00feC l-te QoO dJ return ed by th e B uye r Buyer s approv al of ocs ,~ntfurn .sheo b Se ller sh allanoSelle'sholl payoff Vackin
Seller Of its Obligaton% herein to goods covered coy This Purchase Order are intended for The manufacture and sale of the

HD_53

establisheestablish ed prod ucts of B uyer "its o fflishir an d in ralu ch buyer and Its a ffiliate h ave bu ilt S ubstanlial fin d oreftiableestablished products of Buyer "its offlishir and in raluch buyer and Its affiliate
popoishhWAXWfittlytaccailonspeocialpopo shh WA XW fittlyta ccailo nspe ocial d amag es to B uyer a nd its a ffiliate All rVh M a" emes efut as to warranty .In Or Othro r, and its af filiate h ereun der "If poposh9 hWA XWfittlyta ccailonspeo cia
Lavv--

6  CHANGES-B uyler ma y of an y time by writlion o r telegrap hic notice make c hange s within, th e gene ral WAFO Of this Purchase Order in " one or More of the following:
(1)  Drsaing de signs Or 3POCIlC400113
(11)  Methods of shipment orpacking
(111)  Dummies
(IV)  Delivery schedules
(V)  Place of oalryalry and
(VI)  Instruction witho Fos wi to Ins rendtion of sianoicas

It any such change int:morrooa Or decra.M3 tho coal of Mo boroo niquinso forthe pareormencti of the Purchase Order an equitable, adjustment in M price and or delivery schsoule will be made "set forth in a written modification to Mr Purchase Order Aty Clatm for adjustment by Seller under this Clitium mostbe made within thirty (30) days From the Cate of receipt of the written notification of Me change

7  TAXES - Federal sta te or local taxas whicit are property bibatle to Buyer shall be stated separately in Sellers MVOW,83. All tax exemption cond.

leatifts-11 be accepted b ␣. Seller

9  TOOLING -Inthocasets TOOL ING-Intho casets a ny tools TOOLING-Inthocasets any tools des jigs fixtures patterns equipment or other facilities of Buyerwhich may be in the possassron of Seller on cDnn*o:tonwilh trusF
thatthat his n asponsa bility Sna il be That of a lsaile e one T hat he s hall inde mnify a nd hold  hermiras i Buyer f roman y JoSi3 ordam age the reloloyh roat'. is that his nasponsa blilty Snail be That of a lsailee one T hat he shall i
of omission ont he Dart of Seller orits agents employers or others until such time  as such facilities or* " O arlivor" into Me po ssession of Buyer. W ith respect to su ch facilities Selfiiif & halt.
(1)  Make and offirt Such markings thereon as Boyer may direct
(11)  Make no change modification cw alteration theelo without Buyer's written consent
(111) Ma ke no u se there of exce pt in the  pnadu clJon O f mateh ilif  ordered bry Buyer
(IV)  Store throsame virohoul croarge toBuyer in separatect ficks wfn sections of Salter s plant in eitherease clearly marked -ProperTy of Ha:" Davidson. Inc.
CV)  Maintain the some in gocio condtion excepting only cor ornery wear and tear

if Seller a cquires t ools or m flnutsc Ture3 m ern in co nnectio n with th is Purchase Order and Charges Buyer for the use thereof or a tost soo-once charge in connectionthetewih Buyer may of Its Optiion uponcomoleton or termination of this Purchase Order electintake title to3uch took one upon fec erving notice o f 3ucn election Setter will de liver such tools to BoyetuDon nayment ByBuyur bSelierot that ponoon of the CMf Of such I0013 which was incurred by Seller of itsexpense

9  RESPONSIBILITYRESPO NSIBILITY FO R PROP ERTY - Any  property of B uyer or of the  United Slat.% whcn on connection  -In this Purcnaw order is in the D o&session or contrRESPO NSIBILITY FO R PROP E
subcontractors.subcontrac tors. verodom of agents shall be return ed tosubcontractors. verodom of agents shall be retuned to Buyer in me condtion in which of was received bySeller, except lot ordna-y "at and tear
has bean incorporatod into good$ ordened he reunder of ha~, boon consumod in the proclo.coon of such goods Risk of 1055 with respectto all $uch property Shall be in Seller

