I          I
i

DELIVERY REQUIRED AT DESTINATION

&UPPUF=A

t, 1006. 87

i S. 3133

Dio. 6565

$71141

I

FOR H-D MOTOR COMPANY

~~  ~-U~

S112.78

$54,28

$71. 14

SIMEONE 02595
CONFIDENTIAL

i HN ~-zi :~ I I - :~-e f-K                    T LA-" LLJ:D~

f A f Ml~ecmw~ I u MAJ I -

r . ~ -

-1,450UP0044:4                    Win zi;m  Q. AaAfto cwt ~ftff-wavo4AIXM

PURC "AM 01PO " C-0000002241              PD REV: DOO

c'O° owe                                   P 16°        ccw"w avia
    1!19,100              or               :4

.qwo~                                      PPPs su &AM T 10 W ISFEC TCO N I"
    v
                    0 °                              am
H/D YORK
n.                                                  0SO

SHIPP M (ABOVE AWRESS UNLESS arNERWISEINDIC017M DEDIMI

HARLE'r-DAVIDSON, INC.
14225 EDEN ROAD
Y . ORK, PA                    17402
LMARK -FOR P. ChC-0000002241

O SHIP POINT              OTHER CARRIERS I  PETER F7171F
"                                            rL17

ey-David5on Motor Company

P. 0. BOY 493
MILWAUKEE, WI 53201

SUO M IMMC FS IN T MPU CAn T O AW K AD DRE SS. Anic AC=. PAYABLE

ROTAX GMBH

To PLO 130Y 5. GUNS KrRCHEN
AUSTRIA, A46Z3

L

-430 DAYS

20

26C

i

i

i

I

I

I

~EA

EA

5 ~

PN~-250-39~ GASKET

5TO3456B

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
2/11/00                          20    1211061

PN,-236-021 .
SPROCKET 15 T

5TO33?55

DRAWING REV. 00

4~ c)K

A Av ~, , ~

DELIVERY REQUIRED        AT DESTINATION
2/25/00                          260    1211061

PN:-899-7E35
LOCTITE 221 VIDIET

5TO33092

DRAWING REV. 00

DELIVERY *REQUIRED* AT DE5TINATIDN
2/25/00                          5    1211061

SUPPUER

$2. 4756

I
I
i

FOR H-D MOTOR COMPAW

;11. 3419

$4 1572

S49. 51

9;2?4(3.139

$20.76

SIMEONE 02596
CONFIDENTIAL

.IF" 2L3 2000 11'2U FH HPiLEY DF*JILvzLN

r. =>-lm

717 L b2 be iL1 **lu fidjtHx**

Harley-DalAdson Motor Company

P. 0. BOX 493
MILWAUK~EE, WI 53201

ᴄ ~" -ecft-wn ᴡ.ᴤ*ᴤ

ᴰᴼᴹᴹ ᴬⁿ
C-0000002241 PO REV: 000

-⁰⁰⁰ᵀ
1.119foci            4
                  ₀.
                  ᶜ
**vla*cv** 10 edrEa-0. OW

0 *am*    *H/D YORK*

*cr cowu.~"*              *R1050*

**SUPUT IMMS IN TWU= TO**

ROTAX GMBH
,o PD BOX 5, oUNS KIRCHEN
oVJSTPIA, A4673

L

N30 DAYS

FHARLEY-DAVIDSON, IW__
14-25 EDEN ROAD
**YOPK. Pok**                **17402**
**L11ARK FOR P. 0.C-0000002241**

Fos                    - - f **wo**

SHIP-POINT

**ADDRM, RU: A= PAVABLE**
s#w To 4ABCwe ADCPZSS UNLESS OTHERYAW "Dr-OWW

~L 0 4D4" M
VY OTHER CARRIERS I PETER FILLI

I

I

i

l

l

l

i

INOTE: THIS PURCHASE ORDER MAY NOT BE
ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC-) WITHOUT PRIOR AUTHORIZATION OF THE
HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION.

,BY ACCEPTING THIS ORDER OR ANN' PART T
SELLER AGREES TO BE BOUND BY THE INSTF
TERMS AND CONDITIONS ON THE FACE OF T
AND ATTACHED HERETO FORM NO - Y6034 (F
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402
WHEN APPLICABLE

H-D REPRESENTS TO SUPPLIER THAT H-D IS
TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORD2RIAS
A RESULT OF YEAR 2000 SOFTWARE PRDBLEkS.
SUPPLIER REPRESENTS TO H-D THAT SUPPLIIER
IS TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABIL17Y TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER
A RESULT OF YEAR 2000 SOFTWARE PROBLEM

l

l

MIKE EATOUGH - YORK          41

REOF, CTIONS, ORDER R).

I

FOR ~●D MOTOR COMPANY
Mlkr- FATDUQH - YORK

I

i

TI)TAL

S7757.31

(c #113 fpci" vw

SUPPIJER

w* TOTAL PAGE.05 **

SINIEONE 02597
CONFIDENTIAL

## BOMBARDIER
*RECREA770NAL PRODUM*

*Bomberdw-PioUx* GmbH
*Waser Suam 32*
*A-4623 GLrskr-nM ALsro*
*Taldm (43) 7246/6M-0*
*Fax(43)724616370*
htvll~wveawbmbmrbamherzcxn

ju *46*

i i l *C* Pomm'sclinti Bombarcer-%tax Gmbhn. P₀W₁ₐC₄ 5. A-4623 Gunskffcnen, AUSUQ

19 *ot* *

*Ull,* uv

.; *.1 12 .*

ID ~w

ju UD

*.¡* !lu
~ id

| BU ZW°V ~M SₐᵣₖW. ₅M W"-1 S~ | | | | | | |
|---|---|---|---|---|---|---|
| C~ kaftruvw.° | | | | | | |

| ᴹ ow ro | | | | ᴹ | cu td | L4°~ Vb~y cul. |
|---|---|---|---|---|---|---|
| we | Ad GnjW urmerer | | | | | |
| | Lieft- ₗₘ | | | | | |
| | Vffkalsoe°rpxqen | | | | | |
| | SanaWii 1hren kX | | | | | |
| | ᴶⁱᴹ ᴾ~W~ ₗₘ *G&J" t* | | | | | |
| | on DaSa 01 ᴄ Lᵤ | | | | | |
| | Dofter-y ard SatM | | | | | |
| | CaW~ₘₓ | | | | | |
| MwoefoTy | Aₙ° /pan ₘ | ₜ | H-hcrmrwDe=u~ | | Ns/BwvwfLNw v~ | &°Q/sow |

zrmwxo~wv
SIMEON
E 02598

V UmpruogLiand/ Cow° of ongn
Obefbar AG. VAm. Kom 283-0701100 81-Z 15130 BAN AT70 1513 9002 &307 0100
LJID.Nr        ₐₜ U 2488650A. FA 80MBARDER410TAX GM₆H
Cw--4-'fWtsur~                          PCOWB Lfvₛ

C~ Zar*jngserzⁱg eq)e,.
~-1~                          k- ᵣₜₗ. -wrWD 8 Tao~ ⁄-cₖ Emah

CONHIDENTIAL

VemAr.brr.an p a ₕₑW~ₕ ᵣₐᵢ

     PUW-1~L OM"A -"MEA "L" AOFI " ON ALL NVOICLS ANO S~~W~ DOCᵤWVYS
          c-Dboo00Z:-'7A              PO REV: 000
PURCHASE ORDER
co°. ᴅ ᴏ ᴇ                              E      1.0

                              q/D YORK

crvr-w'" or ᴄᴏᴍᴘLₒₙₑ
E I
    ₙ"' Qₐ~ₐ~ⁱ

Hwiey-Davidson Motor Company ~ 421~6~. *-Wrl~ AX1446:~~-A 7~A e

MI:..-',JAtjKEE, WI 5320 L

SUBMIT INVOICES IN TRIPLICATE TO ABOVE ADDAESS, ATTN: ACCTS_ PAYABLE

IROTAX GMBH
TO PO BOX 5, GU~~5 KIRCHEN
AUSTRIA, A4672

SHIP TO (ABOVE ADDRESS UNLESS OTHERVASE INDICATED BEL13"

H,;~I~L5-'-DAVIDSCIN, IF-C
142'f EDEN ROAD
YORF ' - ~~' 1:1                17402
r-Apv FUR P, 0           C-0(,:-;0O0'-1274

| rEp-S 430 DAYS | | -.0 VEARAL DADLR or -.13HI= POINT U 5 RED FILLI P I STM -01 n. Pow=~ wm~ E] C3 a,7 | |
|---|---|---|---|
| I | EA | -435-C-2C | G(CP |
| | | -R I 14G 1. 3-21~ c NUM. 7 | 0'~ |
| | | EA., ,-zR SPARES | |
| | | DEL i - IEP -f PEOl-'-' REL: gT E~ c7 | |
| | | 3 / 17 / 0,':- 723B | S. 72 |
| I | :-A | :N, 750-090 7D k A w I | |
| | | 'A&~-' ::-T R I rl!,' | |
| | | T H I P A I-.* T P'Z P L,~,;' -r'D L, 1. L 5,.') | |
| | | DEL RE!-' AT CFS j.'j~.7 1.1.2r: | |
| | | 3 / 17 PC~2.-)30 | |
| | EA | PN P i- | |
| | | 0 - R C' -2 5 - | |
| | | DEA I:F SPARE-Z | |
| | | DEL !E R V R F G L) I fq E,- A 7 ES T tji'- 'r Of- I | |
| | | 3/ 1 ~-'00 1 | $1 3A |
| I | A | DF:V-I! T PE*, PN. | |
| | | TIM"IC | |
| | | DEA :P EPARES | |
| | | DEL . -,E.RY D E 3 1 | |
| | | 4 34,q 5 | $64 34 |
| I | FA | PN: -'~'30-A;f, RE',' | |
| A | r | GAS---'T PING | |

PUP                         suyen

FOR H-0 MOTOR CGMPANY

SUPPLIER

SINIEONE 02599
CONFIDENTIAL

Harley-Davidson Motor Company MZSGIt~4Xd" Xh* X%AWWY JAwwr77 P. t) BOX 493
MI -.14AUKEE.- WI              53201

SUBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PATABLE

IMS P V4 004 C ORDE QMJWUP WJSI A P EA A04 ~ NV OES -D SP- V# P AWS
Puw,,ASE 0,wcRC -0000002~774 PO REV: 000

0".D.E                    GOVU00ANNY CW P.40 -0
3/07 -;o0        2

WD YORK

CVWT W= OF C C-41~
-M-0 smcvw-.ncws a           R 10 510
                com      str"An com

rE71

SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDICATED BELOW)

I--

ROTAX GMBH

To PO BOX 5, GU-`1 KIRCHEN

AUSTRIA, Aq6l-*3

L

7

HAR L-E )* --DAV 1 D SDN, I I-,C

14-25 EDEN ROAD

YOR11.1 FA                17402

-j L

-LIAQI=-^DR P C)         C-00~---0002274

POINT            U 5 PEI,

F i                      F

0AW %8°     -E  I . '. - M v!OJ-FV VO I -

E3              3°. 0. '*S No I1   Er

in

EIER FILLIP I                     ftx M-W 0 -~

JAECAMIED

I

I

I

- I

E:A

A                        N       '30-3 10
    -R                   JC      1 1 4 -2 ;,.JL)rl 77~
    EA,                  SP;%RFS
    EL'        )ERY REGUIRED e-,T
         7 -'00

DEA :F SPARES

DEL JERY REGUIREE, AT DES-i           101-
    3117/00                         .   1-,; 1 '~-;61

P F-J:         2 - 9 6 0
STA * 'ER DR 1'~ E ICOVER

DFA I-P SPAF-.E-:,

-7'~F4,L;ING RE,,~. v Q

DEL ;ERN' REGUITREE, AT DEE,         1011
    3/17 /00                      1    1 :71! 1 -D~- !

PH At. . N -1 F, -I -

SUPPLIER

i $ 1677

J.' 4 9166
1

1

I
I

I

$~ !6

$14 9~

I

I

..~ 1                              61 1 --     1       $16'.

I

FOR H-D K40TOR COMPANY

SINIEONE 02600
CONFIDENTIAl,

I

TMS PVPAC~7~          APPEAA Oh ALL MOCES AND S~NG COCU M"IS
ORDE C-OODOOOZZ74 PO REV: 000
*IPURCHASE*          R
10-c~E                                           C~ "D
                          Go,
-o- .nC        ..**sv&\*cr** To **&.sptcno~ w**
                                         **/D YORK**
                                         **i 050**

E-NEXECKMED"DUP                   CO~                           C'x

SHIP 'To JABOVE ADDRESS UNLESS OTHERWISE NDICATED BELOW)

**Harley-Davidson Motor Company**
X XQ501l d4 RA(X )ftkX V&\*Q W==S4ZU r7r7
**P. 0. BOX 493**
MI'-;.4A IJK.EE . WI              53201

SUB MIT IN VOIC ES IN IMPLICATE TO AB OVE ADD RES S. ATT N: AC CTS . PAYABLE

ROTAX GMBH
To PO BOX 5, 0-U:,-'4- K I R---HEN
AL)STRIA, A46,-:4

-~ F-

HARLE',-DAVIDSON, 11-4 C.
1425 EDEN ROAD
YORi~, FA                    1740"
-j !  MAP~:. FOR P. 0. C-00,100022-74

rHl~                                FETER              M

| 430 DAYS | | POI147 u | S REL~ | | FILLIP | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ND WI~ Vkx r"W" |
| | | u | | | REMOtED' % | | | |

'407:- THIS PUIRCHASE ORDEF r,:. v NICT E ~ ALT--F'%ED IN ANY MANNER !TOTAL COST
DEL' 'ERY, ETC. ~ WITI-10!J7 P~-'OP AIJT:.JRIZA7'-rGN *OF* THE PUR-14A.SIN!-z DEPAPI-i-,ENT, DIVISIOr-;
BY ---CEPTING IHIE ORDEf~ A;J~ TH SEL-ER AGREES TO BE PY TK~:-

ER':~ AND CONDI TIONS ON -hE ~:ACE &-7 TH.
**AND** :~TTACHED **HEREI-C** F13F?m NIC~- v-C-74 (Rdr,) NOTF !AT-11!AL :.:~%FETY DATA TI,jSTUE

**FDR-.-,RD-T7D- TO --** 'AFzT,:. H-*ZLEY-DAVIDSON MGIOR C::~r--PANI 1~-5 EDEN ROAD Y,- -:'? K. P A I 740L
WHE-' APPLICABLE H-D %EPRESENTS TLD SUPPLTE~ 7HA7 H--,- IS TAK:'4-' ALL APPROPRIATE *,-- ,-rj0rjS .,r, PRE AN~' _rO CE1"FOR-1 OBL-:.;o;T!Or4S AJNDEr~ THIS F~!PCH,~SE ORDER A R~-3VLT Or YLAR 7-110C- SOFTWARE RPOULEM SLIP;~.IEP RFPPESEPJTS T!ll H-r~ THAI SUPPLI IS '-'-VJNG ALL APPROPRIATE AC71ONS !'C PRE'71`,IT ANY INAB71-1-T', TG PERVORM ~T= 013L'.;AT1Or\IS tJNDEP THIS P-J,'~CHASE OPF,--7-F

A R-EI-ULT OF YEAR 200(7 ~31D-L,:APF PROBLEME

| REOF | | ORDER | | R | | PS | | TOTAL | 26 |

FOR H-D MOT OR COMPANY
M I ~~i~ EATDUGH - YORK

SUPPLIER

SIMEONE 02601
CONFIDENTIAL

MARLEY-DAVIDSON. INC.
PURCHASE ORDER
STANDARD TERMS AND CONDMONS

FORM NO, YGWA (PCVl)

1    ACCEPTANCE - The Parlors Small be bov ail by this Purcmass Orders, and
oil] its terms and conditions when Selfet executes and returns the
acknowledgment copy of this Purchase Oroeror delivers or furnishes to
Efuyst any d Irre goods anti or services orderend No contract Shall ail
itcept as hare.a.bove pro,nood

2    tELIVERY - The iffine at deirstery statedis of the essence of this
Fi,urcroa3a Order. The date specified for delivery is the required cletney
CU)col8u)~esPlAnLur~Oux~wmesMOricajrY rKAWnwaOn BUY&lailsteveS
the right to refuse any90*03 of servicesin accodance with the terms
specified herein. It Sellers deliv enies will not moral agerst scheoules
Buyer may require Sailor to ship. vi sa morn rapid route or carrier in order
to expecrie such delivery and any dif suc ship ncst Caused by such
hangko Shall be paid by Seller Provided nev ertheless That sucn right
Shall be on addition l my in or                his and rtryledves; of buyer Accep-

DD A 0 a n8r r lance of any pall of the a n8r r lance of any pall of the Purchase do Shelf of bond Buyer to accept future shipments orperformancesof serv icesa n8r r lanceof any pall of the Purchase do Shelf of bond Buye
andand Shall be coaffeld to W a wa,- Of Euyer-s tight to cancel or a wa,- Of Euyer-s tight tocancel or return all Of any pan at the goods Ofecau" at failure to conform  to Purchase Orderany pan at the goods Ofecau" at failure to conform
of weof we wronty Of to make any claim for damages. nctua no manufaclung M51 oror to" of profits. injury to reputation or other Special Consequential and incidental damagesoccasioned by 13  uyer. Such ng"M
smallsmall bu inrmall be in addition to any other remedies Drov iced hes'aundithor proonded bylaw orothervioue Delivery snail not beel eemed 10 be Complete until goods have been actually recei vedsmall be in addition to any other remedie
notwilhsoinaing delivery to any arrier or until any services nave dean porlorn,". recersonalso accept"

3    PACKING AND SHIPPING - The goodspurchased hereunder must Of,
suitably packocl and prepared for shipment to secure the lowest trans
ponationponation roles of app(oprialety packed to Comply vision any sl> eC,l,C iransponation specifications app(oprialety packed to Comply vision any sl> eC,l,C iransponation specifications of Buyer app(oprialety packed to Comply vision any sl>
are included in Imeare included in Ime once for the goods "I forth herein and will pepe Palo by Seller except ITS Otherwise SDocific3fly slat" on the reverse side of This Purchase Order, A Packing LIST shall aCcorriparly eaCri
boxbox or package str olpriest box or package strolpriest snowing the Purchase Order number sDocilted hereon as well 115t ho item number and a de3Cnphon of box or package strolpriest snowing the Purchase Order number sDocilted hereon as well 115t ho item number and a de3Cnphon of box or package strolpriest snowing the Purchase Order
The count of we,qN or other measure of Buyer -shall be final and Conclusions, Buyar snail not be pOligaled to accept any shipments in excessof the order"The count of we,q N or other mea sure of Buyer -shall be final and Conclusions, Buyar snail not
be returneof to  Seller at Sell er s expense

4    PAYMENTPAYMENT - T he orignal and One copy at a Bell of  Lading or comparable shopping document must accompany PAYMENT - T he original and One copy at a Bell of Lading or comparable shopping document must accompany Selle
lotlot any Shortage in The 90003 snlpDea of detecive goods rejected by Buy er tv for any failure lopart arn services oroelactive perl on'snanClithefeat Any discount lot any Shortage in The 90003 snlpDea of detective goods rejected by Buy er tv for
by Buyer o, an appropratio -,O,ce

