```
jo-01--rv TWO "MV

iDEL.-VFRY REQUIRED AT DEST01*-*-.,-f,

I I

10        "21.-

P,Rl   -

i

90M                 D K4OTD'R COMPANY

12000

7 1000

,ly

 I i
I

I

s2e. 60

s9.27

S84. 12

%7.20

SIMEONE 02644
CONFIDENTIAL
```

7-                Havey-Davicison Motor Company

".P 0, BOX 493
MILWAUKEE . Wj 5320a

**SLSW INVO= I t' TTIJPUCATT; _- 0 ABOV E ADDRESS. ATTYk. ACM. rAYAGL.**

ROTAX ~:-PH

TO                      PO BC7        G0111F, KIRCHFN
  AUSTP I        -:44t- 2 --.

N30 DAYS                      PO 1 WRD FLEETS

**4kvl**

# -0

. ULL

V½RCW AXFoPm s' **C-0000001-3132 PO REV: 000**

**H/D YORK**
**R1050**

SMP '0 #ABOVE ADOMESS UNLESS OTHERWßE WDOCATM BELOW)

lAF⁎l F, -DAVIDSON, INC.
14Z, EDEN ROAD
.1.01.                      PA        17402
      FOR P, 0. C-0000002362

.7⁎           '.Ti W                 'T'

HANNELORE KA **1** C3

 N. -71117-433
M'OLY-CTTE G-N 100Q

L6u.

u 4A Up

U L

PAR-        ; =.",/

DELIdERY *REQUIRED AT DEST 1.-'.T* jf-)jj
            : 0 / 17,* 01                          3  1 L.,: - _-:

007                    2c I=-* PN
                       0-Pllj(; 25-3 NUM 70

PAP':              C,

!DEL.!,JER-,' REQUIRED AT  DEST7-:-IClf,,
1                                          0.,17*01        20      1.71

006

I C'        PN -~14!5-6Z!o
                  _'NG 02

I

~DELI`ERI,REQUIRED AT DEST

009                    PN -Z232-400
                    :BALL *BEAR ING 6()01*

                              REQUIRED AT DEST_-.710,~
                    -0/17/01                              2 IZ!

--PAR ~ - ~.'v

,THIS FURCHASE *ORDER IS Sjl.,*                     r,, ~HE
HARL IV-DAV IDSON MOTO R COM P.~-f~.' *FUPCHASE*
;OQDEI CONDITIONS. BY ACC EP-~(-jC                  jjIS;
PURCI(ASE O RDER, *SUP PLIER* - ONC)JJLF1}GES
  THAT IT HAS RECEIVED ∧Ccir-                  -I-,      T-)IOSE
  PLJFJCIIASE ORDER CONDITIUrj~_   !! A,~RLFS
ITn Bi BOUND BY THOSE PUPC-              LDPOER
jcntz~-IIONS. A COPY OF THE
HAP'Lly-DAvIDSON MOTOR Cot-,-        f-,~:,_t--AqE

-             I

00000

153.00

          I

4b3E30           1       59. Z7

PAP-

s60900

I

r~01`4 H4) M=R COMPANY

SUPPLIER

S6.09

3.30000

56.60

SIMEONE 02645
CONFIDENTIAL

t,tt;
0

6 1:1, D

· t l. 1.

u . L ,

L

E

V

k      1, 1

**Harlp Davidson Motor Company**

   0                    BOY 49--l
ALWAUKEE. WI 53201

S:MW PJVO)CE5 Ff TRIPUC-Ty T) ABOVE &WfM= ATM , ArCTS PAVAULL

   ROTAX Gn1lh
To PO TIDY 5, GUNS KIRCHEN
   AUF-TRIA.  A.3&73

N30 DA" 5                    ;S,41P J'OlfYT  HI) FLEETS

ILMCNAYf 004" C-00000023S2 PO REV: 000

J~/D YORK
cum
R1030

S,"P To (ABOVE ADDRESS UNLES3 OTHERWISE INDMATEDUELOM

H;,wL=-T-DAVIDS0N,INC.
242t~ EVEN ROAD
(D;ZK~ PA         17402
_mrri; rOR P. 0, C-0000002382

   i-1.1ELORE KA

l

|

i

|
l

Kc~"lrcuf'.9.

1,% r (W144 H-!)SPJ. COM ).

i
INOTZ                  THIS PURCHASE ORDER  .,;- N07 BE
J-TE74'iD IN ANY MANNER ~TC~ --; CG~,T
AI
DEL I JTRy-ETC. ) WITHDUT RPJ-!:~
IALJ'T~J'ZIZATION OF THE HARLr)-DAVIOSON
IPI)PC-q~SJNZ; DEPARTMEN7. YrP- 01,-!S',DN

El A-:EP7~NG THIS ORDER U~
FPL--F~l AGREES TO BE BOUND
     AND CDTJE)TTIONS ON
iArjl) ^,7TACHED HERETO FORrl

irlATF            SArETY DATA SHEE
'FOR.JA~DE:P, TO SAFETY DEPAR'
   HAR-EY-DAVIDSON NOTOF r

```
i42~ EDEN RDAD
YOR',,                          PA     17402
611,F-lv IPPL!CABI-E
```

I

```
  "Acr 71A REOF,
 THE INSTR CTIONS,
-.~E 07 TH~ ORDER
          (PqR)
```

.1, ejcIVE

, N-

i

I
I
I
I

                                        T
                    OA 4~0 mamn COWAW
52                  -11 ,--7THFROTH - YORK

OTAL              S231 DO

~,l lp,~- lrp

*w TOTAL PA GE.03 **

SIMEONE 02646
CONFIDENTIAL

*Uu* CL,

*PRODUM*

*RECREA77ONAL*

Boinbodw-PAlu GmbH
Mtw *svMe* 32

A-4623 GXZWMhM AAZM
TBWw(43)7246/6D1-0
Fax (43) 7246/6370
hMx1lwwwAxr8auxttMTtwd0j=n

v Posuv=Mf:BombaM'ef-Rot2lx GmbH. PWIW-h 5, A-4M GWWVchm, Auma

Ba ZW &M wd sa"? ..Ww of t w- -/
                                        ow

                                        S,cow,.
*dt IL*

                            B-9~

                                                2~
                                                        am
V-9ee-X*                             ALs Gft" unxm Lmler -   WtagsDoOnow9en swam   R~ t~ t~ Pea~V IM Gatwv D) Ma d Mo
DOMrV      Suin CMMVS wb sm VQJ
W-W ory                    AnW.00 IP2x M                               I       O~

IR( [ILI

It. Fir,

                                                            SIMEONE
  **02647**
  1 Umpn m*%l& pd CMn try of oe ogin
  Obmbar*AG.V*4s,K(vm2EJ3.0701d0.BL.Z5130.BmAr7O5l3O"a3O73DD
  **CONFIDENTIAL**
       M~                            21T~4 FA BOMBkROER43MAX GUSH
                                     E~o ZaminQs~wzw "rk!"      vefajgsDnwnp a be-now"

CAMP -WR-I At-C-

Harley-Davidson Motor Company rxY" 990(yCOEX Pk)f WW K'"exi K*
**P. 0. BOX 493**
MILWAUKEE, WI 53201

SUBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PAYABLE

**F** **ROTAX GMBH**
To PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

,,,**C,AcO,wER** C-0000002338 PO REV. 000
OFK"z D-n                                                       rF"u ₀
8/17/00                                                  1,
vu movcnm in                          m
**H/D YORIA**
**crprtww~ct** of **cohm"Vim**                        SLOWMIN Cmf
FOD – a                                        R 1050

I M. COO,

**SHIP To (ABOVE ADDRESS LINLESS OTHERMSE INDICATED BBDM**

HARLEY-DAVIDSON, INC~
1425 EDEN ROAD
**L** YORK, FA              17402
MARK FOR P.O. C-000000233B

comn-da vuftm coo" rx,                                W ∞,
N30 DAYS            SHIP POINT _rLL OTHER CARRIERS PETER FILLI F
r-1      sum cjq            d
REM              Vw      AEOUIRED D.E G C R 4 P'T 1 0 PC **UWT PRICE DEUVERY**                 **EXTENDEP PRIKE**

| | | | |
|---|---|---|---|
| 5 | EA | PN:-277-e07 DRAWING REV. 00 | |
| | | FLYWHEEL PULLER | |
| | | 5TO38304 | |
| | | DELIVERY REQUIRED AT DESTINATION | |
| | | B/31,100 5 1211061 %12 C?3070 | |
| )2  50C | E (- | P14: -277-340 DRAWING REV | |
| | | PLUG REMOVER | |
| | | 5TO3E304 | |
| | | DELIVERY REQUIRED AT DESTINATION~ | |
| | | 8/3i/00 500 1211061 31-370 | $156.6' |
| 350 | EP | PN:-14B-260 DRAWING REV | |
| | | SHIFT LEVER ASSY | |
| | | 5T03?046 & 5T03B3Z,5 | |
| | | **DELIVERY** REQUIRED AT DESTINATIOIq | |
| | | B/31/00 350 1211061 %!3 8!5740 | $4850. CA |
| "4  40C | Eoc, | **PN:** -27t,-295 DRAWING REV 00 | |
| | | FEELER GUAGE | |
| | | 51-03B304 | |
| | | DELIVERY REQUIRED AT DESTINATION | |
| | | 6/31/00 400 1211061 S 714L70 | %285 9~ |
| 15  65 | EA | PN: -259-185 DRAWING REV | |
| | | RELEASE CAM 30DEGREE | |

"OW IO                      FOR *H-D MOT Oβ* GOMPANY

fc,

**G 6113** kN 08            **u**

**SUPPLIER**

fmf r"OfM D DG&OWK)

SIMEONE 02648
CONFIDENTIAL

Harley-Davidson Motor Company

**Vxu\*m** *Y40cx* **)";(txrA)4)wrx7)wVM'**

P. 0. BOX 4133
MILWAUKEE, WI 53-20 1

***SUBMIT INVOICES IN TRIPLICATE TO*** *ABOVE AD DRESS, AI\*TH : ACCTS.* <u>*PAYABLE*</u>

.OTAX GMBH
TO PO BOX 5, GUNS KIPCHEN
    AUSTRIA, A46Z-7

A .P° CO,S AND S P-IS WO - W b

*PURCHASE* ORDER C-0000002338          PO REV: 000

| OADM *DaE* | *ftrz* | *Dawma-un o* |
|---|---|---|
| 8/17/00 | 2 , | |

PF-Dw°

cur-curE cr oDwSA-xx                    wrfl°A cam

0        -- wn wfc-cavs A              R1050

D0An°A= WCUOW D – Di°                    - 

S°IP TC) **(AsovE** ADDFIESS uNLESS OTHERWISE INDIC-ATIED BELM

x
 H/D YORK

        HARLEY-DAVIDSON, INC.
        1425 EDEN ROAD
        YORK, PA              17402

_J L MARK FOR P, 0. C-0000002338

N30 DAYS              SHIP POINT    L OTHER CARRIERS              c-– c-° PETER
FII_L1Pl~     via&= =0 'n c..IMAM A'48 0. tu ps°i Na M

| ITEM | OUANTrTY | r"NTT | DES CR I *PT-IO N* | | | *REOUWMID* **DEUVERY** *UNIT PF13CE* |
|---|---|---|---|---|---|---|
| | | | **EXTENDED PMCE** | | | |
| | | | 5T03G355 | | | |
| | | | DELIVERY REQUIRED | AT | DESTINATION | |
| | | s111b2 3; | B/31 /00 | 65 | 1211061 | **'rfie. 9588o** |
| )6 | 150 | Bor | PN:-230-BAC) | | DRAWINC~ REV | Oc' |
| | | | GASKET | | | |
| | | | 5TO36355 | | | |
| | | | DELIVERY REGUIRED | AT | DESTINATION | |
| | | s22~' 3-, | 0/31/00 | 150 | *1_211061* | 1 90250 |
| )7 | | E | PN: -241-732 | | DRAWIN9 REV | |
| | | | OIL PLUG | | | |
| | | | 5TO39616 | | | |
| | | | DELIVERY REQUIRED | | | |

AT

DESTINATION

```
                    T-77 4t        8/31/00                 n5    1211061              s:-( 09216
)e      125    EA       Pw -240-490               DRAWING REV.     00

                        PLUG 1/0-27NPT

                        5T039122

                        DELIVERY REQUIRED          AT    DESTINATION

                    sBri. 36   8/31/00            125   1211061              71490
cy      300    EA       PN.--'60---10                     DRAWING REV   00

                        RUBBER SLEEVE

                        5TO39804 S, 5TO39960

                        DELIVERY REQUIRED          AT    DESTINATION
```

c 043  (F7CR) IM −       W

SUPPLIER

**FOR H 0 MOTOR COMPANY**

IAWI.O nol 0

SIMEONE 02649
CONFIDENTIAL

### Harley-Davidson Motor Company

P. O. BOX 4C73
MILWAUKEE, WI 53201

**SUBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PAYABLE**

**IPMCHASEORDER** C-0000002338 PO REV: 000
o-"R~n                        -GE    **oowfftdww?** cs~TPAD
B/17/00              3,
we  &LsLs-s7-10 vaspVc7cr4 &T

## F-1 _____ Hifl) YORV

CEA-V.--M 01 COL-CX R 105G
 - Ns X-*0FVCAoD.S

## El

**SHIP TO (ABOVE ADDRESS UNLESS UMERWISE INDr-ATM BELOW)**

OTAX GMBH
To PO POX 5, GUNS KIRCHEN

L AUSTRIA, A46Z3

HARLEN'-DAVIDSON, INC. 1425 EDEN ROAD
ORK, PA              17402
L YMARK FOR P.O. C-0000002336

TEAW              Foe ~CARR-IERS              ~PET~ER

N20 DAYS              SHIF ~LL OTHER              FILLIP
sm 01
**rrEM PLWrTTry -**      twn    D E S C R I P T, 1 0 N              **REOL4RED DELNERY  UNIT PR)CE**
**EXTENDED PFUCE**
317 uu jou 1 .21 1001
~c      20     EP       PN:--'."'5?-665 DRAWING REV.

                        INNER. PLATE

```
                      5TO39804
                      DELIVERY REGUIRED AT DESTINATIOrq


                      e '31 /00 ~O 121106i                        qj16 4-~I-~C,
            S32V 2;
     25C    EP    PN: -':1517--913 DRAWING REV

                  CLUTCH PLATE 1.25MMI

                      5T03V804
                      DELIVERY REGUIRED AT DESTINATION

                      B/'-21/00 250 1211061                       2~57330
            $642
L    20C    E~    PN:-276-280 DRAWING REV GC-

                  SPARK PLUG WRENCH

                      5T03VI304
                      DELIVERY REGUIRED AT DESTINATION

                      B/31/00 200 1211061 ,                       1.90650
            136: 3(
     1      EA    PN -899-7e5 DRAWING REV 00

                  LOCTITE 221 VIOLET

                      5TO39804
                      DELIVERY REGUIRED AT DESTINATIUI~j

                      e/31/00 10 121!061                       $4.15720
       $41,5-,.
␦    100      PN-- 259-905 DRAWING REV

                  FRICTION PLATE
```

## 77

**FOR H-D MOTOR COMPANY**

-i
.C 6113              Rj i&   ~'2         m-T-O-QF0

SUPPUER

SIM EONE 02650
CONFIDENTIAL

**HaTley-Davidson Motor Company**
**X745~1 99tX xt)xxXFlk%A)-qwvx"y77**
P. O. BOY 493
MILWAUKEE, WI 53201

**SUBMIT INVOICES** *IN TRIPLICATE* **TO ABOVE ADDR ESS. ATTN: ACL-TS.** <u>PAYABLE</u>

     **R07AX GMBH**
TO PO BOX 5, GUNS KIRCHEN
     <u>AUSTRIA,</u> A4673

       1- **FU;UZ'k9** 6FƎDƒ A :W A WXST APPE- ON ~L

iPUFK>iASEOᴿᴰᴱᴿ C-0000002336       PO REV: 000
C4C* DCE
     8/17/00      A oo
PqKN – RA.IG    "a su&*a ᴛₒ smcr".v

          **D -**              **EI** H/D YORK
cEwnrwiar ₒғ cobvtoisa:       Burma" ₄ME
     F-1 - -D w-w-w- a            **R 1050**

, L-J ‖–OSP GO–··

I

--i F-

SMP TO (ABOVE ADDRESS UNLESS CITHIERMSE INDICATED BELOW)

HARLEY-DAVIDSCIN, INC.
14-25 EDEN ROAD
YORK. PA                        17402

-J L MARK FOR P~O. C-0000002338

| T·TWS | | | | |
|---|---|---|---|---|
| N30 DAYS | | 17PETER A·‖ | | UX ‖‖‖· |
| | | SHIP POINT LL OTHER CARRIERS | | FILLIP |

| 'I | ITEM | 'Quhumy: . | | LIWT | % D.E. S C R I P"J 1 0 N | | REQUIRED DIEUVERY |
|---|---|---|---|---|---|---|---|
| | UNIT PRICE | | EXTENDED PRICE | | | | |
| | | | | | 5TO40067 | | |
| | | | | | DELIVERY REQUIRED AT DESTINATION | | |
| | | | | | 8/31/00 1000 1211061 | | |
| | %4647~5k' | | | | | | |
| E1 | 12C | | FA | | PN:-230-090 DRAWING REV C, 0 | | |
| | | | | | RING 26X3-- DIN7603A | | |
| | | | | | 5TO40097 | | |
| | | | | | DELIVERY REQUIRED AT DESTINATION | | |
| | | | | | 3/31/00 120 1211061 | | S 47660 |
| | 157 11; | | | | | | |
| | 50 | | Er- | | PN:-264-B61 DRAWINQ REV. 00 | | |
| | | | | | BOOT SPARK PLUG PROTECT | | |
| | | | | | 5TO40067 | | |
| | | | | | DELIVERY REQUIRED AT DESTINATION | | |
| | | | | | 8/21/00 50 1211061 | | TII-43020 |
| | $5-11 51 | | | | | | |
| 7 | 8-1 | | EP | | PN:---164-737 DRAWING REV, 00 | | |
| | | | | | IGNITION COIL ASSY | | |
| | | | | | 5TO40087 | | |
| | | | | | DELIVERY REQUIRED AT DESTINATION | | |
| | | | | | 6/31/00 E35 1211061 | | 148510 |
| | $3781 2-- | | | | | | |
| ALL 110 | | | | | FOR H- D MOTOR COMPANY | | |

v                    I
6113.(PCA.) ?40          \-^-"

pJ1T=OI1ZEOSK=ki
SURPUER

SIMEONE 02651
CONFIDENTIAL

r~s ~tAc~u oAcfn m~Aw a wzi ∴PK· ε-s mvocisL~6_t;~-
~Gmc~v7s

C-0000002328 PO REV. 000

I PURC"ASE ORDER

CFW(x DA=

**Harley-DaAdson Motor Company**                    **8/17/001**   **5**

# 1

**fAqQ Ygt* Xqekx~KAWsPWfi&0xlXq**

P. D. BOX **493**              ID.              0              H/D YORK
MILWAUKEE,              WI 53201              CERMC CI C° COMPLY.14M   OWE
suvv%xft c~

