```
                    Order no.: 37488
                    order no.: C-0000002446
30    259075    JP    SPRAG CLUTCE              48.53  1,455.79
                    45,665XG2,332XI3
155   276065    IT    FORK KRENCH 1OX13 MM         1.10    170.50
                    Order no.: 37489
                    Order no.: C-0000002447
3     237860    AT    CAM SHAFT 292 DEGREES          53.46  160.38
24    297540    JP    SPARK PLUG 12 MM               2.56   61.38
                                          1,849.27
                    Packaging                 0 . -73

                    FCA Gunskirchen           EUR   1,850.00
                    Country of origin:
                    AT - Austria (EC)
                    IT = Italy (EC)
                    JP = Japan
The solid    wood    p3ck    ng-materials are totally free
of bark    and apparen:ly        free from live plant-pests.

1 carton    ROTAX    8)063582 YORK
gross    wbight:    11,20    kgs
  Within    35 days without deduction from date of invoice
```

ma~-**h"niniginq qjmumyER-FQM1 C111H L (T) IM**

--O OW2 83M 0100                                             9
**JRQ83N1FVU1EX*R7DJr0WxWW 217491** *P*

60 Z-%'VW-AQ *J*aw                                   *A iL* **bweCrM**
**FNM31331**                    **E-.m.V-.d awvw%%V_** *ho~* mr ................    θ ā  T.W. md- &rM
V"%                            ca P&&WV br ..............................   aw Van ,.0-õ-

SIMEONE 02703
CONFIDENTIAL

# C-OMMERCIAL INVOICE

PoVw"O vft **3pW00)0&4,VW,** POW8Ø1 S. A4C23 GLWAKWCW. AU'

Cb*M & C..X3

Messrs.
Harley-Davidson Inc.
PO Box 653
MILWAUKEE WI 53201
USA

## NUMB

*REGR64TUAL* PROMM

___ -'**!**ft_4 *CZ*>. KG

**Ze**          Wi sinw., 32
A-423 GLfWaChM Aw"
Idabn (43) 7246/U)1-0
Fax          (43) 72146=70

CowftrCW ln.01ar kb **90043489**

b-~
2002.08.12

VA/MIM  2002.08-12

Aa C-W- LA- -d M-0- 0**Cnt-clw** D1viS=._1.1.
atr-n. **$am** airfreight to ey
80066582 th -Rorch,

Lorvicor Aωωω w-.      - l ₁
net wei3ht:         IL,O) kgs
pft~Within 35 days without deduction from date of invoice trImm, - .=M TER-P-'MI ammL M 1M.

UO-ft

13 0= 83D7 0*00
217491 a

**wts**

DIM                                    035X=

en.

9 %

SO ZN*Xq,.WAQ            **Varnopmoven ji & bwalm**

6-%%sv- -W 8--w1-v-
awpi"o"brawlb qww                      a Now nwh Eovo

DA Lw% -vV~ bot- m ~ -029~ 9.pw ch ow Pa,"          Eqw*,,,

SIMEONE 02704
CONFIDENTIAL

### arlcy-Davidsorl molul Company

Ro~ Box IZ3 LimWilLotw W, 53201

"A~n op cowrto'.m

r

SUBWfftNVWES IN DUPLICATE TO A 30V-. <u>ADDRESS, ATTN:</u> *ACCTS. PAYABLE*

**|** p 10 ι- fl

&ι*P TO (ABOVE ADDRM I <u>W41</u>  OTHERWISE INDICATED BELOM

-.*40JA5,E~hfFt

<u>p y n q i:</u>

I,,

  F-Ro-T,qx GMBH
    PO BOX 5. GUNS I(lRC1'lFt4
D P.USTRIA. A46Z3

m ouw!7r~ ~

111~9

L

'
    '
  _-L -

I4ARLEY-DAVIDSOI`,, INC.
1425 EDEN ROAD YORK, PA

I

17 40;'

nAYq            **|** 7HTP                          CD
                QJNJ               IHO FIFPTS   HANNEI.DaE KA! ,'~0'
2

 E A

.EA

E A

    COPY OF THOSE TERMS AND CONDITIONS IS
    PRINTED ON THE BACK SIDE OF THIS
    PURCHASE ORDER- BY ACCEPTING THIS

PN:                     -YMISC  RevLvl
     MISCELLANEOUS ITEM

REF: PART NUMBER -227-860
     NEED DATE: 8/2610? OTN' RCVD.

ACCTR: 121-1061

1,

PN:                     -223-47     RevLvl     ACCT*: 121-2061
     NO-CYLINAER

MARK PACKING SLIPS AND MATERIAL 10 THE
ATTENTION: B52 MILITARY, KEITH ROTH

CONFIRMING ORDER
     NEED DATF: 8/26j02 OTY RCVD:

PN:                     -297-540     RevLvi     A     ACCTM: 171-io6i
     SPARK PLUG                      NGK
     NEED DATE: 8/26/02 OTY RCVD:

THIS PURCHASE ORDER IS SUBJECT TO THE
HARLEY-DAVIDSON MOTOR COMPANY PURCHASE
ORDER STANDARD TE'liMS AND CONDITIONS. A

**Ost-ir** Fax Note ~pl          Z_ Ｐ"es

**CoJDw**
*PhD° 0*          14u° 6
**FAX** *i*          :ax 0
|

k   ';I

.0001**C**

:~) ~:) (;~C_

. 000 14)

2.7500

°°**MOTO-4 COUPANY**

**f-urlooftm ~r~**

6 **6.0 b**

SUPPLJEFt

SINIEGINE 02705
CONFIDENTIAL

,; 1'. . .

**W f if,** *1

PuRu"ASE 0110CR

Hahey-Daviclson Motor Company                    S '. 0
F.D. bo x -iS3 wwa u3zc. V A S32i)

                                        AT
                                   HLD YOU:

SUBUrT INVOtCES IN DUPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

c-Ti aP ubo%Juk"

81-8% raw

ouwm se-

RI OSO

HI*w"I' 0'PPK 60

—YMP

*SHP TO (ABOVE ADDRESS U~&M01HERINISE INDICATED 68-OM*

*RUTAX* GMBH
PO BOX S. GUNS KIRCHEN
AUSTRIA, A46Z3

L

I     HARLEY-DAVrDSDh. INC
  1425 EDEN ROAD
  YORK. PA

17401"

D A Y_';

%AiA        CCW V- VfU'A&  0800% 0- 1-0-A                    VA;IJ:y

c Hl- POINT

H~i Ft. FETS

HANNELORE

QUANffty- UNffl                                    EXTIEPODEDPRCE

CONDITIONS IS ALSD AVAILABLE FOR REVIEW

IN THE INTERNET AT WWW.H--DSN.COM.

NOTE-. IHIS PURCHASE ORDER MAY NOT BE

ALTEREC. IN *ANY* MANNER (TOTAL COST.

DELIVEPY, ETC.) WITHOUT PRIOR

*AUTHOR32;710N* OF THE HARLEY-DAVIDSON

PURCHAS:I~G DEPARTMENT

N 0 T E -
MATERIf.L SAFETY DhTA SHEET(Sj MUST BE

FORWARDEC TO SAFETY DEPARTMENT

HARLEY-OtVIDSON MOTOR COMPANY

AT THE "~HIP TO" ADDRESS ABOVE

WHEN APPtiCABLE

                        GRAND TOTAL         s 66 e 0

_X2                                  Zp-1a _0~2_

.A LL-AX*U €A
rETTH-PnTH - YnRK

FOR " UXOR CCMPANY
/"E I T Hmoly - -ZO R K

SUPPLIER

SIMEONE 02706
CONFIDENTIAL

I Harity-Davids0r, M01by L01 Y 'Pal W 11 ₁PC) 130A 103 m1wBula5c. wl 5320₁

SUBIJfl INVOICES IN DUPLICITE TO ABOV E ADDRES S, ATIN- ACCIS. PAYABLE

  F&TAX liMbli
  ~(i BOX 5 , ~.LJN-- t,' IRCHE N
0           kUSTRIA, A46Z3

L-
nA
30    DAYS

!u

.I

                        i Lp Y W. 1%

                        "R~I "e ·AI1lA.I·          f
                 .#L.·~ 8 M .0..
     SAp T04ABOVE ADOpESS jNLESS DrHEPWSE iN04CATED BELOW)
[--H A R L p -DAVIOROrl,I NL 1 4 -2 5 E D F N R 0 A D YORK . PA

17402

-J L

SHIP P 01t, T                         Ho FLEETS ANNELORE*KA

I *`p ~'                              I ₒ-"ₐ" "'-I

VNITPRICE
                                                          EXT
                                                            ENDM

3

52        is

PN :                    -2!;9-075      R e v Lv l    Accl,#. 121-1061
    S P 1%A ll C L U T C H  4 S . (~ 6 5 X 6 2

MARK P:kCING SLIPS AND MATERIAL TO THE
ATTENT104: B52 MILⱧARY. KEITH ROTH

CONFIRMING ORDER

5EA

 E A

    THIS PURCHASE ORDER lZ SUBJECT TO THE
    HARLEY-CAVIDSON MOTOR COMPANY PUSCHASE
    ORDER SIANDARD TERMS AND CONDITIONS. k
    COPY CF THOSE TERMS AND CONDITIONS 15
    PRINTFO ON THE 8ACr SIDE OF lHrS
    PURCI-Ir~SE ORDER . BY ACCEPTING THI
    PURCHP-Sf ORDER. SUPPLIER ACKOWLEDGES
    THAT ;'T HAS RECEIVED A COPY OF 7HO:7E
    TERMS ArIO CONDITIONS AND IT AGREES TO
    BE SOWN11 BY THGSF TERMS AND CONDITION,.
    PURCfh'J ORDER STANDARD TERMS AND
    CONOTTIONS IS ALSO AVAILAC~LE FOR REVIEW
    IN TH(.*NIERNE1 AT WWLJ.H~DF.N.C0M,

NEED DATE: 8/26/62 OTY RCVE):

PN: -776-065                    RevLvl 00      ACCTO: 121-1061
    WRENCH le x 13
      NEED DATE;         8126102OTY RCVD:

P"-It* Fax Note 7671      Date 04 0.

C*JDW,
P%OIW a
Fax #  Fm
FOR H4) MOTOR CZAAPANY

50.00060

c-y2--

1566.#10

155.06

SUPPUER

SIMEONE 02707
CONFIDENTIAL

Harjcy-Ba*ACL50n motor Cornpwly
?.0 BOX CS3.              - _5320 ₊

ptjRCl la
        ORDER

I G S lh          YMP

z-.-

PAYABLE
 SUBMIT INVOICES iN DUPLICATE TO A )OV. ADDRESS, ATTN: ACCTS,          THEW twDICATED BELO"

     O-TAX GM81i
  F-ov 0 El 0 X 5 . C, U Ks 7, K C H t N
0 A US TA I A ,

     L

"m
30 DAYS

   :hj OLt4gM LlNrT-

...........                                    t --------------    *1 H F7

.                                                                KEITH    WkNy
  K EIL
     T-liolk 'T H          Y 0 R 1~   _S 3
--------------

A.1 6 2 3

   'S        -V'ff,,-1, . I N C
F-411 rLlN'!f7A
   47S ED~N RDkD y D R i, . P A

___n
17 4,1 ?

                              nANNELORE 1:
          iHo FLEETS
CHIP

tiOTE - J'H) S PURCHASE ORDER MAY NOT BE ALTE RED ) N ANY MANNER (TOTAL COST DeLlvEftY. ETC.)
WITHOUT PRIOR A0THORIZbTION OF THE HARLEY-DAVIDSON PURCHA!il(IG DEPARTMENT NOTE : MATERIAL SAFETY
DATA SHEET(T.) MUST 51 FORWARDED TO SAFETV DEPARTMENT HARLEY-DAVIDSON MOTOR COMPANY AT THE -;HIP
TO" ADDRESS ABOV~ WHEN APP.ICABLE

GR
,

NO TOTAL

$1655-00

SUPPUER

SIMEONE 02708
CONFIDENTIAL

I

**ci~ap**

**SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE**

   c,~y-Davidson Motor Company
P.O. Elm 6~I. hawauJoe. %153201

   ROTAX GMBH
   fl(j ROX S, GUNS ~11 CHEN
0 AUSTRIA. A4673

- L_                          -

10 DAYS
:m
     0UANTTrY UNrT

          F A

          E A

 j

22

11,69 PURD"U OPM Ahl" WV Æ'TM ON AU MOM NO "MVQ DOCUM&M

**PURCHASE OROER**                    **C-000000?43' PO RfV:**   00~

          co
t;124ZO2
   -7-              s.&ACT ToplptcTx)m w

          Eo_.              Ej
                            H/D YORk
                            am cccK        W_V"Amawt
COr"PWATI OPC0%fI%.W*Kf

F_j=M M"M~J-WK D-0 -'        **Rjese**
          SHIP TO (ABOVE ADDRESS UNLESS ONER"hSE INDICATED BELOW)

 HARLEY-DAVIDS04. INC. 1425 EDEN ROAD YORK . PA

17402

          I                    -   I          I

SHIP P01PIT          1HU FLEETF~    HANNELORE KA  ED

7=~ cc

PN --    GA';K-' M12XISDIN7603A    -2',0Re10I.,. 1 0 0 ACCT": 1~11-10bl
     NEfO OAT[:              7101102 QTY RCVD:

NEI D OATF :    7 11E /02 OTY RCVD:

THIS P1JRf HASE ORDER 1~- SUB31CT TO THF
HARLEY--Os%VT0SON MOTC-R COMPANY PURCHASF
ORDER ';TikNUARD TERM~- AND CONDITIONS. ʌ
COPY OF -HOSE. TERMS AND CONDITIONS IS
PRINTED ijN THE BACK SIDE OF THIS
PURCHA:;
PURCHAS

THAT i,r

          E ORDER. BY ACCEPTING THIS
          E ORDER. SUPf-LIER ACKOWLEDGES
          14AS RECEIVED A COPY OF T)iD,;,TERMS ANil CONOITIOW. AND IT AGREFc, TO BF BOUND BY
THOS'. TtRMS ANO COND)TIONS. PURCHA:'E ORDER SIANDARD TERMS AND CONDITC04f, IS At.SU AVAILABLF
FOR REVIEW iN lHE 1;4TERNrT ʌT WWW.H-05N.COM.
I~

 i q ~
          alyEn

SUPPUER

     I-

*FOR H-D L40TOR COMPANY*

. **18800**

. 1 B 8 00

SINIEONE 02709
CONFIDENTIAL

I
.) . h 4

4 Z . ~10

## ri-lirrolfoo*

WLWWrIWLW AMTAA Oh F' 9W6M 1'0'W-'00&IMCW2

**PURCHASE OWER**            C-0000002432 PO R~V:       002
COW* ~n                      oom~ C.~ -

## lianc-i-Davicison Molor Company pa E,.:. "53. ho,"m u.. "

HID YORK

**SUB UITINV DICE S IN D UPLI CATE  TO AB OVE  ADD RES S.** ATTN: ACCTS. PAYA BLE          DIV-    R1050
- Y M P

**SMP TO (ABOVE ADDREW% L#4~ OTHERWISE INDICATED BaCrM**

 ROTAX GMBH
-PO BOX S. GUNS (IZCHEN

HARLEY-DAVIDSON. INC. 1425 EDEN ROAD

ro 'AGSTRIA. A4673                       YORK , PA                17, 01.

L                           _J L                                  -i

7

30 DAYS              rM SHIP P )I 4T      IHD FLrCTS         I HANNELOR F K        CD

Ev      OLIANTITY UNrT   [>ESCRtPTIO-N              LINIT PtVCE            EXTENDM PF&CE

NOT E: rHis PURCHASF ORDER MAY NOT BE

AL'rFRE ) IN ANY MANNER (TOTAL COST

DELIVEIY.ETC.) WITHOUT PRIOR

AOTHORIZITION OF THE HARLEY.-DAVIDSON

PURCHA314G DEPARTMENT

NOTE :
MATERIAL SAFETY DATh SHECT(S) MUST BF

FDRWAR)E) TO SAFETY DEPARTMENT

HARLEY-DIVTOSON MOTOR COMPANY

AT THE ";HIP To" ADDRESS ABOVF

WHE  N A "P ICABLE

GRA ND T OTrL            sA 7 cf4

v*                        P.MoF TO                        FOR H-O MOTOR COMPANY
KE11 H RO TH - YO RE---                        53    QITH    R-PTWORK
~41~ PIM- /f___
OVIM

SUPPUER

SIMEONE 02710
CONFIDENTIAL

# COMMERCIAL INVOICE

Poswimlv₤u Bornbamw4btax Gr₺bH. Posftmh 5.A-46n Guraxrchen,Aunne

```
Messrs.
Harley-Davidson Inc.
PO Box 653
MILWAUKEE WI 53201
USA
```

**88HURNIN**

*RXREANK4 PROOYM*

OR"

V°ftw Sva= 32
**A-4623 GurdarchwX Au"**
**Tabion (43) 7246/6M -0**
**Faa (43) 724616370**
P-W ) t°1PJtmoWWnb=bWdWMM

W brAre Urd 9 MMkWWft b ft -"*-V

```
17566
```

**..Paw**

**Conw-rcUI Irr~ce**w 90037549

Date
```
2002.01.09
```

F_ Dbmvft~ Yw .w                         D-62~ DOW I°*        L~ **Anw.4a.** W..w°d~a,    −T~−  10~ ow°₺        .
```
                                          VA/STM      J2~002_01.09
```

**Varwxvv"**. pm-0          hi Gned L~ UWw- und V&VALAdiedr9w4gn W%W wT Vffm 0 M FW₰ COWW/Onb~ 9 colcft~ Roa ₮9~7 York, W" I Davidson
```
14 2;
          nc en  UPS exp. to Harley
```

```
       7402,
kurw(k.                                          BUR
                     Supply no.: 80056863
                     Order no.: 32740
                     order no.: C-0000002391
100    276295        DE    VALVE FEELER GAUGE 0.05 MM                    0.67
       66.55
                     Supply no.: 80056864
                     order no.: 33006
                     order no.: C-0000002394
12     950141        AT    GASKET RING A 8X13 DIN '7603                  0.14
       1.72
                                               68.27
                     Handling charge                        18.16
                     Packing and freight                    52.30
                     CPT York                   EUR    13B.73
                     Country of origin:
                     AT = Austria (EC)
                     DE = Germany (EC)
The solid    wood         pack.ng-materials are totally free

of barkland   apparen--ly        free from live plant-pests.

I carton     ROTAX           8)05;B63 YORK
gross        weight: 0,    0
```

cg

net    wei3ht: 0,10        kg
**P-0mv** Within 35 days without deduction from date of invoice

SIMEONE 0

f, XT1r11r%
I - Unonxtbobwd I CvLw&v ed atom
ObwW° AG , V°ft KWAD Z& i-07M lOU. ftj 15 M, B4J4 **AM 1513 0002 M (r00**
UO-m-              )UU 24M65D4. FA BOWAFUER4UTAX GLW
GesMMOL ftw                          FcOow ã Le-ls
Pvnwbwh4w~                            FN 103TM i
LWW0S gWVt                            wo.
DV'R        0381080

                        2711
9 %                    ENTIAL

am Zwuxvrwnv Wmn                      V-Zgur- Ix4 bwKf%K
E°w°TkOVin tre Bnfiww~ w~ras krwrab 8 Tagon ract! Erho
Off Pact~ biw. dw Vim pwwn wtb.
DíD L°wL0V- bob- be &~01°an Oeowh ct, Peov° fnw EowguM

**POST4** Faif **milt!** 76-, i

Prww a

**Fwlv &iof~sor_ &)&-**

        ---I  vQj- .:::~L

co
**PTIone r**

            Fia        Nmid!-on Motor Company
        T_
          e P. 0. **Box** 'q'?3
            **MILWAUKEE.**                WI **52201**

"MW WVDO= IN nWLCATj TO AM% AMMM. ATIM AM-M PAYABJ E

r-

   OTAX GMBH
   PO BOX 5, GUNS KrRCHEN
   AUSTRIA, A46Z3
L

rurcKAM Ora"                C-0000002394  PC: REV, 002
OWMDA~                              'c aw m~

   12 /21/01  1"" ? ,                      - r
P%MTV A~-                                CT-~    jA~
                        p fD YOR:1
      M ·                W MUM° N M P.    RIOnO
ID
      SW To IABOVE ADDRESS L)NLEJSS OTWERVASE INDÍCATED BELOW)

U 0 ι d

   HARLEY-DAVIDSON. INC.
   !425 EDEN ROAV
   YORK, Pt%            17,402
L MARK FOR P. 0. C-0O,-O002394

30 DAYS          SHIP POrNT=D  FLEETS t_:ZtlZOlRE KAI    0    U~ WA-T W WMI
        TAX
        1>,fs 0 it 1 0 P;, -PTI    **PEOUN W4,** PFAU.

