IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, et al., <br> Plaintiffs, <br> v. <br> BOMBARDIER-ROTAX GMBH, Individually and as a Joint Venture and/or d/b/a Rotax, et al., <br> Defendants. | CIVIL ACTION <br><br> No. 02-4852 |

### ORDER

AND NOW, this **15th** day of **February**, **2005**, it is hereby **ORDERED** that oral argument with regard to Defendants' Motion to Dismiss and Motion for Summary Judgment, Plaintiffs' response thereto, and Defendants' reply thereon will be held on **Wednesday, March 2, 2005** at **8:30 a.m.** in Courtroom 5C.

BY THE COURT:

\s Berle M. Schiller
Berle M. Schiller, J.