IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, et al. | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 02CV4852 |
| BOMBARDIER-ROTAX GmbH & Co. KG, et al., | : **NOTICE OF MOTION TO AMEND ORDER TO CERTIFY FOR APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |
| Defendants. | : |

TO:

ARTHUR A. WOLK, ESQ.
PHILIP J. FORD, ESQ.
WOLK & GENTER
1710-12 Locust Street
Philadelphia, PA 19103
**Attorneys for Plaintiffs**

NATHANIEL E.P. EHRLICH, ESQ.
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.
146 N. 6th Street
Reading, PA. 19601
**Attorneys for Defendants Pennsylvania Electric Company, First Energy Corporation, GPU Energy Incorporated, Jersey Central Power & Light Company, GPU Incorporated, and Metropolitan Edison Company**

SIRS:

  PLEASE TAKE NOTICE that at a date and at a time to be set by the Court, the undersigned attorneys for Defendants BRP-Rotax GmbH & Co. KG (hereinafter "Rotax") and

398786.1

Bombardier Inc. (hereinafter "Bombardier"), shall move this Court, before the Honorable Berle M. Schiller, U.S.D.J., at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, for an amendment to the Court's Order entered on March 9, 2005 to certify for appeal, pursuant to 28 U.S.C. § 1292(b), the Court's rulings set forth in paragraphs 1 through 2 of said Order.

At the hearing on the within motion, counsel shall rely upon the memorandum of law and Certification of Counsel submitted herewith. A proposed form of amendment to the Court's Order entered on March 9, 2005 is annexed hereto.

PLEASE TAKE FURTHER NOTICE that the undersigned attorneys request oral argument.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorney for Defendants BRP-Rotax GmbH & Co. KG and Bombardier Inc.

_____
Robert J. Kelly, Esq.
33 Washington Street – 18th Floor
Newark, N.J. 07102

and

By:   Jonathan Dryer, Esq.
      P.A. Attorney ID 34496
      The Curtis Center-Suite 1130 East
      Independence Square West
      Philadelphia, PA 19106

Dated: 3/30/05

398786.1