## CERTIFICATION OF SERVICE

I, Lenore Amato, certify as follows:

I am a secretary with the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendants BRP-Rotax GmbH & Co. KG., Bombardier Corporation, and Bombardier Inc.

On March 30, 2005, I caused to be served a copy of said defendants' Notice of Motion to Amend Order to Certify for Appeal Pursuant to 28 U.S.C. § 1292(b) along with supporting papers via overnight delivery, upon the following:

ARTHUR A. WOLK, ESQ.
PHILIP J. FORD, ESQ.
WOLK & GENTER
1710-12 Locust Street
Philadelphia, PA 19103
Attorneys for Plaintiff

NATHANIEL E.P. EHRLICH, ESQ.
ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.
146 N. 6th Street
Reading, PA. 19601
Attorneys for Defendants Pennsylvania Electric Company,
First Energy Corporation, GPU Energy Incorporated,
Jersey Central Power & Light Company, GPU Incorporated, and
Metropolitan Edison Company ("Energy Defendants")

I certify that the original of the foregoing was forwarded to the United States District Court, via overnight delivery, pursuant to the direct filing system on this same date.

I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
Lenore Amato

Dated: March 30, 2005

400942.1