IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER-ROTAX GmbH & Co. KG, et al.,<br><br>Defendants. | CIVIL ACTION NO. 02CV4852<br><br>**AMENDMENT TO ORDER TO CERTIFY FOR APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |

This matter having been opened to the Court upon application WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendants BRP-Rotax GmbH & Co. KG (hereinafter "Rotax") and Bombardier Inc. (hereinafter "Bombardier"), for an amendment to this Court's Order entered on March 9, 2005 to certify for appeal certain rulings set forth in paragraphs 1 through 2 of said Order, and the Court having considered the moving papers and any opposition filed thereto; and for good cause been shown,

IT IS on this       day of       , 2005,

ORDERED that Rotax's and Bombardier's Motion for an amendment to said Order pursuant to 28 U.S.C. § 1292(b) to certify for appeal certain rulings set forth in paragraphs 1 through 2 of said Order, is hereby granted; and is further

398795.1

ORDERED that the Order, entered on March 9, 2005, is hereby amended to include the following statement in Paragraph 4 thereof:

"In the opinion of the Court, this Order involves a controlling question of law as to which there is a substantial ground for difference of opinion, and an immediate appeal from the order may materially advance the ultimate termination of the litigation."

FURTHER ORDERED that a copy of this Order be served within    days from the date hereof upon all counsel of record.

_____
Honorable Berle M. Schiller, U.S.D.J.

398795.1