IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA MARIE SIMEONE, et al.,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BOMBARDIER-ROTAX GMBH, et al.,** | : | **No. 02-4852** |
| **Defendants.** | : | |

**ORDER**

AND NOW, this **9th** day of **May, 2005**, upon consideration of Plaintiffs' letter to this Court of May 6, 2005, it is hereby **ORDERED** that this Court's Scheduling Order of August 11, 2004 is amended as follows:

1. Paragraph 4 is amended to read: "All discovery shall be completed by **August 15, 2005.**"

2. Paragraph 5 is amended to read: "Pursuant to Federal Rule of Civil Procedure 26(a)(2), plaintiffs' experts' identities and their reports (including any curricula vitae) shall be disclosed by **July 15, 2005**; defendants' experts identities and their reports (including any curricula vitae) shall be disclosed by **July 29, 2005**; plaintiffs' expert rebuttals shall be disclosed by **August 5, 2005.**"

3. In all other respects, this Court's Scheduling Order of August 11, 2004 remains in effect.

BY THE COURT:

_____
**Berle M. Schiller, J.**