IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIE SIMEONE, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOMBARDIER-ROTAX GMBH, et al., | : | No. 02-4852 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **7th** day of **June, 2005**, following a conference call with counsel for the parties on June 7, 2005, it is hereby **ORDERED** that:

1. By **Monday, June 13, 2005**, Defendants shall respond fully to all of Plaintiffs' outstanding requests for discovery.

2. Defendants' request to extend the current deadlines in this case is **DENIED**.

BY THE COURT:

*/s/ Berle M. Schiller*
**Berle M. Schiller, J.**