IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA MARIE SIMEONE, et al.,** | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **BOMBARDIER-ROTAX GMBH, et al.,** | : | No. 02-4852 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **17th** day of **June, 2005**, following a conference call with counsel for the parties on June 16, 2005, it is hereby **ORDERED** that by **Thursday, June 30, 2005**, Defendants shall deliver all outstanding discoverable documents to Plaintiffs.

BY THE COURT:

_____
**Berle M. Schiller, J.**