## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THERESA MARIE SIMEONE, Personal  :
Representative of the Estate of Albert Francis  :
Simeone, Jr., Deceased, and THERESA MARIE  : CIVIL ACTION NO. 02CV4852
SIMEONE, In Her Own Right, and  :
MARY ANN LENGYEL, Personal  :
Representative of the Estate of George Lengyel,  :
Deceased, and MARY ANN LENGYEL,  : JURY TRIAL DEMANDED
In Her Own Right  :
                                           :
                    Plaintiffs,  :
                                           :
          v.  :
                                           :
BOMBARDIER CORPORATION GmbH, et al.  :
                                           :
                  Defendants.  :

# APPENDIX

## TO REPLY MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS BRP-ROTAX GMBH & CO. KG AND BOMBARDIER INC.

**EXHIBIT CC**

1          UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF PENNSYLVANIA
2
3
4
5    THERESA MARIE SIMEONE,
     etc., Et al.,
6
       vs.
7
     BOMBARDIER-ROTAX,
8    GmbH, et al.     2:02-cv-04852 (BMS)
9
10
11
12
13          Oral deposition of RONALD
14    G. MADISON, held in the home of
15    Ronald G. Madison, 1517 KBS Road,
16    Spring Grove, Pennsylvania, held on
17    Thursday, June 30, 2005, commencing
18    at 4:09 p.m., before Kathleen McHugh,
19    a Registered Professional Reporter
20    and Notary Public.
21
22
23
24

ORAL DEPOSITION OF RONALD G. MADISON, 6/30/05

Page 10

1  then like off to the side, you know,
2  just looking down, more or less, I
3  thought I seen something off to my
4  right-hand side go down that wasn't
5  normal.
6      So then I hollered down to
7  my daughter and I said about calling
8  911. She said, Dad, are you sure you
9  seen it?
10     And then I, I wasn't quite
11 sure if I did or not. I said, Well,
12 then call the airport and tell them
13 that we seen something go down, and
14 that was about it.
15   Q.  And when you say you saw
16 something that wasn't normal and
17 didn't look normal, can you explain
18 what you mean by that?
19   A.  Like a plane, it was low
20 when I seen it, and it just went off
21 into the right and went down, but I
22 didn't know if it went down the whole
23 way, if it hit the ground or if it
24 just flew out over top of the

Page 11

1  cornfield, because I didn't hear no
2  noise.
3    Q.  When you saw what you saw,
4  were you standing or kneeling on your
5  roof or sitting?
6    A.  Just bending. Bending
7  and -- well, looking -- well, I guess
8  be more or less standing, but not
9  staring. You know, I was working on
10 my roof but, you know, you could see
11 off to the sides, you know.
12   Q.  You were not paying any
13 particular attention to what was
14 going on at the airport?
15   A.  No. No.
16   Q.  And if I understand you
17 correctly, your gaze was not fixed on
18 the airport either, right?
19   A.  Right.
20   Q.  Were you looking at what
21 you were doing?
22   A.  More or less, or talking to
23 my brother-in-law Charlie.
24 Either/or.

Page 12

1    Q.  Was he on the roof, too?
2    A.  Yes.
3    Q.  Is this something that sort
4  of appeared out of the corner of your
5  eye?
6    A.  Yes.
7    Q.  And are you sure that what
8  you saw was an aircraft of some kind?
9    A.  I knew it was an aircraft
10 of some kind, yes.
11   Q.  And how did you know it was
12 an aircraft?
13   A.  They're flying around all
14 the time and it was over the top of
15 the cornfield.
16   Q.  So you knew it was
17 something that was in the air flying,
18 right?
19   A.  Yes.
20   Q.  Did you get enough of a
21 look at the airplane to tell us what
22 color it was?
23   A.  Yellow, I guess. It's been
24 a long time.

Page 13

1    Q.  And what direction was it
2  heading in when you first saw it?
3    A.  It was sort of like heading
4  towards the airport but bearing off
5  and going down to the right, more or
6  less. It just like -- I don't know.
7  Off to the right.
8    Q.  And for how long did you
9  have the airplane in your site?
10   A.  I'm saying 15 seconds or
11 so. It was just a --
12   Q.  And in that -- over that 15
13 seconds, how long, if at all, were
14 you actually focused on the aircraft?
15   A.  I can't say I was really
16 focused at the aircraft. It was just
17 I seen an aircraft. I can't really
18 say I was focused at it. That's why
19 I say just call the airport, did I
20 see it or not.
21   Q.  And during the 15 seconds,
22 did the aircraft appear to be
23 maintaining a constant speed or were
24 there changes in the speed?

