## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, and THERESA MARIE SIMEONE, In Her Own Right, and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In Her Own Right | : : : : : : : : : | CIVIL ACTION NO. 02CV4852 |
| | : : | JURY TRIAL DEMANDED |
| Plaintiffs, | : : | |
| v. | : : : | |
| BOMBARDIER-ROTAX GmbH, et al. | : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of October, 2005, upon consideration of Plaintiffs' Motion in Limine to Exclude Evidence of Interplane USA Waivers/Releases, and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED**.

BY THE COURT:

_____
**Berle M. Schiller, U.S.D.J.**