# Exhibit "B"



# Interplane usa

3460 Aircraft Drive • Lakeland, Florida 33811 • USA • Phone 941-644-7700 • Fax 941-644-6700

## Aircraft/Parts ORDER – SKYBOY

**Customer:**

Name: _FRAN SIMEONE_
Address: _6845 MARSHALL RD._
_UPPER DARBY PA 19082_
Telephone: _610·352·2881_ Zip _____

**Dealer:**

Name: _BEN H. DAWSON III_
Address: _3460 AIRCRAFT DR._
_LAKELAND FL 33811_
Telephone: _863·644·7700_ Zip _____

Order Date: _3/6/00_

Ship to:
Dealer ☒
Customer ☐
Other ☐

If other, write name & address below:

_____
_____
_____

Telephone _____ Zip _____

Order Verified by: _B Dawson III_
<small>Interplane USA Dealer/Representative</small>

**Please accept my order for the following:**

| | | |
|---|---|---|
| ___ | Skyboy UL kit | ($14,900) $ _19,900_ |
| ___ | Skyboy UL (assembled) | ($24,900) $ |
| ___ | Skyboy EX kit | ($17,900) $ |
| ___ | Skyboy EX (assembled)* | ($29,900) $ |

* For delivery outside the United States only.
All prices FOB Lakeland, Florida    Prices subject to change without notice

RELEASE -

I understand that flying aircraft is a potentially dangerous activity that can result in mishap, injury or death. I acknowledge that no warranties, either expressed or implied, have been given to me concerning the fitness of the aircraft or any of its parts. I agree to indemnify and hold harmless Interplane USA and its suppliers from any action or cause arising from the sale and use of this aircraft and/or parts.

Please enter my order for the merchandise listed on this order.

_Albert T Simeone Jr_
Signature of Purchaser

Aircraft Total     $ _19,900_
Options Total     $ _2,665_
Discount (if any) $ _3,565_
Additions (if any) $ _– 0 –_
Sub Total         $ _19,000_   OUT OF STATE
Sales Tax (if any) $ _– 0 –_
TOTAL             $ _19,000_   CHECK #
50% Deposit       $ _10,000_   246
Other Deposit     $ _4,000 CASH_
Balance Due       $ _5,000.00_

Freight is "Collect"
Personal check OK for deposit, but
Cashier's check required for balance
Sorry, No COD's