# EXHIBIT "A"

```
#. 00-1538                    COMPLAINT REPORT                    Page No.   1
                                                                  08/07/2000
-------------------------------------------------------------------------------

COMPLAINT NUMBER -> 00-1538

    Received by: JOSEPH YATSKO

    Date/Time received: 07/22/2000 @ 12:49   How received: Radio dispatch

    Time dispatched: 12:49   Time arrived: 12:52   Time cleared: 18:00
-------------------------------------------------------------------------------

COMPLAINANT -> YCC

    Address:
    City:                State:     Zip:              Phone: (717
-------------------------------------------------------------------------------

TYPE OF COMPLAINT -> Traffic accident

    Nature of    T/O WAS DISPATCHED VIA PHONE BY YCC WHO WAS CONCERNED ABOUT
    complaint    PHONE CALLS THEY RECEIVED REGARDING A POSSIBLE PLANE DOWN
                 APPROACHING THOMASVILLE AIRPORT

    How Handled: Officer dispatched
    Location code: T        Location dispatched: YORK AIRPORT

    Officer dispatched: JOSEPH YATSKO
-------------------------------------------------------------------------------

TIME ANALYSIS

    Queue time     <time received to dispatched>  =    0 minutes
    Travel time    <time dispatched to arrived>   =    3 minutes
    Response time  <time received to arrived>     =    3 minutes
    Action time    <time arrived to cleared>      =  308 minutes
-------------------------------------------------------------------------------
```

Jackson Township Police Department

Yatsko
EXHIBIT NO. 4
KM 6-21-05

```
# 00-1538                    INCIDENT REPORT                    Page No.
                                                                08/07/2000
                          PLANE DOWN IN CORNFIELD
-----------------------------------------------------------------------
        Date occurred:   /  /                 Date reported: 07/22/200
S       Time occurred: 12:15 to 12:15         Time reported: 12:49
T                                             Jurisdiction: 66214
A       Officer dispatched: JOSEPH YATSKO
T       Reviewed by:                          Date reviewed:
U
S       Cleared by:                           Date cleared:
        Case status:                          Date closed:
-----------------------------------------------------------------------
        ALBERT F SIMEONE JR                   DOB: 11/01/1948 Age at incident: 51
V       52 PUSEY MILL RD                      Sex: M  Race: WHI  Ethnicity: NONH
I       COCHRANVILLE, PA  19330               SSN:      -  -
C                                             Interviewed?
T                                             Statement taken?      Resident?
I
M       Hospital:                             Doctor:
        Transported by:
        Injury type: Death

        Related offenses:
-----------------------------------------------------------------------
        GEORGE J LENGYEL JR                   DOB: 06/04/1956 Age at incident: 44
V       3 CANNONEER CIRCLE                    Sex: M  Race: WHI  Ethnicity: NONH
I       CHADSFORD, PA  19317                  SSN:      -  -
C                                             Interviewed?
T                                             Statement taken?      Resident?
I
M       Hospital:                             Doctor:
        Transported by:
        Injury type: Death

        Related offenses:
-----------------------------------------------------------------------
P       WILLIAM LOSEY                         Association: Witness
E       329 FAGGSMANOR RD                     DOB:   /  /      Age at incident:
R       COCHRANVILLE, PA  19330               Sex: M  Race: WHI  Ethnicity: NONH
S                                             SSN:      -  -
O
N       Interviewed?      Statement taken?
-----------------------------------------------------------------------
P       WILLIAM MILLER                        Association: Other
E       400 AIRPORT RD                        DOB:   /  /      Age at incident:
R       NEW CUMBERLAND, PA  17070             Sex: M  Race: UNK  Ethnicity: UNK
S       (717) 774-8271                        SSN:      -  -
O
N       Interviewed?      Statement taken?
-----------------------------------------------------------------------

                       Jackson Township Police Department
```

```
Sequence: 01              INCIDENT SUPPLEMENTAL REPORT              Page No.
                                                                    08/07/2000
#00-1538                   PLANE DOWN IN CORNFIELD
------------------------------------------------------------------------------
   Reported by: JOSEPH YATSKO                Date reported: 07/22/2000
   Reviewed by:                              Date reviewed:   /  /
```

