# EXHIBIT "A"

Preliminary findings –

1210 – Fuess sees 2x miss approach plane banks east.

**1215** – Witnesses say electricity flashes off for seconds

**1216** – 1220 Witnesses say plane crashes and call airport.

- Airport launches its own investigation. Does NOT contact Y.C.C.
- Bill Cosey advises his travel companions are past due.

**1248** – Y.C.C. is advised.

**1249** – County dispatches myself, I called for assistance in the search via fire dept.

**1408** – Plane found by P.S.P. helicopter

**1430** – Pronounced dead Coroner.

**1530** – PSP IR unit begins photography
- Investigation begins.

- Pieced plane together at Old Forge Service Station. The following are pertinent facts –
  - Scuff marks found on nose, windshield and canopy indicating the plane may have struck a power line.
  - Pieces of fiberglass found in fuel filter
  - Map indicates alt route plotted for York due to need for fuel.

Yatsko EXHIBIT NO. 1 KM 6-21-05

- ANTENNA found to have been bent in a manner consistent with a linear object passing over the cockpit in contact with the plane.

- Only 38 hrs on engine (run time) engine not siezed, maintained compression.

Caller — 1517 KBS Rd   Witness

Brother - Ronald Francis Sr — Simone
# 610 622 1060 Phone/Fax
610 656 3111 Cell

Blue/White aircraft pulled out in front of

FAA - turbulence air in front of the plane

DASH Right /                           ACCID PREV.

TAPE AT AIRPORT.

EMT People.

TROOP H ID Unit              OVER WEIGHT
                             PART 103 REGULATION
                             NTSB -
Aug 10th. 1900               OCCURRENCE

Airport Manager - mowing
                    saw
Airplane taking off — not that close.
What ultra light taking off — doing 360° turn
sharp right turn — stopped

AG Rotors Gettysburg Pa
Weather,
Pilot Info

Witness Statements.