## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIE SIMEONE, Personal | : | |
| Representative of the Estate of Albert Francis | : | |
| Simeone, Jr., Deceased, and THERESA MARIE | : | CIVIL ACTION NO. 02CV4852 |
| SIMEONE, In Her Own Right, and | : | |
| MARY ANN LENGYEL, Personal | : | |
| Representative of the Estate of George Lengyel, | : | |
| Deceased, and MARY ANN LENGYEL, | : | JURY TRIAL DEMANDED |
| In Her Own Right | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BOMBARDIER-ROTAX GmbH, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of October, 2005, upon consideration of Plaintiffs' Motion in Limine to Preclude Certain Testimony of William Losey, and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED**.

**BY THE COURT:**


_____
**Berle M. Schiller, U.S.D.J.**