## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIE SIMEONE, Personal | : | |
| Representative of the Estate of Albert Francis | : | |
| Simeone, Jr., Deceased, and THERESA MARIE | : | CIVIL ACTION NO. 02CV4852 |
| SIMEONE, In Her Own Right, and | : | |
| MARY ANN LENGYEL, Personal | : | |
| Representative of the Estate of George Lengyel, | : | |
| Deceased, and MARY ANN LENGYEL, | : | JURY TRIAL DEMANDED |
| In Her Own Right | : | |
| | : | **VERDICT SHEET** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BOMBARDIER-ROTAX GmbH, et al. | : | |
| | : | |
| Defendants. | : | |

---

Defendants BRP-ROTAX GmbH & Co. KG f/k/a BOMBARDIER-ROTAX GmbH & Co. KG ("Rotax") and BOMBARDIER INC. ("Bombardier") submit the following Verdict Sheet.

**QUESTION NO. 1**:  Do you find by a preponderance of the evidence that:

1A:  Rotax, designed, manufactured or sold the subject 582 Rotax engine?

_____ Yes  _____ No

1B:  Bombardier designed, manufactured or sold the subject 582 Rotax engine?

_____ Yes  _____ No

If your answer to question no. 1 is "yes" proceed to no. 2, if "no" please do not answer any more questions on this form.  Please return to the courtroom.

443768.2

**DESIGN DEFECT**

      **QUESTION NO. 2**:  Do you find that the plaintiffs have demonstrated by a preponderance of the evidence that the subject 582 Rotax engine was defectively designed?

           \_\_\_\_ Yes \_\_\_\_ No

      If your answer to question no. 2 is "yes" proceed to question no. 3. If your answer is "no", please proceed to question no. 7.

      **QUESTION NO. 3.**  Do you find that the plaintiffs have demonstrated by a preponderance of the evidence that:

         3A.     The design defect existed when the Rotax 582 engine left the possession of Rotax?

             \_\_\_\_ Yes \_\_\_\_ No

         3B.     The design defect existed when the Rotax 582 engine left the possession of Bombardier?

             \_\_\_\_ Yes \_\_\_\_ No

If your answer to either 2A or 2B is "yes", please proceed to question no. 4.  If your answer is "no" please proceed to no. 7.

      **QUESTION NO. 4.**  Do you find that the plaintiffs have demonstrated by a preponderance of the evidence that The Rotax 582 engine could have been designed more safely?

           \_\_\_\_ Yes \_\_\_\_ No

      **QUESTION NO. 5**.  Do you find that the plaintiffs have demonstrated by a preponderance of the evidence that the design defect in the Rotax 582 engine rendered the subject engine unreasonably dangerous to the intended user?

           \_\_\_\_ Yes \_\_\_\_ No

If your answer to no. 5 is "yes" please proceed to no. 6.  If your answer is "no" please proceed to no. 7.

443768.2

**QUESTION NO. 6**:  Do you find that the plaintiffs have demonstrated by a preponderance of the evidence that the design defect in the Rotax 582 engine was a substantial cause in causing harm to decedents or was pilot error a substantial cause in harming decedents?

_____ design defect  _____ pilot error

If your answer to no. 6 is "pilot error," do not answer any more questions and please return to the courtroom.

## MANUFACTURING DEFECT

**QUESTION NO. 7.**  Do you find that the plaintiffs have demonstrated by a preponderance of the evidence that:

7A.  Rotax manufactured that the 582 Rotax engine.

_____ Yes  _____ No

7B.  Bombardier manufactured the 582 Rotax engine.

_____ Yes  _____ No

If your answer to no. 7A or 7B is "yes", please proceed to question no. 8.  If your answer is "no", please proceed to no. 11.

**QUESTION NO. 8.**  Do you find that the plaintiffs have demonstrated by a preponderance of the evidence that the subject 582 Rotax engine was defectively manufactured?

_____ Yes  _____ No

If your answer to no. 8 is "yes", please proceed to no. 9.  If the answer is "no" please proceed to no. 10.

**QUESTION NO. 9.**  Do you find that the plaintiffs have demonstrated by a preponderance of the evidence that the manufacturing defect in the Rotax 582 engine was a substantial cause in causing harm to decedents?

_____ Yes  _____ No

## WARNING DEFECT

**QUESTION NO. 10.** Do you find by a preponderance of the evidence that that the subject 582 Rotax engine contained adequate warnings or instructions?

_____ Yes  _____ No

443768.2

If your answer is "no", please proceed to question no. 12.  If your answer is "yes", please proceed to no. 11.

