# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THERESA MARIE SIMEONE, Personal :
Representative of the Estate of Albert Francis :
Simeone, Jr., Deceased, and THERESA MARIE :
SIMEONE, In Her Own Right, and :
MARY ANN LENGYEL, Personal :
Representative of the Estate of George Lengyel, :
Deceased, and MARY ANN LENGYEL, :
In Her Own Right, :
                : CIVIL ACTION NO. 02CV4852
    Plaintiffs, :
                : JURY TRIAL DEMANDED
  v. :
                :
BOMBARDIER-ROTAX GmbH, Individually :
and as a Joint Venture and/or d/b/a Rotax, and :
BOMBARDIER INC., Individually and as a Joint :
Venture and/or d/b/a Rotax, :
                :
    Defendants. :

## PLAINTIFFS' WITNESS LIST

1.  Royal Bunin (or David Bunin)
   Bunin Associates
   The Wynnewood House, Suite 109
   300 East Lancaster Avenue
   Wynnewood, PA 19096
   Damages (see expert reports)

2.  James Boddington
   Southern Regional Police Department
   47 East High Street
   New Freedom, PA 17349
   Liability – Investigation of Accident

3.  William Clancy, Jr.
   York County Coroner's Office
   York, PA
   Damages

4. Benjamin Dawson
180 Lake Michigan Drive
Mulberry, Florida 33802
Liability – Aircraft and Flight Instruction (see deposition)

5. Rich Fuess
York Airport
Thomasville, PA
Liability – Airport (see deposition)

6. Barbara Grear
West Chester, PA
Damages and Documents

7. Beth L. Hewett
Forest Hill, MD
Damages

8. Interplane
c/o Ralph Mandarino
30 Lee Gate Lane
Gross Pointe Farms, MI 48236
Liability – Aircraft

9. Lee Kirchner
Lee's Towing
Upper Darby, PA

10. Christina M. Lengyel
1819 Trout Farm Road
Jarrettsville, MD  21084
Damages

11. George A. Lengyel
University of Pittsburgh
Pittsburgh, PA
Damages

12. Mary Ann Lengyel
1819 Trout Farm Road
Jarrettsville, MD  21084
Liability and Damages (see deposition)

13. Michael J. Lengyel
Alexandria, VA
Damages

14. Virginia L. Lengyel
    1819 Trout Farm Road
    Jarrettsville, MD 21084
    Damages

15. William J. Losey
    329 Faggsmanor Road
    Cochransville, PA 19330
    Liability – Accident Flight (see deposition)

16. Ralph Mandarino
    30 Lee Gate Lane
    Gross Pointe Farms, MI 48236
    Liability – Aircraft (see deposition)

17. Ron Matison (and/or brother-in-law "Charlie")
    1517 KBS Road
    York County, PA
    Liability – Witness to Crash (see deposition)

18. Metropolitan Edison
    c/o Nathaniel E.P. Ehrlich, Esquire
    Anapol, Swartz, Weiss, Cohan, Feldman & Smalley
    1710 Spruce Street
    Philadelphia, PA 19103
    Liability – Power Lines

19. William Miller
    400 Airport Road
    New Cumberland, PA 17170.
    Liability

20. Christopher K. Murphy, DDS
    944 Barnett Avenue
    Arnold, MD 21012
    Damages

21. Herb Newbold
    Impact Consulting Engineers
    1436 Main Street
    Louisville, CO 80027
    Liability (see expert report and deposition testimony)

22. Manuel Raefsky
    17851 North Silvergate Court
    Surprise, AZ 85374

      Liability (see expert report and deposition testimony)

23.    Jerry Rainey
       1010 Northridge Road
       Chaddsford, PA  19317
       Damages

24.    John Schmidt
       474 N. Main Street
       Spring Grove, PA
       Liability – Power Interruption

25.    Mark Seader
       Engine Failure Analysis, LLC
       737 McGraw Circle
       Fort Collins, CO  80526
       Liability (See expert report and deposition testimony)

26.    Albert Simeone, Sr.
       c/o The Wolk Law Firm
       Damages

27.    Kelly Lee Simeone
       c/o The Wolk Law Firm
       Damages

28.    Kimberly Ann Simeone
       c/o The Wolk Law Firm
       Damages

29.    Mary Louise Simeone
       c/o The Wolk Law Firm
       Damages

30.    Richard Simeone
       c/o The Wolk Law Firm
       Damages and Documents

31.    Ronald F. Simeone
       c/o The Wolk Law Firm
       Damages and Documents

32.    Stacey Marie Simeone
       c/o The Wolk Law Firm
       Damages

33. Theresa Marie Simeone
    c/o The Wolk Law Firm
    Damages and Documents (see deposition)

34. Donald Sommer
    Aeroscope, Inc.
    11901 Allison Street
    Broomfield, CO 80020
    Liability (see expert report and deposition testimony)

35. Kathryn M. Weis
    Stewartstown, PA
    Damages

36. Gwendolyn Walker
    1356 KBS Road
    Spring Grove, PA
    Liability – Power Interruption

37. Det. Joseph Yatsko
    905 Old Trail Road
    Etters, PA 17319
    Liability – Investigation of Accident

Note – Plaintiffs reserve the right to supplement this list.