# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, and THERESA MARIE SIMEONE, In Her Own Right, and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In Her Own Right<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER-ROTAX GmbH, et al.<br><br>Defendants. | CIVIL ACTION NO. 02CV4852<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' EXHIBIT LIST

P-1   Skyboy Exemplar

P-2   Photographs of Skyboy Aircraft, A10AFS

P-3   Aircraft Registration (Skyboy A10AFS)

P-4   Skyboy Advertisement

P-5   Aircraft Registration (Challenger A11CSF)

P-6   Photographs of Accident Site (Jackson Twp. Police Dept.)

P-7   Photographs of Wreckage (Jackson Twp. Police Dept.)

P-8   Video of Wreckage Inspection (Jackson Twp. Police Dept.)

P-9   Photographs of Accident Location

P-10  Weather Reports for 7/22/00

P-11  Diagram of Aircraft Flight Path

- 2 -

| | |
|---|---|
| P-12 | Video of Aircraft Flight at York, PA |
| P-13 | Documents received from FirstEnergy Corp. |
| P-14 | Airport Layout Drawing – York Airport |
| P-15 | Excerpt from Airport Directory – York Airport |
| P-16 | Aerial Photographs – York, PA |
| P-17 | Satellite Photographs – York, PA |
| P-18 | FAA Airport Diagram – York Airport |
| P-19 | FAA Washington Sectional Chart |
| P-20 | Sectional Chart found in Wreckage |
| P-21 | Map of Jackson Township, PA [McCandless Dep. Exh. 2] |
| P-22 | Accident Aircraft Engine |
| P-23 | Accident Aircraft Pistons |
| P-24 | Accident Aircraft Carburetors |
| P-25 | Accident Aircraft Oil Pump |
| P-26 | Accident Aircraft Propeller |
| P-27 | Exemplar Rotax 582 Engine |
| P-28 | Exemplar NGK Spark Plug |
| P-29 | Exemplar Oil Injection Pump |
| P-30 | Exemplar Propeller |
| P-31 | Photographs of Wreckage – Sommer |
| P-32 | Photographs of Wreckage – Raefsky |
| P-33 | Photographs of Wreckage - McSwain's |

| | |
|---|---|
| P-34 | Photographs of Wreckage --<br>A. Taken at Old Forge Storage Facility<br>B. Taken at Lansdowne Storage Facility |
| P-35 | Photographs from Ron Madison's house |
| P-36 | Skyboy Manuals –<br>A. Pilot's Operating Handbook and Flight Manual<br>B. User's Manual of Ultralight Aircraft |
| P-37 | Federal Aviation Regulation 103 |
| P-38 | Advisory Circulars --<br>A. 90-66A<br>B. 103-6 |
| P-39 | Receipt for Spark Plugs |
| P-40 | Miscellaneous Receipts re Aircraft |
| P-41 | Mileage Logs of George Lengyel |
| P-42 | Oil Injection Pump Test Results |
| P-43 | Graph of Oil Injection Pump Test Results |
| P-44 | Video of Oil Injection Pump Tests |
| P-45 | Photographs of Oil Injection Pump Tests |
| P-46 | Carburetor Test Results |
| P-47 | Video of Carburetor Test |
| P-48 | Photographs of Carburetor Test |
| P-49 | Photographs of Spark Plugs |
| P-50 | Videos of Spark Plug Tests |
| P-51 | Comparison Photograph of Spark Plugs |
| P-52 | Videos of Engine Demonstrations |
| P-53 | Photographs of Engine Demonstration |

| | |
|---|---|
| P-54 | Video of Wreckage Inspection at Anglin's |
| P-55 | Video of Wreckage Inspection at Aeroscope |
| P-56 | Video of Wreckage Inspection at McSwain's |
| P-57 | Wreckage Inspection at Lockwood<br>A.   Video<br>B.   Photographs |
| P-58 | Video of Propeller Demonstration |
| P-59 | Photographs of Propeller Demonstration |
| P-60 | Literature re Bing 54 Carburetor |
| P-61 | Diagram of Rotax 582 engine |
| P-62 | Rotax 582 Installation Manual |
| P-63 | Rotax 582 Maintenance Manual |
| P-64 | Rotax 582 Repair Manual |
| P-65 | Rotax 582 Operators Manual (1999) |
| P-66 | Rotax 582 Operators Manual |
| P-67 | Rotax 582 Engine Rebuild Technical Manual |
| P-68 | Rotax 582 Parts Catalog |
| P-69 | Rotax Service Information |
| P-70 | Rotax Advertisements |
| P-71 | Video "Deep Inside Your Rotax 2-Cycle Engine" |
| P-72 | Video "CPS Rotax 582 Complete Rebuild" |
| P-73 | Video "CPS Rotax Gearbox and Accessory" |
| P-74 | Oil Flow Chart from Rotax Manual |
| P-75 | Animation re 2-Stroke Engine |

| | |
|---|---|
| P-76 | NGK Literature |
| P-77 | Spark Plug Comparison Charts |
| P-78 | California Power Systems Catalog |
| P-79 | Lockwood Aviation Catalog |
| P-80 | Witness Statements |
| P-81 | Documents Produced by Ralph Mandarino |
| P-82 | Deposition of Ralph Mandarino |
| P-83 | Deposition of Ben Dawson |
| P-84 | Carburetor Jet Setting Information |
| P-85 | FAA Airman File of George Lengyel |
| P-86 | FAA Pilot Certificate for George Lengyel |
| P-87 | FAA Medical Certificate for George Lengyel |
| P-88 | Pilot Logbooks of George Lengyel |
| P-89 | ASC Flight Instructor Certificate for George Lengyel |
| P-90 | ASC Exemption for 2-Place Operation for George Lengyel |
| P-91 | Flight Instructor Written Test Results for George Lengyel |
| P-92 | Flight Instructor Sign-off for George Lengyel |
| P-93 | ASC Two-place Training Program |
| P-94 | Course Manual re Basic Aircraft Accident Investigation |
| P-95 | Pilot Logbook of Francis Simeone |
| P-96 | Pilot Logbook of William Losey |
| P-97 | Letters of Administration re George Lengyel |
| P-98 | Letters of Administration re Francis Simeone |

| | |
|---|---|
| P-99 | Death Certificate re George Lengyel |
| P-100 | Death Certificate re Francis Simeone |
| P-101 | Funeral Expenses re George Lengyel |
| P-102 | Funeral Expenses re Francis Simeone |
| P-103 | Photographs/Videotape of Lengyel Family |
| P-104 | Photographs/Videotape of Simeone Family |
| P-105 | Lengyel Tax Returns |
| P-106 | Simeone Tax Returns |
| P-107 | Damages Summary re George Lengyel |
| P-108 | Damages Summary re Francis Simeone |
| P-109 | Life Tables |
| P-110 | Documents Produced by Defendants |