**EXHIBIT C**

443875.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THERESA MARIE SIMEONE, Personal     :
Representative of the Estate of Albert Francis    :
Simeone, Jr., Deceased, and THERESA MARIE   :   CIVIL ACTION NO. 02CV4852
SIMEONE, In Her Own Right, and               :
MARY ANN LENGYEL, Personal                :
Representative of the Estate of George Lengyel,   :
Deceased, and MARY ANN LENGYEL,        :   JURY TRIAL DEMANDED
In Her Own Right                       :
                                       :
              Plaintiffs,            :
                                         :
        v.                             :
                                         :
BOMBARDIER CORPORATION GmbH, et al.     :
                                         :
             Defendants.           :

---

## DEFENDANTS BRP-ROTAX GMBH & CO. KG AND BOMBARDIER INC. PROPOSED TRIAL EXHIBIT LIST

---

Submitted By:
Robert J. Kelly, Esquire
Wilson, Elser Moskowitz, Edelman & Dicker, LLP
33 Washington Street, 18th Floor
Newark, NJ 07102
Attorneys for Defendants, BRP-Rotax GmbH & Co KG
f/k/a Bombardier-Rotax GmbH & Co. KG and Bombardier,
Inc.

443875.1

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT | ID | E |
|---|---|---|---|
| | Initial Disclosure Pursuant to Fed.R.Civ.P. 26 on behalf of Bombardier Inc. | | |
| | Initial Disclosure Pursuant to Fed.R.Civ.P. 26 on behalf of Bombardier Corporation | | |
| | Amended Initial Disclosure Pursuant to Fed.R.Civ.P. 26 on behalf of Bombardier Corporation | | |
| | Responses to Plaintiffs' First Request for Production of Documents | | |
| | The Bombardier-Rotax non-certified aircraft engines limited warranties Bates Stamped 02766-02767 | | |
| | Flugmotor 582 UL DCDI – engine drawing, Bates Stamped 02768-02769 | | |
| | Insurance Policy, Bates Stamped 02270-02788 | | |
| | Audit Checklist, Bates Stamped 02789-02794 | | |
| | Circular Letter – Information NR. 19/98 re: usage of the Rotax Aircraft Engines Logo, Bates Stamped 02795-02798 | | |
| | Rotax check list for engine assembly, Bates Stamped 02799 | | |
| | Control Card, Bates Stamped 02800-02800a | | |
| | Service Information 9 UL 91-E – Installation Instruction for Rotax Ultralight engines, Bates Stamped 02801-02822 | | |
| | Warranty information received from Rotax Distributors worldwide, Bates Stamped 02823-02929 | | |
| | Warranty Registration List, Bates Stamped 02930-02937 | | |
| | Warranty Claim List, Bates Stamped 02938-02942 | | |
| | Warranty Claims, Bates Stamped 02943-02966 | | |

443875.1

| | | | |
|---|---|---|---|
| | Sales v. Warranty Claims, Bates Stamped 02967 | | |
| | Service Information 4UL 86/E, dates September 1986, Bates Stamped 02968-02970 | | |
| | Updated Audit Checklist, Bates Stamped 02971-02977 | | |
| | Parts List, Bates Stampoed 02978-02987 | | |
| | Warranty Claims, Bates Stamped 02988-03017 | | |
| | Drawings, Bates Stamped 03018-3020 | | |
| | Rotax Installation Manual for Engine Types, dated May 1, 1999, Bates Stamped B00264-00331 | | |
| | Rotax Maintenance  Manual for Engine Types, 447 UL SCDI; 503 UL DCDI; 582 UL DCDI Model 99; and 582 UL DCDI Model 90, dated May 1, 1999, Bates Stamped B00332-0391 | | |
| | Rotax Operator's Manual for Engine Types, 447 UL SCDI; 503 UL DCDI; 582 UL DCDI Model 99; and 582 UL DCDI Model 90, dated May 1, 1999, Bates Stamped B00392-00459 | | |
| | Service Bulletin publication index for Rotax aircraft engines, Bates Stamped B00586-00597 | | |
| | Service Bulletin checking or replacement of tension springs on exhaust system for Rotax engine 582, Bates Stamped B00598-00601 | | |
| | Service Bulletin modified rotary valve cover for Rotax 582, Bates Stamped B00602-00605 | | |
| | Service Instruction installation instructions for the new design piston for 582 UL with mono hook piston pin circlip grooves, Bates Stamped B00606-00612 | | |
| | Service Instruction change of the exhaust gasket on Rotax engine, Bates Stamped B00613-00620 | | |
| | Service Instruction Running Modifications on Rotax 2 Stroke UL aircraft engines, Bates Stamped B00621-00624 | | |
| | Service Instruction Modified Rotary Valve Cover, Bates Stamped B00625-00628 | | |

- 4 -

| | | | |
|---|---|---|---|
| | Service Information 4UL 87-E, Bates Stamped B00629-00630 | | |
| | Service Instruction installation instruction of UL reduction gearbox Type C and CL, Bates Stamped B00724-00730 | | |
| | Service Instruction installation of UL reduction gear box Type E and EL, Bates Stamped 00731-00738 | | |
| | Service Instruction installation instruction of UL reduction gearbox type B, Bates Stamped B00739-00743 | | |
| | Service Information 14 UL 94, Bates Stamped B00746-00747 | | |
| | Assembly Procedure Rotax 582 UL DCDI MOD. 99, Bates Stamped B01191-01226 | | |
| | Information NR. 28/95 M1, Service information 5 UL/6UL and 7UL 95, dated 10/25/1995, Bates Stamped B01654-01656 | | |
| | Information NR. 28/95 M1, Service information 5 UL/6UL and 7UL 95, dated 10/24/1995, Bates Stamped B01657-01658 | | |
| | Information NR. 27/95 M1, Rotax distribution partners, dated 10/24/1995, Bates Stamped B01659 | | |
| | Information NR. 26/95 M1, Airworthiness Directives, dated 10/18/1995 Bates Stamped B01660-01662 | | |
| | Information NR. 25/95 M1, Technical Bulletin resp. Service Information, dated 9/26/1995, Bates Stamped B01663-01666 | | |
| | Information NR. 24/95 M1, Address list of Hoac customers, dated 9/19/1995, Bates Stamped B01667 | | |
| | Information NR. 23/95 M1, Advertising Media from Bombardier- Rotax, dated 9/19/1995, Bates | | |

| | | | |
|---|---|---|---|
| | Stamped B01668 | | |
| | Information NR. 19/95 M1, Rotax prices and fees for aircraft and hovercraft engines as well as for accessories, dated 9/11/1995, Bates Stamped B01669-01670 | | |
| | Information NR. 22/95 M1, Rotax service course between 96 03 13 and 96 03 15 as well as participation in a skiing day in Upper Austria, dated 9/13/1995, Bates Stamped B01671-10672 | | |
| | Information NR. 21/95 M1, Complete files Service Information and Technical Bulletins, dated 9/11/1995, Bates Stamped B01673-01675 | | |
| | Information NR. 95 M1, Technical Bulletin resp. Service  Information, dated 9/11/1995, Bates Stamped B01676-01677 | | |
| | Information NR. 95 M1, Rotax service course between 96 03 13 and 96 03 15, dated 9/1/1995, Bates Stamped B01678-01679 | | |
| | Information NR. 17/95 M1, Technical Bulletin 912-08, dated 8/30/1995, Bates Stamped B01680-01687 | | |
| | Information NR. 15/95 M1, Information Drawings Rotax Engine 912 and 914, dated 8/25/1995, Bates Stamped B01688 | | |
| | Information NR. 16/95 M1, New Documentations Rotax 912F, FAR-33 certified, dated 8/23/1995, Bates Stamped B01689-01690 | | |
| | Information NR. 15/95 M1, Information Drawings Rotax Engine 912 and 914, dated 8/21/1995, Bates Stamped B01691 | | |
| | Information NR. 16/95 M1, New Documentations Rotax 912F, FAR-33 certified dated 7/26/1995, Bates Stamped B01692-01694 | | |
| | Information NR. 15/95 M1, Installation Drawings Rotax Engine 912 and 914, dated 7/25/1995, Bates Stamped B01695-01696 | | |

