## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, Personal | : |
| Representative of the Estate of Albert Francis | : |
| Simeone, Jr., Deceased, and THERESA MARIE | : |
| SIMEONE, In Her Own Right, and | : |
| MARY ANN LENGYEL, Personal | : |
| Representative of the Estate of George Lengyel, | : |
| Deceased, and MARY ANN LENGYEL, | : |
| In Her Own Right, | : |
| | : CIVIL ACTION NO. 02CV4852 |
| Plaintiffs, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| BOMBARDIER-ROTAX GmbH, Individually | : |
| and as a Joint Venture and/or d/b/a Rotax, and | : |
| BOMBARDIER INC., Individually and as a Joint | : |
| Venture and/or d/b/a Rotax, | : |
| | : |
| Defendants. | : |

## VERDICT SHEET

1.   Do you the jury find that the engine or its components in the accident aircraft were defective and a factual cause of the crash that took the life of Albert Francis Simeone?

Yes＿＿＿＿＿＿＿＿        No＿＿＿＿＿＿＿＿

Go to Question 2.

2.   Do you the jury find that either Bombardier-Rotax or Bombardier, Inc. was negligent and its negligence was a factual cause of the accident which took the life of Albert Francis Simeone?

Yes＿＿＿＿＿＿＿＿        No＿＿＿＿＿＿＿＿

If you answered "Yes", go to Question 3.  If you answered "No", go to Question 5.

3.   Do you the jury find that Albert Francis Simeone was negligent in the operation of the aircraft on the day of the accident and that such negligence was a proximate cause of the crash that took his life?

Yes_____        No_____

If you answered "Yes", go to Question 4.  If you answered "No", go to Question 5.

4.  In the event that you have found that both Albert Francis Simeone and Bombardier-Rotax or Bombardier, Inc. were negligent, how do you allocate the negligence between them?

      (a)    Defendants                          _____%

      (b)    Albert Francis Simeone         _____%

The total of (a) and (b) should equal 100%.

Go to Question 5.

5.  Do you the jury find that the Defendants breached an express or implied warranty relating to the Rotax 582 engine and that the breach was a factual cause of the accident which took the life of Albert Francis Simeone?

Yes_____        No_____

Go to Question 6.

6.  If you have answered either question #1, #2, or #5 "yes", how much do you find for the Plaintiffs for the death of Albert Francis Simeone:

$_____

_____          _____
DATE                                                          JURY FOREPERSON