**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, and THERESA MARIE SIMEONE, In Her Own Right, and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In Her Own Right, : : : : : : : : : : | : : : : : : : : : CIVIL ACTION NO. 02CV4852 |
| Plaintiffs, : | : JURY TRIAL DEMANDED |
| v. : | : |
| BOMBARDIER-ROTAX GmbH, Individually and as a Joint Venture and/or d/b/a Rotax, and BOMBARDIER INC., Individually and as a Joint Venture and/or d/b/a Rotax, : : : : | : : : : |
| Defendants. : | : |

## **VERDICT SHEET**

1. Do you the jury find that the engine or its components in the accident aircraft were defective and a factual cause of the crash that took the life of George Lengyel?

    Yes_____     No_____

    Go to Question 2.

2. Do you the jury find that either Bombardier-Rotax or Bombardier, Inc. was negligent and its negligence was a factual cause of the accident which took the life of George Lengyel?

    Yes_____     No_____

    If you answered "Yes", go to Question 3. If you answered "No", go to Question 5.

3. Do you the jury find that George Lengyel was negligent in the operation of the aircraft on the day of the accident and that such negligence was a proximate cause of the crash that took his life?

- 2 -

        Yes_____    No_____

    If you answered "Yes", go to Question 4.  If you answered "No", go to Question 5.

4. In the event that you have found that both George Lengyel and Bombardier-Rotax or Bombardier, Inc. were negligent, how do you allocate the negligence between them?

      (a)    Defendants          _____%

      (b)    George Lengyel      _____%

    The total of (a) and (b) should equal 100%.

    Go to Question 5.

5. Do you the jury find that the Defendants breached an express or implied warranty relating to the Rotax 582 engine and that the breach was a factual cause of the accident which took the life of George Lengyel?

        Yes_____    No_____

    Go to Question 6.

6. If you have answered either question #1, #2, or #5 "yes", how much do you find for the Plaintiffs for the death of George Lengyel:

                                                                      $_____

_____                          _____
DATE                                                      JURY FOREPERSON