IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIE SIMEONE, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOMBARDIER-ROTAX GmbH, et al., | : | No. 02-4852 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **12th** day of **October**, **2005**, upon consideration of Plaintiff's Motion in Limine to Exclude Evidence of Interplane USA Waivers/Releases (Document No. 59) and Defendants' response thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**