IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, and THERESA MARIE SIMEONE, In Her Own Right, and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In Her Own Right<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER CORPORATION GmbH, et al.<br><br>Defendants. | : CIVIL ACTION NO. 02CV4852<br>:<br>:<br>: JURY TRIAL DEMANDED<br>: |

**PLAINTIFFS' OBJECTIONS TO
DEFENDANTS BRP-ROTAX GMBH & CO. KG AND BOMBARDIER INC.
PROPOSED TRIAL EXHIBIT LIST**

_____

443875.1

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT | ID | E |
|---|---|---|---|
| D-1 | Initial Disclosure Pursuant to Fed.R.Civ.P. 26 on behalf of Bombardier Inc. | | 402, 403, 802 |
| D-2 | Initial Disclosure Pursuant to Fed.R.Civ.P. 26 on behalf of Bombardier Corporation | | 402, 403. 802 |
| D-3 | Amended Initial Disclosure Pursuant to Fed.R.Civ.P. 26 on behalf of Bombardier Corporation | | 402, 403, 802 |
| D-4 | Responses to Plaintiffs' First Request for Production of Documents | | 402, 403, 802 |
| D-5 | The Bombardier-Rotax non-certified aircraft engines limited warranties Bates Stamped 02766-02767 | | |
| D-6 | Flugmotor 582 UL DCDI – engine drawing, Bates Stamped 02768-02769 | | |
| D-7 | Insurance Policy, Bates Stamped 02270-02788 | | 402, 403, 901 |
| D-8 | Audit Checklist, Bates Stamped 02789-02794 | | 402, 403, 802 |
| D-9 | Circular Letter , Rotax check list for engie assembly, control card, Bates Stamped 02795-02800a | | 402, 403 |
| D-10 | Service Information 9 UL 91-E – Installation Instruction for Rotax Ultralight engines, Bates Stamped 02801-02822 | | 402 |
| D-11 | Warranty information received from Rotax Distributors worldwide, Bates Stamped 02823-02929 | | 402, 403, 802 |
| D-12 | Warranty Registration List, Bates Stamped 02930-02937 | | 402 |
| D-13 | Warranty Claim List, Bates Stamped 02938-02942 | | 402, 403, 802 |
| D-14 | Warranty Claims, Bates Stamped 02943-02966 | | 402, 403 |
| D-15 | Sales v. Warranty Claims, Bates Stamped 02967 | | 402, |

|       |                                                                                                                                                  |   |              |
|-------|--------------------------------------------------------------------------------------------------------------------------------------------------|---|--------------|
|       |                                                                                                                                                  |   | 403          |
| D-16  | Service Information 4UL 86/E, dates September 1986, Bates Stamped 02968-02970                                                                    |   |              |
| D-17  | Updated Audit Checklist, Bates Stamped 02971-02977                                                                                               |   | 402, 403     |
| D-18  | Parts List, Bates Stampoed 02978-02987                                                                                                           |   |              |
| D-19  | Warranty Claims, Bates Stamped 02988-03014                                                                                                       |   | 402, 403, 802 |
| D-20  | Documents relating to Warranty Claims, Bates Stamped 03015-03017                                                                                 |   | 402, 403, 802 |
| D-21  | Drawings, Bates Stamped 03018-3020                                                                                                               |   |              |
| D-22  | Rotax Installation Manual for Engine Types, dated May 1, 1999, Bates Stamped B00264-00331                                                        |   | 402, 403, 802 |
| D-23  | Rotax Maintenance Manual for Engine Types, 447 UL SCDI; 503 UL DCDI; 582 UL DCDI Model 99; and 582 UL DCDI Model 90, dated May 1, 1999, Bates Stamped B00332-0391 |   | 402, 403, 802 |
| D-24  | Rotax Operator's Manual for Engine Types, 447 UL SCDI; 503 UL DCDI; 582 UL DCDI Model 99; and 582 UL DCDI Model 90, dated May 1, 1999, Bates Stamped B00392-00459 |   | 402, 403, 802 |
| D-25  | Service Bulletins re: checking / replacing tension springs on exhaust system and modified rotary valve cover, Bates Stamped B00586-00605         |   | 402, 403     |
| D-26  | Service Instructions re: installation instructions and modifications, Bates Stamped B00606-00628                                                 |   | 402, 403     |
| D-27  | Service Information 4UL 87-E, Bates Stamped B00629-00630                                                                                         |   |              |
| D-28  | Service Instructions re: installations of reduction gearbox, Bates Stamped B00724-00743                                                          |   | 402, 403     |
| D-29  | Service Information 14 UL 94, Bates Stamped B00746-00747                                                                                         |   |              |
| D-30  | Complaints filed by Defendants involving Rotax 582 Engine Bates Stamped B00916-01190                                                             |   | 402, 403, 802 |
| D-31  | Assembly Procedure Rotax 582 UL DCDI MOD.                                                                                                        |   | 402,         |

