IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased , and THERESA MARIE SIMEONE, In her own right, and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In her own right | : : : : : | CIVIL ACTION |
| v. | | |
| BOMBARDIER-ROTAX GmbH, Individually and as a Joint Venture and/or d/b/a Rotax, and BOMBARDIER INC., Individually and as a Joint Venture and/or d/b/a Rotax | : | NO. 02-CV-4852 |

## CIVIL JUDGMENT

Before the Honorable Berle M. Schiller

      AND NOW, this 24th day of October, 2005, in accordance with the verdict sheet,

      IT IS ORDERED that Judgment be and the same is hereby entered in favor of plaintiff Theresa Marie Simeone, as representative of the Estate of Albert Francis Simeone and in her own right in the amount of $25,000.00 under the Wrongful Death Act and $525,000.00 under the Survival Act. Judgment is entered in favor of plaintiff, Mary Ann Lengyel, as representative of the Estate of George Lengyel and in her own right in the amount of $25,000.00 under the Wrongful Death Act and $1,400,000.00 under the Survival Act and against the defendants.

                                                      BY THE COURT

                                                      ATTEST:
                                                           Christopher Campoli
                                                           Deputy Clerk

Civ 1 (8/80)
civjud.frm