## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, and THERESA MARIE SIMEONE, In Her Own Right, and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In Her Own Right, | : : : : : : : : : | CIVIL ACTION NO. 02CV4852 |
| | : | |
| Plaintiffs, | : : | |
| v. | : : | JURY TRIAL DEMANDED |
| BOMBARDIER-ROTAX GmbH, et al., | : : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiffs' Motion to Award Delay Damages Pursuant to Pa. R. Civ. P. 238, and any response thereto, it is hereby ORDERED that Plaintiffs' Motion is GRANTED and delay damages are awarded as follows:

    Lengyel Plaintiffs        $160,975.12

    Simeone Plaintiffs      $62,130.74

                           BY THE COURT:

                           _____
                           **Berle M. Schiller, U.S.D.J.**