**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on October 26, 2005, a true and correct copy of the foregoing Motion to Award Delay Damages Pursuant to Pa. R. Civ. P. 238 was served via electronic service and first class mail, postage prepaid, upon the following:

>Robert J. Kelly, Esquire
>WILSON ELSER MOSKOWITZ
>  EDELMAN & DICKER LLP
>33 Washington Street, 18th Floor
>Newark, NJ  07102

>THE WOLK LAW FIRM


>   *Alan D. Mattioni /s/*
>Alan D. Mattioni, Esquire
>1710-12 Locust Street
>Philadelphia, PA  19103
>(215) 545-4220
>(215) 545-5252 (facsimile)