IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased, and THERESA MARIE SIMEONE, In Her Own Right, and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In Her Own Right,  : : : : : : : : : : Plaintiffs, : : v. : : BOMBARDIER-ROTAX GmbH, et al., : : Defendants. : | CIVIL ACTION NO. 02CV4852  JURY TRIAL DEMANDED |

## NOTICE

**You are hereby notified to file a written answer to the attached motion for delay damages within twenty days from the filing of this motion (or such other applicable time) or the delay damages sought in this motion may be added to the verdict or decision against you.**