# Exhibit A



235 SOUTH 9TH STREET
PHILADEL_____, PA 19107
PHONE: (215) 546-7400
FAX: 215-985-0169



Philadelphia
Association of
Professional
Process Servers

# AFFIDAVIT OF SERVICE

| PLAINTIFF(S) | CASE NO. | DATE RECEIVED |
|---|---|---|
| Theresa Marie Simeone, et al | 02-4852 | September 3, 2002 |

| DEFENDANT(S) | |
|---|---|
| Bombardier-Rotax GmbH, et al | United States District Court – Eastern District of Pennsylvania |

| SERVE AT | |
|---|---|
| Jersey Central Power & Light Company c/o C.T. Corp. 1515 Market St., Ste. 1210 Phila., PA 19102 | Summons and Complaint 9/18/02 |

| COMPANY CONTROL NO. | REFERENCE NO. |
|---|---|
| PS122743 | |

Served and made known to **Jersey Central Power & Light Company**

Accepted By: **Nancy Armstrong**

On the **5** day of **September**, 20**02**, at **2:00PM** o'clock, \_\_\_\_ M.

**SAME AS ABOVE**

Commonwealth of Pennsylvania, in the manner described below:

- [ ] Defendant(s) personally served.
- [ ] Adult family member with whom said Defendant(s) reside(s). Relationship is
- [ ] Adult in charge of Defendant's residence who refused to give name or relationship.
- [ ] Manager/Clerk of placing of lodging in which Defendant(s) reside(s).
- [X] Agent or person in charge of Defendant's office or usual place of business.   **Authorized Agent**
- [ ] Posted
- [ ] Other

Description: Age \_\_\_\_ Height \_\_\_\_ Weight \_\_\_\_ Race \_\_\_\_ Sex \_\_\_\_

NAME OF SERVER
**Jason Dalessio** _____ being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

Process Server / Competent Adult

Sheriff _____

Sworn to & subscribed before me this \_\_\_\_ day of _____ 20\_\_\_

Law Firm **Wolk & Genter**
Attorney's Name **Arthur Alan Wolk, Esquire** For _____
Address **1712 Locust Street Philadelphia PA 19103**
Telephone # **545-4220**    Identification # _____

ATTEST _____
PRO PROTHY

DATE

2000 Philadelphia Assoc. of Professional Process Servers Rev 1

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA MARIE SIMEONE, Personal Representative of the Estate of Albert Francis Simeone, Jr., Deceased and THERESA MARIE SIMEONE, In Her Own Right and MARY ANN LENGYEL, Personal Representative of the Estate of George Lengyel, Deceased, and MARY ANN LENGYEL, In Her Own Right<br><br>v.<br><br>BOMBARDIER-ROTAX GmbH, Individually and as a Joint Venture and/or d/b/a Rotax; BOMBARDIER INC., Individually and as a Joint Venture and/or d/b/a Rotax; BOMBARDIER CORPORATION, Individually and as a Joint Venture and/or d/b/a Rotax; KODIAK RESEARCH LTD., Nassau, Bahamas, Individually and as a Joint Venture and/or d/b/a Rotax; ROTECH RESEARCH CANADA LTD. a/k/a KODIAK RESEARCH CANADA, LTD., Individually and as a Joint Venture and/or d/b/a Rotax; INTERPLANE USA, INC., Individually and as a Joint Venture and/or d/b/a Skyboy Sport Aircraft; INTERPLANE USA, LLC, Individually and as a Joint Venture and/or d/b/a Skyboy Sport Aircraft; INTERPLANE, spol.s.r.o., Individually and as a Joint Venture and/or d/b/a Skyboy Sport Aircraft; INTER-PLANE, INC., Individually and as a Joint Venture and/or d/b/a Skyboy Sport Aircraft; INTERPLANE USA, INC., Individually and as a Joint Venture and/or d/b/a Skyboy Sport Aircraft; INTERPLANE USA LLC, Individually and as a Joint Venture and/or d/b/a Skyboy Sport Aircraft; INTERPLANE LLC, Individually and as a Joint Venture and/or d/b/a Skyboy Sport Aircraft; JERSEY CENTRAL POWER AND LIGHT COMPANY, Individually and/or as a Joint Venture and/or d/b/a GPU ENERGY, INC. METROPOLITAN EDISON, PENNSYLVANIA ELECTRIC, GPU, INC.; AND FIRST ENERGY CORPORATION and FIRSTENERGY CORPORATION, Individually and/or as a Joint Venture and d/b/a GPU ENERGY, METROPOLITAN EDISON COMPANY, PENNSYLVANIA ELECTRIC COMPANY, GPU, INC., AND JERSEY CENTRAL POWER AND LIGHT COMPANY | CIVIL ACTION NO. 02-4852<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Jersey Central Power and Light Company<br>c/o CT Corporation System<br>1515 Market Street<br>Suite 1210<br>Philadelphia, PA   19102 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Arthur Alan Wolk, Esq.
1710-12 Locust Street
Philadelphia, PA   19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Michael E. Kunz, Clerk of Court     Date: 7/19/02

(By) Deputy Clerk
PATRICIA A. JONES

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-5-02 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jason D'Alessio | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Nancy Armstrong accepted service for Jersey Central Power & Light Company. GO CT Corp @ 1515 Market St).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-5-02
          Date                Signature of Server

235 S. 13th St. Phila, PA 19107
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.