# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THERESA MARIE SIMEONE, Personal
Representative of the Estate of Albert Francis
Simeone, Jr., Deceased, and THERESA MARIE
SIMEONE, In her own right, and MARY ANN
LENGYEL, Personal Representative of the
Estate of George Lengyel, Deceased, and
MARY ANN LENGYEL, In her own right

: CIVIL ACTION
:
v. :
:
BOMBARDIER-ROTAX GmbH, Individually
and as a Joint Venture and/or d/b/a Rotax, and
BOMBARDIER INC., Individually and as a
Joint Venture and/or d/b/a Rotax   :   NO. 02-CV-4852

## CIVIL JUDGMENT

Before the Honorable Berle M. Schiller

AND NOW, this 24th day of October, 2005, in accordance with the verdict sheet,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of plaintiff Theresa Marie Simeone, as representative of the Estate of Albert Francis Simeone and in her own right in the amount of $25,000.00 under the Wrongful Death Act and $525,000.00 under the Survival Act. Judgment is entered in favor of plaintiff, Mary Ann Lengyel, as representative of the Estate of George Lengyel and in her own right in the amount of $25,000.00 under the Wrongful Death Act and $1,400,000.00 under the Survival Act and against the defendants.

BY THE COURT

ATTEST:
Christopher Campoli
Deputy Clerk

Civ 1 (8/80)
civjud.frm