# Exhibit C

Case 2:02-cv-04852-BMS    Document 90-8    Filed 10/26/2005    Page 1 of 2

Pa.R.C.P. No. 238

```
Date of Publication   Prime Rate
January 2, 1980       15% to 15 1/2%
January 2, 1981       20 1/2 % to 21 1/2%
January 4, 1982       15 3/4%
January 3, 1983       11% to 11 1/2%
January 3, 1984       11%
January 2, 1985       10 3/4%
January 2, 1986       9 1/2%
January 2, 1987       7 1/2%
January 4, 1988       8 3/4%
January 3, 1989       10 1/2%
January 2, 1990       10 1/2%
January 2, 1991       9 1/2 % to 10%
January 2, 1992       6 1/2%
January 4, 1993       6%
January 3, 1994       6%
January 3, 1995       8 1/2%
January 2, 1996       8 1/2%
January 2, 1997       8 1/4%
January 2, 1998       8 1/2%
January 4, 1999       7 3/4%
January 3, 2000       8 1/2%
January 2, 2001       9 1/2%
January 2, 2002       4 3/4%
January 2, 2003       4 1/4%
January 2, 2004       4%
January 3, 2005       5 1/4%
```

HISTORICAL NOTES

2002 Main Volume

**Order of Sept. 24, 1997**

Order of Sept. 24, 1997, rewrote subd. (c), which formerly read:

"Not later than ten days after the verdict or notice of the decision, the plaintiff may file a written motion requesting damages for delay and setting forth the computation.

"(1) Within ten days after the motion is filed, the defendant may answer specifying the grounds for opposing the plaintiff's motion. The averments of the answer shall be deemed denied. If an issue of fact is raised, the court may, in its discretion, hold a hearing before entering an appropriate order.

"*Note:* An order of the court on the motion for delay damages shall not be subject to a motion for post-trial relief.

"(2) If the defendant does not oppose the motion, the court shall add the damages for delay to the verdict or decision.

"(3)(i) If a motion for post-trial relief has been filed under Rule 227.1 and a motion for delay damages is opposed, a judgment may not be entered until all motions filed under Rule 227.1 and this rule have been decided.

"(ii) If no motion for post-trial relief is filed within the ten-day period under Rule 227.1 but the defendant opposes the motion for delay damages, the plaintiff may enter judgment on the verdict or decision. Thereafter, upon deciding the motion for damages for delay, the court shall enter judgment for the amount of the delay damages, if any."

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.