IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA MARIE SIMEONE, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOMBARDIER-ROTAX GmbH & Co. KG, et al., | : | No. 02-4852 |
| Defendants. | : | |

## ORDER

AND NOW, this **9th** day of **November**, **2005**, it is hereby **ORDERED** that no later than November 18, 2005:

1. Plaintiffs shall resubmit a Bill of Costs that only includes costs related to Plaintiffs' federal case.

2. Plaintiffs shall provide the Court with receipts for its exemplification and copy costs.

BY THE COURT:

_____
**Berle M. Schiller, J.**