10  INSURANCEINSURANCE - SelleiNSURA NCE - S eller agre es. it one  when ro ueSlh O by Bu yer to pro cure a p olicy or po licies of in surance in Tom  aid amo unts sa tisfactory to Buy er nclud ing an y one cinftme rot %De cificallyIN5
BuyerBuyer ano orBuyer ano or its affilate as an Insured to cover products  Liaa,Blylbno Completed$no Completed operation3 and cr insuring all oro p" of Buyer which is connecilnO with this Purchase Order and of w
SellerSeller has caa~ custody. controlSeller has caa~ custody. control of file right of controlSeller has caa~ custody. control of file right of control againstloss or monagn resulting from tire lncluoing extendedcooml
suchsuch insurance shall be submited to Buyar withinan & reasonable period of time after request Seller snail Turman certificates ofsuch insurac:e snail be su bmitted to B uyar within& re asonable period of time  after i
premisepremises and indemnity Buyer againstall loss damage. or liabilityfirisingpremise s and in demnity B uye r agains t all loss. d amage . or liability f irising he reunde r &nilpremises and indemnity Buyer against all loss.

11  ASSIGNMENT S - Tnis P urchas e order m ay not b e assign ed bySeller in

whole or in part without T he prior written ;o nsent of Buyer

17  USEUSE OF DESIGNS. DATA, ETC - Seller agrees ThaUSE OF DESIGNS. DATA, ETC - Seller agrees Thai 1 .111 keep confidential the featuresOf anyUSE OF DESIGNS . DATA, ET C - Seller agree s Thai 1 .111 keep
or proprietary information furnished by Buyerone use such tem I ni to th oduc

P rC* "' ~.

tiontion of goo ds or furnishin g or services u nder & hli.jr lfer or Olhor Purchase Orders froin Buyer and not omano,orse. unless Buyer's writien consent i& limlOlhor Purchase Orders froin Buyer and not omano,or
lium.nal.on of This Purchase Order Seller Shall return all sucn tems to buyer or make such other disposition thereof as may oo circct d ortopproved by Buyerandds athi'afe

13  PATENTSPATENTS AND DATAPATENTS AND DATA ~ Sell., sh.11moll~ly And hold hatmia* Buy*,. Boyer s customers and users of Buyers pro ouCIS aga inst liabilityor &od o r Tiny nature Buyers proouCIS against li
forfor intringement of anyfor intring ement of any patent right foris ing from Ing man ufactu re use o f satoo I any go odsor a ny pan 1herwo rcalled to r infor intringement of any patent rght forising from Ing manufactue use of satoo
by Seller whichSeller which aft of the manufactusot crithees except 10 theSeller which aft of the manufactusot crithees except 10 the extent that such lability or surthall haveonsen because of Selle, -anufacture o 0
experimentsexperimentstsdevelopmental orresearch work is cAlI&O lotorexperimen tst develop ental or resea rch work is cAlI&O lot or required h erevnder S ailor agrees to and hereb y does gran t toexperiments develo
freefree licensefree license to make, havefree license to make, have made. use and sell any mycn1ion impfovemerif or discovery (wholner of not patents") that Seller oncei,es or lots, actuallytoduces, 10pniCtiCS in Inc
of this Puicn ase Order S eller agrees 1 0 and he reby does g rant to Buye r (1) an thav ocable non-eriC luss" fully  Transferable

SIMEONE 02593
CONFIDENTIAL

Haricy-Davidson Motor Company

P. 0. BOX 493
MILWAUKEE, WI 53201

SUMV INVOW 9M 71RIPUCCO TO AMVE ADDRUZ, ATTN: A=. PAYABLE

. ..."kiw im awpi WASMNUFT Drumpli" *"Mmome *w"43=sw9

PURCMA&E CMVER C-0000002241          POREV: 000

1/19!00                          I
                                 c

        iW~~ vo crocnaw w,         D          EI wk        H/D YORK

    cc                           k.~    ~ cam   &JpftAAC=
       Mr4                       R 1050