5    WARRANTIESWARRANTIES -WARRANTIES - Seller represents, Cenifies, and warrants (1) that Inc price chargoll to( Inc goodsand or W"iCi1 lot Inc goodsWARRANTIES - Seller represents, Cenifies, and warrants (1) that Inc price chargoll to( Inc goods and or W"iCi1
lotlot the same quality and quantity of Such goods or servi ces (2) that all qcoO% delivered pursuant hereto  will bebe now unless othenorise Specified and free from c1riec f5 in material andbe now unless othenorise Specified and free from c1riec f5 in material and
all goofff5 will conform tosi oplicable sam ptws.conform tosi oplicable sam ptws. specifican tion, drawings and st ionctoras of qua lity and performance And that  aft goods will pe it"pe it" from  detects in design a nd suitable for their miende a purp
(3)(3) Trial the goods covered by Ih,5 Purchase Osow are fit andate fit and Sa le for Consume r useate fit and Sa le for Consume r use it so mienc lecl and comp ly with all apD o,giols, Fede ral -olor Vehi cle Safe,, S onarcls (4) that all servi
pursuantpursuant hereto will De free from Oe free from 0o48Ci5 in material and worisharm3nto and will bill DerlarmicO in accordance within material andworisharm3nto and will bill DerlarmicO in accordance with thespecifications and ins
discretion, discretion, and control with rosoct to the manner and means discretion, and control with rosoct to the manner and means of performingsuch seo vices and snail at all limesremain an independent on i rector Alldiscretion, and contro
togetherhertogether with its Service waranties and quar. Il 11 any Snail run to Buyer and Buyer's affiliate Harley-D"tason Inc. and customers Seller Agrees totogether with its Service warranties and quar. Il 11 any Snail run to Buyer and Buyer's
fromfrom all c laims, lia bility. lo ss, damage And exp and ensefrom all claims, liability. loss, damage And expense including but not 1-lea to mcall expenses, reasonablreal. tDrnoysfrom all claims, li ability. loss, damage And expense including bu
Buyer or its affiliate by reason of any breach of any warranty. conification or representation with respects to goods and or se-Ces whiCh arc co,,ered try this Puyo;msk~e Order
AllAll goos Supplied and Sevices performed pursuant heretoAll goos Supplied and Sevices performed pursuant hereto snail oc subject to inspectionAll goos Supplied and Sevices performed pursuant heretosnail oc subject to inspection
asas toas to goods or performace as to se-cors and notwithsanomg Inc terms of daily" Or Payment Otas to goods or performace as to se-cors and notwiths4anomg Inc terms of daily" Or Payment Or As to 9000S, That Win his nor yet any
PursuantPursuant nefe,n or PursuantPursuant nefe,n or Services perfDrmeC hereunder contain defcts in material Pursuant nefe,n or Services perfDrmeC hereunder contain defects in material or womanship or as to semicas are not performed in accorda
promptprompt Ozfref; l:in thereof Gr AS 10 Services t oo,.rethal tee sel,CeSberint w,ed again at S eller's expanse r as To goods require that ore 90005 be replaceciat Seller stutpensic,goods require that ore 90005 be replaceciat Seller stutp
isis unable or refuses to replace the goods ortender theste-callloga- promptly Buyer may try contract or othemer-se replace sucn qsocs or obtainis unable or refuses toreplace the goods ortender the sle-calloga- promptly Buyer may try contra
byby Buyer to Seller Incby Buyer to Seller Inc costs expense is by Buyer to Seller Inc costsexpenses. Mine losd" including incicieral and Consequential damages incurrod thelistl, whicn are..e.cess of Seller s price l, ,.or, goods or arm..ce3
goodsgoods aredemcl,,e,a", risk of to5s with respect to such goods small bein Seller Andgoods aredemcl,,e,a", risk of to5s with respect to such goods small be in Seller And Seil er snail pay all packinggoods are demcl,,e,a", risk of to5s with respect to such goods small be in Seller And Seil er snail pay all
of design furnished by Sri~-shall not relieve Seller 01 ITS Obl,tialoons herein The goods co,crea by this Puchase Order are ~ntenaecf f or the manufacture and sale of the

1-10~53

6

8

establishedestablished p roducts oT Buyer and its affiliaBuyer and its affiliate and Buyer and its affiliate and in which buyer and its affiliate he" pust a substantial and valumbalk noputdvens far Qualiiry and efficiencyone any codect ii
nssycoccasionspecial damages to Buyerand its affiliate, All rights and off me of the buyer *no #U affiliate hereunder small be in acklotiDn to any other relfriedial pno,,.do'lo by is.,

CHANGES - Buyer may al/any tsmia by written or telegraphic: roolicentalior croang" within the general Scope of This Purchasoo Ordef in any Ohio of mom at the following
(1)        Drawing desings of spoicAocatons
(11)       foloorthoodle of shipment or packing
fill)      Ouentities
liv)       Delivery schedules
(V)        Place of cloolnery And
(VI)       Instruction with respect to the Rendition a$ sorrices
11 any such change increaseor decreaseshe COW of a the time
required for The paromossme of Ine Purcham Order an equitotllor
adjustment in the once and or sobovary Schedule will be mode and IM
toMh on a written modification to the Purchase Of rsser~ Any Comfort kor
adjustment by Seller under Thisclause must be media within thirty (301,
days from the Cafe of receipt of the wall notification of the Chlurv g*~

7    TAXES - Federal stateor local taxes which are propertybillable toBuyer shall be stated separately in Sailer a invoices.All tax exemption corld,cales will be acc epted by Seller
TOOLINGTOOLING - in thecase of any bo$% wajigs fixture& Patterns &QuiPr4ml ,r other laettilissis of Buyer which may be in the possesion other laettilissis of Buyer which may be in the possession
reaxovolubofdyeaxovolubity small be reaxvolubd.ity small be mat of a bait" and that we shall indemnify and hold flannol essi Buyer from any lossreaxvorolubty small be mat of a bait" and that ne shall indemnity and hold flannol essi Buyer from a
Or its &g$nU employees or others until such time as such faciliti es are doolivervoll into Inc possession of Buyer. With respect to such lactifies Selloof shall:
(1)         Make and affix sucn markings therears 03 Butersmotyonnect
(11) Make no change araoltCalloon or sitershorn therfol owithout
Buyer's worrsion consent
(111)       Make no use thereof except in dria production of mat erial
o,oe,ed by Buyer
(IV)        Stairs the same without Charge to Buyer in *operated rocks
or in sections of Seller s plant in either CA" cesirry marked
"Propeny of Harley Davidson. Inc."
IV)         Maintainthe "me ingood Condition excepting only of-
dmary wear and lea,
It Seller acquires toolsor manufacitmsthem in connection effort this
Pufcnase Order and charges Buyer for the use thereof or a fool service
chargem connection therewith Buyer may of its opti on upon completion
or termination of this Purchase Order elect to tak e title to such tools and
upon receiving notice Of Such election Seiler will deliver such 10015 to

Buyer pan payment By Buyer To ~~ellcr of that ponion Of Ime COST of Such
tools wnich "S wour,00 by Seller at is expense

9    RESPONSIBILITY FOR PROPERTY - Any property of o£ Buyer at of the Un,leO States wnich in connection with Buyer at of the Un,leO States wnich in connection with this Purehose Older IS in ins pø~33c33iøñ of control of Seller or Seller s
OrOr agents shall pe tolurrono to Buyer in the condition in which it was receiv ect by Seller. except lor ordinary wear and fear one Or agents shall pe tolurrono to Buyer in the condition in which it was receiv ect by Seller. except lor ordinary wear and
rncharon or has been consume-O in Inc production of such goods Risk of loss wish especl to all Such p,operty %hafi be in Sel ler

10   INSURANCEINSURANCE - Sel ler agrees. INSURANCE - Sel ler agrees. it and vomenreQuesied by Buyer to procure a policy or policies of insuranceINSURANCE - Seller agrees. it and vomenreQ uesied by Buyer to procure a policy or polic
to%to% affiliate a% anto% affiliate a% an insurer$ to cover products liability and Completed Operal,ors and or insuring all proporlisof BuyerwhiCfto% affiliate a% an insurer$ to cover products liability and Completed Operal,ors and or insuring al
oror The right of control against loss a, damage Instlll ng from tire 1.1ficluCl lng extended coottorge). malic~ovs m ischiefor The right of control against loss a, damage Instlll ng from tire 1.1ficluCl lng extended coottorge). malic~ovs m ischief and
within itwithintll reasonable period of time after request Seller shall lumishcoristicatesolinsurtance error fasten of period of time after request Seller shall lumishcoristicatesolinsurtance error fasten of workon Buyer 501 ItS COStDone's premise:
&rising hasςurfo*r and work will ble Performed only in acCoroance with safety rules and procarouries while on The Pr emises

í)          ASSIGNMENTS - This Purchase order may nor oe assigned by Seloser in
whole or in full without The prior written consent at Buyer.

12        USE OF DESIGNS, DATA, ETC - Seller agrees That 01 kinit N060
cont,cential the features of any equipment t ools, gauges patter ns.
ocs-gn~ drawings engineering Cilia or other jacmiscall or proprietary
information Jurn,shed by Buyer and use such items only'n froogrodc uc
lion of goods or luinisning or services under this Purchase 'or or
other PurcnaSe OrdersTram Buyer and not Olhemetse. unless Buyer's
written consent is firit obtained upon completion or termination of this
PuFCMftSeOroer Sailer shall returnall Sucm items to buyer or make such
of nior clispo &j Í son Inser~I as may too it onclea of approved by Buyer &net #ls
affiliate

13   PATENTSPATENTS ANDDATA - Seller snail incentrily and no4c) harmless Buyer. Buyer's customerPATENTS ANDDATA - Seller snail incentrily and no4c) harmless Buyer. Buyer's customer, andusers of Buyer s protuct3 against liability an
of of anyof any patent tight arising tram the manuf acture use or "to of anyof any patent tight arising tram the manuf acture use or "to of any goods orany part thereof calleo (or in this Purchase Order includi ng but not 10frothod; to articles r
morstitathile Of Other% except to the extent that Suchliabilityor suit shalt havemorstitathile Of Other% except to the extent that Such liability or suit shalt have arisen becausosl Sellermorstitathile Of Oñer% except to the extent that Su
workwork is called for work is cálled for or requirwork is called for or required hereunder Seller agrees to and metcoy does giant to Buyer on.rrev ocable non -exclusive lully transferable rovelly-itee li cense to make. he" mode use and
improvementimprovement of OíSCOvery, Joinfither Of not patentawel that Scliernot patentawel that Sclier conceives or firi st actually reducino 10 Practice in the Peffot mance at this PutCha%t Order Seller agrees to and hereby does giant no
(1) an jrfevGC2tußo rsprs~exclusive~uíty transferable

## SIMEONE 02602
## CONFIDENTIAL

lv V.

u uu

ı pr

v up .

Postansmidt Bmwrose,%tax GmÐ,4. P051faCh 5. A-4623 Gus5kffCrv.,n. AusTro

.... ~ r .-' .

## BOMURBIER
### RECREA710NAL PRODUCTS
**Boffbwf*er-Boftx GmbH**
**WaW SrdSse 32**
A-4623 GLrshTher, ksts
**Tclelw (431** 7246/6DI -0
Fax(43)7246/6370
htlo #w~ recrea toibmibar0 omm

ı BL~

i vv

i ~r

ALO Gruna ı~ Liel" . ın vrmaftsbvqwq~ smro~ ~ vv~ N. ~, P~,o .d          ~ / (),~ ı~ ti&.,. ~, s,' c.,~ ' s' v~.

P-A ~/L.                    st"vbm

zwk.o~"
Pam.* mrn~

.ı . .

i-UrsprungsionLi/C4ountrycgongin
Obabar*AG Wets Kamo2a3-0701100 &2151306ANAT70T5130W?aW70loo
LKJ-N,          ATU 24886504 FA BOMaAADER~AOTAX GVBH
Gescmahluhm~          AO~ 8 ıe.Z

I

BC~ 2X1ıoGT~ɣLK)

## SIMLONE 02603

CONFIDENTIAL

Verzugsr~ p a b&vcrevel



**BOMMDIFA**
*RECREA77ONAL PRODUCTS*
Boffjbwffw-Aotsx GmbH
Weksar Saasse 32

Postwisorml Bwzaroe,-Rotax GmbH. Posgach S. A-4623 Gunsk,cren ALGM3

A-4623 Cioiskircnen Ausve
loelon (43) 7246/GDI -0
Fax(43)7246/6370
MID 11www reawhoftboffbaML-t=m

lu ilp

!~ OA

:N

I

.ub

up

ZX°OV..X~

SIME-ONE 02604
CONFIDENTIAL

Obefbank AG ~ Kwrb 283-070,/00 BLZ 15130 (ON AT7. 0 1513 0002 8 307 0°0
U&NI        ATU 24886004 rA BOMBARDIE P, ROTAX GMBH
GescMtWurllel ROOM 6 L~

Bet Zaroings%errog wmrn        Ve(aoosrwtwn p a bWachrM

PURCHASE ORDER C-0000002-241        PO REV:000

Harley-Davidson Motor Company        1/19/00    1

mix 9wx4*=20%"1x

P. C)- BOX 4q3        HID YORK

MILWAUKEE, WI        53201

R I 05C,

SUBMIT INVOICES Im TRIPLICATE To ABOVE ADDRESS. ATTN: ACCTS. PAYABLE

SHIP TO (ABME ADDRESS UNLESS orHERWISE #NDICOM BEILCIM

To  [-ROTAX GMBH        7 F HARLEY-DAVIDSON, INC,
    AUSTRIA, A46Z3        PO BOX 5, GUNS H125 EDEN ROAD
L                        YORK, PA        1740"'
                         LMARK FOR P, 0. C-000000~22241

| N30 DAYS | SHIP POINT | OTHE CARRIERS R | PETER FILLI P | | | |
|---|---|---|---|---|---|---|

| 110 | EA PN: -230-080        DRAWING REV    00 | | | | (A:2 | |
| | RING 26X32 DIN7603A | | | | | |
| | 5TO33B53 | | | | | |
| | DELIVERY REQUIRED    AT    DESTINATION | | | | | |



```
                 1/31/00          110  12111061                S          s 52 4
                                                               476t~
)2  10    EA PN:-223-161                 DRAWING REV
             CYLINDER
             5TO29775
             DELIVERY REQUIRED    AT   DESTINATION
             i /31 /00            10   I21i061
)D  100   EA PN~-277-825                 DRAWING REV   00
             WRENCH 22 X 24
             5TO34503
             DELIVERY REQUIRED    AT   DESTINATION    s5         s 524 2';
             1/31/00             100   1_211061       2429

)4  45    EA PN.-241-600                 DRAWING REV   00
             PLUG t118X1
             5TO33759
             DELIVERY REQUIRED    AT   DESTINATION    b 2_2       2 6. 0 0
             1/31/00              45   12110bl         3

15  13    EA PN:-264-740                 DRAWING REV
             AMPLIFIER BOX
```

FOR H-D
JADTDR
COMPANY

SUPPLIER

SIMEONE 02605
CONFIDENTIAL

FORM No. Y8034 (PC")

ACCEPTANCE - The partial shall be pound by this Purchase Orcian and all its farm $ andpartial shall be pound by this Purchase Orcian and all its farm $ and Conditions when Sailer exilculas and returns this acknowledgment cop or furnishes to Buys, any of In" goods " Of services Owd9fed No contract shall ex ist except as horsmsbo~ provided.

2. DELIVERYDELIVERY - The time Of De livery stat ed is of the essence of this Purchase Time Of Deliv ery stated is of the essence of this Purchase Order Tile date specified f or delivery is the required deliv ery datial Buyespisont. unismot thethe to lit to Totthe to lit to Tot to Any goods – sen,ICeS in 6CC"aanC" with The terms SD9CiFZ henrion. If Seller'asen,ICeS in 6CC"aanC" with The terms SD9CiFZ henrion. If Seller'asen,ICeS in 6CC"aanC" with The terms SD9CiFZ henrion. If Seller's deliveries will not meet agreed schedules Buyer m ay inin order to expedite Such Delivery and any olf fenence In cost Caused by Such ch nge shall be paid by Sells, Provided nev anthela". That such right sh 11 be in Additionin order to expedite Such Delivery and any olf fenence In cost Caused by Such ch Accep.Accep. tanœ of any ownof the Purchase 6roor shall not bindBuyer to accept future shipments orperformance of services nonapthre it Of the fight to return goodsa9rendy accepted and smallAccep. tance of any own of the Purchase 6 toto be" wonerof Buyer'slight toCancel Or return Sit of Tinyplan at he goods bacauseat falure 1. conform toPurchase Olde of by reason of defects Talent or patent or other Joreach of warranty or to maxis anyany claim for damages. including m anufacturing cost or loss of Profits. injury to reput ation .r.of other specialother special con5eQuartial and incidental dam ages occasionw by Buyer, Such rigMt3 Shelf be in addition to any otherother remedies provided hereunder or provided by &- or olver-im. Doinfery shallbther remedies provided hereunder or provided by (&-or olver-im. Doinfery shall be bedevilled to be con pliffs until goods be" boon other remedies provided carrier or until any services have been perTarri ned, tocervold &no Accepted.

3 PACKINGPACKING AND SHIPPING - The gooos purchased hereunder must AND SHIPPING - The gooospurchased hereunder must be Suitably Packed and Prepared for AND SHIPPING - The gooospurchased hereunder must be Suit IralfSponstonIralfSponstion specifications of Buyer and in al l cases to Comply with carriers regulations. Allchargm f or Docking, crating. and transobeffition arai ncludeo mthe priciftorthagood5gel for Thherlaniand itnilbapalopy

Seller 0XCVPtSeller 0XCVPt 113 otherwise specific.411y stated on the reverse side of This Puchase Order. A Packing List shall accompany each box or pacitage shipment ottowing m e Purcnaso Order numberPacking List shall accompa hereonhereon as wilj as the item hereon as wilj as the item numberan o a Description of the goods. in ini s evirnt th at no such Packing Listhenon aswilj as the item numberaro a Description of the goods. in ini s evirnt that no such Packing List i Buyer Shell not be obligated to accept any shipments- ef,cem s of the ordered quantity and excess or advance shipments may be returned to Seil er at Sellers expense.