                              10                              R1050

**SUBMIT INVOICES IN TRIPLCATE TO ABOVE AVORESS. ATTN: ACCTS. PAYABLE**

                              **SHIP 70 (ABOVE ADDRESS UNLESS OMERMSE INDICATED BELM**

 F~ROTAX GMBH                    HARLEY-DAVIDSON,       INC.
TO                              RD BOX 5. GUNS
KIPCHEN                         1425 EDEN ROAD
    AUSTRIA, A46Z3              YOPK~ PA              17402

    L                          _J L MAP K FOP P. 0. C -0000002:3:38

rt~              ~I      CCF~ VIP0~ 0P00s OF      ux"Ll      I  "1".W4"4x ~cr Sumim 70

3L Ys N-) DA          SHIP POINT LL OTHER CARRIERS PETER FILLI  P

    SWE OF  H SONLO AND ur6

                    mp""Imaw"M =

| ITEM | 'OLLkwm. LM, | D,E.S C &: P TJ O'N | RSWRED UNrT PRICE EXTENDED MCE |
|---|---|---|---|

NOTE: THIS PURCHASE ORDER MAY NOT BE
ALTERED IN ANY MANNER (TOTAL COST,
DELIVERY, ETC.) WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVIDSON
PURCHASING DEPARTMENT, YORK DIVISION
BY ACCEPTING THIS ORDER DR ANY PART       TFEREOF~

SELLER AGREES TO BE BOUND BY THE   INSTFUCTIDN5,

TERMS AND CONDITIONS ON THE FACE OF THE   ORDER
AND ATTACHED HERETO FORM NO - Y6034      (FCR)~

NOTE:

MATERIAL SA72TY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT
HARLEY-DAVIDSON MOTOR COMPANY
IA25 EDEN ROAD
YDRIK, PA 17402
WHEN APPLICABLE
H-D REPRESENTS TO SUPPLIER THAT H-D IE
TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER   AS
A PESULT OF YEAR 2000 SOFTWARE PROBLErS
SUPPLIER REPRESENTS TO H-D THAT SUPPLIER
IS TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER   AE
A RESULT OF YEAR 2000 SDFTWARF PROBLErS
       TOTAL $17234 1'

**FOR H-D MOTOR COMPANY**
MI E E          OU(~ - YORK 41 MANAGER OF MATERIALS

SUPPUER

SIAIEONE 02652
CONFIDENTIAL

,ill M,

:i lk

I I, r

I

P

1 Ul

PosMnschnfl: B=barojcr-R=x Gm bK P=tach *S. A-4623* Gunskircren. ALMI~

*RECREA77ONAL PRODUCTS*
Bofftordmr-~ GmbH
VieW Srdsse 32 *A-4623 GurGVchM* AUS= Tet4on (43) 7246/6DI-0 Fax (43) 7246/6370 flrWj~.mcroatcnboTttePc%w~,

0. zo-C."d

 t- Uftw~t Suz" m

 ¦

rm *II C Pe W T V W* yow~m                          -T-I~e *Aa~-* Carftvw~ *¬¬* crow        *L W ¬L Z ¬C W* Cho w        0*-v ow
wm"rK7-vcv-m  Ad C-nd Lxhev - unrl VemmosbediojoVen so~lrr~ #a aim Plao'tmm ~t,)C Gd.~ Ch bm,,tte d D.&~v wia Sates C-"=utt" Vw


pomatn'oet'xulm SIMEONE 02653

*1' thWungsland / Comtry cg ongm* Ottetank AG. YVe*s,Kon.:)*M-0701/00.ELZ 15130,IBAN Ar7O 1513D002B307 0100 ~!*u *I -~ FA* BOMWIRDE PROT" G118.

CONFIDENTIAL

*N~ hr*,ro%.vrq -,rjpn*

vtvmjUsafrx -n o 2 bercCt~lll

**phww** 4                          ph."
Fax ¦                          F= I

                                        P."A 0~w bo-W
                              **C-0000002374 PO REV:** 000
                    M)"CAAW **cvccpt**
                    003006'M
        6040wan                                                    P%u
            avidson Motor Company        7/17/01                **1,5**
        **T~uxxileul)h** ;~ *- W.Pv&xv70*

    **P. U BOX 4c?3**                          **rl**                M -H/D YORK
    **MILWAV)CIEE, WI**                              **'53201**        4~        ~00°
                                        W A                        **RIOZO**

**Susw wvotcEs ri** TRWLrATE To ABM ADDFAMCATYN; A=Ts. PAYAM **Fu**
                    6#-W TO LAROVE ADDRESS UNLESS MM"ASE WMCXnD9ELO%%n

    507AX GMBH                **r** HARLEY-DAVIDSON, IN:.
To                              PO 13OX 5, GUNS KIRCHEN    142,5 EDEN ROAD
    AUSTRIA. A46Z3                      YORK, PA    1740;!
                              MARK FOR P.D. **C-0000002374**

# lpw                          -MT-o'    **. I**



I `HHANNELORE KAI u mm- =;=-~ci t

L

EA                              PN:-230--9ZO  P R  REV. 00

    O-RING M6COO-250 N70

    MARK ALL. FACKING SLIPS AND MATERIAL TO
      ATTENIJON: 570 MILITARY. KEITH ROT-i

                  *c,CONFTRM:.NG ORDER

    DF-LIVER" FEGUIRED AT DESTINATION
      7/:30101            100                    1211061        S,90910
              S90.vl
'...,/,Tc 0-

    PN: -236--02'0        PART REV        00
4) EA
    SPROC:KF-- 34 T

    DELIVER" FEGUIRED AT DESTINAT30N
      7 /:30/ 01          6                    12-11061        s 0.6AOOO
              %63.84

3        1 EA              PN: ---97--3,';6              PART REV, 00
    GILASTIC: 732 RTV
    DELIVER'( PEGUIRED AT
DESTINATION
    7/30,01              1                    1211061        e. 5EI000
  se.58
4        1 EA              PN:-YMI!3C                    PART REV
    MISCELLANEOUS ITEM
    REF:                PART NUMBER -223-465
    DELIVERY PEGUIRED AT
DESTINATION
    71301101             1                    3211061        S4~E.00000
              S426. 00

.5       1 EA              PN: -YM1.13C:    PART REV,
    MISCEL-LANEDUS ITEM

                 ΓOX --D MOT 0° COMPANY

SIMEONE 02654
CONFIDENTIAL

**Harky-Davi&on Motor Company**
*X= zAau")0*4lvx P= XMIK&=*
Er- P. 0. BC--;( 493
  MILWAUKFE~ Wl 5:32-01

.UWXT M0CnVfW=TE TO ABOVE ADOMESS. ATTFL A=M PAYAW

r-

 OTAX GMBH PC BOX 5. GUNS KIRCHEN AUSTRIA- A46Z3

i ¡

EA

|–

|

```
bd
30 DAYS

DELIVERY REGUIRED AT DESTINATION
       7/3Q/0i                    1        1211061

PN: -236--D2-1
SPROCKET 113 T

PART REV 00

DELIVERY RHQUIRED AT DESTINATION
       7/:3-t/,;i                 1        1211061

THIS PVR:HASE ORDER 15 SUBJECT TO THE
HARLEY-DAVEDSON MOTOR COMPANY PURCHASE
ORDER CD04DITIONS. BY ACCEPTINC THIS
PURCHASE ORDER. SUPPLIER ACKKtoWLEDQES
THAT IT HA'.: RECEIVED A COPY OF THOSE
PURCHASE ORDER CONDITIONS AND IT AGREE
TO BE BOLIN:,' BY THOSE PURCHASE ORDER
CONDITIONS A COPY OF THE
HARLEY-DOWIDSON MOTOR COMPANY PURCHASE
ORDER CONDTIONS IS AVA.LABLE FOR REVIE
AT (WWW. H-,'SN. C011),
```

bd KWc-N Mf:* WahiQ pL& WMM CM – J&_Ota AW bAVVQ D00AANTS

**rumcm0mopen** C-0000002374                 PC REV: 000
          *7f17fOl*                                    *2*

-T. UEJKT
          **p –**                          **HID YORK**
   **9.8cpcov" a**                         **R1050**

**OW TO WIM ADDRESS UNLM CTHERMSE INWAnD BELMV)**

7

```
     HARLEY-DAVIDSON, INC.
     1425 EDEN ROAD
     YORK, PA                    t7402
```
j LMARK FOR P. 0. C-0000002374

7

-i

```
SHIP POINT                        D FIBRNELORE KA

        si,
```

*5*

*4*

I

I

I-I
v6Amz wayoR cc"P~v

'G. 12000

i. 7000C

S178. 12

%11.90

I-'

I

I

II

I' -

i

SINIEONE 02655
CONFIDENTIAL

ᴛ w ^'. -Wbx-wm                    vu.""~
PUNCH&° O N)m              r1-0000002374   PO REV: 000
km                                    -
  7/17/013

                    H,'D YORK

  aw To LAaavi! Aomm L;NLEss cTNERwtsE ImoxATED BELO%M

    **Daidsm Motc, Cc,,~V**
      **X&XAdw*'rLu**
**tm F. 0. BOX 493**
**MILWAUKEE. WI '33201**

**tmurrwvot=PiTmurAliToAmt,r-Apou=.ATrftAccmpAvA"u**

I                              ROTAX GMBH

  po Box 5, GUNS Klf;CI-IEN
  AUSTRIA. A46Z3

7 F-HARLEY-DAVIDSON, INC.
    1423 EDEN ROAD
    YORK, PA            17402
    MARK FOR P.O~ C-0000002374

~O DAYS

I

SHIP PClImT            FLEETS      cH*"=NNE`L'"8RmE7 'KA  | '~ |

          | _~|

                    C: UINVAMMO-OM

I

NOTE: THr.S PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY. FTC.) WITHOUT
PRIOR AUTHORIZ:%T':ON OF THE HARLEY-DAVIDSON PURCHASING **DEPARTMENT**,YORK DIVISION.

BY ACCEP-ING THIS ORDER OR ANY PART TH
SELLER A:;R):"ES TO BE BOUND By THE INSTR
**TERMS AND i'**ONDITIONS ON THE FACE OF TH
**AND ATTAZ H:~:V HERET O FORM NO - Y6034 (P**
**NOTE:**
**MATERIAL SAFETY DATA SHEET(S) MUST BE**
**FORWAR DED 10 SAFETY** DEPARTMENT
   HARLEY-Dz,VIDSON MOTOR COMPANY
   1425 SD2',t ROAD
   YORK. PA 17402
WHEN APPI-I-,:ABLE

## MIOM~H - YORK                    53

_ZREOF,
,ICTIONS,
   ORDER
,R),

TOTAL

5761.35

## 7 . ~ll

I

|-
|         --
|          ..

I

I

w* TOTAL PAGE-03 -

## SIMEONE 02656
## CONFIDENTIAL

***Posmudvitt 8wftrc%w-Aotnx Cvntll. Pogdoch S. A-4= C⁺ᵂkrCra⅃ ALam***
 Messrs.
 Harley-Davidson Inc.
_P0 Box 653
 MILWAUKEE WI 53201
 USA

**80056612**

**M.V./aty.            A19.1-ft~**

I
2

2

The sol of bark

I carto gross w net wei

293458 259075

234353

                              A wood p

```
                                    and appa

                                    ri ROTAX 6
                                    aight: 1,
                                    3ht: 1,40
```

I - Lk%PnwV%AW)d / Coun" W a *to*
Dbotbur* *Aa ftft* WOO **2B34M/0(X BLZ IS= CM ATTO ISM OC02 M 0100**
M-M_-                             **ATU 2411SBUH. FA 80vamcERAOTAY GwH**
**GeSaWSArvW**                                                    **PCLVW ⓐ Lv-"**
**r-nartxch-m.**                                                  **FN SOM33 i**
**LMOMWM**                                                        **Vhh**
DVR            mom


        **SumbWdWr-Ac4a GmbH**
        **Wahm Sntm 32**
        **A-4W Gumk oavrI, *ALL'm***
        **TeUm (43) 7246 AV-0**
        **Fax (43) 7246/6370**
**P09e ⌐ hWjtWWwjMM0WnbWlb0dW=M**

**DO ZWWM wia**              **w"w1F %"**

**an-ma=&l 1"yMce No**
9DO37247


**Date**
2001.12.18


C-0000002394                    2001            '94    2 0 0AV STM12 ~ 18


**FMCM goo ᴍ**
**A"Cd%1W~LMkW-UWV&k*A1b~"rVMW ₌₌ trtnPaarugurid0o'tft/Dnbmwcgc LVDBO~w**                        nM~, ₌/-

        UPS expedited

            1.

        AT          BALANCE DRIVE ASSY.,
        JP                    SPRAG CLUTCH
            45,665X62,332X13
        AT      FREE WHEEL GEAR 37 T.,

            Handling charge
            Packing and freight

            CPT York

            Country of origin:
            AT = Austria (EC)
            JP = Japan

        ack.ng-materials are totally free :-en--Iy free from live plant-pests.

        )05-~612 YDRK 0 kg

Within 35 days without deduction from date of invoice

**EW ZW"rVu-wnjg wonen**                        **V_a9%*_P~    W&N.I.**
**Er-wUoVan trd SawwWnMxvm kavw mo Vvwmᴏ 8 TuMn rerh EffM**
**am Faavv brw am Ware 9&Twam vwrdan**
**Do LWw~ bkA>on bezon ~Nqw *BoVach* aw Peov" trgm EVwrvn**

79.54
47.21

27.06            54-12

            228.07

79.54
94.42

18.16
61.23
```

EUR

307.46

SIMEONE 02657

9 1          CONFIDENTIAL

I

ca /Da°

phow /

xu

C-0000002394                          P3 REV~002

it @22 ...          **Fiarky-Davidson Motor Company**

**xlmamoll~ftw *=4Qx7xwuKbm**
          P. C).

O~ OATs                    P*.4                C~=.

12/2 lcl          l
o.

Box 4.73          H/D

YORK
'MILWAWKEE, 201

R1050 r

**bE**

-AT| TO AIM ADDFWM, ATT%k ACCTS PAVAKE

*INVOM IN TAWLIC*

&V TO MOVE ADDRM UNLESS OTV*~SE INDICATED BELOW

GMBH

HARLEY-I~AVIDSDN. INC.

OTAX                    f                                        7
          GUNS KIRCHEN          142 EDEN ROAD
0 BOX 5'
,USTRIA, A4673          YORK, PX          17402
          LMARK FOR P.D.C-00000023C~4

uuuu

L.

**ggu**
I,

| ~AYS | | *SHIP POINT*          FLEETS  HANNELORE KA |
|------|------|------|

0                                        TXTvq)Xb:

I     EA     FIN:-293-4758 PART REV.
             BALANCE DRIVE AZSY

             XA.RK PIS ATTW 870 MILITARY, KEITH R07H

             CONFIRMING CHANGE ORDER,12/~½GI

             ADDED LINE 004 -
             DELIVERY REQUIRED AT DESTINATION

             1/02102 1 1211061                    s7i.65000          w7i. (35

Z     E40    PN,-259-075 PART REV,
             SPRAG CLUTCH45,665X62
             **DELIVERY** REQUIRED AT DESTIMATIO14

             1/02/02 2 1211061          &!~2.6400C          L65 28

Z     EA     M-234-2:53 PART REV.
             GEAR FREE WHEEL
             **DELIVERY REQUIRED** AT DESTINATION

             1/02/02 2 1211061          f-D-4.44000          1;4G. E!B

12    EA     PN: ~c?50-l41 PART REV. 00

             GASKET MBX14DIN7603A ~~9

DELIVERY REQUIRED AT DESTINATION if09/02 12

1211061 **9,~)** 0                        .,13. 17~300        s. I 5e. OA

THIS PURCHASE ORDER IS SUBJECT 0 THE

HARLEY-DAVTDSON MOTOR COMPANY PURCHASE

ORDER CONDITIONS. BY ACCEPTING THIS

PURCHASE ORDER, SUPPLIER ACKNOWLEDGES

THAT IT HAS RECEIVED A COPY OF THOSE

Alms'm          FOR                 ~Z  MOtOR *tOL4*    *NY*
                                                    **--aw~ ~TJF4.**

im

SIMEONE 02658
CONFIDENTIAL

**v HBriev-Davi&on Motor Company**

P. 0, FOX 493
MILWAUKEE. WI 53201
:ONO WOO= W IRPLItATT T O A#M ADDREU, ATIN, A=M **PAVARU**

RCITAX GMBH
PD BOX 5, GUNS KrRCHEN
AUSTRIA, A46Z3

**PUMCHA" 0fa*FI**C-000000;23~4 PLO PEV: 00~
     D.T.                    *I-AI* Gom        **COKYNACT 88**

**12121 iO I**                    O
                            *T*
**pi;5;F;-"ym**

                            **H/D YORK**

                            **R10:50**

ID
    sw TO Mwj ADDREss LiNLESS Crr)iEMWVZE faCATED BELOW)

HARLEY-DAVIDSON, INC.
1425 EDEN ROAD
YORK. PA

30 DAYS

          47402
LMARK FOR r. c. c-cooooo23,?4

                    W-M."MAIAlas"*cu                              *~⌐*
                                            sl&n or 'Z="      *~SAM*    KO am,
                                                              0317
SHIP P I NT            FLEETc         HANNELORE KA   ux puma mm */-

          C A l.r 7.1 D
rvni-nA~& **UKO&K** "LJNVliALJNb~ AND Ll **A(.NJ-_k**TO BE BOUND BY THOSE PURCHASE ORDER CONDITIONS. A COPY
OF THE HARLFY-DAVIDSON MOTOR COMPANY PURCHASE ORDER CONDTIONS 15 AVAILABLE FOR REVIE AT (WWW.H-
DSN.COM).

NOTE. THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY. ETC.) WITHOUT
PRIOR AUTHORIZATION **or** THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION.

BY ACCEPTTNC THIS ORDER OR ANY PART TH
SELLER ACREES TO BE BOUND BY THE INSTR
TERMS AND CONDITIONS ON THE FACE OF TH
AND ATTACHED HERETO FORM NO - Y6034 (P