I      EA    PN:-293-4ZE; PART REv.
              BALANCE DR3VE ASSY

RK P/S Al'TN: 270 MILITARY, KEITH ROT~-;

CONFIRMING CHANGE ORDER, 12/2! /01

-WADDED LINE 004
DELIVERY *REQUIRED AT* DESTINATION

    I /0;!/C2 2 1211061            $71. 85000 *71 BI.3

| 2 | EA | PN:-259-07t PART REV,<br>SPRAG CLUTCH45,665X62<br>DELIVERY REQUIRED AT DESTINATIO14 |

    1 /0;!/c2 2 1221061            ;2. ~4000 Lg"-28

| 2 | EA | PN:-234-z152 PART REv.<br>GEAR *FREI:* WHEEL<br>DELIVERY REQUIRED AT DESTINATION |

    1 /0;~,/02 2 1211061            T.24, 44000 1;4G. 28

| *12* | *EA* | *PN:-950-141* PART REV. 00<br>GASKET ME;X14DIN76013A - |

DELIVERY REQUIRED AT DESTINAT10N

    1/05/02 12 1211061           7c,00 r&15E.04

THIS PURCHASE ORDER IS SUB,)EZT ~b THE

HARLEY-DAVIDSON MOTOR COMPANY PURCHASE

ORDER CONDITIONS. By ACCEPTING THIS

PURCHASE ORDER, *SUPPLIER* ACKNOWLEDGES

THAT IT hAS RECEIVED A COPY OF THOSE

ildvi

I

Jj.lj

411111

uuuu

111111111

ludj

i-OP H-0MO 041 M ANY

~_rwgl

SIMEON E 02712
CONFIDENTIAL

diii

**Harte~-r)atndson Motor Company**

**P. 0. SW** 49:3
MILWAUkEI:~ WI 53201
SUBWTVIVOCXSNTRVLJCAYEMAW)VFAMRM,ATTP*ACCT&PAYAOU

OTAX GMBH
*To PC) BOX :5. GUNS K f RC* HEN
AUSTRIA, A46Z3

м7cra=
PLWU:)- OflDd Fl C: _OC00002'_:'~'al r-:' FEV O~Z!

ϴ'. ~.
  12/21 f01

                                H/D <u>YORK</u>

**SW TO IABOV9 ADDRESS LMLESS :)THERW°E INDICATED BELOVY)**

HARLEY-DAVIDSON, !N--.
1425 EDEN RCAD
YORK. PA

!7402

_J LMARK FOR P. C. C-CO000,023?4

no" **N30 DAYS**        SHIP PO::NI     **D FLEETS**        __₄⁻‗ ϴ⁻ϴʼHANNELDRE KA
          en  **fMU = M WAV M Lᴏ I".. "A" OF M β⁻° ϴϴ TAXГU~ M wГM**
77 -M.'x            **-TION**                              **MOLL** RW
         **ffUH L bt. UNJJ=J" L-UN01 I ι UPft~ Arl 1 1**TO BE BCfUND BY THOSE PURCHASE *ORDER*

         CONDITrCINS. A COPY OF THE
         HARLEY-E-AVrDSON MOTOR COMPANY PURCHASE

         ORDER ccNDriONS 15 AVAILABLE FOR REVIEW

         AT (WWW.H-05N.COM).

NOTE:·'HIS PURCHASE ORDER MAY NOT BE

ALTERED IN ANY MANNER (TOTAL COST.

DELIVERY, ᵣTC.) WITHOUT PRIOR

AVTHDR17ATION OF THE HARLEY-DAVIDSON

PURCHASING DEPARTMENT, YORK DIVISION

BY ACCEPTING THIS ORDER OR ANY PAJFZT          TFEREOF,

SELLER A-.'RF:ES TO BE BOUND BY THE INST Ti          CTIONS,

TERMS AN-) CONDITIDNS DN THE FACE OF          ORDER

AND ATTAI:HF:D HERETO FORM NO-Yb034          (PCR;

NOTEi
MATERIAL SAFETY DATA 5HEEI(S) MUST BE

FORWARDED ID SAFETY DEPARTMENT

HARLEY--DAᵥrDSDflJ MOTOR COMPANY

1425 EVEK ROAD
YORK. PA 17402
WHEN APPLICABLE
                              TOTAL          13oA, 0:5

ULL-PTO
EITH ROTH - YORK

FOA I PA07tkq COMPAW
**KEITH ROTH - YORK**

J J~

.1411

ı

**dou**

ı

"I U 41

-111

**uvvu**

.vLb

SIMEONE 02713
CONFIDENTIAL

~ujv

Poal-it' Fax NUle 7671# nj₁₁.
Ica)*
70 ᴀ.ᵢᵢₒ.₄ mu          F =
**c. ᴀ).'ᴀ   ᴅᴏ Aol
rho" &'**

V-E)av~ Motor Comparry

**Ammllkop*z.~Wx yAm4wmw "t(v**

**R**          P. 0. BO N 49:3

MILWAUKEE. Wl 53201

WW WT WVO CES IN TRrLJrATE To <u>ABOVE</u> UXAEn. AITW <u>A=M PAYAW</u>

hd~                          ft" - Awl &.-." C. - W.Mo.Q b

PUPKX&WOFAXX              C-LIODO002391  PO REV: 000
0100 PAn                        fta   vowrwy    c=
    1 /291-~)l                       1 ,=  -

CPR                N.T BAS c-F To -**wrnak**

                            9M        H/D YORK
        **nap**                   W  C004 %."5A= COW
    0149·                              R 1050
    **fralram**

**17**

**V** u

                                    PW TO L04OVE *ADDRESS*UNLESS OT4ERWVSE INDOCATIO *RELDW)*

     ROTAX GMBH              HARLEY-DAVIDSON. INC.
TO                           PO BOX Z, GUNS KIR4ZEHDEN ROAD
     AUSTRIA, A46Z3          YORK, PA              17402

T>-
NDO DAYS

        145

        41C

          8

        150

          I **C**

:)l

W

03

D4

D 5

L                    -J LMARK FOR P. 0. C-0000002:391          **-i**

                        **|** Ct.~ -Y~ bkbM "'                    I

   SHIP POINT              D FLEETS        "'4 O"A " .07 w almoom **to**
                   X7." OF - &ftas'~                 HANNELDRE KA

  EA

  **V**

  *EEoc*

*E*

BOO
PN:-26C-210
RUBBER SLEEVE

PART REV. 30

MARK PACKING SLIP AND MATERIAL TO THE
   TENTION: B70 MILITARY, KEITH ROTH

CONFIRMING ORDER

DLIVERY REQUIRED AT DESTINA71ON
   12/14/01                    145          1211061

PN:~276-2TZ                                              PART REV OC)    i
FEELER GUACE
DELIVEFY REGUIRED AT DESTINATION
   12j14/01                                410   1211061      1.-'1000
   -;'C~880                                      PART REV. 00
O-R1~a
DELrvEF.y REQUIRED AT DESTINATION
   12,'I 4/0 1                             85   1211061  S.c?2000
PN: -2u.4BO                              PART REV, C)~,
OIL FILTER ELEMENT
DELIVERY REQUIRED AT DESTINATION
   12/14/01                          125D061   55.60000

                         0

DELrvEPY REQUIRED AT DESTINATION
   121'14/01                         10  1211061   Z.00c1o

FOA f4,D UOTOR COkWArJY

I

$187.05 .         1.

lu

%2ql, I()

.111.il

%76.20 .         I

ud

S8400~00

S.00        I

9~

SIMEONE 02714
CONFIDENTIAL

¹)

                    Etw4dson Motor Company

              P 0 30", 493
                 -WAUKEE, WT 53201
SUBMITFAKAMPl1          CATfT0A&VEAWU_=ArMA=&PAYME

   ROTAX GMBH
To PO BOX 5, GUNS KIRC'HEN
   AUSTRIA, A46Z3

      C-00000023  PC REV: 000

                        fz awlKin
ONNA UP
        2~

      7F _"   1"H/D YORK
                 urpto cw%
                 R1050
   &W TO (ABOVI ADDALiS UNLESS OTHERWISE INDCATED ULOW1

            HARLEY-DAVIDSON. INC.

1425 EDEN ROAD
YORK PA          1740~?
J_LMARK'roR r. o. c-ooooooz371

IN'                    _jZHARVESCRE K11 'M
N30 DAYS              SHIP PC

-c'

THIS PURCHASE ORDER *IS SUBJECT TO THE* HARLEY-DAVIDSON nDTOR COMPANY PURCHASE ORDER
C:)NDITIONS. BY ACCEPTING THIS PURCHAS9 ORDER. SUPPLIER ACKNOWLEDOES THAT IT HAS
RECEIVED A COPY OF THOSE PURCHASE ORDER CONDITIONS AND IT AGRE TO BE E13UND By THOSE *PURCHASE*
ORDER CONDITI'3N2. A COPY OF THE HARLEY- DAV I DSDN MOTOR COMPANY PURCHASE1 ORDER
C13NDTIONS IS AVAILABLE FOR REVI AT (wWW H--DSN COM).

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED Itl ANY MANNER (TOTAL COST, DELIVERY. ETC. )
WITHOUT PRIOR AUTHORIZA-ION OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT, YORK
DIVISION.

BY ACCE11T.'Nc THIS ORDER OR ANY PAR7 7

                        -1
                    FCREOF,
SELLER AGREES TO BE BOUND BY THE INSTRPCTIONS.
TERMS A14D CONDITIONS ON THE FACE OF T      ORDER
AND ATTACHED HERETO FORM NO - Y6034 (P p)
NOTE '
MATERIAL SAFETY DATA SHEET(S) MUST DE
FORWARDED TO SAFETY DEPARTMENT
   HARLEY-14AVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK. Ph 17402
WHEN APPL)CABLE

rH - YORK                      53    r- r T FOR w       "jmr*N
                          rErTll ROTH YORK
                            I

f,



I

TOTAL        %Bc?56


f

yy

*\*\* TOTRL PAG E.02 \*x*

SIMEONE 02715
CONFIDENTIAL

.1.1

lla ã tj

,

ft. i

:   11 tsull

t

C; %

.1jlll

t

l
ul~

k

,

qjdd

duu

# COMMERCIAL INVOICE

**P"wrxtim K\*WW 0fM0M .** Postocn 5. A-46Z3 C%xmkr=w, Aumm

- Borcb=~c r-Romx Gm i:" J. Co. M

```
Messrs.
-Harley-Davidson Inc.
 PO Box 653
 MILWAUKEE WI 53201
 USA
```

## 2009MIF2
### *REMWW PMUM*

6-*Wd-4W- *affm* L (Do. M
Wabw Swasm 32
A4623 Guftoapchm Ams"
leia~ (43) 72451601-0
Fax (43) 7246/M70
hrp#wwxcmaWnDcfftwd&=m

9W ZV" uW SMA%WW. bM W#-1fh.- 0.0

|  | **Commmial Invoice No** |
|---|---|
| 17566 | 90038061 |

**Date**
2002.01.26

--T- *tv- hol-* U0810NUM
V- d 0a. *0.44 00~y 00\**

*ftm* C·W M

| C-0000002397 | **10** 2002 | 27 **1** VA/STM | **1** 2002.01.28 |
|---|---|---|---|

AU **Courd** Mw- LM **V8n=A9X"XVw** mw~ =v .k9 l" *Pad~v* wo **GWow** lCh a~ cd w **Ovkwv " Sd&@ C"m- ~ ~ YM,**

```
airfreight to Harley Davidson Inc., 142S Eden-Road, York, PA
```

```
80057717    17402,
```

| 35 | 210857 | AT | CLUTCH COVER ASSY., | 95.94 | 3,357.97 |
|---|---|---|---|---|---|
|  |  |  | 210496 is replaced by 210857 |  |  |

```
25    230080        AT    COPPER GASKET RING 26X32              0.46   11.41
                                             3,369.38
                    Packaging                  15.62
                    FCA Gunskirchen              EUR   3,385.00
                    Country of origin:
                    AT = Austria (EC)
The solid    wood        packLng-materials are totally tree

of bark     and appar-en:ly         free from live plant-pests.

I carton    ROTAX
```

8)057717 YORK

```
gross        weight:      62,00        kg
net   weight: 52,30              g
```

Zo-pocra-                                    SIMEO NI]
r*~ **Within** 35 days without deduction from date
            of invoice

                                    CONFII)f


```
6o~AG. ~~.~QOOWW070100
tICIM.                            217491 a
GQScrWbX"W                        PO(Vw a L04%
```
Un)esou rit    **Ryla)133i**              Y*b
            M81080

```
9 V

P_ Zft-*"q*vwAQ Vcb Ir"an OL a bwecrwwL
```
Bmn&ndW  Wnron nw nvmWb 8 Tagan nich Eyno
```
dft R--M         aW Yftre gm,ed, wwftl
Da Uv*~Van bl~ ~ ~ vCffiwn BoVodl Ow Pociv~g mw Eowmim

 02716
 NTIAL
```

JAN-10-2002 THU 07,57 AM HRLEY DA VIDsoN sFhc **urs**    ~HA Nu.l l =,fobue

**CrA-r Fox Noie** -&71 Z -   Dam -  I,,, 1~4~ ᴾ°

# Nhwd&   r_ 4*~v .

        . . . CO
**phom** ₀
Tw ₐ     Fax 0
            Harley-Davidson Motor Company
            **XJ"ww*;"uAm ftv*")(V*wr**
            P. 0. BOX 493
            MILWAUKEE. WI 53201

SUWAT MOM IN TRIPLrATT TO ABO VE AW RESS, A rrlk ACCTS. PAYABLE

        C-DO00002397            PC R EV: 000

ᴼᴺˣᴬ ⁵ᴬⁿ                        ᴬᴸ⁻ᵂ
    I 109foZI

~ᵗ ᴬ                        *H/D YORK*

                            *1050*

    SI-12P TO 'OVE ADDRESS UM-ESS OTHERWISE *IN06CATED* RELOW

    1 ROTAX QM13H
ᴛₒ PO BOX 5. cuNS KIRCHEN
        USTRIA, A46Z3

U730 DAYS

        3~1

'...4 4411

 EO
        HARLEY-DAVIDSON, INC.
        1425 EDEN ROAD
        YORK, PA          17402
_J LMARK F13R P. 0. C-0000002397

SHIP POINT        ~D FLEETS

r. uztur-

HANNELDRE KA                              IIATF 00        6-

DZS' M-17.                                          7~
                                    Jlf                    3

PN:-210-496                    PART REV.
CLUTCH COVER ASSY USE              Z10-B37

PLEASE N13TE: NEW INTERNAL LDCATION
MARK P/S AND MATERIAL TO THE ATTENTION~-~
-B52" MILITARY, KEITH ROTH

CONFIRMING ORDER. FAXED 1110/02

DELIVERY REGUIRED AT DESTINATION
      1/28/02                    35 1211061
.'''

. . '. u i i d

M A

:Ijud

I

 I

  I

  I

  i        2

EA

i

I

!

PW -23D-08o
RING 26X32 DrN7603A

PART REV. DO

DELIVERY REOUIRED AT DES71NATION
      1125/02            25      1211061

THIS PVRCHA3E ORDER 15 SVI30ECT TO THE
HARLEY-DAVIDSON MOTOR COMPANY PURCHAS
ORDER CONDITIDFJS. BY ACCEPTINC THIS
PURCHASE ORDER, SUPPLIER ACKNOWLEDGES
THAT IT HAS RECEIVED A COPY OF THOSE
PURCHASE ORDER CONDITIONS AND IT AQRE
TO BE BOUND BY THOSE PURCHASE ORDER
CONDITIONS. A COPY OF THE              T
14ARLEY-DAVrDSON MOTOR COMPANY PURCHASE!
ORDER CONDTIONS IS AVAILABLE FOR REVIEjW
AT (WWW. H-DSN. COM).                  I

ON%

                            c
S[5. 63000      $3347.05

I

S. 477,.IYO          mil.94   u W

I
I

                    I
                         I
. . .  .........  I - I

EL 1113mm ime

r1i lpai gem

I

FOR ~~O UUTOA COMPANY

SIMEONE 02717
CONFIDENTIAL

t

iuuu

44

99J.

11

v U

3AN-ID-2002 THU 07:57 AN HARLEY DAVIDSON SPEC OrS                    MX RU.
11 lbbebdUe                                          r.uelue

KA1104A* OP11* C-0oooDoo2_')-;r7 PCRIaV~004D

cdc" cA·                                                     -    w

'Adson Motor Company                    1/09"02 1                    -

_v          P. 0. BOX 1493                                          YORK
            MILW AUK EE. W I              53-201             DATVCATI CP CO-n5I

                                      P - em vvo ~ -             RIO50
"M WvDKES ft TM=n To AWA AWRESS. Arrk AMM PAVASLE    6W TO tABOVE ADDRESS UNLESS OTHERWISE INDICATED BELOVA
    F-4OTAX GMBH                       HARLEY-DAVIDSON. INC.
ro                                     Po Box 5. GuNs KIRCHEN    1425 EDOQ ROAD
    AUSTRIA, 446Z3                      YORK. PA    17402
    L                                                       _J L MARK FOR P. D. C
40r) DAYS              SHIP POINT    FLr.ETS    ANNELOR. eoAi w4dclm

        ~' wl

ugul
                        DIX Zl~ fP T I I XW-' `              'I" ~__ 7,;

        77
        NOTE: TH15
        PL)RCHASE ORDER MAY M07 BE
        ALTERED IN                                          ANY
        MANNER (TOTAL COST,
        DELIVERY.                                           ETC. )
        WITHOUT PRIOR
        AUTHORr2ATIDN OF THE HARLEY-DAVIDSON
        PURCHASING
        DEPART"ENT. YORK DIVISION.                          Juju

        BY ACCEPTINQ THIS ORDER OR ANY PART TFEREor,
        SELLER AOREES TO BE BOUND BY THE INSTRUCTIONS,

```
TERMS AND COND17IONS ON THE FACE or           ORDER
AND ATTACHED HERETO FORM NO - Y6034 ( CR).
NOTE!
MATERIAL SAFETY DATA SHEET(S) MUSt BE
FORWARDED TO SAFETY DEPARTMENT
   HARLEY-DAVIDSON MOTOR COMPANY
   1425 EDEN ROAD
   YORK, PA 17402
WHEN APPLICABLE                                      j4
                                              TOTAL
$3358.919
```

g
l u
  g

ail 4

"KEITH                    YORK          MO:DACOWANY
                                        53    OTH - YORK
t"1113"M im

SIMEONE 02718
CONFIDENTIAL

# COMMERCIAL INVOICE

Pcoansc mit:

M. Posdach 5. A-4M Gurnk m:r~ ALare

new; aom bardier-R=~ 00-C & Co. X3

            Messrs.
   Harley-Davidson Inc.
-PO Box 653
     MELWAUKEE WI 53201
              USA

## ROUBUNFA
### RWREA7)YML PRORM
9-t-d-4iot
VV&w Sram 32
A-4623 GX&t#CtM AL"S
TeWm (43) 7246/BM-0
Fax 143) 7246/M70
hf=//wwwjaaeabo1buTb&Tdwrcm

| a. Z"."d | wo k~/ | wa |
|---|---|---|
K.t6.~h | am.-Xtal | |
cupm~- |
17566 | 90038573 |