ORAL DEPOSITION OF RONALD G. MADISON, 6/30/05

Page 14

1    A.  No, it -- like I say, when
2  I seen it, it went off to the right,
3  and I didn't know if it went down
4  into the cornfield or slid -- you
5  know, was that low that it could
6  glide out over the corn, and then I
7  lost site.
8    Q.  Did it appear to you to be
9  having any type of a problem?
10    A.  The way it was flying I
11  thought it might be having a problem
12  but it didn't -- I didn't hear no
13  noise, no nothing.  I didn't hear no
14  bang when it did wreck or nothing.
15    Q.  Did you hear any engine
16  noise at any point?
17    A.  No.  No.
18    Q.  When planes are coming in
19  to land at the airport, are you
20  typically able to hear engine noise?
21    A.  Yes.
22    Q.  And when you said a moment
23  or two ago that you didn't hear any
24  noise, were you referring to -- what

Page 15

1  were you specifically referring to?
2  A crash noise or an engine noise or
3  some other kind of noise?
4    A.  Well, when I seen the plane
5  going down, I didn't really hear no
6  noise at all as a plane noise and I
7  didn't hear no crash, if -- when it
8  did go down.
9    Q.  And what led you to think
10  that it might have been having a
11  problem?
12    A.  The way it was angled going
13  down.  Like I say, when I was asked
14  about it, you sort of think about it,
15  did it go out over the corn or did it
16  go into the corn.
17    Q.  And could you describe that
18  angle a little more specifically?
19  Let me ask you a different question.
20       When you refer to an angle,
21  are you referring to an angle in
22  which it was turning or an angle in
23  which it was going, up, down?
24    A.  Going down more or less,

Page 16

1  like into a glide.  It wasn't no
2  fast, sharp, straight down or
3  nothing -- not the way I seen it.
4    Q.  Are you familiar with a
5  series of towers and power lines that
6  slope down from -- they go over KBS
7  Road and then slope down towards the
8  airport?
9    A.  Yes.
10    Q.  Did you -- can you relate
11  the location of the aircraft to those
12  power lines as you were able to see
13  that day?
14    A.  The way you're on the roof,
15  I don't even know if you can see the
16  power lines or not, but the way I
17  thought, he never touched or they
18  weren't no problem with the power
19  lines.
20    Q.  What makes you say that?
21    A.  Because you'd think -- not
22  unless he nipped them, but the way he
23  was going down, I don't think the
24  power lines had anything to do with

Page 17

1  it.
2    Q.  I'm just trying to get at
3  why you would say that, one way or
4  the other?
5    A.  Because I think he was out
6  further than the power lines when it
7  was going down.
8    Q.  And by "out further," you
9  mean he wasn't -- the path that he
10  was taking towards the airport was
11  not near the power lines?
12    A.  When he -- he was going
13  off -- from the power lines he was
14  headed off to the right of them.
15    Q.  So --
16    A.  The way I thought.
17    Q.  So from your point of view,
18  if I could relate it this way, he was
19  not between your house and the power
20  lines, he was on the other side of
21  the power lines?
22    A.  Yes.
23    Q.  And from your point of
24  view, what was the height of the

ORAL DEPOSITION OF RONALD G. MADISON, 6/30/05

Page 18

1  aircraft relative to the power lines?
2      A.  I think he was above them a
3  little bit.  I think.
4      Q.  And by "a little bit,"
5  could you give us some sort of an
6  estimate?
7      A.  No.
8      Q.  When you say you think he
9  was a little bit above them, can you
10  give me -- what's your level of
11  certainty on that?
12      A.  You know when you're far
13  away things -- you know it -- I can't
14  really give you an answer on that.
15      Q.  Have there been other plane
16  crashes around here when you've been
17  here?
18      A.  Yes.
19      Q.  About how far from your
20  house?
21      A.  They would have been like
22  at the end of the runway down there,
23  that one lady I think was killed a
24  couple years ago.  That one I can