IT APPEARS, ACCORDING TO WITNESS'S, CALLS TO THE AIRPORT WERE MADE AT 1220 HRS, REGARDING A PLANE CRASH, NO INFO WAS TAKEN BY THE AIRPORT. HOWEVER, NO CALLER INFO WAS RECORDED. AN AREA OF KBS RD WAS GIVEN , EXTENDING THE SEARCH FOR MILES. AIRPORT OFFICIALS CONDUCTED THEIR OWN SEARCH PRIOR TO CALLING YCC.

I WAS DISPATCHED AT 1249 HRS, BY YCC. UPON ARRIVAL AT 1252 HRS, I MET WITH AIRPORT & CIVIL AIR PATROL PERSONNEL, AS WELL AS PILOT WILLIAM LSOEY WHO EXPLAINED 2 PLANES, HIS INCLUDED, HAD DEPARTED FROM SE PENNA, ENROUTE TO THE CHAMBERSBURG AIR SHOW, STOPPING TO REFUEL SEVERAL TIMES ALONG THE WAY. THE AIRCRAFT RAN INTO SOME HEADWINDS, WHICH FORCED THEM TO REFUEL AT THOMASVILLE AIRPORT, UNEXPECTEDLY. MR LOSEY STATES HE WAS ABLE TO LAND, HOWEVER HE WAS CERTAIN THAT HIS COMPANIONS WERE NOT ABLE TO LAND.

AIRPORT MANAGER RICH FOESS ADVISED THE PLANE WAS FORCED INTO AT LEAST MISSED APPROACH DUE TO COMPLICATIONS AT THE AIRPORT AND HAD TO CIRCLE EAST, THEN SOUTH TO LINE UP FOR ANOTHER LANDING. IT NEVER RETURNED. I ASKED YCC TO HAVE FIRE DEPARTMENTS RESPOND TO ASSIST IN THE SEARCH ADN THE AIRPORT HAD SEVERAL PLANES LOOKING. DUE TO CROP HEIGHT AND LACK OF MANPOWER, I DID REQUEST A HELICOPTER ASSIST FROM PA STATE POLICE.

THE HELICOPTER WAS ABLE TO FIND THE PLANE W/I MINUTES OF ITS ARRIVAL. EMS ARRIVED AT THE CRASH SITE WITH MYSELF AND CONFIRMED 2 FATALITIES. T/O DID SECURE THE SCENE FOR THE CORONER'S ARRIVAL. NTSB & FAA OFFICIAL INVESTIGATIONS CONTINUE BY THOSE DEPARTMENTS.

THE AIRCRAFT WAS IMPOUNDED TO OLD FORGE BY THE SAME FOR FAA OFFICIALS. THEY MAY HAVE ISSUES WITH THE REGISTRATION, CLASSIFICATION AND PILOTING OF THIS SMALL 2-SEAT AIRCRAFT, TAIL # A10AFS. SHOULD THIS AIRCRAFT BE LABELED OR CLASSED AS AN ULTRALIGHT, THE INVESTIGATION WILL BE ASSUMED BY THIS DEPARTMENT AND WE WILL CLOSE OUT SAME. IF IT IS DETERMINED THE AIRCRAFT IS AN AIRPLANE, NTSB WILL ASSUME THAT RESPONSIBILITY.

```
equence: 02              INCIDENT SUPPLEMENTAL REPORT           Page No.  1
00-1538                      PLANE DOWN IN CORNFIELD             08/07/2000
```
-----------------------------------------------------------------------------
Reported by: JOSEPH YATSKO                Date reported: 07/25/2000
Reviewed by:                              Date reviewed:   /  /