**QUESTION NO 11.**  Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

      11A.   The above defect existed at the time the 582 Rotax engine left the Defendants control?

           \_\_\_\_ Yes   \_\_\_\_ No

      12B.   That the lack of warning was the sole proximate cause of the plaintiffs' accident.

           \_\_\_\_ Yes   \_\_\_\_ No

**QUESTION NO. 12**: Do you find that decedents assumed the risk of injury, that is they understood and appreciated that harm could come to them by using the subject 582 Rotax engine?

           \_\_\_\_ Yes   \_\_\_\_ No

If your answer to no. 12 is "Yes", your verdict must be for the Defendants and you should return to the courtroom.  If your answer is "no", please proceed to no. 13.

**NEGLIGENCE**

**QUESTION NO. 13**: Do you find that Plaintiffs have demonstrated by a preponderance that:

      13A.   Rotax owed a duty of care to the decedents?

           \_\_\_\_ Yes   \_\_\_\_ No

      13B.  Bombardier owed a duty of care to the decedents?

           \_\_\_\_ Yes   \_\_\_\_ No

443768.2

If your answer is "yes" proceed, to number 14. If your answer is "no" please proceed to no. 21.

**QUESTION NO. 14** Do you find that Plaintiffs have demonstrated by a preponderance of the evidence that:

      14A.   Defendant Rotax breached that duty of care to the decedents?

                  ____ Yes   ____ No

      14B.   Defendant Bombardier breached that duty of care to the decedents?

                  ____ Yes   ____ No

If your answer to 14A or 14B is "yes" please proceed to no. 15. If your answer is "no" please proceed to no. 21.

**QUESTION NO. 15** Do you find that Plaintiffs have demonstrated by a preponderance of the evidence that:

      15A    Defendant Rotax's breach of duty was the sole proximate cause of the decedents' death?

                  ____ Yes   ____ No

      15B.   Defendant Bombardier's breach of duty was the sole proximate cause of decedent's death.

                  ____ Yes   ____ No

If your answer to question 15A or 15B is "yes", please proceed to question no. 21. If your answer is "no", please proceed to question no. 16.

**QUESTION NO. 16**: Do you find by a preponderance of the evidence that:

      16A.   the decedents were contributorily negligent?

                  ____ Yes   ____ No

      16B.   the decedents' contributory negligence was that their negligence was a factual cause of the accident?

                  ____ Yes   ____ No

443768.2

If you answered "Yes" to Question No. 16A or 16B is "yes", please go to Question no. 18. If you answered "No" please go to Question No. 18, please go to Question No. 19.

**QUESTION NO. 17**: Do you find by a preponderance of the evidence that:

     17A.    The negligence of Rotax is greater than the negligence of decedents?

          \_\_\_\_ Yes \_\_\_\_ No

     17B.    The negligence of Bombardier is greater than the negligence of the decedents?

          \_\_\_\_ Yes \_\_\_\_ No

If you answered "No" to Question No. 17A or 17B, please go to Question No. 21. If you answered "Yes", please go to Question No. 18.

**QUESTION NO. 18**: If you answered "Yes" to Question No. 18, please allocate the percentages of fault you assign to the Defendants below. Your total must be 100%.

       _____Defendant Rotax
       _____Defendant Bombardier

       _____
       100%

**QUESTION NO. 19**: If you answered "Yes" to Question No. 18, please allocate the percentages of fault you assign to the responsible parties below. Your total must be 100%.

       _____Decedents
       _____Defendant Rotax
       _____Defendant Bombardier

       _____
       100%

443768.2

**BREACH OF WARRANTY**

**As to Simeone**

**QUESTION NO. 20**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

> 20A.  Defendant Rotax provided an express warranty to decedent Simeone in connection with the subject engine?
>
> _____ Yes   _____ No
>
> 20B.  Defendant Bombardier provided an express warranty to decedent Simeone in connection with the subject engine?
>
> _____ Yes   _____ No

If your answer to Question No. 20A or 20B is "yes", please proceed to Question No. 21. If you answered "No", please go to Question No. (fraud).  .

**QUESTION NO. 21**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

> 21A.  Defendant Rotax breached an express warranty given to decedent Simeone?
>
> _____ Yes   _____ No
>
> 21B.  Defendant Bombardier breached an express warranty given to decedent Simeone?
>
> _____ Yes   _____ No

**QUESTION NO. 22.** Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

> 22A.  The breach of an express warranty by Rotax was a substantial cause of decedent Simeone's accident?
>
> _____ Yes   _____ No
>
> 22B.  The breach of an express warranty by Bombardier was a substantial cause of decedent Simeone's accident.