- 6 -

443875.1

| | | | |
|---|---|---|---|
| | Information NR. 14/95 M1, Service Information 4 UL 95 D/E, dated 7/3/1995, Bates Stamped B01697-01698 | | |
| | Information NR. 13/95 M1, Documentation of the aircraft engine program, dated 6/19/1995, Baets Stamped B01699 | | |
| | Information NR. 12/95 M1, dated 6/9/1995, Bates Stamped B01700-01701 | | |
| | Information NR. 11/95 M1, Technical Bulletin/Service Information, dated 4/20/1995 Bates Stamped B01702-01703 | | |
| | Information NR. 10/95 M1, New Rotax posters, dated 4/6/1995, Bates Stamped B01704 | | |
| | Information NR. 09/95 M1, Service-Information for Rotax 912, dated 3/30/1995, Bates Stamped B01705-01706 | | |
| | Information NR. 08/95 M1, Receipt of our circular letters, dated 3/29/1995, Bates Stamped B01707 | | |
| | Information NR. 09/95 M1, Service-Information for Rotax 912, dated 1995, Bates Stamped B01708 | | |
| | Information NR. 07/95 M1, Correction resp. completion of information 05/95 M1, dated 3/21/1995, Bates Stamped B01709-01710 | | |
| | Information NR. 06/95 M1, re: Ordering of spare parts for Rotax engines 912, dated 3/17/1995, Bates Stamped B01711-01713 | | |
| | Information NR. 05/95 M1, Service Information/Technical Bulletin, dated 2/16/1995, Bates Stamped B01714-01719 | | |
| | Information NR. 04/95 M1, New Bombardier-Rotax brochure, dated 2/8/1995, Bates Stamped B01720-01721 | | |
| | Information NR. 03/95 M1, Air Shows, dated | | |

| | | |
|---|---|---|
| | 1/26/1995, Bates Stamped B01722-01723 | | |
| | Information NR. 2/95 M1, Increase of TBO on Rotax 912 A, certified according to JAR-22, dated 1/16/1995, Bates Stamped 01724-01725 | | |
| | Information NR. 1/95 M1, Advertising Media from Bombardier-Rotax, dated 1/10/1995, Bates Stamped 01726-01727 | | |
| | Information NR. 48/96 M1, dated 12/18/1996, Bates Stamped B01728-01729 | | |
| | Information NR. 47/96 M1, ROTAX distribution partners, dated 12/17/1996, Bates Stamped B01730 | | |
| | Information NR. 46/96 M1, New Rotax folder, Power in Motion, dated 12/16/1996, Bates Stamped B01731-01732 | | |
| | Information NR. 44/96 M1, Rotax sales prices for aircraft engines as well as accessories and spare parts valid as of 1st January, 1997, dated 12/05/1996, Bates Stamped B01733-01735 | | |
| | Information NR. 45/96 M1, Preview 97/98, dated 12/05/1996, Bates Stamped B01736-01738 | | |
| | Information NR. 4/96 M1, Additional information to Service Information 7UL96-D/E Replacement of Rocker Arms on Rotax 912 UL (non-certified), dated 11/20/1996, Bates Stamped B01739-01740 | | |
| | Information NR. 43/96 M1, Air Shows, dated 11/11/1996, Bates Stamped B01741-01742 | | |
| | Information NR. 41/96 M1, Spare Parts List for Rotax 914F (three documents), dated 10/22/1996, Bates Stamped B01743-01745 | | |
| | Information NR. 42/96 M1, Service Information 20UL 94-Rev 3, dated 10/23/1996, Bates Stamped B01746-01747 | | |
| | Information NR. 06/96 M1, Spare parts list for Rotax 912UL, dated 02/23/1996, Bates Stamped | | |

443875.1

| | | | |
|---|---|---|---|
| | B01748 | | |
| | Information NR. 40/96 M1, Price correction to circular letter No. 37/96, dated 10/22/1996, Bates Stamped B01749 | | |
| | Information NR. 39/96 M1, 914 Retrofit kit, dated 10/07/1996, Bates Stamped B01750-01753 | | |
| | Information NR. 38/96 M1, E-Mail addresses of our distributors, dated 09/24/1996, Bates Stamped B01754 | | |
| | Information NR. 37/96 M1, Sales campaign for 2-stroke aircraft engines Rotax part number 886 760, dated 9/24/1996, Bates Stamped B01755-01756 | | |
| | Information NR. 35/96 M1, New Oil Radiator, Part No. 886 029, dated 09/23/1996, Bates Stamped B01757-01758 | | |
| | Information NR. 36/96 M1, JAR-145 Approval, dated 09/23/1996, Bates Stamped B01759-01760 | | |
| | Information NR. 30/96 M1, TBO increase up to 1200 hours on 912A 912F, dated 09/05/1996, Bates Stamped B01761-01764 | | |
| | Information NR. 30/96 M1, TBO increase up to 1200 hours on 912A 912F, dated 09/05/1996, Bates Stamped B01765-01768 | | |
| | Information NR. 30/96 M1, Technical Bulletin No. 912-13 Motor Oil for Rotax 912 series, dated 09/05/1996, Bates Stamped B01769-01774 | | |
| | Information NR. 30/96 M1, TBO increase up to 1200 hours on 912A 912F, dated 09/05/1996, Bates Stamped B01775-01776 | | |
| | Information NR. 34/96 M1,Exchange of rocker arms on Rotax 912 (series), dated 09/05/1996, Bates Stamped B01777-01778 | | |
| | Information NR. 30/96 M1, Rotax 912 (series) certified according to JAR-22, dated 09/05/1996, | | |

| | | | |
|---|---|---|---|
| | Bates Stamped B01779-01784 | | |
| | Information NR. 33/96 M1, Paragraph 85 Chapter 1 of the European Union contract, dated 09/06/1996, Bates Stamped B01785 | | |
| | Information NR. 29/96 M1, Address list of Diamond Aircraft customers, dated 09/06/1996, Bates Stamped B01786 | | |
| | Information NR. 28/96 M1, Outline Dimensions Drawing Rotax Engine 914F, dated 08/29/1996, Bates Stamped B01787-01791 | | |
| | Information NR. 27/96 M1, Rotax distribution partners, dated 08/23/1996, Bates Stamped B01792 | | |
| | Information NR. 26/96 M1, Rotax News, dated 08/09/1996, Bates Stamped B01793-01794 | | |
| | Information NR. 25/96 M1, Service Information 5 UL 95-D/E Rev.2; 6UL 95-D/E Rev. 2, dated 08/09/1996, Bates Stamped B01795-01800 | | |
| | Information NR. 24/96 M1, Documentation for Rotax 914 UL and Rotax 914F certified according to FAR-33 and JAR-E, dated 07/09/1996, Bates Stamped B01801-01804 | | |
| | Information NR. 20/96 M1, Complete tool package for general overhaul Rotax 912/914, dated 06/03/1996, Bates Stamped B01805 | | |
| | Information NR. 23/96 M1, Rotax prices for aircraft and hovercraft engines as well as for accessories, dated 05/31/1996, Bates Stamped B01806-01807 | | |
| | Information NR. 22/96 M1, Theft of the Rotax engine tyle 912 UL serial # 4.153.193, dated 05/31/1996, Bates Stamped B01808-01809 | | |
| | Information NR. 21/96 M1,  dated 05/29/1996, Bates Stamped B01810-01811 | | |
| | Information NR. 19/96 M1, Spark plug Rotax | | |

| | | | |
|---|---|---|---|
| | partnumber 897 055, dated 05/24/1996, Bates Stamped B01812-01813 | | |
| | Information NR. 17/96 M1, Length of the oil line, dated 04/24/1996, Bates Stamped B01814 | | |
| | Information NR. 18/96 M1, New price for Retro-fit kit carburetor support for Rotax 912 (series) dated 05/02/1996, Bates Stamped B01815-01816 | | |
| | Information NR. 14/96 M1, New Rotax poster and data sheets, dated 04/22/1996, Bates Stamped B01817-01818 | | |
| | Information NR. 16/96 M1, Service Information 3 UL 96 and 4 UL 96, dated 04/22/1996, Bates Stamped B01819-01823 | | |
| | Information NR. 15/96 M1, Preheating box for Rotax 912 (series), dated 04/22/1996, Bates Stamped B01824-01825 | | |
| | Information NR. 11/96 M1, Service Information 2 UL 96-D/E, dated 04/04/1996, Bates Stamped B01826-01828 | | |
| | Information NR. 13/96 M1, Service Information 8 UL 95-D/E Rev. 1, dated 04/04/1996, Bates Stamped B01829-01833 | | |
| | Information NR. 12/96 M1, Technical Bulletin No. 912-11 D/E, dated 03/20/1996, Bates Stamped B01834 | | |
| | Information NR. 11/96 M1, Service Information 2 UL 96-D/E, dated 04/04/1996, Bates Stamped B01835-01836 | | |
| | Information NR. 12/96 M1, Technical Bulletin No. 912-11 D/E, dated 03/20/1996, Bates Stamped B01837-01838 | | |
| | Information NR. 02/96 M1, Exchange parts according to TB 912-05 Rev. 1 Engine overhaul prices, dated 03/05/1996, Bates Stamped B01839-01846 | | |