|      |                                                                                                              |   |              |
|------|--------------------------------------------------------------------------------------------------------------|---|--------------|
|      | 99, Bates Stamped B01191-01226                                                                               |   | 403          |
| D-32 | Parts Catalog Bates Stamped B01227-01634                                                                     |   | 402, 403, 802 |
| D-33 | Circular Letters Bates Stamped B01635-02233                                                                  |   | 402, 403     |
| D-34 | Circular Letters Bates Stamped B02234-02785                                                                  |   | 402, 403     |
| D-35 | Rotax Repair Manual for Engine Types 462-532-582 UL, Bates Stamped B02906-03075                              |   |              |
| D-36 | Service Letter – Documentation for Rotax 2-Stroke UL engines and certified 2-stroke aircraft engines, Bates Stamped B04152-04153 |   | 402, 403     |
| D-37 | Operator's Manual Engine Type 582 UL DCDI, Edition: 06 1994, Bates Stamped B04154-04211                      |   |              |
| D-38 | warranty claims relating to 582 engines, Bates Stamped B04397-04487                                          |   | 402, 403, 802 |
| D-39 | Certificates of Training for Ronveaux, Saunders, and Tucker, Bates Stamped B04494-04500                      |   | 402, 403     |
| D-40 | Service Letters re: abnormal vibrations on aircrafts equipped with Rotax engine type 912 and re: collant, Bates Stamped B04561-04573 |   | 402          |
| D-41 | Service Bulletins, Bates Stamped B04574-04648                                                                |   | 402          |
| D-42 | Service Instructions, Bates Stamped B04649-04718                                                             |   | 402, 403, 802 |
| D-43 | Correspondence dated June 30, 2005 in response to Plaintiffs' Notice to Produce and Judge Schiller's conference of June 16, 2005 |   | 402, 403, 802 |
| D-44 | Theresa Simeone's Answers to Interrogatories                                                                 |   | 402, 403, 802 |
| D-45 | Mary Anne Lengyel's Answers to Interrogatories                                                               |   | 402, 403, 802 |
| D-46 | Plaintiffs' Response to Notice to Produce                                                                    |   | 402, 403, 802 |
| D-47 | Plaintiffs' Initial Disclosure Pursuant to Fed.R.Civ.P. 26                                                   |   | 402, 403, 802 |
| D-48 | Attachments to Plaintiffs' Answers to Interrogatories                                                        |   | 402, 403,    |

443875.1

|  |  |  | 802, 901 |
|---|---|---|---|
| D-49 | Theresa Marie Simeone's deposition taken on June 22, 2005 with all exhibits:<br><br>1-2:  (2) photographs<br><br>3:  Interplane Order – March 6, 2000<br><br>4:  Release and Waiver<br><br>5:  Consolidated Freightways Standard Form of Loss<br><br>6:  Log Book<br><br>7:  Certificate for Lengyel<br><br>8:  Operators Manual<br><br>9:  Skyboy UL Ad<br><br>10:  Users Manual<br><br>11:  Release and Waiver<br><br>12:  Mandarino letter to Simeone<br><br>13:  Email to Interplane with handwritten notes<br><br>14:  Consolidated Freightways Bill<br><br>15:  June 7, 2000 commission check<br><br>16-24:  (9) photographs<br><br>25:  Copy of Interplane envelope |  | 402, 403, 802, 901 |
| D-50 | Mary Anne Lengyel's deposition taken on June 22, 2005 |  | 402, 403, 802 |
| D-51 | William Losey's deposition taken on June 17, 2005 |  | 402, 403, 701, 702, 703, 802, |