F
*ROTAX CMBH*
PO BOX 5. OUNS KIRCHEN
AVSTRIA, 446Z3

L

        1"SHIP POINT

        WP M 4ABOV E ADDRESsis an ERA M 04WArED *BaDM*

        HARLEY-DAVIDSON, INC.
        1425 EDEN ROAD
        YORK, PA                 17402
     _J_LflARK FOR P. 0. C-0000002241
               M-00. COVAP CF I -wa"
                                 'upormt

OTHER CARRIERS IPETER FILLIPI

M4~
N30 DAYS

2

<_4

                                   1
                                   1

I

*I*        *110 /EA*

        *0 EA*

*100 JtA*

*:5T034503*
*DELIVERY REGUIRED*              *AT DESTINATION*
*1/31/00*                        *100 1211061*

*4*                        *45 E#VP/x.24H:NG.(& WARNING (REV. CC)*
*PLUG MiSX1.5*
*5TO33756*
DELIVERY REQUIRED AT DESTINATION
1/31/00              45   1211061

13 EA JN--264-740              DRAW ING REV, 00
AMPLIFIER BOX
I _J_

PN:-230-060 /
RING 26X32 DIN7603A

5TO33e53

DRAWING REV 00

DELIVERY REQUIRED        AT DESTINATION
1/31/00                       110      1211061

PN:-223-161
CYLINDER

5T029775

I   I   .

DRAWING REV

DELIVERY REQUIRED AT DESTINATION
1/31/00                    10   12ix06i

PN:-277-B25 /
WRENCH 22 X 24

DRAWING REV GO

~ M

T'l"113. t;]14 _
v0s

SUPPUER

~ _j
/ ~0

9f),

I ,

A6L,

I
i

1

I

A'

*S.4766*

*61. "7438*

*9;5. 2429*

*S.6223*

*FOR H-D mOTOR MwANY*

*f*

*\*52. 42*

*IiI617. 42*

*$524. 24;*

*S28. OC*

*SINIEONE 02594*
*CONFIDENTIAL*

*I*

i ~" el) gftyco I I - I _j r rK r*rKl-r I L)H%j I wn"4

(I I cDe E>cw-,.--I u 'u. -

-i Harley-Davkison motor Company

t                              P. 0. BOX 4?3
              MILWAUKEE, WI53201

SUBMff OMMM UI THIPLF-M *TO AR M AD DPnS.* Xrr)t-- A=. PAYAALE

I A5 FuR3Qqx_0Pz*" w*- W- &6"-wx 9"=" W4qm%%0          bo"aiswa-
PURCMAM OFOCR C-0000002241                      PO REV: ODD
ON" am                                   coolua wa
      1/19,100
          Um                                          v
                                          H/D YORK
                                          wwcmcm
                                          R1050

crarnwx= op cckvZ-=

,ED -w-f-w-

f-

    -                              ROTAX GM33H
TO PO BOX 5, GUNS KIRCHEN
              AUSTRIA, A46Z3

    L

?430 DAYS

WW TO (*BOVE ADDRESS UNI     OrHOWME mcxcaw smom

                              HARLEY-DAVIDSON, INC.
                              1425 EDEN ROAD
                              YORK. PA              17402
                              _J LMARK FOR P. 0. C-0000002241
              3w vM                              cc-0x-5 rfc7UXW"
1"SHIP POINT              O.LL OTHERICARRIERERS 7L 7IP

'

.s          360

          5

'

3          1 ()

'

          25

1          1

   /E A

   ~A

 I
 E-0

_IL

5TO35274

DELIVERY REQUIRED AT DESTINATION
          1/31/00                              13    1211061

PN:-277-340/
PLUG REM13VER

5TO29775

DRAWING REV

                                                   I

DELIVERY REQUIRED          AT DESTINATION
          2/11/00                    360          1211061

PN:---76-3--2,)
OIL SEAL INSERT JIG

5T02c?775

DRAWING REV. 00

DELIVERY REaUIRED AT DEs,r]NATION
     2111100                    5    121106:

PN.-277-o7c /
WRENCH

5TO34165

DRAWING REV 00

DELIVERY REQUIRED AT DESTINATION
     _/11/00                    10    1211061

PN-.-259-075 /
SPRAQ CLUTCH45, t,65X62?

5T03456e

               I
               I          I
DRAWING REV               I    I