4 PAYMENT - The artgsnalPAYMENT - The artgsnal and one copy of a Bill of Lading or comparable shippingPAYMENT - The artgsnal and one copy of a Bill of Lading or comparable shipping occumorch must accompent, Seller s mvordes i to,to, any s.hoflageto, any s.hoflage in the goods Shipped .r cefeCtivia ≤≤≤≤ rejected by Buyer or for any failure to performser~iics3 or detective performancerejected by Buyer or for any failure to perform ser~iics3 or detective performance t her by Buyer of an appropriate invoice

5 WARRANTIESWA RRANTIES - Soiler reproserils. certifies andwarrants (1) That thepricereproserils. certifies and warrants (1) That the price cnargard for the goods &no or senrices reproserils. certifies and warrants (1 That the customercustomer for the same Quaitlyarloquanisf irof such goociost Services (2) that all goods deliv ered pursuantcustomer for the same Quaitlyarloquanisf irof such goociost Services (2) that all goodsdeliveredpursuanthenrito will Deneve thatthat all good, war conform to apph.sol.sample., sport,col .h. a,aw,ng3 anasiono.rosof quality and performianca and that all goodsthat all good, war conform to apph.sol.sample., sport,col .h. a,aw,ng3 anasi ono.rosof quaIity and performianca thethe goodscovered by this PurchaleOrder are fit Ono Salethe goods covered by thisPurchale Order are fit Ono Sale for consemuer use it sO intended and comply -tin .11 applicable Federal motor Vehicle Safety Sanderds (A)intended and co will will pil lnfrom pil lnfrom defects in materi al &no workmanship and will be performed in 2CCOJaOnC6 with The 3Pecritscations an cr instructi ons of Boyer provided noverinale" be performed in 2CCOJaOnC6 with The 3Pecritscations an cr inst withwith respect to the manner ono means ofwith respect to the manner ono means of periormi ng such Servic es and shallat all times remai n an moapenoont Co ntractor AII thishapersentabon s.with respect to the manner ono means of periormirig worronfreswor ronfresAna dual.worronfres Ana dual. antores. 11 any snail run to Buyer and Buyer's affiliate Harli sy-O.vidsor, Inc. end cuslorners Seller agrees to indemnity D Defend and hold Buyer and its affili ate harmle," from any snail ru liability.liability. loss, asmarle and expense including but not liability. loss, asmarle and expense including but not limited to real expenses, tea3orisole attonneys lnes and other liability. loss, asmarle and expense including but not limited to r by reason of any breach .r any warranty. coffication or representation with respects to goods and or "rvi cre3 which am covered by this Puchase Order AllAll goods suppliedAll goods supplied ann sprv cias Perlot,rhed pursuant hereto shot, 1:1. subject to inspection and test By Buyer and I ts sgenrts and oy trip. Ontier. 51410S atAll goods supplied annsprv.cias Perlot,rhed pursuant hereto shot, 1 asas to goods cnss to goods or portomshoce as to services and notwithstanding the terms of as to goods or poformshce as to services andnotwithstanding the terms of Delivery or payment or as to goods. That 1,11. has not yet Passed to B pumuAntpumuAnt he. rein or "micas perlarmea hereunder contain Def ects in maler.al or work -monship or asjustpumuAnt he. rein or "micas perlarmea hereunder contain Def ects in maler.al or work -monship or as to sehtcez are not poformein require obnimgirasure otornpi correction thereof or as to Servi ces requie That the services be fillOetert agai n at Seller's expense .r.r as to goods require that at the goods be fiec.facedot Se ller 3 expense 11 such defence isst of it Setter iSunaDlei pi refusal to replacethe goodsor tender the siti against it Setter iSunaDleipi refusal to replace the goods or tender the siti again promptly Buyer may by contract or otherwiserepiacedf it Setter iSunaDleipi refusal to re owed by Buyer to Set ter the costs. ex penses,owed by Buyer to Setter the costs. expenses end tassel incloomg incidental and consequential damages incurred JhWeby which areowed by Buyer to Setter the costs. expenses, end tassel incloo to Seilerto Seiler Seiler That goods are cdiective all risk of to" with respect to such gooos snail be in Seller and Seller snail pay all back ing nool snipping criargrs, in connection withto Seiler That goods are cdiective all risk of to" with respect 10

Buyer s approwei,r.f design fusnisnea oy Seller Shall not relieve Sel ler Of its Obligations bere.n The goods Covered by thi s Purchase Order are inienoea for the manufacture and Sate of The

HAALEY-DAVIDSON, INC.
PURCHASE ORDER
STANDARD TERMS AND CONDITIONS

HD-53

1113111I)IMMOd procluCASO? Boyel' and its atillikate &rid in whichbuyer and for alliiMin have built ≥ Supotonlial and VOILARDA9 forOUISIM11 for QUAllty and offictericy and any detect in the gDods hensorkow may occasion special damages to Buyer and its affiliate. All rights and riernadjus of the buyer &no fix affili ate henjuncier shall Do in Addition to wry otnear                m provided by law

6                           CHANGES - Buyer may of any lime by tintrom or   make Chong" within The general SCOM of this Purch"a Order on any one or more Of the following

11)                    Drawing amigro of Specifications
(11)                   Methods of Shtpenerit or Packing
(111)                  Ouartirtri ss
(IV)                   Dalryaly schedule&
IV)          Place of 004"ry am
(ViI                    Instruction with respect to Ine rendition of servicas
If any such change mcrasses; or idecrifeaskes the cast at or the fahe
required for the increase of the Purchase Ondif an liffultadle

Adjustment in the Price and or cloliv ery schedule will be rialialfir Arid  W

forth in a written modificati on to Ins, Purchase Order. Any claim for adluolm ent by Seiler unclar This clause ᴴᴬᵘᴮᴶ W  assoor withinassoor within thirty (30) days from the data Of fOrMi Pt Of the written notificati ondays from the data Of fOrMi Pt Of the written chilfrvo~

7   TAXES -Federsist ainsof fOc A1tsxo3 wrichans pr opertrybdlabil ifli 10 Bu yer shall be stole cl separately i n Selsor's inv oices. All tax  exemption c 0fitif, calas will be accepted by Seiler.

0   TOOLINGTOOLING - in  the the Case d' Tiny tools diegii9s fixiurepations equipment of Direr lioclilfes of Buyer whichmay bpi inthe Case d' Tiny tools diegii9s fixiurepations equipment of Direr lioclilfes of Buyer whichmay bpi in
responsibility Shall be tMAI Of a bail be and that he shall urbarrintly strid W d harrafew Buyer from any loss orharrafew Buyer from any loss or damage thereto which is causedharrafew Buyer from any loss or damage thereto which is cau
Seiler or Its Sigiliool employees or cthers until such time as such facilities are delivered into Ine Possession of Buyer With rtspact toSuch facilities Seller she":

(1)                    Make and affix such morkings thereon as Buyer may direct
(11) Aa 0 lto no Cho nge mods fica a ion of alto to bon thereto without
Buiref's written can'%ant
(111)                    Make no use thereof except in the production Of Materi al
ordered by Buyer
JIV)          Store The "me without charge to BuTer- separated rocks
at in sections of Seliers Plant –either coseciv arift marked
-Property of Halley Davidson. Inc.–
(V)          Maintain the same in good Conalijon excepting only or-
ainary ~r and tear
It Seller acquires toolsor manufactures them in comection with This
PutChase Order and charges Buyer for In& usetbereof of A 4001 3011111'CD
charge in connection here–ih Buyer rmsirid its op!K)nup6n COMPidiCift
of tormmal~on of Thi s Porch'' Order "Jsci lotake title to such tools and
upon receiving notice of such aleclionSeilelf will deliver such tools to
Buyer upon Payment By Buyv to Seller of trial portion offne Cost otsuch
tools wntn was #incuf hea by Sailer at Its expense

9   RESPONSIBILITYRESPONSIBILITY FOR PROPERT Y ~ Any property of Buyer cot of the tj nit ed States which in connection with this Purchase Order is in the possewOn or controlRESPONSIBILITY FOR PROPERT Y ~ Any property of Bu
ᴼᴸᵘˑ agents shall be returned to Buyer in the condition in which it will receiv edagents shall be returned to Buyer in the condition in which it will received by Seller, Tacepit for ordnary weat and tear and except 10thne extent that such properlysp
nertunoeiοⁱ has been consumed in production of such goods Risk of loll with tespect to all such properly snail  be in Seller

10   INSURANCE - Seller agrees. itINSURANCE - Seller agrees. it and when requested by BuyerfO ProcureINSURANCE - Seller agrees. it and when requested by BuyerfO Procure apolicy or polcte3 of insurance in form and amounts satisfa
it%if% atf,hate as an -,fao to co- peoductS Imb-I tly andit% atf,hate as an -,fao to co- peoductS Imb-I tly and compleeo Operaloans and cr insurinig it% atf,hate as an -,fao to co- peoductS Imb-I tly and compleeo Operaloans and cr insuring it%
OfOf the right  of control agai nst JossOf the right of control against Joss or damage resulting f rom fire (Including a Of the right of control againd Joss or damage resulting from fire (Induding a x fended covergej, malicious mrschist and vanda
aa reasonable period  of lime of fer request Sei ler shall furn ish certifi cates of insurance pilot  to start Of W ork on Buyer S of  its customer's p romises ancitnde minify Buy er againstinsurance pilot to start Of Work on Buyer S of its customer's promis
hereunder $no were w-11 b-e performed only in accordance with safety rules And PfOCOOUreif while on the prerm5m

I I    ASSIGNMENTS - Tfil Purchaseolder may note assigned by Seilen in
whole or - farl without the prior written consent of Buyer.

12   USEUSE OF D E S I G NS D ATA  ETC  - S 411 er agrees that It will keep confidential The features 411 er agrees that It will keep confidential The features of  any equipment fools. gauges DaTIMMS. designs otawings 411 er agrees that It will k
-101-al,Dn-101-al,Dn [-"heo Dy Buyer and lose Such items only in Ine productOn or rf odios or furnishing -101-al,Dn [-"heo Dy Buyer and lose Such items only in Ine productOn or rf odios or furnishing of Services undo, In,, Purchase Order of  Din
consentconsent is first Downed upon completion or terminaton consent is first  Downed upon comple tion or termi nation of thi s Purchaseconsent is first Downed upon completion or termination of this Purchase Order Seller shall retum all Su
its atill ale

13   PATENTSPATENTS AND VAVA I A - Seller shall moemmly and holdVA I A - Seller shall moemmly y and hold harrillessBuyst. Buyer s customers Ono users of Buyer's products against liability or start of  any nature including costs And eaDor
of of any patent f ight arising f rom the manuf acture useor saloot any gooldLorany  part thereof c alled for in  this Purchase of any patent fight arising from t he manufacture useor saloot any gooldLorany part thereof called f or in this Purchase Order in
ofof others except ι₃ the extent that Such liability or suit shall  have &nsen bocavleof Sellers manuf acture of articles of original design of B uyerthe extent that Such liability or suit shall have &nsen bocavleof Sellers manuf acture of articles of orig
orer required nerounacr Seiler a9tee,; Juana nertroy or required neroun acr Seiler a9t ee,; Juana nertroy or required neroun acr Seiler a9tee,; Juana nertroy or aesrganito Buye ranitievo icable non-ex clus-ve fu lly transfer able royalty- lr" license to m ake. flows or required nerounacrSeiler a9tee,; Juan
(whother(whother or not pal onlaole) tria l Seliet conc eives or fi rst(whother or not palorlaole) trial Seliet conceives or first actually raduces to Practice in the verformancecit thisPurchase Urcer Seller "gross to and her"(whotheror not palorlaole
lvensforable

SIMEONE 02606
CONFIDENTIAL

du vu

U ~E Posmnsc iudi Bwoara ef-Rotax G mb-i, POSTfach 5. A-4623  Gunsxtrae n Atjsrrta

OU U9

ji AN

u V li V

.j nn

uu uu

Qu ~e

.ng

## Munn BOMBARDIER IW" *RECREA77ONAL PRODUCM*

B0ft"miw4W W GnM
VVet" Suasse 32
A-4623 C*nskxchen.  ALWᵣₒ
Tmelon (43) 7246/60 l-0
Pax(43)7246/6370
hTtpr//~.recm abwbwvx v0Aer,wrn

Sa- Z** " Sa~I- bne wo~/Pw~

K∪ₙD&~N~₀
C-

r- Lxow~

| vxv ot" m | | | 0 co~v~ d | cXs w |
|---|---|---|---|---|
| Va,3w0amv-N, %C~v vo m | Aut Gam,3 ₊ₛ₋ L&ww₋ Lₙ₆ sxvlm n~ ₊ ₚ₆ ~m ₚₐₒ₋ₐ₊ᵥ Lrc G&xir/on bm of ow DabAry a swl ym | | | |
| kk-XIOty | Arwk&4~ /Nr. m | L | | |
| pft~ SIMEONE 02607 | | | | |

l- tjn*ruNpUnd/C-ArV of wxyn
obew* AS. we,& Konto 3s3-0701.00 BL2 ISM.SA:4 AP01513 DOO?B307 0100
LMD-Nr                          ATU 24886504 FA BOMaARDE P-RC)TAX GM8H
Gescrjatmkwl~                              PoaW r 9 Lewts

Ek~7J~jrq-,vL*Zu9 ~cvcn

CONFIDENTIAL

~tfru;svnwno a 1₊ₓᵢ*ₙₘ
⁻⁻ A Tᵢ₋ᵢ⁻

-7-

OMER R lAek- "u5r-AM 'cAR0"z **wwmes"o** 5.~.GDCO."Ews

PVRCHASEOFIDER C-0000002263    PO REV:000
onofft ᴡ ᴇ          '4u          CAMPOAC47 CONTMO ND
ff Harley-Davidson Motor Company    2/03/00
1

4W k7ftg)~ k'?~

kl~ RDA Yoft lt~

H/D YORK

P. 0. BOX 4c?3                    E:x
MILWAUKEE, Wl 53201
                              CE-CQIE CF COMPLwom
                          D =vtoncac-SA

                                                    I
UBMIT INVOICES IN TRIPLIrATE TO ABOVE ADDRESS, ATTW: ACCTS. PAYABLE   lwlo-w.c~          "RCOC"
          R1050

                              SHIP TO (ABOVE ADDRESS UNLM OTHERWISE INDICATED BAW

F ROTAX GMBH                     HARLEY-DAVIDSON, INC.        Tx
o                                PO BOX 5, GUNS KIRCHEN       1425 EDEN
ROAD
 AUSTRIA, A46Z3                  YORK, PA            17402

L                                _J L MARK FOR P.O. C-0000002263

| 30 DAYS | | 1"SHIF POINT P ıs RED | | PETER FILLIP | | sm cv ₙ₁W | |
|---|---|---|---|---|---|---|---|---|
| 3 | EA | PN:-299-035 DRAWING REV. REPAIR MANUAL ENGINE DELIVERY REGUIRED AT DESTINATION 2/11/00 3 1211061 | | | | $16.61 43 | $50.44 | |
| 12 | EA | PN:-297-540 DRAWING REV A SPARK PLUG NGK DELIVERY REGUIRED AT DESTINATION 2/11/00 12 1211061 | | | | S2.674 4 | s32.Oq | |
| 1 | EP | PN:-264-740 DRAWING REV 00 AMPLIFIER POX DELIVERY REGU1RED | | | | | | |

| | | | | |
|---|---|---|---|---|
| | | AT DESTINATION<br>2/11/00 1 1211061 | $77<br>4516 | $77.45 |
| 1 | EP | PN.-YMISC DRAWING<br>REV<br>MISCELLANEOUS ITEM<br>MFGM 264-736<br>DELIVERY REGUIRED<br>AT DESTINATION<br>2/11/00 1 1211061 | $3e.52<br>72 | $38.512 |
| 12 | E1 | PN -230-?20 DRAWING<br>REV, 00<br>O-RING M6000-250<br>N70<br>DELIVERY REGUIRED<br>AT DESTINATION<br>12 1211061 | SL<br>9091 | $10. 90 |

FOR H-D MOTOR COMPANY

SUPPUER

SEMEONE 02608
CONFIDENTIAL

INS PL#W~SE ONDEA N'WA "LGI APPC~ DN~                    S~ =0A.BWS

**Harley-Daodson Motor Company**
kli" *lft "-x W W)? kl")~ ka
**P. 0. BOX 493**
MILWAUKEE, WI 53201

,IPVa0tASE0RDER C-0000002263 PO REV: 000

2/03/00
00T                                             'v'    CC~"0

.00wry W-G ~ SL*Acr 7G.4sltc "o. uf

                                                                H/D **YORK**

UBMIT  *INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PAYABLE*          EI 0=0'"*aas.co"
                                          R1050

    ROTAX GMBH
o PO BOX 5, GUNS KIRCHEN
  L AUSTRIA, A46Z3

-1 F

SHIP TO IABOVE ADDRESS UNLESS OTHERWISE INDICATED BELOW)

        HARLEY-DAVIDSON, INC.
        1425 EDEN ROAD
        YORK, PA                    i 7402
_ J L MARK FOR P.O. C-0000002263

| 30<br>DAY<br>S | SHIP POINT 1JP S<br>RED | | 17ETER<br>FILLIP'1 | 134 | C1 |
|---|---|---|---|---|---|
| | | | | | E.IIE |

NOTE: THIS
PURCHASE ORDER MAY
NOT BE
ALTERED IN ANY
MANNER (TOTAL
COST,
DELIVERY, ETC.)
WITHOUT PRIOR
AUTHORIZATION OF
THE HARLEY-
DAVIDSON
PURCHASING
DEPARTMENT, YORK
DIVISION.
BY ACCEPTING THIS
ORDER OR ANY PART
T~EREOF,
SELLER AGREES TO
BE BOUND BY THE
INST UCTIONS,
TERMS AND
CONDITIONS ON THE
FACE OF THE ORDER
AND ATTACHED
HERETO FORM NO -
Y6034 (RCR)~
NOTE
BE MATERIAL SAFETY
DATA SHEET(S) MUST
FORWARDED TO
SAFETY DEPARTMENT
HARLEY-DAVIDSON
MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
WHEN APPLICABLE

## Id

H-D REPRESENTS TO
SUPPLIER THAT H-D
TAKING ALL
APPROPRIATE
ACTIONS TO
PREVENT ANY
INABILITY TO
PERFORM ITS
OBLIGATIONS UNDER
THIS PURCHASE
ORDER AS
A RESULT OF YEAR
2000 SOFTWARE
PROBLEMS.
SUPPLIER
REPRESENTS TO H-D
THAT SUPPLIER
IS TAKING ALL
APPROPRIATE
ACTIONS TO
PREVENT ANY
INABILITY TO
PERFORM ITS
OBLIGATIONS UNDER
THIS PURCHASE
ORDER AS
A RESULT OF YEAR
2000 SOFTWARE
PROBLEMS.

| | | | TOTAL | | | | | $209.40 |
|---|---|---|---|---|---|---|---|---|
| 1IK E | E- A A | UG F L- VO R 41 | | *FOR H-D MOTOR COM PANY* MIKE EATOUGH - YORK | | | | |

11 JPCR~

SUPPLIER

SIMEONE 02609
CONFIDENTIAL

u UP

9 vp

n M,

A

U U~I

A A~

~ U Poslansch nit. Bomtjarcjvf-F kXax Gm bH. Posilach  S. A-4623  CvjrtSklrCren.  ALISM

4 WLI

YW crw m

B.10~ O,m                        --FL-- AIX°~S-

## BOMBARDIER
*RECRE477OA14L PRODUCIS*
Boflw&miw4bv GntbH
wetsff Srasse 32
A-4623 Gunpmo-WX A& Gtna
Teielon (A3) 7246/601-0
Fax (43) 724616370
hnpL//www.M0eabMbCf~=m



| Be Zw"v  v scl-W , om w°'~ ip~ mm | | |
|---|---|---|
| | | |

10-, ow
  L.'-·                                        .                    , . .