```
NOTE:
MATERIAL SAFETY DATA SHEET~S) MUST SE
FORWARDEiD TO SAFETY DEPARTMENT
   HARLEY-DAVIDSON MOTOR COMPANY
   2425 EDEN ROAD
   YORK. PA 17402
WHEN APPLICABLE
```

ᴸ⁻ᵘ

uCTIONS, E ORDER CR),

TOTAL

ITH ROTH - YORK                                    52    **FOR " MOTOR COMPAMY**
                                                         KEITh ROTH - YURK

j 0

J.1 i a.

.l
    I

J i id

        t

d:[J:l

ₗ
ₗₗ

9vu

0-11

2364.05

**uuuu**

;' ₄k 4

adju

SIM EONE 02659
CONFIDENTIAL

l

-- ₊ₗ,

**jo4blmwlllk,***        A

   low
4L

                                    -_lz 'JIM.

        Ak4 Q*4E ;xr . V ti~





*Ulf:*    _3J.*,

    tekiv      *m*

*ant*

TF

in.

Mk ₁.

S I iNl EON E 02660
CONFIDENTIAL

lit

F*j

P–Ai

j Z'–· Vlj                                    41

*tit,*

*-M*

ut₋

st

*Ipg i6y'-*

*Ve*

*jiu*

*₋F-,ir*

"Z
Y4

₃. ℾ

SIMEONE 02661
CONFIDENTIAL

Harley-Datidson Motor Company

P. 0. B()X 'q93
MILWAUKEE, WI 53201

UBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

-ROTAX GMBH
₀ PE) BOX 5, GUNS kIF:CHEN
AUSTRIA, A46Z3

L

.s
30 DAYS

i

*40*

*b -*

. n .

M - IJ                          -

ı

Harley-Diivic son Motor Company

PN~ -2-18-250
SHIFT LEVER ASSY

5T039049 ',, 5T0313355

DELIVERY ~EOUIRED             AT DESTINATION
        B/31/00                          350     1211061

EP

EI                    PN: ---59--1;35
      RELEASE CAM 30DECREE

PN:-27b-2-75
FEELER -U-NGE

5T'03630;

DRAWING REV. 00

DELIVERe -REGUIRED           AT DESTINATION
        6/31"00                          400     1211061

DRAL41NC REV

# 7 F

ms ft*->.M oft'Al ~-X~ a ~r ~~ ~~              ooc~s

PURIC*4ASF0P4XR C-000000-2:338          PO REV     Do,-
c .. A cn                           lrA
    B/17/00              1,
           suai lcy -0 wsncno" w
       F~                    !'H/'D YORK
               cwc

0%-~ 0 'OUW 4E0 Il.t 0jF

SHIP TO (ABOVE ADDRES-c UNIL       OTHERWISE INDICATED BEUM)

                                HARLEY-DAVIDSO% INC
                                1425 EDEN ROAD
                                YORK, PA                     17402

                            -J L MARK FOR P. 0.
                                   PETER FILLIP
      SHIP P[)IrIT          rLL OTI--ER CARRIERS

EA                        PN:-27-/-EG7DRAWING REV. 001
      FLYWHEEL PULLER

      5TO363C.4

      DELIVERY REGUIRED AT DESTINATION
        B/31/00                          5     1211061

EA         PN:-'-77---:40
      PLUG RFMCVER

E i-

DRAWING REV

5T03e304

DELIVERY REQUIRED AT DESTINATION
        8/31/00                     50-D    1211061

I

DRAWING REV                I

I

I

I

I

FOR H-D M07 0A COMPANY

WE          -.or m~sct To

Tk (PEF*An ND W 101IM

T-4-

1112". 17-307c,

# 1

IS. 313 7()

/f' --) I-.-

. - I.., -c

!;64. 65

$156. 65

3B574C                1                    i $4850  0'7
                      I

9        2 14 CID

$285 9&

SIMEONE 02662
CONFIDENTIAL

                                ~78.t*F;O REV' 000

C -000000:27
-TP..C..SE OFFICER C C")~00'0

                    ---T -c'04-f.1 cc>-~ D

I

**Harley-Davic son Motor Company**
**rXN2*q PAI* )tPAXNkA)MV)7X7X4W 0**
P. 0. 13 D. 4 93
MILWAUKEE -, WI 53203

)MIT INVOICES IN TRIPLICATE TO *ABO% E* AllOR ESS . ATTN : ACC TS, __PAYABLE__

T)IS PUFC~ASEOWA a aa~W Am              ~t wv( - - 57 -**WS**

__IPURCMASEOADER__ C-0000002336 __FO__ REY 000

I-                              1    7   PMP-"DT Co.      No

        mV UMIACI ID 1.-CI~ W

        113-                        11  -  H/D YORK
cxwr--An or ca"I-Act              co"    u0q%Alft owe
                          R1050

71            RO-TAX GMBH
  PO BOX 5. GUNS KIP.HEN

```
   AUSTRIA, A46Z3

E4

E r-

7 F
```

**SHIP TO (ABOVE ADDRESS UNLESS CITHERMSE INDICATED BELO"**

```
                        HARLEY-DAVIDSON, INC.
                        1425 EDEN ROAD
                        YORK, PA                    1-74()2
                    _J L MARK FOR P 0 C -0000002:338
```

A

```
SHIP POINT                                     OTHER sCARRIERS
              ALL                              PETER PILLI
DELIVERY REGUIRED AT DESTINATION
        B/31/00                        65    1211061

PN: --'3C--E 4 0
GASKET

5T03EI3~5

$8.95630

DRAWING REV -DO



DELIVEPY REGUIRED                A7    DESTINATION
        B.'3: / 0 Ci             I t-O    1211061

PN~ -24: --22
OIL PLUG

5TO396i6

DRAWING REV

DELIVERY REGUIRED A- DESTINATION
        8f31,'00                    25    1211061

PN:-24D-4SO
PLUG I/B---'7NPT

5T039122

DRAWING REV. 00

DELIVERY REGUIRED Ar DESTINATION
```

I

I

e/2 1.,* 0 0                                    12E_211061    1      1 1-1190

                              cl

PN~ -260-210
RUBBE; _cLEEVE

5T039E10,c ᵤ5TO39960

DRAWING REV 0

DELIVT:RV RFOUIRED AT DESTINATION

.

$582 32

S285. 37

~1:21 09clic, ,                1774t

I

i

I

$89 36

SUPPUER

FOR H D MOTOR COMPANY

-.11-1

SIMEONE 02663

CONFIDENT'AL

        Harley -Di,vidson Motor Company
        **XtANg! RqWk )Pft ?kXk4W k7ftV k7g**
        P 0. POX 4173
        MILWAUKEE, WI 53ZO1
*SUBMIT INVOICES* IN *TRIPLICATE TO* ABOVE *ADDRESS,* ATTN: *ACCIS.* <u>PAYABLE</u>

    f- ROTAX GMBH
To PO BOX 5, GUNS K~ RCHEN
    <u>AUSTRIA,</u> A46Z3

                    A                          A &&ZI ~fFA 6- -.GClS~        DO"W.TS

PUROiASIE OR1)EJR C -001)0002338                PO REV        000
                                        Gowe-8.1 COW
8-£"                                -h.1 COW

    8/17/00                            3cw_

PAO- RA±NG                    -'0-

        **15" 7** El .              **HID YORK**

-8° W= CO £±........                    com        sum-Lwok CCCK
.............                    **R1050**

I I

SHIP TO IABOVE ADDRES-S UNLESS OTHE:MSE N04CATED BELOW)

HARLEY-DAVIDSIN, INC.
14-25 EDEN ROAD
YORK. PA                    1740-2

-J L MARK FOR P. & C-0000OC23313

1430 DAYS                SHIP f'O*'IAT        LL OTHER CARRIERS  PETER FIL-IBl wc

0

1

.3

14

KC 6113 il-C~) T.&          k-₂/

1
        20 E A

I

        2501 Ef,
             i i

I        ~00

                                        i
                                        I

I

ic

100

E

$1, 2~i7Z?O

PN: -7*59--BB5 INNER PLATE

5TO39130,;

DRAWING REV

DELIVl-:'R*,' REQUIRED ikT DESTINATION
        1311:31 /00                    20    1211061

PN'-259--913
CLUTCH PLATE I 2511ti

5TO39:301

DRAWING REV

DELIVERY REQUIRED              AT DESTINATION

3/ 3 1/00                                    250      1211061

EA                    PN.-276--28C,
       SPARK P-UG WRENCH

5TO39304

DRAWING REV

DELIVERY REQUIRED              AT OESTINATION
         8/31/00                     1200     12!1061

PN:-E399-785
LOCTITE 221 VIOLET

5T039BO4

DRAWING REV 00

DELIVERY REGUIRED 6.T DESTINATION
         8/21/00                       10     1211061

59-905
ICN PLATE

16 4&1-20

                              ts 2 5 -.' -3 -3' C,

DRAWING REV

~Awww*ftdlli-

    SJ8V. zM

$329 -vi:'

S 6 4 3. :32'

1 90J~50              139i ~ 3!-

I

I

0            s4l '5.

      !
FOR H-O MOrOR COMPANY

SUPPLIER

SIAIEONE 02664
CONFIDENTIAL

            Harley-Eavidson Motor Company
        k4g-"ACA JJ*4~ ) P)*X FAA )M" X?ftXi n
            P. 0. BCX 493
            MILWAUKEE, WI 53201
UBMfT INVOICES IN TFII?=TE TO ABOVE ADDRESS. ATYN: Al=TS. PAYABLE

    f-
      R-OTAX GMBH
-0 PO BOX 5, GUNS F.IUCHEN
      AUSTRIA, A46Z3

0

.6        5

I
i

E A

I

17        a Er

I

'        I~

--IR-WFiPOSE OACIEqo-W ft                    W CC& Soo 5"-Wજ VCC-MWOS

[PURCHASEORDEA C-000C002332 TT REV                    000

B/ 17 /0~

vc vtzm.

Q                    **H/D YORK**
                                                      %OfiJLR CODE
""18, W--
nf8 vTcvwwv.3  ₐ                                      R 1050

S141P TO (ABOVE ADDRESS UNLESS OTHERWISE INDICaM BELOW)

HARLEY-DAVIDS014, INC, 1425 EDEN ROAD YORK, PA

-J L MARK FOR P. O~ C-00000~2:338

  I P                                        -- ~'sax-a
;-H jlP ID 31                                3'"OF f1 8%+AM US~

LL OT14ER CARRIERS1 PETER FILLIP Cj

5T040087
DELIVER'r REQUIRED AT DESTINATION

1-'qc)~

-i

PN: -2'-10--,DB0
RING ;!6:32 DIN7603A

'

  d ,
t~q      11

5T04008"

E/Z 1 /00                              1000   1211061   $4.64750

                                                1

DRAWING REV 00

DELIV)='R'~ REQUIRED      AT DESTINATIDt4
      !3/*31 /00              -20   1211061

PN~-2S4-961                  DRAWING REV,00
BOOT SPARK PLUG PROTECT

5TO40OE7

*, 47660

DELIIvEFY REQUIRED AT DESTINATION
          9/ :31 /00                                                    50211061     43020

PNi -;!6,f.-737
IGNI--I{)N COIL ASSr

5T0400137

DRAWING REV. 00

DELIVEWY' REQUIRED AT DESTINATION
          8/31/00                          85    121 1061

S4647.50

$57. 19

$571. 5!

FOR WD MOTOR COMPANY

vAJT-cftn0.w"L-f)

44 1;3'}JC-

$3781 2

KC 610 (PC;RI 40

                                                           SUPPLIER

SIMEONE 02665
CONFIDENTIAL

HarleV-DavicLson Motor Com.pany
Y"~" xcf4(_v.bm 1~-%WWW~n
P. 0. 13 0 ' ~ 493
MILWAUKEK, W I 53201

BMIT INVOICES IN TRIPLICATE TO ABOIT ADDRESS, ATTN: ACCTS. PAYABLE

INS ftocmw 0 MA4*Ft musf __ Au -v>a s ~c P-V~. 0-".n

**IPURCHASEORDER** C-000000233B FO REV: 000

ORMROCE **=7fte"'I**

    B/17/ 00          50,

-KW = --G

        157c, ,'07-1 ,.          "H/D YORK

            _7              R1050

CV-11c," 01 cc..ft-=          SLO ftm Cam

E           IJOFIC- .

        Pteouvwn ' OLW
    SHIP TO (ABOVE ADDRESS UNLESS 07HER/ASE INDICKI-ED BELOW)

-R07AX GMBH                    HARLEY-DAVIDSON, INC.
  PO BOX 5, GUNS KIR(HEN      1425 EDEN ROAD
  AUSTRIA, A4623              YORK, PA                    !74C2

_J LMARK FOR P.O. C-000000--Z:39

10

                                                WW I CW n s-~"W
                                                          InK [:5
    DAYS              SHIP PDII~F--          LL OTHER CARRIERS

PETER FILLIP]

I

NOTE- T141!3 PURCHASE ORDER MAY NOT BE ALTERED 11-J ANY MANNER (TOTAL COST, DELIVERY, ETC.) WITHOUT PRIOR AUTHORI'~ATION OF THE HARLEY-DAVIDSON PURCHASIN,; DEPARTMENT, YORK DIVISION.

I

i

BY ACCEI>Tfr\IG THIS ORDER OR ANY PART T EREOF, SELLER AGREES *TO BE* BOUND BY THE INST UCTIONS, TERMS AND CONDITIONS ON THE FACE OF T E ORDER AND ATTACH ED HERETO FORM NO - Y6034 CP).
NOTE
MATERIAL *';AFETY* DATA SHEET(S) MUST BE FORWARDED TO SAFETY DEPARTMENT
    HARLEe--)AVIDSOr,J MOTOR COMPANY
    1425 ~=_D':_:N ROAD
    YORK, PA 17402
WHEN APIDLZCABLE

I

H-D REPIRE*3ENTS TO SUPPLIER THAT H-D 1 TAKING NL,- APPROPRIA'F ACTIONS TO PREVENT AWY INABILIT" TO PERFORM ITS OBLIGATIONS UNDER TH-S PURCHASE ORDER A RESUL'r jF YEAR 2000 SOFTWARE PRDBLE~ SUPPLIER I?EPRESENTS 70 H-D THAT SUPPL 15 TAKING ALL APPROPRIATE ACTIONS TO PREVENT A:4Y INABILIT" TO PERFORM ITS OBLIGATIO;'JS3 UNDER TH'S PURCHASE ORDER A RES'JLr )F YEA R _2000 SOF TWARE PROBLEt-



ii E 99TOUGti - YOR                41

-13 (pcFtv

t t~                    _ I~ ~_

s

r

AS
S
ER

As s

 I
 i
I
I

I
I
I

            I

TOTAL.

        FOR H-D MOTO R 1,OM PA"Y
MANAGER OF MATERIALS

I

1-lewlllIft~

I

$17234. 14

SUPPUER

SIMEONE 02666
CONFIDENTIAL

I                    - . ···

JL dU

*~ 0 - :

411 Ilk -

i.. t t

VU ~p

: ·. ٩ ~

u L:/i V

i

au va

n .. ۱~P

# BOMBARDIER
*RECREA710NAL PRODUCTS*

**Bwtbatdw-RotLi GmbH**
wew STasse 32
A-623 CAmvmo'im ALara
Tefelon (43) 72461601 -0
Faxi43)7246/6370
hTip I/wwfecreabonbcrnbaTdoD=

Postan schrrit Bo moaro per-Rot a. Gmb H POS Ilacn 5. A -4623 G ur-sk,mn en, Au Srla

r.,e bmw~

P-" p -

L4f fwl(>Y

so zm~v tvv

caamw

I U~ ALOraM4W                20a~
                cxw

AL# C"ic uw.L~ L*W- uncl ~k~wqjVeo WIaM~ ~ Wren ks nm Roa*"V.-a cw2t, I ()~0~ ( ~ om-yw S*m C~ - ~ N*

Bem.vuv/D.~

lffooom rolm
Mamwu C*~

1* Ursixungsand I Cowdry o( onon
OM4barIk AG. V~et Kbm 2S3 0701/DD OL2 15130 laV4 AT701513 0002 830 7 0100
LAD-N,                    ATU 2QW50L4. FA BC>AWDE P-PAOTAX GM8H
Ges*tbk*&                            %00L~ B Loz

a--oft-d

            I I
            i

!
:

SIMEONE 02667

CONMENTIAL

~trrjgSmsm 0 a b&uCnM
-- . ۲ - C-

I

tj  V 11 Lr

?i . p t.

Poslansdt'll 80~9)aWcf-Fiofa. GbH. PosJaCt, S. A-4/23 Gurr.*irOhen. AlWria

# BOMBARDIER

*RECREA77ONAL PROMM*

Bw"rdw4zkAm GmbH
wco-r Srasse 32
A4623 GunOuidw. Ausm
Teom (43) 7246/601 -0
Fax(43)7246/6370
nrp./jwwwrecwbmDofb3njw=m

Ek. 22pwg wo so"ft~ ᵇₐₙ <u>W"rmwp~ am</u>

91j Ug

r.~ ft

UL U

"V V'J

'ji. U~

.,. **nr**

B_.km~
cl~ Cape                              mn co
ʟ.- zhow
Ow ᵣd                    0.-ᵧ om
w- flos"kwro" yof t ow %
p**~
          "C-s"
Ad CwUncl UnlYer ʟₓ₄₊- UᵢB WᵢA&ISMGW-VM SWM- w ꜰ- ᵢw ftc AwiₐₓV tov Goww / On rlaso ₒꜰ ox DeftwyaW Sales Gu⁰4cmm saMvm
=
A-.'-'.'fP-.-

Zw-p
Pw~ c-mm-

I

BEMITOW

I

V Uraprurogoand I Coun" ot oton
DMDW" AG ft&KOMOM-0701/00 BLZ 75130 ekNAr7015l30002&107' 100
UK)-?*            ATU 2448665G4. FA E)()M13ARDIERRoTALX GMBH
Goschaftstuft"                              P00W 8 Lc..n
Fmmmcn-N,                              FN iQ3133 v

I

SIMEONE 02668
CONFIDENTIAL

Be, Zantirogsverzug weruen                    Verzugasmm p a bomchnot
Elr%~crourgen ur-4 Bcarlwojmx~ konnen r4y wv"dub 8 lagen racn Eftw

**Harley-Davidson Motor Company k9-Vft ""A M 5~.,~ "2)e kl~" 0 P. O~ BOX 4c?3**
MILWAUKEE, WI 53201
**UBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN:XCCTS. PAYABLE**

        Opc" A." Q "I PP"A C. All

**PURCHASE ORDER** C_OOODOO2262            **PO REV: 000**

    0-n            Pm
    2/03/00 1
                            I_H/D YORK

ml-w4clm crcc~-                    ="cam            **CODE**
                        R1050
    **SHIP TO (ABOVE ADDRESS UNLESS CITHERMSE INDICCIED BELOW)**

F
- ROTAX GMBH

O Pb BOX 5, GUNS KIRCHEN L AUSTRIA, A4623

.113 (PCni i tW

# 71-

HARLEY-DAVIDSON, INC.
**1425 EDEN ROAD**
YORK, PA

17402

_ J L MARK FOR P, 0. C-0000002262

                                                                          **ADA P°.Mf**
                        **cxxwT**
30 DAYS                           SHIP POINT LL              OTHER CARRIERS
        PETER FILLIP                               **son cw ft**


260            EA       PN:-277-847                 DRAWING REV.

                        SCREWDRIVER ASSY


                        FOR 277-837

                        5TO27162

                        DELIVERY REQUIRED        AT    DESTINATION

                        3/15/00          260     **1211061**
        $1.62135        **$423.41'**
200            EA       PN:-676-195                 DRAWING REV.            00

                        TOOL ROLL

                        **5T037162**

                        DELIVERY REQUIRED

AT

DESTINATION



```
                                    3/15/00              200      1211061                                        S3.5923
              1710.4c~
500              E              PN:-276-065                        DRAWING REV        001

                               WRENCH 10 X 13

                               5TO37162

                               DELIVERY REQUIRED              AT      DESTINATION

                                    3/15/00              500      1211061                                        $1,1518
              $575 qC;
50               EA            PN:-277-825                        DRAWING REV        00