2002.02.11

l

v -w O KW M          ~-dmftw   L*W.W.   0~-"

| C-OD00002399 | 2002.01.2 33692 9 | VA/MIN | 2002.02.11 |

v&m w&%-M &_~ NO&V m w w  Ad Gnx idtra" MIT-Lr dV&*AL"txd nWVm 5wXm n wVft zn1D NnPW aruvu rdGW "V/()n bwa a i oa Qa ~ wd5 m*Co r~" mi ~ airfreight to
Harley Davidson Inc., 1425 Ede:ii Road, York, PA
8005B300 17402

| Lft~waty | A0W"*&JPW M 1. | 0~-_Ucft~ | | | |
|---|---|---|---|---|---|
| 400 | 280015 US | TIMING BELT 9,52SX19X86 | | 13.81 | 5,522.00 |
| 5 | 236024 AT | SPROCKET IS T., | 12.36 | 61.82 | |
| | | 5/SXI/4X1o,16 | | | |

```
                             5,583.82
               Packaging                2.18
               CPT YORK          EUR    5.586.00
               Country of origin:
               AT = Austria (EC)
               US = USA
               28001S: only 400 in stock,
               100-early April
The solid      wood pick    ng-materials are totaliy free
of bark        and appacen  ly free from live plant-pests.
I carton       ROTAX 8)053300      YORK
gross          weight. 26,40       kgs
net   weight. 4,)0          kgs
```

ᵽ~Within 35 days without deduction from daLe of invoice  **SIMEONE**

CONFIDE

A%Tvaft~43 0002 W07 =0

M-W,                                                              217491 a
GesawW&W Fbapw a U%W&
Frnmr9^0P4~ FN 1031331
LfirdesoffM Wcb
MR                0331000

9 %

am Z4*rqW._AQ Noon                      varampumm a a bweennot
Ex-,W- - 6*MMW%j_W Wmm uv vwlwm 8 TaM~ 10:P Erha
dw Pa&rLuV bz.. oar VA* qw,~ .r(*M
OW LM OMM~ Mb *~ OW non ttgan 90 000ch c1w rvchnwq uraw E vw*rn

 02719
 NTIAL

rr_o-v~ cuuc. rr%i uo.,i i nit nnftj r.t Lsnv jv.;;%.ni oi r-v vi j           r nA nv.t t rtioc- vv vt

Rwx Nolte 71 ISD 711 D`         0 or p. a- Pao=
g4

r= lf

_2! flli~pa ~E_
        i

Har1ley-Davidson Motor Conipany

if.> ;t,P_O. BOX 493
MILWAUKEE. WI 53201

WBAUT IMVOP=_IN TRWIL"TE To ABOVE ADDRE_515, ATTN: ACCTs. PAVABU

IROTAX GMBH
po Box 5. GUNS KIRCHEN
AUSTRIA. A46Z3

                        P6 REI; 062

- ~"vt
   2102/92            1      0 .7

                        HID YORK
                        vii~- am
                        R1050  YMP

                 7"
ID
   SW TO 9ABOVE ADMESS uNLESS OT)4ERWtSE INDICATED R-Lom

7HARLEY-DAVIDSON. INC.
 1425 EDEN ROAD
 YORK. PA

 J L

17402

                                            1:3
SHIP POINT                    H D FLEETXNELORE KA

                                                    At
7-

10

-1_____1

THIS PURCHASE ORDER IS SUBJECT TO
HARLEY-DAVIDSON MOTOR COMPANY PURCf
ORDER STANDARD TERMS AND CONDITION
COPY OF THOSE TERMS AND CONDITIONS IS
ATTACHED. BY ACCEPTING THIS PURCHASE
ORDER. SUPPLIER ACKNOWLEDGES THAT IT Hf
 RECEIVED A COPY OF THOSE TERMS AND
CONDITIONS AND IT AGREES TO BE BOUND B't
THOSE TERMS AND CONDITIONS. A COPY OF
THE MARLEY-DAVIDSON MOTOR COMPANY
PURCHASE ORDER STANDARD TERMS AND

    S

FOR " 1,4070A CDmrANy

1.11h9mm ~V%m1

SIMEONE 02720
CONFIDENTIAL

    PN:                          -280-015__L   v 'v1  A      T#: 121-11
          T I Pn~13 EIL T

      MARK                                      IS AND MATERIAL TO THE AT ENTIDN:
    IB52 ILITARY. KEITH ROTH
      . . . . . . . . . . . . . . . . .. . .....     .....
                    T
                  v

              LL
              R 0
               0
                TT
                  A       T"'
                  I
              T HE A T

```
                                    T
        AR                 AND         A E I A
                    RI
                T  R
        K                   M T
    2              A Y. K~ I
            LI

        C NFIRMING                  CHANGE ORDER. FAXiD 2/1/02
        L HE 001                    002 C07RREITBRICE
            DOED LINE               003
E&~A                                NEED DATE:   2/2   2 QTY RCVD:

                                        61
        PN: -236-024                Re-L-  00~,  ACCTII: 121-10
            SPROCKET 19                      T
 E A               NEED OAT,,E:  2/26/02,/QTY RCVD:

        PN:                     -2BO-016   RevLvl  ACCT*: 121-1
            TIMING BE1T
EA                              NEED DAT~:    4/0   RCVD:

                                THE

                                    ASE S.

61

            11.94ea

  I
  fil

4

11. 9400

JJ11111

U I, if 11

i. a, 9 u

                                    , j j
                                     I
4776.00          G
            UC41

53.45

1294.00

,I ~ ~,)

if d d -

 I-

dud

digs

:l-LH_ul_?uu2 M W:M fm HPLKLty Vuluburi brtL; Urb                      𝗋 HA r l u. f I mr
cou,~                                        T. ur-lue
```

K091,LASE OrM"        C-6000002 99                PC REV: 082
6w" bm                                           -7-1
                     2101102                      2

            rlarle~,Davkisan Motor Comparry
Dc xax"X")6W %0U4WfA7UU 1177                            W=Cy мммь-н

P.C. BOX 493                                    7  /D YORK
MILWAUKEE . WI 63201

                                             R11358 -YMP
SLqmff INVOMMS IN 7RrtjCATE T o AWVE ADORMS, ATTN; ACCM PAYABLE

                    SIWTOMUIVEADDPZSSI).If~OTHERIMSEIlDIrATEPOILIDI~I

    IROTAX GMBH                  ARLE Y-DA VIDSO k. INC .
to                               PC BOX S. GUNS KIRCHEN          1426
EDEN ROAD                        L
    AUSTRIA, A46Z3               YORK. PA          17402



L                                    _J L                                    j

3e                          SHIP POINT              HD              LEETS    HANNELORE
    A
    DAYS

                                                        melyvj9m_
                                                                                    11L j

        IN THE INTERNET AT LJLJLJ.H-DSN.COM.

        NOTE: THIS PURCHASE ORDER MAY NOT BE                                         uUns
        ALTERED IN AMY MANNER ITOTAL COST,
        DELIVERY. ETC.) WITHOUT PRIOR
        AUTHORIZATION OF THE MARLEY-DAVIDSON
        PURCHASING DEPARTMENT
        NOTE:
        MATERIAL **SAFETY** DATA SHEET(S) MUST BE
        FORWARDED TO SAFETY DEPARTMENT
        HARLEY-DAVIDSON MOTOR COMPANY
        AT THE "SHIP TO" ADDRESS ABOVE
        WHEN APPLICABLE                              *GRAND TOTAL*          T60221*4S
                                                     U ' Ud

                                                     a*a%ANY

MY MOT H - YORK              53                        T

SIMEONE 02721
CONFIDENTIAL

# COMMERCIAL INVOICE

Fbs=,&mn~ **y0MQQM fqW)WW,** Poatach 5 , A-4W CvXa*WChW. Amnw

  rx-w. **Bambardler-Pbotm rA"** ! Co. 1Z

Messrs.
-Harley-Davidson Inc.
PO Box 6S3
MfLWAUKEE WI 53201
USA

## BONURRIER          *qW*
### *REMTMAL PWWTS*
            *chati &*

**Y*jm Stasse 32**
**A-46M Gurshwdwl AL%ro**
**TeWm (43) 72461W-0**
**Fax (43) 7246fM7D**

c~
17566

        **Immae No**      1

90041033

Nte
2002.05.06

ra 89.06-          ewwa~              ftrrnp~ft. -              -h~        T__
-w COW м          ө1 м am                              8.6-W- 01 CKW       CU of D.-Y
  C-0000002399         2002 . 01.29              33692              VA/MIN   2002.05.06

**podev 00** м
  80062778

        100

                                The sol
                            of bark

l carto gross w net wei

280015

Ld wood p and appa

n ROTAX 8 eight: 9, ght:

*Ad* **GAId ~ L.b.-** V-4 %#&kW-V- .~ ~° #~ C~ l" *f-9-uV* md **GcWv / CN,** b- V0 8X **Dokwy PW Sam C4noeve** °
    UPS expedited to Harley Davidson Inc., 1425 Eden Road, Y"ork,
    PA 17402

                                         A

An&04&~ M

P-a/E.-.&A"&K.

  I .

  IT

                                                   ack
                                                  ,en

)06 ~0
  , 0

l

-1            a-wll-w

TIMING BELT 9,52SX 19XS6

Packing and freight

CPT York

Country of origin: IT = Italy (EC)

Lng-materials are totally free --Iy free from live plant-pests.

2778 YORK cgs ) kgs

13.81

EUR

1,380.50

1,380-50

145.50

1,526.00

Within                                                      35 days without deduction
from date of invoice                                        SIMEONE 02722
                                                            CONFIDENTIAL

hb- TMI-Min"Ing 00t=EMTEH_R=X
                9 1,

="r~

.                        ~~, ~. ~1300028307010D
LND-ft -        XVADTAA%00ABXN 217491
Ges&&WErow P00W EL Ln*ft
Frmwbucn-P*. FN 103133 1
LxU&oncrt V-bb
DM       =1090

9W ZW*WQW'WAQ --om    ver-q- P, 40801~0
Erwwxxkav~ toid 6e& uWn&vVw kww wn ~ rvmnub B 1a0 en nerh E*vm
ON F"aruv t2w aw yvae ONTNK" Wdnft

Om Lktwvvm bwban be a" voboen Boomich am Podv" wow Egma"

I

**PC41-T F= Note        7511**

ᵗ⁼ᴬ

**2~vlw**

**ca            /04-v**

Pt- a

**Hwiey-Da%idson motor Company**

**Box** 453
MILWAUKEE. WI S3201

A)SW MOL= IN TRVtJr-ATE TO ANOVE ADDAM, ATTN: <u>ACCrS. PAYARL</u>

IROTAX GMBH
PO **Box** S. GUNS
AusTRrA. A46Z3

L
:0 'AYS

i

|

|
I

Fᵃ"Lᵃ"ᴳ"                    ___T_

C-6008002399 PO ;'Fv~:

2/01/92        1

14/D YORK
;WA11 01                   swcott        vᵃ"ᴬᴬ Cam
RISSO        -YMP
=8 S
SW TO IABOVE ADDRESS UNLESS ERWGE INDICATEO *SELOM*

KIRCHE N

ARLEY-DAVIDSON, INC. 1425 EDEN ROAD YORK. PA

17462

SHIP POINT                    JHD FHABBLORE KA
CD

7D~

PN:                    v -vj   A    121-1
v v'            A T*
T I M IJ44' It E~L T

MARK~KJS ~Nti MATERIAL TO THE AT ENTIDN
BS2                    LlTqR*'. KEITH ROTH

FIRMINS CHANGE ORDER. F        D 2/1/02
D
L NE Bel .; 4102 CORRECTE~        17 PRICE
DOED LIN7 003
NEED OA'-E:            212    2 QTY RCVD:

PN: -236-a2-i
SPROCKE-
NEED OA-E:

4 e ' A

EA

EA

RrvLvj eil~, *AcrTt: .122-1*

IE T
2/26102/QTY RCVD-

PN:                           -286-a1.59vLv1   AtCT#z 121
TIMING HELT
NEED DA-,,E:

4108/02 91T, RCVD:

HIS

# BI

I

THIS PURCHAIE ORDER 15 SUBJECT 70 THE
HARLEY-DAVII)SDN MOTOR *COMPANY PURCHASE*
ORDER STANDARD TERMS AND CONDITIONS -
COPY OF THO!;f TERMS AND CONDITIONS **is**
ATTACHED. ly ACCEPTINS THIS PURCHASE
ORDER, SUPP.IER ACKNOWLEDGES THAT IT
RECEIVED A COPY OF THOSE TERMS AND
CONDITIONS ANO IT AGREES To BE BOUND
THOSE TERMS AND CONDITIONS. A COPY OF
,THE HARLEY-I)AVIDSON MOTOR *COMPANY*
1PURCHASE OR3ER STANDARD TERMS AND

."ILiFal-7

61

61

61

I i

12 .940

20.6900

3 1 . 9480

0

S3.45

1294.08

u Q d ↓

9-.11111

U ↕1111

ₜ.ₜ~ 0

4776.00 '

**9091**

k.

**jiull**

iqui

l-

dull

SIMEONE 02723
CONFIDENTIAL

t-

Fff-Ul-2UO2 FRI U9:38 AM HARLEY UAVIUbUri ~irtU Urb

1;, 1-haierv-Davielsoon Motor Company

kj"~:Cj           (W.P.O. BOX IlEt3
     MILLJAUKE,:-. WI    53281

SUBW W VOIC* IN <u>TRIPLICATE</u> TO *AbOVF ADDIA93& ATM AWM PAYAIILE*

  )ROTAX GMBH
ro pD BOX 5, SUNS KIRZHEN
     AUSTRIA. A415Z3

J'HA r1u. tilo=coo ur-

      M-M e 6-88 biZ O-- Q..AU
        C-I&O68682399        PO REV* e*2
  PUVCKAa OPOJ
    2 101182            2

    wif. &.--f To
       15-         2 a"..    H/D YORK
                   0*c*   ~-dn wat
                   <u>IR1050      </u> -YMP
**110**              vi1. ,
    SHPTOtABOVE ADDRESSUNtM OTHERWISE NDICCATED DELOW1

f-HtRLFY-DAVIDSON. INC. 1426 EDEN ROAD YORK , PA

174eZ

                                    ft l ,

30 DAYS            SHIP POINT    HD FLEETS    HANNELORE KA

**I** ,

**I**

&~H          YORK    53
    it              r      q      3 WA
*IN THE* INTEINET      AT LJWIJ.H-DSN.CDM.

NOTE- THIS "URCHASE ORDER MAY NOT BE
ALTERED IN 4MY MANNER (TOTAL COST.

DELIVERY, ErC.) WITHOUT PRIOR
AUTHORIZATIDN OF THE HARLEY-DAVIDSON
PURCHASING )EPARTMENT
NOTE:

MATERIAL SAFETY DATA SHEET(S) MUST BE
*FOR WA RDE D T)* SAFETY DEPARTMENT
HARLEY-DAVIDSON 90TOR COMPANY
AT THE „SHIz TO" AnDRESS ABOVE
WHEN A P PLICABLE

GRANC



TOTA L

7r""P

SIMEONE 02724
CONFIDENTIAL

.14.0 4

.; ~. ‹.

mb-j

.1111,

SSOZ3.45            u 0.1

*J L It v*

*.J,u*

*I -*
*I*

*Lul*

## COMMERCIAL INVOICE

# BOUBUNIF2
*REME470M PRODUM*
fi-ftm-pal- n~" &Co. X0
V*0w Snssa 32

PonansCftft            Pos"ach S. A-4623 GU"Jo~ A&AVQ

mm: *sccbu'&cx-pmcax* GK*Ai & CD.W,
Messrs.
-Harley-Davidson Inc.

PO. Box 653
MILWAUKEE WI
USA

A-4= GtgzkKlwx AUS&2
Tabbn *(43) 7246t601-0*
fax 143) 7246f6=

Camwx=Aa Lwimce W

Wft~ u
17566                  90038889
53201
rm Lft.W.-ft            Date
                        2002.02.21

·un mw m                Dow am                Cudmmn d aaw m        clo o1c 0*~v om
*C-0000002391*           2001 11.29            32740                VA/2002 02.21
                                               u                    2002.02.21

pwb*Ao —                    DHL to Harley Davidson Inc., 1425 Eden Road, York, PA 17746"2
            80059321
            attn.570

mwvs/-                                                                              BUR
    oty              Arem~f§pw m        r                    6--lov-              0-oft-w
    01               276295       DE VALVE FEELER GAUGE 0,05 MM              0.67
        53.91

                                                                          53.91

                  Packing and freight                                     20.86
                  CPT YORK                              EUR                74.77

                  Country of origin: DE = Germany (EC)

The solid wood packLng-materials are totally free of bark and appac-en--ly free from
live plant-pests.

I cartoi ROTAX 8)05~321 YORK gross wE!ight: 0, 30 cg net wei3ht: 0,10 kg

2"-wer"m I            I                              ꞮSIMEONE02725
Ps"                                                            Within 35 days
without deduction from date of invoice
CONFIDENTIAL

                                    mou mm-P& - Anysin,wing HQMA*M=-R=M aIM L . Pn
                                                      9 %;

LO-4:                         =Lewls         217491 a              OW 2Ar*vVvw2W wdon
        Vsnupmwmsn p, a bww.
Gaga0wUm                                     PcM4wM:
Frnwtuv~#'_                                  FN IsㅇHQ4íduno~urdBowmWxtmigmkbnrkenriol.~! eTagmn.kid.E"M
LwdmvpwChf                                   V"              dw Ped1nirv tim der Visa owach wmasn
0VR                                          038108Do LWw~ bh~ bis D"~~  Bogoorh cler Padv"v traw Evw"m

##--/ ε7 εKp:jl ID-ε " -1"

polit-11'Fax Note 7671          Dow ed      0 of P. Ip"s 07-
To          FT
Co lDsP4
pt"so a
I'-zw0j -
            111_____ar Y-Davklson Motor Company

        A.          P. 0. BOX 493
             MILWAUKEE. Wi 53201

SLMUWrr WVOJM IN TfOL=TE TO ABOW ADORM. ATTN: ACC3. PAVud

        C-00000023VIPD REV. ODC
        ft."
   I f 29 / -D I                         I cF
            FT                           AT
                         H/D YORK
   ainp  cAn Of..                "R CO"  -0;u6rQ-m(
-.'  604npw..ybc04 4             R1050
10          - "
    &W To LaBOVE ADDRESS UNLESS OTHERWGE )NDOCATF0 RELCW

  I ROTAX GMBH
TO   pl:) 13OX n, GUNS KIRCHEN
     AUSTRIA, A4673

     HARLEY-DAVIDSDN. INC.
     142~ EDEN ROAD
     YORK. PA            27402

  I L MARK FOR P.D. C-0000042:391

Tv- N30 DAYS         OMM (9 TALMU SHIP DINT D FLEETS HANt LORE KA -4.        T" W&Tl to P'l. "As AM –li. i–

**59 d**

```
111 145      RA PN:-2i6O---10 PART R EV, 00
      RU13BER SLEEVE
      MARK PACKING SLIP AND MATERIAL TO THE
      TENTION: B70 MILITARY, KEITH ROTH
      "-* *
      CONFIRMING ORDER
      DELIVERY REQUIRED AT DESTINATION
      12/14/01 145 1211061              ;1.29000          %187.05
32 410       E PN:-276-295 PART REV. 00
      FEELER GUAGE
      DELIVERY REQUIRED AT DESTINATION
      22f-14101 410 1211061
```

%'-'1000

```
        S21;1.10
)3 B5        EA PN~-230-860 PART REV. 00
        O-RING
        DELIVERY REQUIRED AT DESTINATION
        12/14/01 85 1211061              S.92000              576.20
34 1500      EA PN:-256-180 PART REV. 0,D
        OIL FILTER ELEMENT
        DELIVERY REQUIRED AT DESTINATION
```

```
        12/14/01 1500 1211061                    5.60000              S8400.00
) t? 10       EA PN:-241-965 PART REV 00
        SCREW
        DELIVERY REGUIRED AT DESTINATION
        12,'14101 10 1211061                     S.00010              S.00
```

~MM0 6"44-%qm .m

iij.