Page 19

1  remember.  And that's about all I can
2  think of.
3      Q.  And were you outside when
4  that happened?
5      A.  No, we were inside the
6  house here.
7      Q.  Were you able to hear it
8  crash?
9      A.  No.
10      Q.  Have you ever heard a plane
11  crash around here?
12      A.  No.
13      Q.  Did you hear the sound of
14  an engine before you saw this
15  particular plane that was involved in
16  the crash that day?
17      A.  From another airplane or
18  something?
19      Q.  No, from this airplane.
20      A.  No.
21      Q.  So over the whole 15
22  seconds, did you ever hear the sound
23  of an engine?
24      A.  No.

Page 20

1      Q.  Did you expect to hear the
2  sound of an engine?
3      A.  Not really.  He was far
4  enough away and low, I wasn't
5  expecting, no.
6      Q.  When you first saw this
7  plane that crashed out of the corner
8  of your eye, how long did you see it
9  before it went into this turn that
10  you described?
11      A.  It was -- everything
12  happened so quick.  So I can't really
13  tell you.
14      Q.  How would you compare the
15  altitude of this aircraft to other
16  aircraft that you see coming in for a
17  landing?
18      A.  He was low.
19      Q.  Was he a little low or real
20  low?
21      A.  He was low enough that I
22  thought there was something the
23  matter.
24      Q.  Have you seen other

Page 21

1  aircraft come in for a landing at
2  such a low altitude?
3      A.  No.
4      Q.  Could you estimate how far
5  from the runway this aircraft was
6  when you first saw it?
7      A.  No, I can't even give you
8  an answer on that either.
9      Q.  Once you got this notion
10  that there was something wrong, did
11  you keep your eye on the aircraft
12  continuously after that?
13      A.  Well, you couldn't see
14  nothing after.  Like I say, it was
15  above the corn and then it went over
16  the corn or in the corn, because
17  that's when I lost eyesight to it.
18      Q.  And is that what you
19  thought was wrong, that it had gone
20  into the corn?
21      A.  It was that or glided out
22  over it.
23      Q.  And in your mind, either
24  way, that was wrong to be going into

**EXHIBIT DD**

```
 1                  UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2
                       CASE NO. 2:02-CV-04852-(BMS)
 3
 4     THERESA MARIE SIMEONE, ETC., et
       al.,
 5
                Plaintiffs,
 6                                          ORIGINAL
           vs.
 7
       BOMBARDIER-ROTAX, GmbH, et al.,
 8
                Defendants.
 9     _____/
10
11
12
13
14
                    DEPOSITION OF BEN DAWSON
15
                    Friday, August 12, 2005
16                  10:04 a.m. - 11:35 a.m.
17          MARRIOTT AT TAMPA INTERNATIONAL AIRPORT
                 TAMPA INTERNATIONAL AIRPORT
18                    TAMPA, FLORIDA
19
       ----------------------------------------------
20
21
22     REPORTED BY:
       MICHELLE OLSEN BADEN, RPR
23     Notary Public
       State of Florida at Large
24     Esquire Deposition Services - Tampa, Florida
       813-221-2535 (800-838-2814)
25     Job No.:  N749169
```

1      Q      And you mentioned the term "these rules" in

2  your last answer.  What rules were you referring to?

3      A      The rules -- the regulations for flying

4  ultralight aircraft.  They had speed restrictions and

5  all the rest of that stuff that goes with it.  Flying at

6  safe speeds.

7      Q      Do the rules include a rule for being able to

8  land the aircraft in case of sudden engine failure?

9           MR. MATTIONI:  Object to form.

10           THE WITNESS:  Yes.

11  BY MR. KELLY:

12      Q      Did you discuss that with Mr. Simeone at some

13  point?

14      A      It says I did stall stuff in there.  And yes,

15  engine out procedures are -- like I say, those are

16  taught early on.  After just a few flights we reduce the

17  throttle to idle and show them how the plane will glide

18  and we tell them what speed the airplane should be at

19  that point.  We actually go up to 1500, 2000 feet and

20  reduce the power and then glide down as much as 500 feet

21  or so and demonstrating how much the plane will glide

22  and making turns.  Turning while the engine is at idle

23  is also taught as part of the process.