    I, OFFICER YATSKO, HAVING BEEN ASSIGNED BY CHIEF RUFF TO COMPLETE AN INVESTIGATION OF THE ULTRA LIGHT TRAINING AIRCRAFT (A10AFS) HAVE FORMED AN OPINION AS TO THE CAUSE OF THE CRASH. DUE TO MY LACK OF KNOWLEDGE OF AIRCRAFT PILOTING IN GENERAL, I WAS FORCED TO RELY HEAVILY ON OUTSIDE AGENCIES TO PIECE TOGETHER THE FACTS OF THIS ACCIDENT WHICH CLAIMED 2 LIVES.
    PHYSICAL EVIDENCE, WHICH HAS BEEN RECORDED, AS WELL AS WITNESS TESTIMONY AND CITIZEN INFORMATION, WOULD SUGGEST THE ULTRA LIGHT DID COME INTO CONTACT WITH POWER LINES SOUTHEAST OF THE RUNWAY, AFTER HAVING TO ABORT ITS LANDING ATTEMPT DUE TO CIRCUMSTANCES BEYOND THE PILOT'S CONTROL AT THE YORK AIRPORT.
    SCUFF MARKS BEGINNING ON THE WINDSHIELD FORMED IN A LINEAR MANNER CONSISTENT WITH POWER LINES, DID TRAVEL UP OVER THE ENCLOSED COCKPIT, BENDING AN EXPOSED ANTENNA AND SCARRING THE LEFT WING. THESE MARKS ARE ALL IN LINE AND SYMETRICAL AS IF THE PLANE WAS TURNING WITH ITS RIGHT WING DIPPED DOWN.
    HOMEOWNERS AND LEASEES OF PROPERTY ON KBS RD AND SPRING FORGE PLAZA REPORT ELECTRICITY DISRUPTIONS AT APPROXIMATELY THE SAME TIME AS THE PLANE WOULD HAVE GONE DOWN. (SUPPORTED BY A STOPPED TIMEPIECE ON THE PLANE WHEN FOUND). INSPECTION OF THE POWER LINES REVEAL NO ORANGE BALLS CONNECTED TO THE POWER LINES, POSSIBLY LIMITING VISIBILITY, HOWEVER THERE WERE NO ADVERSE WEATHER CONDITIONS AT THE TIME OF THE PLANE'S APPROACH.
    I WAS ALSO ON SCENE WHEN MEDICAL PERSONNEL DID ARRIVE AT THE CRASH SITE, AFTER HAVING BEEN FOUND BY PA. STATE POLICE HELICOPTOR. THE TWO OCCUPANTS WERE DECEASED AND, ACCORDING TO CORONER BARRY BLOSS, DIED INSTANTLY UPON IMPACT.
    CHIEF RUFF HAS SINCE TURNED OVER ANY AND ALL PHYSICAL EVIDENCE TO FAMILY MEMBERS OF THE DECEASED, THUS HALTING MY INVESTIGATION. TTHERE IS NO REASON TO PURSUE ANY FURTHER FROM THE POLICE DEPARTMENT'S PERSPECTIVE, AS I DO NOT BELLIEVE THESE DEATHS ARE IN ANY WAY SUSPICIOUS.
    MY INVESTIGATION LEADS ME TO BELIEVE PILOT ERROR WAS THE CAUSE OF THE CRASH AND FATALITIES. I WOULD LIKE TO STRESS THAT THIS IS A LAY PERSON'S OPINION, IN THAT I HAVE NO FORMAL TRAINING IN THESE TYPES OF INVESTIGATIONS. I WAS IN THE PROCESS OF A MORE FORMAL INVESTIGATION AND MADE ARRANGEMENTS TO HAVE DIFFERENT PARTS OF THE AIRCRAFT SENT OUT FOR MECHANICAL INSPECTION. THIS IS NOW IMPOSSIBLE AS THE PLANE HAS BEEN RELEASED BY CHIEF RUFF.

-----------------------------------------------------------------------------