- 7 -

443768.2

**QUESTION NO. 23**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

      23A.    Defendant Rotax provided an implied warranty to decedent Simeone in connection with the subject engine?

                      \_\_\_\_ Yes   \_\_\_\_ No

      23B.    Defendant Bombardier provided an implied warranty to decedent Simeone in connection with the subject engine?

                      \_\_\_\_ Yes   \_\_\_\_ No

If your answer to Question No. 23A or 23B is "yes", please proceed to Question No. 24.  If you answered "No",  please go to Question No. 40.

**QUESTION NO. 24**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

      24A.    Defendant Rotax breached an implied warranty to decedent  Simeone?

                      \_\_\_\_ Yes   \_\_\_\_ No

      24B.    Defendant Bombardier breached an implied warranty to decedent Simeone?

                      \_\_\_\_ Yes   \_\_\_\_ No

**QUESTION NO. 25**. Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

      25A.    The breach of an implied warranty by Rotax was a substantial cause of decedent Simeone's accident?

                      \_\_\_\_ Yes   \_\_\_\_ No

      25B.    The breach of an implied warranty by Bombardier was a substantial cause of decedent Simeone's accident.

                      \_\_\_\_ Yes   \_\_\_\_ No

**QUESTION NO. 26.** Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

        26A.    Rotax breached an implied warranty of merchantability to decedent Simeone?

                _____ Yes  _____ No

        26B.    Bombardier breached an implied warranty of merchantability to decedent Simeone?

                _____ Yes  _____ No

If you answered "Yes," to Question no. 26A or 26B, please proceed to Question No. 27. If you answered "No", please go to no. 30..

**QUESTION NO. 27**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

        27A:    Rotax's breach of an implied warranty of merchantability was a substantial cause of decedent Simeone's  accident?

                _____ Yes  _____ No

        27B    Bombardier's breach of an implied warranty of merchantability was a substantial cause of decedent Simeone' accident?

                _____ Yes  _____ No

**QUESTION NO. 28.** Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

        28A.    Rotax breached an implied warranty of fitness for a particular purpose to decedent Simeone?

                _____ Yes  _____ No

        28B.    Bombardier breached an implied warranty of fitness for a particular purpose to decedent Simeone?

                _____ Yes  _____ No

443768.2

If you answered "Yes," to Question no. 28A or 28B, please proceed to Question No. 29. If you answered "No", please go to no. 40.

**QUESTION NO. 29**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

29A:    Rotax's breach of warranty of fitness for a particular purpose was a substantial cause of decedent Simeone's accident?

_____ Yes   _____ No

29B    Bombardier's breach of warranty of fitness for a particular purpose was a substantial cause of decedent Simeone' accident?

_____ Yes   _____ No

**As to Lengyel**

**QUESTION NO. 30**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

30A.    Defendant Rotax provided an express warranty to decedent Lengyel in connection with the subject engine?

_____ Yes   _____ No

30B.    Defendant Bombardier provided an express warranty to decedent Lengyel in connection with the subject engine?

_____ Yes   _____ No

If your answer to Question No. 30A or 30B is "yes", please proceed to Question No. 31. If you answered "No",  please go to Question No. 40.

**QUESTION NO. 31**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

- 10 -

443768.2

31A.   Defendant Rotax breached an express warranty given to decedent Lengyel?

_____ Yes   _____ No

31B.   Defendant Bombardier breached an express warranty given to decedent Lengyel?

_____ Yes   _____ No

**QUESTION NO. 32.** Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

32A.   The breach of an express warranty by Rotax was a substantial cause of decedent Lengyel's accident?

_____ Yes   _____ No

32B.   The breach of an express warranty by Bombardier was a substantial cause of decedent Lengyel's accident.

**QUESTION NO. 33**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

33A.   Defendant Rotax provided an implied warranty to decedent Lengyel in connection with the subject engine?

_____ Yes   _____ No

33B.   Defendant Bombardier provided an implied warranty to decedent Lengyel in connection with the subject engine?

_____ Yes   _____ No

If your answer to Question No. 33A or 33B is "yes", please proceed to Question No. 34.  If you answered "No",  please go to Question No. 40.

**QUESTION NO. 34**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

34A.   Defendant Rotax breached an implied warranty to decedent  Lengyel?

- 11 -

_____ Yes  _____ No

    34B.   Defendant Bombardier breached an implied warranty to decedent Lengyel?