443875.1

| | | | |
|---|---|---|---|
| | Information NR. 09/96 M1, Return shipment to Bombardier-Rotax, dated 03/05/1996, Bates Stamped B01847-01848 | | |
| | Information NR. 10/96 M1, Retro-fit kit carburetor support for Rotax 912 (series), dated 03/05/1996, Bates Stamped B01849-01854 | | |
| | Information NR. 08/96 M1, Retro-fit kit fuel pump thread connection for Rotax 912 UL (series) and 912A (series), dated 03/04/1996, Bates Stamped B01855-01856 | | |
| | Information NR. 01/96 M1, Woodward governor A 210 786, Rotax part no. 886 730, dated 02/23/1996, Bates Stamped B01857-01858 | | |
| | Information NR. 06/96 M1, Spare parts list for Rotax 912 UL, dated 02/23/1996, Bates Stamped B01859-01862 | | |
| | Information NR. 04/96 M1, Rotax distribution partners, dated 02/13/1996, Bates Stamped B01863 | | |
| | Information NR. 05/96 M1, Prist List UL-V/96/e, dated 02/12/1996, Bates Stamped B01864 | | |
| | Information NR. 03/96 M1, Advertising Media from Bombardier-Rotax, dated 02/12/1996, Bates Stamped B01865 | | |
| | Information NR. 63/97 M1, Manual for Rotax-engine type 501 and Technical Bulletin No. 505-07, November 1997, dated 12/17/1997, Bates Stamped B01866-01867 | | |
| | Information NR. 62/97 M1, Service Information 16 UL 97-D/E rev. 1, December 1997, dated 12/17/1997, Bates Stamped B01868-01869 | | |
| | Information NR. 61/97 M1, Service Information 15 UL 97-D/E rev. 1, December 1997, dated 12/17/1997, Bates Stamped B01870 | | |
| | Information NR. 60/97 M1, Service Information | | |

443875.1

| | | | |
|---|---|---|---|
| | 19UL 97-D/E, dated 12/17/1997, Bates Stamped B01871-01872 | | |
| | Information NR. 59/97 M1, Service Information 13UL 97-D/E dated 12/17/1997, Bates Stamped B01873 | | |
| | Information NR. 55/97 M1, Rotax sales prices for aircraft engines as well as accessories and spare parts valid as of 1st January, 1998, dated 12/09/1997, Bates Stamped B01874-01876 | | |
| | Information NR. 63/97 M1, Service Information 11UL 97-D/E, dated 12/01/1997, Bates Stamped B01877-01879 | | |
| | Information NR. 56/97 M1, Rotax drawings on CD-ROM, dated 11/27/1997, Bates Stamped B01980-01881 | | |
| | Information NR. 57/97 M1, Preview 98/99, dated 11/27/1997, Bates Stamped B01882-01884 | | |
| | Information NR. 54/97 M1, oil radiator, dated 11/25/1997, Bates Stamped B01885-01886 | | |
| | Information NR. 53/97 M1, Service Information 17UL 97-D/E, dated 11/25/1997, Bates Stamped B01887-01890 | | |
| | Information NR. 52/97 M1, Service Information 22UL 97-D/E, dated 11/24/1997, Bates Stamped B01891-01892 | | |
| | Information NR. 51/97 M1, Service Information 2UL 97-D/E, dated 11/4/1997, Bates Stamped B01893-01894 | | |
| | Information NR. 49/97 M1, Questionnaire Customer Satisfaction, dated 11/13/1997, Bates Stamped B01895 | | |
| | Information NR. 50/97 M1, Delivery of Rotax products, dated 11/13/1997, Bates Stamped B01896-01897 | | |
| | Information NR. 49/97 M1, Questionnaire Customer Satisfaction, dated 11/13/1997, Bates Stamped B01898 | | |
| | Information NR. 46/97 M1, Engine overhaul prices Exchange parts according to TB 912-05 Rev. 2, | | |

- 13 -

| | | | |
|---|---|---|---|
| | dated 11/10/1997, Bates Stamped B01901-01916 | | |
| | Information NR. 48/97 M1, Rotax 912/914 training from February 11th to 13th, 1998 at the training center St. Magdalena in Linz, dated 11/05/1997, Bates Stamped B01917-01920 | | |
| | Information NR. 43/97 M1, Service Information 20 UL 97-D/E User's Guide for FLYdat, dated 10/31/1997, Bates Stamped B01921-01923 | | |
| | Information NR. 47/97 M1, Flat Rate Time Schedule for Rotax 912 and Rotax 914, dated 10/31/1997, Bates Stamped B01924 | | |
| | Information NR. 45/97 M1, Information No. 09/97 M1 dated 03 04 Exchange program of cam shaft 837 193 dated 10/30/1997, Bates Stamped B01925-01926 | | |
| | Information NR. 47/97 M1, Flat Rate Time Schedule for Rotax 912 and Rotax 914, dated 10/31/1997,. Bates Stamped B01927-01930 | | |
| | Information NR. 43/97 M1, Service Information 20 UL 97-D/E User's Guide for FLYdat, dated 10/31/1997, Bates Stamped B01931-01934 | | |
| | Information NR. 44/97 M1, 15 UL 97-D/E, dated 10/31/1997, Bates Stamped B01935-01936 | | |
| | Information NR. 42/97 M1, Distribution of Rotax Information, dated 10/30/1997, Bates Stamped B01941 | | |
| | Information NR. 41/97 M1, Technical Bulletin No. 912-20, dated 10/03/1997, Bates Stamped B01942-01945 | | |
| | Information NR. 40/97 M1, Technical Bulletin No. 914-04 Airworthiness Directive No. 90, dated 10/03/1997, Bates Stamped B01946-01953 | | |
| | Information NR. 39/97 M1, Service Information 6 UL 97-D/E, dated 10/01/1997, Bates Stamped B01954-01958 | | |
| | Information NR. 02/98 M1, Rotax spare parts list valid as of January 1st, 1998, dated 01/12/1998, Bates Stamped B01961 | | |
| | Information NR. 03/98 M1, Service Information 14 UL 97-D/E, dated 01/19/1998, Bates Stamped B01962-01964 | | |
| | Information NR. 04/98 M1, Service Information 01 UL 98-D/E, dated 01/20/1998, Bates Stamped B01965-01967 | | |
| | Information NR. 05/98 M1, Service Information 18 UL 97-D/E, dated 09/05/1998, Bates Stamped | | |