|      |                                                                                                                                                                                                 |   |                                           |
|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|-------------------------------------------|
|      |                                                                                                                                                                                                 |   | 901                                       |
| D-52 | Terry Lee McCandles' deposition taken on June 21, 2005                                                                                                                                          |   | 402, 403, 802                             |
| D-53 | Marcus Nathaniel Ruff's deposition taken on June 21, 2005                                                                                                                                       |   | 402, 403, 802                             |
| D-54 | Joseph Yatsko's deposition taken on June 21, 2005 with all exhibits:<br><br>1: Handwritten notes – Preliminary Findings<br><br>2 – 2F (7) Photographs<br><br>3 – 3Q (18) photographs             |   | 402, 403, 701, 702, 703, 802, 901         |
| D-55 | Ronald Madison's deposition taken on June 30, 2005                                                                                                                                              |   | 802                                       |
| D-56 | Richard Fuess' deposition taken on June 16, 2005 and August 15, 2005                                                                                                                            |   | 802                                       |
| D-57 | Ben Dawson's deposition taken on August 12, 2005 with all exhibits<br><br>• Interplane Order<br>• Pilot log book<br>• Rotax 528 Oper. Manual<br>• Users Manual<br>• Release and Waiver<br>• Photographs |   | 402, 403, 802, 901                        |
| D-58 | Ralph Mandarino's deposition taken on July 28, 2005 with all exhibits<br><br>1: Subpoena<br><br>2: Consolidated Freightways bill<br><br>3: Dawson ltr to Lengyel 3-25-00<br><br>4: Consolidated Freightways bill<br><br>5: June 7, 2000 let. with check<br><br>6: June 9, 2000 let. to Losey<br><br>7: email Interplane |   | 402, 403, 802, 901                        |

|  |  |  |  |
|---|---|---|---|
|  | 8:  email to Mandarino |  |  |
|  | 9:  July 23, 2003 let. to Wolk |  |  |
|  | 10:  email to Kim @Airlaw |  |  |
|  | 11:  Let. to Mandarino |  |  |
|  | 12:  email to Kim @Airlaw |  |  |
|  | 13:  email to Mandarino |  |  |
|  | 14-15:  emails to Kim @Airlaw |  |  |
|  | 16-17:  emails to Cerski |  |  |
|  | 18:  let. to Wolk |  |  |
|  | 19:  Skyboy Ultralight Trainer |  |  |
|  | 20:  June 7, 200 let. With check |  |  |
|  | 21:  Release and Waiver |  |  |
|  | 22:  Mandarino handwritten ltr |  |  |
|  | 23:  Interplane order - March 6, 2000 |  |  |
|  | 24-31:  copies of checks |  |  |
| D-59 | Josef Furlinger's Deposition taken on December 3, 2004 with all exhibits |  |  |
| D-60 | Josef Furlinger's deposition taken on July 22, 2005 with exhibits: |  |  |
| D-61 | Exhibits to Josef Furlinger's Deposition<br><br>1:  Amended Notice to Take Deposition<br><br>2:  Service Information 4UL 87-E, May 1990<br><br>3:  Operators Manual<br><br>4:  Installation Manual |  |  |

|  |  |  |  |
|---|---|---|---|
|  | 5: Maintenance Manual<br><br>6: Rotax Engine Troubleshooting Sequence<br><br>7: Service Information 5UL 89 E, Dec. 1989<br><br>8: Repair Manual<br><br>9: Photographs<br><br>10: Service Information 4 UL 94 E, Feb. 1994 |  |  |
| D-62 | Expert Report and Curriculum Vitae of Weldon Garrelts dated July 29, 2005 |  | 702, 703, 802 |
| D-63 | Photographs taken by Weldon Garrelts on August 5, 2003 |  | 901 |
| D-64 | Photographs taken by Weldon Garrelts on July 7, 2005 |  | 901 |
| D-65 | Expert Report and Curriculum Vitae of Kenneth Orloff dated July 29, 2005 |  | 702, 703, 802 |
| D-66 | Curriculum Vitae of Kas Osterbuhr |  | 26, 702, 703, 802 |
| D-67 | Photographs taken by Kenneth Orloff on June 28, 2005 |  | 901 |
| D-68 | Photographs taken by Kenneth Orloff on July 7, 2005 |  | 901 |
| D-69 | Anglin Aircraft Photographs taken by Kenneth Orloff on July 7, 2005 |  | 901 |
| D-70 | Photographs taken by Kenneth Orloff on July 12 and 14, 2005 |  | 901 |
| D-71 | Expert report and Curriculum Vitae of Roger Stalkamp dated July 28, 2005 |  | 702, 703, 802 |
| D-72 | Photographs taken by Roger Stalkamp at Lockwood Aviation Repair on July 26, 2005 |  | 901 |