Aul C~notxwm L~L- tvj %em.XISDecbl%~ olen° fwien '& 'b Pecr°~VLOV Gcla°.Onbase ci (° De~ BrÜSM&S COVMM we 3ffA ycu

°mmlot,

I

I

A11.10-M ¡PW M

am-womav~

P~/F-wa° D~

awn/Taco

X-XXXXXXXkXKXX-IX
  CP7 YORK

V Ur%p-nqsiand/CouM~j rI -gm
OD-~oan k AoG. vvL~s Kcnx) 2a3-0701100, BU 15130 SAN Ar7O 15130002 8307 OW

LOD-N,                    ATU 24PS6504 FA BOMa4PXR-ROI" GM914
C*Scha*sJutv9                              RooW B Le-,

s

6e,                    -(X-

~ft

                              IMP-ONE 02610
                              CONFIDENTIAL

AK&quwwounp abomcWO

 Harley-DwAdson Motor Company
X*-*ABW NYA)MU XW XQC%7XTQXWaX-X
P. 0. BOX 493
MILWAUKEE, WI 53201

**SUBMIT INVOICES IN TRIPLICATE** TO ABOVE ADDRESS, ATTN: ACCTS. pAyABLE

      I W - K0K>"SIE bAaRNVu8EAWSI &"&A Oft ~t 40aS006--D0CLWE0S

**PURCHASE ORDER** C-000000=239        PO REV:    000

or" q C~m                    GOWKE P"AME 9 1    No
    1117/00        1

PV.O~PATV4s                                  a

       I F_ 7,              H/D YORK
     C*X±FWAR CF C0WK~CX        S O R O M E      ~\u0\COO'

EI =vscwwx*.s&              R1050

       **SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDICATED BELOW)**

F_

      OTAX GMBH
To PO BOX 5. GUNS KIRCHEN
   AUSTRIA, A46Z3

   L

      HARLEY-DAVIDSON, INC.
      1425 EDEN ROAD
      YORK. PA            17402

_J L  MARK FOR P.O. C-0000002239

| N30 DAYS | 6 | EA | **I** "E- 0111°4 01 " _ ' _ susim SHIP POINT PS **RED PETER** FILLIP sv" cw n vaxx W'Oswr ux ru~ "a | | |
|---|---|---|---|---|---|
| | 6 | EA | PN:-230-920 DRAWING REV. 00 O-RING M6000-250 N70 DELIVERY REQUIRED AT DESTINATION 1/24/00 6 1211061 | $.9100 | S5.4i |
| )n | 6 | EA | PN:-831-762 DRAWING REV. 00 O-RING DELIVERY REQUIRED AT DESTINATION 1/24/00 6 1211061 | 1$3.6900 | $22.1A |

| )3 | 6 | | EA | PN:-230-13eO<br>DRAWING REV. 00<br>O-RING<br>DELIVERY REQUIRED<br>AT DESTINATION<br>1/24/00 6 1211061 | | | $~9200 | $ 5. 5;; |
| )4 | 2 | | EA | PN-230-840 DRAWING<br>REV 00<br>GASKET<br>DELIVERY REQUIRED<br>AT DESTINATION<br>1/24/00 2 1211061 | | | $1.9000 | $3.8C |
| 15 | 1 | | EA | PN:-256-160 DRAWING<br>REV.<br>OIL SIEVE 00i<br>DELIVERY REQUIRED<br>AT DESTINATION<br>1/24/00 1 1211061 | | | $1.6000 | $1.6C |
| '6 | 2 | | EA | PN:-230-400 DRAWING<br>REV 00<br>D-RING 1B-1.5 NUM<br>70<br>DELIVERY REQUIRED<br>AT DESTINATION<br>C-0 CA | FOR H-D MOTOR COMP~NY | | | |

7

M

**CC 6113 JPCR)** *M*

*i*

*I~UXD*

SUPPLIFER

SIMEONE 02611
CONFIDENTIAL

Harley-Davidson Motor Company
**x4txBu%x" xa" *xx4c═8(a_M**
P. 0. BOX 4c73
MILWAUKEE, WI 53201

**SUBMIT INVOICES IN TRIPLICATE** 70 ABOVE ADDRESS, ATTN: ACM. **PAYABLE**

a" ~ ~cts~ oc< ~*-&
**PURC14ASE ORDER** C-0000002239 PO REV: ODO

*0" I WE*     1/17/00          GOVUW44W CONTP-" 00          2
*-0-~G*                                           "C *UJ"CT W 015p4cI~i*

EI -          H/D YORK
                                *b4fv%* CCCX
IEJ *~PA 0 D* UwZ- *D~&*          R1050

F_

    OTAX GMBH
To PO BOX 5, GUNS KIRCHEN
    AUSTRIA, A46Z3

L

---I F_

SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDICXTED BELOW)

    HARLEY-DAVIDSON, INC.
    1425 EDEN ROAD
    YORK, PA            17402
_J L MARK FOR P.D. C-0000002239

| TEOU S N3 0 DA YS | | | FMS. SHIP POINT PS RED | | I CO PETE PI R FILLI | son CP R. | i7% ; |
|---|---|---|---|---|---|---|---|
| | | | Z | | | EXTEII ~PRICE | |
| 17 | 1 | EA | ww PN: -236-022 DRAWING REV. 00 SPROCKET 16 T DELIVERY REQUIRED AT DESTINATION 1/24/00 1 1211061 | | | 1,65 00 $11. 65 | |
| | | | NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC.) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION. BY ACCEPTING THIS ORDER OR ANY PART THEREOF, SELLER AGREES TO BE BOUND BY THE INSTRPCTIONS, TERMS AND CONDITIONS ON THE FACE OF TkE ORDER AND ATTACHED HERETO FORM NO - Y6034 (P~CR). NOTE: MATERIAL SAFETY DATA SHEET(S) MUST BE FORWARDED TO SAFETY DEPARTMENT HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN ROAD YORK, PA 17402 WHEN APPLICABLE | | | | |

Z 6 113 (.nR

FOR H-D MOTOR COMPANY

SUPPLIER

SIMEONE 02612
CONFIDENTIAL

Harley-Davidson Motor Company
xv-9034A "X xc;&x *X xa=r%ff&1=
P. 0. BOX 493
MILWAUKEE, WI 53201

T~`x ſU W~" OADE4%%WEER WJ51APVI M ON ~A 48-UB-Q S"-C DOCUVE-w)
PURC>iASE ORDER C-0000002239 PO REV: 000
    1/17/00 3

                                    EI        H/D YORK_
        CX-~ 88 ٤٥-L-٥l                        1~.colx
    sir""com

SUBMIT INVOICES IN TRIPLICATE TO ABO VE ADDRES S. ATTN: ACCTS. PAYABLE          EI          R1050

SHIP TO (ABOVE ADDRESS UNLESS OTHERMSE INDiCKrED BELOW)

F-

OTAX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

7 F-HARLEY-DAVIDSON, INC.
     1425 EDEN ROAD
     YORK, PA                    17402
   L MARK FOR P.O. C-00000022:39

| T11-8 N3 0 D A YS | | SHIP POINT | 5 RED E T E R ' " 7L 01 '"" ₅ 1 P | | SUY i CW F· ikₐ° ftw. | |
|---|---|---|---|---|---|---|
| | lum | 4-- | | DELr,1W | UNMIUM. | Dcliwom |
| | H- D RE PR ES EN TS TO SU PP LI ER TH AT H- D IS TA KI NG AL L AP PR OP RI AT E AC TI ON S TO PR EV EN T AN Y IN AB IL IT Y TO | | | | | |

PERFORM ITS OBLIGATIONS UNDER THIS PURCHASE ORDER AS A RESULT OF YEAR 2000 SOFTWARE PROBLEMS. SUPPLIER REPRESENTS TO H-D THAT SUPPLIER IS TAKING ALL APPROP

RIATE ACTIONS TO PREVENT ANY INABILITY TO PERFORM ITS OBLIGATIONS UNDER THIS PURCHASE ORDER AS A RESULT OF YEAR 2000 SOFTWARE PROBLEMS.

| | | | |
|---|---|---|---|
| | | TOTAL | $50.89 |

tfw~ '
M        OUGH - YORK            -
                               41

FOR WO MOTOR COMPANY
MIKE EATOUGH - YDRK

*SUPPLIER*

SIMEONE 02613
CONFIDENTIAL

HARLEY-DAVIDSON, INC.
PURCHA.SE ORDER
STANDARD TERMS AND CONDITIONS

FOAM MO, 1`1111104 fPC3t)

**1,1, ACCEPTANCE** -The PannisShall be pound by this Purcruilpound by this Purcruilm Order and ff it s terms and conditionspound by this Purcruilm Order and ff it s terms and conditions vornen Seller executes kno trolums the cknowledgm e to Buyer any of the goods and of 3wrv*co3 ordered. NO Contract ShArileiool3t except ashafera"Oom' Pro"Ce'd

**DELIVERY** - The time of delivery stated a of the essenceof this PurenaSo Order, Tom oatesPecilsed for delivery tsithis, requireddelivery

the rIFiIt to refuse any goods or services in accordance with the terms
abaci ad "rain. It Seller's Offi nnorres will not meet agreed scrieculas
Buyer may require Sailor to snip. vi.a n more to" route orclanner ors order
to expedite such delivery and any difference In cost Caused by such
change shall be paid by Salter Provided                    That Such right
ShAll be in addition to any other n9ht3 End remedies of buyer Ac"p
tance of any pan of the Purchase Order snail not blind Buyer to accept
fUlUfOShiPMOntB Drperfor-ance ofsorvicasnor difIlmottof thenght to
return goticat already accepted and shfilim!  be is"foredlottelfwanver of
Buyer's right to carocalf or return allorany part of T he goods because of
failure to conform to Purchase Order orl yressonof Objects. Talent or
patent or other te each of warranty o r to make any cl aim for dam ages,
including marrutaOuring cost or loss of profits. i njury to reputation or
other special consequential and incidental damages Occarsioned by
Buyer. Such rights snail be in stoonm by any other froomechas provided
rennounder Or, prpndedbyow or cnrneiwose. Delivery sheif not bed oorroods
to be complete until goods he" often actually recei ved And accepted by
Buyer notwithstandingdelivery to anycannor orunti anyservicesnave
iteen performinhad, neceiod ruso accepted

3  **PACKINGPACKING** AND SHIPPING -The goodsPurchased henturisour must be suitably pacled and prepared for shipment to secure the lowest TransPOrtiAND SHIPPING -The goodsPurchased henturisour must be suitably pacled and pr transpionjostiontanspionjostion 3pocificatorpro3 of transpionjostion 3pocificatorpro3of Buyer andin all CaIM to Comply With carriers regulations. Alto Comply W ith carriers re gulations. AlI Charges to pac king, Costing.  and 11111"13POrt al am wil tuo paid by Sellor except as otherwise SDOCiti cIty stated onwit will tuo paid by Sellor except as otherwise SDOCiti cIty stated on the reversesida of  this Purchase Order A Packing Lost Shelf accompany each box or package thi inumforinumfor specified hereoninumfor specified hereon as well as theinumfor specified hereon as well as the item number Ono a description of  the goods- In The event that no Such Packing List accompany ans shipment , the count of w final end conc lusnoll Buyer sho1) not bbe obligo loc foAccept any shiponents in excess of the Ordered Quantity and OXCO33 or adv ance shipments m ay be returned to S eller at Sell er's expense

4  **PAYMENTPAYMENT** - Theoriginal and one copy of PAYMENT - Theoriginal and one copy of a BIl of LadIng OrComPAable snipping documenrol Muni accompany SelleA onvOices Payment ol.%uch invoices snall besubject TOTO Ar PIO rota lot a" Shortageiot a" Shortage a" the goods shipped of "fact" goods rejected by 81uyer or for any failure to Parlom services or iot a" Shortage in the goods shipped of "fact" goodsrejected by 81uyer or for any failure to Parlom services or shipm ent of an appropriate -coca

5  **WARRANTIES** - Seller represents, cenif ies andWARRANTIES - Seller represents, cerifies and war-rants (1) triat the price charged for the goods and services Purchased pursuant nerato sh If be no higher than Sellers current Price toWAF to,to, oXsarr]e quality Andquarility, of suchgooos or services (2) triall goods onlinred purluant herald, will be new, unlessbe new, unless otnerwvw spectimabe new, unless otnerwvw spectima and freefrom coolocis in material and workmanship, willwill conform to appitcAlW asatmDoes. Specification, diawingsand standards of qualityquality and performancequality and performance and that oil goods will be fr ee from delects in design ano suitable for inert intenoed purpose (3)  that the the goods co-red by this Purcrib" Order are fit and the goods co-red by this Purcrib" Order are fit and "to lot consum er use if so inf e"ad and comply  with all appli cable Federal m otor Venicle & story SamArds fol)  that all services performed willwilli be from, from dofmtsin material and workmanship am willi be performed in oCcorconce with the specifications iono instruction, of Buyer prov,ooc be performedin oCcorconce with thespecifications iono instruction, of Buyer prov,ooc rev respect to the manner anf means ofperIDrMing such Servicesam snall at all times remain an independent contractor AlI Ent represeniaticns. cen,hcalions 2nd warranties of Sailer together wish its somsce warrenbes. and quarmtoft. It any %hall run to Buyer and Buyer's af filliate Harley-Davi dson

lnclnc and customer s Seller agrees to sm serontry, clef erid and hold Buyer a nd Its affill lomeyslomeys fees and other special consequential and incidental damfosge% oricurre< 1 of sustained by Buyer or its affilliate by notai son of any breach of anylomeys fees and other special consequential and incidental damfosge% oricurre< goods an d Services which Are Covered Oy Inti Purchase Order

AllAll goods supplied anchseri,tce t Performed pursuant hereto snall re. subject to inspection and test by Buyer and its agents&no by the United States it alI (nones and placeswhether curing of errormanufacture asaa to goofr or performance asto goofr or performance as to services and norwtinsLancling the term s of delivery of payment or as to goods. trial Title has not yet passed to Buyrr or to the United States In Tnis to gooft or performance as to services a nemrenemrenem.o senor.e3 perform" hereunder contain defects in material or workm anship o. its to "-;c.s wo not performed in accordance with The Specifi cations and instructions of Buyer. Buyer may its to "-;c.s wono t performed in acco C.>t&CiPn thereof coal to "1 vical require that the semses befenceroO agai n at Seller's expense .r as to goods require that De rePtuCecl 0t S61ter'S exp ense refusalrefusal tOFOPIJICe tn,3900s of rendcthe service agaln promptly Buyer may by Contract or CTh8rxn3e replace Such goods of Obtairefusal tOFOPIJICe tn,39000s of rendefthe servi ce agaln promptly Buyer may by Contract or CT h6 toto Seller fric Costs. exper"es. and loss" including a,ic-dwtal &no consequential damages incurred therebywhicto Seller fric Costs. exper"es. and loss" Including a,ic-dwtal &no consequential damages incured thereby which are inexcess of detective,detective, all risk Of loss with respect to Such gooos Shall bein Seller and Sesser shall Pay all p.ck,n9 and sh,pp n9 ct-gesn, co-act-cr, wthdetective, all risk Of loss with respect to Such gooos Shall bein Seller and Sesser shall Pay all p.ck, oy Safter SM211 not relieve Series of its oll, gat,ohs herein The goods covered by Ints Purchase Order are intended for the manufacture and sale of the

HD-S3

orstAlbilithe dproducts;orstAlbiithedproducts; of Buyer and itsoffi loastoorno in which buorstAlbilithedproducts; of Buyer and itsoffi loastoorno in which buyer androrstAlbiithedproducts; of Buyer and itsoffi loastoorno in which buyer andits affiinafe> All rights AW re nVONO Of th s, buyer and its af filiate fo thisiumer shal l be on addition to any other ram oores PrOontled by low, occasionovocid carriagesto Buyer andits affiinafe> All rights AW re nVONO Of th s, buyer and its af filiate fo thisiumer shal l be on addition to any other ram oores PrOontled by low,

**6. CHANGES - Buyer** Mary at anytim e by wornsion oriel ognsphic nobcome sp

Changes within the gemneral scope of this Purchase Order in troy corker or more Of t he following
   0 )                                                        Drawing designs,pit specificsalson s,
   fit)                      Methods of shipment or packing
   (111)                    Oussorrilloos;
   (IV)                     Detrinary schoduktrS
   JV)                      Piece of delohretry and
   (VI)                     Instruction wit respect to the rendition of senowass;
It any Such change increases or decrease% the cost or of the fome
required lot the ponomaince of the Purchase Orders, an equitable
adjustment in the once and or delivery schedule will be m ade One set
forth in a written modificatt im to the Purchase Carder. Arvy Claim for
adjustment by  Seller under this clausemust be made within thirty (30)
days from The date of receipt of the written notl Suchchange.

**7.   TAXES - Federal** state or local taxes whichare property Inlilloble to Buyer 1if be stated separately in Seller's invoices. All tell exemption craftfiscalf" will be accaprol by Sailter.

8  **TOOLINGTOOLING** - In the Case- In the Case Of a ny tOOlitdJ&3 lop ffKII JPOS P4"CW ng"WiW n"OI or Other f acilities of Buyer ne in " oostsesssoor Of S04W on connection with thisS04W on connection with thisS04W on connection with this hal,hal, responsibility "If be that of a pollee and Mat no stuff indemnimhal, responsibility "If be that of a pol lee and Mat no stuff indemnity and hold harnorrolost; Buyer f romhal, responsibility "If be that of a pol lee and Mat no stuff indemnity a Softer or ITS, AW113 employor other Junbisush timarrasuch facilitiesare deliveredinto the pooaaxisilition of Buyer With respect to suchfacilities SeIkel OWI.
   (1)                      Make ard affix Such markings thereon ass Buyer may direct
   (11)                     Make no Change mOdifiCallicon or Sollerfotion therelowithosslit
                            Buyer's nnen consent
   (lII)                    Make no use fnIfrL-of except in the production of m atteral
                            ordered by Buyer
   (IV~                     Sicins the same without Charge In separated lack$
                            ofin sectionsof Sellers plant in either case clearlymantioll
                            Property of Horsey Davoo5con. nc.'
   (V)                      Maintain the SAM& in good condition excepting orly or-
                            ornery wear and tear
It Salter acqu ires 1pois or manu factures them in cotfrisec tion with Poss
Purchase Croerand cnargo3 Buyer the use thereof ora toof service
charges in connection therewith Buyer mayst its option upon completion
or termination of this Purchase Order rafactt o take title to such tOO13 and

upon receiving notice Of Such elect ion Seller will deliver Such 1001% 10
Buyer upon payment By Buyer toStsilor ofhat potion of treCOSICifSUCtIV
locids which was in curred by Sailo r of its expen se

9  RESPONSIBILITYRESPONSIBILITY FOR PROPERTYPROPERTY - Any property of BuyerPROPERTY - Any property of Buyer orof the Unit" Slates which in connection with Itirs Purchase order₁₁₄ in the Possessionor control of Sailor of of agents shall be return" of agents shall be return" to Buyer in theof agents shall be return" to Buyer in the condition in which at was received by S eller. except lot ordinary want and learantlexc ept lc the extent that such property has been i hereunder of nos tortenconsumeC t in In. production of Such goods Risk Of tOSS withrespect to all such proplerty onall be in Sailor.

10  INSURANCEINSURANCE - Solleragreli of and when requested by Buyertoprocure 3 policy or policies of insurancein form₁₁₉ amounts saftsfactovy toamounts saftsfactovy to Buyer includingendorsement specifically naming Buyer Una or Buyers asas an firiurnis to cover productsliability to completed oplions ana Cor insuring all property of Buyer which is connected wit" thisPurchase Order and of which Salter has Care. custody,completed oplions ana Cor insuring all controlcontrol against loss or damage resul ting from f ire (onscluff ing extended co verge), ma licious mi schief and v andalism control against loss or damage resulting from fir e (onscluffing extended coverge), m alicious mischief and vandali sm PeriodPeriod Of time after f ectuftlit SofterShallPeriod Of time after fectuftlit Softer Shall furnuth carrlicates ofinaturorce prior toPeriod Of time after f ectuftlit Softer Shall furnuth carrlicates ofinaturorce prior t o start of v,Orli on Buyer's Pools C And vistork will be performeo cinlym accordance with safety rul es and procedure% whole On The premises

/  ASSIGNMENTS, T his Purchase orcer may not be assigned by Seller on whole or in parl without the Pilot written Consent of Buyer

12  USEUSE OF DESIGNS. DATA ETC - Seller a0veas that if will keep conf idential The features ₁₁ any equipment tools. 9ji Patterns. devgns, drawings. engineering dataPatterns. devgns, drawings. engineering data or other tech informationinformation turnt"eO by Buyer and use such slams only in m e 13,00uction of goods orinformation turnt"eO by Buyer and use such slams only in m e 13,00uction of goods or furnishing or ServiCes under this Purchase Order of otheri written consent is first oolainec, upon completion of written consent is first oolainec, upon completion of termination of this PulchaseOrtler Sel ler shall return all such items to buyerwritten consent is first oolainec, upon completion of termination of by Buyer And Is affiliate

13  PATENTS AND DATA - Setter shall inoemnity and hold holinkeek; Duties.Duties. Buyer's customersBuyer's customers and users Of Buyer's poducts against liabiliy or Butt of any nature induding Costs and expenses #0 infringementinfringment ent of any patent right sonsing f rom the manuf acture useinfringement of any patent right sonsing from the manufacture use or sale of any goods crony Part thereof infringement of any patent right sonsing from the manuf are of the manufacture of ollom except 10 One eKleni that such liability or suit sholl have anion because Of Sellers manufact ure of anscles, ofare of the manufacture of ollom except 10 One eKleni that such liability or suit sholl have anion b of v"earcri work is Callao for v"earcri wor k is Callao fo r Or OrQuirstO hereunder Selle r agrees 10 ₁₉₅ herebyhereby coal grant to Buyer on sknilt able non-disousive fully Ttansferabletorystily-firstle license to make, have made, use and sell anyany invention oforprovement Or discoveryany invention oforprovem ent Or discovery Ismather of any invention oforprovem ent Or discovery Ismather of not patentable ) that Seller conceives or first actualy reduces to piectice inthaperfo to Buyer (1)an irrevocablemon-c.clusive ilIuffoylanslieable

SIMEONE 02614
CONFIDENTIAL


# COMMERCIAL INVOICE

*pomnsawr Bwrtvow ‹con GmW. Pbsewh 5. A-4M Guranattwx Aums*

Messrs.
Harley-Davidson Inc.
PO Box 653
MILWAUKEE W1 53201
USA

## BBN~FI
## REM TVW P PXD(=
¨                                    09mi
:V *:6 wo St w = 2
A-4= afflatV00% &G"

T m w m pm r²8MM -0
F" 14M ¨~
h=&"M0=6=b~rCLW-

17566

cm."X=w
90033165

UIA
2001.07.23

| C-DOODO02374 | to~arfe-ys-~a#'V~lod!s-oAnw-?nwc"o~/ch~col! ~en 'Vo-a&,~YM-r A P airfreigh 1425 t 17402, | | 2001 07.17 | 29567 | 2· VA/M IN | 2001.07.23 |
|---|---|---|---|---|---|---|
| pmd" 00 80050241 | | | | | | |
| U=pLrC° | Ar%.W.PWM | | | | | |
| 100 | 230920 | IT O-RING 6OX2, 5-N | | | 0.85 | 84.70 |
| 6 | 236020 | AT SPROCKET 14 T., 5/8XI/4 XIG,I6 | | | 10.12 | 60.69~ |
| 1 | 297386 | US SILAS TIC 732 RTV, 100 | | | 6.7B | 6.78 |

| | | | | | |
|---|---|---|---|---|---|
| | | GR. | | | |
| I | 223474 | IT CYLTNDER | | 181.42 | 181.42 |
| I | 236024 | AT SPROCKET 18 T., 5/8XI/4XI0,16 | | 12.03 | 12.03 |
| I | 223465 | Z;YLNDERKO PF KPL. | | 437.G7 | 437.67 |
| | | | | | 783.29 |
| | | Packaging | | | 1.71 |
| | | FCA Gunskircb en | | EUR | 785.00 |
| | | Country of origin: | | | |
| | | AT = Austria (EC) | | | |
| | | IT = Italy (EC) | | | |
| | | US = USA | | | |
| The solid | wood and | p3ck.ng-materials are totally free | | | |
| of bark | and | apparent.1y free from live plant-peats. | | | |
| I carto-i gross net | ROTAX wEtight: 9,)0 weight: 8 | 8)05)141 YORK *'8* 00 k9s | | | |
| Within 35 days without deducti on from date of invoice | | | | | |

Dowbw* Aa ftft MOM 2834M= BU 1ISM &" AM tS130DWW07 MW
U".            ATU 24066K rik 8CMINVERJULAX OL93l-4
G=0WWCIrVW                          fww B Lp-ft
Fo~bxr~#*;                          FN MXrM i
LAnOng9nn't
WR            03B)=                 ftil

'A

FM i!