                               WRENCH 22 X 24

                               5T037162

                               DELIVERY REQUIRED              AT      DESTINATION

                                    3/15/00                50     1211061
       $5,2429   $262.14
_*"enm                                                            FOR H-D MOTOR COMPANY
                                                                  -V-C- D
```

SUPPLIER

SIMEONE 02669
CONFIDENTIAL

Harley-DaMson Motor Company

*;rq~)MWT_94* XW< *R%IX4X=AW"*
*P O_ BOX. 4173*
MILWAUKEE, WI 53201

SUBWT INVOICES IN TRIPLICATE TO ABOVE ADIMM, ATTk:ACCTS. PAYABLE

PURCHUEDRDER C-0000002353            PO REV. 0022

CA° Dal                    Pm
   10125/00                 1
.I. oArry ROW .G                         m.%,£< VO CV*c7- 4°    Aj

              15,
                                         DD.                    H/D YORK
   LWO W.."                              sw cwc                 uppulm crxx
   K RM SPSC M-Ass° A                    R1030
   amavulm
   W*P TO "W E ADDRESS UNLESS O THERMSE IN D'I         BELOM

                              Z6__M_~s

  F-ROTAX GMBH
Tu- PO BOX 5. GUNS KIRCHEN
    AUSTRIA, A46ZZ3
  L

          I &-- %u                              00 ew." Zm"    WWU

SHIP POINT ~LL OTHER CARRIERS   BILL -WERNER

-i

I ==--.

a~b~ri ot

EA

EA

EA

EA

    MFG# 2?5-425 CRANKCASE ASSY

PN:-293-394           ,/
CRANKSHAFT REP KIT.

**PART REV. 00**

DELIVERY REQUIRED AT DESTINATION
    10131/00                        3    515852.0

PN: -YMISC
MISCELLANEOUS ITEM

PART REV.

MFG# 223-700
100 MILLIMETER BORE CYLINDER

DELIVERY REGUIRED AT DESTINATION
    10/31/00                        2    515852.0

PN:-YPROTOTYPE              PART REV.
PROTOTYPE PRODUCTION COMPONENT

MFG# 2-23-700
1.92 MILLIMETER BORE
  LEASE SH                    lu:
HARLEY-DAVIDSON JUNEAU AVENUE
3700 WEST JUNE7AUAVENUE
MILWAUKEE,              WI 53208
**ATTN**: BILL WERNER

**DELIVERY** REQUIRED AT DESTINATION
    10/31/00                        2    515B52.0

PN:-YMISC
MISCELLANEOUS ITEM

PART REV,

I

I

$2

$2

?3.74000

54. 42000

54 42000

-L._____I

ron H D MOTOR COMPANY

**S2BI.22**

**$508.84**

**$508 84**

SIMEONE 02670
CONFIDENTIAL

ι.v-08* vo-vi'mi

SUPPUER            C

~_. r,"ll W 7

~ 00 -)> c ~ -~l
1-71 Y~ 1:4-C
R'c" -3 e (. na

Harley-Davidson Motor Company
x'M=d62= xum wxxwVKb=K"
P. 0. BOX 493
MILWAUKEE, WI 53201

;UoMrr **INVOICES IN TIMUCA TE To A50V t** ADORCSS, ATM: ACCIS. PAYABLE

**FROTAX GMBH**
**.0 PO BOX 5, GUNS KIRCHEN**
AUSTRIA. A46Z3

|  | -AftamAy | c. ftL "QC" .0 |
| --- | --- | --- |
| **PURCHACEORM** C-0000002353 | PO REV: 002 | |
| CPIXADAM | PAM | GDOftnew **aoww= "a** |
| *10/25/00* | *2* | |
| 1%.Mr t *bjex*= ιₐ 4M.•ₒₒ | W.. A3 | |
| 0- | D - | *H/D YORK* |
| *cvα-x=c* Cw DO-PLMMM | com | a-8AA COO& |
| - VIM WSWCAnOPS ∆ | *R1050* | |

I

MMSVMS rdulfftoN DUO
**SHIP TO 4ABOVE AODRESS UNLESS** *0114EMM* **INDICATM RELOM**

_J LMARK FOR P. 13. **C-0000002353**

SHIP POINT                                        OTHER CARRIERS
EILL'WERNER

ru!                        I LT

I

75.69570

DELIVERY REQUIRED AT DESTINATION
3 515852.0

PN:-YMISC
MISCELLANEOUS 17EM

```
MFQ# 427-421 /
SHIM 4_2 X 52 X 0,3

PART REV.

DELIVERY REQUIRED AT DESTINATION
    10/31/00                    12   515952.0

PN: -YMISC
MISCELLANEOUS TEM

MFG# 427-422 ~
SHIM 42 X 52 X 0,1

PART REV.

DELIVERY REQUIRED AT DESTINATION
    10/31/00                    12   51Z56'_N_'. 0

SUPPLIER
```

s_~

rOR H-0 MOTOR COMPANY

vor"Ofhow"NVO

$1127.08

$. 75?10

$ 72380

$9. 10

*a. 6B

SIMEONE 02671
CONFIDENTIAL

**Harley-Davidson Motor Company**
                '4= PX X4==W=
**Xg=M X0M** ʌ
```
P. 0. BOX 473
MILWAUKEE, WI 5_2201
```

**WORIT INVOICES** W *TRIPLICATE TO ABOVE* ADDRES S. ATTN: ACCTS . PATAS

f-R07AX GMBH
ro - PO BOX 5, GUNS KIRCHEN
        AUSTRIA, A46Z3

L                    _F__ **r**
                     L~A
                                                                CoNrowdsoo vᴇ·ᴀʟ
Coto" ᶜꜰ        ft-A'        MALE - UM WAAM W
```
130 DAYS                    SHIP POINT        OTHER CARRIERS   HILL-WERNER ᵣ-·ᵂ
```

ʰ° ᵗ·ᵗ𝓌__ₑ cl~
[PURCHASE ORDERC-~*000002253   PO REV: 002        *ʳ=·ʰ_ 0.       ~G 41~0 ?.?
    apkamom                                        ᵂ· E
    10 / .! 5 / 00                                    3
MwMryftQV'0                              ᵂᶜ USA0 io mevicnow in

            0 ~0                                  **2** ᵣᴹ   H/D YORK
                    ᶜ ᴵᴺ ᵀ ᴺ' ᶜʳ ᶜᵒ·ʳ%ᵏᵒ.=                          ᵒʷᶜ   9--jum aux
r-1 ", ꜰᴬᴹ ᵛᴹᵒ ᴬᶜᴶᵂᵂ- ᴬ              R1050

        S"jp T0 (AgovE ADDRESS UM E SOTHERMSE INDICJCM BELOW)

_J LMARKrORP. 0. C~-000235.3

_j

NOTE: THIS PURCHA22 ORDER MAY NOT BE
ALTERED IN ANY MANNER (TOTAL COST,
DELIVERY, ETC. ) WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVIDSON
PURCHASING DEPARTMENT, YORK DIVISION,

BY ACCEPTING THIS ORDER OR ANY PART TH
SELLER AGREES TO DE BOUND BY THE INS7R
TERMS AND CONDITIONS ON THE FACE OF TH
AND ATTACHED HERETO FORM NO - Y6034 <P
NOTE:
MATERIAL SAFETY DATA SHEET(S) MVST BE
FORWARDED 70 SAFETY DEPARTMENT
  HARLEY-DAVIDSON MOTOR COMPANY
  1425 EDEN ROAD
  YORK, PA 17402
WHEN APPLICABLE

H-D REPRESENTS TO SUPPLIER THAT H-D IS
TAKING ALL APPROPRIATE ACTIONS 70
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER
A RESULT OF YEAR 2000 SOFTWARE PROBLE
SUPPLIFIR REPRESENTS TO H-D THAT SUPPLI
15 TAKING ALL APPROPRIATE ACTIONG TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER AS
A RESULT OF YEAR 2000 SOFTWARE PROBLEMS

I

                    YORK        41

V

=7611.

SUPPUER

EREOF, UCTIONS, E ORDER CP).

hS

IEP

FOR H-O MOT OR COMPAW
MIKE EATOUGH - YORK

wjr"col= ba_"n

TOTAL

$2443. 71

** TOTAL PAGE. 04 "

  SUMEONE 02672
CONFIDENTIAL

7

. L

Fm"Ch!~A-46= Qx*wCr'E AUBM

*son 1*

*R-0*

# 0- lot,

I

## .0i

, A ,

# i NV0.! CE.-*.'

:1                bkVtJjW wib -------        1~ma

Uft"'w%W& tft wahwal"Mo lift

Im s - '_ . 7. . -1 .

|  |  |
|---|---|
| cκn am | L'-WA.&WO"k C*km an c. c~w to;        Ow"L        ɛn . DAM |

jtiVWa-d_ vy 7STM

*κjɪ 010 m*  **AAGmrdkm Lamr-uwWm%fttmedrujvm~ ~a ɪ ftwl or l "m1fdr-MM IC)rbɔmctuapWwywid9aftOxdb",6=vVm**

-4ight to -Harle ꜰ Y-Da viclson.; Inc ii 4E'~ Zd*P Roa id.'.

354

| | | 7-- 7 | | |
|---|---|---|---|---|
| | | SuDp 1 y no.-:.. eoaa7673 | | |
| | | U_ rder 'no ꜰ 220743- | | |
| | | C-000(w'*3223a | | |
| 10 0 | P_ ZC4-40 | AT'        GA9J,.ET' | 23,71' | P, a-, 30 |
| | I | JW4L rR PLATF_-~" 7. | | 23,07.7; . eZ., |
| | jpt | SKJ ~'j t)t;'. CVF~b' | C(O | |
| | | Suppl)' nd~ 'JW ~?575a' | | |
| | | Draer no. s L13Z21 | | |
| | | oruct; .1 C-0000002 '4' | | |
| 0 | 230sqo   IT | 0 PING 17-Z;5 | | |
| 10 | '7307115, | 5P        OIL SEAL 35XZ-7X7 | | 53 ' 90 |
| | ib'2363iO | 1 T        D-RING | 20 - 018, 'E00~75 | |
| LC)- | e3IZ~&Q JP | OIL SEAL 2--)k.3ax'7. | 42.*II | 424,05 |
| 19- | eaOom   AT | GAS)<.EET' RIING'-A A6XROX-1 | | 15-.-95 |

Harld I i-nᵩ ChAW.ge

FrCA Ekinskircnan                4TS      '-.4509191.;0G.

CoLtntr y o't~ origins
AT-- Aus tr~la - fEC),
IT 1 ta ly, i'~I EC)
~yp Japan
Sl:- Slolven ia

5,
ys "I d.~ ta.

SIMEONE 0267

Cbwbmk A" WAk ?QM 2334VMlM RZ MX BM AT701513-(M 8307 DlDO
MU 24BU65K FA 90WHARDERMTAX GмBH

Gwdwbs~                                                    PbLqWaLm;

Bw Zat"xwβ'w&g ·wmn

                        3
CONFIDENTIAL

Var~ gk a. b6mch-ot

                                                    A-4M8M . %"ʃ . Aw
                                                                          %
                                              Fa~ 444        swm.
                                  Par, 2

                                                              HA17 bjqj6.jk
                                  I M4"

              XJt-r' :17e ~-gNt "tO

                              -P,Q, Q-

                        -a

        7777

    w
      t4.r k            Appa

    m*s-t4ir is ; -ROTAX,~'-

                  ts

~n ..

.1ffcQmbFZP-ftch S. A-4623,G=M3thn. A&Wm

                                        ck
                                        On
ţ,·
·ţ,.·

nq~-~,asftterials ar& tota . 1 ly :~fr.e&- :
ly-.*'ft~" :fi.-om live plarLt--pwsts.

~767a,              ~t rj Me

dmr)~S.              aed~Jct raw'j'roo-

                              QYMPANP WM IA

          /cosawy cd 010
          283-9?M/DeM2 16130, lM AM 1513 0002 E007 OM
LW4i ZQGZ" F& DDl~ Wa4
eQGJW bEhior'              a to*"

                CONFIDENTIAL

Ekm Za*wvmwaQ "opcion
C - - . -'~- -
a T-

11

)2

04

F_

        OTAX GMBH

```
To PO BOX :5, GUNS KIRCHEN
      AUSTRIA, A46Z3
    L
```

N30 DAYS

```
        10

        10

~3        101

        10
```

I

I ~tS PU-Ch&SE  0I0f-NL*4EA.US I .~F-. ON - -D.CES.W  S-1,CxxL~* -IS
**PUR04AM ORMR** C-0000002354 PO REV: 000

I *cx~or s*                                    -GE     GIb-T4IWT      0
   10120100                                    1
                                        HID YORK
                                        **stf-fteficam**
CE MY f-CAn 01 COM PLAks                        **R1050**
                P

**EI**                                    _1w= OV,
    **SHIP TO (ABOVE ADDRESS UNLESS OTHERMSE INDICArIED BELOW)**

            Harley-Davidson Motor Company
            X4t_ 'd3"X= Xd(IX PXX49ZVXZMIXMX
            P. 0. BOX 4E73
            MILWAUKEE, WI 53201
*SUBMIT INVOICES IN TRIPLICATE TO ABOVE* ADDRESS. ATTN: ACCTS. *PAYABLE*

            7 **FHARLEY-DAVIDSON, INC.**
                **1425** EDEN ROAD
                YORK, PA                1740-2
            _J LMARK **FOR** P. 0. C-0000002354

0~..                                      0S"TVWrW0 VE0MAL M)=a,    W.M.Li" mm" - "M UAL'0To
~Ll_OTHER CARRIERS PETER **FILLIP**       Sim C." slu~" ~
                                                            7
                                    W'J'
                                                $4. 6-:

-M
 SHIP POINT

PN:-230-690
D-RING 17-2.5 N70

PARTS FOR DEAUERS

EA

EA

            EA

            EA

.5        10 EA

                **A**

                PART REV. 00

  DELIVERY REQUIRED AT DESTINATION
        10/27/00        10 1211061

```
PN -930-715
OIL SEAL
```

IFOR DEALER ORDERS

                          PART REV. 00

```
DELIVERY REQUIRED AT DESTINATION
     10/27/00              10 1211061
```

```
PN:-230-310
O-RING 114-2 NUM 70
```

FOR DEALER ORDERS

                          PART REV. 00

```
DELIVERY REQUIRED AT DESTINATION
     10/27/00              10 1211061
```

PN: -831-260
```
OIL SEAL
```

FOR DEALER ORDERS

                          PART REV 00