## ull

U it J.

.          I

**4J.11**
    I

v u

**'111.11**
I

u **a**

13 t

I.

I-

u **d**

t,.

**F0RH-D M0"KM C0&WAW**

Jid

SINIEONE 02726
CONFIDENTIAL

I arley-Davkison Motor Company

C-000000239,/ PO REV. 000
&9)00-ww awTwl wa

2

0. BOX 493                                                    H/D YORK

## 15, ⌐.⌐.₁ ₑ 774" _"

KEE, WI                        53201                  uvw%vd f(3
              cm
                          LJ XT#v

SURAIT NVOICES IN TMPLJCATE M ABOVE ADDRESS, ATT)k ACCIS. POAVABLE          **R105D**
                          SHr TO IAaDVE ADDAESS UNLESS OTHEAW-SE WCACATED BELOW)

F _

```
    OTAX GMBH
To      PO BOX 5, GUNS KIRCHEN
    AUSTRIA, A4623
  L
```

7 F

```
    HARLEY-DAVIDSON, INC. 1425 EDEN ROAD YORK, PA
J LMARK FOR P. 0 C-00000023?
```

17402

rzi,                              cow-A-0   WM ALONS al

N30 DAYS                SHIP PoiN-T      **rp**  FLEET5  I   HANNELORE KA

          ITATR W PA  LJ19              CZ

THIS PURCHASE ORDER IS SUBJECT TO *THE*

HARLEY-DAVIDSON MOTOR COMPANY PURCHASE

ORDER CONDITIONS. By ACCEPTING THIS

PURCHASE ORDER. SUPPLIER ACKNDWLEDCZS

THAT 1T HAS RECEIVED A COPY OF THOSE

PURCHASE ORDER CONDITIONS AND IT *AORE!*

TO BE BOUND BY THOSE PURCHASE ORDZR

CONDITIONS. A COPY OF THE

HARLEY-DAVIDSC1N MOTOR **COMPANY PURCHASE!**

ORDER CONDTIONS IS AVAILABLE FOR RFVIEJW

AT CWWW.H-DSN COM),

NOTE: THIS PURCHASE ORDER MAY NOT EF

ALTERED IN ANY MANNER (TOTAL COST,

DELIVERY, *ETC. ) wrTHOUT PRIOR*

**AUTHORIZATION OF** THE HARLEY-DAVIDSON

PURCHASING DEPARTMENT, YORK DIVISION.

BY ACCEPTING THIS ORDER OR ANY VARI            THEREOF,

SELLER AGREES TO BE BOUND BY THE             INSTRPCTICINS.

TERMS AND CONDITIONS *ON THE* FACE OF 7       ORDER

AND ATTACHED HERETO FORM NO - Y6034 (P              R)

NOTE.
MATERIAL **SAFETY DATA** SHEET(S) MUST BE

FDRWARDED TO SAFETY DEPARTMENT

HARLEY-DAVIDSON MOTOR COMPANY

1425 EDEN ROAD
YORK. PA 17402
WHEN APPLICABLE

                              TOTAL        35

KEITHIM-7,011TH - YDRK

Jil 1.

11 ju a

   baull
        *L7*

.1-k

.1jud

I

ulk

4-

q 19 d

**fOF% 1443 MOTOR COMPANY**
EITH R3TH - YORK

~;~, T I

 I

duo

** TOTAL PA(E.02 **

SIMEONE 02727
CONFIDENTIAL

# COAMERCIAL INVOICE

**P,mans"ft Va"M) Lr0@W 0W. PoWnch 5. A-46M Gunox&vn.&"m**

new: **Bcffow'dier-Pot" QmbH & M. tZ**

Messrs.
-Harley-Davidson Inc.
PO-Box 653
MILWAUKEE WI 53201
USA

## BOUBMWEA

*RECREMML PROOLOS*

GV*N & co ~ lc

**VVkhm Sn= 32**
**A-4&23 Guekrcr~Ausm**
**Tdaim (43) 72461601 -0**
*Fax* **(43) 7246f070**

P-                              **MVh*WWja0WWftbaTtWdW=M**

*B. hr*1q WO SMIA-%W~ bt.*

17 5 66

r- L- 9-~ u

**ctowermla nwmce** W
90039450

**Datz**
2002.03.13

| 9" 8000.""w VbLw - M | | DAWdd- okw am | I u- ftono" CW*-~ ce .dw M | I Lmm Zwr- OW ML |
|---|---|---|---|---|
| Lm- **DAwvom** | | | | |
| **1** | C-0000002403 | 2002.03.05    34563 | **1** | VA/STM **1** |

2002.03.13
wo-WO)WA D-4, ⁿQ    Ad cwxieiⁱr~ Lbbw- urO %%rAxjme*vun9m **owmn** c lff l" **PAcrr"vtm** GOWN I On **two d w DAw, wd Sme Ccnm~a - own ym** a i rfreighc
to Harley Davidson Inc., 1425 Eden Road, York, PA

| 80060179 | 17402 | | | | |
|---|---|---|---|---|---|
| 80 | 876197 | IT | TOOL BAG*230X160 | 1.68 | 134.64 |

|      |        |    | 876195 not available any longer. |       |         |      |       |
|------|--------|----|----------------------------------|-------|---------|------|-------|
| 850  | 230920 | IT | O-RING 6OX2,5-N                  | 0.87  | 738.65  |      |       |
| 100  | 277847 | IT | SCREW DRIVER ASSY., 277837 is replaced by 277847 |   | | 1.56 | 155.65 |
| 10   | 232920 |    | NEEDLE BUSHING 22X2BX12          |       |         | 3.44 | 34.37 |
|      |        |    |                                  | 1,063-31 |      |      |       |
|      |        |    | Packing and freight              |       |         |      | 53.2D |
|      |        |    | CPT YORK                         | EUR   | 1,116.51 |     |       |
|      |        |    | Country of origin: IT = Italy (EC) |     |         |      |       |

The so        Ad wood            packLng-materials are totally free

of bar      and apparen--ly        free from live plant-pesLs.

I cart      light: ROTAX        8)06)179 **YORK**

gross      8,    )0    xg
net    weight: 8,0)    k3
zwkftw.vm~ P""Wo    Within 35 days without deduction from date
                    of invoice  SIMEONE
                                    CONFIDE

130W283G70100
217491

Frmwbjeh-W FN 1=331
twonsowcu Web
INR          0381080

02728
NTIAL

9 %

B4 Zahkovrveaug W"den            VWW'VWx0M 0, 4. bwettv"t
6~""Qon ~" 9-rw~xk ~oen kop m nLw kraftib a Tagan n i:n EAM
Ow P~ baw am yfte QWVCN .'N,
Oka LWwu~ bh~ tpe wn vo&gun Bqgj~ (W poch~rq wow Eowm~

ra-13-2uve wtu ı ı

; -= tul nmLr.1 **linv** tuo"l of Lw~. -

**rs;i~r** Fa, Nwe 7671      D--

**dajBem**    c4b.
**Pri"l**    MOM f

Harip-L~Da%A&- on Motor Company
X                    1177
P.O. **Box** 443
MILWAUKEE. WI 53201

Su6MrT INVOICES IN "IPLWJM TD AROW. ADDRESS. ATTX A=. PAYAOU

fROTAX GMBH
TO PO BOX S, GUNS KIRCHEN
  AUSTRIA. A46Z3

0(

- '"-~TMTffff

P VROKASZ OADFA

0 YORK
                                -yinP
SHP T U "OV E ADD RESS  L04JM S 07 H ERW SE Ud DICO rM BE LOM il

fliARLEY-DAVIDSON. INC, 142S EDEN ROAD YORK, PA

7

~L 7 4 Q 2

                        -J L          - *.:~                -i
3r DAYS            SMIP POINT            "FL E ET        TA
                    4~-
                                        C3        =3

        [:3

**TWO,\        0"1:17r**

**UNIT"PSIM        FAIENDIEDF'M**

i

    i

        I

     I

I

11 1        1061A

    I

I

DN:                        -876--155RavLvl 00    ACCT#: IZi-1091
    TOOL RILL

kEPLACEO V -376-197

        IARK ALL P/~CKIN6 SLIPS AND INIATERIAL To
        TTENTIOV: 852 MILITARY. KEITH ROTH

            ":W                E 0    E . /13/ z
        N' ~;-';";H N;*'*;;
        ; F;R IN                        0
        INE 001 C14ANGED OTY, UNIT PRICE. DELV
        ATE AND A:)DED REPLACEMENT PART NOTE
        INE 002 CIANGED UNIT PRICE AND DELV
        ATE
        INE 003 CAANGED UNIT PRICE. DELV DATE
        NO ADDED aEPLACEMENT PART NOTE
        INC ODA CHANGED UNIT PRICE AND DELV
        ATE
          NIFEC DATE~                4/01/62 CITY RCVD:

        N: -23(--92o    ReVLVl 00    ACCTO. 121-20 1
          O-RTNC M6008-250 N70
52            B5bFA        NEED CATE:                4/61/02 OTY RCVD:
    .7SOO        637.50

'                                '

I

1 4600 ~        146.182

  ~N:                -27:1-f37Re~Lvl 00    ACCTO: 121-10 1
    COM131f                S'DRIVE SLADE

      I:YT -277-847
IREPLACEI) NEE) IA E: Ale1/22 OTY RCVD:

2.3500        235. be

-232-120        RevLvl 00 AECTO: 121-10 1
NEEDL:r BUSHING

J.

POA *KO MOTOR coup4my*

*SIMEONE 02729*
*CONFIDENTHL*

nm-lz-zuu e wtv 11-ac, tui nrjr~Lr-l **LJnvlIJZ LAl Zlr-%** , ulj          llw~ jl-.

HI I Da%Ac6on Motor Comwy
x'Milf.

4 Z,          ~Y~~w
P-0. BOX 413
MILWAUKEE. WI 53201

**_SUBMIT IVVDIM_** IN 7MPLICAn TO AS=: "DRM- An'- L=~PAYKW

   IROTAX GROH
     PO BOX S. GUNS KIRCHIN
TO AUSTRIA. A4623

Ll
  L-

     DAYS                        Ip ROCH~LEETS

rEl,'T -41ofTm LWIT
2.

PUMCKASE ORD"
-OTr- 3 / 02

          --Ff:) IDRK

                    YMP

   WW TO VZCPVe ADO         UNJ-M Or?1"VASE IWO40KtZD BELOW)
I i   HARLEY-DAVIDSON. INC.
   1425 EDEN ROAD
   YORK. PA

D.9 a c AIpT VO N
3 7402

C^LZ 4rl A          ==-a=Z
     Umn *P"CE*          *PAZE*

THIS PURCHAiE ORDER IS SUBJECT TO THE

 ARLEY-DAVI,)SON MOTOR COMPANY PURCHASE
 RDER STANDARD TERMS AND CONDITIONS. A
:OPI OF TH05E TERMS AND CONDITIONS IS

```
qTTACHED-              3Y ACCEPTING THIS PURCHASE
DRDER. SUPP-IER ACKNOWLEDGES THAT IT HAIS
 RECEIVED A          COPY Of THOSE TERMS AND
CONDITIONS         AND IT AGREES TO BE 80 UN 0 By
THOSE TERMS AND CONDITIONS. A COPY OF
TIIE HARLEY-)AVIOSON MOTOR COMPANY
PURCHASE OR)ER STANDARD TERMS AND
CONDITIONS        [S ALSO AVAILABLE FOR REVIEW
IN THE INTF-iNET AT LJUW.H-DSN . COM _
```

```
I I

m
E

I

I


   i
   I
-I- -


        I
        I
FOP% ~10 h4mom cOup*NY

,."31pcp1 "A

ri 9X)q Irm

'j,

SIMEONE 02730
CONFIDENTIAL
```

# MR-IS-2002 WD 11:36 :d HARLEY DAVIDSM SFLU ur~,

r HA riu. i i f o:),~ Douc

I Pu;=K"E OADM
_____ 3 022

# r /0 YORK

-YMP
S" TO "M ADDRM UNLESS CTMERWLSE INDIWED MLON)

 H le NAdson Motor Comwy r 1;
X
P.D. BOX 493
MILWAUKEE. Wl 53201

!UBAUT INVOICES IN TRIFLICATr TO ABow AnDRI&S. ATTW: ACCTS. PAYARLE

  r
  IRCTAX GMBH
  FU BOX 5. GUNS KIR:HI:N
70 AUSTRIA. A46Z3
  L


 J L

!IHARLEY-DAVIDSON. INC.
  1425 EDEN ROAD
  YORK . PA

17402

4~ DAYS   INT EE7S T=Fn ffr I A !mip PC)
          DE3CRIPI10N          LvaT Pfum
          '40TE: THIS IURCHASE ORDER MAY N07 BE 0:NY
          4LTERED IN MANNER CIOTAL COST
          )ELIVERY, E '-C.) UITHOUT PRIOR

NUTHORI2ATIDN OF THE HARLEY-DAVIDSON
:~URCHASINa DEPARTMENT
40TE:
qATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TI) SAFETY DEPARTMENT
4ARLEY-DA,/II)SON MOTOR COMPANY
AT THE 'S-ill, To" ADDRESS ABOVE
PHEN APPLICABLE

GRAND    TOTAL         1948-4e

tli~_rx - YORK                    53  l

H  lql0"'Wo% %qt*-v

SIMEONE 02731
CONFIDENTIAL

# COMMERCIAL INVOICE

*pm,n,"ft.*              *Poosch* S. A-4623 Gwnkrαrm. *ALmm*

~; acrabardier-Pzt~ GybH & Cb. IC

  Messrs.
  -                      Harley-Davidson Inc.
  PO Box 653
  MfLWAUKEE WI 53201
  USA

## 80MURNFA
*REMEAMVAL PRODLCTS*

        *amm* L Co. XG
Walser Sra=s 32
A-4G23 Gm Oomhm A u"
7ehoion (43) 7 246/6M -0
Fax(43)7246/6370

    *00 ZW^lV Wd SOPM-ft bfl .K~fPV-*

9-0-ft
C~ -
17566

~ L...-~ Sααw m

*c-rczal invoice* m 90039981

2002.03.28

t· 0.-Wk~                        ftromp._ft. D.'~ d mcw   zmc~ ow no      T   I  D~y am
                                           VA/STM      2002.03.28
**pedav ft ro** *'ր– XWO– u ɪ* W~ Ur l" Amαn^ wrW GW"v I()n b- 01 OW Ok" OW S- CWdM" "ai_rfr`ei_g'h"'Mrley Davidson Inc., 1425
Eden Road, t to York, 'PA
       17402 BUR-
L"rovoll   Al"~% JP.A -            8._&.-XVDmaV"              Pox/EmmkA" e-    a.-Obw
            Supply no.: 80060643
            Order no.: 34722
            Order no.: C-0000002410
100    236021    AT    SPROCKET 15 T,               10.85  1,085-15
                 5/BX1/4XI0,16
80     276065    IT    FORK WRENCH 1OX13 MM                  1.10    88.00
80     277825    IT    RING WRENCH 22X24 MM                  5.D1   400.40
345    276280    IT    SPARK PLUG WRENCH 16 MM               1.62   628.07
30     230860    IT    O-RING 107-2,5                2.29   68.80
190    239625    AT    CLUTCH SPRING 34,1 MM                 0.76   147.34
170    276040    AT    WRENCH 11 MM          1.78   302.94

```
30    831762      IT    O-RING 145-2,5                  3.51  105.43
                  Supply no.: 80060845
                  Order no.: 34583
                  Order no.: C-00000024D3
20~   876197      IT    TOOL BAG 230X160               1.68   33.66
                  876195 not available anv
                  longer.
                  Supply no.: 80060849
                  Order no.: 3210B
                  Order no.: C-0000002384
4     235660      AT    FREE PINION 22 T.,            23.06   92.25
                                            2,952.04
                  Packaging                    11.26
                  FCA Gunskirchen            EUR   2,963.30
Within 35 days without deduction from date of invoice SIMEONF
```

CONFIDE N~ InD-Nr - AMMMAIrθ- BOCAMM-POTMC?,M 1 00 ?Z i

13 WM M07 ("00
UU44-            U0N3k9XXWAKAX*&01FN 217491 a
C'0~ FbODlN a ʟv'ı
Frrrdrttmf~W FND31331
LK6ZQWC" Vkft
O,rR      omlow

9 %

Ba Z0hkMVlf1qrAQ wer0nn              Vwzjgu&"m a a boody
&W~wo~ Lrd ammmararcen ky~ "ᴬ nrwtggb 8 TDW;ftrh E"W
Car PeolYung bzw. O w Yftm go. ed ordari
Diu L~ bWkmn bes aAm vOlo3n 990ocrd& Plvcr~xn waın Egervan

02732
NTIAL

# COMMERCIAL INVOICE

ᴘᴏsᴡ=ᴡk YJW0(0WMW. Pasdwft 5. A-46Z3 ambit3w. Aumm

~; 9-b&~-Rotax GmbH & Co. =

'Messrs.
-Harley-Davidson Inc.
 PO Box 6S3
 MfLWAUKEE WI 53202
 USA

## gonURMIF1
*REREATM PRWUM*
*oftm & CD* ᴍ

**Vkbei Sram 32**
**A-46M GurdQvwj ALMe**
**Uabn (43) n46/601-0**
**Fix (43) 7246/MM**
*Poge* 2 *hrW/w~jacmetoribofterdffMm*

*ow br~v* ᴡ4 Sam*_WV hft *~-/P%M MW*

*O~ Invmce No*
17566              90039981

**Unte**
2002.03.2B

&_                    a~waft-        C~ - ʟ~ hnw';ft ~ hnw
*Vb. om m*            omw om        su~wu.d cκw W.L D&~y aga r.

| | | | | VA/STM 2002.03-28

w- P.CWG 14P no   Aa G, .w °ow Lwh. - wo **VvvK*b°o;rv_** eWW- wt iz 6~ Lre cd %ft bm 01 VSe*wny IR%J~da_dc~ 17.- ~ OP A airfrei gh t to ary y DaviPsZnwlvnc. . 1425 York,
17402

BUR

Country of origin:
AT = Austria (EC)
IT = Italy (EC)
236021: 120 x mid june

The solid      wood                    pack.ng-materials are totally free
of bark    and apparen:1y              free from live plant-pests.
1 cartoa   ROTAX  B)06      843 YORK
gross     waight:  102,0    kg
net       weight: 94,0D     k4
P*'~.     Within 35 days without deduction from date                        of invoice
SIMEONE

CONFIDE
- -

13=283MU100
OD-W,                    217491
Gewraftdorvw             Poopm Ek Lawt
Frmwftx:h-?*_,           FN=33i
La~M                     web
D/R     0381080

9 1

EkW Zah&,V wr2jg ~Ow       %trav=mm P a bwed
*6m-ld- -1d B—-01- kx~ rx, "W4b 8 Tap. ndch EOM ft %–T bzwoff V"t OWW7.4 .dn Do lxAwwqdn b"ben bG a" vthgen Bftot9Ch CWPec_ntV Lma Eowsum*
*02733*
*NTIAL*

MPE-13-2092 WED 11:35 M HARaY DAVIDSON SVEU M      ~fix Nu.1 l lbt)nOue

Poswr Fax N-Ae 7671 .    Dole     cd 10. I* ~ 3 pagm
*-0*      **Ffixn** . QwAd

H He Dawison Motor Company

BOX 493
o1
MILWAUKEE. WI 532

SugMrl IWOIcfS IN TRIPLICATT TO ABOVE ADDRESS, ATnt: ACM. PAYABLE

# J
# 6r) t

*PURCKASE OaDEA*

1/0 YORK
Y pip

smv To tAROvE *ADDRESS uNUMS* **CITHERMSE PiOCATED DELOM**

IROTAX GMBH

ro PO BOX S, GUNS KIRCHEN
  AUSTRIA. A46Z3

L

IHARLEY-DAVIDSON. INC. 1425 EDEN ROAD YORK. PA

17402

r. uj/u.)

r DAYS          IP POINT   "~LEE-rs   1~9=Mitt-%A          -'        ====,Z
                                                  C:)        C=D)

*FP AWIM* M-      RX I P, It Z) -k                                        EXTEmDWPF4CE,
                                        DejvEft
                 :)N: -876-195 Re-Lvl 00 ACCT#: 171-1061

                 TOOL ROLL
                 REPLACED BY -876-197 .............
                 IARK ALL PACKING SLIPS AND MATERIAL TO

                 ;TTENTION: 652 MILITARY. KEITH ROTH ......................................