24      Q      When you say part of the process, would that

25  have been part of the process that you covered in your

1  a box or a crate.

2      Q    Did Interplane distribute any manuals with its

3  aircraft?

4      A    Yes.

5      Q    What manuals did Interplane distribute?

6      A    We gave them the factory original manuals that

7  came with the Rotax engines to the person purchasing the

8  aircraft.

9      Q    Did Interplane also have its own manual?

10      A    At that point in time I don't think we did.

11      Q    At that point in time being around the time

12  that --

13      A    Fran Simeone bought his airplane.

14      Q    So would you have given Mr. Simeone any other

15  manuals, other than the Rotax manuals?

16          MR. MATTIONI:  Object to the form.

17          THE WITNESS: Training manuals would have been

18      the only other thing that he might have gotten, the

19      USUA training manuals, plus -- there is three basic

20      manuals that go with the Rotax engine.  There is an

21      installation manual.  There is the maintenance

22      manual and then there is the operator's manual, as I

23      remember right.

24  BY MR. KELLY:

25      Q    And as part of your sales or training

Page 36

1    practice, did you go through the manuals with your

2    customers?

3        A     Not generally.  We covered the routine

4    problems with the engine, if it had such, or what might

5    be potential -- let me rephrase that -- potential

6    problems with the engine, you know, about changing your

7    spark plugs and how they had to do it and checking for

8    leaks and, you know, water, checking the water.  All of

9    that was done on preflight, and so that kind of stuff we

10   covered pretty much there.  As far as the full

11   operator's manual, no, it's pretty dry reading.  We gave

12   that to them.

13       Q     I'm going to show you what we marked Simeone 8

14   which was a manual provided to us by Mrs. Simeone, I

15   believe.

16           (Simeone Exhibit 8 was previously marked.)

17   BY MR. KELLY:

18       Q     It is a Rotax 582 operator's manual and I want

19   to direct your attention to page 4.

20           MR. MATTIONI:  I'll just follow along.

21           MR. KELLY:  I'll read it so everybody knows

22   what we're talking about.  Two paragraphs.  Reads:

23              "This engine by its design is

24              subject to sudden stoppage.  Engine

25              stoppage can result in crash landings.

Page 37

1          Such crash landings can lead to serious

2          bodily injury or death.  Never fly the

3          aircraft equipped with this engine at

4          locations, air speeds, altitudes or

5          other circumstances from which a

6          successful no-power landing cannot be

7          made after sudden engine stoppage."

8          I'll put this in front of you and ask you if I

9    read it correctly?

10    A     Yes.

11    Q     Did you ever discuss that particular language

12    with Mr. Simeone?

13    A     Yes.  I will say very probably, okay.  Because

14    one of the things that we teach as part of the flight

15    training when we're flying with the 2-cycle motors is

16    that you always have an emergency landing field in

17    sight.  And because of that the ultralight aircraft

18    would take -- if they were going from Point A to point

19    B, they may take a varied route flying from this

20    emergency landing spot to that emergency landing spot,

21    and so forth.  So emergency landing spots, again, that

22    is something we always covered.

23    Q     Now, going back to when Mr. Simeone helped

24    sell a Skyboy or two at one of the air shows.  Did he

25    receive any training from you as to what he should do?

**EXHIBIT EE**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF PENNSYLVANIA
 2

 3

 4

 5    THERESA MARIE SIMEONE,
      etc., Et al.,

 6

          vs.

 7

      BOMBARDIER-ROTAX,
 8    GmbH, et al.       2:02-cv-04852 (BMS)