_____ Yes  _____ No

**QUESTION NO. 35.** Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

    35A.   The breach of an implied warranty by Rotax was a substantial cause of decedent Lengyel's accident?

_____ Yes  _____ No

    35B.   The breach of an implied warranty by Bombardier was a substantial cause of decedent Lengyel's accident.

_____ Yes  _____ No

**QUESTION NO. 36.** Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

    36A.   Rotax breached an implied warranty of merchantability to decedent Lengyel?

_____ Yes  _____ No

    36B.   Bombardier breached an implied warranty of merchantability to decedent Lengyel?

_____ Yes  _____ No

If you answered "Yes," to Question no. 37A or 37B, please proceed to Question No. 38. If you answered "No", please go to no. 39.

**QUESTION NO. 37**: Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

    37A:   Rotax's breach of an implied warranty of merchantability was a substantial cause of decedent Lengyel's accident?

- 12 -

_____ Yes  _____ No

37B    Bombardier's breach of an implied warranty of merchantability
was a substantial cause of decedent Lengyel's accident?

_____ Yes  _____ No

**QUESTION NO. 38.** Do you find that plaintiffs have demonstrated by a preponderance of the evidence that:

38A.    Rotax breached an implied warranty of fitness for a particular
purpose to decedent Lengyel?

_____ Yes  _____ No

38B.    Bombardier breached an implied warranty of fitness for a
particular purpose to decedent Lengyel?

_____ Yes  _____ No

If you answered "Yes," to Question no. 38A or 38B, please proceed to Question No. 39.
If you answered "No", please go to no. 40.

**QUESTION NO. 39**: Do you find that plaintiffs have demonstrated by a preponderance
of the evidence that:

39A:    Rotax's breach of warranty of fitness for a particular purpose was a
substantial cause of decedent Lengyel's accident?

_____ Yes  _____ No

39B    Bombardier's breach of warranty of fitness for a particular purpose
was a substantial cause of decedent Lengyel's accident?

_____ Yes  _____ No

- 13 -

## RECKLESS, WILLFUL AND WANTON MISCONDUCT, FRAUD AND DECEIT

**QUESTION NO. 40**: Do you find that Defendant Rotax engaged in "reckless, willful and wanton misconduct and fraud and deceit," that is to say they acted with a conscious indifference to the consequences and that Defendants intentionally made material misrepresentations to decedents as to the 582 Rotax engine that they intended decedents to rely on? Please answer for each defendant

Rotax            _____ Yes  _____ No

Bombardier       _____ Yes  _____ No

**QUESTION NO. 41**: Do you find that plaintiffs have demonstrated by clear and convincing evidence that:

41A.    Defendant Rotax engaged in "reckless, willful and wanton misconduct and fraud and deceit," that is to say they acted with a conscious indifference to the consequences?

_____ Yes  _____ No

41B.    Defendant Bombardier engaged in "reckless, willful and wanton misconduct and fraud and deceit," that is to say they acted with a conscious indifference to the consequences?

_____ Yes  _____ No

**QUESTION NO. 42.** Do you find that plaintiffs have demonstrated by clear and convincing evidence that:

42A.    Rotax intentionally made material misrepresentations to decedents as to the subject 582 Rotax engine.

_____ Yes  _____ No

42B.    Bombardier intentionally made material misrepresentations to decedents as to the subject 582 Rotax engine.

_____ Yes  _____ No

- 14 -

443768.2

**QUESTION NO. 43.** Do you find that plaintiffs have demonstrated by clear and convincing evidence that:

> 43A.    Rotax intended decedents to rely on the material misrepresentations?

> _____ Yes _____ No

> 43B.    Bombardier intended decedents to rely on the material misrepresentations.

> _____ Yes _____ No

**QUESTION NO. 44.** Do you find that plaintiffs demonstrated that decedent Simeone relied on the defendants' material representations to his detriment?

> _____ Yes _____ No

**QUESTION NO. 45.** Do you find that plaintiffs demonstrated that decedent Lengyel relied on the defendants' material representations to his detriment?

> _____ Yes _____ No

**DAMAGES**

**QUESTION NO. 46**: Please set forth the amount of damages, if any, that will reasonably compensate Plaintiff Simeone:

> $_____

**QUESTION NO. 47**: Please set forth the amount of damages, if any, that will reasonably compensate Plaintiff Lengyel:

> $_____


_____

Signed                           (Foreman)

Date: _____

Please return to the courtroom.

- 15 -

443768.2