- 14 -

| | | | |
|---|---|---|---|
| | B01968-01971 | | |
| | Information NR. 07/98 M1, Service Information 11UL 96-D/E dated 01/26/1998, Bates Stamped B01972-01973 | | |
| | Information NR. 08/98 AC, Aircraft Engines Center, dated 02/09/1998, Bates Stamped B01974-01977 | | |
| | Information NR. 09/98 M1, Technical Bulletin 912-20 Revision 1 Service Information 1 UL 98-D/E Revision 1, dated 02/10/1998, Bates Stamped B01978-01982 | | |
| | Information NR. 10/98 M1, Time Schedule dated 02/18/1998, Bates Stamped B01983-01984 | | |
| | Information NR. 11/98 M1, Manual for ROTAX engine type 275, dated 02/18/1998, Bates Stamped B01985-01986 | | |
| | Information NR. 12/98 M1, Confirmation of Receipt Service Information/Technical Bulletin, dated 02/25/1998, Bates Stamped B01987-01989 | | |
| | Information NR. 13/98 M1, Airworthiness Directive No. 94/1, dated 02/24/1998, Bates Stamped B01990-01991 | | |
| | Information NR. 14/98 M1, Cancellation, dated 02/24/1998, Bates Stamped B01992-01993 | | |
| | Information NR. 15/98 M1, Service Information 18 UL 97 R1-D/E, dated 03/10/1998, Bates Stamped B01994-01995 | | |
| | Information NR. 16/98 M1, 14 UL 97 R1-D/E, dated 03/10/1998, Bates Stamped B01996-01997 | | |
| | Information NR. 17/98 M1, Service Information 25 UL 97-D/E, dated 03/10/1998, Bates Stamped B01998-01999 | | |
| | Information NR. 01/98 M1, Service Information 9 UL 96-D/E, dated 03/12/1998, Bates Stamped B02000-02002 | | |
| | Circular letter cover page dated 04/20/1998 Information NR. 19/98 M1, Usage of Rotax Aircraft Engines logo, Bates Stamped B02003-02006 | | |
| | Circular letter cover page dated 05/25/1998 Information NR. 20/98 AC Technical Bulletin 912-23, Bates Stamped B02007-02009 | | |
| | Circular letter cover page dated 05/25/1998 Information NR. 21/98 M1, Technical Bulletin No. 535-07, Bates Stamped B02010-02011 | | |
| | Circular letter cover page dated 06/03/1998 | | |

| | | | |
|---|---|---|---|
| | Information NR. 22/98 AC Annual vacation of Bombardier-Rotax, Bates Stamped B02012-02013 | | |
| | Circular letter cover page dated 06/08/1998 Information NR. 23/98 AC Technical Bulletin 914-07 Service Information 2 UL 98-D/E, Bates Stamped B02014-02018 | | |
| | Circular letter cover page dated 06/08/1998 Information NR. 24/98 AC Technical Bulletin 914-08 Service Information 4 UL 98-D/E, Bates Stamped B02019-02022 | | |
| | Circular letter cover page dated 07/02/1998 Information NR. 25/98 AC, Service Information 5 UL 98-D/E 2, Bates Stamped B02023-02025 | | |
| | Circular letter cover page dated 07/02/1998 Information AC NR. 26/98 AC Airworthiness Directive No. 95, Bates Stamped B02026-02027 | | |
| | Circular letter cover page dated 07/01/1998 Information AC NR. 27/98 AC Technical Bulletin No. 914-08, Bates Stamped B02028-02030 | | |
| | Circular letter cover page dated 08/21/1998 Information NR. 28/98 Overhaul Manual for ROTAX engine type 912 F(series), Bates Stamped B02031-02034 | | |
| | Circular letter cover page dated 08/24/1998 Information NR. 29/98 AC Service Information 26 UL 97-D/E, Bates Stamped B02035-02036 | | |
| | Circular letter cover page dated 08/24/1998 Information NR. 00/98 AC Technical Bulletin No. 914-05, Bates Stamped B02037-02038 | | |
| | Circular letter cover page dated 08/24/1998 Information NR. 31/98 AC New pricing for ROTAX engines, spare parts and accessories, Bates Stamped B02039-02040 | | |
| | Circular letter cover page dated 09/03/1998 Information NR. 32/98 Service Information 3 UL 98-D/E, Bates Stamped B02041-02042 | | |
| | Circular letter cover page dated 05/25/1998 Information NR. 33/98 Ac Rotax aircraft engines, Bates Stamped B02043-02044 | | |
| | Circular letter cover page dated 10/05/1998 Information NR. 34/98 AC Technical Bulletin 914-12, Sept. 1998, Bates Stamped B02045-02046 | | |
| | Circular letter cover page dated 10/16/1998 Information NR. 35/98 Rotax 503 UL DCDI, Bates Stamped B02047-02049 | | |
| | Circular letter cover page dated 10/16/1998 | | |

443875.1

| | | | |
|---|---|---|---|
| | Information NR. 36/98 AC Service Information 08 UL 98-D/E, Bates Stamped B02050-02051 | | |
| | Circular letter cover page dated 11/02/1998 Information NR. 37/98 AC Service Information 27 UL 98-D/E, Bates Stamped B02052-02053 | | |
| | Circular letter cover page dated 11/02/1998 Information NR. 38/98 AC Service Information 15 UL 98-D/E-R2, Bates Stamped B02054-02055 | | |
| | Circular letter cover page dated 11/02/1998 Information NR. 39/98 AC Service Information 21 UL 97-D/E, Bates Stamped B02056-02057 | | |
| | Circular letter cover page dated 11/06/1998 Information NR. 40/98 Exchange pages of the Maintenance Manual for Rotax 914F, Bates Stamped B02058-02059 | | |
| | Circular letter cover page dated 11/06/1998 Information NR. 41/98 AC Technical Bulletins in regard to Installation of a propeller governor-ROTAX 9121A/F and 914 F, Bates Stamped B02060-02061 | | |
| | Circular letter cover page dated 11/18/1998 Information NR. 42/98 Date line for exchange action, Bates Stamped B02063-02064 | | |
| | Circular letter cover page dated 11/18/1998 Information NR. 43/98 AC Preview 99/00, Bates Stamped B02065-02067 | | |
| | Circular letter cover page dated 11/18/1998 Information NR. 44/98 AC Rotax Aircraft Engines training from March 10th to 12th, 1999, Bates Stamped B02068-02073 | | |
| | Circular letter cover page dated 12/04/1998 Information NR. 45/98 AC Market introduction of ROTAX 912 ULS/912 S, Bates Stamped B02074-02084 | | |
| | Circular letter cover page dated 12/14/1998 Information NR. 46/98 AC Rotax sales prices for aircraft engines as well as accessories and spare parts valid as of 1st January 1999, Bates Stamped B02085-02089 | | |
| | Circular letter cover page dated 12/14/1998 Information NR. 47/98 AC cost for engine overhaul in ATS and EURO valid as of January 1st, 1999, Bates Stamped B02104-02105 | | |
| | Circular letter cover page dated 01/15/1999 Information NR. 01/99 Service Information 18 UL 97-D/E, Bates Stamped B02106-02107 | | |

443875.1

| | | | |
|---|---|---|---|
| | Circular letter cover page dated 01/15/1999 Information NR. 02/99 Service Information 04 UL 97-D/E, Bates Stamped B02108-02109 | | |
| | Circular letter cover page dated 01/15/1999 Information NR. 03/99 Rotax participation in exhibitions, Bates Stamped B02110-02112 | | |
| | Circular letter cover page dated 01/27/1999 Information No. 04/99 AC Service Information 3 UL 97 R1-D/E, Bates Stamped B02112-02114 | | |
| | Circular letter cover page dated 01/29/1999 Information No. 05/99 AC Questionnaire Customer Satisfaction, Bates Stamped B02115-02116 | | |
| | Circular letter cover page dated 01/29/1999 Information No. 06/99 AC. Service Information 08 UL 98 R1-D/E, Bates Stamped B02117-02118 | | |
| | Circular letter cover page dated 01/29/1999 Information No. 07/99 AC Service Information 03 UL 99 D/E, Bates Stamped B02119-02120 | | |
| | Circular letter cover page dated 01/29/1999 Information No. 08/99 AC.  Service Information 07 UL 95 R1-D/E, Bates Stamped B02121-02122 | | |
| | Circular letter cover page dated 01/29/1999 Information No. 09/99 AC Service Information 06 UL 99 D/E, Bates Stamped B02123-02124 | | |
| | Circular letter cover page dated 02/15/1999 Information No. 10/99 AC Technical Bulletin NO. 535-07r1, Jan. 1999/Technical Bulletin No. 505-08, Jan. 1999, Bates Stamped B02125-02127 | | |
| | Circular letter cover page dated 03/08/1999 Information No. 11A/99 AC Service Bulletin SB-912 026 /E/SB-914 014/E rev.1, Bates Stamped B02128-02132 | | |
| | Circular letter cover page dated 03/12/1999 Information No. 11B/99 AC Service Bulletin SB-912 026 /E/SB-914 014/E rev.2, Bates Stamped B02133-02137 | | |
| | Circular letter cover page dated 03/23/1999 Appendix to Information No. 11B/99 AC Listing of all affected engines of each distributor, Bates Stamped B02138-02144 | | |
| | Circular letter cover page dated 03/08/1999 Information No. 11A/99 AC Service Bulletin SB-912 026 /E/SB-914 014/E rev.1 , Bates Stamped B02145-02148 | | |
| | Circular letter cover page dated 03/08/1999 Information No. 12/99 AC Illustrated parts catalog | | |