| D-73 | Mark Seader's deposition taken on August 23, 2005 with all exhibits | | 802 |
|---|---|---|---|
| D-74 | Expert Report and Curriculum Vitae of Mark Seader dated July 15, 2005 | | 802 |
| D-75 | Manuel Raefsky's deposition taken on August 24, 2005 with all exhibits:<br><br>1-6:  (6) articles<br><br>7:  Invoices<br><br>8:  Computer disk<br><br>9:  Report<br><br>10:  Diagram | | 802 |
| D-76 | Expert Report and Curriculum Vitae of Manuel Raefsky dated July 12, 2005 | | 802 |
| D-77 | Donald Sommer's deposition taken on August 25, 2005 with all exhibits:<br><br>1A-C:  File<br><br>1D:  Airport Diagram<br><br>1E:  File<br><br>2 : dep notebook<br><br>2A:  engine test run schedule<br><br>2B:  7-28-05 LTR<br><br>2C:  6 photos<br><br>2D:  photo<br><br>3:  Handwritten notes<br><br>4:  email<br><br>5A:  tapes 1 & 2, Aug. 5, 2005, Oil Pump test | | 802 |

443875.1

|  |  |  |  |
|---|---|---|---|
|  | 6: tape, Aug. 5, 2005, Fuel pump disassembly <br><br> 7A: tape July 26, 2005, testing 1 <br><br> 7B : tape July 26, 2005, testing 2 <br><br> 7C: tape, July 26, 2005, testing 3 <br><br> 8 : notes <br><br> 9-13: photographs |  |  |
| D-78 | Expert Report and Curriculum Vitae of Donald Sommer dated July 15, 2005 |  | 802 |
| D-79 | Supplemental report of Donald Sommer dated August 5, 2005 |  |  |
| D-80 | Expert Report and Curriculum Vitae of Herbert Newbold dated July 15, 2005 |  | 802 |
| D-81 | Herbert Newbold's deposition taken on August 26, 2005 with all exhibits: <br><br> 1: file <br> 1A: note/analysis <br><br> 1B: Ford Fatal Rotax Ultralight Accidents <br><br> 2: Litigation list |  | 802 |
| D-82 | Economic Consultant of Albert Simeone prepared by Bunin Associates and Curriculum Vitae, dated August 11, 2004 |  |  |
| D-83 | Economic Consultant of George Lengyel prepared by Bunin Associates and Curriculum Vitae |  |  |
|  | Any and all Demonstrative Evidence including, but not limited to, charts; diagrams; schematic drawings; exemplar engines; engine components; videotape presenations; compact disk presentations; dvd presentations; posters; photographs; tape recordings; and all evidence which is part of discovery |  | 26, 402, 403, 701, 702, 703, 802, 901 |
|  | Any and all Charts and Diagrams |  | 26, 402, 403, |

| | | | |
|---|---|---|---|
| | | | 701, 702, 703, 802, 901 |
| D-84 | Any and all videotapes including but not limited to the Plaintiffs' Inspection Videotapes #1 and 2 taken on January 21 & 22, 2002 | | 402, 403, 701, 702, 703, 802, 901 |
| D-85 | Jackson Police Videotape taken on July 26, 2000 | | 402, 403, 701, 702, 703 802 |
| D-86 | Accident Scene Photographs taken by Joseph Yatsko and any other members of the Jackson Township Police | | 402, 403 |
| D-87 | Photographs taken at McSwain Engineering | | 901 |
| D-88 | Any and all wreckage from the subject ultralight | | |
| D-89 | Any and all photographs obtained through discovery | | 402, 403, 901 |
| D-90 | Gobler-Hirthmotoren KG - Information 3203 V and Compact Radial Engines - Instruction and Maintenance Manual MZ 202 | | 402, 403, 802, 901 |
| D-91 | Donald Sommer Order of Revocation dated July 1, 1987 | | 402, 403, 608, 609 |
| D-92 | Donald Sommer Substitution of Order of Suspension dated May 24, 1991 | | 402, 403, 608, 609 |
| D-93 | Settlement Agreement in the matter of *Busey v. Sommer* | | 402, 403, 608, 609 |
| D-94 | Opinion in the matter of *Sommer v. Federal Aviation Administration*, 1994 U.S. App. LEXIS | | 402, 403, |

- 11 -
443875.1

| | 9479 | | 608, 609 |
|---|---|---|---|

443875.1