,3-

9 1

V.2~gw*- p a bv-ft~
Ek-rnaVmn -i fio-amnawuon ftv~~ law~ 6 lacon nechEmo
Cю PecTx0v brw, ow vaps owr-ov WAloon
Da **Losw vv.-** bab~ be a~ -tX~ **Bopecm** ckw **Rect"m w**' Eawwn'

SIMEONE 02615
CONFIDENTIAL

| PosW Fax Note 7671Do" | | | |
|---|---|---|---|
| - =0.PL | | | -7 |
| Plot a | | | |
| Fax a | Fax I | | |

~~a            av4son Motm Company

"I't,            LA    P ⊙BOX 49:3
        MILWAV)tEF,        WI        53201

SUBMT WVCXCES NY *TFOUCATE M AKvVE ADDRESS, ATM A=. PAYAW*

I

ROTAX GMBH

.0 PO BOX 5. GUNS K3RCMEN
AUSTRIA, A46Z3

.11-0
30 DAYS

rQ

IN

100

I

I

6

EA

EA

I EA

I FA

I EA

FOA ~0 MMa*COINMANY

r~ ***m                              pft~ m ~
DNA& NJ                    PO REV: 000
C-00000023*74

PURCHAM 0101M          VAX
04n                    1
7/17/01

H/D YORK

R1050

pW To VAoW ADD*ss umLIMS aTmE RMSE WO)CATLD BE LOVIn

--I

I 'HARLEY-DAVIDSON, IN:.
1425 EDEN ROAD
YORK. PA

17402
LMARK FOR P. 0. C-0000002374

HANNELORE K

SHIP POINI                          PD FLEETS        A

-i

PN:-230--970
O-RIN;,' M6COO-250 N70

PAR RFv. ao

MARK ALL. FACKINC SLIPS AND MATERIAL TO 7 E ATTI-NIION:570 MILITARY. KEITH ROT
CONFIRM:Nr, ORDER

DELIVER" FEGUIRED          AT DESTINATION

7/30f 01                    100        1211061

PN: -236--OZ:O
SPROCKE" 34 T

PART REV. 00

DFLIVEP" FEGUIRED AT DESTINATION
    7/:10) 01              6      12 1 1061

PN:
SILASTIC 732 RTV

PART REY. DO

DELIVERY PEGUIRED AT DEETINATION
    7/30101              1      1211061

PN. _YmI!sC
MISCELLANEOUS ITEM

REF' PART NUMBER -223-465

PART REV.

DELIVERY F.EaUIRED AT DESTINATION
    7 /:30,'r) 1          1      1211061

PN: -YMI!3C:
MISCELLANVOUS ITEM

PART REV.

"&c-'            -.ZZ-3-117-1

S4

        ) L

S.90910

~O 64000

6. 58000

1E. 00000

-A ~. --A

~/_l

i---.

S90.91

sb3. 84

S8. 5B

%A28. 00

I  i

SIMEONE 02616
CONFIDENTIAL

*JLE-* I r eml *I.*

- - 1 .5 T-K rw-gqm I L– A Lr_l~-v

**rky-Davidwn Mowr Company xAawj6nba_vx** *Mot Mx%4xj=*

e
                              *P. 0. BOX 4q3*

MILWAUK EE, WI "Zol

u w w  Wv0cr9VRM=TE TDA80Vf AWES& &TIM, ACCM PAYA011

**rupoc"Aworcen "-0000002374 PO REV:** 000
*awa om*

*7f 17/01* 1~2

                    *HiI) YORK*
                    'T'

                    *Awfl"* Gw-
10                          **R1030**

SW'rO L49OVE AWRM UNLESS CTMrWISE INW-&TEDDELOM

                                        7


r-


DELIVERY REGU7RED AT DESTINATION
        7/30/01              1      1212061

PN: -236-0-14
SPROCKET 1i3 T

PART REV 00

DELIVERY REQUIRED AT DESTINA77ON
        7/33/01              1      1211061





THIS PUR:HASE ORDER IS SUBJECT TO THE
HARLEY-DAVIDSON MOTOR COMPANY PURCHASE
ORDER C04DITIONS. 19Y ACCEPTINC THIS
PURCHASE ORDER, SUPPLIER ACKNOWLEDGES
THAT IT t4A:3 RECEIVED A COPY OF THOSE
PURCHASE OliDER CONDITIONS AND IT AGREE
TO BE BOLW) BY THOSE PURCHASE ORDER
CONDITIONS A COPY DF THE
HARLEY-DAVIDSON MOTOR COMPANY PURCHASE
ORDER COND'rIONS IS AVAILABLE FOP REVIE
AT (WWW. H-3SN, COM),

```
OTAX CMBH
PO BOX 5, GUNS KTRCHEN
AUSTRIA. A46Z3
```

7 F

```
HARLEY-DAVIDSON, INC.
1425 EDEN ROAD
YORK, PA          17402
```

⌐LMARK FOR P. 0. C-OOOOOOZ374

g. rxn ofM

SHIP P0114T                    D FLEETS        HANNELORE KA   I j,""

afta a.*

1"' -                                      c~    t_m%wwaw~ ff 7

?9. 12000

1.90000

I

*FOR ~c*              **PANY**

$178. 12

sil.90

SIMEONE 02617
CONFIDENTIAL

I)a-AdFm motor cznlpww **xlxAzxx"?(l")m you 41444A7** P, 0. BO X 493 MIL WA UKE E. W I

URW ON O= IN TTdMJCAlT **TO AbM ADOP&SS. ATTW. ACM PAYABLE**

I                    ROTAX QMBH
PO BOX 5, GUNS KlfCHEN
 AUSTRIA, A4bZ'-4

                   _w' -4- to.
**FURCHAU ON"**C-00GO002374              PO REV: 000
&.*                                       Qbf
    7/17/01                                  3
mo~ ʌ'                                      4-
                            H.D YORY,

                            0 71 ~cm 6 ~
                            R1050

    OM To Wloa4 **UNLESS cTmERwisE iw)cA'lED ILELOM**

I              HARLEY-DAVIDSON, INC.
1425 EDEN ROAD
YORK, PA
    RK FOR P 0      c-DOD0002374

174D2



SHIP POINT                          ~D FLEETS

1

NOTE: THIS PURCHASE DRDER MAY NDT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY. FTC,) WITHOUT PRIOR
O~UTHORIZ≈T'DN OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT. YORK DIVISION.

BY ACCEPTII4G THIS ORDER OR ANY PART THE SELLER A:,RIIES TO BE BOUND By THE INST RJ TERMS and 1:ONDITIONS ON
THE FACE OF THE AND ATTAZH.=_'D HERETO FORM NO - Y6034 (F_~ NOTE. MATEPTAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO 5AFE Ty DEPARTMENT HARLEY-DAVTDSON MOTOR COMPANY 1425 EDFII ROAD YORK, PA 17402 WHEN
APPLI:ABLE

## RlftYM;rH - YORK                   53

R E or.
CTIONS,
 ORDER
R)

TOTAL

S781. 35

mar?  ~mr

w* T01'RL PPIGE.03 *.

SINIEONE 02618

CONFIDENTIAL

**Paetwadvft Bofftwrow-Potu GmbH, Posdach 5. A-4623 GunWocrom** *ALam*

Bawbordw-Ackla arm Wabs Sncm 32
A-4623 GX0hKIV%Au"
TaiDion (43) 7246/W.-O
FRX(43)7246/6370

**poge 1** htW/wwwjecmabxtbo"0erdw=m

**Messrs.**
Harley-Davidson Inc.

*fm bts^ wv ʂ~ ₄~ ww w"~n%-*

-PO Box
653
MILWAUKE
E WI
53201

ꜱᴄ~ᴡ „~ʀⱼ I Invoi= No

90033269

17566
USA
ku SAX*-

| | | | | Date |
| | | | | 2001.07.24 |

C-0000002376

Q~ am cx-www d ow

01.07.23  1  20 29713

Out "L
VA/STM

DA*

1  2001.07.24

W Gnrd uuww
uuwar. w wvm n"Xw,
wit ₙhY **rw**
**fbstnm** um
amors / Cki two co ca
OW S N" C"Conre ₐ
'11, UPS
exped
Harley
Davidson
Inc.,
1425 Eden
Road,
Yw0'r
PA 17402,

80050427

",V-10ty.

AA .₁ -m

| | | | | | |
|---|---|---|---|---|---|
| 1 | 264737 | JP | IGNITIO N-COIL ASSY., | | 41.33 | 41.33 |
| | | | | | | 41.33 18.66 |
| | | | Handling charge Packing and freight | | | 50.51 |
| | | | FCA Gunskir chen Country of origin: JP = Japan Lng- materia ls are totally free free from live plant- pests. 8)05)42 7 YORK cg | | EUR | 110.50 |
| The solid | wood | pa ck | | | | |
| of bark I carton gross net | and apparen-- ly ROTAX weight: 0, weight: 0,40 | 70 kg | | | | |

Within            35 days without deduction from date of invoice

SIMEONE 02619
CONFIDENTIAL

9

1 - UmpnwMebmidi cCU" of orVM
DWtw* Aa V'ft **Kwo 28a-07M/00. eU 15130. SW ATM 1,513 00W 8X7 0100
uu~m_
GeMnMMmw FCOM a Umot
Ff"Wroum-ft.,
8mvxwr0xvm kb~ nut
uVo"Wet
Vwnactl -ʝwdm
MR

KU MOWK FA BOMBk9MR-R)TAx GwH
Do Z0*rVw%mrzW wardan                    Va-&qm2nam cia. bemchrmt
R4 I=M I                                 EmwxXwvm uW
8 Toom nach Ema
Vieb                                     dw Pact-urV bzw CWv Wre

0381WO      Ow Ue dm~ b i~w bd am v6 ~ 5&~ Oct R octyw rv tnw E owain

Phcrw
FAX 8

fat

~m m-wa.k-1 444-m s. Au wwoku i-ww bwo-c =am
C-0000DO237~,                    PO        R        000
Z_                    '*a

0471
7/23101

-1.

harley-Davidson Motor Company

P. 0. BOX 49:3
WI        53201

*WOW fftM= W TFSPLrATE M ADM ADDAM Ar[W; A= PAYAKE*

D -                D -        I *H/D yDRK*

*cwrnw.= op '*                    0;-i-*su

*seumm . or* I" I R1050

**SW TO LADOVE A00rZ55 LINLEM a THERMM INDCAM *BELUM**

OTAX C-MBH
ro PO BOX 5- DUNS KIRCHEN
AUSTRIA, A4&Z3

-% L
13r' DAYS

HARLEY-DAVIDSON, INC. 1425 EDEN ROAD YORK. PA

--i

17402
LMARK FOR P. U. C-0000002376

PN:-264-737

IGNITION COIL ASSY

PART Rffv- c)o

MARK PACKING 5LIP AND MATERIAL TO THE
ENTION B70 MILITARY, KEITH ROTH

CONFIRMING ORDER

DELIVERY REQUIRED AT DESTINATION
6/06/01            1 1212061

THIS PURCHASE ORDER IS SUBJECT TO THE
HARLEY-DAVTDSON MOTOR COMPANY PURCHAS
ORDER CONDITIONS. BY ACCEPTING THI13
EZS
PURCHASE ORDER, SUPPLIER ACKN0WLr:D9 S THAT IT HAS RECEIVED A COPY OF THOSE
PLMCHASE ORDER CONDITIONS AND IT AQR
TO BE BOUND BY THOSE PURCHASE ORDER
CONDITIONS. A copy or T14E
HARL-EY-DAVIDSON MOTOR COMPANY PURCHAS
ORDER CONDTIONS IS *AVAILABLE* FOR REVI  AT (WW W.H-DS N.COM).

'?~ ||~
J

*D-D*

44. 4BZ 10

i

'
$44. 48

I .

X

i

I

 I I
I

i
' I I
I

I

SINIEONE 02620
CONFIDENTIAL

... ᵛM
(Mtn° C-0000002376 PO REV: 000
'Am          cownLAcr wa
7/23101      2_
-o~ -Two                        ᴬᵀ
                    H/DYORK

ᴄᵂᵀᵉ·ᴴ op cooru-zo
- MIA WIMPWA TJ° A              ₐ1000

*SHP TO tAIRNE ADDRESS UNUSS OTHO WUE IN DICAT ED BE IM*

Hwiev-Davxtsw Motor Company

41                    P. 0. BOX 4.FZ3

# qW
MILWAUKEE , WI ~3201

StMM W01= *F4 TrrU=TE ToAWA ADDIESS. AM AXM PAYASU*

*F-ROTAX* GMBH
TD Pa BOX Do GUNS KTRCHEN
AUSTRIA, ^46Z3

L
ww
00 DAYS

I

1-HARLEY-DAVIDSON, INC.
    1425 EDEN RDAD
YORK,                    PA    17402
LMARK FOR P.0 c-o000002376

I

-owe"                                    To
P=ws."                              CAM of   TA"u      PM  ""a -
no                                            VIM t v       AM

SHIP P12INT                    i7D -FLEETS          HANNELDREE KA r-1
                  u x        w"aw

771MIRMTH - YORK        53  1

NOTE' THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC. )
WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVID50N **PURCHAS114C** DEPARTMENT. YORK DIVISION,

BY ACCEPTING THIS ORDER OR ANY PART TH SELLER AGREES TO BE BOUND BY THE INSTR TERMS AND
CONDITIONS ON THE FACE OF TH *AND ATTACHED* HERETO F17RM NO - Y6034 (P NOTE: MATERIAL SAFETY
DATA SHEET(S) MUST BE FORWARDED TO SAFETY DEPARTMENT HARLEY-DAVIDSON MOTOR COMPANY 1425 EDEN
ROAD  YORK, PA 17402 WHE N APPLICABLE

    ERE OF, JC TION S, E O RDE R ;R).

    WD UDToft CIDWANY
TH ROTH - YORK

Tj_ ) TAL

## k~?

~ -. 7--T- 0 )

**SUPPLER**

I

I

|
  II

**$44.48**         i
          i
      i

                          |
                          i

I
I
i

                          I
                          i

i
I
I
I

I
i

** TUI~-L "-k*--02 **

SINIECINE 02621
CONFIDENTIAL

BowbodwANn OftH Viakw Saww 32

A4623 Gun§*Chen Au"
Wafcn (43) 724 6/9n -0
Fax (43) 7246AUM

Pawwao,&L BombwcfwAm" GobR Pootarh S. A4623 Go~ Am"

Messrs.
Harley-Davidson Inc.
-PO Box 653
MI-LWAUKEE WI                           53201
USA

C=wam-mAl Xnwaice No
1756690036385

Dot*
5.0-                                    2001.11.23

| -dmw αn t D.L V Mft C-0000002394 2001 LOB VA/STM 200:1.11 .23 *Ad C,* *~ Ualw- trd ft*whUO%ungm w%mn ww ftw k, t~ pmcr~n wo G"V/On bw 0 CL& Dhl~ MS" CWOM" " we vmx B0055121 UPS expedited to York | | | | |
|---|---|---|---|---|
| **won DpiCry** | **A^.Wfrjp~** | **£** | **a-d-unk~** | **BUR 0--w--w** |
| 12 | 245390 | SK | TAB WASHER NA24 | 0.74 8.84 |
| 12 | 250430 | IT | O-RING 20-3,5 MM | 1.06 12.74 |
| 18 | 250290 | IT | O-RING 12-3 | 0.77 13.86 |
| 12 | 2SO381 | AT | GASKET | 2.72 32.67 |
| 6 | 22916D | DE | DOWEL 13,BX15 | 0.91 5.4B |
| 12 | 230405 | IT | O-RING 18X1,5 | 0.94 11.22 |
| 12 | 241801 | AT | PLUG SCREW MIBX1,5 | 0.58 |
| 30 | 259010 | AT | SINTER FRICTION PLATE 2,0 MM, | 9.52 285.45 |
| 30 | 259911 | AT | CLUTCH PLATE 1MM, NITRATED | 3.20 95.86 |
| 2 | 223477 | IT | CYLINDER | 181.43 362.85 |
| 30 | 230880 | IT | O-RING 13,3-2,4 | 0.86 25.74 |
| 240 | 259913 | IT | CLUTCH PLATE 1,25 MM | 2.39 574.20 |
| 35 | 212610 | AT | CHAIN COVER | 14.95 523.21 |
| 60 | 236040 | AT | SPROCKET 14 T., 5/BX1/4XI0,16 236020 is replaced by 236040 | 12.95 777.15 |
| 15 | 259075 | JP | SPRAG CLUTCH 45,66SX62,332X13 | 47.21 708.10 |
| | | | Packing and freight CPT York Country of origin: AT = Austria (EC) DE = Germany (EC) IT " Italy (EC) JP = Japan SK = Slovakia | 3,444.30 272.74 EUR 3,717.04 |
| fw-~.mdkn Within 35 days without dedUCLion from date of invoice SINIEONE 026 | | | | |

22

Unwrungoinwicau"try *to* ongan

**CONFIDENTIAL**

9 1

00mbe* AG Vftk Kato MaOIM/00. M215130. eM AM 1513 WM W07 0100
U".
Ge=r0WUrww PedDw ⓐ LaMs
Frnwtum,v. FN 1031M t
Lff0wQwtt*
wOnn
DM
Doo%ch ₒN A~ ~ Upwarn

ATU 248W.504. FA 8CL48AfCWP4VTAX G"3H
Dw Z0wrVVMrAQ -mom                    vwnjg=jnwn Vk L tmack
CwwawdxV~ wd BawamrarVo konnw r" trwtut 8 Tagen rw~h EAW
web                                   ₑₙ *PadvLw V bzw.* ₐᵥ ftre ɢᴡꜰ'ᴋ₂₁ –
MDDO                                  Do L0twtr.;mnbWwb~ *bis* a^ w0f9an

Paswmahr$t BDnowawr44oMx GfvbH. Paaiïsch 5, A-48M Ckmwznfw~. Auwa

60WAbWdW-FdftU **Wb** Vftw Skme 32
A4623 G jW*:hm M om
Tdeion (43 ) 724610 -0
Fox(43)7246/637D

2

Messrs
Harlev-Davidson Inc.

aw zV*M ʟₙ **31.0^ff' tM W"~/P~**

| PO Box 653 &1ow-v awrw m MfLWAUK EE WI 53201 17566 USA | | | | | cm-u-cial Inwacm No 9DO36385 |
|---|---|---|---|---|---|
| | | | | | Date 20D1.11.23 |
| Tfi bhxk- C-0000002384 | | | ₈ ᵂ ~ 12.15 i 20D1 | G:'~ d 32108 | O d **sᴛᴍ** VA/ | am 2001.11.23 |

FvZ"i*"v
2o*.'oV

80055122

| Ad Gn° Umk'- unu %"u"h"8d%u ₐ zwmn wv imm k, l" Padr"V und Gwel J On ₛᵤd mr D",wy wd nd*", a , wa ku | |
|---|---|
| | UPS expedited to York |

Lwwclry.

| | | 235660 : end Januar zy 293490 week 49 210857 week 49 |
|---|---|---|
| | | packLn g- materi als are totall y free free from live plant- pests. |
| The solid | wood | |
| of bark | and apparen: ly | |
| I cartrDn gross | waight:  40 | ROTAX 30055121 YORK kq |



| net | weight:<br>37,)0 | ,0<br>0 | <9 | | | |
|---|---|---|---|---|---|---|
| Within<br>35 days<br>without<br>deducti<br>on from<br>date of<br>invoice | | | | | | |

SIMEONE 02623

I - Urwnxvms&nd/ Caw" of vnW

Cbert"* W. V18K Kom 283-07MOD. BLZ I SIMIM AM 1513 OW MW 0100
U".