```
DELIVERY REQUIRED AT DESTINATION
     10/27/00              10 1211061
```

PN:-230-1?05
```
RING GASK 16X20DIN7603A
```

PART REV, 00

SUPPLIER

        W)L~

i

I S. SO

64-32490

FOR H-0 MOTOR COMPANY

I
I

1,1.61120

3  40300

$43~ 24

$16. 11

$34.03

              TIAL
```
SCIOMNEFOI DN EE NO 2 6 7 5
```

Harley-DaLilson Motor Company
```
X41V'XM*;,V" W" XAXIX4=M7A=9K%7Q
P. D. BOX 473
MILWAUKEE, WI :53201
```

**SUBMIT** <u>INVOICES IN TRIPLICATE</u> **TO ABOVE ADDRESS. ATTN: ACCTS.** <u>PAYABLE</u>

r

ROTAX GMBH
To PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

L

PVI OftDFR C-0000002354         PO REV: 000

ow*A act                                    c*'*'

10120-100                                   1

pwx~ - . ᵍ        I" ulsAcl IospEcTill w

10.                                    H/D YORK

cE~c~t ol cc-%..Kx

R1050

Ej ᵒ-ᵖ-fto=dm. ow'                I

SHIP TO (ABOVE ADDRESS UNLESS OTHII IND1 BELOW)

HARLEY-DAVIDSON, INC.
1425 EDEN ROAD
YORK, PA

_J L MARK FOR P.D. C-0000002:354

17402

WAWS              ~L                to uxm"   I IW3-E . -'M VJAXC 38 UX
N30 DAYS                    OTHER CARRIERS  SHIP POINT              PETER FILLI  P

SVJT CF PA S-4ja & 0 L9

MR'-    lip

FOR DEALER ORDERS
IDELIVERY REGUIRED AT DESTINATION

10/27/00 10 1211061 S.12840                              S1. 2f
!NOTE: THIS PURCHASE ORDER MAY NOT BE

ALTERED IN ANY MANNER (TOTAL COST,

DELIVERY, ETC.) WITHOUT PRIOR

AUTHORIZATION OF THE HARLEY-DAVIDSDN

PURCHASING DEPARTMENT. YORK DIVISION,

BY ACCEPTING THIS ORDER DR ANY PART THEREOF,

SELLER AGREES TO BE BOUND BY THE INSTR CTIONS,

TERMS AND CONDITIONS ON THE FACE OF THE ORDER

AND ATTACHED HERETO FORM NO - Y6034 (PCR).

NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE

FORWARDED TO SAFETY DEPARTMENT

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK. PA 1740-2
WHEN APPLICABLE
                    FOR H-0 MOTOR COMPANY

KC 6113 IPCRI 11"

SUPPUER

SIMEONE 02676
CONFIDENTIAL

*FORIA* NO. Y1110M (PCR)
3

HARLEY-DAVIDSON, INC.
PURCHASE ORDER
STANDARD TERMS AND CONDITIONS

1~    ACCEPTANCE ACCEPTANCE - The parives "if be pound try this Purchwe Order and all its terms and conditions when Seller executes and its terms and conditions when Seller executes and returns Trio ackno or deliver% w furnishes to Buyer any of the goods and or services ordered. No contract shall exist except as heremabove provided.

2,    DELIVERY DELIVERY - The time of delivery stated is of The DELIVERY - The time of delivery stated is of The essence of DELIVERY - The time of delivery stated is of The essence of this The onto specif ied for delivery i BuyerBuyer reservesBuyer reserves The rightto refuse any goods or services in accordance withBuyer reserves The right to refuse any goods or services in accordance with the terms specified herein it Sellers cativerias w il not meet agreed orcanneninorce, orcanneninorce, to expedites such delivery and any difference in cost Cau3ed by Such change shall be paidorcanneninorce, to expedites such delivery and any difference in cost Cau3ed by Such change shall be paid by Seller Prov Accap-

*c* ar *n8roer Shelf riot piog Buyer to accept ce of any part of tne Purchase*

:8.11ufeshtpmmtg 8.11ufeshtpmmtg Or Derforh2rice of Services nor doonve tiot trieright to return goods already accepted and snail not be deemed to be a waive, of Buyers right to Cancel or return allreturn all or any pan ofreturn all or any panof of failure to conform to Purchase Order Or Dy reason of failure to conform to Purchase Order Dy reason of detects. Tal"t or patent or latent defects. Tal"t or patent  ... include manufacturing cost or of liabilities. OrOr other special consequential and incidental Damages occasioned by Buyer. Such rigfts Shall be in additon to any other remedies provided hereunder or Provided by lawor ohorwrea. DeliveryOr other special consequential and incidental Dam to be complete until goods have been actually received and accept"by Buyer notwithstanding delivaryto any Carrier or until any service-3 have benth performed, raueiveo and accepted
PACKING/PACKING AND SHIPPING - The goods pu,crazoo hereunder must pe suitably packed and prepared for Shipment PACKING AND SHIPPING - The gods pu,crazoo hereunder must pe suitably packed and prepared for Shipment toPA transponationtronsponation specifications oftronsponation specifications of Buyer and in all cases to comply with carriers regulations. All charges for Packing, crating, and transponajiO n wo Included in the price for trio goodstronsponation speci byby Sailor except as Otherwise 3procitic3lly stated on the reverse side by Sailor except as Otherwise 3procitic3lly stated on the reverse side of tilt, Purchase Order A Pack ing List shall accompany each por of Package shipment showing they S we well as the florin number Anil a ciescrotion of Ina goods to ~ event that no such Packing List accompanies any shipment, the count ○ f wextrit at Differ measurewextrit at Differ measure of shall not be ODligaled to accept any shipmentsin excess of Invoratintict quantityano ·xCe33 of Advance shipments may be return" to Seller at Salter,  Apart a.

4.    PAYMENT-PAYMENT- The original and one cooyof a Bill of LacingPAYMENT- The original and one cooyof a Bill of Lacing orPAYMENT- The original and one cooyof a Bill of Lacing or comDarabia shipping document must accompany Sellers In shortagesshortage in Ina $$$$$ shipped or aefecIna $$$$$ rejected by Buyer or forrejected by Buyer or forany failure to pericum Services or detectiveorperformance thereof Any dscount period shall be calculated from Ble Caterejected by Buyer or fo of an appropriate invoice

5    WARRANTIESWARRANTIES - SellerWARRANTIES - Seller feDfDserts, certifies and warifints(1) that Ina pricvcnaged tortne goociasarcar 3eirvIC10SOurchas" Pursuant nerolo Shotj be no higher than Saler %WARRANTIES - Seller feDfOs farfor farfor the somequalityand quantity of such 9OOdSOf Services (2) that to goods Delivered pursuant hereto with Do new. unless otherwise Specified and of from dai infrom dai in material and workmanship and that all goods with an conform to aoplicatils Samples, specification. am-93 and sionctaesof quality and performance and Trial allgoods witt De lt". from datedsdesign and suitable for their IntendedPurpose,  ( 3 )    that the goocs
COvOrVClCOvOrVCl by This Purchase Order are fit and safe for COvOrVCl by This Purchase Order are fit and safe for consumer useCOvOrVCl by This Purchase Order are fit and safe for consumer use il so intended and comply with all app trer,trer, from Detects in material and worpmanship andwill pe periorff"dtrer, from Detects in material and worpmanship andwill pe periorff"o in accordance with Ina spKilications And instructions of Buyer provided nevertheless that Saller short ine momdlriermomtriiner and mrsansof performingmomtriiner and mrsansof performing 3ocn services and shelter all times remain an indepanoencionlracfor All Inerepreiseslations, coritlical,pris and warranties of Seller momtriiner and mrsansof perfo animes.animes. It anyanimes. It any stuill runanimes. It any stullrun to Buyer and Buyer'saffiliate Hfirley-Da√io3on, Inc. and customers Seller agrees to Indemnify defend and holis Buyer and 113 affiliate harmless from $$$ Claims. listility, ros s. expenseesexpense Including but not limitedexpense Including but not limited to recall expenses. reasonable of loineydoineys fee% 211d Other special consieclunitial and incidental damages ircUnector Sustained by Buyer or its Affiliate by rea of any warranty. certification or representation with respects to goods and or Services ~h,Ch Are covere~o Oy Ims Purchase Order
All goods Suppliedand Services performedpursuant hereto snall De
Subject to inspection and test by Buyer at ~. The United
States at all times And pices wheiner outing Or afler manufacture as $$
goods or performance as to serinres and nolivilhSlanning iris forms of
delivery or payment $$ as to goods. that tillahas not yet passed to Buyer
or tof"Is United States In trio Intent that goods supplied pursuant herein
or services Performed hereunder Contain Detects; in material ol wora
manstup at as to Services Are not Performed in accordance with the
1pecificattrns and Instructions of Buyer, Buyer may require prompt
Correction thereof or as to Services                    the services be,onaena
again 31 Seller's expense or as to goods neue that Tne goods De
replaced at Sellers expense It such aefectsexist orif Seller is unableOr
fetuses to replace tne gooasor tender theser,,.ce again promptly Buyer
may byconfact or otherwise reoiace such gooosor obtain 3ucn services
and charge Seller or Deduct from amounts Owed by Buyer to Seller the
Costs, expenses and losses snClud,ng incidental arid conseouent.81
damages-C.ttea The,eDywhich are,ne.cess of Seller 1 price to, such
goooso,sen,ICes $$. noI.l.cat,on to Sel,e, that goods are detective all
risk Of loss with reged to sucr,. goods Shall oe in Seiler and Seller snall
pay all paCit mg and Ship ving cna rges ir(connec tion witt, detective goods s
returned by Inc Buyer Buyer s aporoval of design lurniShed Dy Seller
shall not relieve Sdter Of ift obligations nereri The goods coveredDy
this Purcriase Order are intended for the manufacture &no Sale of

HT).53

INSIAN'SnOdlNSIAN'SnOd Products Of BuyeranoINSIAN'SnOd Products Of Buyerano Its offissafterano in whichINSIAN'SnOd Products Of Buyerano Its offissafterano in which buyerana ts, affiliate have built asubstantial sino "tumble reputa spliculs damages 10 Buyer and its Shilihiste. All rights are nomadism of the buyer and its affiliate hereunder Snail Do in addition to any oriffor fromildres provided " Law

6.    CHANGES- Buyermaystany time by written of 19"9raishic noticeranks Changes within the general Scope of this PurChasis Order in Orly one or more Of the follow,ing.
        (1)            Drawing designs or specifications
        (11)           Methods of Shipment or Packing
        fill)          Ovantitors,
        ffV)           Dishvery scrienies
        (V)            Place of delivery and
    ivi)               Instruction with reSpaΩ to the rendition of Sewicf"
    It any such change increaurs; ○ r  Ofterfations In" cost Of or the turer
    required for trio performance of the Pil"isseOrder an equitable
    20juSTment in the price " or delivery scnnvule will be Onjactim and M
    forth in a wntlen modificaton to the Purchase Orobr. Any claint f o r
    adjustment by Sailer under this clause mina be madif within thirty ( W )
    days from the dale of receipt Of the written nottlitcAtion of the change.

7.    TAXES - Fecerelstare or local taxes which are propely litilablesto Buyershall be stated sepaately in Seller"% invo~cjrs. All  tax exemption catrillf. Cates -11 be accafoledby Seller.

8,                                                TOOL  ING - In trio case of ary 110043 (lies jigs fixtures patterns oqupirmw
    or other facilities of Buyer which may be in Irs possession Of Seller ft
    connection wit" Ires Purchase order Seller agrees thatitrs responsibility
    snal be that of . patina and that he shall Indernnify anci hold harmless,
    Buyer from any toss or Damage thereto which iscausedlayoras a result
    of negligence act or emission on the pan Of Seller Or its 11119001111
    employees or others until such time $$$ such facilities istor delivered into
    the possession of Buyer With respect to such Iscilltest S~
        (1)            Make and affix Such markingis thereon as Buyer may dartild
        (11)    Make, no change modification or alteration thereto without
                       Buyers written consent
        (1111            Make no u $ o themrot except in the DMOLiCtrOn Of "winner
                       order" by Buyer
        (I V)          S to re₁she so me w #1 nou₁c harge I o Buyer in saparoled rac: its

or in sections of Sailer's plant in minor came clearly marked
-Property at Harley Davidson, Inc.~

(V)        Maintain The *me in goal condition excepting Only o~
d.n.k._v_. and too,

11 Seller acquires tooS or manulacluses them in connection with this
Purchase Order and cn/arges Buyer for the use thereof or a tool service
charge in connWicin marthliith Buyer may at itsOption upon COMP110"n
or termination of this Purchise Order elect to take title 1OSucn1DO1SArd
upon receiving noŧce Of such election Seŧer wiŧ deliver such loofŧ 13
Buyer upon payment ByBuyar to Seller oftnal Donlon of thelcoSlot Such
tools whrch was incurred by Seller At its expense,

9    RESPONSIBILITY FOR PROPEnTY - Any property of Buyer RESPONSIBILITY FOR PROPEnTY - Any property of Buyer or of the United States which in intsin Connection wifth inb Purchase order a in hc possession or
stut agents shall Do returned to buyer in Ina condition in which it was received ɓy Seller, exceptSeller, except for ordinary -cor end tear and except ȟ. The extent that Such properly has been incorporatedThe extent that Such properly has been
heresunOet Or has Deen ConsŊanecl in the Production of such goods Risk of loss with scsPect to all ŝuch Proptrny shall be in Seller.

10   INSURANCEINSURANCE INSURANCE - Selŀ aŊoors.0 and when requested by Buyer to procurŀ a Policy of Policies, ofINSURANCE - Selŀ a9ǒors.0 and when requesŧed ɓy Buyer to procurŀ a Policy of Policies, of insurance in form and A
affilate as an in sutoo to Cover products liability and completedaffiliate as an in sutoo to Cover products liability and completed operations and cr iniuling all Properly Of Buyer Which 13 cOhnisChllOwith this Purchase OrderCOhnisChllOwŧth
or the tight pf Control against loss or damage resulting from fire (incioding
covargirtcovargirt nii mi3cruet and vandalism. Saltstf|Ctorylivipence ofcovargirt nii mi3cruet and vandalism. Saltstf|Ctorylivipence of such inSurancoshall basubmilloo to Buyer within a reasonable period ofcovargirt nii mi3cruet and
priorprior losiarl otwom onBuyer Sot ItSCU31DMer'sĝremi3esondinŌeimly Buyer against all ɓss. damage, of liability aftwng herefuntlel andwork w il 0 overperlofme~o only in accordance with safelyperlofme~o only in accordance with safely rules an
while on The pfemiles

11        ASSIGNMENTS - This Purchase order may not be assigned by Selterin
whole or in part wunoul the Prior wrilten consent of Buyer

12   USEUSE OF USE OF DESIG USE OF DESIGNS DATA. ETC – Seller agrees that it wiŀ keep COntiŏential the features of any equipment 1ŗołŧ. gauges patternŧ ces,ons, orawings. engineering cats Of Diner Technical or
pirovirselargypiroviorselay information futrusenocy Buyer and use Such ilemsonly Thither produCncn of oooos or furnishing or piroviorselay infomation futrusenocy Buyerand use Such ilemsonly Thither produChon of oooos or furnishingor serv
unlaSsunlaSs Buy0tS written ConsentunlaSs Buy0tS written Consent is first o0lasned upon completion unlaSs Buy0tS written Consent is first o0lasned upon completion or termination of this PurcnaSeOiCef Seller Shall tolufri 211 such items
approve a try Buye r and its affiliate

13   PATENTS AND OA TA -Seller shall Indemnify and hold harmless Buyer. Buyer s cuslometsaues users of B uyer's products Against habilityOfŜult of any nature including coils and expensesPATENTS AND OA TA -Seller shall Indemnify and h
anyany patent right arising from this manufacture use or sale of any goods Orally Part thereof called for in this Purchase Order including but not limited to articles recommended O ySellef wtuch are of the
manufaCturootothirrmanufaCturootothirm except to Ineexlent trial such Isabilily or Suit Shall have arisen Because Of Sellers manufacture of Oritcles of manufaCturootothirm except to Ineexlent trial such Isabilily or Suit Shall have arisen becau
isis Called forls Called for~u required hereunder Sailer 39ters to and hercoy does grant to Buyer an trievocable non•e,tclustve fullytransferable royally-I fee license to make, have made, use and 3ell
Of OiscDvetyOr0iscDvety fromelfiefOr not patentatilel that SellefConreives orfirSl actually reduces Or0iscDvety fromelfiefOr not patentatilel that SellefConreives orfirSl actually reduces Iopractce in life perfor mance of Irus Purchase Order Selle
exClu%hre fully frouliefiljbill

SINIEONE 02677
CONFIDENTIAL

NXA KAI* MJSt A*IM ON A/A ONW4S AND VWTV9 VOC043M
**puRcmAsE0Fd>ER**C-0000002338 PO REV: 000
DPW° 00°                              GOA T"toff **cow"um** rs

Harle Davidson Motor Company                          *B/17*

J                                                      I

)~po'x xqk X*XIN **vwxw""**
P. 0.
**MILWAUKEE, WI**                      53201        coċom
*BOX 493*                                          am    H/D YORK

10                                R10,10

3MJ7 INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN:ACCTS. PAYABLE    opwpo-m    ow

SHIP TO (ABOVE AWRESS UNLESS OniERMSE iNDiCA31M BELO"

ROTAX GMBH                        HARLEY-DAVIDSON, INC.
PC)_BOX 5, GUNS KIRCHEN           1425 EDEN ROAD
AUSTRIA, A46Z3                    YORK, PA        17402

L                        _J L MARK FOR P.C. C-0000002338
                              PETER FILLIP

_7H P POINT              L OTHER CARRIERS
0 DAYS                   S IrL

Eto                      PN: -277-807 DRAWING REV. 00
    FLYWHEEL PULLER

    5TO38304

    DELIVERY REQUIRED AT DESTINATION
        B/31/00                          5            1211061
                $12.c73070          $64.65

500 EP              PN: DEAWING(REV.
    PLUG REMOVER

    5TO38304

    DELIVERY REQUIRED AT DESTINATIDrq
        e/31/00                          500          1211061

s,31370 $156.85

35C E~                          PN: *24B-260*    DRAWING REV.
    SHIFT LEVER ASSY

    5TO39046 & 5TC3B355

    DELIVERY REQUIRED AT DESTINATION
        6/31/00                              350           1211061
                    13 e5740                 $4850.09

40C Ef,                         PN: -276-295 DRAWING REV. 00
    FEELER GUAGE

    5T038304

    DELIVERY REQUIRED AT DESTINATION
        *B/31/00*                            400           1211061
            S~71490                          s265.96

    6              EA   PN:-259-IB5     DRAWING REV.
    RELEASE CAM 30DEGREE

FOR KD MOTOR COMPANY

SUPPLIER

SIMEONE 02678
CONFIDENTY *A f*

ROTAX GMBH
PO-BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

-TVZ            OMfRWWRM=*WMAR ON AU* NVOU4&WS~ DOU-TS

PURCHAMORDER C-0000002336 PO REV.- 000
ORD" agn                 GMf-"&"ln =WWO No
    8117/00                      2

5"7-  C°o°P        'u H/D YORK

ce)"voc"" ce cc.W%A*wx        Suln" Ccoc

El =51 ZOO ZOE Va w. mD-&        R1050

q:~' I ~11 1~
        Harley-Davkison Motor Company

        P. 0. POX 493
        MILWAUKEE, WI 53201

9MrT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCIS. PAYABLE

71-

SHIP TO (ABOVE ADDRESS UNLESS OrHERWISE IMNCATED BELOM

                    HARLEY-DAVlDSON,                INC.
                    142-5 EDEN ROAD
                    YORK, PA              174021

L              L MARK FOR P.O. C-0000002338

                    icc)-~Vvr~onm~clp          Ux-bu

won cr w.

0 DAYS                                          SHIP POINT - rLL OTHER CARRIERS PETER FILLI
                    ra~                          -9
                    w-

                    |  *-                              M              wpowla
                                                       r

15C

        i

        Fin
        E

125 EA

        EA

    ~5
₂
30C

5T038355

DELIVERY REQUIRED AT DESTINATION
        8/31/00                    65    1211061

PN:-230-6-40
GASKET

5TO36355

DRAWING REV. 00

DELIVERY REQUIRED    AT DESTINATION
        8/31/00                150    1211061

PN:-241-782
OIL PLUG

5TO39616

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
        9/31/00                25    1211061

PN:-24C)-4BO
PLUG 1/2-27NPT

5T039122-

DRAWING REV 00

DELIVERY REQUIRED    AT DESTINATION
        6/31/00                125    1211061

PN:-260--110
RUBBER SLEEVE

5TO39804 & 5TO39960

DRAWING REV 00

DELIVERY REQUIRED AT DESTINATION

<u>sv~f−</u>

I

# I

FOR **H-D 1610TOR COMPANY**

SUPPUER

# r 8.95BBO

11 90250

3 o9eio

S, 71490

$562−32

$2e5. 37

9;77. 45

SB9. 36

SIMEONE 02679
CONFIDENTIAL

Har ey-Davidson Motor Company
R%c" "e< ":X Pk)o J,4WX7*jt0k'q.
P. 0. BOX 493
MILWAUKEE, WI 53201
IMrT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PAYABLE

... - Tw **VADM WaWA 1j~ A.~j M**

pVm;MASE~ OMHa          C-0000002338 PO REV:      000
**OF%" 0191**                         **po" .0**
8117/00                              :3

"a m"cr vo SpEcm~ w

Q -                      EI      **H/D YORK**

**cEw"Mcl cw ccwL-^m**                **ftrm"cme**
**~ $*a specolrAM-S &**               **R10:50**
**DMA-106 PWOUP~9) . MP**      rcO"
**SMP TO (ABOn ADDRESS UNLESS CrTHERWISE NDICArED SEIXW**

-ROTAX GMBH
PO~-BOX 5, GUNS KIRCHEN
<u>AUSTRIA,</u> A46Z3

HARLEY-DAVIDSON, INC.
1425 EDEN **ROAD**
YORK, PA          17402

_J L MARK FOR F.O. C-0000002338

otxm cp 1-~
**PEXETP~mFILL Lifm**

L OTHER CA          RRIERS

SHIP POINT          ~Z

DAYS

-i

c:5

v. |

250

2DO

10

I 00C

F DR H-D MOTOR COMPANY

SUPPUER

EA

EP

E40

EP

E~

ı

PN:-259-BB5
INNER PLATE

5T039BO4

DRAWING REV.

DELIVERY REQUIRED AT DESTINATION
         9/31/00                    20    1211061

PN.-259-913
CLUTCH PLATE 1.25MM

5TO3V804

DRAWING REV,

DELIVERY **REQUIRED**        AT DESTINATION
         8/31/00                   250    1211061

PN:-276-280
**SPARK PLUG** WRENCH

5TO39804

DRAWING REV 00

DELIVERY REQUIRED        AT DESTINATION
         B/31/00                   200    1211061

PN:-1399-765
LOCTITE 221 VIOLET

5T039804

DRAWING REV. 00

```
DELIVERY REQUIRED AT DESTINATION
     8/31/00                        10    1211061

PN: -251;?-905
FRICTION PLATE

DRAWING REV

16 46120

$329.22

%2.57330          $643 32

DI. 90650

$4. 157/20
```

**1**

```
$381.30

$41. 57
```

SIMEONE 02680
CONFIDENTIAL

ari y-Davidson Motor Company

```
P. 0. BOX 493
MILWAUKEE. WI 53201
```

;UBM17 INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. <u>PAYABLE</u>

**F**

```
RDTAX GMBH
FI-0 BOX 5, GUNS KIRCHEN
```

<u>L</u> <u>AUSTRIA, A46Z3</u>

_T

<u>pURMASE0I,DER</u> C-0000002338PO REV: 000

| Dote" Dal | | ftxK | D.Vftcy | |
|---|---|---|---|---|
| **8/17/00** | **4 c,** | | | |
| v"K|PwTv **ftArvar** | | "a SIALKCT To **v4srEcnc"w** | | v |

**D_**     **Ii -**    **H/D YORK**

a3L-%0.Kw     sm    SLN"%" CC"

E_FL4VN_dQ&FwUsbvM.     a    **I**    R 1050

**SHIP TO JABOVE ADDRESS UNLESS OTHERWISE INDICATED BEIDN)**

**71-** HARLEY-DAVIDSON, INC
14=25 EDEN ROAD
YORK, PA       17402

<u>L</u> MARK rCIR P. D. C-0000002338

| nA | | C0"FWAF4 VV" DFOER OF | FM repa - Mw Mumma LE 10 |
|---|---|---|---|
| IAx | | | |
| SHIP POINT | | L OTHER CARRIERS | PETER |
| FILLJPIII | sm " ft SAUS No | | |
| | | IM | Ux fta'ff **wa w,cow** |
| rL | | CCMDI | **c~** |