                 :ONFrRMING CHANNGE ORDER. 3/13182

                 INE 001 CHANGED QTY, UNIT PRICE, DELV

                 ATE AND ADDED REPLACEMENT PART NOTE

                 INE 002 CHANGED UNIT PRICE AND DELV

                 ATE
                 IN' 003 CHANGED UNIT PRICE. DELV DATE

                 NO ADDE 0 REPLACEMENT PART NOTE

                 INE 004 CHANGED UNIT PRICE AND ŒLV

                 ATE
Joe A            NEED DATE: 4/01/02 07Y RCVD:                 I.A600 346. 00__

                 N: -230-920 RevL\jl 00 ACCT*: 121-10 1

                 D-RING M6088-260 N70
850    A         NEED DATE: 4/01fe2 OTY R:\o                  -7SOO            637.Se
                 N: -277-837 ReVL~I 00 ACCTO: 121-10 1

                 COMBIN SIDRIVE SLADE
j                EPLACED BY -277-847
100FA            NEED DATE: 4/02/02 07Y RCVD:
                 PN: -232-920 RevLvl 00 ACCTO: 121-10 1

                 NEEDLE BUSHIN6

*PDR- u OTOA COMPAW*

*All3l(PcQlLw*

'*A* ..

*. .l -l r*

*r-i*

lil


SIMEONE 02734
CONFIDENTIAL


l-) **c_uur_** *L.V i(-JU rut llru%LA-l lxf'lko~l-l*

  Harl Davidsion Motor Company

  P.O. BOX 493
  MILWAUKEE. WI 53201

  ~ulMff INVOICES IN TRIPUCAn TD ABOVE ADDRESS. AT7W. A=. **PAYABLE**

**PURCHASE** 040"



_YMP

VOW M tA~ ADDRESS UNUESSOnSEPINISE INDCO(TED BELOM

HARLEY-DAVIOSON. INC 1425 EDEN ROAD YORK, PA

FROTAX GMBH
PO BOX S. GUNS KIRCHEN
AUSTRIA. A4623

LEETS

ir DAYS                    EMIP POINT   r;~

--I

27402

t-Lb         A

.T          D-E8CAiPT10m              RMUIRED

L-      --ML        wrFn nATF-             a fDELVERY

uWr Pfum      EXIENDED PFOCE
00

HIS PURCHASE ORDER 15 SUBJECT TO THE
ARLEY-DAVIDSON MOTOR COMPANY PURCHASE
PROER S TANDARD TERMS AND CONDITIONS. A
OPY OF THOSE TERMS AND CONDITIONS IS
~TTACJ.4E,13. BY ACCEPTING THIS PURCHASE
RDER UPPLIER ACKNOWLEDGES THAT IT HA
J'R E CFIV"D A COPY OF THOSE TERMS AND
ON DITI; NS AND IT AGREES To BE BOUND BY
rHOSE TERMS AND CONDITIONS. A COPY OF
~UHRICHARLEY-DAVIOSON MOTOR COMPANY
4'SE ORDER STANDARD TERMS AND
DNOITIONS IS ALSO AVAILAeLE FOR REVIE"
N THE INTERNET AT LJLJW.H-DSN.COM.

I

5      1

I
i

I

I
II

i i
FOM KO MOTCIR Co"PANy

I

I          I I

-I--

c
. i OPPI 1pri

. CL . I

SIMEONE 02735
CONFIDENTIAL

MAR-13-2002 WED 11:36 AM HAR.LEY DAVIDSON SPEC OPS W NU.( I 18-?WUZ

H r          idson Motor Company

X ~Ztg
 i . . wkxv4zm_~iiT7
P.D. BOX 493
MILWAUKEE. WI 63201

SUBMrT INVOICES IN TRIPLICATE TO ABOVE ADDRIESS, AM: A=. *PAYARLE*

  !ROTAX GMBH
        PO BOX 5. GUNS KIRCHEN
TO AUSTRIA, A46Z3

llf DAYS

I PUFZKASSORDER

                           El              r  ID YORK

                              ~-ngr _Ymp

  da=CA* OF cako-a

El
- SHIP TO VZWE KODRE-SS UNLESS D#HERMSE INDICQED BELOW)

f                                     HARLEY-DAVIDSON. INC.
  1425 EDEN ROAD
  YORK. PA

Em I _ILkhrrffylvwr

17402

i L -

IP POI                              17MM MIAI                          gl==uva c
        NT                                              .                    cm
                                    I

        D E 3 C A I P T 17D N              O%AMCD
                                          DELr.,VRY



~DTE: THIS PURCHASE ORDER MAY NOT BE ),~LTEREO IN ANY MANNER (TOTAL C 0 ST. .bELIVERY. ETC.) WITHOUT
PRIOR PUTHORIZATION OF THE MARLEY-DAVIDSON ~'URCHASING DEPARTMENT '40TE -. IATERIAL SAFETY DATA
SHEET(S) MUST BE ~ORLJAPDED To SAFETY DEPARTMENT iARLEY-DAVIDSON MOTOR COMPANY ;T THE "SHIP 70" ADDRESS
ABOVE JHEN APPLICABLE

1      1 1 1 1 1 1

        i      I
        I

        I
        I

I

        I I

"f~                          8 - rORK  53

r. ujjua

Lwjrr PRICE END m Prom

I .

I i

i
I
I
I
I

I                    I
I             I

I         I
        I

I         I
        I

GRAND TOTAL          1948.40

I              i

I
I

I
 I
 I

I
I

H FRb"MWO'*~my

SIM EONE 02736
CONFIDENTIAL

F-1 --~rncltax transmitaimew ₁₀.

Tk
Dept    C.0
F"      pnond
        a    **Davidson Motor Company**
        0~-P.0. SOX 473
        MILWAUKEE, WI 53201

SUMV PPA)CU in TFrUCATE TO ADM ADOW-U, ATTM ACM. PAVAKE

                              C-0000002394              PO REV: 000

        I I IV"; (~I ::I

                              -1. k&A." rO

                                              /D YORK
                    **13-**
                          0-        0    Aw COP4 ar"Axw o
        10  -=-                          R 1050

        *PW70 (AIIM ADDRESS UNUSS OTHERMSE INDICAT ED W J.IW*

                    F-0

  [ROTAX GMBH
To PO BOX 5, GUNS KIRCHFN
   AUSTRIA. A4623

L

        ARLEY-DAVIDSON. INC.
        142-5 EDEN ROAD
        YORK, F-'          17402
        LMARK Frl- P 0 C-00000023134

SHIP POINT                          D FLEURENCELORE KA

130 DAYS

'
**12**

**12**

i**s**

'
'... '
il';'

    EA

    E A

    EA

12 EA

 6 EA    PN:-229-160
        DOWEL

PN:-245-390

TAR WASHER  **~/**


                    PART REV 00

MARK ALL PACKING SLIPS AND MATERIAL TO
THE ATTENTION: B70 MILITARY, KEITf4 r~'JT

CONFIRMING ORDER

DELIVERY REQUIRED AT DESTINATION
    11/26/01                12       IZ11061

PN~-YMISC
MISCELLANEOUS ITEM

REV: P/N -250-430

                    PART REV

DELIVERY REQUIRED AT
                    n7STIN%JUN
    11/26/01                1       ID110 I

PN.-250-290 0 RING 10-~1

PART REV

DELIVERY REQUIRED AT DE5TINATION
    11,126/01                        "1 **~11** 1061   S.73000

PN:-Z50-360
OBS CASKET ME 250-38

            -'-~ART REV 00
            I

DELIVERY REQUIRED Al DESTINATION
    1'1126/01                1211061
            **.7/**
            PART REV 00

DELIVERY REQUIRED AT DESTINATION

el"MIM

jj

S. 713000                    %7.36

V 00

4. c-V4

i . ,

S2 SBOOO                              4 u
                                     %34.56

FOR H-C) *MOIOR COMPAW*

- - **Aurc.QwD**

ca 'MI M0

SIMEONE 02737
CONFIDENTAL

.:IV

I

el I ...

j.p.r, I-) 4r--jl                r,.

Flarlev-Davkbon Motor Cornwy
(Vp. 0. BDX 4~73
%AIMILWAUKEE, WI 5320'1

...T WA)W IN Tmm=Tr *TO AD= ADIVIEM ATTk* <u>*A=M PAYABLE*</u>

Por,CHA= ORMA C-0000002394          PO REV: 000
3Av                                 pwm,0 w-

in-                    MID YORK

moo:                  *.OVUM cm

wwnwwa w-%            a     R1050

FO

sW To IABD'A ADDPS-%s UNLIESS UTHERWIM INDICATED BELOW)

I ROTAX GM13H
'o PC) BOX 5, GUNS KIRCHEN
AUSTRIA, A46Z3

     HARLEY-DAVIDSDN, INC. 1425 EDEN ROAD
     YORK, r,~-                    17402

     j LMARK FIJI' P~ 0 C-0000602384

7

30 EA

 2 EA

FOR M43 MOTC69 COM PA

11/26/01

PN: -YMISC
MISCELLANEOUS ITEM

REF: P/N -239-911

PART REV.

DELIVERY REGUIRED AT DES71NATION
     21/226/01                    30  1211061

rN: -YM I SC

MISCELLANEOUS ITEM

PART RE-

I

'1113

hu          .          11
I .

" ti U.

Aug

s CID010

s. 00

DUD

baut
£1

k-

dilou
''

JdJ4

- '
~'
d₃ 4 j

L.'

dilf

SIMEONE 02738
CONFIDENTIAL

tfF) I'-                    1-i:4':~-1--fIF*4,~U','U~4)ILk,01

2 Fwe)~-Davklson Motor Company
**ITT1101, ı ı**

# Zoo

/ l ( 6~32 t~-JlZ l Lf 7:11 t~~ ·,. .~C,- j, ~ -

                                                        C-,br'00023BA          PO REV: 000

                                            DWA A DOI                    =fffta D

                6'P. 0   BOX 493                                  H/D YORK
                MILWAUKEE,                                        WI  53201
                                                                 R1050
                                                                    o~o
                                            CPt'VWATt

SDOONVOCUINTNK=TFTOABMAWRMAMA=PAYMU 10

        1                            ROTAX GMBF4
TO PD BOX 5, CUNS KIRCHEN
        AUSTRIA- A46Z3

# L

lwo
**30 DAYS**

r__  SW TO tASOVE ADDRESS UNLESS *GTHERWIM WI)"Ttl> UℓOW*

HARLEY -DAVIDSON, INC. 1425 EDEN *ROAD*

-j L  YORK, 9,;                    17402
  MARK                OF, P 0, C-000000.2394

--|

SHIP POINT       ~D FLEETS


EA

  EA

  EA

       DELIVERY REQUIRED     AT DESTINATION
            11/26/01                    240  1-211061

  EA

  EA

DELIVERY REQUIRED AT DESTINATION
     11/26/01                    2      1211061

PN*-YMISC
MI SCE I ANEOUS ITEM

REF. P/N -E:3:5-66C)

                    PART *REV.*

DELIVERY REQUIRED AT DESTINATION
     11/26/01                    A      1211061

PW-230-SBO
  **0"TrFL**
    lr-

                    PART REV. OC)

DELIVERY REQUIRED AT DESTINATION
     11/26/01                    30     in-11061

PN:-259-913
CLUJcH          1.25mm

PN:-293-490
**PRIhAAT-D7T7f**ASSY

DELIVERY REQUIRED AT DESTINATION
     11 /276/01                   12     121106:

*PART REv*

*PART REV Do*



I I

I

PN.-212-61o          *PAR7 REv* cic
CHAIN CDV=

DELIVERY REQUIRED AT DESTINATION

III.)

1-1

I V il

S.00010

S. 00010

9.00

S.00

S. 9-'000

2. 57000

9400C)

~~h ~ D UaTOPI COO.W&NY

,*ffwx= ~'%00

* 1:354. 08

SIMEONE 02739
CONFIDENTIAL

~V~

Judi

i-.

I

*I P. F )* I ~~                          *I L ~ ; 1·-·· r~ V²-O'cLt·L+l* ι z ·-ι _-·

*PUNCKAU COMP* C-0030002394 PO REV 000

www"              ".        - -A am"."

vdson Motor Company 1 1! 1 D/ i i W                    iv        A 7

--y-c

11.1, q0F, ci~ SOX 4-?3                    7                [~ am   HID YORK

le

MILWAUKEE. WI 532oi

R1050

SUNWIT RWOUS Pd TFRUCATE M ADM AVORM ATTft ACCM PAYAKE E1
_____ SW70ABOVE ADCAM UNLESS DPF_f~ INDWATED BELDWI

HARLEY -Dr,V 1 DSOW. INC.

FROTAX GMBH
  PO BOX 5, GUNS KIRCHEN           1425 ELEN RDAD
  AUSTRIA, A46Z3                   YORK. FA          17402

L                                 -i LMARK FOR P 0. C-0000002394

                                         F W        w.w. ·-4 W    r~ ftam"A-Ma"crvo
30 DAYS                        SHIP POINT   FLEETS          HANNELORE 14.A
         WI.T~ o3AL"

rp

```
10 EA PN:-2IO-4'76                    PART              REV
        CLUTCH COVER A5SY USE 210-B57
        DELIVERY REQUIRED AT DESTINATION
              11/26/01              10        1211061      '1-' 5 63000
        %9n630
```

C

```
   60 EA                PN:-236-92RT        REv OO
        dPROCKET 14 T
        DELIVERY REQUIRED AT DESTIMATION
              11/~_6/01               60        1211061      2 0.64000
        $638.40
```

```
   15 EA                      PN:-258T0REv
        SPRAu uLUIuTTzM,665X&2

        DELIVERY REQUIRED AT DESTINATION
              11126/01        IZ              1211061      $'0 84000
                    %762.60
```

```
   THIS PURCHASE ORDER IS SUBJECT TO T~4E
   HARLEY-DAVIDSON MOTOR COMPANY PURCH,:~SZI
   ORDER CONDITIDNS. BY ACCEPTING THIS PURCHASE ORDER, SUPPLIER ACKNOWL_EI)Gt.~!
   THAT
        j4du
        IT HAS RECEIVED A COPY Or THOSE
   PURCHASE ORDER CONDITIONS AND 'T AGP;-:-=t
   TO BE BOUND BY THOSE PURCHASE ORDER
   CONDITIONS. A COPY OF THE
   HARLEY-DAVIDSON MOTOR COMPANY

   ORDER CONDTIONS IS AVAILABLE rOR REVTEW                          jeuj
   AT (WW W,H-DS N.COH).
```

C

04 14 D M6T_0A COMPA WY

SIMEONE 02740
CONFIDENTIAL

```
   a       Da%Ac iscn Mot or CampatiV

6 P. o, BOX 4173
   MILWAUKEE, WI 5al-701

SUWAT WOO= IN TYPUCATE TO AW h2 ADDAM Arlft ACCM PAY"U

     C-0000002384          PO REV, 000
              -on cMff M
                       HID      ORK
curs"n a; M^hfi-
                       R 1 050

WWTD JADOVE ADOFLESS UNIESSOTHERWYWINDCATEDBELOW)

r-

     OTAX GMBH
To PO BOX 5, GUNS KIRCHEN
     AUSTRIA, A46Z3
     L

NOTE

w

YORK

     f-~'ARLE%'JAVIDEON.        INC,
     1425                 !DEN ROAD
```



YORK,                          FA   17402

LPIARK FOR F. 0. C-0000002384

HANNE

1011010 MOTOR COW
IT-i FlOTH - YORK

-14be6'                    i

I I

ji.

.11111

i

djn

0

ii .1.1

aij

i

:11111

idd

~' a 4.

*w TOTAL PAGE.05 **

SIMEONE 02741
coNFIDENTIAL

# COMMERCIAL INVOICE

POSWS Chrift                      POSCa M 5, A-4M C"ffn"rhWt &UMM

~í **Damoardier-Rotax QmW~6 Co.** XG

Messrs.
-Harley-Davidson Inc.
PO Box 653
MrLWAUKEE WI 53201
USA

## ROMURIIF1
                      qpW
*&TREAWW* PRODUC7

**Wam Svasse 32**
**A-A623 Gumbmhm Au"**
**Takdon (43) 724616M -0**
**Fax(43)7246/6370**
**t1W/w~px7aabarWornta,dwr=**

17566                    900399B2
h. LW.-ft                        Dte
%CCA. m                   1200203-28

r" Nzv'L~                         E%swaa~   Ln- &N"o~m  irm z0aw
Y_ ono m                          Qm.' ~    c-ft- .1 ~    W L        Dk-v

**1**

C-0000002426                           2002 03.25        34892    VA/STM        2002.03.28

v--v-flo_" P-:wv ft -     Ad C ~d ~ LA W- *tNW* vok w a- ~* tWM jQr ho ~ **Und CtM J()n b~ a** w ~toa rley Davidzr    15_2wd An1 ct0t _ar7 _Pe'i

Inc. attn. airfreight

**80061012**  th Roth,

*N°-ft~m*    *1.*                                            EUR,

| 12 | 840401 |    | ALLEN SCREW M6X22 0.12 |       |      | 1.45  |
|----|--------|----|------------------------|-------|------|-------|
| 5  | 932037 |    | BALL BEARING 6203-2RS1, 11.42 | |   | 57-12 |
|    |        |    | 17-4D-12 |                  |       |      |       |
|    |        |    | Germany, Portugal |         |       |      |       |
| 1  | 232130 | DE | GUIDE PULLEY 28X27X30 14.26 |  |     | 14.26 |
| 12 | 430110 | IT | O-RING IOX2,7 0.50 |         |       | 6.01 |       |

76.B4

Handling charge                18.16
Packaging                       1.09
FCA Gunskirchen EUR                    98.09
Country of origin:
DE = Germany (EC)
IT = Italy (EC)

The solid    wood          packLng-materials are totally free
of bark  and  appa ren--ly            free from live planc-pests.