 9

10

11

12

13           Oral deposition of MANUEL

14    RAEFSKY, held in the offices of The

15    Wolk Law Firm, 1710-12 Locust Street,

16    Philadelphia, Pennsylvania, held on

17    Wednesday, August 24, 2005,

18    commencing at 10:05 a.m., before

19    Kathleen McHugh, a Registered

20    Professional Reporter and Notary

21    Public.

22

23

24
```

ORAL DEPOSITION OF MANUEL RAEFSKY, 8/24/05

Page 74

1    A.  Yeah.
2    Q.  And to your knowledge, were
3  the spark plugs involved in this
4  accident aircraft ever inspected or
5  replaced?
6    A.  Well, I presume that they
7  were because I presume that the guy
8  is not suicidal and he's going to
9  take care of it.
10    Q.  Do you have any factual
11  basis for your presumption?
12    A.  I -- well, there are no
13  logs, so, you know, there would be an
14  entry in a logbook somewhere.  So I
15  can't say that.
16    Q.  At the --
17    A.  On the other hand, I have
18  no information that he didn't do it.
19    Q.  At the top of Page 6, the
20  second bullet point, you state:
21  There is no evidence that the engine
22  had been adjusted or that the plugs
23  were not the original plugs.
24    A.  That's correct.

Page 75

1    Q.  Do you stand by that
2  statement today?
3    A.  Well, I stand by it in that
4  there's no evidence they were not.
5  You know, I can't tell one way or the
6  other.  And, as I say, I presume that
7  he followed the manual.
8    Q.  And the basis for your
9  presumption is that he was not
10  suicidal?
11    A.  I think that's pretty good.
12    Q.  Well, you're presuming that
13  he's not suicidal?
14    A.  Yeah.
15    Q.  So it's a presumption on
16  top of a presumption then, isn't it?
17    MR. MATTIONI:  This will be
18  my second objection.
19    THE WITNESS:  Well, I'm
20  also presuming he wasn't a murderer,
21  because he killed the other guy, too,
22  so...
23  BY MR. KELLY:
24    Q.  Staying on Page 6, the very

Page 76

1  first words, or the second and third,
2  what do you mean by "heat rated"?
3    A.  Well, each plug has a heat
4  rating.  And as I told you, that
5  deals with the capacity or the
6  capability to draw temperature away
7  from the tip of the plug.  And they
8  alter that by changing the length of
9  the center electrode.  So the longer
10  it is or the shorter it is, that
11  affects the -- that affects the heat
12  rate and the heat flow out of there.
13    Q.  And what was the heat
14  rating for the spark plugs that you
15  examined?
16    A.  I don't know.
17    Q.  Do you know what the make
18  and model was of these plugs?
19    A.  Yeah, it's in the manual.
20    It's a BR8ES, 14-millimeter
21  plug.
22    Q.  Do you know who makes that
23  plug?
24    A.  No, I don't.

Page 77

1    Q.  Is it your opinion that the
2  plugs involved in this accident were
3  not properly heat rated?
4    A.  Again, you have to look at
5  it in the context of the other items
6  that I talked about, the fuel charge
7  and the oil.  Okay.  For whatever
8  those circumstances were, they should
9  have had a hotter plug.  Or if we
10  wanted to use this plug, we should
11  have done something about the
12  carburetion and oil injection.
13    Q.  So they should have had a
14  hotter plug for this combination of
15  air and fuel and oil injection; is
16  that right?
17    A.  Right.  Or this plug with a
18  different combination of air, fuel,
19  and oil.
20    Q.  Is it your opinion that
21  Rotax selected the wrong spark plug
22  for this 582 engine?
23    A.  I have no opinion one way
24  or the other.  If the plug is cleaned

ORAL DEPOSITION OF MANUEL RAEFSKY, 8/24/05

Page 90

1   way or the other, but I saw nothing
2   that would indicate that there was a
3   test.
4       Q.  You indicate that when
5   the -- in the middle of that
6   paragraph on Page 5:  When the plugs
7   were retested, some improvement was
8   noted which would be expected since
9   firing the plugs burns the oil and
10  debris away and in the test there is
11  nothing to replace the vaporized oil,
12  this allowing some improvement.
13      Did I read that correctly?
14      A.  That's correct.
15      Q.  Do you have an opinion as
16  to whether the debris and oil on the
17  tips of the plugs was present at the
18  time that Mr. Simeone and Mr. Lyngyel
19  took off on the day of their
20  accident?
21      A.  Do I have an opinion
22  whether it was there?
23      Q.  Yes.
24      A.  Most likely it was.

Page 91

1       Q.  Would it have burned off
2   over the course of their flight?
3       A.  No.
4       Q.  Why not?
5       A.  The reason is that in a
6   test you don't have it in a cylinder
7   which is getting charged.  You know,
8   it's just an electrical test; it's
9   not a functional test.  In the
10  cylinder, every time it fires, piston
11  goes down, you bring in a new charge
12  of oil, fuel, the piston compresses
13  it, it explodes, doesn't burn off the
14  accumulated stuff, so you just keep
15  adding to it, keep adding to it.
16      In the test, you're not
17  adding the fuel charge.  So whatever