443875.1

| | | | |
|---|---|---|---|
| | Rotax 912/914 (series), Bates Stamped B02149-02151 | | |
| | Circular letter cover page dated 03/08/1999 Information No. 13/99 AC Market introduction Rotax 582 UL DCDI Mod. 99, Bates Stamped B02152-02157 | | |
| | Circular letter cover page dated 03/17/1999 Information No. 14/99 AC Warranty policy for Woodward components, Bates Stamped B02158-02159 | | |
| | Circular letter cover page dated 05/10/1999 Information No. 15/99 AC, Bates Stamped B02160-02161 | | |
| | Circular letter cover page dated 10/07/1999 Information No. 16/99 AC New turbo control unit (TCU), Bates Stamped B02162-02169 | | |
| | Circular letter cover page dated 10/20/1999 Information No. 17/99 AC Pro-rata warranty extension program-rotary valve shaft sealing, Bates Stamped B02170-02174 | | |
| | Circular letter cover page dated 06/01/1999 Information No. 18/99 AC Sales campaign for Woodward governor, Bates Stamped B02175-02176 | | |
| | Circular letter cover page dated 06/23/1999 Information No. 19/99 ACNew advertising media Rotax Aircraft Engines, Bates Stamped B02177-02178 | | |
| | Circular letter cover page dated 06/01/1999 Information No. 20/99 AC New pricing for Rotax engines, spare parts and accessories, Bates Stamped B02179-02180 | | |
| | Circular letter cover page dated 05/18/1999 Information No. 21/99 AC Annual vacation of Bombardier-Rotax GmbH, Bates Stamped B02181-02183 | | |
| | Circular letter cover page dated 03/23/1999 Information No. 22/99 AC, Bates Stamped B02184-02185 | | |
| | Circular letter cover page dated 06/21/1999 Information No. 23/99 Rotax Webpage, Bates Stamped B02186-02191 | | |
| | Circular letter cover page dated 06/01/1999 Information No. 24/99 AC JAR-145/FAR 145 Approval (or equal), Bates Stamped B02192-02193 | | |
| | Circular letter cover page dated 06/20/1999 | | |

443875.1

| | | | |
|---|---|---|---|
| | Information No. 25/99 AC Service Instruction SI-914-003, Bates Stamped B02194-02195 | | |
| | Circular letter cover page dated 06/21/1999 Information No. 26/99 AC Technical Bulletin No. 912-12 R1, Bates Stamped B02196-02197 | | |
| | Circular letter cover page dated 07/23/1999 Information No. 28/99 AC re: Service letters, Bates Stamped B002198-02200 | | |
| | Circular letter cover page dated 07/23/1999 Information No. 29/99 AC Documentation Rotax 2-stroke engines, Bates Stamped B02201-02205 | | |
| | Circular letter cover page dated 10/20/1999 Information No. 29/99 AC Documentation Rotax 2-stroke engines Bates Stamped B02206-02209 | | |
| | Circular letter cover page dated 07/23/1999 Information No. 30/99 AC Illustrated parts catalog Rotax 912/914 Series Edition: 07 1999, Revision 1, Bates Stamped B02210-02212 | | |
| | Circular letter cover page dated 07/23/1999 Information No. 31/99 AC Annually/Vendor/Supplier Evaluation, Bates Stamped B02213-02214 | | |
| | Circular letter cover page dated 08/23/1999 Information No. 32/99 AC Service Instruction, Bates Stamped B02215-02216 | | |
| | Circular letter cover page dated 12/07/1999 Information No. 34/99 AC re: fuel pumps, Bates Stamped B02217-02218 | | |
| | Circular letter cover page dated 07/23/1999 Information No. 28/99 AC Rotax sales prices for ROTAX engines, spare parts and accessories (valid as of 1st January, 2000), Bates Stamped B02219-02223 | | |
| | Circular letter cover page dated 11/16/1999 Information No. 36/99 AC Rotax 2 and 4 stroke training, Bates Stamped B02224-02226 | | |
| | Circular letter cover page dated 12/07/1999 Information No. 37/99 AC re: User's Guide; Service letter/Bulletin, Bates Stamped B02230-02233 | | |
| | Circular letter cover page dated 01/20/2000 Information No. 01/00 AC Deadline for exchange actions, Bates Stamped B02234-02235 | | |
| | Circular letter cover page dated 01/20/2000 Information No. 02/00 AC re: service letter, Bates Stamped B02236-02237 | | |

| | | | |
|---|---|---|---|
| | Circular letter cover page dated 07/20/2000 Information No. 03A/00 AC Extension for Rotax aircraft engines, Bates Stamped B02238-02240 | | |
| | Circular letter cover page dated 03/06/2000 Information No. 03/00 AC Extension for Rotax aircraft engines, Bates Stamped B02241-02243 | | |
| | Circular letter cover page dated 02/03/2000 Information No. 04/00 AC Illustrated parts catalog ROTAX 582 UL DCDI, mod. 90/99, Bates Stamped B002244-02246 | | |
| | Circular letter cover page dated 02/01/2000 Information No. 05/00 AC Preview 2000/01, Bates Stamped B02247-02249 | | |
| | Circular letter cover page dated 02/03/2000 Information No. 06/00 AC Questionnaire Customer Satisfaction, Bates Stamped B02250-02251 | | |
| | Circular letter cover page dated 02/14/2000 Information No. 08/00 AC Service Instruction SI-912-005/SI-914-007/SI-25-1997, Bates Stamped B02252-02253 | | |
| | Circular letter cover page dated 02/14/2000 Information No. 09/00 AC Service Bulletin SB-912-026/SB-914-014 rev. 3, Bates Stamped B02254-02256 | | |
| | Circular letter cover page dated 02/18/2000 Information No. 10/00 AC Change of gear box/engine mount attachment points, Bates Stamped B02257-02258 | | |
| | Circular letter cover page dated 02/21/2000 Information No. 11/00 AC ROTAX participation in exhibitions, Bates Stamped B02259-02262 | | |
| | Circular letter cover page dated 02/29/2000 Information No. 12/00 AC Service Bulletin SB-912-027/SB-914-010 rev. 1, Bates Stamped B02263-02265 | | |
| | Circular letter cover page dated 02/29/2000 Information No. 13/00 AC, Change of Oil Filter size, Bates Stamped B02266-02267 | | |
| | Circular letter cover page dated 04/01/2000 Information No. 14/00 AC Validation of Austrian Type Certificates 912/914, Bates Stamped B02268-02269 | | |
| | Circular letter cover page dated 03/31/2000 Information No. 15/00 AC Service Bulletin SB-912-011, Rev.1, Bates Stamped B02270-02271 | | |
| | Circular letter cover page dated 04/18/2000 | | |

443875.1

| | | | |
|---|---|---|---|
| | Information No. 16/00 AC Change of expansion tank, Bates Stamped B02272-02273 | | |
| | Circular letter cover page dated 04/27/2000 Information No. 17/00 AC Price lists for general engine overhaul, Bates Stamped B02274-02277 | | |
| | Circular letter cover page dated 05/09/2000 Information No. 18/00 AC re: service instructions, Bates Stamped B002278-02279 | | |
| | Circular letter cover page dated 05/29/2000 Information No. 19/00 AC re: change of gear box; oil filter size; expansion tank, Bates Stamped B02280-02281 | | |
| | Circular letter cover page dated 05/29/2000 Information No. 20/00 AC Special offer ROTAX 912 A3, Bates Stamped B02282-02284 | | |
| | Circular letter cover page dated 05/30/2000 Information No. 21/00 AC Annual vacation of BOMBARDIER-ROTAX GmbH, Bates Stamped B02285-02287 | | |
| | Circular letter cover page dated 05/30/2000 Information No. 22/00 AC Price increases, Bates Stamped B02288-02289 | | |
| | Circular letter cover page dated 06/16/2000 Information No. 23/00 AC re: service letter SL-912-007, May 2000, rev. 0, Bates Stamped B02290-02291 | | |
| | Circular letter cover page dated 06/16/2000 Information No. 24/00 AC re: S.C.D.I., Bates Stamped B02292-02293 | | |
| | Circular letter cover page dated 07/03/2000 Information No. 25/00 AC Shipments to Bombardier-Rotax GmbH, Bates Stamped B02294-02296 | | |
| | Circular letter cover page dated 07/14/2000 Information No. 26/00 AC Deadline for exchange actions, Bates Stamped B02297-02298 | | |
| | Circular letter cover page dated 07/14/2000 Information No. 27/00 AC re: service information, Bates Stamped B02099-02301 | | |
| | Circular letter cover page dated 07/21/2000 Information No. 27a/00 AC re: service letter/information, Bates Stamped B02302-02304 | | |
| | Circular letter cover page dated 07/18/2000 Information No. 28/00 AC Rotax 447 UL SCDI with reduction gear box C and E, Bates Stamped B02305-02306 | | |