Gesdowarmw RXVW a  umt

Foffwtich-M.

LMOMQwtr*

0M

9

CONFIDENTIAL

AW 24806 504. FA BG MaVC1E R4UTA.X G J-W

BW zmv_z~ʷʷʷʷ                          Vamigure-lx . bℰ.

R4 10alM I    Bw~,a~ wv awwwoovm k"en⋅ rnwrvib a  Town rwxn EMN

Wb                        ow Pavy" ⋅ʷ⋅ow VAVO 9wracto "Mℤien

D .          ua~ bi~ bu a~ -O&O"n S&Vim~ am Amu-" w-w Ebwawn

### Harley-Davidson Motor Company
XNJ*XftKlbV=lba~FA X7AM XIXM" On
~)P. 0. BOX 493
MILWAUKEE, WI 53201

;UBMIT WVO=S IN TRIPUCATE TO ABOVE ADDRESS, ATTM AC CTS. PAYABLE

PURCHASEORDER                    C-00000023B4       PO REV:        000

000D DATE                                      PAa        ~F --.km

11/15/01 3 CF sf

-l H/D YORK

MOM "TwG                &"T. 3usjuirovawec no" sy        T

3 WO .1 WV.

cvww-c^n cr co-%owu              9" MCC        Fft-"L" Cow

El                               MAT "Od Map"     R 1050

SW TO (ABOVE ADDRESS UNLESS OTHERWSE INDICATED BELOW)

--l F-HARLEY-DAVIDSON, INC.

ROTAX GMBH
PO BOX 5,,GUNS KIRCHEN        1425 EDEN ROAD
AUSTRIA, A4673               YORK, PA                17402

L                            LMARK FOR P. 0. C-0000002-3E?4

me                           "*"*"   rM pgswj - N

SHIP POINT              rD FLEETS      HANtE3 TRATICO P"l
                                       IAX rum, "M

li

 12 EA

12 FA

113 EA

12 FA

 6 EA

PN: -24 5-317C, -
TAB WASHER ! /19

PART REV 00

MARK ALL PACKING SLIPS AND MATERI AL TO
THE ATTENTION: B70 MILITARY, KEITH ROT
CONFIRMING ORDER

DELIVERY REQUIRED AT DESTINATION
      11/26/01                12 1211061

PN: -YM I SC
MISCELLANEOUS ITEM

REF: P/N -250-430

PART REV

DELIVERY REQUIRED AT DESTINATIDN
      11/26/01                12 1211061

PN--250-290
0 RING 12-3

PART REV

DELIVERY REQUIRED AT DESTINATION
      11/26/01                18 1211061

PN: -250-360
OBS GASKET USE 250-381

PART REV 00

DELIVERY REQUIRED AT DESTINATION
      11/26/01                12 1211061

PN:-2=19-160
DOWEL

PART REV 00

DELIVERY REQUIRED AT DESTINATION

113 IfCRI im

~ ~o

F OR ~~D MOTOR COMPANY

IAVTWORCTDSr~ATM~

SUPPUER

s. 78000

$ 000io

S, -7800C)

~ 88000

$9~ -26

1 . 0  C)

$14- 0-q

$34 56

**SIMEONE 02624**
**CONFIDENTIAL**

__fill__

PUF'>LAM ORDER c-0000002364 PO REV: 000

om" OATT

HarL~y-Davklson Motor Company       11/15/01      2
X *K2bx" YWW"NX 41")1 OA4U 07*
I&P. 0. BOX 493           H/D YORK

# EL-L--

OE

MILWAUKEE, WJ        53201     ssm=FCAT1CWC C---   s· amm

SpeciVATONS a       R 1050

sma PJWCES IN 7RWLICATE To ABOVE ADDRESS, ATTft ACCTS. PAYABLE

SW TO (ABOVE ADDRESS UNLESS OTHERWISE INDr A7ED BELOPN)

fROTAX GMBH           --IFHARLFY-DAVIDSON, INC.
  PO BOX 5, GUNS KIRCHEN      i4--D EDEN ROAD
  AUSTRIA, A46Z3         YORK, PA      17402
                  1 LMARK FOR P.O. C-0000002384

                 SW          CONWOMAS VIRAL 60M OF     TAU'U K" wsall - W
      SHIP POINT           D FLEETS     HANNELORE KA   0

              31t1m C— M 5I     **13**

PN:-230-405 _____ PART REV.
WASHER

DELIVERY REOUIRED AT DESTINATION
     11/26/01              12         12 3.15 1211000
     $10~ 6Ez

PN:-YMISC         PART REV,
MISCELLANEOUS ITEM

REF, P/N -241-801

DELIVERY REQUIRED A7 DESTINATION
             12          1211061   s
    11/26/01            '000~c        3.00

PN:-YMI-qC              FART REV,
MISCELLANEOUS ITEM
REF         P/N-259-010
DELIVERY REGUIRED AT DESTINATION
     11126/01          30        1211061
     S.00010      S.00

PN:-YMISC        PART REV
MISCELLANEOUS ITEM

REF. P/N -259-911

DELIVERY REGUIRED AT DESTINATION
     11,126/01         30        1211061
        00010        00
PN: -Yf'l I SC          PART REV.
MISCELLANEOUS *ITEM*

F ft H-D MOT OR COMMPAN

1-nRum sbo"Anow·

13 lft-R) lin          SUPPUER

SIMEONE 02625
CONFIDENTIAL

-Daodson Motor Company
aney

e-P, 0. BOX AcY3
MILWAUKEE, WI 53201

**jBMrT INVOICES IN TRjPUcATE To ABOVE ADDRESS, ATTIt ACM. PAYABLE**

f-ROTAX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

--I I-

**PUFICHASEDFANER** C-0000002364        PO REV: 000
oft" DAn
- 11/15/01                                    3
rQ5WF -PAnw.                          ZT. SV~ To **P~tcww**    AT
                    wy.        **H/D YORK**

**cEwrwvc^Tt** OF **candru"da**              Mw cm    P-r'" Owl

0

E)  -1'0 OVOIIIAT"64              R 1050
**WWW"NEOMWEDW**
**SHIP TO ("OVE ADDRESS UNLESS OTHERWISE INDICATED BELOW)**

ARLEY-DAVIDSON, INC.
1425 EDEN ROAD
YORK, PA              1740"
1   MARW FOR P. 0. C-0000002384

--i

| ts DAYS | | Vvptwuom"L~ ]TAXMU **w-wi** - **I-OT** amao To r!TATI Of P01 AAL'-M[3 SHIP POINT D FLEE S HANNELORE V4 **NORM** | | | | | |
|---------|---|----------------------------------|---|---|---|---|---|
| **im** **p** | | W11- **8** | | | | | |
| | | DELIVERY REQUIRED AT DESTINATION | | | | | |
| 4 | EA | 11/26/01 2 1211061 PN:-YMISC PART REV. MISCELLANEOUS ITEM REY: P/N -235-660 DELIVERY REQUIRED AT DESTINATION | | | | S'00010 | S.0c) |
| 30 | EA | 11/26/01 4 1_211061 PN: -2130-BaO PART | | | | 'l'00010 | s C) 0 |

| | | | | | |
|---|---|---|---|---|---|
| | | REV. 00 | | | |
| | | [)-fR I NC | | | |
| | | DELIVERY REQUIRED | | | |
| | | AT DESTINATION | | | |
| | | 13/26/03 30 1211061 | | 1~2000 | $27.60 |
| 240 | EA | PN:-259-c?13 PART REV. | | | |
| | | CLUTCH FLA7E 1.25MM | | | |
| | | DELIVER'V REQUIRED | | | |
| | | AT DESTINATION | | | |
| | | 11/_26/01 240 | | 2. 57000 | $616. 60. |
| | | I_211061 | | | |
| 12 | EA | PN:-293-490 PART | | | |
| | | REV. 00 | | | |
| | | PRIMARY DRIVE ASSY | | | |
| | | DELIVERY REQUIRED | | | |
| | | AT DESTINATION | | | |
| | | 11/26/01 12 | $1;2 | 64000 | $1354. Oe. |
| | | 12110611 | | | |
| 35 | EA | PN:-212-610 PART REV | | | |
| | | 00 | | | |
| | | CHAIN CDVFR | | | |
| | | DELIVERY REQUIRED | | | |
| | | AT DESTINATION | | | |

**3 fpcHI** l/w

**FOR H-D MOTOR COMPANY**

L&VTU0FC7D5'G~rLV%E1

SUPPUER

SIMEONE 02626
CONFIDENTIAL



# q_elti-~lTir

Hadey-Davklson Motor Company
X NZ?E" X". %AAK NAM)l K"A P7
OF. 0. BOX 493
MILWAUKEE, WI n3201

**JBMrr INVOICES W TFUPUC_ATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE**

C-0000002384                PO REV: 000

aft" D.R                         P^GL        **5~ acy"Nawpa Cown"T No.**
11/15/01                          4

PFADWrY "T'-G           C"      MAT. Fj"X2T To asVICnOm re

0 . f  W~'        H/D YORK

CV-TVWA'W OF COUPIAS"M              coot         wirn" cam
vxm FED. SPEOF"Topa a               RIOnO
GPAHAND WOGXFM 84 !"
**SMP TO "CIVE ADDFIESS UNLESS CITHERMSE INDICATED BELOW)**

IROTAX GMBH
 PO BOX 5, GUNS KIRCHEN AUSTRIA, A46Z3

-11 H

    ARLEY-DAVIDSON, INC.
    1425 EDEN ROAD
    YORK, PA                17402
LMARK FOR P. 0. C-0000002384

| DAYS | | |
|---|---|---|
| | | *FMf Ccw~ VUHAL 07 (J' 1"AW RM MAU - 14W ZUKA= W*<br>SHIP POINT D FLEETS NELORE KA<br>r_l *VA OFP& SAM &Wum* HAN |

| | | | | |
|---|---|---|---|---|
| 10 | EA | PN:-210-496 PART REV<br>CLUTCH COVER ASSY USE 210-e57<br>DELIVERY REQUIRED AT<br>DESTI14ATION<br>I1/26/DI 10 1_2 1 1061 | S<br>c<br>5<br>.<br>6<br>3<br>0<br>0<br>0 | $<br>9<br>5<br>6<br>.<br>3<br>0 |
| 60 | EA | PN:-236-02D FART REV 00<br>SPROCKET 14 T<br>DELIVERY REQUIRED AT<br>DESTINATION<br>11/26/01 60 1211061 | 0<br>.<br>6<br>4<br>0<br>-<br>D<br>o | $<br>6<br>3<br>6<br>A<br>C |
| 15 | EA | PN:-259-075 PART REV<br>SPRAG LLUTLH4 660X62<br>DELIVERY REQUIRED AT<br>DESTINATION<br>11t'26/01 15 121106! | S<br>0<br>,<br>3<br>4<br>0<br>0<br>0 | S<br>.<br>7<br>6<br>2<br>.<br>6<br>0 |
| | | THIS PURCHASE ORDER IS<br>SUBJECT TO THE<br>HARLEY-DAVIDSON MOTOR COMPANY<br>PURCHASE<br>ORDER CONDrTIONS. BY<br>ACCEPTING THIS<br>PURCHASE ORDER, SUPPLIER<br>ACKNOWLEDGES<br>THAT IT HAS RECEIVED A COPY<br>OF THOSE<br>PURCHASE ORDER CONDITIONS<br>AND IT AGREES<br>TO BE BOUND BY THOSE PURCHASE<br>ORDER<br>CONDITIONS. A COPY OF THE<br>HARLEY-DAVIDSDN MOTOR<br>COMPANY PURCHASE<br>ORDER CONDTIONS IS AVAILABLE<br>FOR REVIEW<br>AT (WWW H-DSN.COM), | | |

1

3 Mm) Im

FOR H-D MOTOR COMPANY

SUPPUER

LALfr∘Kw⁼0∘∘∘"∘∼)

SIMEONE 02627
CONFIDENTIAL

a ey-Davidson Motor Company

P. 0, BOX 493
MILWAUKEE, WI 53201

IBMIT INVOICES IN TRIPLICATE TO ABOVE ADDFIESS, ATTN: ACCTS. PAYABLE

PLWACHASECOM C-0000002394 PC REV: 000
DOWER DAU                              0" OWDOE"0"WT      u

21/1:)/01                          c. .5 1   -
-3∼ my∼                            1∼7' ⁼ALM CT TO vqzpfcT'm ry    AT
                   D_                                  ᴳ∙ᴹ∙   H/D YORK
                   CERTY'VATT OF ᶜ⁰⁰⁰¹ᴬᴺᶜ!                       zm CODE       $urn" CODE
10 vᴀMF'ᶜLᵥᵥwrATMNs&                        R1050
   ᶜ⁰ᵁᵂ∙"ᵂREMORED ∙ ᵁᴾ∙

F-ROTAX GMBH
 PO BOX 5, GUNS KIRCHEN
 AUSTRIA, A46Z3

--- |  ⌐-

SW TO tABOVE ADDRESS UNLESS OTHERWISE INDICATED BELO

        ARLEY-DAVIDSON, INC.
        1425 EDEN ROAD
        YORK, PA                    17402

⌐ LMARK FOR P. C). C-00000023;4

7

| DAYS | 1,011 1 Z∼ᵃ∼ la vᵃ⁵ʰAL owᵉR ⁰ᶠ SHIP POINT D FLEETS HANNELORE KA | | | | | AIMALE 0 | ⌐ ∙T∙∙⁼∼ LILESAME1 ᴵⁿ WIDOW | | TAX |
|---|---|---|---|---|---|---|---|---|---|
| | NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC.) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION BY ACCEPTING THIS ORDER OR ANY PART SELLER AGREES TO BE BOUND BY THE TERMS AND CONDITIONS ON THE FACE OF TH: AND ATTACHED HERETO FORM NO - N'603,; NOTE MATERIAL SAFETY DATA SHEET(S) MUST EE | | | | THEREOF INSTRICT ION-E, ORDER (P:R) | | | | |

```
FORWARDED TO SAFETY
DEPARTMENT
HARLEY-DAVIDSON
MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
WHEN APPLICABLE
```

TOTAL | $4992,B b

## SOMBAR D 1'ER-ROTAX GMEH

[-,~ 0 T 0 R E N F.", 6'rl IK

A-4623 C-UNSKIRCHENIAlJSITIA

TIMTH - YORK 53

HDM070~HCW' E I T H RO'TH - YORK

### JA~10

.£m.

3 rPCRj IM

SUPPUER

SIMEONE 02628 CONFIDENTI.Al.

P09WZCMrt Bon"MWADW GMH. Pc°dKh 5. A4623 Gunskrttmn. Ausm

```
Messrs.
-Harley-Davidson Inc.
 PO Box 653
 MILWAUKEE WI 53201
 USA

      Y**w Sum 32
```

A46M GavkrChM AUMM 70abn (43) 7246/BM-0 Fox (43) 7246/6= page I htVJAvw*jaaeebaibon1)wEhw=m

17566

CzUMffX=W InVoice No
90037179

Date
2001.12.17

```
C~ om Crt-al- .1 ~
M 0. C 04-y
VA/STM
20DI-12-17
AJ Gftrd ~ LaW-
urd arxUn Mr *** ll
h' Ga*w/ On am m
a i r f
r e i g
h t t o
ll a r l
e y D a
, i d s
(~n~I
n'rc' 14
2 50@
Ycre n"
Tosmaind
c,"T'orZ
m, IPA
```

17402,

| w-"Ickv. | AM.6-M~ m | 1. | 9mwa~QA) _-v~ | |
|----------|-----------|-----|----------------|--|
| | | | Supply no.: 80056276 | |
| | | | Order no.: 32740 | |
| | | | Order no.: C-OD00002391 | |
| 145 | 260210 | DE | RUBBER SLEEVE 1.20 | 174.65 |
| 229 | 276295 | DE | VALVE FEELER GAUGE 0,05 MM 0.67 | 152.40 |
| 85 | 230880 | IT | O-RING 13,3-2,4 0.86 | 72.93 |
| 1,500 | 256180 | AT | OIL FILTER EL2MENT 5.30 | 7,944.75 |
| 10 | 241965 | AT | CRANKSHAFT FIXATION SCREW 1.31 | 13.09 |
| | | | MBX30 | |
| | | | Supply no.: 80056277 | |
| | | | Order no.: 32108 | |
| | | | Order no.: C-0000002384 | |
| 12 | 293490 | AT | PRIMARY DRIVE ASSY., 98.25 | 1,178.96 |
| 10 | 210857 | AT | CLUTCH COVER ASSY,, 93.33 | 933.29 |
| | | | 210496 is replaced by 210857 | |
| | | | | 10,470.07 |
| | | | Packaging | 29.07 |
| | | | FCA Gunskirchen EUR | 10,499.14 |
| | | | Country of origin: | |
| | | | AT = Austria (EC) | |
| | | | DE = Germany (EC) | |
| | | | IT = Italy (EC) | |
| The solid of bark | wood and apparen | | pack.ng-materials are totally free ly free from live plant-pests. | |

Z#%-W_V&_F~.
Within
35 days
without
deductio
n from
date of
invoice
SIMEONE
0
CONFIVar
m

I - umprwMewnd / cou"by C¢ cogin
Cbeb" AG, VAA& VCM M-WM /DD. eLZ t 5M. 93AN ATTD 1513 0)X2 M 01W
L"~                              ATU 24886SD4. FA 8ow8krCCPrCAAx oLeH
cw~                                                        Fadow BL La-ft
FvTnarbwr~r"z                                              FN 1031M I
LwxMsob-cm                                                      ViS5
DVR       0381090

am zourgrowng woom                    VW7Ug&MM **PL** L b010VOL

EkwroaVDn urd BewvtwxkvVw kN~ nx kretab 8 T69fln**flow** EMM
C& Pedywo brw. ft YA" OWTOCM Womm
CAs Uowunoan U~ Do am vt4oon BegoM cW Ra~ tnW EOW"n

                        2629
9 %                          TIAL

                                              i J#VL~Llw-

                              Vkbff Srom 32
                              A-4623 Gsdddfal Aag°e
                              ToW n (43) 7246/601-0
                              Fax (43) 7246/M70
PammiamtrDambnnJow-Poux GffW,Powinch 5.A-46M Gur°km%ivL Auma   pmp 2 mVjAjwnawmbwbw ciwxvn

Messrs.