```
30 DAYS

120 EA

 50 EA

 B5 EA
```

DELIVERY REQUIRED AT DESTINATION
        6/31/00                    1000    1211061

PN:--130-OBD
RING _26X32 DIN7603A

5TO40OB7

DRAWING REV, 00

DELIVERY REQUIRED      AT DESTINATION
        a/31/00                    120    1211061

PN:-264-861
BOOT SPARK PLUG PROTECT

5TO40OB7

DRAWING REV, 00

DELIVERY REQUIRED AT DESTINATION
        0/31/00                     50    1211061

PN:-264-737
IGNITION COIL ASSY

5T040087

DRAWING REV. 00

DELIVERY REQUIRED AT DESTINAT10N
        8/33/00                     e5    1211061

SUPPLIER

$4647-50

$57. 19

$571. 51

44. 4B510

$4.64750

$. 47660

$111.43020

**FOR H-D MOTOR COMPANY**

**(A&frFIDPjnD wu-KrVRE)**
$3781.23

SIMEONE 02681
CONFIDENTIAL

**Harley-Davidson Motor Company**

**MA"** *%Z4%\**
P. 0. BOX 493
MILWAUKEE, WI 53201

BMrT INvOICES: IN 7RIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. <u>PAYABLE</u>

*14S PLW-&W* Mar) *-0IA-47-K.A C--,8.US-o S.-* Dow-Ews
puRCHAsEORDER **C-000000233B PO REV, 000**
Orem *LICT*                        cor%.-m

   **a** / 17 / OO:r! 5   oc~
     *ARV.G*              *I me su"criopm%cnowwer*

                                    H/D YORK

*Eapft"0403* **fitcunm** *% OW*              R **1050**
     **SMP TO (ABM ADDRESS UNLESS OTHERMSE INDICATED SELOM**

_ROTAX GMBH
PET BOX 5, GUNS KIRCHEN
<u>AUSTRIA,</u> A46Z3

i
0 DAYS

.

HARLEY-DAVIDSON, INC.
1425 EDEN ROAD
YORK, PA            17402
MARK FOR P.O. C-0000002338

                                    *us r~ ma wl~*

SHIP POINT                             ~LL OTHER CARRIERS | PETER

FILLIPI CD **1** *Lt*                    nKI d

|

NOTE: THIS PURCHASE ORDER MAY NOT BE
ALTERED IN ANY MANNER (TOTAL COST,
DELIVERY, ETC.) WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVIDSON
PURCHASING DEPARTMENT, YORK DIVISION

BY ACCEPTING THIS ORDER OR ANY PART TF
SELLER AGREES TO BE BOUND BY THE INS76
TERMS AND CONDITIONS ON THE FACE OF TF
AND ATTACHED HERETO FORM NO - Y6034 (F
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402
WHEN APPLICABLE

H-D REPRESENTS TO SUPPLIER THAT H-D I
TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER
A RESULT OF YEAR 2000 SOFTWARE PROBLE
SUPPLIER REPRESENTS TO H-D THAT SUPPL
IS TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER
A RESULT OF YEAR 2000 SOFTWARE PROBLE

E  E                          OUGJ;~-      YORK   4i

SUPPLIER

E

<sub>//</sub>
I

rl i


 i

EREOF,
UCTIONS
E ORDER
CR),

AS
S
EP

AS
S
'  .
'

TOTAL

**FOR H-D MOTOR COMPANY**
MANAGER OF MATERIALS

$17234. 14

**SIMEONE 02682**
**CONFIDENTIAL**

!~ U~

;p or

jztm~


7

PoSlanschmi: Bombaravl-Rolax GmbH Postlach 5. A-4623 Gunskirɑien- AuStr~-

!U bl"

**BOMBARDIER**
*RECREAROAAL PRODUM*

<sub>BM°ONSW-Pdfs</sub> re"
W%W.& Svasse 32
A-46M Gtoskrchem AusM
Tdefon (43) 7246/601 -0
Fax (43) 7246/6370
hM //www.mcmatcnbomb=~w=m

aft zmr*wo scrmtr^-k"<sub>bm w"~ r-</sub>
c~ <sub>M</sub>


                                                    <sub>0'</sub>
                                 on <sub>MSO C0</sub> ~r Dft~y and SaieS C~                  r7

        Aj G~M           Lekn - ~-U WM&ffi MeCnWwXn <sub>Se</sub> roVen <sub>ef wv~0 v</sub> Vve Ro~ una Getarv

we"X/Oty                                      An~'-tvlPanw        ! r        P~/E.W/L" a"

I

I

~ 1) 1:

i.

v *va*

.w *op*

*sma.*5-0~*
Pw"v." ~

V UmprurqAtancl/C~ntly of oKjin
00orbank AG. V"fs Kcn io 283 0 70 ↑! 00 SU 15 130, CIAN ₄ T-7 0 1513 ODC 2 8W 7 0 ↑ OG
L)C.Nt                    ATU 24886504 FA BOMRAKWR~ROTAX CMBH

I

I
I

I

I

I

SIMEONE 02681
CONFIDENTIAL

Bet Zahiunqswizug wefoen

Vunj Wme n o a bemchrwi

JLN 12 2000 11: 04 FR FWL~ DRV I DSON

j

### Harley-Davi&on Motor Company

*X,)L ~. *get Abf.IX!k̓,)0 Xl4ft7t7A~-y*
*P. 0. BOX 473*
*MILWAUKEE, WI5Z201*
**SUPM INVD ICES IN TRKW E TO ABOW ADD RESS.** Mil. <u>ACM.</u> **PAYABLE**

F
ROTAX GMBH
TO _PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

**Tffee**
N30 DAYS

' (I*e  ₁Z,)2 btICd IU WwFiA

r. Etc ₁U-3

<u>IPURck& r~E0p,DM</u> C-0000002315 PO REV: 000
or"A ₁-ıı                    **somwadwT cc-n%.= -₀**
    c,.-'0EJ / 0 0
         I -
                                   **H/D YORK**
    ᴜ **co.-.cr**                        **sm coce    *Pmjc%7R9**
                                   **R1050**
    **Sw To (ABOVE ADDAeSS UM-ESS OTHE RAISE vdXCJCM OMMM**

                    HARLEY-DAVIDSON, INC.
                    1425 EDEN ROAD
            _j I                    YORK, PA 17402
            **L-MARK** FOR **P. O.** C-000M02315
                C~"P-G w~·₆₄₆ **aFma cw**                    *vIXUU*



ISHIP POINT                    LL OTHER CARRIERS    PETER FILLIp

:) 1    50 EO

P                    ;:T48- 120
KTL                              ART LEVER ASSY

FOR PRODUCTION

DRAWING REv. oo

DELIVERY REGUIRED AT DESTINATION
      6/12/00                    50    1211061

I
I

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY,
ETC.) WITHOUT PRIOR AUTHDRIZATION OF THE HARJEY-DAVIDSON PURCHASING DEPARTMENT, YORK
C!VISION.

BY ACCEPTING THIS ORDER DR ANY PART THEREOF.
SELLER AGREES TO BE BOUND BY 714E INSTR~UCTIONS
TERMS AND CONDITIONS ON THE FACE OF TF
**AND ATTACHED HERETO FORM NO - Y6034 (P**
**NOT:::**
MATERIAL SAFETY DATA SHEET(S~ MUST BE
FORWARDED TO SAFETY DEPARTMEN'
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402!
WHEN APPLICABLE

E ORDER
cp),

OR <u>IH-O</u> UOTOR C06A <u>I</u> PANY

4"T3 OCR) I*$

                                        SUPPUER

  I

 S 2. 12000

. I
 I

S26D6. C

SINIEONE 02684
CONFIDENTIAL

**0000002315 <u>PC</u> REV. 000**
           <sub>Gⁿ°°º-ᵍᵂ⁷</sub> **Ccan"a** ₋₀

                    **HID <u>VOPK</u>**
                    <sub>ᴰ⁶⁶ᵖⁿ</sub> awt

 mn

                    <u>R1050</u>

**"P TO ᵗABᵒᵛE AWRESS UNLESS CrHERMSE OdNCKᴵED BEWM**

P. O~ BOX 493
MILWAUKEE, WI 53201

Hafle~DmWson Motor Companv
**\*W"** f" ⁿᵗ•x 9~)~ ~%yk)ftgxi t5

<u>**SUBMIT WMM** ᴵN ⁿUMᴬ= TD ASᵒᵛE AWORMS, AM ː **A=. PAYABLE**</u>

    RaTAX GMBH
ᴛᵒ PD 13DX 5, GUNS KIRCHEN
    -AUSTRIA, A46Z:3
    └

                              HpztRLEY-DAVIDSON, INC. :-'-::'5 EDEN
                              ROAD
                              *ORK. PA        17402
    __J└ 'IARF. FOR P.O. C-0000002315
                    I                        #we cr  m
**sHrp** POINT                              LL OTHER



CARRIER-, PETER

N30 D Y

A 5

FIL

LIP  rn        rA

W-D Q=PR=Q=WTC TO QUPQLⱠQ T".;.'.' 1-⌐ D                    x

TAKING ALL APPROPRIATE ACTIONS To
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDEP  ks
A RESULT OF **YEAR 2000 SOFTWARE PROBLEMS**.
SUPPLIER REPRESENTS TO H-D THAT SUPPLIER
IS TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDERIAS
A RESULT OF YEAR 2000 SOFTWARE PROBLE 5,

TOTAL

I - - ------ J   A--- -
     F-Gri ti [) moTo~q Comp4kNy
     EATOUGH - YORK

%2606~ 0,

SUPPLIER

** TOTAL PAQ;E.03 **

SIMEONE 02685
CONFIDENTIAL

x . ~, -

'ᴜ vii

m'.' ʀ ʀ

:L Jt

:6 H

ᴀ ᴠu

*11, Rt

ᴀ JU

.

;lv ᴠu

in pri

Poslanschn'l Bombarojer-Rotax GmV4, PoSijaCh 5 A-4623 Gurts-zTten. Ausm

## BOMURDIER

*RECRE477ONAL PRODUCTS*
Boffft mier-P kotm GmM

WeW Smse 32 A-4623 Gwmwolra. AusDo 7eiefm (43)7246/601 -0 Fax(43)7246/370 titiD://wwwje--,reanuibc)mDwducom

B. ZW-V .10          bM W*~ Mo~ Zbla

KL ~~

C~

hv Lfflklw~t.5~·

l

L M M          TU ~z~

~~coec ᵢ   A... Cwl" tme~ Le" urd Vf!XWf%De6KIDA/M sar~ w - kr fvv Aecr~v u ϝ O C~Maim On base ol cw De"A" aW Saoes Conamom we sM yw

w-qe,or,   AnkM.l" /Pa~          P~/E.WIL~WV mm"ce

2b,Arv~
pay-em ~~

=Umixungsland / Cownti-y of orKpn
  - AG At-ls~ Kb,~o 283-070'/Dor BLZ 15130 la,'.NAT70 1513 OX? BW7 0100
UlaNr          ATU U886504 FA BOMBAR04ERAOTA~ GKABH

be Zm~ eroen

SIMEONE 02686
CONFIDENTIAL

Vefrugswwn p a beecr-w

**Harley-Davidson Motor Company**
**JN** ᴀ~ᴛ R-C".*x fᴀxl ~**WV0000**
F. 0. BOX 4t73
MILWAUKEE- WI 53201

SUBMIT <u>INVOICES IN TRIPLICATE</u> TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

1,1~11 I.MT          ~USA'05-1DX.OS

PᵢJRCHASE ORDER C_ 0000002315          **PO REV**     00c)
        T1.9          **OAMA**
        ;ZF
0.108/00
pmc~m nArraG

## 537L, ₇₀          *H/D YORK*
        ᴀ          **RiO5O**
0.~          700"          co"

SHIP T04ᴀBCYVE ADDRESS UNLESS OTHERWISE INDICATED BELOW)

    ROTAX GMBH
ᴛᴏ PO BOX 5, GUNS KIRCHEN

*AUSTRIA*, A46Z3

*7 F*

                                        HARLEY-DAVIDSON, INC.
                                        1425 EDEN ROAD
                                        YORK, PA              17402
                              *LMARK* FOR P. 0. C-0000002315

N30 DAYS                    SHIP PCOMOTHER CARRIERS 17ETER F01OLLIP

)1          50

                                    REQUIRED -

EA

. - 4"T PFUCE.

.- EXTEENDED MICE

PN: -24E3-180
KICKSTART LEVER ASSY

FOR PRODUCTION

DRAWING REV 00

DELIVERY REGUIRED AT DESTINATION
      6/12/00                  50    1211061

NOTE- THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY,
ETC.) WITHOUT PRIOR AUTHORIZATION OF THE HARLEY-DAVIDSON PURCHA51NG DEPARTMENT, YORK
DIVISION.

BY ACCEPTING THIS ORDER OR ANY PART THIEREOF,
SELLER AGREES TO BE BOUND BY THE INST UCTIONE-,
TERMS AND CONDITIONS ON THE FACE OF TIE ORDER
AND ATTACHED HERETO FORM NO - Y6034 (PCR)
NOTE:
MATERIAL, SAFETY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT

HARLEY-DAVIDSON MOTOR COMPANY
1425 EDEN ROAD
YORK, PA 17402
WHEN APPLICABLE

i                    ~Pcnl  ₁ₚₑ.
                     t~t/

52 12000

T_)~_

I

**FOR H.0 MOTOR COMPANY**

**S2606~ 0(**

l . (11~

    n - (ca
    bl~

c-

SUPPLIEP

SIMEONE 02687
CONFIDENTIAL

IK1 PV4C*A-(;l 04DEP K&WERMLST OPEAA()N &U -0.US-D S-PP-4 Docv(475

pURc:jjAM0RDu C-0000002315PO REV. 000

Harley-Davidson Motor Company                    6/D              01
J~*~ itq~ ftkX Ip~)d W2ft-,~" t-R              ~10__-Ecr~w

P. 0. BOX 493              1          1 F~          Q -
                       HiD YORIA

MILWAUKEE, WI 53201                  C)F CCwV%A-C:(      SLVPL'R6DM
**SUBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTW: ACCTS. Y BLE**          R1050
                                         **SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDICATM B8.0M**

   ROTAX GMBH                     HARLEY-DAVIDSON, INC.
To                                RD BOX 5, G4N25KEEDEENROAD
   AUSTRIA, A46Z3                  ORK, PA          17402

  L                             _J L 'MARK FOR P.D. C-0000002315

**TERUS**          **FM** O'P _rLL I              I              **U.**

N30 DAYS              SHIP POINT OTHER CARRIERS L ₃I PETER FIL
                          6
                                    **uxFVwnwawwww**

**ExTENII)EDPME**      ₌₁1-77, -- -. "; ~. - _'.      **DELIVERY  LVOT PRICE**

**W-D P=PR=Q=WTQ TO QUPPI-MIZ TW^T W-D I= !**

TAKING ALL APPROPRIATE ACTIONS TO

PREVENT ANY INABILITY TO PERFORM ITS

OBLIGATIONS UNDER THIS PURCHASE ORDER JAG

A RESULT OF YEAR 2000 SOFTWARE PROBLE~S.

SUPPLIER REPRESENTS TO H-D THAT SUPPLIIER

IS TAKING ALL APPROPRIATE ACTIONS TO

PREVENT ANY **INABILITY TO** PERFORM ITS

**OBLIGATIONS** UNDER THIS PURCHASE ORDER iAS

A RESULT OF YEAR 2000 SOFTWARE PROBLErS

TOTAL                    $260t,-0C

YORK        FOR H D MOTOR COM PANY —

I~E        41 F_ATP~GH        MIK   E EATOUGH - YORK


SUPPUER


SIMEONE 02688
CONFIDENTIAT

-fl Du

Posla,,tsi:flrfll~ Bomoarawr-Rojax GmbH. PDSllaCh 5 A .4623 Gurks*,rcnan, Austro

 V bL .

tv .-

lu 2v

I Ob

'Ir ~

to wv

i~ 4;



# X*L BOMBARDIER TW' *RECREA77ONAL PRODLIM*

Bonftrdw-ROW GnlbH
YAw Srasse 32
A4623 GurbaTlen. Aus tm
Tetion (43) 7246/601 -0
Fax (43) 724616370
rM.11www mcreanDnbaTtbeidW cam

**Ek. 20*0V ra** saw-lw. bm          fp- Now

sux*. M

srp~ C K W  M          Dmwxw~    6 0 W am   tx~ Afrw -*        C.    LMw,, Zod- d   am

pw"v vo ra    AL9 Gn"W"M LON-Lrld V'vauWWrQXVen%W%nvnw"W, lt-*"%a-xvunLICdnm/QnbsSeOI oucioc- ardSaicSCa"WM,tltttu,MM y o u

VOW/0'y    AJ-/-/P~                    Pl-A J1-V Llr   a-v%(Tow

za-,~,
P.Y-, ~~

I * Umpntn9sland I County of ongin
ODefOWk AG V" KontD 2&3.0701/DO. BLZ 15130 IMN ATIO 1513 OW2 M7 OIOD
UID-14,            ATU 24B88504 I-A BDMBARDIER-R OTAX GMf3H
GemawNUME,,                        Pkxv," B Le-°
        FN 1031331

Bet Zat,ungsvezug vmroLr,                    Wf argaarren p a Derachnef
E-n-ero.rgen und BewnLvx)urvQen knn~~V -wrtwo 8 Taw rmch EOur

SIMEONE 02689

COC14FIDENTIAL

~-S PL*0'kSE ORMA.L.KA U57.-K- ON ~, -octs - s~ ooc-c.,j

**PUP.QIASEOPJXR** C-0000002310                    PD REV: 000

0'd*Ai.n                                              00-11-AW          .0

5/22/00                    1        **1**

Harley-Davidson Motor Company

P. 0, BOX 4c?3
MILWAUKEE, WI 53201

**SUBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. <u>PAYABLE</u>**

**F**

    ROTAX GMBH
**To** PO BOX **n,** GUNS KIRCHEN
    AUSTRIA, A46Z3



**I** -                        **11** -      /**D** YORK

CFAnFW.,qE CW C0WPLPJKX          Sum" oc"
   u wto~.                        **R1050**

oS _œ ftec.-Mm - v.,  **I---**
**SMP TID (ABOVE ACCRESS UNLESS ME114WISE INDICATED BELOM**

    HARLEY-DAVIDSON, INC. 1425 EDEN ROAD YORK, PA
-J_LMARK FOR P. 0. C-0000002310

17402

TE'S                      S'· V.·w0w.-SVE'S%UADMSF u-au  CT
N30 DAYS                          SHIP POINT rumc-ft="Awol" LL OTHER CARRIERS PETER
FILLIP

                    014 .I **soft**

Di    25        EA      PN:-299-035 DRAWING REV.
                        REPAIR MANUAL ENGINE

                        DELIVERY REQUIRED AT DESTINATION
                        6/09/00 25 1211061        S 6.B1OOO    $420.2'
D 2   50                PN.-230-E360 DRAWING REV. 00