1 kartoa ROTAX            8)06LO12 YORK
gross   waight: 0,55            cg
net     weijht:  0,5~ kj
.zo_v~. Within 35 days without deduction from date of invoice

SIMEON

N'. mn-N- A' 11TSIMBIQ9 FrP4UPn1ER-R=

13 0002 =7 0100

LAD -ft-                                        217491 a
Ge=r0tsb~                                       Leh
Frmwbzto*.                              *FN 1031331*
nv"839flfm                                      web
**Dvn**          **=1000**

E 02742
ENTIAL

9 1

*Be Z\*\*rvmwnv* **-waan**                    V4rnQ%ff0M Ix a bood.
**Eww4wx "-Unnuw Bab"vM rxkrWk cn~rts ...! STaganhea hE\*m**
**am pearuv tow wr Vim p3n~ mom**

Do L- - - aJ- -0- &aQ\*cn cW Pkcn~ w Eom.,

. M.91-26-2002 MON 08:41 AM HARI EY VAVIUSUN bVtL; Urb

  Harjey- vidson Motor Company
  )W9i&yx&kW, WXJH~A4A&-i m.0. BOX 493
MILWAUKEE. W1 532el

tHA NU. I I (006DOUC

                                                          9600e242
                                                          p Ev  **ea**
                                        PURC"AM CMMM
                                        372S/02                  1

                                                            H/D YORK

SUBMIT IMMCES IN **TMK;= TO ADO W AWF=.** MV: A=. **f%'fAKF**          lose -Ymp
    I-FZOTAX GMBH                       *PW TO IABOWE ADOMSS U2I* FOTHERWLSE w4Dwxm saajy)

m PO BOX S. GUNS KIRCHEN
  AUSTRIA. A46Z3

f-        fy-f -t

    1HARLEY-DAVIDSON. INC.
    142S EDEN ROAD
    YORK. PA

-i L

- f..
  r

f- -

                                        nnnn
                                        f-

i

I

I

I

I I

I

k A

1ZfA

4ARK PACKING SLIP AND MATERIA
4TTENTION: B52 MILITARY. KEITH
................................
CONFIRMING ORDER
    NEED DATE: 4/GB/e2 QTY RCVO:

To THE
ROTH
..........
I

~'N:        -932-037 RevLvi 00 ACCTO: 121-10[1
    BALL BEARING
    NEED DATE: 4108102 OTY RCVO;

"N;            -232-130
    GUIDE PULL NEED DATE:

 RevLvl 00 ACC-T*: I
 Ey
  4/eB/02 QTY RCVD:

;~N:            -430-110 RvvL~1 00 A
    O-RING 10-2.7 NUM70
    NEED DATE: 4108/0Z QTY RCVD

THIS PURCHASE ORDER IS SUBJECT TO THE
AARLEY-DAVIDSON MOTOR COMPANY PURCHASE
)RDER STANDARD TERMS AND CONDITIONS. A
:DPY OF THOSE TERMS AND CONDITIONS 15
TTACHED. BY ACCEPTING THIS PURCHASE
RDER. SUPPLIER ACKNOWLEDGES THAT IT HA
RECEIVED A COPY OF THOSE TERMS AND
'ONDrTIONS AND IT AGREES TO BE BOUND BY

61

            0 0 e I

CTO: 121-1e61

      12

120e

14 . 9700

1.44

14.97

. 4400            S.28

I

S

I

FOR !4-5 MOTOA COOPWY

fq ". n

r nn

i

" U2

SIMEONE 02743
CONFIDENTIAL

. MAR'25-2002 MON 08:41 AH HARLEY DAVIDSON SFE(; Orb

**post4r Fax NcAe 7671**

       CO.
       ph~ a
       Fax v
IA,- rrP.O. BOX 493
    MILUAUKEE. IJI 53202

  IROTAX GMBH
₀PC) BOX S. GUNS KIRCHEN
            AUSTRIA. AA6Z3

   L

a      Y S

~HA Nu. I I lone0ow-.

                                                                    **PO**
                                              **C-00866e2426**                    066
                                   **PLW°CMA.X CFXCR**

        r)T        Harlev-Davidson Motor Company        3126/02        2

                                                                    r/D YORK

                                                  E7

                                                              **1056 _YMP**

**uWff lWVDOS W THTFUCATE** TO **ABDVI** **ADPRM. AaTN: ACCM. KYABLE** Q
                                    Sme TO (AbOVE ADDAESS UNLESS OTHEFftVlSE 1N0100ED BELC"
─────────────────────────────────────────────────────────────────────
                              7 fHARLEY-DAVIDSON. INC-
                                1426 EDEN *ROAD*
                                YORK, PA

17402

pto                              **co--_4i** _6ovvRw___l v`[~=    **Qu-a wow***

        HIP POINT                                      rD FLEETS    HANN !LORE KA

THE HARLEY-DAVIDSON MOTOR COMPANY
3URCH4SE ORDER STANDARD TERMS AND
:ONDITIONS IS ALSO AVAILABLE FOR REVIEW
rN THE INTERNET AT WWW H-OSN COM

i

i

I

i

- YORK

OTE: THIS PURCHASE ORDER MAY N07 BE
LTERED IN ANY MANNER (TOTAL COST,
ELIVERY.                ETC.) WITHOUT PRIOR
~UTRO:S1;:CTION OF THE HARLEY-DAVIDSON
URCM                              DEPARTMENT
40TE :
nATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT
4ARLEY-DAVIDSON MOTOR COMPANY
~T THE ..SHIP TO" ADDRESS ABOVE
JHEN A P PLICABLE

53

i    GRAND

IT H 'nt~t"TTO~iW -Y

            i
            I
!
I

TOTAL                S23*69

101~_e2  /

SIMEONE 02744
CONFIDENTIAL

I . u- L

- ft 1% ~

i~ ,

0

ft n l n

J_

l

l

# COMMERCIAL INVOICE

PmwtWvft **WMMnX\*jV6M,** P060ach 5. A-4623 Gwmucren.Aa=z

new: Bcw bardier-Rata x Orti4 L (b. JZ

```
Messrs.
-Harley-Davidson Inc.
PO Box 653
MILWAUKEE WI 53201
USA
```

## ROMURNIFA
*REMTVW PRODUM*
n~& &Co. **W**

**Wa1w** Sri= 32
**A-4M GwOmOm Aw"**
**Taision (43) 7246/6M -0**
**Fax t43) 7246/637()**

*OW 20'M wd Sc~ bft w~ l*

KunMw~°        C00ftez=A1 **Inwace No**
C.W~ M
**17566**              **90D42178**

**2002.06.14**

9- 0.0°- Yw C~ no                 B kW- cm am   **Lk- ALf"KWfl.** , ow&~ C1 Dow    bmm~ OLO AC

# 1   |   1""""   VA/STM                    4

vb•ob•¤°-M,   **Aa Gwd** 3- kv &.. **Pd."v w4 G&-Wv I C)n** b~ 01 aw D mk~ W d' M\*i"1c7\*a"\*r;,'Vei

PNC° PC M   airfreight to Marley Davidson Inc. , attn. B52

**80064652**   th Roth, _R
**LMIW/C°**   Ar°°&~m   i.                          **Pft&.hW/LkA p-** a-wIaw
              Order no.': 36493
              Order no.: C-0000002431
6            242700 DE COLLAR REX. NUT M8_

0.93

|     | 5.58                              |       |          |
|-----|----------------------------------|-------|----------|
|     | Order no.: 36494                 |       |          |
|     | Order no.: C-0000002432--'       |       |          |
| 24  | 2500 10 AT GASKET RING C 12 XIB  | 0.20  | 4.88     |
|     | Order no.: 36495                 |       |          |
|     | Order no.: C-000002434           |       |          |
| 30  | 280015 IT TIMING 2ELT 9,52SX19XB6| 13.Bi | 414.15   |
|     | Order no.: 36496                 |       |          |
|     | Order no.: C-0000002435          |       |          |
| 3   | 242206 TW HEX. NUT M8 DIN 934    | 0.12  | 0.36     |
|     | Order no.: 36497                 |       |          |
|     | Order no. : C-0000002433         |       |          |
| 3   | 247420 AT SPACER 20/30/13        | 4.01  | 12.03    |
|     | Order no.: 36498                 |       |          |
|     | Order no.: C-0000002437          |       |          |
| 25  | 212595 AT OIL SUMP COVER         | 24.61 | 61S.31   |
|     | Order no.; 36499                 |       |          |
|     | Order no.; C-000000243B_/        |       |          |
| 65  | 248260 IT SHIFT LEVER ASSY.,     | 13.23 | 860.14   |
|     | Order no.: 34722                 |       |          |
|     | Order no.: C-0000002410          |       |          |
| 120 | 236021 AT SPROCKET 15 T,         | 10.85 | 1,302.18 |
|     | 5/BX1/4XlO,l6                    |       |          |

SIMEONE

of invoice

CONFIDE~ ʟ_?n

13CUMMU70KID
U"-     -ZgMNDBDIPgCUCBA30.9MOWAYL&Xa&40WN 217491 a
GQs&wmYvw AraᴅDw a Le-ft
FrffvnbuCh4*.                          FN 101331
Lwmvprcft                             Web
DVR         M81080

02745
TIAL

9 %

BW ZW~ffg.WᴇUQ**WWOW**
Er-"Oungm wV B6w6twxkrVw WYmen rm trwrob a TsWnn" Efto
ow FkaTROV brw. der Vft offrftV ~mdorj
DO L-V-V- - - - ~~ -9° C- —V uriw Evwxurn

# COMMERCIAL INVOICE

F W W=t*M              P00wh 5. A -4623 Gw ww=iarx ᴀʟᵃVᵒ

n~; bcbardier-P=t~ G" & CD.ᴍ

Messrs.
-Harley-Davidson Inc.
PO Box 653
MILWAUKEE WI 53201
USA

## 20MURRIER
*REM7VW P"LM*

          Oftm &
     YWftm Snsw 32
     A-4623 Qazkxhm Auwa
     Waion (43) 7 246/OM-0
     Fax (43)724616=
Pᴊ-2   h9Vflwwwmava%onbambamchwram

          CcnwxcUU Invcuce bb
17566            90042178
no              Date
S'vv~
          2002.06.14

ᵧᵂatW ᴍ            am       ᴸ' Carb 1onW aW m    ᵁ·       DAwy

                                    VA/STM 2002.06.14

P moo° 00 no  Aᵈ CW UM UU MV L°·W - WO VVᴀ K²ᵒʰ²ᵗᵏ²ᴹ wimn~ W-M kV ¬ Fam°¹V LM **COW9** 0 - F~C9 **as DOANY &qd**airfreight to Harley Davidson Inc. ,
attn. B52 'ta r~y **re i**
80064652      th Roth,
M-WORY~     Aᵣ° f.F%m m      ᵈ~ aᴰ-~                    PMWEᵣiMA"~

                                        3,214.63
                Packaging               11.26
                FCA Gunskirchen         EUR   3,225.89
                Country of origin:
                AT = Austria (EC)
                DE = Germany (EC)
                IT = Italy (EC)
                TW = Taiwan
The s   0    1*d d p  -00p  ck    ng-materials are totally free

of bar     and appar-en:ly          free from live plant-pests.

I cartoi     ROTAX              8)061652 YORK
gross     waight:      53,00        kg
net    weijht: 46,03     kg
ᴘⁿⁱ⁻ₒWithin 35 days without deduction from date
              of invoice   SIME0 NE

Ik- ⁼⁼Nr - A71niniging                         aaemn   CONFIDEN -RM)(C?-M rCO-M |
AG.                          13 OD02 ON 010D
                             217491 a

GasaWWR~ Fbdqw a Lvwis
Frmwtxrh.W - FN 107133 1
LNIOSS9N Ot fth
DVR          W81080

9 %

                    Wlavmw~ ₙ a bow.
                kwwtab 8 T-9m,.d;EMW

ckv Re&ruv tirw a1v vmn
        vAt'l
M UWwun Dm Wbw b e a- v66 0'n B&O mctl Ow Padv" tra w Eomm

2746
TIAL

## CAM, __v



**Ralley-Davidson, Motor Company**
*P.O. BM 653.*  MW-0LikD6- V4 S3201

SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDRESS, <u>ATTN: ACCTS. PAYABLE</u>

   f-ROTAX GMBH
    *P-0 BOX 5.* GUNS KIRCHEN
TO AUSTRIA. A46Z3

         ᴛ⁻ ᵛʷ⁻ OMM WAMER WA APPW ONAU WVCCUAW PWWM WWWOM

**PLRCHASE ORDER**          **C-00000OZA32** PO REV:        002
CNX% DAM                              PA"    s0vqwbdDff 00Kft.0ⁿa

   6/24/02 1  ~ | -
             WIRACT Tₐ
             M-0                    *1* AT
                               **IH/D YORK**

*cellvqom w cc w%m*.m*                    OCR"   "-ᵀDm

| D=-=-=:: = _;-
          " *ASA _YMP*

*OW TO (ABOVE* ADDRESS UNLESS OTHEI3IMSE WDICATED BELOM

**7** f-HARLEY-DAVIDSON. INC. 1425 EDEN ROAD YORK. PA

17402

j̲ L̲

         |              vwl",com" cr   ᵣ    ˙

130 DAYS              SHIP POINT              HD FLEERᴛᴀNNELORE KA_ ED

                 evLvl 00          ACCT#: 12    1 06   **WT**

PN: -250-010                                                          R
GASKT M12XIBDIN7603A
EA                    NEED DATE:                    7/01/02 OTY RCVD:
.1880
~E6                   NEED DATE:                    7/15/02 QTY RCVD:
.1880

THIS PURCHASE ORDER IS SUBJECT 70 THE HARLEY-DAVIDSON MOTOR COMPANY PURCHASE ORDER
STANDARD TERMS AND CONDITIONS. A COPY OF THOSE TERMS AND CONDITIONS IS PRINTED ON THE
BACK SIDE OF THIS PURCHASE ORDER. BY ACCEPTING THIS PURCHASE ORDER. SUPPLIER
ACKOWLEDGES THAT IT HAS RECEIVED A COPY OF T140SE TERMS AND CONDITIONS AND IT AGREES TO
BE BOUND BY THOSE TERMS AND CONDITIONS. PURCHASE ORDER STANDARD TERMS AND CONDITIONS
IS ALSO AVAILABLE FOR REVIEW IN THE INTERNET AT WWW.H-DSN.COM.

                              FOR H-D MOTOR C06APANY

vw"___

'¹³ rpcxl ~

A%¡*bMi6"i&

**5.64**

**42.30**

SUPPUER

SIMEONE 02747
CONFIDENTIAL

I

Harley-Davidson Motor Company
Flo.                    **WIS3201**

I

        SUBMIT INVOICES IN DUPLICATE TO <u>ABOVE AD DRESS,</u> ATTN: ACCTS . <u>PAYABLE</u>

        - "JPK-w cPvM"uw8EA"j= ~-~rS ~ W~bccuwv~
**PmcHAsE ORDER**          C-0000002432 PO REV: 002
0°DM D.TE
     6/24/02                        2 00
        PAYIM                  -wk-Twaxcivoiftmr~w        AT

                2-                    F-1 -          HID YOR
             .,=                      "",moo"

MUM" ReDUUM 14 CLW.                    11105e

*" 10a                  Ifto I              np 00°
SW M (ABOVE ADDRESS UtAJESS OTHERVASE INOCATED BELOM

    f              ROTAX GMBH
        PO BOX 5. GUNS KIRCHEN
TO 'AUSTRIA, A46Z3

HARLEY-DAVIDSON, INC. 1425 EDEN ROAD YORK, PA

17402

i                          I-    j L

i

i

I

I

KEITH ROTH - YORK

-;;;w N3e DAYS          SHIP POINT      HD FLEETS      ccof"MOAwma %103u& M HANNELORE K~

              's          94-                           ~P'Fg

rrEu    CIIANTITY UNIT~

NOTE: THIS PURCHASE ORDER MAY NOT BE

ALTERED IN ANY MANNER (TOTAL COST,

DELIVERY, ETC.) WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVIDSON

PURCHASING DEPARTMENT
NOTE:
MATERIAL SAFETY DATA SHEE7(S) MUST BE

FORWARDED TO SAFETY DEPARTMENT

HARLEY-DAVIDSON MOTOR COMPANY

AT THE "SHIP TO" ADDRESS ABOVE
WHEN APPLICABLE

              GRAND TOTAL

53

Krrm

FOR " MOTOR COMPANY

K              T      T      YORK

.113 (PC°) W

SUPPUER

SIMEONE 02748
CONFIDENTIAL

TK#0U9ND°U CW ° WRMVE R~S7 APV°A°~°LL WVD °3 AM #4#+4°O BC CLOB°I

PuncKAsE cFmER                          C-0000002435 PO REV:
              BOO

Harley-Davidson Motor Company           1.

P.0- E~Ox &53.                %VI S3201   1

SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

    f-ROTAX GMBH
      PO BOX 5. GUNS KIRCHEN
TO AUSTRIA. A46Z3

I

CW~

                              I  .AI

Ej

                    H/D YORK

## 770 so.soa-YMF

7H **SHIP TO (ABOVE ADDRESS UNI Eq-q OTHERWISE INDICATED BELOW)** ARLEY-DAVIDSON. INC. 1425 EDEN ROAD YORK . PA

17402

lvft~ i00 DAYS          *SHIP POINT*          HD FLEETS          Verh5 **Men cp ~**  HANNELDRE K
           **'MAI"** ED                          au~

**ITEM! OUANTnY**      **UNFT**      **DESC ! R$!! JON.**          **LJNrr PRICE**                    **EXTENDED PfˈCE**

                     PN: -242-206 RevLvl ACCTP: 12i-1e6i

                     *NUT* HEX M8
           EA        NEED DATE: 7101102 OTY RCVD:

.115SO

.34

THIS PURCHASE ORDER IS SUBJECT TO THE
HARLEY-DAVIDSON MOTOR COMPANY PURCHASC
ORDER STANDARD TERMS AND CONDITIONS. A
COPY OF THOSE TERMS AND CONDITIONS I',
PRINTED ON THE BACK SIDE OF THIS
PURCHASE ORDER. BY ACCEPTING THIS
PURCHASE ORDER, SUPPLIER ACKOWLEDGE-F
THAT IT HAS RECEIVED A COPY OF TH05F
TERMS AND CONDITIONS AND IT AGREE~. TO
BE BOUND BY THOSE TERMS AND CONDITIONS.
PURCHASE ORDER STANDARD TERMS ANIJ
CONDITIONS IS ALSO AVAILABLE FOR REVIEW
IN THE INTERNET AT WWW.H-DSN.CDM.

**FOR H-O MOTOR COMPANY**

**SUPPLIER**

SIMEONE 02749
CONFIDENTIAL

I



cpME"ww"wisy                    ~rs

PuRcmASE C)RDER                    C-0e80002435 PO REV:    OOC

arley-Davidson Moior Company *OEM DATE*                    lw    I---

6/06/02                    2w    1
_y WIMACT To_ .slfrn~ w
5 -                    F-1    H/D YORK
cr co-·                              ol-acm
CODE
Rle5O          -YMF

ul ww     P.O. BOX 653. hghvaukoo. W 53201

SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE

ROTAX GMBH
PO BOX 5. GUNS KIRCHEN
TO AUSTRIA, A4673

SHKP TO (ABDVE ADDRESS utUW OTHERvoSE tNDICATED BaOw)
HARLEY-DAVIDSON. INC. IA?5 EDEN ROAD YORK, PA

_J L

17 4 e 2

| *TENAS* N30 DAYS | | *FW* POINT SHIP | *-VA* IHO FLEETS | HANNELORE K | *r-ADU* 0 |
|---|---|---|---|---|---|
| **ITEM QUANTTrY** | **UNIT** | **DESCRIPT40M** | | **UWT PFUCE** | **EXTENDED PRICE** |

NOTE: THIS PURCHASE ORDER MAY NOT BE

ALTERED IN ANY MANNER (70TAL COST,

DELIVERY.ETC.) WITHOUT PRIOR

AUTHORIZATION OF THE HARLEY-DAVIDSON

PURCHASING DEPARTMENT
NOTE-
MATERIAL SAFETY DATA SHEET(S) MUST BE

FORWARDED TO SAFETY DEPARTMENT

HARLEY-DAVIDSON MOTOR COMPANY

AT THE "SHIP TO" ADDRESS ABOVE

WHEN APPLICABLE
                                    GRAND TOTAL

KEITH ROTH - YORK                   53

ⁿˑ

       **FOR H-D MOTOR ~PAW~**
KEITH              H - YORK
V, -                     [E-li

ı) MCM ~

**SUPPLIER**

SINIEONE 02750
CONFIDENTIAL

**Harley-Davidson Motor Company**

*P'0- BM 6S3.* NkArdub=. VAsz-20 ı

**SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE**

-J PLRWSC-E                       -Mr-lA ON A" 0~=U D ~ DCCAA~Wn

**PURCHASE ORDER**          **C-0000002437** PO REV:    00(1
 b
pftc.m XAT'a                               -T Susie= To PospecTwfts, AT
                           0M                    It/D YORK
         ⁿ OF CCU"

E=Q                              RlebO -YM~

   OPIAW0.66 ₄₄ₛₘ ARM ı Z-. :                    --      --
   SIQPT0 (ABOVE ADDRESS UNI E 07HERWSE INDICATEEI BELOW)

  **f-ROIAX GmlH**
     PO BOX ~~. (,Urq~- KIRCHEN
TO AUSTRIA, AA6Z3

F-HARLEY-OAVIDSON, INC. 1425 EDEN ROAD YORK . PA

17402

TEVAC 1430 DAYS          "AI SHIP POINT  ı1HO FLEETS  CCA- MISAL OMMCF K ~  HANNELORE
             T"AKL 0

rTEM OLIANTITY        LINıT    DESCRPTION        LINIT PRICE                **EXTENDED PRICE**
                         PN: -212-595 kevLvi 00 ACCT#: 121-1061

                         OIL SUMP COVER

                         OIL PUMP COVER

0 1    2    ;E A   NEED DATE: 7/08/02 OTY RCVD:               23.30A2C
                         582.60
                         THIS PURCHASE ORDER IS SUBJECT TO THE

HARLEY-OAVIDSDN MOTOR COMPANY PURCHASE
ORDER STANDARD TERMS AND CONDITTONS- A
COPY OF THOSE TERMS AND CONDITIONS IS
PRINTED ON THE BACK SIDE OF THIS
PURCHASE ORDER. BY ACCEPTING THIS
PURCHASE ORDER. SUPPLIER ACKOWLEDGES
THAT IT HAS RECEIVED A COPY OF THOSt~
TERMS AND CONDITION', AND IT AGREIS TO
BE BOUND BY THOSE TERMS AND CONDIT10141S,
PURCHASE ORDER STANDARD TERMS AND
CONDITIONS IS ALSO AVAILABLE FOR REVIEW
IN THE TNTERNET AT WWW.H--USN.CDM.