18  you burn off, you burn off.  And it
19  gets better with time.  In the engine
20  it gets worse with time.
21      So the test is not
22  reflective of an actual situation.
23  And the -- you know, even Weldon
24  said, well, even after -- even in the

Page 92

1   second test when it was improved, it
2   was a -- how did he phrase it?  A
3   weak spark or a -- you know,
4   indicating that it was not a healthy
5   spark.  And let me tell you, when
6   that plug fires, it's lightning in
7   there.
8       Faint.  He used the word
9   "faint."  And it's anything but faint
10  when it's proper.
11      Q.  Did you examine the plugs
12  after they had been plug tested by
13  Mr. Sommer?
14      A.  No.
15      Q.  Have you seen any pictures
16  of the plugs after they had been plug
17  tested by Mr. Sommer?
18      A.  Yes.
19      Q.  Do you have --
20      A.  I saw some after an engine
21  test, and they were cleaned, which
22  said that, you know, in the new test
23  set-up, they burned everything off,
24  which allowed them to say that the

Page 93

1   plugs were operable, but, you know,
2   those plugs when they're dirty and
3   oily like that or, you know, sooty
4   like that, the more you run them in a
5   clean environment, the better they
6   get.
7       Q.  Could the fouling of the
8   spark plugs have been discovered by
9   Mr. Simeone and Mr. Lyngyel prior to
10  their flight on July 22nd, 2000?
11      MR. MATTIONI:  Object to
12  the form.
13      THE WITNESS:  Well, it's
14  possible if they pulled the plugs.
15  BY MR. KELLY:
16      Q.  Was there anything
17  preventing them from pulling the
18  plugs and examining them before their
19  flight on July 22nd, 2000, to your
20  knowledge?
21      MR. MATTIONI:  Same
22  objection.
23      THE WITNESS:  Well, there's
24  nothing that prevented it and there's

ORAL DEPOSITION OF MANUEL RAEFSKY, 8/24/05

Page 94

1  nothing that prevented them from not
2  taking off, you know, it's that kind
3  of a situation.
4  BY MR. KELLY:
5     Q.  In other words, that
6  fouling was there to be seen before
7  they took off, correct?
8        MR. MATTIONI:  Same
9  objection.
10       THE WITNESS:  They would --
11  I think -- in my opinion, they would
12  have seen something had they looked
13  at that time.
14  BY MR. KELLY:
15    Q.  Another term that you use
16  is the "cleaning and gapping of
17  plugs."  Could you just tell me what
18  you mean by that?  I think that's in
19  that same paragraph that I won't go
20  away from.
21    A.  Yeah.  Cleaning and
22  gapping -- well --
23    Q.  Yes.  Cleaning and gapping.
24    A.  And gapping.  All right.

Page 95

1  The opening between the center
2  electrode and the ground electrode is
3  called the gap, okay, that open
4  space, and that's what the spark is
5  supposed to jump.  Now, that gap has
6  to be within certain tolerances.  If
7  it's too narrow, the plug will fire
8  early.  If it's too big, it may not
9  fire at all.  Okay.  So you -- that's
10  one of the variables that you've got
11  to deal with.
12       The second, of course, is
13  the cleanliness of it.  Now, in the
14  old days when I was a kid with a '48
15  Chevy, you would pull the plugs, you
16  would sandblast them to clean them,
17  and then you would set the gap.  So
18  that's what you do.
19    Q.  How do you set the gap?
20    A.  What you have is a little
21  piece of wire that's at the proper
22  thickness, proper diameter, in this
23  case 20,000ths, and you slip it in
24  there.  If it goes, you squeeze the

Page 96

1  outer electrode or the ground
2  electrode down until it's a tight
3  fit.  If you can't get the wire in
4  there, then you open it up with a
5  screwdriver.
6     Q.  As a simple mechanical
7  action?
8     A.  Every mechanic knows how to
9  do it.
10    Q.  You just take a screwdriver
11  and make it a little wider?
12    A.  And pry it up or you bend
13  it on a piece of steel or something
14  to close it.  And there are spark
15  plug gap feeler gauges that are
16  little hooked wires, L-shaped wires,
17  of varying diameters that you slip in
18  there.
19    Q.  And is cleaning and gapping
20  part of routine maintenance of spark
21  plugs?
22       MR. MATTIONI:  Object to
23  the form.
24       THE WITNESS:  Well, in a

Page 97

1  sense it is, but they don't tell
2  you -- you know, one of the things
3  that's light in this manual is they
4  don't tell you what to do.  When
5  somebody gives you an instruction to
6  inspect something, they've got to
7  tell you what to look for and they've
8  got to tell you what the accept and
9  reject criteria are.  That's missing
10  here.
11       So it's -- you know, I
12  would not go by this because it's not
13  full enough in its explanation.  It's
14  deficient as far as a warning or
15  instruction goes.
16  BY MR. KELLY:
17    Q.  Does the manual at any
18  point instruct the user to have the
19  engine serviced by a qualified Rotax
20  mechanic?
21    A.  Somewhere it says that.
22    Q.  Is that sufficient advice?
23       MR. MATTIONI:  Object to
24  the form.

**EXHIBIT FF**