443875.1

| | | | | |
|---|---|---|---|---|
| | Circular letter cover page dated 07/21/2000 Information No. 29/00 AC re: alert service bulletin, B02307-02308 | | |
| | Circular letter cover page dated 08/29/2000 Information No. 30/00 AC New pricing for Rotax engines, spare parts and accessories, B02309-02310 | | |
| | Circular letter cover page dated 08/30/2000 Information No. 31/00 AC Preview 2001/02, Bates Stamped B02311-02313 | | |
| | Circular letter cover page dated 09/26/2000 Information No. 32/00 AC Rotax 2 and 4 stroke training from April 23-26, 2001, Bates Stamped B02314-02316 | | |
| | Circular letter cover page dated 09/27/2000 Information No. 33/00 AC Annual winter vacation of Bombardier-Rotax, Bates Stamped B02317-02318 | | |
| | Circular letter cover page dated 10/02/2000 Information No. 34/00 AC Rotax 618 UL DCDI, Bates Stamped B02319-02320 | | |
| | Circular letter cover page dated 09/29/2000 Information No. 35/00 AC Preview 2001/02, Bates Stamped B02321-02323 | | |
| | Circular letter cover page dated 09/29/2000 Information No. 36/00 Rotax sales prices for engines, accessories and spare parts (valid as of 1st January 2001), Bates Stamped B02324-02327 | | |
| | Circular letter cover page dated 10/23/2000 Information No. 36/00 AC ROTAX sales prices for engines, accessories and spare parts (valid as of 1st January 2001), Bates Stamped B02328-02331 | | |
| | Circular letter cover page dated 12/20/2000 Information No. 37/00 AC Illustrated parts catalog Rotax 447 UL DCDI, 503 UL SCDI, 582 UL DCDI, Bates Stamped B002332-02337 | | |
| | Circular letter cover page dated 01/26/2001 Information No. 01/01 AC re: service bulletin no. SB-914-015, Bates Stamped B02338-02339 | | |
| | Circular letter cover page dated 02/12/2001 Information No. 02/01 AC re: new bank account, Bates Stamped B02340-02341 | | |
| | Circular letter cover page dated 03/07/2001 Information No. 03/01 AC, Bates Stamped B02342 | | |
| | Circular letter cover page dated 03/13/2001 Information No. 03A/01 AC Service Bulletin SB-912 022/SB-914 011; Service Bulletin SB-912 | | |

443875.1

| | | |
|---|---|---|
| 022UL/SB-914 011UL, Bates Stamped B02343-02357 | | |
| Circular letter cover page dated 03/21/2001 Information No. 04/01 AC Change to EURO, Bates Stamped B02358-02359 | | |
| Circular letter cover page dated 05/09/2001 Information No. 05/01 AC Service Bulletin SB-912 028/SB-914 016; Service Bulletin SB-912 028UL/SB-914 016UL, Bates Stamped B02360-02363 | | |
| Circular letter cover page dated 05/09/2001 Information No. 06/01 AC Service Bulletin SB-912 029/SB-914 018; Service Bulletin SB-912 029UL/SB-914 018UL, Bates Stamped B02364-02368 | | |
| Circular letter cover page dated 05/09/2001 Information No. 07/01 AC Service Bulletin SB-914 017; Service Bulletin SB-914 017UL, Bates Stamped B02369-02372 | | |
| Circular letter cover page dated 08/24/2001 Information No. 08A/01 AC re: service instruction, Bates Stamped B02373-02375 | | |
| Circular letter cover page dated 08/21/2001 Information No. 08/01 AC re: service instruction, Bates Stamped B02376-02378 | | |
| Circular letter cover page dated 05/22/2001 Information No. 09/01 AC Status Valve Spring Retainer Program, Bates Stamped B02379-02380 | | |
| Circular letter cover page dated 05/31/2001 Information No. 10/01 AC Price increases, Bates Stamped B02381-02384 | | |
| Circular letter cover page dated 06/08/2001 Information No. 11/01 AC Annual vacation of Bombardier-Rotax, Bates Stamped B02385-02387 | | |
| Circular letter cover page dated 06/13/2001 Information No. 12/01 AC FLYdat production shop, Bates Stamped B02388-02389 | | |
| Circular letter cover page dated 07/11/2001 Information No. 13/01 AC Invitation for technical training Rotax 2 and 4 stroke engines, Bates Stamped B02390-02393 | | |
| Circular letter cover page dated 07/10/2001 Information No. 14/01 AC re: service letter/instruction, Bates Stamped B02394-02396 | | |
| Circular letter cover page dated 07/10/2001 Information No. 15/01 AC  Change of electrical | | |

| | | | |
|---|---|---|---|
| | connectors for ROTAX 447 UL and 503 UL, Bates Stamped B02397-02398 | | |
| | Circular letter cover page dated 07/23/2001 Information No. 16/01 AC New pricing for Rotax engines, spare parts and accessories, Bates Stamped B02399-02400 | | |
| | Circular letter cover page dated 08/24/2001 Information No. 17/01 AC re: service bulletin SB-912-030, Bates Stamped B02401-02403 | | |
| | Circular letter cover page dated 09/05/2001 Information No. 18/01 AC re: service instruction SI-912-008 September 2001, initial issue , Bates Stamped B02404-02405 | | |
| | Circular letter cover page dated 09/01/2001 Information No. 19/01 AC Illustrated parts catalog Rotax 912, Bates Stamped B02406-02408 | | |
| | Circular letter cover page dated 09/27/2001 Information No. 20/01 AC  New advertising media Rotax Aircraft Engines, Bates Stamped B02409-02410 | | |
| | Circular letter cover page dated 10/08/2001 Information No. 21/01 AC Rotax sales prices for aircraft engines, accessories and spare parts valid as of 1st January, 2002, Bates Stamped B02411-02414 | | |
| | Circular letter cover page dated 10/08/2001 Information No. 22/01 AC re: service instruction , Bates Stamped B02415-02416 | | |
| | Circular letter cover page dated 10/16/2001 Information No. 23/01 AC Service Bulletin SB-912-031; Service Bulletin SB-912-031UL, Bates Stamped B02417-02420 | | |
| | Circular letter cover page dated 10/24/2001 Information No. 24/01 AC Preview 2002/03, Bates Stamped B02421-02423 | | |
| | Circular letter cover page dated 10/31/2001 Information No. 25/01 AC Service Bulletin SB-912-032; Service Bulletin SB-912-032UL, BatesStamped B02424-02432 | | |
| | Circular letter cover page dated 11/16/2001 Information No. 26/01 AC ROTAX sales prices for spare parts (valid as of 2002 01 01) , Bates Stamped B02433-02435 | | |
| | Circular letter cover page dated 11/23/2001 Information No. 27/01 AC Limitation of the storage period of rubber products in the ware-housing of replacement parts, Bates Stamped B02436-02440 | | |