| Harley-Davidso n Inc. PO Box | | | | ow bhuv d 9&.- Wft | No W"~/ |
|---|---|---|---|---|---|
| | | | | V"- | ammummiAa Umlce M |

| | | | | | 175 66 | 90037179 |
|---|---|---|---|---|---|---|
| | | | | | | **Date** 2001.12.17 |
| v= acw | | | O~+. | &ftwo-ft, cr°-d | Lkw I I Wt  VA/STM | _TU_°AaNkM Duh-v I° 2001.12.17 |
| | und wv oft coxwou cwauniL7f'rLe 0Ti °11777 – ba`v7iwcr sop`n`Tnt `cG6 /14115cl= n lRdosmand , Yo`rr1r, '7P'A arremy D t to gh 17402, | | | | | 1 |
| 3 cartons | ROTAX | | 3003627 6/1-2, 8005627 7 YORK | | | |
| gross | waight: | 16 7, 6) | kg | | | |
| net | weight: 146, | )0 | cq | | | |
| Within 35 days without deducti on from date of invoice | | | | | | |

653
MILWAUK
EE WI
53201
USA

SIMEONE 02630
CONFIDENTIAL

ᵣ Uropw9wand/coun" at anon

LOOWb" A" V%ft KW'D 2"_07MIW- OU 15130. ⁹M ATM 1513 00M W07 (ΠOO
ID-ftz

C--°-0- Fb° a  Leb

Rfffftxct~ft.,FN 1031331

Lwldv~

**Tnm riftch Edna**

OVR

qvr~c" waram

ATU 24sasW4. FA q0LjaAFCjER4XnAx 043H

aw ZA°XVVMr2W"Wow                    V-MV56- P  L bvecrM

web                                  Cil~ Lrd  emw---pan ~a~

03MOBO                               Oer Ra~ tirw.ow V%M

Ow LwmnrQm bWkΡn bb am %~ 800am Ow R8CnnWV wow EVw ajm

| | |
|---|---|
| C~ fl…m | |

iii,

v it

ull 0 ,

)I

;21
33

 Hzriey-CavAson Motor Company

P. 0. 301. 493
MILWAUKEE. WI 53201

SLMIFT ONOM IN 7PVt=TE TO AW)VE ADDRM, Jkrft P=M PAYAMI

f-

         OTAX GMBH
TO PO BOX 5. GUNS KRCHEN
         AUSTRIA, A46Z3

1-
N30 DAYS
   _7

         14t EA

      41      E

     a

      150 E

35            1      E

14. p.m

---Wcou              C+b"hFA-M ksAlj~Aow ~ M006 ~ -

ru"Oka"Oft"                    C-0000002391         PO REV: DOD
oat" 0tT"                      P.M      rpm
11/29/01                       1 cr to

 "AT:Rl=cy TO .0wac?"                    1

         P **              0 am.1"H/D YORK
"wr"n w mw~                         1"Accm       kwll= wm
&IOL"M or.p                         R1050
   SW TO LAAM ADDRUS UNL U4 OTWJrAftSE OCOCATPO SELOW

   HARLEY-DAVIDWN, TNC.
   142n EDEN ROAD
   YORK, PA                  17402
-J LMARK FOR P.D. C-OODOOO2392
                          PM ft"s
                       0
SHIP POIN'r              FLEETS    HA NELO E KA

PN:-260-210
RUBBER SL-=EVE

PART Rr=v.

PART REv. oo

MARK PACKING SLIP AND MATERIAL TO THE
  T'ENTION B70 MILITARY, KEITH ROTH
CONFIRMING ORDER

DELIVERY REQUIRED AT DESTINATION
     12/14/01            145      1211061

PN:-27&-2?n
FEELER GU-'~Qr

DELIVERY REQUIRED     AT DESTINATION
     12i14/01            420      1211061

PN:
D-R I NG

*PART REV. 00*

```
DELIVERY REQUIRED AT DESTINATION
     12 /'14 / 01                85        1211061


PN: -2131-180
OIL FILTER ELEMENT

DELIVEPY REQUIRED AT DESTINATION
     12,'l 4 /01               1500        1211061


P N: -;!4 1 -96 5
SCREW

PART REV OC

DELIVEPY REQUIRED AT DESTINATION
     12,'14/01                 10      122 106 1
```

El. 290DO

71000

S-92000

PART REV. OC,

65,60000

&

%187.05            I.

No

19291.10

.111.11

9,76.20            I

ud

$8400,00

I

6.00             I

u~

L

SIMEONE 02631
CONFIDENTIAL

```
          ey- avklson Motor Company

     P. 0. 1 30). 493
     MILWAUKEL. WI 53201
SUMCONMI IN TMPUrATI 710 WIVE ADDRESS, ATrN:A= PAYABU

     '                      ROTAX GMBH
To PO BOX 5. GUNS K IRCHEN
   AUSTRIA, A46Z3
```

L

**C-000000239,)/**        **PO REV. 000**

1 biwok bAr                        FACA **cowf%w l va**
   I I f-."zIQI                    2, :'~
      ~T.vj"crnvamc~"                 IN

_P_ –        **H!D YORK**
     &. ::

**R1050**

PW TO 1AFLOVE ADDRISS UNLESS MHERWME NDICATED BELOW1

--I F

HARLEY-DAVIDSDN, INC.
1425 EDEN ROAD
YORK PA          17402
_J LMARK'FOR P.O. C-0000002391

                                                    0        y
                                            U7 c
                                    '04 - UTM COM        y
IkE          RUTH        **YORK**       53   ITH R 3TH - YORK
                                            I T              0

**6112 P.M** ule

UJ

Id I,

7

-i

| N 3 0 D A Y S | | 1"SHIP Pow- | **rp** FLEETS | HANN LORE KAI | | ~[n | I imm"O n"win ft~ L- IN | |
|---|---|---|---|---|---|---|---|---|
| | | -;tot | | | | | | |
| | THIS PUR CHA SE ORD ER IS SUB OEC T TO THE HAR LE Y- DAV IDS DN MOT OR COM PAN Y PUR CHA SE ORD ER cuN I) I TID NS. BY ACC | | | | | | | |

EPT
ING
THI
S
PUR
CHA
SE
nkD
ER,
SUP
PLI
ER
ACK
NOW
LED
CES
THA
T
1T
HAS
REC
EIV
ED
A
COP
Y
OF
THO
SE
PUR
CHA
SF_
ORD
ER
CON
DIT
ION
S
AND
17
AGR
E
TO
BE
BOU
ND
By
THO
SE
PUR
CHA
SE
ORD
ER
CDN
DIT
ION
.S.
A
COP
Y
OF
THE
HAR
LE
Y-
DA%
PI
DSO
N
MOT
OR
COM
PAN
Y
PUR

CHAS
ORDER
CON
I)T
ION
S
15
AVA
ILA
BLE
FOR
REV
I
AT
(WW
W.
H--
DSN
COM
).
NOT
L:
THI
E;
PUR
CHA
SE
ORD
ER
MAY
NOT
BE
ALT
ERE
D
IN
ANY
MAN
NER
(TO
TAL
COS
T,
DEL
IVE
RY,
ETC
. )
WIT
HOU
T
PRr
OR
AUT
HOR
IZ
A-
ION
OF
THE
HAR
LE
Y-
DAV
IDS
ON
PUR
CHA
SIN
&
DEP
ART
MEN
T,

YORK DIVISION. BY ACCEPTING THIS ORDER OR ANY PART SELLER AGPEES 70 BE BOUND BY THE INS TRP C TERMS A14 D CONDITIONS ON THE FACE OF 7 8 AND ATTACHED HERETO FOR M NO - Y60 34 P NOTE. MATERIAL E;A FETY DATA SHEET(S) MUST 13E FORWARDED

"THEREOF, TI DNS, ORDER P



| | | TO SAFETY DEPARTMENT HARLEY-1-AVIDSDN MOTOR COMPANY 1425 EDEN ROAD YORK. Ph 17402 WHEN APPLICABLE | | | | | TOTAL | $8956.35 |
|---|---|---|---|---|---|---|---|---|

11 #IQ 11

- TOTAL PRGE. 02 -

SIMEONE 02632
CONFIDENTIAL

.1.1

6 1: 1

C

 C

~   utluu

613t

.   .1jud

ul~

t-

via#

**PUFCHASEOFU"**    C-000000-2384    PO REV:    000
OR" VATT
**11/15/01**    **1,**
Ppocoury *ᴬᴬᵀᵛᴬᴳ*    *MAY . SLOACT TO ᵣ*ᴾᴱᶜᵀᴵᴼᴺ* WY    *Aᴵ*

**0** .    **ocw_**    **H/D YORK**
c. CC~    **com**    **affiTu"cou**
VECWW ATcTls **a**    **R1050**

SfW TO (ABOVE ADDRESS UNLESS OTHERWISE INDICATED BELOM

arley-Davictson Motor Company
X(4)07AWX)Kalbd)FAX 7AOtXD[34tXPr7

**e.** P. 0, 13OX 493
MILWAUKEE, WI 53201

-SUBMIT INVOICES IN <u>TRIPLICATE TO ABOVE</u> ADDRESS, ATTN: ACCTS. <u>PAYABLE</u>

I-

OTAX GMBH
T,D PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

L

ARLEY-DAVIDSDN, INC 1425 EDEN ROAD YDRK, PA
-j LMARK FOR P. 0. C-0000OC2:3;4

| Tvws N30 DAYS | | | | | | |
|---|---|---|---|---|---|---|
| | | | SHIP POINT D FLEETS HANNELORE KA *ₒ°°ᵂᴬᴱˢ ᴬ°ᵘˢᵉ* r-1 | | | |
| I | | 12/ EA | PN~ -245-3cP0 PART REV 00 | | | |
| | | | TAB WASHER MARV ALL PACKING SLIPS AND MATERIAL TO THE ATTENTION: 1370 MILITARY, 1: ' EITH ROT4 | | | |
| | | | CONFIRMING ORDER DELIVERY REQUIRED AT DESTINATION 11/26/01 1-- 1211061 | | s~7600u | $9 3t. |
| | 12 | EA | PN.-YMISC PART REV MISCELLANEOUS ITEM REF P/N-250-430 DELIVERY REQUIRED AT DESTINATION 111126/01 12 11-11061, | | 'i 00c! I c: | ₅c1c) |
| 3 | IS | EA | PN -250-290 PART REV 0 RING 12-:4 DELIVERY REQUIRED AT DESTINATION 11/26/OJ Is 12 1 1 CJ6, | | 1 7BOOO | 4 Cj-q |
| 4 | 12 | EA | PN:-250-380 PART REv OC OBS GASKET USE 250-381 DELIVERY REQUIRED AT 1--)ESTINATION 11/26/01 ₜ₂1211061 | | .,68000 | !L34 |
| 5 | 6 | EA | PN:-2219-160 PART REV 00 DOWEL DELIVERY REQUIRED AT DESTINATION | | | |

007" ^LL b0cuo"s ro
(C fil 13 MCA) in"
A M R
SUPPLIER

FOR H-D MOTOR COMPANY

~Wlaopvzm ᵤᵍ⁻ Txm ᵢ

SINIEONE 02633
CONFIDENTIAL

784 PURCIᴏₙ ORDER NLUSER MUST APPW ON ALL W1ʙICES ⁻110ₛ⁻0⁻ODCU⁻I⁻S

**PURCHASE DIWER** C-0000002384          PO REV: 000

001f' DATE
1i/in/01                                        2
    RAMG                              Sᴏ&ⱼ0ₜT0ₒMfᴄₙOₕₓy          AT
                                      HID YORK

CERTMATE OF COVⱼWMOE

                                      RICIDO

f_M5M1P TO LABOVE ADIAESS UNLESS OTHERWISE INDICATED BELOVO

   ARLEY-DAVIDSON, INC.
   1425 EDEN ROAD
   YORK. PA                     17402
LMARKFORP. 0. C-0000002-36-1

   **Harley-Davidson Motor Company**

COP. 0. FOX-1?:3
   MILWAILIKEE, WI 53201

SUBNff INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

   F-ROTAX GMBH
TO PO BOX 5, GUNS KIRCHEN
   AUSTRIA, A4623

L

| TEF"ₛ N30 DAY S iru lr | | | CM"V'AW. VSRL4ᴋL ORDER OF ax ▌ TAMALE FOR MALE SHIP POIF47 rD 7FLEETS HANNELORE K sᴛᴀᴛɪᴇ ᴏf F~ ;2 | | | |
|---|---|---|---|---|---|---|
| 6 | 12 | EA | PN~---30-405 PART REV WASHER DELIVERY REGUIRED AT DESTINATION 11.126/01 12 1211061 | | S. | SIC, 6S |
| 7 | 12 | EA | PN~YrlISC FAR7 R'-='„ MISCELLANEOUS ITEM REF: F/r\1 -1141-801 DELIVERY REGUIRED ᴀᴛ DESTINATIDPLJ 1 1 "2&/0 1 12 123106i | | G001c, | 0 cl* |
| E3 | 30 | EA | PN -YMIEC PART REV MISCELLANEOUS 'ITEM REF : P,11\1 -259-010 DELIVERY REGUIRED ᴀᴛ DESTINATION 11/26/01 30 1211061 | | 000ic) | i 00 |
| | 30 | EA | PN:-YMISC PAR7 REV MISCELLANEOUS ITEM REF P/N -259-911 DELIVERY REQUIRED A7 DESTINATION 11/26/01 30 1211061 | | 00010 | T 0c |
| | 2 | EA | PN:-YMISC PARI REV MISCELLANEOUS ITEM | | | |

REM. ⁻ **Womm** ᵥᵤ

.c at ₁₃ ₍P M₎ ₐₘ

FOR H-D MOTOR COMPANY

RVYT.Pi

W.fDADES &C⁻ MM.

SUPPUER

SIMEONE 02634

CONFIDENTIAL

TA–pr-l.no.m-w- *A MUST APPF-A 6ª ALL -OUMS M6&ªIF4G DOCUUIN*

PL"VCRASEOfd*R C-0000002394        PO REV
                                                                000

# RK-1

*000ªMª*                        *FAGL      -M—WT Cɢɢ IªLALɪ* Na

**y-Daviclson Motor Company**        **11/15/01**                    3 c, j.j

*MOFfM MTG4G -7.* Uª*,CT TO ꞏKC TO-                              AT

> '~)P. 0.      13OX 4~73                              H/D YORK
                MILWAUKEE, Wi            53201          cunVXAn  CP CC6#%U#Wꞏ
                sm COM    vmn"ccm

-ꞏrªcꞏ3Kcxr-A TcJMA                                      R1050

SUBMU INVOICES IN TRtPUCATE TO ABOVE ADDRESS, ATTIt **ACCTS. PAYABLE**   *íꞏ08ꞏwꞏ* Gw

                                SM TO (ABOVE ADDRESS UNLF SS OTHERWISE
                                INDICATED BELOM

    IROTAX GMBH                  HARLEY-DAVIDSON, INC
TO                               PO BOX 51, 1405 EDEN ROAD
    AUSTRIA, A46Z3               YORK, PA        1740-2

L                        -i LMARK FOR P. 0. C-00000023EI4

| nAw ls N30 DAY S | | *w SHIP POINT | D FLEETS | I | I - - | I |
|---|---|---|---|---|---|---|
| | | | | HANNEL ORE KA | - --- | A |
| | | | | | *FTA 0 P PA. SAL13 AM TAX* nrv"T "a w ꞏꞏ C7. | X |
| | | | | | | |
| | | DELIVERY REQUIRED AT DESTINATION | | | | |
| 1 | 4 | **11/26/01 2 1231061** EA PN:-YMiSC PART REV. MISCELLANEOUS ITEM REF P/r-: -235-b6O DELIVERY REGUIRED AT DESTINATION 11/26/01 :211061 | | | s 0001c | |
| | 30 | EA PN:-23O-9BC) PART REV. 00 0 RING DELIVERY REQUIRED AT DESTINATION 11/26/01 30 12i1o61 | | | | 0c, |
| 3 | 240 | EA PN. ---5c?-93'3 *PART REV* =TCH PL7rF I | | | ɼ 52000 | *2-! - -U |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 25MM DELIVERY REQUIRED AT DESTINATION 11/26/01 240 12 1 1061 | | 12.5700() | b 1 t. **e** z., |
| 1 | 12 | EA | PN'-293-4PO PAR7 REV 00 PRIMARY DRIVI ASSY DELIVERY REQUIRED AT DESTINATION 11/26/01 12 l2ilo6i | | S132.S4000 | $1354 De |
| | 35 | EA | PN:-212-610 PART REV 00 CHAIN COVER DELIVERY REQUIRED AT DESTINATION | | | |

AEFER MLV7WW I= TQ                                                      poIE.

C 6113 IPM1 VN

FOR H,D MOTOR COMPANY
(ALM ~Of1=Sr~ AtM)

SUPPLIER

SIMEONE 02635
CONFIDENTIAL

**arky-Davktson Motor Company**
142WE&4i 16W,"A 4*040"A 07
C P. 0. BOX 4c?3

**;TW'll FMILWAUKEE, WI 53201**

**SUBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATrN- ACCTs. PAYABLE**

n* PI-C=U CAIN A N=MMEA V.W AM E.AC= MOKIS '6
**PURCHASE WIDER C-000000-2384          PO REV.000**

Opt=*DATI                                              50W=W MMACT
PMO WTV PAoW „h7| **st"Cr** |= **ftwwnow** I.I7AY

**D -                                          H/D YORK**

iCW=a"YjCF CMVUVOM
~ WQ 91CFCAM M 11                           **R 10:50**

**El                          I** sm coc*        """ co~

**SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDICATED BELDWI**

  IROTAX GMBH
TO PC BOX 5, GUNS KIRCHEN
    AUSTRIA, A46Z3

**L**

    HARLEY-DAVIDSON, INC.
    1425 EDEN ROAD
    YORK, PA                17402
LMARK FOR P.O. C-00000023B4

| Mu s N3 0 DA YS -4:r | | | FM VU  SMOVERM WEADF SHIP POINT D FLEETS HANNELDRE KA I f 4o | | .T. I 0 TAX M- | |
|---|---|---|---|---|---|---|
| 6 | 10 | E A | PN:-210-496 PART REV | | | |
| | | | CLUTCH COVER ASSY USE 210-857 DELIVERY REQUIRED AT DESTINATION 1 1.`26/02 10 121106: | sc | 63000 | |
| 7 | 6c | E A | PN-236-020 P~,R7 REV 00 | | | |
| | | | SPROCKEI T DELIVERY REQUIRED AT DESTINATION 11/26/01 60 1211061 | 1 | 6400C | 1636 4c |
| 6 | 15 | E A | PW-259-075 FART REV | | | |
| | | | SPHAU CLUIC 6657,62~ DELIVERY REQUIRED AT DESTINA710N 11/26/01 is- 12 i I ot, i | | i~l'c- 6400(~ | 17o2 6C |
| | | | THIS PURCHASE ORDER IS SUBJECT TC THE HARLEY-flAVIDSON MOTOR COMPANY PURCHASE ORDER CONDITIONS BY ACCEPTING THIS PURCHASE ORDER, SUPPLIER ACKNOWLEDGES THAT 17 HAS RECEIVED A COrY 07 THOSE PURCHASE ORDER CONDITIONS AND IT AGREE3 TO BE BOUND BY THOSE PURCHASE ORDER CONDITIONS. A COPY OF THE HARLEY-DAVIDSON MOTOR COMPANY PURCHASE ORDER CONDTIONS IS AVAILABLE FOR 9EVIE~ AT (WWWI H-DSN COM) | | | |

- stry"

**FOR ~~D MOI OR COMPANY**

Mff"Ofk SX;P" TLWAE i

**X511 3fflmlm**

**SUPPLIER**

**SIMEONE 02636**
**CONFIDENTIAL**

el I ~~  **Hariey-Davidson Motor Company**

**1-~ O.** _Xl4wX"XAU" r=X;q3°-AM7

0> v, P **O. SOX** 4IF3

e                MILWAUKEE, WI      53201

SUBMIT INV04CES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PAYAUE

TAE PLAC~U DR D&A fl~MU A MU ST AP F'AA~ fIV~AN ~b~.W~

rUFIN>vtSE OOD,,      C-0000002384 PO REV. 000

FF-00M PATWfG          WT. 8»4k~TO VA VKCTKM ry          AT

3 6                    11 -        H/D YORK

CVf1VWAIM OF cokewma              """ co"