```
              EAj   O-RING 107-2.5
                    DELIVERY REQUIRED AT DESTINATION
                    6/09/00 50 1211061        2.41000      $120.5(
)3   25       EA    PN:-230-920 DRAWING REV. 00
                    O-RING M6000-250 N70
                    DELIVERY REGUIRED AT DESTINATION     ~$.90910

                    6/09/00 25 1211061               T-22. 7;
)4   25       EA,   PN:-230-852 DRAWING REV. 00
                    O-RING 2.5-e.2
                    DELIVERY REQUIRED AT DESTINATION
                    6/09/00 25 1211061        $1.34000     $33.5C
)5   25       EA    PN:-230-840 DRAWING REV. 00
                    GASKET
                    DELIVERY REQUIRED AT DESTINATION     ~1.90000

                    6/0q/00 25 1211061               $47.50
)6   25       EA    PN: -831-762 DRAWING REV. 00
                    D-RING
                    DELIVERY REQUIRED AT DESTINATION
                         FOR H-D TOR COM P Ailly
```

SUPPUER

SIMEONE 02690
CONFIDENTIAL

IMS13UHNOD
169ZO 3N03 NIS

alssaialsuril Ajlnl                          alo°C°o" -a ∞ iaAnq as tuej6 %;soo
      Aqaja4 glueoi rA9'6sjjg:;a)S j.7tsjo:orqtj3jnj still ∞ 33uewjowa-d out
aoti3elodoli seanob, At an        elttll so SOAIQOU03 joilas lrm l lali:feiualed ∞∞
ad stioulamits) AU9,03s'plo l uawaAoj/lw4 too ∩lua^wAijellissoutasn @Dew
9-414 at as'o 3° oaj∞ A ™." aid e 'a' Suess Al.1                        Door
      ...,,u,,,AngaiturfisoopAqaj2uoueoi %aaj9vjatios jacunaiau
pajonbej 10jol patte3 so itto. mWeasa) so lel.4.001a,,ap. letualat°aa.a
Aug 11 jaAnq to u 6icap iewduc to sat:l.ue so jinj:jejnuaw siallaS
cloulo to aint3winu aw out to ∞ a u:mu^ jai iasAm °ouawwdai s ainitie
olpolitlL oilloulnqOuionl:jui jooiooreL)j:jndsiLlluilOIPQ] lnlOQjauliled
Auclo flacootbAus to airsjo&snJsjnt:stjnugwaoji wail **buislia** tubij tussled
Ave to suouloollswijui jot s-oodise ∩∞ %isoo 6-pnizut atniets Ave a
iincio/4il°Qeiiisulu6cri: )ni3cuds )aAnl3jovai;n cue jQ2woisn3 s j2Anq
'jefing "41WJVtj Pl ats Due Aptowassut lieu% )atlas 'VIYOONVSilN31Yd C1.

                                                ale'l'lle
tprm asiew jo jQAnq ∞ swat, u;;nt lie ujni2j litut jaitaS iac~02ss?43jnd
soul to uoitutwial Assuaqajawd3 uodn Dauelqo is,#, ∞ juasuo3ualitim
s.,"ng %squn °asimlat4lo jou Due jaAnq wail ~aoj() 3SeU3'nd ∩ ∞
to jossuo "N3jnd sul J-0un ~31 ∩at †-6-6-4†∞aai∞∞ scants ∩∞
.moojdami usAtuo susap mans 2motte jaAnq An paustuinj uoilev ijolio,
Ajolaudaid jo je:jiuq.wj joulo to Vies9 6usjaau16ua 16osmett) su6isat)
*Swelled slopneb 'Slool juawdinca Aug to sainteat out iittuaDquoD

0°4 lljm to 11:41 solaw6e Jafln - 0t3 VIVO            SNOIS30 jO 3sn zL
      jaAng to Wasuo!) unit". '®††o oil) lnotillm tied too so ajok4m
∩∞ jullaS Aq patuliisse ad lou Aewjacia asau3ind Soul - SLN3r4N0is-sV i.t
                                Gas™a 3∞∩uo al'u.
jeunpe:po∞ pun szon Alsoles yljm aiustajo3oew Auo Pawjopod am film
via. pus lepunalaot 6-ttse AjjjjQRoj so "a6awer)"oi la isuic6a jaAnq
Aputisapu pussersuiaid s.jzwoiin3Sops.)aAnqup 111cm to tjek at solid
aoUnjonguo 10 goloo3spUtso qctulsol it' jailaS lsantsaj joie awls to potiga
Atsevossou a uiq4 ism istAng at oalliwqns ∩∞ lieus a3tivinsw wans to uocuie
.usa Ajol3olsspis ~wsijes)Uslio ∞∞∩ jofoLj3vtw cnotaijew (at}, t4:3 p2al,13l ool
awpotous) suit wait 6wonsai a6rustess to ssoi isuie6a joiiuo:) to )w61)
∂∞ to tojiuo3 "Aoolsno 'alva sum jefl&S qDi mm so pus jassio asrU31nd
†.4†4† pejzuuuo2 so wz,q, jzAne ∩∞ Auado,d lla6~.,w a put%.oil
".,ado paiattswan Due Atiequit sizo-ocaid ~oi at Cosinicts,, ∞ ∞ alo,l-jju
sit to pus islAng fluiwev Allanijf 3adt tuawatiotua 6wpnl:)w jiAne
at Ajoj:j1JS1je% SlUnOwe out wl0t ul 33uejnsu, to sjoilod on A3,l oo e
aso3oid at jaAne Ad Dalsoinbai ua4m cue it'saii0e suites - 3:)NYUnSN1 01
      Julius us at lieq% Auoobja LrzAs lieat j3aasai∞, sins ln
ofs,tj spoo6 m3nt to ua,izrDo,d out w pawnluo3 wood sets so laounwao,
Paj2QiRaP ∂∞∞∞ oju4 PQIQk0sDJ03uj uQ4Q∞∞ AlMdOld 43nssoul lis4isg
∂∞- lt jdaoxa Duo jor2t puts josism Ave-0jo jot ldoolia 'joll*S An pa-3~
lt - lt U0144so Us isoMoucoo out ul AaAnq at Downlai 00 lieus slue6e
∩∞SJCjjU4A "%jol:)vjluozjns s.ief lo;Sl so soffits 10 joiluo-3 a uoissessad
awl us ∞ jisojoa aSeLl3lnd soul 411m uo,130-00 - wolum saieis DQilun
ami to ip ASA° to Auedoid Auv - Ai H3d0tJd **tjO:l** A,11116tSNOdS3t, 6
      esuadsta sli its Janos Ad Dassn;iui sum u3ium clool
Q3njj0jS0:jQ4l lauc4tiod lcUl j oialtaSal jjlnd3AEjjuawAa(l uodn jaAnq
∂∞ Sf00j w3f" JQAljW film Jali6S ∩∩†∞∞ q;)nS 10 a3UOU 6UIA10303 uodn
puS6100143istal alljamejol lD410japi o asstu3lnd ∂.†∞††† 0TOiguluival jO
uottaiduJoDuoillnuoudo spivAilwiaAnsullm jasjui uoq_~:Juuo3ui Js6jau3
a0ijups lost g jologiaWl asn awl jot juAnq sa61uu∞ puejuoio ateti 3ind
v4j 4††∞ Uspitoulumoo us usual Sainjoeinuatu so Slool saiino:)e jQj QS 11
                              ∂-∂∞ pug ∂.- Al.wo
-∂∂ Aluo 6utid"3x" uoivouo3 poo6 ut aw" QQ1 -flu"

.,';ul 'uospUeO AajjQH to AUQdOJd.
poosem, Atjiml:] s e v z jutostaus luela g JQq|2S 10 sm ooIDec ut so
maj paistisdo c us jaAng at a6jW U2 InoUllm t owns am, glass
jaAnq Aq palario
liioutllatto 10 uoilanpaid awl usjda3slefloaja4l esn ou oNëVV
juasuou U011j. s jaAnq
11"Cutim, o141,41041 uoill"Gliis soutillar3q,0ow Q6uVM2 ouequVoif
**pailip Allow soll** l> U0QU0lJj S6Uts!jsW q:)nC stilie pug 9XVj

(A)

(All

(III)

:1" Jelin 11141 l u3ns at 13"Sal W M jaAng 10 uoissetsod  awl
alt" paulasm. loolp Saw saili lfna; toons se S uits L13" 'Jun sJoul o 'ja SaaAoiausa
**inuW% sit to** jaln to tied &ta son usaissiuo so lou siouQ6,16OU to
iintwwcwjoAqpacno,jrju2.mmolaiaLit os6vujwDjos%jaAuvWojjjaArfs
ro"twom ptau put AiiJuseput uwqs Ou **sells** pull soul a to sews aq iieus
**WSSMOCISIRI** IN sill s"joviailes japlo "em oind z>zl Qim **t01IDQUUCCZ**
Us jaln So sOrtselsad awl utQq Aiew q3jum oaAng to sail,1"G"1 joulo l0
luortud!nbetwoued sauniviI s5il sasp slool AuwIG aCROQU l ui -UNI1001
satins Ase Vqjda33w Soft lf., raju~3
-julsoll usl0use" soulslon sao,GAus 9,jaln us AlQl"jwbx Detest am lia%
atat sa0swup torrields ustims-%mooAstuto jasounese4 golat!6 aqj ui J~Qjass Avg pdat sa0swup torrields ustim s-%mooA stuto jasounese4 golat!6 aqj ui J~Qass Avg put Aous;zolla pus  /4itwnb jot uousindai Stool D un twituaIvarrs a Ilinot autism  alsootille al PUlQOAnq %
**Wna** at etsmiiiei Ausedoid we 42jum ssivii jr.3oi jostwic twitcaj ~ **s3xvj**

OfouttoOfoutto eta to UotlirrolIitou Uefum out 10 idle,39idle,39i to alto Gost Wail SAep (OCI AU!41 u4juloi Spew aq isnui asnelz tl4l jeeun jalln Aq iuarnlpe X4 UsS134-W 'AHUO Qf"3AnJ 041 01 u0IW3IJ!PsCKu u4mlum 9 us L41J0l 06
Wow sit film ainPortgrs AfIap so Duo Saud soulut jusausigroa "quUnta us jaeU astwoiind awl b a3utisixuadawl jot capolba attall *4l so 10 jra:s 941 906WOosl so **soffil** a6u%&P 43ns Aug 11
6"mas to uo.11pusla oul at 13&+Maj ulm ustiftailiesis,         (JAl
Put Af 1101t) 10WOW          (A)
"nPW421 AjW"taU          1AlI
tatituano          (IIll
duswzed so justdIltl to Spouse"          iII)
suciIroollroa ds so Cutis ato 6ulm l"O          III
tus-01101 0141 to aius io sues Aug us jaswo 9 "maind vitl to ado~n lasau "6 out wo4lim sa6 wouz Ad ausistAust I#A "..aAnEl ~S3!:NYHO
-in-in Ass040.0ild MPOubw040.0ild MPOubw 1*410 Ault (34 U0411POW Us Qoq 11" jeounaisits alattl!Mst cli pue AAnol O W to Catolsolu ssit Duo qqtij IIV~Oivjijlf~Oivjijlf ilta pus jaANEl
DaUsiloetsa

MaH

awl to ales pue                                                alli 01 oas.0lw ass, ap.o aSgU3,nd S¶1
AQ Da,aAoo so oo6 a.                                 **stimrii.tjo** st, to ala5 a-a-a, to. tews
jellaS Ad 02ps,uin, **ub,saps** 10 leAciaor s jaAnq jaAnq o ut Aq pauqinaj spoobadiq :salao 41".,0.tosautioa w sa6jp q3 6u,dajtjs Due 6m ilard lla Agd ,tewt,aitaS Poie,isus - oQ navs $0006 4:).t of r)oasa, -;.- tsol to ws,, o11 lA413lA413a toplA413a top 2jr
scoooli .gut jail as01 uollT 3oloot, jail v
U3o-I$U3o-I$ u+1 U3305 f0l SS2ONaUl 21 e tj:)jym Aqaiaqf pa,in3ut sa 6ewep ir-tuanoasuo3 our letuats iout 6wpnlDw sessol pu s ~sasuadxa siso i SS2ONaUl 21e tj:)jym Aqaiaqf pa,in3ut sa6wep ir-tuanoasuo3 our letuatsiout 6wpnlDw sessol pus ~sasuadxa sisoi SS2ONaUl 21e
tj,alqotj,atqo josqrofl q,ins a3wca, "iso;vaq1ts oj3ajuozAq Anvil jaAnq Aldwod wefg d0towas out jasoongo **spooC** aul aczoidjot sasinjai polqeuns#jaal5ls,olsiwat8alop4ansii asu2ixas.jajid3dgoa3ejdQj wqsrooos awlawl Jorml ~nost, **spoo6**
at Sa to ~uacjosa%,)Qfns IS use6e

jcjwoja ajonoajAuw jaAnig "jaAng Sa cuoil:)n1sul pus Woott"llizads 2kiIUs~~ a3UEDio:)n us pausioltid lOU aig Sloi"asof to to diuctisew -0m so C'Jalew U,SI>a#aQ --CIU03 lagonaJQ14 PQUJJGPad S831AJaS JO

jalkngal passed laA lots                                         %a jolussusArdioA jamiats
to swial out 6cuetsuiomsou pus sao;was at to a:)uuwjopaoa so spoo6
so at a,nizinosew sistie so 15uting iailawm copatod o:u o saus] lielin salusS
Dailunz,iAq Due sualie siouc jaAnq A-q!sal Cue uoiBodsui at loatjnc
ad listus otajw jurnsina pawioged sa3iAjos Duepaildclnt sooo6 nv
J3Pj0 Qsvol~Jnd %'Us Ad pa&Ao:) ais i4ot#m czaiuas so
cue sooo6 of sIadauj talm uoqsais~jraj so vwl=ljwun Asuvjjum Aue
10 w3eajo Aug to uonaj AD aliffiIja Cli se jjAnq Am vautaisng so Pasunzost
sabewep lelueo:;u, puelellueenbailao jqf3ads jir4lo put saal sAoqoi
-W atqnuj(Kuw SaSuadva IIE344 01Daifwq jou inq 6u6nl3ui asuadon;
put a0ir-up %sol 'Al.liquil 'susaulz lie wall vsulwjwq alstil)y st our
jaAnq oloy cue puolop AItuossapus a sasulie pllas clawoKno puk out
'uoSplo,ef-AQueH aie-iwe s2aAnq our jaAnq at uni l1rus Aug f saulut
-irnt) put saliugoitim a:tojas sit t4jm jimlabim Jelin to iaituejjvm pug
SuoilealluQ3 -SUoij%nU~jdaj Rut )M joiagilutaie lo2tsadsoui uw dawat
touiq lla if fifus 0.9                                         wont 15-stsiopatto tossitor, put jasunw out
at 1:)adCSj Uf loiluo:)pug U01123oclo Ulrtaj Ilems Julua 1QUl "2jaQlJaA4U
DQQ1A0J0 jaAnq to suoilonJsui pull cudjeoiltandr. out ujim souvoD230
- pausJopad ast film pue Clusucusilsom put levalew Us sloalap wall
-I So if,- jsen-nd t-uw0pd                                    lla leut if) -Pt-OU&S
AIaleS IIIJ010- jejeDGA aQr3.lcjdg lie"so. Aidwou Due persualul
as 1, asn )awnsuozjot aies puelot Die l00JC?U$QQ3Jnd S141 Ad oaja"03
sooo6 awl sews (c)ai,odind oapuduo jojsj pt attiostns Pug uti,$41P
.., si:)oflao wail -I Sol it.. **soocó** lie laul pug =sjoloo-oijid our Ajweno
                                                                2iqu:)jiddeil uUolJUo3
ijsDirourls cue s6utmejo
fihm Saone) fit tful pur (114CU quixiom out latiqlaus ul S1 30100 uioJj Gall
our pyzoas os,-,41o Station'-sou So if.- ole-4 luers,nd Pala-110P
sao>6notat41q:-.),-iocpoo6mncinkiijuenbpucAltionb~tnOt4l
jo1j:awlm3 jbub A:ue, at 3 j.udluaino S.JQlCS uaw1 jt:e6414-ou aq items
olajou juenShd oesusjoind saliuas so pug spoob awl Jot DQ8JQLJ3 0341d
-41 1-ul (1) f.e,j--PUS sa-fow-3 'dubsed0l J-119S - S311NV1:JHVAA 9
"2300AU1 alaudo idde Uff
atji ilIjjqs polold juno:;Sss
to AaAng AD jdsa~jajto alep aqj upn
AuV
jo jaAns Ad ps;=laj sDO06 "itnodon so podd'WS $0006 041 Us efutious
Aur 101 jaAng Ad juausinipe ais cud r at 1:oalms am firms VQ:)ioAuj
-43nslouawA2d soob~uig,jaIlaEAuedwo3Juisnwiuawnoogbuiddl4s
atclausidwoo so 6late-2 10 ilia e joAdorjaoo Due iguibuo aul- IN3Y4AVd 11
otuodis
s jallaS Iej;HI"S at pluni2i aoi Anus SIU3JUJIUS a3UVADO JO SS63Xa
aueAi-luenblosaoica4liosaaoxouisluawd!4%Auuto0D~R01g|aiei6iqo
Qqjoullvqsi&Ane oA snisoo:)puatwuilaqiut4sig Anialooin~seewwiso
jo 1m6- 10 JUnCYj awl ;uawdvs; Aut saisiatuJ0339 Isol 6unDwd mans
ou irmi itiaAaez ut'soocó out10 Uoildl1, 1sem wouqqsisLliaAuC watiout 99
jaquinu jassb uggLlaind w4l 6wmo4r, iioujd&4s
&6@4:)wa so xoq 43re Ausaujooop liems Isi 6u4:)gd V JaPJD 9904OUnd
9-41 to Gas% asu'ou Pus toopalsols, AJtooq,~Odc voliissu430 to IdSOWS1011n
Aqpied ad film out uiviatA tsuoi sac spoo6 out josso Jud out ut Dqpnl3uj gin
uonatiotlucl3qpit"6u,lw:)f6utmoedollso6j6ullv risona#8souravaM
t4lim AjdUjW at Sasil3 tie ut put jawing 10 ouo ilsoli3ostr vo4stoibosuail
tollfoodcAuf41im Atdwoa at paeFed AbotaedCUddi;jQ cakj uo;asL04
-Tosaii Isamot soulaun3as at IU0UJdIWS Jot psuadaidCue oat3ed Atgglmc
aq lsnw jaounajoJ4pzSgU:)jnd sDoofaQj- 0N1dd1HS QNY SNI>43Vd C
0010-39 PugP41-3t414 POUUUCIH0 U0Qq
~atj ca:otsu"Aust joiaujaoAuu at Aisioipv 6wpulsiusimiaupAne
Aq 0410G330 Pug DQA10.fQjAjjetnou,pQ QAQt4soooofl#pjna!qfouR23 ofsol
polowsop pg IOU ferms AjaAl!aia -@jjwswago so"at At POPfAcjdp iodrrigsQU
POPfAOIICl eonawa, jaJip Aug at uo1,pow ai aq IigL4z sigjW 4znS jaA(113
Ass pqsvam,.3= coEoiowap lkquapizoi pun jojuss~bassJO3 jqrt:o"c JOU10
so toutivindaiat Ainiuj tv;ajd so Evoi p I= j3uijnpajnuquj C)utpnt)ul
-%a6eujjJp jotujtel3 Aug a s eul o jo Atajuam 10 #4390jq jaub jo jualAd
10 Metal, ria:j90; :a uosej Aq so jespb asy4mind at uuolunou at4uniIul
so as-t-:,m tpoo6 awl so ad Aug 10 lie -nlw so la3us,3 at jQ.j 9,jahng

10 joAlsm9pq 01 pgswaSp sq lds llut4t;puepos4damst Apmjlv%DDo6 ujnlaj
at w61jeLlj jsll "oldap pu Gaziou" 10 a:jvgwJjoWqd so stuawatus sintnj
lawj3w a, jgAn,3pu.q lots lbus jwjo osrqqnd Soul jo sued Au.to imaual
.4æryjaArq b sæpassai pun clÆissauo Aug at uoÆpopitus 5D frms
Kid's m3nT still SSQ jaQ1JOAQ u POPlAO'd jaiin Ad pied ad lleqs aÆutsio
,zons Ad Dasnor3 bao ut aoueesofppAue pux AAaAstao mons solopodnos 03
jacuo usiouiso æo, ainoi pæno ~ow 0 VA'ditos 01 jajj~S iRintiess AstsjoAng
Cainssautic P.Wi8s, baw lots film costes,1100 GJQ(lQS 11 'UMISU Po2of00(111
sLujal am, q;lm 83U.JVjo3]q ul sa3tAjasjo spadll Aug asnaj at JU61J OL41
SIOUiNSWAGAIM UQam4PUMi4rmqOG MGC-XkW+OtUnilztidg}Q&MIOMVP
Aj'41op pomimbei au 1st AjaAllQOJO I PalstaOdSGIM Poltmi jeclÆasum :ulld
rAL41 t o a3tias sis awl s o ct pales t AjaAa lap to 2w 'k w-L, - A W3A 113O 'Z
p4coukoj)d assiallouss issets 99 Jdanota
l%liKQ1!4USI::j911u030N DQJQPJ0S2a1AJQSJ00Us condo awl to Aug lasing
a) goqstujnl b itia-l"jo ssojo issÆoind 6141 to Adoo
isoUI iwnlai puts Sosjn32X2 lafn u2Um CU011!PUC33 DUO SWA21 Sit 110
pug jadjo atutJoind Sims AQ punoq aq lie4s S2'tJ"d 841 - 33NY.Ld33:jV                    I

1° WCO° ON lonfoul

SNOMICIN0 3 CNV snim o uvaisivis
U3131110 3syt4:ou nl:j
°ONl 'N0Sa1AVa-AM11VH

UV UV

Iw G Postanschrrti BomDarclet-Rotax GmbH, Postlach 5. A-4623 GurGkircnen, Aus=
M          a

Uri VU

01 of

J V W 41

~~ MR

Llo UU

nj r-

uo vu

q~ wrl

## BOMBARDIER
*RECREATIONAL PRODUCTS*
Bombardier4iobx GmbH
ftw Srasse 32 A4623 Gurekwoei Ausiria leem (43) 7246/601-0 Fax(43)7246/6370 rdtpr://wwwxecreabonbombardarom

Ek. zo*.v -a sa -rr~ bm v~ i Pwm

c~ M

S, cd m

rw b~sm~~ aftutn~~ -7L-- -ags- Lwlm~c~ Dt~ me O~- -WAU G~W ww~ Lx4el~ uno va~Assb&voropn sanaw n~ h~ hm W-C~ L= Gd.~ /O n oas, o f w D~ a ncl Sa~ Coropo m w~j Va. P.".v 7

/pan M 11                         PM&/E'"L° D~
                                  a

P~' c~

l'Ursprungsland/Country of oc^pn
Obo-ba,* AG,wvs Komo 283 0701/0D BL7 15,30 B kN AT7 0 l5130 002&3 0701(j0
UD-N,                              ATU 24886-5N FA BOMBARDER POTAX GMSH
Gescto,sfurw&                                          kxrcw R Lewr

## SIMEONE 02692
## CONFIDENTIAL

Wvnig&Z"smD a Wear"

I

                    Harley-Davidson Motor Company
                    X4=w) bX?3"=w MIX40"'X&wK1Q
                    P. O~ BOX 473
                    MILWAUKEE, WI 53201

**JBMIT IMVDICE S IN TRIPl.IrATE TO ABOVE AD DRESS, ATTN: ACC7S. PAYABLE**

*ImS p-C~_'A BoZfʌ w-En w3t ~ ~ ~.~~~5*
**P,)RMASE ORDER** C-0000002294 PO REV: 000

**0.0FROA°**          **P-41**
    5/04/00 _I

I

Can n-    SU&XCT 7D OMPECM-0 W    0

**HID YORK**
**R 1050**

<u>10</u>

**SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INUCATIED BELOW)**

'_ROTAX GMBH
  Pb **Box** 5, GUNS KIRCHEN
  AUSTRIA, A46Z3
L

HARLEY-DAVIDSON. INC. 1425 EDEN ROAD YORK, PA

17 4 022

--I

_J LMARK **FOR P. O~** C-0000002294                    ⌐

C˙. 0'

SHIP F OTHER CARRIERS                    ATTN: PETER

    750

**1** 25

'
I

        150

        70

        15

*py-UPL-MrOM117.*

EA

EA

EA

EA

EA

PN:-250-010
GASKT M12XIBDIN7603A

5TO37051

                DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
        5/19/00                    750 1211061

PN:-264-737
IGNITION COIL ASSY

5TO37714

  **W-4t,**
    vj-~ /

$ 21160

DRAWING REV. 0