13 f' I'm

FOR H-0 MOTOR COMPANY

SUPPLIER

SIMEONE 02751
CONFIDENTIAL



PuRcHAsE ORDER C-0000002437 PD REV: 000

ey-DavicL son Motor Company. F_l~

P.O. Box     %q =0 1          6112102          2c,

9-

HID YORK

SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDRESS. ATTN: ACCTS. PAYABLE          R1050 -Ymi:

SHP TO (ABOVE ADDRESS LINLESS OTHERWISE INDICATED BELOW)
HARLEY-DAVIDSON, INC.

ROTAX GMBH
PO BOX 5. GUNS KIRCHEN          1425 EDEN ROAD
TO                              AUSTRIA, A46Z3          YORK. PA 17402

L                              __J L

f43e DAYS                      SHIP POINT IHD                    FLEETS

jcmflHvA&sN"oNvE"L40cmR4AEo%K~

ITEM OIJANTrrY UNIT                                       DESCRIPTION     UNIT PFUCE

EXTENDED PRICE

NOTE: THIS PURCHASE ORDER MAY NOT BE ALTERED IN ANY MANNER (TOTAL COST, DELIVERY. ETC.) WITHOUT PRIOR
AUTHORIZATION OF THE HARLEY-DAVIDSON PURCHASING DEPARTMENT NOTE : MATERIAL SAFETY DATA SHEET(S) MUST BE
FORWARDED TO SAFETY DEPARTMENT HARLEY-DAVIDSON MOTOR COMPANY AT THE "SHIP TO" ADDRESS ABOVE WHEN
APPLICABLE

GRAND TOTAL

:58?.0b

FOR H-D MOTOR COMPANY
KEITH ROTH YORK          53          KEITH 94Tti - YORK

13

SUPPLIER

SIMEONE 02752
CONFIDENTIAL

AI                                      I .

rm. ~='        Hadey-Davidson Motor Company

SUBMIT INVOICES IN DUPLICATE TO ABOVE <u>ADDRESS, ATTN: ACCTS. PAYABLE</u>

T~ flOC-M OII°-WWNWJST &-K-CW ~ -W"S MD- DOMAINTS

**PURCRASE ORDER** C-130000e2438  PO REV:000

-,cv~-Tx                 -,|"u   I
  6/12/02         1 ,,    I
          **SSLILErr**
         y 2-7                    0-    H/D YOR
                          R 10 5 0 -Y"
     *SHP TO (ABOVE ADDRESS LINLESS* OTHERWISE INDICATED *BELOW)*

  **F** -ROTAX GMBH
     PO BOX 5. GUW~ KJRCHEN
TO              AUSTRIA. AA6Z3

<u>L-</u>

**7** F-HARLEY-DAVIDSON. INC. 1425 EDEN ROAD YORK . PA

17402

TI,I·,.N30 DAYS            :WWW IHD *SHIP POINT* FLEETS  v"&iv.0"D" cF 1"AOLE HANNELDRE K ED

*rTEM* OUANT""Y      UNIT  *DE S'C Ft I P, 740N*          LUT PR)CE        *EXTENDED PRXX*

                PN: -2AR-260 RevLv1 ACcr": 121-1061

                SHIFT LEVER ASSY
                **SHIFT** LEVER ASSY.
(12        6.;EA  NEED DATE: 7/08/02 QTY RCVD:            13.3892C
      857.29
                lljjS PURCHASE ORDER IS SUBJECT TO THF

                HARLEY-DAVIOSON MOTOR COMPANY PURCHASE

                ORDER STANDARD TERMS AND CONDITIONS. A

                COPY OF THOSE TERMS AND CONOITIONE IS

                PRINTED ON THE BACK SIDE OF THIS

                PURCHASE ORDER. BY ACCEPTING THIS

                PURCHASE ORDER, SUPPLIER ACKOLJLEDGFS

                THAT IT HAG RECEIVED A COPY OF THOSE

                TERMS AND CONDITIONS AND IT AGREES TO

                BE BOUND BY THOSE TERMS AND CONDITIONS.

                PURCHASE ORDER STANDARD TERMS AND

                CONDITIONS 13 ALSO AVAILABLE FOR RCVICW

                IN THE INTERNET AT WWW.H-DSN.C:OM.

tlym - 9-aWw 7D,

13 PM Me

SUPPUER

FOR H-D *MOTOR COMPANY*

v-- ~ro..r)

SINIEONE 02753
CONFIDENTIAL

# wrolor*~01--v

H ey-Davidson Motor Company
P0. **Box 653, Wvvai~.WI 53201**

## 'Iwo

SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. <u>PAYABLE</u>

[-ROTAX GMBH
  PO BOX 5, GUNS KIRCHEN
TO AUSTRIA. A46Z3

YNG MADIUE Cf0MWhQ"WW? APKM Ok ALL -40CB ~ P-~ DCCL%4DM

| | | |
|---|---|---|
| **PURCKASE ORDER** | C-e@00002438 PO REV: | 000 |
| co~ -T. | | P*m |
| 6/12/02 | | 2 oF |
| Mom" | WT Susi= Tv vdmftc?~ w | Ay |
| 2 . | 00. | H/O    YORK |
| C20-T. | O»I | st-lumcom |
| wa | L | |
| ~ PelvaL umpm 9m) wr | R1050 | -YMI |
| **SW To (ABOVE ADDRESS Lim** | **OTHERWOE INDICATED BELOW)** | |

7 r          HARLEY-DAVIOSON, INC.

1425 EDEN ROAD
YORK. PA

17402

ytft~ SHIP POINT N30 DAYS                I ~vm - m " a' -  1HD FLEETS | HANNELORE K~'[D

| ITEM OUANTM | LJNIT DESCRIPTUDN | UNT PRJCE | EXTENDED PRICE |
|---|---|---|---|
| | NOTE: THIS PURCHASE ORDER MAY NOT BE | | |
| | ALTERED IN ANY MANNER (TOTAL COST. | | |
| | DELIVERY, ETC.) WITHOUT PRIOR | | |
| | AUTHORIZATION OF THE HARLEY-DAVIDSON | | |
| | PURCHASING DEPARTMENT | | |
| | NOTE - | | |
| | MATERJAL SAFETY DATA SHEET(S) MUST BE | | |
| | FORWARDED TO SAFETY DEPARTMENT | | |

HARLEY-DAVIDSON MOTOR COMPANY

AT THE "SHIP TO" ADDRESS ABOVE
WHEN APPLICABLE
GRAND TO TAI.

KEITH ROTH - YORK                    53

FOR " MOTOR COMPANY
KEITH UTH - YORK
V-, -A

SUPPUER

SINIEONE 02754
CONFIDENTIAL

.  I  III=

-6 "6"ASE COCCRML44113#ST APPEA~ctiALL WVOCE3            00CLwacs

PURCHASE ORDER                    C−
0000002433  rO  REV:        I        0  01 e

CM00% DATE                          804fer"AMNT

Haricy-Davidson Motor Company  6/06/02 1 cr

WAT -ЛIЯJEO TofA%'ICTM ГY

cewn.~M ~ cow%.=                        H/6jYORK
                                          KWIE3O0C1"

C  -No        Tcm a

SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDRESS, ATTN: ACCTS, PAYABLE   ... MAV  " MOLOND " aw

F-ROIAX GMBH
    PC) BOX 5. GUNS KIRCHEN
TO AUSTRIA, A46Z3

L

                              R1050        -YMf
SHIP To (ABOVE ADDRESS UNI-ESS OTHEFWSE INDICATED BELOW)
-7 F -HARLEY-DAVIDSON, INC.
    1425 EDEN ROAD
    YORK. PA

17407

TEW- 430 DAYS                    -POINT 1HD FLEETS Sill P    HANNELORE K~
TAX To
GEM] QUANTITY        UNIT    DESCRIPTION        UNIT PRICE        EXTENDED PRICE
                    PN: -747-420 RevLv1 00 ACCT#: 121-1061

                    DISTANCE SLEEVE
",I        E A      NEED DATE: 7101102 OTY RCVD:        2950e        3 7
                    THIS PURCIIASE ORDER JS SUBJEC7 TO THE

                    HARLEY-DAVIDSON MOTOR COMPANY PURCHASE

                    ORDER STANDARD TERMS AND CONDITIONS. A

                    COPY OF THOSE TERMS AND CONDITIONS IS

                    PRINTED ON THE BACK SIDE OF THIS
                    PURCHASE ORDER. BY ACCEPTING THIS
                    PURCHASE ORDER , SUPPI JER ACKOWLEDGE S

                    THAT IT HAS RECEIVED A COPY OF THOSE

                    TERMS AND CONDITIONS AND T7 AGREES 70

                    BE BOUND BY THOSE **TERMS** AND CONDITION5.

PURCHASE ORDER STANDARD TERMS AND
CONDITIONS IS ALSO AVAILABLE FOR REVIEW

IN THE INTERNET, AT WLJW.H-DSN.COM.

VTR AU        P1981ES TO                    . . . . . . . . . .

**Juli 202**

**FOR H-D MOTOR COMPANY**

sP -

**SUPPUER**

SIMEONE 02755
CONFIDENTIAL

## rs~

Hey-Davidson Motor Company

ari

**PO, 8CM 103,**        **VA -1,320,**

## "'~Wq

SUBUIT <u>INVOICES IN DUPLICATE</u> TO ABOVE ADDRESS, ATTN: ACCTS. <u>PAYABLE</u>

→pkmlo~v co"A **wx4smwl"** APM- -.No"s ₆₅ s~wAo bomaw~s

<u>PURCHASE</u> **ORDM** C-0000002433 P O REV: e0c

6/06/012        2,

<u>H/D YORK</u>

<u>R1050</u> -YMI **SHIP TO (ABOVE** *ADDRESS Lft-ESS* **OTHERWISE INDICATED** *BELO"* H ARLEY-

DAVIDSON. INC. 1425 EDEN ROAD

f-ROTAX GMBH
    PO BOX 5. GUNS KIRCHEN
To AUSTRIA. A46Z3

<u>L</u>

YORK , PA

17402

rEws 1430 DAYS      ꜰᴏ.ɢ SHIP POINT    wrm **IHO** FLEETS     ꜱᴏᴏ. c'o" ᴏʀ HANNELORE K
       ED

| 17EI61.1 OUANTrTY | UNIT | DESCRIPTION | LA47 PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| | | NOTE: THIS PURCHASE ORDER MAY N01 BE | | |
| | | ALTERED IN ANY MANNER (TOTAL COST. | | |
| | | DELIVERY. ETC.) WITHOUT PRIOR | | |
| | | AUTHORIZATION OF THE HARLEY-DAVIDSON | | |
| | | PURCHASING DEPARTMENT | | |
| | | NOTE - | | |
| | | MATERIAL SAFETY DATA SHEET(S) MUST BE | | |

FORWARDED TO SAFETY DEPARTMENT

HARLEY-DAVIDSON MOTOR COMPANY

AT THF "SHIP TO" ADDRESS ABOVE

WHEN APPLICABLE

GRAND TOTAL

KEITH ROTH - YORK

**FOR H-D MOTOR COMPANY**
KEITH ROTH - YORK
X--j
**wr.-Oam ~rtxva**

3 llml /w

SUPPUER

SIMEONE 02756
CONFIDENTIAL

# COMMERCIAL

INVOICE **HUMURNIM**

REWWVAL PRODW7S
Qff" & CD.

w6w **Snsm** 32

**PosWec hfft 3[jW3(0fK?MW . P00acn 5. A46Z3** GWaKffrf~. ALavia

**6Cfftaxdirr-Rcta x GmW & 0:).** M

**A-4623** GaZO&OR Au"
**18WM(43)?24 6/6M-0**
Fax (43) 7246/6370

P:L

Messrs.
-Harley-Davidson Inc.
PO Box 653
MrLWAUKEE WI S3201
USA

[W w~/ P~

17566     90042620

2002.06.28

r- ammwu~ v" Mw m                    olftowft. - W  b~ u~   ow .L VA/MIM      L"~- .. D"-Y 2002.06.28

v.-lmao-m    Aa G,,w w~ Ljww. aid vwk.AwvdwvLmom wmrm~ wV.w Er M **Pedmv** uV GW"w I On bm N p~w 00~y " Sa l. B52 Military, ujejwj"t5"K0vwr_h

pa.%.v ov m   DHL to **Harley Davidson** Inc. , attn.
1 1425 Eden

| m.vwDy | Art-04*~ m | | | PmWE.,.*A~ p~ | | ~ ~8_-Q/uw |
|--------|-----------|---|---|------|------|------|
| | | | Supply no.: 8006SIBO | | | |
| | | | order no.: 36796 | | | |
| | | | order no.: C-000002441 | | | |
| 12 | 240205 | | ADJUSTMENT SCREW M7 ASSY., | | 2.63 | 31.55 |
| | | | Order no.: 36797 | | | |
| | | | Order no.: C-000002440 | | | |
| 550 | 230920 | IT | O-RING 60X2,5-N | 0.87 | 477.95 | |
| | | | Supply no.: 80065400 | | | |
| | | | Order no.: 36494 | | | |
| | | | Order no.: C-0000002432 | | | |
| 225 | 250010 | AT | GASKET RING C 12X18 | | 0.20 | 45.79 |
| | | | | 555.29 | | |
| | | | Packing and freight | | 21.71 | |
| | | | CPT York | EUR | 577.00 | |
| | | | Country of origin: | | | |
| | | | AT = Austria (EC) | | | |

IT = Italy (EC)

The solid          wood
of bark    and appa ren:ly
2 cartons  ROTAX
gross      weight. 1,70
net wei    ht: 1     00    kgs

pack.ng-materials are totally free
free from live plant-pests.
30035180, 80065400 YORK
          <gs

Z&*-*vc1ok_

SIMEONE

P"-" Within 35    days without deduction from date    of invoice

~ Mr~Nr 1.1.1no    ~Ivmn    CONFIDE MM

02757

NTIAL

~~130002830701UU    9
XWAyVkXak4BAW 217491 9

Ge&cWtsft~    Fbagm Ek LPM&    Be Zm*woeW%LLQvW pwnbmad.0
FffmffbLCr,Nr.    ErpowOrw "Fbvl03Mxkroon kannen rto rwarm 5 Tapwrrsk ch Efivo
LXM8qWV*    Web    der Fbd"Xv tzrw. off "" OWTOM "lim
LNH    CiwMSWdWungen Wken bis am v~ Do7ach cler Pachrkmg~oww~n

r

l

-o=

**PURCHASE ORIER** C-0000002440 PO REV:    0 0 C,
DAM DAR    -%" 1_00~

**Harley-Davidson MotoT Company**
PID. Bm 653, MIWatd=. %VI 53201    6 24 02    2

CF
~ v -WTTo9-qcnowwy    AT
R    H/D YORK

cowFw
WYN am & qrwr;ATxm a

-SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDR ESS. ATTN: ACCTS. PAYABLE    - i lo%Mjeo .
V-    RIOS@    - YMI
SHFP TO (ABOVE ADDRESS UNI    OTHERWISE INDICATED BELOW)

F-ROIAX GMBH
PO BOX 5, GUNS rIRCHEN
TO AUSTRIA. A46Z3

[-HARI.EY-DAVIDSON. INr.. in?5 EDEN ROAD YORK . PA

17 402

L    j L    -

430 DAYS    POINT HD FLEETS SHIP    cowH7777ALLOORENME oF K    0

9XPAPT El
**ITEM** QUANTITY    UNIT    DESGRIPTDN    UNIT PRICE    DmwDED PRICE

PN: -230-920 RevLvl 00 ACCT*: 121-1061

D-PING M6000-2SO N70
MARK ALL PACKING SLIPS AND MATERIAL TO

THE ATTENTION: B70 MILITARY. KEITH ROTH

SS)EA    NEED DATE: 7115102 QTY RCVD:    468.!~4

THIS PURCHASE ORDER If. SUBJECT ro IHE

HAkLEY-DAVIDSON MOTOR COMPANY PURCHASL

ORDER s,rANDARD TERMS AND CDNOITIONS_ A

COPY OF THOSE TFRMS Atlf) CONDITIONS IS

PRINTED ON THE BACK SIDE OF THIS

PURCHAS E ORDER. B Y ACCEPTIN G THIr;

PURCHASE ORDER. SUPPLIER ACKOWLEDGES

THAT IT HAS RECEIVED A COPY OF THOSE

TERMS AND CONDITIONS AND 17 AGREES TO

BE BOUND BY THOSE TERMS AND CONDITION",.

PURCHASE ORDEP STANDARD TERMS AND

CONDITIONS IS ALSO AVAI',ABLL FOR REVIEW

IN THE INTERNET AT WWW.H-DSN.COM.

:.71

KFIA Au .*Qucs to*

aLr"7

**FOR H-D MMOA COMPANY**

**SUPPLIER**

SIMEONE 02758
CONFIDENTIAL

<u>WOW</u>

<u>IM</u>

Harley-Davidson Motor Company P.O. Box aS3 . WwalJ~MO." 5-4201

-SUB NIrT IN VOIC ES IN DUP LICAT E TO A BOV E AD DRE SS, AT TN: AC CTS . <u>PAYABLE</u>

*PMCRkSE* **ORDER** C-000e002440 PC REV: 000

OROW " WvE                                    P041          JWXNW~ CW~%-CI

   2 A / e                          Ay
                                    H/D YORK

   COWTInCATIE @W eeemAMCK                    "8'" 0.1'
      "eckweD *~*                        **R1050**  - Y M
      "Oll              |
   ROTAX GMBH
   PU LIOX 5. GUNS KIRCHE14
TO AUSTRIA. AA6Z3

<u>L</u>

<u>IL</u>

   **sW To jABOvE ADDRESS <u>UNI ε</u> OTHERWISE INDICATED BELOW)**
F-HARLEY-DAVIOSON. INC. **1425** EDEN ROAD YORK. PA

17402

DAYS           SHIP **Pojr4,: 114D** FLEETS    cc I I "AN **N"F"IL`-0,'7F** K           0
                                         j+DWl: **F-7- co**
TEM OUANTITY    UNIT  **DESCRIPTION**        *LWT PRICE*            **EXTENDED PFUCE**
               NOTEt THIS PURCHASE ORDER **MAY NOT 8F**

               ALTERED IN ANY MANNER (TOTAL COSI.