```
1              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2

3

4   THERESA MARIE SIMEONE,
    Personal Representative of the
5   Estate of Albert Francis Simeone,
    Jr., Deceased, et al.,
6              Plaintiff
7      V                          No. 02-4852
8   BOMBARDIER-ROTAX GMBH,
    Individually and as a Joint Venture
9   And/or d/b/a Rotax, et al.,
               Defendant
10

11

12           Oral deposition of HERBERT
13  C. NEWBOLD, taken at the law offices
14  of The Wolk Law Firm, 1710-12 Locust
15  Street, Philadelphia, Pennsylvania,
16  on Friday, August 26, 2005,
17  commencing at approximately
18       a.m. before Maureen E.
19  Broderick, a Registered Professional
20  Reporter, pursuant to notice.
21

22

23

24
```

ORAL DEPOSITION OF HERBERT C. NEWBOLD, 8/26/05

Page 78

1    A.  Yes.
2    Q.  Would you tell me what you
3  mean by the term "significant" in
4  that sentence?
5    A.  Based on my experience with
6  two-stroke engines and based on my
7  understanding that the engine had
8  limited time, I would have concluded
9  that there were significant deposits.
10      The tops of the pistons
11  were covered with carbon and the
12  spark plugs themselves were -- had
13  significant carbon deposits,
14  "significant" meaning to me that that
15  wasn't something that you'd expect
16  with a normal operation of this
17  engine.
18    Q.  So "significant" meaning
19  more than you would expect given your
20  understanding of the engine running
21  time?
22      MR. MATTIONI:  Objection.
23  BY MR. KELLY:
24    Q.  Is that fair?

Page 79

1      MR. MATTIONI:  Objection.
2      THE WITNESS:  Given my --
3  well, yeah, generally speaking, yes.
4  BY MR. KELLY:
5    Q.  By using the word
6  "significant" are you suggesting that
7  it was at a level that would
8  interfere with the functioning of the
9  engine?
10    A.  Yes, I believe that it
11  would have.  Yes.
12    Q.  How do you make a
13  determination that a level of carbon
14  deposit is significant enough to
15  interfere with the functioning of the
16  engine?
17    A.  I guess I would base that
18  opinion on roughly 40 years of
19  examining two-stroke spark plugs and
20  what a spark plug may look like with
21  a properly operating engine and what
22  a plug may look like if the engine is
23  not running properly.
24    Q.  And in your 40 years of

Page 80

1  experience, is that carbon build-up
2  something that occurs suddenly or is
3  it a cumulative effect that occurs
4  over time?
5      MR. MATTIONI:  Objection.
6      THE WITNESS:  It can
7  actually happen both ways.
8  BY MR. KELLY:
9    Q.  In your examination, were
10  you able to determine whether this
11  was a cumulative deposit of carbon or
12  a sudden deposit of carbon?
13    A.  With only -- with only
14  roughly 35 hours on the engine, it's
15  going to -- it's going to be fairly
16  sudden.  Although, whether it
17  happened in the last, whatever, ten
18  hours of the engine operation as
19  opposed to whether it occurred over
20  the full 35 engine hours would be
21  difficult to tell.
22    Q.  What is your understanding
23  of how long the final flight of this
24  aircraft was that day in terms of

Page 81

1  time?
2    A.  Maybe just a little bit
3  over an hour.
4    Q.  Do you believe that the
5  deposits that you saw on the spark
6  plugs were visible before the
7  beginning of the flight that day?
8      MR. MATTIONI:  Object to
9  the form.
10      THE WITNESS:  It's
11  possible.  I would think that it's
12  more probable that those deposits
13  would occur a little bit -- over a