| | | | |
|---|---|---|---|
| | Circular letter cover page dated 12/04/2001 Information No. 28/01 AC Spare part ordering system, Bates Stamped B02441-02448 | | |
| | Circular letter cover page dated 12/07/2001 Information No. 29/01 AC Electronic forms, Bates Stamped B02449-02452 | | |
| | Circular letter cover page dated 12/10/2001 Information No. 30/01 AC re: service bulletin SB-912-029, Bates Stamped B02453-02455 | | |
| | Circular letter cover page dated 12/14/2001 Information No. 31/01 AC Non certified/certified ROTAX engines, Bate Stamped B02456-02458 | | |
| | Circular letter cover page dated 12/14/2001 Information No. 32/01 AC engine data sheets, Bates Stamped B02459-02460 | | |
| | Circular letter cover page dated 12/21/2001 Information No. 33/01 AC Service Bulletin SB-2ST-001, Bates Stamped B02461-02468 | | |
| | Circular letter cover page dated 12/21/2001 Information No. 34/01 AC re: service instruction SI-2ST-004, December 2001, Initial issue, Bates Stamped B02469-02470 | | |
| | | | |
| | Circular letter cover page dated 06/15/2004 Information No. 17/04 AC re: service instructions to distributor, Bates Stamped B02730-02731 | | |
| | Circular letter cover page dated 06/22/2004 Information No. 18/04 AC Richard Scharmann letter to distributors advising resigning and successor is Michael Wagner, Bates Stamped B02732-02733 | | |
| | Circular letter cover page dated 07/02/2004 Information No. 17/04 AC Change to the gearbox cover for ROTAX 912/914 series, Bates Stamped B02734-02735 | | |
| | Circular letter cover page dated 07/05/2004 Information No. 20/04 AC New Flydat, Bates Stamped B02736-02739 | | |
| | Circular letter cover page dated 08/27/2004 Information No. 21/04 AC re: distributor service instruction SI-18-1997 R5, September 2004, Rev. 5, Bates Stamped B02740-02741 | | |
| | Circular letter cover page dated 09/27/2004 Information No. 22/04 AC re: service bulletins/revised pages for installation and operators' manuals, Bates Stamped B02742-02745 | | |

443875.1

| | | | |
|---|---|---|---|
| | Circular letter cover page dated 10/08/2004 Information No. 23/04 AC  Alert service bulletin ASB-912-045/ASB-914-030, October 2004, Initial Issue, Bates Stamped B02746-02747 | | |
| | Circular letter cover page dated 10/11/2004 Information No. 24/04 AC re: service bulletin SB-912-044, October 2004, Initial Issue, Bates Stamped B02748-02749 | | |
| | Circular letter cover page dated 10/11/2004 Information No. 25/04 AC Alert service bulletin ASB-912-045/ASB-914-030, October 2004, rev. 1, Bates Stamped B02750-02751 | | |
| | Circular letter cover page dated 10/12/2004 Information No. 26/04 AC Order forms/New configuration detail, Bates Stamped B02752-02753 | | |
| | Circular letter cover page dated 10/29/2004 Information No. 27/04 AC re: service bulletin SB-914-028, November 8, 2004, Rev. 1, Bates Stamped B02754-02755 | | |
| | Circular letter cover page dated 11/08/2004 Information No. 28/04 AC Approval for Online Sale of Spare Parts, Bates Stamped B02756-02763 | | |
| | Circular letter cover page dated 11/10/2004 Information No. 29/04 AC re: service bulletin SB-912-045/SB 914-030, November 19, 2004-oil filter, Bates Stamped B02764-02768 | | |
| | Circular letter cover page dated 11/08/2004 Information No. 30/04 AC Rotax sales prices for aircraft engines, accessories and spare parts (valid as of January 1st 2005), Bates Stamped B02769-02774 | | |
| | Circular letter cover page dated 11/23/2004 Information No. 31/04 AC List of countries with bilateral agreements with the US, for delivering into the US under the rule of "Light Sport Aircraft", Bates Stamped B02775-02777 | | |
| | Circular letter cover page dated 11/24/2004 Information No. 32/04 Rotax sales prices for (valid as of January 1st 2005), Bates Stamped B02778-02779 | | |
| | Circular letter cover page dated 12/14/2004 Information No. 33/04 Details to the Distributor Assessment System, Bates Stamped B02780-02785 | | |
| | Rotax Repair Manual for Engine Types 462-532-582 UL, Bates Stamped B02906-03075 | | |
| | Service Letter – Documentation for Rotax 2-Stroke | | |

| | | | |
|---|---|---|---|
| | UL engines and certified 2-stroke aircraft engines, Bates Stamped B04152-04153 | | |
| | Operator's Manual Engine Type 582 UL DCDI, Edition: 06 1994, Bates Stamped B04154-04211 | | |
| | warranty claims relating to 582 engines, Bates Stamped B04397-04487 | | |
| | Certificates of Training for Ronveaux, Saunders, and Tucker, Bates Stamped B04494-04500 | | |
| | Service Letter – identifying abnormal vibrations on aircrafts equipped with Rotax engine type 912 S/ULS/ULSFR , Bates Stamped B04561-04568 | | |
| | Service Letter coolant for Rotax 912/914, Bates Stamped B04569-4573 | | |
| | Service Bulletin  Checking or replacement of the exhaust bend on Rotax 914, Bates Stamped B04574-04577 | | |
| | Service Bulletin Inspection for Correct Venting of the Oil System for Rotax 912 and 914, Bates Stamped B04578-04583 | | |
| | Service Bulletin Inspection of the Propeller Gearbox when using lead fuel for Rotax 912/914, Bates Stamped B04584-04586 | | |
| | Service Bulletin Inspection or replacement of the rocker arms and valve push-rods for Rotax 912/914, Bates Stamped B04587-04593 | | |
| | Service Bulletin Installation of reduced noise emission  muffler for Rotax 914F, Bates Stamped B04594-04597 | | |
| | Service Bulletin inspection or replacement of engine suspension frame part. No. 886567, Bates Stamped B04598-04601 | | |
| | Service Bulletin revision of operator's manual for Rotax 912/914, Bates Stamped B04602-04603 | | |
| | Service Bulletin modifications of the overflow bottle for Rotax 912/914, Bates Stamped B04604-04607 | | |
| | Service Bulletin extension of time between overhauls for Rotax 912/914, Bates Stamped B04608-04613 | | |
| | Service Bulletin introduction of a new oil dipstick for Rotax 912/914, Bates Stamped B04614-04617 | | |
| | Service Bulletin installation of an electric starter with enhanced power for Rotax 912-914, Bates Stamped B04618-04621 | | |
| | Service Bulletin checking of the crankcase on Rotax 912/914, Bates Stamped B04622-04626 | | |

| | | | |
|---|---|---|---|
| | Service Bulletin inspection for exhaust muffler part no. 979402/979404, Bates Stamped B04631-04634 | | |
| | Service Bulletin checking of the engine in case of excessive propeller backlash, Bates Stamped B04635-04638 | | |
| | Service Bulletin change of coolant specification, Bates Stamped B04639-04643 | | |
| | Service Bulletin use of the Rotax supplied airbox , Bates Stamped B04644-04648 | | |
| | Service Instruction on Rotax engine 912/914, Bates Stamped B04649-04651 | | |
| | Service Instruction venting of lubrication system for Rotax 912/914, Bates Stamped B04652-04657 | | |
| | Service Instruction replacement of the gasket rings on the adapter of the oil radiator for Rotax, Bates Stamped B04658-04661 | | |
| | Service Instruction introduction of new airbox for Rotax engine 914, Bates Stamped B04662-04667 | | |
| | Service Instruction introduction of a new airbox part no. 667167, Bates Stamped B04668-04674 | | |
| | Service Instruction Standardization of the Ignition unit, Bates Stamped B04675-04684 | | |
| | Service Instruction increase of disk spring pre-tension in the gearbox , Bates Stamped B04685-04687 | | |
| | Service Instruction selection of motor oil and general operating tips, Bates Stamped B04688-04693 | | |
| | Service Instruction running modifications, Bates Stamped B04694-04706 | | |
| | Service Instruction routine modifications of the bing constant depression carburetor, Bates Stamped B04707-04718 | | |
| | Correspondence dated June 30, 2005 in response to Plaintiffs' Notice to Produce and Judge Schiller's conference of June 16, 2005 | | |
| | Theresa Simeone's Answers to Interrogatories | | |
| | Mary Anne Lengyel's Answers to Interrogatories | | |
| | Attachments to Plaintiffs' Answers to Interrogatories | | |
| | Theresa Marie Simeone's deposition taken on June 22, 2005 with all exhibits:<br><br>1-2:  (2) photographs | | |