- Fam SWCF"              ,.        R1050

10            1 Lm Cam

SHP M;ABOVE ADDRESS UNLESS OTHERMSE INDtCATED BELOVA

```
      OTAX GMBH
TO PO BOX 5, GUNS KIRCHEN
   AUSTRIA, A46Z3

   HARLEY-DAVIDSON, INC
   1425 EDEN ROAD
   YORK, PA            1740T
LMARK FOR P.O. C-00000023B4
```

| Tp us N3 0 DA YS | | FOS SHP M SHIP POINT D FLEETS | Vf"L'4 001" cr HANNE LORE | | I T-AILE M | STA . li TAX P~f"a WW~ | TAX I |
|---|---|---|---|---|---|---|---|

777;~ **W-, -Ai W,0-11**

.4 R


NOTE: THIS PURCHASE ORDER MAY NOT BE
ALTERED IN ANN' MAN14ER (TOTAL COST.
DELIVERY~ F-IC.~ WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVII)SON
PURCHASING DEPARTMENT, YCIR9 DIVISION
BY ACCEPTING THIS ORDER OR ANY PAR7
SELLER AGREES TO BE BOUND BY THE

TERMS AND CONDITIONS ON' THE FACE OF
TH-
AND ATTACHED HERETO FORM NO - Y6034
NOTE
MATERIAL SAFETY DATA SHEETCS~ MUST SE
FORWARDED TO SAFETY DEPARTMENT
HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17 4 02'
14HEN AFFLICABLE

TH7REOF,
INSTR!CT
lOr4-=-
ORDER

(F:R~

TOTA
L

S4992
SH

0 T O RE ~-'F
r,-~-523 C-tJNSK!R0HE;llAljSTP,A

**X** ˮ|

**11;p
y-e.1**

awmAi4mmNsum
KEITH ROTH - YORK

**FOR H-D MOTOR COMPANY**
5:3                    ITH ROTH - YORK

tnL **--1~4** Inz-1111.,

CC 0113 fPCRI InB

**SUPPLIER**

**SIMEONE 02637
CONFIDENTIAL**

B0U0WdWr_P4W (Mel V°lw Sosso 32

Posmnsetat Boff"6&4bw  Gff&K PoWhch S . A-4= Gunskruhm ALava     A4M GjWmdm ALsWQ

Tebkvw (4 3) 7246/S M-0
Fox (43) 7246/MM
-9~ :1                    hrp&wwwnaawaLbwowtbwc=

Messrs.
Harley-Davidson Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| -PO Box 653 **onwa='Clad** **Invoin No** MI'LWAU KEE WI 53201 17566 90035333 USA **Date** 2001.10.18 | | | **S"~_** **Oew 0-** 2001.10.16 | | **_T___ L'_** **ow L Dd~v can** | |
| **a-m-** ft~ **am ro** **1** C- 0000002382 | | | | 31268 | VA/MIN 2001.10.18 | |
| 80053554 **"~wCWY.** | **xrt"PadruVtmcdwj Ch - 0'- oymm"s** RIV~Ir7, 77'462', PA  UPS to Harley Davidson Inc., 1425 Eder, atzn.B70 | | | | | |
| 6 | 236020 | AT | SPROCKE T-14 T., 5/8XI/4X1 0,16 | | 10.12 | 60.69 |
| 11 | 430110 | IT | O-RING 1OX2,7 | | 0.49 | 5.38 |
| | | | | | | 66.07 18.16 |
| | | | Handling charge Packing and freight | | | 86.77 |
| | | | CPT Gunskirche n Country of origin: AT Austria (EC) IT Italy (EC) | | EUR | 171.00 |
| The sol | id wood p | ick | ng- Tnateria ls are total ly f ree | | | |
| of bark | and apparen- _ly | | free from live plant- pests. | | | |

| 1 carton | ROTAX | | 8)053554 | | | |
|---|---|---|---|---|---|---|
| gross  net | weight: 1, | 10 | YORK | | | |
| | wei3ht. | 1,00 | cgs kgs | | | |
| Within 35 days without deduction from date of invoice | | | | | | |

SIMEONE 02638

9 V   **CONFIDENTIAL**

It L"nprvnpP6wW/C4unbV Cd Drþn

00mbsr" AC. V".& Kcm 203-0701 / 00, E3L2 15130L CAN AT70 15t3 00M BOO? 0100 U&M.

**C'Q%t&W 0'1'W**

FrrrutLo~R."

LX0"q3drft

**WR**

ATU 24886504. FA DONGARD104-MYRX GUM    wa2ffhigivpus heatwft

Pccow a 1-Qwt

FN 1031331                                    BvwrwwFijjVL~ Wmion ru

Wes                                   offPborwxv brw.ot? Ywqeoff8e" vmmn

0381000                               Dv Lwhw%sVm bia~ be a" v~ Doqbch ow Pechnung~ EOwftm

mLmp Aþ"m p. U

ru-.A.    c-Gooo 239 vPC) RSV- 000---

vkklan Motor Company

₁₁ **"J.111**                              ic-/)')/OII

P.                            0, BOX 493

MILWAUKEE, Wl 53201

_suwWjuvOfCE5_f'l PIPLICATE TO ABOVE_ ADOFMM Arft **ACCM PAYABU**

SW 6tAoDvE ^DDR= UNLM _OTNERVASE INDICATED 1""_

ROTAX Z--!74H                           -fAiL ~-N-DAVIDSON. INC.

tit 1"                                   TO PC BOX 5. GUNS KIRCHEN 142:. EDEN ROAD

ALYSTR 1 **A. A4673**                    lcp~            PA 17402

-1ARI FDr, P. 0. C-0000002362

PEII NT                    HD FLEETS-AANN Wof TA7 m

N30 DAYS          SHIP                            ELOF Tz KAT

00 1         1 J--              Pru- -234-353      PART   i~.,

GEAR VREE WHEEL

PLEAEF SHIP NEXT DAY AIR

**90(**

MARK F'ACKING SLIP AND MATErl.,:,-   I- THI~

ATT71FN~ION. B70 MILITARY. **v.,~**       **nr** rH

CON~ I F.':l I NG ORDER, F -MA I L C

**DELIVER** Y REQUI RED AT DEST 1 N - I I ON

sn- 3.60000

S28.60

002      20 it      PN.-2:30-290         PART

O-RING                17-2. :) N7()

DELIVERY REGUIRED AT                      DEST11-    ION

10/17/01           2 **a**           lz~        ₁

.46380       S9.27

003            1 :FA       PN7-293-45E3        PAR*r

DALANCE DRIVE ASSY

DELIVERI' REGUIRED AT _DEST",v. I i0ll_

SE4.12000

sB4.12

004      PN:-239-025

10 JFA **CLUTCH SPRING**       PAR7

_IDELIVER~_ RE13UIRED AT DESIIN- (U;

10117/01           10 121-

7 1000   S7.10

~g 005      1 t- ₁.!PN                        Pi~RT

G

w

IDELIVERY REGUIRED AT DEST ~11,75 1.

F OF' 0 $AOTDA COMPANY

SIMEONE 02639
CONFIDENTIAL

v k lt l

-0

- . 1. 1.

-t

1)6

006

L 6 U s

l

l

0-07

Ooe

I

~ 1~ ₄ⱼ         I

I

ti L 1. ~

U A, kle

PUFCHAJ~r ORMN C-00000023e2          PC REV: 000
-0-                                          -W   CoKyb.* *M
I 0i 10.01                          2,5
                              Λy

m-              [Ell  HID YORK
     rux        m-ftimcim
                R1050

SHIP TO IASOVE ADDRESS UNLESS OTHERWISE INDICATW BELO"

~4AFI EV-DAVIDSON. INC.
142-, EDEN ROAD
YOR '..            PA    17402
     FOR P.O. C-0000002382

   .HANNELDRE KA

I

     arley-Davx6on MOMY  Company

41              >
          P . 0. BOX 493
          MILWAUKEE. W1 53-201
SUBAW INVOICE:, I? TTUPUCATE -TD AWO LWRM. ATTIIt. A=TIL FAYAKE

ROTAX (;~PH
TO PC BC): 5, GUNS KIRCHEN
     AUSTRIA. A467:~

N30 DAYS

I

l'N: -,-9-7-433
MOLYkG7E G-N 100C

PAR- 4EV            ;-)o  I
                              :

DELI~JERV REQUIRED AT DES7Jj-NT[0r-j
     :0/17;01                      3        : :2 . :         I

2C. a                      FIN
     O-RING 2n-3 PJUM 70

PAP-.           ,-: c)

     DELIOERY REGUIRED AT DEST
          10-1171,02

1 C        PN- -245-620
     SNAPPING 62

     IDELIOER', REGUIRED AT DEST714~:-710N
          10/1-1/01              10

PAR'     ',Fv

009                    PN: -1.1:12-400

'BALL BEARING 60C)l
r
     I Or: ; -~b :
.-PAP-         -L,,

-DEL.-VERY REGUIRED AT DESTT,-,7

.7HIS PURCHASE ORDER IS                -,HE
                              r
 HARLJ'Y-DAVIDSON MOTOR COMP-7r,",' , Un C HASE
 IORDEJ CONDITIONS. By AZCE,` !NC TH'S
 IPlJRC)tA5E ORDER, SUPPLIER -~-,kNOWLFLIGES
 THAT IT HAS RECEIVED A CDC- i-)r TIJOSE
 PURCf,ASE ORDER CONDITIUrjS
 ITO 131 bound BY THOSE RuRC,-.-E CjR,IEF4
 ICOND,'TIONS. A CDPY OF THE'
 :HAPLIY-DAVIDSON MOTOR CDr1,1

1:;HIP POINT              TS

1 00000

S3.00

s 46380          %9.27

I

I

.60900

I

     s
I
3.30000

S6,09

S6,60

SUPPLIER

FOA " MOTOA COWANY

SIMEONE 02640
CONFIDENTIAL



C-0000002382          PD R EV: 000
'.a
Harley Davidson Motor Company          10/iO102          3

4: ₁₁U          :P.          0. E30X 493          H/D YORK

J~r          14,

ILWAUKEE, WI          -w₅ o- co-%  a          sm ccom
-'I          RIO~0

*SUMW WVOJM5 IN TRIPLIC,1771)* ABOW ADDREW. ATTX <u>A=S PAVABU</u>
.'"P To (AzavT ^DDRMS UNLES3 OTHERVWSE lNtXCATM
BELUM

ROTAx GMRH          t-ṭ,R LE Y -DAVI DSON, INC.
To          PO T30X 5, GUNS KR2H EDEN ROAD
AUSTRIA. A46Z3          YORK          PA   17402
i--MrFK FOR P.D. C-0000002382
v- mm co

N30 DAYS          MOM IA."I-movibierm     iSHIP I-DINT          ri rLEETS          1t_~ANNELORR *KA*
LAL' w ₐMP
EZ11 *7

AT 0444W. H-DSN. COM)

NOTE. THIS PURCHASE ORDER ;AiNOT BE ALTER=D IN *ANY* MANNER ~70~ it COST.
ETC. )          P
wrTH OU T PP ltl,
I          AUTH'3RZATION OF THE HARLE- DtVJDSDN
PURC~~I'ASIN(; DEPAR7MEN1. YCR'- 01~[S;ON

13- A_':EPT11NQ  THIS ORDER D~ -NY LAPT THEREOF,
*-lrLLF~ AGREES TO BE* BOUND          TㅋNSTR~.CTIONS
:TERMS AND CONDrTIONS ON ₇₁₁.          9F          TH ORDER
:AND '~TTACHED HERETO FDRM '/-          (P R).
INOTI-:
IMATE--41AL SAFETY DA7ĭ, SHEF-
iFOR WA RDE D TO SrFFTY DEP AP-I~N-,.          rJS'1 13E
'
HARI-EY-DAVIDSON *M070R*
1421 EDEN ROAD
YORk. PA 174D2
:WH EN 'AP PLICA UI-E

TOTAL
S231.30

vi
L L
40
25
2

Loe~

lift77FR~H - YORK          52          :TTH~ROTH  YORK

A~

'₂; sp.~I lr-P

TOTAL PAGE.03

SIMEONE 02641
CONFIDENTIAL

PwAmchmft, Bomb~ -flow, GaOt Powach 5. A-4= Gurskkormn. Aumv          WAO **Snow 32**
**A4= Offskrohm ALsim**
**TaWM (43) 7246M M-0**

Fax (43) 7246/6370

P-9- Ī          ftVJ/wwwj=0ftWfthbWt Wdff=M

Messrs.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Harley-Davidson Inc. PO-Box 653 MILWAUKEE WI 53201 USA | | | | | | | **Cmsm--rcJ41 lumice No** 90035136 |
| | | | | | 175 66 | | |
| | | | | | | | 2001.10.11 |
| **hV** "ft.~M **-0000002382** C | | | | . teft )01 10.10 | ck.*- doo.- 31168 | W"L VA/STM | **Uftaft~** DA"d- 2001.10.11 |
| wo &W M | *Aa Gnvd uvww umlw-* wd O *h.* oww' jo~ *co 'm* M2, UPS to Barley Davidson Inc. , 1425 Eden'7R0 _V~0r'Tc 7̄Pd8A0r" T74 attn.B70 | | | | | | |
| **80053314** | | | | | | | |
| **w4r9wOry** | A*8.f"&~'9 | 1. | | | | | HUR |
| 20 | 230890 | IT | 0 RING 17-2,5 | | | 0.43 | 8.58 |
| 1 | 293458 | AT | BALANCE DRIVE ASSY. | | | 79.54 | 79.54 |
| 10 | 239625 | AT | CLUTCH SPRING 34,1 ~m | | | 0.75 | 7.53 |
| 1 | 264740 | J? | AMPLIFIER-BOX | | | 71.91 | 71.91 |
| 3 | 297433 | DE | MOLYKOTE G-N, SLIDE PASTE 100 GR. | | | 8.67 | 26.02 |
| 20 | 250140 | IT | O-RING DIN 3772-24,4X3.1-N NBR70 | | | 0.87 | 17.38 |
| 10 | 245620 | DE | SNAPRING 62 | | | 0.57 | 5.66 |
| 2 | 232400 | | SALL BEARING 6001 C3, 12-28-8 UL.: Portugal | | | 3.46 | 6.92 |
| 1 | 234353 | AT | FREE | | | 27.06 | 27.06 |

| | | WHEEL GPAR 37 T., | | | | |
|---|---|---|---|---|---|---|
| | | Handling charge | | | | 250.60 |
| | | | | | | 18.16 |
| | | Packing and freight | | | | 66.86 |
| | | FCA Gunskirchen Country of origin: AT = Austria (EC) DE = Germany (EC) IT = Italy (EC) JP = Japan p~ickLn g~ materia ls are totally free free from live plant- pesLs. 8) 05331 4 york | | | EUR | 335.62 |
| The solid of bark I cartoa | wood and appareni ly ROTAX | | | | | |
| -7- Within 35 days without deducti on from date of invoice | | | | | | |

SIMEONE 02642
CONFIDENTIAL

1 * unwrUngwe"d/ courfty at

*0-110* Ila V°~ K- 283-0~/M MZ 1513Q OM ATM ?513 OW2 8307 MOO*
ul) − "~
*Ga-&W-*
**Fenw"ich-m.**
**Lh-WesgwchL** Abb
**DVR**

9

*KU 248BGSK FA BONCAJCWD',~ GMBH*

*PadW* a Lg.%          Ekei 2W's WSmnlDwikorbwaWWL
**R4 io3133 i**          8−Vw kwon mx Owtvb 0 T agm nwh EMW

**03M080**          am Fk°~ bzw. 05r W° gm, ed arjwl
**DO LW-1-V w M°~°- be non ~Of",**          a. P.&.,,V ,, EVw,,,

*htGKtMxft4L* rtfu"io

**Vftw Snase 32**

**A4623 Gxrkmtwk ALS"**
**Tdabn** (43) 7246 AM -0
**Fax** (43) 7246 fB=

2

**PomnscinntL Bofioarow -Pcmx Gnt°i Powwji 5. A-4623 Gumkidw, Aom**

Messrs.
-Harley-Davidson Inc.
PO-Box 653
MILWAUKEE WI 53201

USA

V UnWnxVmftnd/C*utlV cl dxko
Gbwbuf' AC% %AK V''AD 2834=/00. BU 15l3Q 60" AM 1513 OD0283(17 MOO
LN)ft:
Gqq0*t*rwe r FbVm Ek Lo-b
Rrmrtml.m~
LArdOSMiON
M,

SIMEONE 02643
9    CONFIDENTIAL

ATU 248W,504, FA BaVWFCiR4KYTAX G"3H
Bad zs r s v e wwo ~rfflaen                              Ya-avmxm p, a bw;dwot
FN 10 EN d~ urd 8nwwmnAoQnn kyww ms hrewtub z Tagen nach EAM
V"b                              C& POVY&M tzw W Wam Q&Tocft vArdan
0301080 Do LWwwvan biaban be arn -Oftm B~ ow PQchmm mw Eowexn

| c-w 17566 | iInvoice No |
|---|---|
| | 90035136 |
| | **rate** |
| | **2001.10.11** |

| tft awwku~ Y"Wasm C-DO00002382 | | | Bmwdw~ 0 aw 0.0 | I u- auva. OWAWnWM d w m | L'~ "~OW at | D*wy OW |
|---|---|---|---|---|---|---|
| | | | **1** | I 31168 | I I | 2001.10.11 |
| | | | 2001.10.10 | | VA/STM | |
| V ・ ・ ・ M ・ 0- M. | AO Gwa - Umiw - ro m* n7 b _V n&- P-chm-v -nd It -RdcZZ odrsrc. 7% F2' E.d./eonn PA 74 UPS to Harley Davidson Inc., 1425 , attn.B70 | | | | | |
| 80053314 | | | | | | |
| L-V,.C'I | A~-ff*_PW | t. | | | | |
| gross | wE~ight: | 2, 80 k3 | kjg | | | |
| net | weight: 2,0) | | | | | |
| **-** Within 35 days without deducti on from date of invoice | | | | | | |

Will
0

t-t -

b U l.  I

001

μ 1. t

004

0

ica

D.Pt~

/~'
ph~

Faz'          012

-z~ C,--k

Motor Company

vidson

P          0, BOX 493
MILWAUKn. WI 53201

-000000 38          P

I C- 1          0 1     ,%1     S

~ljl

cam

__,~JNv~OMS 1-iIRipLr-ArE TO ABOVE ADOF"r..ATTVkA)CCTS. PAYABLL

Sj4a 0 la2C)VE ADDRESS UNLESS DTHERWtSE NOICATED BEDM

TO    ROTAX

AVS*TQIF,, A4623

INC,
PO BOX     GUN5 KIRCHEN     112' EDEN ROAD
C-R~          PA     27402
-nArl          ~OFZ F 0. C-0000002362
          v"rw-ff-meC2          93

i

I

I \ !Pru. ~234-353          PA.F?7
  GEAR T'R5E WHEEL

PLEA!7F SHIP NEX7 DAY All- '~E

riARk I*ACKING SLIP AND
^TTEN-ION B70 MILITARY F..:

CONT'lI'11049ORDER. E-MAI-

  THE
Rc I rl

DELIVERY REOUlRED AT DEST iri - i iC)rJ
          U/ 17.'Ol          1     1 Z' I s2B.60000

002          20          JPN, -;~:40-890          pAk'.
          JO-R J NC, 17-2,0 N70
          DELIVERY REQUIRED AT L1EST'll          101.
          L0117/01          20     1~l: rl   S,463BO
003          1 F,~ JPN: ~2-3-45e          PAPr
          BALANCE DRIVE ASSY

IDELJVER~f ReaUIRED AT DEET'.,- i ;Cr,

'          I

I ;f,
I
I
I

I () / 17 /01          .. 1     ~~l    .     j

10          JPN -2:39-625

  CLUT-:H SPRNG

PAR-.          --., 1,
  -VF          '10:
DEL.          RN REGUIRED AT DES'T1~     -
  I(*)/ 1 7/01

Prlj~ .'~.4-740