```
t
ii
```

DELIVERY REQUIRED AT DESTINATION
        5/19/00                25 1211061

PN:-256-160
OIL SIEVE

5T037906

                        DRAWING REV. 00

DELIVERY REQUIRED AT DESTINATION
        5/19/00                                    150 1211061    1.60240

PN:---"?3-151              DRAWING REV,
STARTER MOTOR ASSY

5TO30153

DELIVERY REQUIRED AT DESTINATION
        5/19/00                70 1211061

PN.-212-610
CHAIN COVER

*w~.*

DRAWING REV 00

            ~FDJIH-D WMT R OMPANY

$1

f f t3

t 7. 16840

$158. B5

$1112. 12

$240 36

$8903. is

c *6113* fpcs) *11%*

SUPPUER

SIMEONE 02693
CONFIDENTIAL

Harley-Davidson Motor Company
x4=w*xQw)w K "1xw")("00Q
P. 0. BOX 493
MILWAUKEE, WI 53201

OBMIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS. ATTN: AMS. PAYABLE

Tke        CPD" MAWR WJ51 APPEAA ON ALL WVMISAAG &~, DOCUM fNT5
PURCHASIEORDIM C-0000002294 PO REV. 000
0wx 14 uAm                            '0"~ mwnuc Nv
    5/04/00 3

                D                    am        H/D YORK

        c. CC_~                VJP"M- OME
        w"cww.410.S ä            R 1050
    a-Gs nfou'Am Dul
    SHfP TO (ABOVE ADDRESS UNLESS OTHERMSE INDICArED BELOM

*I-ROTAX GMBH*
3 PO BOX 5, GUNS KIRCHEN
    AUSTRIA, A46Z3

                                7 F HARLEY-DAVIDSON, INC
                                    1425 EDEN ROAD
                                    YORK, PA                          17402
                                _J LMARKFORP. CL C-0000002294

SHIP POINT rLL70THER CARRIERS                          ATTN: PETER
                                        -6~_ 0~" C'
                                   Ico~

    FM AESA&E - "M SJOJECr M
    , . ~ . ~ 1

0                   wP~.'Qm'qww a7
            7,

            3,24. 7 a-

_137TT7rc                    172 ! lt =

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY, ETC.) WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK DIVISION

IKE EATOUGH - YORK

13 (F-CR) I/W                                              i

BY ACCEPTING THIS ORDER OR ANY PART TH~EREOF,
SELLER AGREES TO BE BOUND BY THE INSTRVCTIONS,
TERMS AND CONDITIONS ON THE FACE OF TH ORDER
AND ATTACHED HERETO FORM NO - Y6034 (PCR)~
NOTE:
MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT
    HARLEY-DAVIDSON MOTOR COMPANY
    1425 EDEN ROAD
    YORK, PA 17402
WHEN APPLICABLE

H-D REPRESENTS TO SUPPLIER THAT H-D IS
TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER
A RESULT OF YEAR 2000 SOFTWARE PROBLEM
SUPPLIER REPRESENTS TO H-D THAT SUPPLI
IS TAKING ALL APPROPRIATE ACTIONS TO
PREVENT ANY INABILITY TO PERFORM ITS
OBLIGATIONS UNDER THIS PURCHASE ORDER 14S
A RESULT OF YEAR 2000 SOFTWARE PROBLEM

    S

    ER

    I I

    I ,

TOTAL

    FOR H D              R COMPANY
MT E R                TER I ALS

SUPPLIER

    i

$10YE34 94

SIMEONE 02694
CONFIDENTIAL

--.
*vk 46*

*J '.: F j* PostanSCM11 Bomoardier-Rxaz GmbH PoStlaCh 5 A-4623 Qmsktchen. AustTQ

idb 4v -

- t : -.*

## "alum **BOMBARDIER** W *RECREAWNAL PRODUCTS*

bcnftfdWir4kax Gmt*i

MW Svasse 32
A-4623 Gurzkrohen. AustTo
Teooon (4 3) 724616 01-0
Fax(43)7246/6370
hz:llwww feceahonbmbarawrom

9~ zv*, w sa~ v~ tpb-
K-t. cX~

Sumahm no

Bevokut'.                                    unwo Aarm-~*    unsm Zncren  La'sum t
Ora& om                                      Conw"ton .1 ao& m   ow rd       Dw~y ON*

Aul Grum Lesemw Lmf'  - ιm Vow-xtsb&OOVLng~ ~nOvw                                          P~ tw wm Aa~ VV Ge#"V /an o os c of w Dd~ arU SMS
C4f~                                             W% VW

Y u u b

.'~ L .

-ju Lu

.4 -

"lu UL

t~
"'., - t.
77.~- ~ PI"ⁿ" m m

mwm mr,

pw~

A= A- м/Pan M                      1.        emc'm~o~-

P~WE -..C,L* P~
  ¡

                              ¡
                              **I**

*I*

V Umprmqsland/Courdry c9 ofVon
ObffDar* AG Vk-is Yan~o 2a3-0701 /00 BLZ 15130 6A.N AT70 1513 0002 &307 0100
UID-N,             AT U 24 a86504 PA BCWBAFO-- R.RMAX GmBH
GescrollISL*e,                         PooW 8 Le-s
.         v arvag/Toul

SIMEONE 02695
CONFIDENTIAL

80 zykxx*,v&Q -efoen

verajusasm p a bwwtvw

v -

gu k~

Postawwdi Bomwoer-Rotax GmbH. POStfach 5 A.4623 GLnsjtucm, Awua

2b UN -

JL, 11

dV Ut, j~ ~~-

it ~w

i ~ r

utj LIL

"NUMB

# BONURDIER                     IW

*RECREATIONAL PRODUCTS*

*Bombardw-Row GmbH V*iw Srisse 32 A-46M GmOattM AuSM Teie)w (43) 7246/60" Fax (43) 7245/6370 httpr://www recreabonIXmbar0or-CcM

.    i

8ft ZW" Wd Sd~M~%W~ b"~ W& "- IF%.~ V W W

asx*w no

h. uasm~     A~ft              Lvtwuwu~ Do-V am
vw%aMoaoq,v Aut Gn~ctro~ Lxfer~ uW %W-oL=~eonWrK)cn &Wxlftn rvwn fi~r fin Parjv~ uɛɪ Gdwr/On base d w Dbirwy "Sm% Cordi~" wu ycu ov

Mer~Mlory Arwo4 " Pw ro           PMWE~mvr ow,

ZAI"~

I" Lkspru ng3ha nd / C~n try of ork jin
Obeftenk AG, Vvft Konto M-0701/OD BLZ 15130 IBANAM 15130()o2a3070100
U10- N,                    ATIJ 24886504 FA 90MBARDE R-R07AX CWBH
gescra wurm                                    PDOW B.Lewts

Bei ZarwrxpywaQ weoeen

SIMEONE 02696

CONFIDENTIAL

WrAosuna n p a D&eovw

Harley-Davidson Motor Company
X4_9a")t") fdM MXX41Z7Xt2X0=
P. O. BOX 493
MILWAUKEE, WI 53201

IIT INVOICES IN TRIPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

r-S ·IRCIASC t"" ·Aɛ' .-ɴ ~ ~ · ~ :Xt S ~ ~~_00C~
PURCHASE ORDM C-0000002242 PD REV- 0-DC,

crq"    ~                    I Guwgft*~a cwwav ɴₒ

1/19/00                                              4

                        0.
              90DA-0 M 0.Srf<Tɛ" 91
0-                                          D-      I'H/D
CEWTV40ax OF *Cow%* ɪɪ↘↙.           ↘-com     su"kxA com
                              R1050
SHIP TO (ABOVE ADDRESS UNLESS OTHERWISE INDICATED *BELI)IM*

ROTAX GMBH
PO BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

        HARLEY-DAVIDSON, INC.
        14215 EDEN ROAD
        YORK, PA                    17402
_J LMARK FOR P 0. C-0100000-2242

_j

VEPW- 011("OF

DAYS                    SHIP POINT                    LL OTHER CARRIERS PETER FILLIP

NOTE: THIS PURCHASE ORDER MAY NOT BE
ALTERED IN ANY MANNER (TOTAL COST,
DELIVERY, ETC.) WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVIDSON
PURCHASING DEPARTMENT, YORK DIVISION

BY ACCEPTING THIS ORDER OR ANY PART TI
SELLER AGREES TO BE BOUND BY THE INSTR
                                    EREOF.
                                    UCT I DNS
TERMS AND CONDITIONS ON THE FACE OF THE ORDER
AND ATTACHED HERETO FORM NO - Y6034 (P R),
NOTE:                                    IC
MATERIAL SAFETY DATA SHEET(S) MUST BEI
FORWARDED TO SAFETY DEPARTMENT
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402
WHEN APPLICABLE

H-D REPRESENTS TO SUPPLIER THAT H-D 19 TAKING ALL APPROPRIATE ACTIONS TO PREVENT ANY
INABILITY TO PERFORM ITS OBLIGATIONS UNDER THIS PURCHASE ORDER AS A RESULT OF YEAR 2000
SOFTWARE PROBLEMS SUPPLIER REPRESENTS TO H-D THAT SUPPLIER IS TAKING ALL APPROPRIATE
ACTIONS TO PREVENT ANY INABILITY TO PERFORM ITS OBLIGATIONS UNDER THIS PURCHASE ORDERIS A
RESULT OF YEAR 2000 SOFTWARE PROBLE

IIKE EATOUGH - YORK                41

1 f3 (PCA) IM

I

i

I

i

I

FOR H D MOTOR COMP ANY
MANAGER OF MATERIALS

i-Jr~ED SK~Ki

SUPPUER

I

I

JOTAL          a I q87,~, t~

SCIOMNEFOI DN EE NOT2 17 AOOL

42.

uu uu

RECREA770MAL PRODUM
Boagador4btax (knbH
VAim Suasse 32
A-4623 Ckfmkr~ ALWO
Telelan (43) 7246/601 -0
Fax(43)7246/6370

Posjan=n.tlBcrmoara~r.Rotax G mbH, Pos"ach S. A-4623 Gurtikirawn. Ausiria

nrVrj/wwwfecreajKnboff0aMv=n

8. Zw*y -1 Sawf~, bm ~-₁ pmm

S. V. W m

vu Ulf

C-. c~ ₁.                                          ck. W

a."

QA              YW, ruoo nct                                    L.lm - w "Y."Wa*nq~Ven uncen              r~ ks ₁t' %MafPr
                Ao G~w
C*Qn, Cnbasa d mr DBi,~ ard SawsCmamm                   owl ~uu

uu ~u

*0.2 W9*

SIMEONE

02701
1 Ursprungsland I C~rlt y of ongin
Oberbar* AG, V"'S Kanto *2&3* -0701 /00 BLZ 75 130 eAN AT'70 *1513 0002 BW 7 0100*

CONFIDENTIAL
U&N,                                                    AT U *2 4 B86 5G4*. FA BC4ACWR.E* R. ROTA K GMBH
Clel~hsluht~                                            Plooge, 13 Le~'G               Be, ZAhk'nqs"c'&'q -wom
         ~Wzugsmw p & berechm
F.mentxcm-hr                                            κ FN A93159Baanstan otjng~ konnen nu ttnrenwb 8 Tagen roc h Ertwo

, ç - -t'

uv uu

Pckstartr~-hnftBombarceRotax GmlH. ₚₒₛₕₐₖₙ 5. A-4623 Go6*xrcrien Austm

ON VU *

~[ W E

## uli liv

₁₃ FF

*vv uld*

48 Y~

41 **WW**

## BONUBBIEN
*RECREA770AAL PRODUCTS*
Bcffbbwdw4lotoLx GntbH
V"t" Suasse 32
A-4623 C*n Skrtf%M Au Stria
Tedm (43) 72461601-0
Fax(43)724616370
f V Dır'/ w w w jeacanmbær* wdw~wm

**Ba za° V wa s ₁e% ww.₁ om W"'I-ı I P~ W W**

K~.N,
cAAMa~ W

z

vw am" ro                                    0ow Cale αlo~ cl rM,ₘ Ow u₁
vₑfₜ₋dₜ~C~ A ~f GmW w Umjw uro VarkaADeongIrgen ₐₐᵣₒwₐ tUr PeVXvV Lro GOlars I On bma of Cw De~y 8W SaWS C~v01

ⱢⱯ₊t~
Pₑₓ~° ₐ₋~

I* UmpranqsAand f Coun" oforkpn
ODaır* AG, V~ k% Kenio 283-070'/DO.BLZ  1.5130 6AJY AT'70 15130002a 307 Olfx)
UO-Nf.                      ATU 24886504 FA BOMBAF05RAOTAX Gk&4
Gesctm.,                              Roow 8 Le-'s

B.- Zar]krqsverzug wmh~n

SIMEONE 02702
CONFıDENTIAL

VernigsDn saig) a Dwectvw
        T- ~ G-

COMMERCIAL INVOICE

# Boullum

*RECFA54TOM PRODUCTS*
8*0"M1dkWlFWW QM*H & Cb.
VMW SV=8 32
X-AM3 CXMVW0WX AU"
**lakoon (43)** 7-24WOM .0
Co. **IS**                              fm (43) 7266/W7U

PoWtKn 5, A46M Qx"k=nm &'To

0-bH

*P191* 2

Barley- Davidson Inc.

PO Box 653                    C~_                        00anwMal lrr~im H~
MILWAUKEE WI 53201            17566                           90043489
USA

                                                      rat.
                                                      2002.08.12

                    DIM        *",-

                            1    VA/MIM              |   2002.08.12
            v_t7_  'B52'M'1'1Crt.r7_9e'i arY~ airfreight to ar ey Davidson Inc. at n. *C7*

**80066582**  *th Roth,*
**M.Vwoty**                                        *BUR*
                    Order no.: 36494
                    Order no.: C-0000002432
6      250010      AT    GASKET RING C 12XIB                0.20    1.22