               OELIVERY. ETC.) WITHOUT PR10R
               AUTHORI7ATION OF THE HARLEY-DAVInSON

PURCHASING DEPARTMENT
No rE :
MATFRIAL SA  FE 7 )- DATA SHE f T MU-,T 8~

FORWARDED TO SAFETY DEPARTMENT
HARLEY-DAVTDSON MOTOR COMPANY
AT THE "SHIP TO" ADORES~; ABD'JL
WHEN APPI]CABLE
                        (,RAND TOIAL                    $4f.b.54

VFM ftL 94CLOUN TO
KEITH ROTH - YORK                        t~3

SUPPUER

**FOR H-D MOTOA COMPANY**
1~fJTH ~OTH ~ YORK

SIMEONE 02759
CONFIDENTIAL

                                  ~4 FV"'M  9FC"W 44WAS" YAPVE AA CFi AU ~VK IS WOV-K I 00CLAADvS

                    *PURcKksE ORDER*                                      C--0000 0024A I PG RE %,:
                                        0 0
                                                      ccftь-_~ Aь

     ey-Davidson Motor Company

I RO. Box *CSi.* Wwaukoo. " **S3201**                                17

                                    o , 2 4 , e 2            t OP
                                    Pvvo~ ,78.8              IAAT  U.S.)WT rO-kpwr~
                                        AT

                                MX              JH/D Y(-kr
                                    OF ae .            wo~u6ьowe

SUBMIT INVOICES IN DUPLICATE TO ABOVE ADDRESS, ATTN: ACCTS. PAYABLE F[:] - ~    ~` A

                                        DD.N .~ PV M EV gв u4NF            R 10 5 0.
                                                                    Y ь.,
                                SHP TO (ABOVE ADDRESS UNLESS OTHERWISE INDICATED BELOW)
                                F-HARLEY-DAVIDSON, INC. 142S EDEN ROAD YORK . PA

  ,F_R0 ; A X G MI'l h
    P (i B 0 >, ,). *G U N', K I R C li* E N
TO AUFTRJA. A4673

17 A 0:'

FEMAS DAYS      *rce I 0.0ь* SHIP POINT IHID FI.FFTF~    0011- VU'AL 0*0- I,'/:NNELORE KAI 0

'.Ew c)uANTrrY UNT     DESCRIPTION              UNIT PRICE EXTENDED PRICE
         PN: -240-205 RevLvl 00 ACCTN: 121-10P~1
         ADJUSTMENT SCREW
         MARK ALL PACKING SLIPS ANU MAI ERIAL T(,
         THE ATTENTION: B70 MJI.ITARY. KEITH ROIH
I ?EA    NEED DATE: 7111)l0;~ QTY RCV3:        0 0 0
         THIS PURCHASF ORDER jS SUBJECT TO TI:F
         HARLEY-DAVIDSON MOTOR COMPANY PURCHASIF
         ORDER :TANDARD TERMS AND CONDITJONS. A
         FOPY OF THOSE TERMS AND CCIN OITIUN l~ I'---
         PR114TED ON THE BACK SIDE OF THIS
         PURCHASE ORDER. BY ACCEPTING THI'.,
         PURCHASE ORDER. SUPPLIER ACKOWLEDGE~.
         THAT IT HAS RECEIVED A CODY OF THOIL~
         TERMS AND CONDITIONS AND IT NrREFS 7n
         BE BOUND BY THOSE IE, ZMS AND CONDITION'.
         PURCHASE ORDER SiqNUARD TFRMS AND
         CONDITION, ~: IS' ALSO AVAILABLE FOR REVICL.)
         IN 0E INTERNET AT WW I,J.H-OSN.C0M.

jBqm 0" MUMS To,

FOR H-O MOTOR COMPANY

~·)

ₒ rrcm) ₙ
SUPPLIER

SIMEONE 02760
CONFIDENTIAL

## rv, ₁₁₁ ~hl

**fff.TM7Il** ₁₁  I I **Harley-David-Son Motor Company**

SUMT INVOICES IN DUPLICATE TO ABOVE <u>ADDRESS, ATTN: ACCTS. PAYABLE</u>

˜ ₚₜₚˢ˜M OM˜ KW&FI˒˒ APVIˢA CM AU VIWOMXS MGV˜ DML˜B˜

**PURCHASE ORDER**                      C-0000002441 PO i,*EV:        0 0 0

L₀₀VENOM₀₀ COWMAM  NO

.˜.0ₑˢmy˜                                              ˒F fi˜ TO M˒C ˢC˒˜        AI

H/D YORK

P       CMᵢ  sup""Omx

CEN˒FWAM CP CC%VMˢCC

ₑop.kwm recupev ₀₄ OV . . . . . . . . . . . . . . . . . . . . . . . . . . . .        **R2050** -YMF

=˜.

saw **TO (AaovE ADDRESS UNLESS OTHERWISE INDICATED BEIS"**

F_ROIAX GMBH
  PO ROX 1, , GLINS KIRCHEN
TO AUSTRIA. A46Z~_

HARLEY-DAVIDSON. INC. 1425 EDEN ROAD YORK.PA

17402

I-                                          -i L_                                          -

₄Ej.·30 DAYS                ˒u I ~,'HIP POINT    ₀ₑ˜ H D F L E E T S  I  ₀₀˜ 16" W iODI CI HANNELORE K

₁ED      I I              ED

**TEM QUANTrry**            **UNIT**    **DESCRIPTION**                **UNJIT PR)CE**
    **EXTENDED PRICE**

NOTE: THIS PURCHASE ORDER MAY NOT BE

ALTFRED IN ANY MANNER (TOTAL COS7.

DEL!Vf~Ry . ETC . ) WITHOUT PRIOR

AUTHOR17ATION OF 7HF HARLEY-DAVIDSON

PURCHASING DEPARTMENT

N07E
MATER) 1,1 SAFETY DATA SHEF T(S) MUST RE

FORWARDED TO SAFETY DEPARTMENT

HARLEY-DAVIDSON MOTOR COMPANY

AT THE "SHIP TO" ADDRESS ABOVL

WIIFN APPLICABLE

6RANU TOTAL

E F M ALL W CUD " M .

KEITH ROTH - YOI?P~                    S3

a(rm),=

SUPPLIER

FOR H-D MOTOR COMPANY
KEITH ROTH - YORK

SIMEONE 02761
CONFIDENTIAL

-Davidson Motor Company

11arley
P.0, BOX 6&3. Wwaukw~ %%l 53201

"SUBUIT INVOICES IN DUPLICATE TO ABOVE ADDRESS. AnN: ACCTS. PAYABLE

·TS ~ ··                         AIIII·· ·I·EI A~ · C·IM·941 I

PURCKASE ORDER            C-0000002432        PC, R[*V: No
                 P A M                ccwrkwlm

6 124 /0,,                  1~
       -7            . O w C 7      I T .            A T

OX --                    D      H/D YORt~
COWW CAn M C0*W ·IPE.M              MCC"      no-pt"com

Palww" . ow

SHIP TO (ABOVE ADDRIESS UNLFM OTHED3WISE INDICATED BEFLOW)
F-HARLEY-DPVIDSDN. INC.
1425 FCIEN ROAD

I-PIOTAX GMBH
Flo HDX ⸱⸱ GUW. K)RCHLN

TO A-iSTF41A. A467:1                    YORK , PA           1 7 OP-2

rEfn· J'iO DAY'-:            j.ilp POINT   1Hb FLEET!,     HANNELORE K.A

IA-115     CD            -," ED

| ITEM QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| | | P N 250-010 Rev[ v) 00 A C C I t : 1 *z 1 - 1 0 o l | | |
| | | GASKT h1?X18DIN7603A | | |
| 11 | E A | NFED OATE: 710110' QTYRCV0: | | |

18800

22          EA          NEED DATE: 7/1SJ'h:, CITY RC.1, - 'U :
C 4 2
THIS PURCHASE ORDER I' S; 11 Et.1 I l (1 1 H I'

HARLFY-DAVJDSON MOTOR COMPANY PURCHASF

ORDER STANDARD TFRMS AND COND11IONE. A

LOPY OF THOSE TFiRMS AND CONDITIONS 1S

f1k)NTED 014 THE BACK Sit)- OF 1"HIS

PURCHASE ORDER. BY ACCFPTIN0 THiS

FItIRCHASF  ORDER, SUPPLIEK ACKO~,ILEDGES

THAT IT HAS rECF.J%'EC A COPY OF T1401~;

TFRMS AND CONDJTiON~- AND 11, rGf,,EE*, r

BE BOUND BY THOSE TERMS ANO CONDI T j ON'.,

PURCHASE  ORDE14 STANDARD If RM~: AND

CONDIIJON', J'; AI ~0 A./A] I AE31 F FOR REVIEW

IN IHE  JNJERN[ T AT WW L.;, H--05N.COM.

.F" XL "Ouvwx To

) (Kn 'M

--1

**FOR H-D AAOTOR COMPANY**

tAUT"0Fl1ZM J-ATUW

SUPPLIER

SIMEONE 02782
CONFIDENTIAL

# c4p,EP _____ey-Davidson Motor Company

**P.O. BOX  653. WWaUbmc- %A S-3201**

**SUB MIT IN VOIC ES IN  DUP LICAT E TO A BOV E AD DRE SS,** AM: A CCT S. <u>PAYABLE</u>

ROTAX GMBH
PO BOX S. GUNS KIRCHEN
70                    AUSTRIA. AA673

*A 6 c co C m -'Wjj                    -OC< S -4OS- 0lC w的i T S

**PuRcHAsE ORDER**                    (-000f)0024~"? PO  REV:       1) 0
**cmMIAn**                                               '8

**6/241/02 F"2~**              **O a w m~**        -

0cw                H/n

KN'L'C+

&PODMICATK-4
aThs c" PfcLw'6w W 1A                                     **Fii350**      -Y´M~
**Smp To (ABOVE ADDRESS UNLESS OTHERWISE INDICATED BELOW)**

**7** f-HARLEY-OAVJDSON. INI.. j425 EDEN ROAD YORK. PA

17 4 0 2:

L                                        -J L

vv~ `30 DAYS              SHIP POINT HO FLEETS        |  HANNELORE K
**ITEM      QUANTITY  UNIT      DESCRIPTION UNIT PRICE**

EXTENDED PIRICE

NOTF: THis PURCHASE ORDER MAY NOT BE
ALTERED JN ANY MANNER (TOTAL COST.
DELIVERY, ETC.) WITHOUT PRIOk
ALITH Ok I ZATI ON 0 F THE HAR L F Y--DA VI DS0 tI
PURCHASING DEPARTMENT
NQ1 E :
NATERJAL SAFETY DATP SHEE T (S) MU'-T BF
FORWAROFD 10 SAFETY DEPARTMEN1
HARLEY-DAVIDSON MOTOR COMPANY
AT THF "SHIP TO" ADDRFSS ABOVI
WHE N APPLICABLE

GRAND TO TAL    **1**                    If'/.C)4

**AERA** -L IB1-wsTo

**KE11H ROTH** - YORK                93

oT°

**FOR KO AA07OR COMPANY**

K F
.ITH PXTH - YORK

**vtl~ pllu-** /fl-

Etts°01s° **~npvn**

**SUPPLIER**

SIMEONE 02763
CONFIDENTIAL

# B

---

*~ M AM 7he Engineering Society*

Aww os" *For Advancing Mobtfity*

**#1W** *Land Sea Air and Space,&*

# fTERNATIONAL

OMMOMALTH DRM, WAR nENDALE, PA 15098-0001
',HOWE: (724) 776-4841 FAX: (724) 776-2442 U.S.A.
5: hIIP:/1WWW.sa0.0fq        D-U-N-S 07-214-6869
:D. 1,D.: 2.5-104402    CANADIAN GS7# 127717023
  SAN 216-0911
    DILL TO
  rB-ounxRDrr.R-RoTAx Oman
  BOMBARD= I=
  W928MR STPAM 32
  A-4623 GUNMaRClTIM
  AUSTIM

Visit SAE at

# INVOICE

RSMIT IN U.S. FUNDS ONLY
WMM-1 fffl=Z ~)AVROILIAW SAE
DO NOT STAPLE YOUR REM"6,Nq~ lp 7HiS FORM

SHIP TO
ZOMPIWILIt-ILOr" MOH
**Uzzou** *STRR35Z 32*
*GCW0T.jV'=TW A-462)*

,5ff,4,S-8Fro

CUSTOMEKNO,        - - ~uRcHAsrt  oRDEA NUMBER        *OR~ER16ATA*        iNybir, .ED
.1,
16102074045  =450063170            L01/23/200

Id N?.    17ERMS /  *PAYABLE MON RECE IPT*          DATE SMPP[ià.    **L.1** 23 ~2002 *L*      .      ~CMZL

REmxnqrNG XTW W1LL MaP WRW XvAXIAD

| 71~fANUMBER, | -".11TERIDESCRIPTION | 4 | .07Y.' | UP IT., ~4' 'A | | |
|---|---|---|---|---|---|---|
| | | 13 Ct | | | | |
| | | ITATM K | SHPO. | | | |
| CDMIS-2002 | AERoAPACE MATERULL SPECFICATZ | 0 | 1 | 2.995.00 | 0 | 2199S.00 |
| CDAS-2002 | AMORPACE UTANDARDS ON CO-RON | | | 2,500.*00* | *0* | *2,500.00* |

*03*

*Os*

*OS*

*03*        *I    0*
*OS*        *I*

*rsuu.')rg.*
*omot ive to chnolo ry sr.*
*-7;.'cobo c e nter, IJfttroit*              *gau, V8A*
*.1*
*all 8AX R4turn3*

CDMD2002-7

CDAM2002-3

CDMB2902-4

CDA.S2002-2

CDA52002-3

CI)AS2002-4

I

UROSP&CE MATERIAL SVZCXYZCATI

A=OSPXCF MATZRIAL SPECIFICATZ

AMOSPA.Cz bxaRRIAL BPzCT'ZC.XTX

AEROSPACE STANDARD13 ON CD-ROM

*AMIROSPACE STAIWARDS ON CD-ROM*

*AzIWCPX= STAIMA"s ON CD-Robs*

*=BT40TAL*
*04?,: C.NG CILARGE*
*TOTAL*

*t )v 7 ~~*
*/~ ~ 7Y*

*...*

*Visit up On-lizo ot*
*arience the futurot of au*
*an 2oo2 world co*              *ooso & Expo5ition, March*
*ror qUalit CDs On returning WArahandise*

5. 4.95 . 0 a

47.15

5.342.75

S: PAYaWs pon n,ashX 01 Woks, IrAuku3 'N" uonR2od
arma 6hipmenis OhOW be direaW to SAC cusicener SaW
Lown ol 1 724) 7T 2-7153  of Fox frh4 i) 7-7&Qn o, P4w  haft
tibmer and invoke mm*wm rvooyabbs,

5"A VjLyrsenjw;
SAE
P.O. 8~ 7V672
80more, MD 2127"Pl
USA

OS - W of Stock - Bac
OC- (XX of Pdnt - Item
PH - Phcdocoov OnJv                    r

F-lber.14 wire Troinef" u- s~Tmjew*
A.Umni NMi"tj 2007M 1 3 - A~8.0- no uUng 0 05100 0070
5.111 0.de: WO I UG W - (;Ar Tolex 0 006,155

PAY THIS AMOUN7

TL'-T-
      OTA            .02

CONFISIMEONE
            DENTIAL 02764

C

340 Wrgargown Road - Reading. PA 19611 USA Phone (aW) 998-8857 or(610) 7D6-2385

AV ci rite,5~r,  Fax (800) 544-9252 or(610) 796-2392

btip://www.av antexLco m - email: rales 0  avantext.co rn

: i

MM



115/01            0631A

Terms

fF;X--.,M3073

Ordered By

            YISA                    x

Message:

All Avantext, Inc. readable media is non-refundable after a 30-day introductory period.

Descriptbn

32:9T~,~
231.y

    SIMEONE~
CONFIDENTIAL 02765

# D

AIRCRAFT / NON-AIRCRAFT CUSTOMERS U.S.A as of 1 February 1998

| NO. | BY Sales BY 00101 in CUSTOMER EUR EUR | Sales BY 01102 in ADDRESS EUR | Sales BY O2jO3 In TOTAL | uj PAYMENT CODE | DELIVERY PLACE | Sales BY CONDITION COND. | Sales BY 98/99 in S | Sales BY 99/01 in EUR | EUR |
|---|---|---|---|---|---|---|---|---|---|
| | **NON-AIRCRAFT CUSTOMERS** | | | | | | | | |
| | American Dirt Bikes | 2693 | | | | Advance | | | |
| 20593 | Inc.     Cherokee Pl. 10,789   6,595 | 92860 21,108 | NQrco, CA. 38,492 | payment | | CA | FCA Gunsk.* | | |
| | _-,:1163W.850 | | Centerville, | -30 days | | | | | |
| 10632 | ATK America, Inc. 80,208   48,235 78,069 Bombardier Moto | N. 23,161 | 84014 1,136,596 | LIT | net | LIT | FCA Gunsk.* | 906,923 | |
| | Corp. of America. | 200 Sea | | | Illinois - | | | | |
| 38525 | Outboard Engines          106 | Horse Drive 106 | 60085 | Waukegan | | IL | FCA Gunsk.* | | |
| | | | 35 days | | | | | | |
| 17566 | Harley-Davidson Inc. 840,706 44,605   58,306 19,745 P.O. Box | P.O. Box 653 21,886 | 53201 985,248 | Milwaukee | net | WIS | FCA Gunsk.* | | |
| | 2817,3101 | | | | | | | | |
| | KARBZ INC. dba East Alejo | | PALM | 30 days | | | | | |
| 38405 | SSC RACING     Road 255,895 722,606 27701 Largo | 92262 1,139,281 | SPRINGS 2,117,782 | net | 60 days | CA | FCA Gunsk.* | | |

| 22509 | TONY MURPHY | Vista Road | 93563 | VALYERMO | net | CA | FCA Gunsk.* | |
| | 141,526 99,330 | 135,339 129,820 73,093 | | 579,108 | | | | |
| | Quest Engineering | 22 Rutledge | | | North | | | |
| | | | | | | | | |
| 26503 | Gary Robison | Circle | 28732 | Carolina | | N.C | FCA Gunsk.* | |
| | ill 3,309 5,026 | 8,446 | | | | | | |
| | 755 West | | | Netupon | | | | |
| | | | | | | | | |
| | Ron Wood | 17th Street | | | receipt of | | | |
| | | | | | | | | |
| 34533 | Enterprises Inc. | Unit D | 92627 | Costa Mesa | invoice | CA | FCA Gunsk.* | 70,772 |
| | 106,942 | 143,779 239,022 | | 139,924 | | 700,439 | | |
| | I U I AL NUN **AIRCRAFT** | | | | | | | |
| | | | | | | | | |
| | **CUSTOMERS** | | | | | | **1,970,716** | **337,680** |
| | **641,66511,192,677** | **',423,478** | **_5,566,216** | | | | | |

*FCA Gunskirchen = free carrier Gunskirchen
[**PROPERTY OF BOMBARDIER-ROTAX G i mbH & Co.** KG

   issue: 27/08/2003 - final versio
US Customers final as of I February 199

## CERTIFICATION OF SERVICE

   1, Nidia Segarra, certify as follows:

   I am a secretary with the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendants BRP-Rotax GmbH & Co. KG., Bombardier C-orporation, and Bombardier Inc.

   On February 14, 2005, 1 caused to be served a copy of said defendants' Reply Brief along with supporting papers via overnight delivery, upon the fo.1lowing:

ARTHUR A. WOLK, ESQ.
PHILIP J. FORD, ESQ.
WOLK & GENTER
1710-12 Locust Street
Philadelphia, PA 19103
Attorneys for Plaintiff

NATHANIEL E.P. EHRLICH, ESQ.
ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.
146 N. 6th Street
Reading, PA. 19601
Attorneys for Defendants Pennsylvania Electric Company,
First Energy Corporation, GPU Energy Incorporated,
Jersey Central Power & Light Company, GPU Incorporated, and
Metropolitan Edison Company ("Energy Defendants")

   I certify that the original of the foregoing was forwarded to the United States District

Court, via overnight delivery, pursuant to the direct filing system on this same date.

I further certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements are willfully false, I am subject to punishment.

NOa Segarra

Dated: February 14, 2005

391011 ~ l