14  longer period of time than just an
15  hour, particularly the deposits that
16  you see on the pistons.  But it may
17  be possible.
18  BY MR. KELLY:
19    Q.  But if one had examined the
20  spark plugs before the commencement
21  of flight on the day of the accident
22  one would have seen these deposits,
23  correct?
24      MR. MATTIONI:  Object to

ORAL DEPOSITION OF HERBERT C. NEWBOLD, 8/26/05

Page 82

1  the form.
2      THE WITNESS:  You may have
3  seen some deposits.  Whether you
4  would have seen the deposits to this
5  degree, probably not.  But you should
6  have probably seen some deposits.
7  BY MR. KELLY:
8      Q.  Does Rotax have a suggested
9  maintenance and inspection schedule
10  for these spark plugs?
11      A.  If I recall correctly, it's
12  about every 12 1/2 hours, or
13  something like that.
14      Q.  If those spark plugs had
15  been inspected every 12 1/2 hours,
16  would you expect that the deposit
17  would have been observable by the
18  inspector?
19      MR. MATTIONI:  Object to
20  the form.
21      THE WITNESS:  It's
22  possible, yes.  It's -- because I
23  can't say exactly when the deposits
24  would occur, I can't say exactly what

Page 83

1  you might see.
2      My suspicion would be -- or
3  my opinion, I guess, would be that as
4  the engine develops carbon build-up,
5  its operation is going to get
6  increasingly poorer.  And so whether
7  you would -- let's say, as an
8  example, exactly what they would look
9  like at some point in time may not be
10  an exact science.
11  BY MR. KELLY:
12      Q.  Why would Rotax recommend
13  that the spark plugs be inspected
14  every 12 1/2 hours?
15      A.  That would just be a --
16  based on how the engine is going to
17  be used, it may just be a safety
18  issue.
19      Q.  Safety in what respect?
20      A.  Well, you wouldn't want to
21  have an engine -- or you wouldn't
22  want to have, in your engine, spark
23  plugs that are contaminated.  And,
24  you know, it would be appropriate to

Page 84

1  check them every so often.
2      Q.  Did you read the deposition
3  of Mr. Losey, who was the flying
4  companion of Mr. Lengyel and
5  Mr. Simeone that day?
6      A.  Yes.
7      Q.  Did Mr. Losey report on
8  communications that he was having
9  with Mr. Simeone and Mr. Lengyel as
10  the flight proceeded?
11      A.  Yes.
12      Q.  Did he report that there
13  was any complaint of engine problems
14  as the flight proceeded?
15      A.  None that he reported.
16      Q.  Moving right along to the
17  next sentence, you state, "Also
18  present was excessive amounts of
19  two-stroke engine oil in the intake
20  manifold and crankcase."
21      A.  Yes.
22      Q.  What do you mean by
23  "excessive"?
24      A.  It appeared to me that

Page 85

1  there was more oil laying in the
2  manifolds and on the -- or in the
3  area of the combustion chamber than
4  what I would normally expect to see.
5      Q.  Is it normal to see some
6  oil laying in the area of the
7  manifolds and in the area of the
8  combustion chamber?
9      A.  Yes.
10      Q.  And how do you distinguish
11  between a normal amount and an
12  excessive amount?
13      A.  Well, that's a good
14  question.  You would probably need to
15  know kind of how the engine -- some
16  conditions surrounding the engine
17  itself.  And -- but an engine that
18  was not damaged and functioning
19  properly, I wouldn't expect to see as
20  much oil in those areas as what I
21  did.
22      Q.  How much did you see?
23      A.  In terms of volume?
24      Q.  Yes.