|  | 3: Interplane Order – March 6, 2000 |  |  |
|  | 4: Release and Waiver |  |  |
|  | 5: Consolidated Freightways Standard Form of Loss |  |  |
|  | 6: Log Book |  |  |
|  | 7: Certificate for Lengyel |  |  |
|  | 8: Operators Manual |  |  |
|  | 9: Skyboy UL Ad |  |  |
|  | 10: Users Manual |  |  |
|  | 11: Release and Waiver |  |  |
|  | 12: Mandarino letter to Simeone |  |  |
|  | 13: Email to Interplane with handwritten notes |  |  |
|  | 14: Consolidated Freightways Bill |  |  |
|  | 15: June 7, 2000 commission check |  |  |
|  | 16-24: (9) photographs |  |  |
|  | 25: Copy of Interplane envelope |  |  |
|  | Mary Anne Lengyel's deposition taken on June 22, 2005 |  |  |
|  | William Losey's deposition taken on June 17, 2005 |  |  |
|  | Terry Lee McCandles' deposition taken on June 21, 2005 |  |  |
|  | Marcus Nathaniel Ruff's deposition taken on June 21, 2005 |  |  |
|  | Joseph Yatsko's deposition taken on June 21, 2005 with all exhibits: |  |  |
|  | 1: Handwritten notes – Preliminary Findings |  |  |
|  | 2 – 2F (7) Photographs |  |  |

| | | | |
|---|---|---|---|
| | 3 – 3Q (18) photographs | | |
| | Ronald Madison's deposition taken on June 30, 2005 | | |
| | Richard Fuess' deposition taken on June 16, 2005 and August 15, 2005 | | |
| | Ben Dawson's deposition taken on August 12, 2005 with all exhibits<br><br>• Interplane Order<br>• Pilot log book<br>• Rotax 528 Oper. Manual<br>• Users Manual<br>• Release and Waiver<br>• Photographs | | |
| | Ralph Mandarino's deposition taken on July 28, 2005 with all exhibits<br><br>1:  Subpoena<br><br>2:  Consolidated Freightways bill<br><br>3:  Dawson ltr to Lengyel 3-25-00<br><br>4:  Consolidated Freightways bill<br><br>5:  June 7, 2000 let. with check<br><br>6:  June 9, 2000 let. to Losey<br><br>7:  email Interplane<br><br>8:  email to Mandarino<br><br>9:  July 23, 2003 let. to Wolk<br><br>10:  email to Kim @Airlaw<br><br>11:  Let. to Mandarino<br><br>12:  email to Kim @Airlaw<br><br>13:  email to Mandarino | | |

443875.1

| | | | |
|---|---|---|---|
| | 14-15:  emails to Kim @Airlaw<br><br>16-17:  emails to Cerski<br><br>18:  let. to Wolk<br><br>19:  Skyboy Ultralight Trainer<br><br>20:  June 7, 200 let. With check<br><br>21:  Release and Waiver<br><br>22:  Mandarino handwritten ltr<br><br>23:  Interplane order - March 6, 2000<br><br>24-31:  copies of checks | | |
| | Josef Furlinger's Deposition taken on December 3, 2004 with all exhibits | | |
| | Josef Furlinger's deposition taken on July 22, 2005 with exhibits:<br><br>1:  Amended Notice to Take Deposition<br><br>2:  Service Information 4UL 87-E, May 1990<br><br>3:  Operators Manual<br><br>4:  Installation Manual<br><br>5:  Maintenance Manual<br><br>6:  Rotax Engine Troubleshooting Sequence<br><br>7:  Service Information 5UL 89 E, Dec. 1989<br><br>8:  Repair Manual<br><br>9:  Photographs<br><br>10:  Service Information 4 UL 94 E, Feb. 1994 | | |
| | Expert Report and Curriculum Vitae of Weldon Garrelts dated July 29, 2005 | | |

443875.1

| | | | |
|---|---|---|---|
| | Photographs taken by Weldon Garrelts on August 5, 2003 | | |
| | Photographs taken by Weldon Garrelts on July 7, 2005 | | |
| | Expert Report and Curriculum Vitae of Kenneth Orloff dated July 29, 2005 | | |
| | Curriculum Vitae of Kas Osterbuhr | | |
| | Photographs taken by Kenneth Orloff on June 28, 2005 | | |
| | Photographs taken by Kenneth Orloff on July 7, 2005 | | |
| | Anglin Aircraft Photographs taken by Kenneth Orloff on July 7, 2005 | | |
| | Photographs taken by Kenneth Orloff on July 12 and 14, 2005 | | |
| | Expert report and Curriculum Vitae of Roger Stalkamp dated July 28, 2005 | | |
| | Photographs taken by Roger Stalkamp at Lockwood Aviation Repair on July 26, 2005 | | |
| | Mark Seader's deposition taken on August 23, 2005 with all exhibits | | |
| | Expert Report and Curriculum Vitae of Mark Seader dated July 15, 2005 | | |
| | Manuel Raefsky's deposition taken on August 24, 2005 with all exhibits:  1-6: (6) articles  7: Invoices  8: Computer disk  9: Report | | |

| | | | |
|---|---|---|---|
| | 10:  Diagram | | |
| | Expert Report and Curriculum Vitae of Manuel Raefsky dated July 12, 2005 | | |
| | Donald Sommer's deposition taken on August 25, 2005 with all exhibits:<br><br>1A-C:  File<br><br>1D:  Airport Diagram<br><br>1E:  File<br><br>2 : dep notebook<br><br>2A:  engine test run schedule<br><br>2B:  7-28-05 LTR<br><br>2C:  6 photos<br><br>2D:  photo<br><br>3:  Handwritten notes<br><br>4:  email<br><br>5A:  tapes 1 & 2, Aug. 5, 2005, Oil Pump test<br><br>6:  tape, Aug. 5, 2005, Fuel pump disassembly<br><br>7A:  tape July 26, 2005, testing 1<br><br>7B : tape July 26, 2005, testing 2<br><br>7C: tape, July 26, 2005, testing 3<br><br>8 :  notes<br><br>9-13:  photographs | | |
| | Expert Report and Curriculum Vitae of Donald Sommer dated July 15, 2005 | | |
| | Supplemental report of Donald Sommer dated August 5, 2005 | | |

| | | | |
|---|---|---|---|
| | Expert Report and Curriculum Vitae of Herbert Newbold dated July 15, 2005 | | |
| | Herbert Newbold's deposition taken on August 26, 2005 with all exhibits:<br><br>1:  file<br><br>1A:  note/analysis<br><br>1B:  Ford Fatal Rotax Ultralight Accidents<br><br>2:  Litigation list | | |
| | Economic Consultant of Albert Simeone prepared by Bunin Associates and  Curriculum Vitae, dated August 11, 2004 | | |
| | Economic Consultant of George Lengyel prepared by Bunin Associates and Curriculum Vitae | | |
| | Any and all Demonstrative Evidence including, but not limited to, charts; diagrams; schematic drawings; exemplar engines; engine components; videotape presenations; compact disk presentations; dvd presentations; posters; photographs; tape recordings; and all evidence which is part of discovery | | |
| | Any and all Charts and Diagrams | | |
| | Any and all videotapes including but not limited to the Plaintiffs' Inspection Videotapes #1 and 2 taken on January 21 & 22, 2002 | | |
| | Jackson Police Videotape taken on July 26, 2000 | | |
| | Accident Scene Photographs taken by Joseph Yatsko of the Newberry Township Police | | |
| | Photographs taken at McSwain Engineering | | |
| | Any and all wreckage from the subject ultralight | | |
| | Any and all photographs obtained through discovery | | |
| | Gobler-Hirthmotoren KG - Information 3203 V | | |

- 35 -

| | | | |
|---|---|---|---|
| | Compact Radial Engines - Instruction and Maintenance Manual MZ 202 | | |
| | Donald Sommer Order of Revocation dated  July 1, 1987 | | |
| | Donald Sommer Substitution of Order of Suspension dated May 24, 1991 | | |
| | Settlement Agreement in the matter of *Busey v. Sommer* | | |
| | Opinion in the matter of *Sommer v. Federal Aviation Administration*, 1994 U.S. App. LEXIS 9479 | | |
| | | | |

**\*Defendant reserves the right to introduce additional exhibits from previously produced discovery if necessitated by developments at trial**

443875.1