AO 133    (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

_____Eastern_____    District of    _____Pennsylvania_____

Theresa Marie Simeone, et al

### V.

_____Bombardier-Rotax GmbH, et al_____    Case Number:  02CV4858

Judgment having been entered in the above entitled action on  ___10/24/2005___  against  ___defendant___,
                                                                                      Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 163.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,580.29 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 10,520.83 |
| Fees and disbursements for printing  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8,218.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 14,446.06 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL    $ | 38,928.18 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:  ___All Counsel of Record___.

Signature of Attorney: _____

Name of Attorney:  ___Alan D. Mattioni___

For:  ___Plaintiffs Theresa Marie Simeone and Mary Ann Lengyel___    Date:  ___11/11/2005___
                    Name of Claiming Party

Costs are taxed in the amount of  _____  and included in the judgment.

_____    By: _____    _____
Clerk of Court                         Deputy Clerk                              Date

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Donald Sommer<br>252 Balsam Lane, Boulder, CO 80403 | 2 | 80.00 | 1 | 250.00 | | 003.00 | $2,333.00 |
| Herbert Newbold<br>1436 Main Street, Louisville, CO  80027 | 3 | 120.00 | 3 | 375.00 | | 401.00 | $2,896.00 |
| Manuel Raefsky<br>17851 N. Silverdale Court, Surprise, AZ 85374 | 2 | 80.00 | 2 | 250.00 | | ,527.40 | $1,857.40 |
| Mark Seader<br>737 McGraw Circle, Fort Collins, CO 80526 | 1 | 40.00 | 1 | 125.00 | | 766.60 | $931.60 |
| Ronald Madison<br>1517 KBS Road, York County, PA | 1 | 40.00 | | | | 160.00 | $200.00 |
| | | | | | | | $0.00 |
| | | | | | | | $8,218.00 |

"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."


    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."


Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

# Itemization of Simeone/Lengyel Costs

## Fees for the Clerk

| | |
|---|---|
| Clerk of Court (Filing Fee – Complaint) | 150.00 |
| United States District Court (Letters Rogatory) | 13.00 |
| | 163.00 |

## Fees for Summons and Subpoenae

| | |
|---|---|
| B&R (Attempted Svc of Summons and Complaint) | 90.00 |
| Robert Lutren (Svc of Federal Court Complaint) | 130.00 |
| Merritt & Loew (Svc of First Energy Summons and Complaint) | 70.00 |
| Aallen Bryant & Assoc. (Svc of Interplane LLC Summons and Complaint) | 100.00 |
| Aallen Bryant & Assoc. (Svc of Interplane USA LLC Summons and Complaint) | 100.00 |
| Aallen Bryant & Assoc. (Svc of Interplane USA Inc. Summons and Complaint) | 100.00 |
| Aallen Bryant & Assoc. (Svc of Federal Summons and Complaint) | 150.00 |
| Aallen Bryant & Assoc. (Svc of Lockwood Aviation, Inc. Subpoena) | 101.00 |
| Aallen Bryant & Assoc. (Svc of Lockwood Aviation Supply Subpoena) | 101.00 |
| Aallen Bryant & Assoc. (Svc of Lockwood Aviation Repair Subpoena) | 101.00 |
| Aallen Bryant & Assoc. (Svc of Phillip John Lockwood Subpoena) | 101.00 |
| Interceptor (Attempted Svc of Calif. Power Systems Subpoena) | 65.00 |
| Interceptor (Svc of Calif. Power Systems Subpoena) | 65.00 |
| Interceptor (Svc of Michael Stratman Subpoena) | 95.00 |
| Esquire Deposition Service (Svc of Rini Marine Sales Subpoena) | 115.00 |
| Esquire Deposition Service (Svc of Saylor Honda Seadoo Subpoena) | 145.00 |
| Esquire Deposition Service (Svc of Barris Supply Subpoena) | 127.50 |
| Esquire Deposition Service (Svc of Conneaut Lake Naviagation Co. Subpoena) | 157.50 |
| Esquire Deposition Service (Svc of M.R. Moody Sales & Service Subpoena) | 145.00 |
| Esquire Deposition Service (Svc of Super City Sports & Sales Subpoena) | 145.00 |
| Esquire Deposition Service (Svc of Solomon Chrysler/Plymouth Subpoena) | 145.00 |
| Esquire Deposition Service (Svc of Banik's Sales & Service Subpoena) | 145.00 |
| Esquire Deposition Service (Svc of AJ's Subpoena) | 183.00 |
| Esquire Deposition Service (Svc of Action Equipment Subpoena) | 183.00 |
| Esquire Deposition Service (Svc of Lombard Motor Sales Subpoena) | 90.00 |
| Esquire Deposition Service (Svc of Bob Thomas Honda/Kawasaki Subpoena) | 145.00 |
| Esquire Deposition Service (Svc of Dave Repair Service Subpoena) | 281.60 |
| Esquire Deposition Service (Svc of Motorsports Cycle Shop Subpoena) | 281.60 |
| Esquire Deposition Service (Svc of Kurtz Kawasaki Sno-Jet Subpoena) | 183.00 |
| Esquire Deposition Service (Svc of Larry Troutman Auto Mart Subpoena) | 183.00 |
| Esquire Deposition Service (Svc of Sport N Turf Subpoena) | 75.00 |
| Esquire Deposition Service (Svc of Sport Cycle Suzuki Sea Doo Subpoena) | 75.00 |
| Esquire Deposition Service (Svc of Horn's Outdoor Center Subpoena) | 150.00 |
| Esquire Deposition Service (Svc of Whitehall Turf Equipment Subpoena) | 75.00 |
| Esquire Deposition Service (Svc of Leisure Equipment Subpoena) | 75.00 |
| Esquire Deposition Service (Svc of Smith Marine Subpoena) | 75.00 |

| | |
|---|---|
| Esquire Deposition Service (Svc of Highway Marine Services Subpoena) | 75.00 |
| Esquire Deposition Service (Svc of Pasch Marine Service Subpoena) | 75.00 |
| Esquire Deposition Service (Svc of Wm. Dinbokowitz Marine Subpoena) | 135.00 |
| Paquette & Associes (Svc of Bombardier Inc. Subpoena) | 75.19 |
| Thomas L. Edgell & Assoc. (Svc of Bergfelt Racing Enterprises Subpoena) | 174.42 |
| Talley's Legal Service (Svc of Karbz Inc. Subpoena) | 115.00 |
| Ronald Madison (Witness Fee/Reimbursement) | 240.00 |
| Bergfelt Racing Enterprises (Witness Fee) | 41.48 |
| Mark Bergfelt (Witness Reimbursement) | 100.00 |
| | 5580.29 |

**Court Reporter Fees**

| | |
|---|---|
| James DeCrescenzo Reporting (Dep of D. Sommer) | 657.20 |
| James DeCrescenzo Reporting (Dep of H. Newbold) | 371.60 |
| James DeCrescenzo Reporting (Dep of M. Raefsky) | 421.30 |
| James DeCrescenzo Reporting (Dep of R. Fuess, Vol. 1) | 327.75 |
| James DeCrescenzo Reporting (Dep of R. Fuess, Vol. 2) | 116.00 |
| James DeCrescenzo Reporting (Dep of W. Losey) | 558.50 |
| James DeCrescenzo Reporting (Dep of R. Madison) | 181.00 |
| James DeCrescenzo Reporting (Deps of M. Lengyel and T. Simeone) | 557.00 |
| James DeCrescenzo Reporting (Dep of M. Ruff) | 127.05 |
| James DeCrescenzo Reporting (Dep of J. Yatsko) | 573.90 |
| James DeCrescenzo Reporting (Dep of T. McCandless) | 219.25 |
| Esquire Deposition Services (Dep of B. Dawson) | 386.05 |
| Esquire Deposition Services (Dep of M. Bergfelt) | 685.50 |
| McCorkle Court Reporters (Dep of R. Mandarino) | 248.45 |
| Jean E. Dolan Associates (Dep of M. Seader) | 264.00 |
| Barkley Court Reporters (Dep/DVD of K. Orloff) | 1,003.50 |
| Mickey Dinter (Reimb. For Travel to Montreal for Dep of J. Fuerlinger) | 171.61 |
| USAir (M. Dinter to Montreal for Dep of J. Fuerlinger) | 890.65 |
| Nat Douget Court Reporter (Dep of J. Fuerlinger) | 1,410.52 |
| Nat Douget Court Reporter (Dep of J. Fuerlinger/Reporter's Expenses) | 800.00 |
| Ruth Meanor McMahon, RPR (Dep of C. Ferland) | 550.00 |
| | 10,520.83 |

**Fees for Exemplification and Copies of Papers**
**Necessarily Obtained for Use in the Case**

| | |
|---|---|
| Conant (DVD Duplication) | 64.20 |
| Conant (DVD Creation) | 481.50 |
| Conant (Scan/CD Creation/Color blowbacks) | 350.16 |
| Conant (CD Duplication) | 33.60 |
| Conant (Photocopies) | 894.69 |
| Conant (Photocopies) | 868.80 |
| Conant (Photocopies) | 19.26 |
| Conant (Photocopies) | 77.04 |

| | |
|---|---|
| Conant (Photocopies) | 176.55 |
| Conant (Trial Exhibit) | 51.68 |
| Conant (Photocopies) | 24.40 |
| Conant (Photocopies) | 78.11 |
| Conant (Photocopies) | 52.22 |
| Conant (Photocopies) | 13.05 |
| Conant (Photocopies) | 86.88 |
| Conant (Photocopies) | 52.22 |
| Conant (Photocopies) | 541.79 |
| Conant (Photocopies) | 9.63 |
| Conant (Photocopies) | 2,361.00 |
| Conant (Photocopies) | 418.69 |
| Conant (Photocopies) | 197.25 |
| Conant (Photocopies) | 17.28 |
| Conant (Photocopies) | 12.84 |
| Conant (Photocopies) | 70.88 |
| Conant (Photocopies) | 12.48 |
| Conant (Photocopies) | 34.56 |
| Conant (Photocopies) | 73.62 |
| Conant (Photocopies) | 26.66 |
| Conant (Trial Exhibit) | 143.49 |
| Conant (Trial Exhibit) | 271.78 |
| Reliable Copy Service | 160.50 |
| Rittenhouse Camera (Photographs) | 16.67 |
| Rittenhouse Camera (Photographs) | 68.33 |
| William Geigert (Lengyel Photo Scanning/Editing/DVD) | 112.50 |
| William Geigert (Simeone Photo Scanning/Editing/DVD) | 200.00 |
| Raynes McCarty (Photocopies) | 272.00 |
| The Wolk Law Firm (Photocopies: 40,665 @ $.15/copy) | 6,099.75 |
| | 14,446.06 |

**Other Costs**

| | |
|---|---|
| Considine & Zawadzka (Translation Services) | 450.00 |
| Serve-Em.com (Translation of Letters Rogatory) | 260.00 |
| DOT/FAA (Airman File re George Lengyel) | 2.40 |
| Air Data Research (FAA Database Search) | 225.00 |
| Jerry Hall (Aircraft Model) | 2,437.50 |
| Anglin Aircraft Recovery (Storage of Wreckage, Dec. 2001-Sept. 2005) | 4,533.30 |
| AeroScope (Exemplar Fuel Pump) | 276.24 |
| AeroScope (Aerial Photograph of York Airport) | 300.00 |
| | 8,484.44 |

SIMEONE

# CONANT

Business Printing
Legal Copying



PAID
OCT 24 2005
62044

# Invoice

**70403**

No.

Date 9/20/05

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (DVD Duplication) re: Simeone | |
| 6 | DVD Duplication ($10.00) | 60.00 |

| | | |
|---|---|---|
| (DVD Duplication) re: Simeone | SUB | 60.00 |
| Sales Rep: q | TAX | 4.20 |
| Taken by: kathy | | |
| Account Type: Charge | SHIPPING | |
| Please return duplicate with payment. | | |
| EIN # 23-2368896 | TOTAL | 64.20 |

Thank You!

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
It's all about Performance

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

**Business Printing**
**Legal Copying**

# Invoice

## 70125

No.

Date 8/26/05

Customer P.O. No.

Terry Moore
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa 19103

Phone: 215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (DVD Creation) re: Simeone | |
| 6 | DVD Creation from Mini Digital Video Tapes ($75.00) | 450.00 |

*PAID SEP 28 2005*

| | | |
|---|---|---|
| Sales Rep: q | (DVD Creation) re: Simeone | |
| Taken by: ds | | |
| Account Type: Charge | | |
| Please return duplicate with payment. | | |

Thank You!

EIN # 23-2368896

| | |
|---|---|
| SUB | 450.00 |
| TAX | 31.50 |
| SHIPPING | |
| TOTAL | 481.50 |

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
### It's all about Performance

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA 19102, 215 557.7466 FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

## 69056

No.

Date 6/23/2005

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220
Fax: 215-545-5252

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Scanning) re: Yatsku | |
| 25 | 8.5x11 B/W Scans @.14 | 3.50 |
| 95 | 8.5x11 Man. Color Scans @1.25 | 118.75 |
| 1 | CD Creation ($25.00) | 25.00 |
| 180 | 8.5x11 Color Blowbacks | 180.00 |

PAID
SEP 05 2005
611654

| | (Scanning) re: Yatsku | | |
|---|---|---|---|
| Sales Rep: q | | SUB | 327.25 |
| Taken by: jm | | | |
| Account Type: Charge | | TAX | 22.91 |
| Please return duplicate with payment. | | | |
| | | SHIPPING | |
| | EIN # 23-2368896 | TOTAL | 350.16 |

Thank You!

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
## It's all about Performance

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice
## 70694

No.

Date 10/10/05

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (CD Duplication) re: Simeone | |
| | 6        CD Duplication ($5.00) | 30.00 |
| 1 | FedEx Shipping Charges (Ltr) | 1.50 |

| | | |
|---|---|---|
| Sales Rep: q | (CD Duplication) re: Simeone | |
| Taken by: jm | SUB | 31.50 |
| Account Type: Charge | TAX | 2.10 |
| Please return duplicate with payment. | SHIPPING | |
| EIN # 23-2368896 | TOTAL | 33.60 |

**Thank You!**

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
It's all about Performance

OCT 1 3 2005

PL 10/24/05
CK 62044

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229



**Business Printing**
**Legal Copying**

# Invoice
## 70521

No.

Date    9/27/05

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | (Records) re: Simeone, 8.5 x 11 White 20# Bond - Premium  Smooth, 2175 originals, copied on 1 side | 478.50 |
| 2 | (Records) re: Simeone, 11 x 17 All Colors 20# Bond - Hammermill Colors  Smooth, 12 originals, copied on 1 side | 3.36 |
| 2 | (Color Copies) re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 241 originals, copied on 1 side | 313.30 |
| 2 | (Color Copies) re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 6 originals, copied on 1 side | 15.00 |
| 2 | (Color Copies) re: Simeone, 11 x 17 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 4 originals, copied on 1 side | 16.00 |
| 2 | CD Duplication ($5.00) | 10.00 |

(Records) re: Simeone

Sales Rep: q
Taken by: jm
Account Type: Charge
Please return duplicate with payment.

| | |
|---|---|
| SUB | 836.16 |
| TAX | 58.53 |
| SHIPPING | |
| TOTAL | 894.69 |

EIN # 23-2368896

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
### It's all about Performance

pd 10/24/05
C/L 62044



## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

## 70532

No.

9/29/05
Date

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | (Records) re: Simeone, 8.5 x 11 White 20# Bond - Premium  Smooth, 4 originals, copied on 1 side | 0.80 |
| 2 | (Records) re: Simeone, 8.5 x 11 All Colors 20# Bond - Hammermill Colors Smooth, 11 originals, copied on 1 side | 2.64 |
| 2 | (Color Copies) re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 697 originals, copied on 1 side | 808.52 |

(Records) re: Simeone

| | | |
|---|---|---|
| Sales Rep: q | SUB | 811.96 |
| Taken by: jm | | |
| Account Type: Charge | TAX | 56.84 |
| Please return duplicate with payment. | | |
| | SHIPPING | |
| EIN # 23-2368896 | TOTAL | 868.80 |

Thank You!

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
### It's all about Performance

P∂ 10/24/05
Cu 62044

OCT 0 6 2005

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

## 70630

No.

Date    10/5/05

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Blueprints) re: Simeone | |
| | 18 sq. ft. total of Blueprints / Bond Copies | 18.00 |

| | (Blueprints) re: Simeone | | |
|---|---|---|---|
| Sales Rep: kathy | | SUB | 18.00 |
| Taken by: kathy | | | |
| Account Type: Charge | | TAX | 1.26 |
| Please return duplicate with payment. | | | |
| | | SHIPPING | |
| | EIN # 23-2368896 | TOTAL | 19.26 |

Thank You!

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT

It's all about Performance

PR 10/24/05
CC 62044

OCT 0 6 2005

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

**CONANT**

Business Printing
Legal Copying

# Invoice

## 70670

No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220
Fax: 215-545-5252

Date    10/7/2005

Customer P.O. No.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Color Posters) re: Simeone | |
| 4 | 11 x 17 Color Posters (unmounted) | 72.00 |

| | (Color Posters) re: Simeone | | |
|---|---|---|---|
| Sales Rep: q | | SUB | 72.00 |
| Taken by: jm | | | |
| Account Type: Charge | Thank You! | TAX | 5.04 |
| Please return duplicate with payment. | | | |
| | | SHIPPING | |
| | EIN # 23-2368896 | TOTAL | 77.04 |

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

**CONANT**

Pd 10/24/05 It's all about Performance
CK 62044

OCT 1 1 2005

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

## 70690

No.

Date    10/10/2005

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220
Fax: 215-545-5252

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 3 | (Color Copies) re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 70 originals, copied on 1 side | 147.00 |
| 4 | (Color Copies) re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 5 originals, copied on 1 side | 18.00 |

(Color Copies) re: Simeone

Sales Rep: q
Taken by: jm
Account Type: Charge
Please return duplicate with payment.

Thank You!

EIN # 23-2368896

| | |
|---|---|
| SUB | 165.00 |
| TAX | 11.55 |
| SHIPPING | |
| TOTAL | 176.55 |

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT

It's all about Performance

gd 10/24/05
CK 62044

OCT 1 1 2005

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

## 70809

No.

Date    10/16/2005

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220
Fax: 215-545-5252

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Trial Poster) Re: Simeone | |
| 1 | 30 x 40 mounted b/w poster(s) | 48.30 |

|  |  |
|---|---|
| (Trial Poster) Re: Simeone | |

| | | |
|---|---|---|
| Sales Rep: q | SUB | 48.30 |
| Taken by: tm | | |
| Account Type: Charge | TAX | 3.38 |
| Please return duplicate with payment. | | |
| | SHIPPING | |
| EIN # 23-2368896 | TOTAL | 51.68 |

Thank You!

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT

It's all about Performance

OCT 1 7 2005

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

## 70794

No.

Date   10/12/05

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 4 | (Color Copies) re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 6 originals, copied on 1 side | 22.80 |

(Color Copies) re: Simeone

Sales Rep: kathy
Taken by: kathy
Account Type: Charge
Please return duplicate with payment.

Thank You!

EIN # 23-2368896

| | |
|---|---|
| SUB | 22.80 |
| TAX | 1.60 |
| SHIPPING | |
| TOTAL | 24.40 |

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
### It's all about Performance

Pd 10/24/05
OK 62044

OCT 1 7 2005

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

## 70789

No.

Date      10/12/05

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 4 | (Color Copies) re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 15 originals, copied on 1 side | 48.00 |
| 4 | (Color Copies) re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 5 originals, copied on 1 side | 25.00 |
|  | (Color Copies) re: Simeone |  |

Sales Rep: kathy
Taken by: kathy
Account Type: Charge
Please return duplicate with payment.

Thank You!

EIN # 23-2368896

| | |
|---|---|
| SUB | 73.00 |
| TAX | 5.11 |
| SHIPPING | |
| TOTAL | 78.11 |

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
It's all about Performance

OCT 1 7 2005

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

**Business Printing**
**Legal Copying**

# Invoice

No. **69658**

Date 8/4/2005

Customer P.O. No.

Kim K.
The Wolk Law Firm
710-12 Locust Street
Philadelphia Pa 19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Color Copies) Re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth. 61 originals. copied on 1 side | 48.80 |

**PAID**
**SEP 2 8 2005**
61861

(Color Copies) Re: Simeone

| | | |
|---|---|---|
| SUB | | 48.80 |
| TAX | | 3.42 |
| SHIPPING | | |
| TOTAL | | 52.22 |

Sales Rep: q
Taken by: jl
Account Type: Charge
Please return duplicate with payment.

Thank You
DUPLICATE

EIN # 23-2368896

## Business Printing

Brochures
Letterhead
Envelopes
Announcements
Newsletters

# CONANT
It's all about Performance

## Legal Copying

Exhibit Enlargements
Litigation Copying
Complete Brief Service
High Volume Xeroxing
Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia. PA 19102. 215 557.7466 FAX 215 557.9229



# CONANT

**Business Printing**
**Legal Copying**

*Jen,*
*This is really*
*Simeone.*

# Invoice

No. **69038**

Date 6/22/2005

Customer P.O. No.

Stacy
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Scanning) re: Godfrey | |
| 12 | 8.5x11 Auto. Color Scans @.60 | 7.20 |
| 1 | Scan to email | 5.00 |

PAID
SEP 05 2005

(Scanning) re: Godfrey

| | | |
|---|---|---|
| SUB | | 12.20 |
| TAX | | 0.85 |
| SHIPPING | | |
| TOTAL | | 13.05 |

Sales Rep: q
Taken by: jm
Account Type: Charge
Please return duplicate with payment.

Thank You!

DUPLICATE

EIN # 23-2368896

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
It's all about Performance

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102, 215 557.7466 FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

No.          **69415**

Date   7/18/05

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | (Records) Re: Simeone, 8.5 x 11 White 20# Bond - Premium  Smooth, 7 originals, copied on 1 side | 1.40 |
| 2 | (Color Copies) Re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 42 originals, copied on 1 side | 79.80 |

PAID
SEP 05 2005

(Records) Re: Simeone

Sales Rep: m
Taken by: m
Account Type: Charge
Please return duplicate with payment.

Thank You!

EIN # 23-2368896

| | |
|---|---|
| SUB | 81.20 |
| TAX | 5.68 |
| SHIPPING | |
| TOTAL | 86.88 |

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
It's all about Performance

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

JUL 2 0 2005  Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

**Business Printing**
**Legal Copying**

# Invoice

No. **69658**

Date 8/4/2005

Customer P.O. No.

Kim K.
The Wolk Law Firm
710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | (Color Copies) Re: Simeone, 8.5 x 11 Photo White - 98 Bright 28# Text - Hammermill Color Copy Smooth, 61 originals, copied on 1 side | 48.80 |

(Color Copies) Re: Simeone

Sales Rep: q
Taken by: jl
Account Type: Charge
Please return duplicate with payment.

Thank You!

EIN # 23-2368896

| | |
|---|---|
| SUB | 48.80 |
| TAX | 3.42 |
| SHIPPING | |
| TOTAL | 52.22 |

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
## It's all about Performance

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229



**CONANT**

Business Printing
Legal Copying

# Invoice
## 68962

No.

6/21/05
Date

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | (Color Copies) re: Simeone, 8.5 x 11 Ultra Bright White Color Copy-Hammermill 28#, 505 originals, copied on 1 side | 479.75 |
| 1 | (Records) re: Simeone, 8.5 x 11 White Bond-Premium , 6 originals, copied on 1 side | 0.60 |
| | 26 sq. ft. total of Blueprints / Bond Copies | 26.00 |

PAID
JUL 27 2005

61394

Taken by: jm
Account Type: Charge
Please return duplicate with payment.

(Color Copies) re: Simeone

Thank You!
DUPLICATE

EIN # 23-2368896

| | |
|---|---|
| SUB | 506.35 |
| TAX | 35.44 |
| SHIPPING | |
| TOTAL | 541.79 |

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

**CONANT**

It's all about Performance

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

## 68962

No.

Date  6/21/05

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | (Color Copies) re: Simeone, 8.5 x 11 Ultra Bright White Color Copy-Hammermill 28#, 505 originals, copied on 1 side | 479.75 |
| 1 | (Records) re: Simeone, 8.5 x 11 White Bond-Premium , 6 originals, copied on 1 side | 0.60 |
| | 26 sq. ft. total of Blueprints / Bond Copies | 26.00 |

Taken by: jm
Account Type: Charge
Please return duplicate with payment.

Thank You!

(Color Copies) re: Simeone

| | |
|---|---|
| SUB | 506.35 |
| TAX | 35.44 |
| SHIPPING | |
| TOTAL | 541.79 |

EIN # 23-2368896

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
It's all about Performance

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

JUN 2 1 2005

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102, 215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice

No.    **69000**

Date 6/21/2005

Customer P.O. No.

Cheryl
The Wolk Law Firm
710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220
Fax: 215-545-5252

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Blueprints) re: Simeone | |
| | 9 sq. ft. total of Blueprints / Bond Copies | 9.00 |

PAID
JUL 25 2005
61394

| | | |
|---|---|---|
| (Blueprints) re: Simeone | SUB | 9.00 |
| Sales Rep: q | TAX | 0.63 |
| Taken by: jm | | |
| Account Type: Charge | SHIPPING | |
| Please return duplicate with payment. | | |
| EIN # 23-2368896 | TOTAL | 9.63 |

Thank You!

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT

It's all about Performance

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

# Invoice
## 66373

No.

Date    1/24/05

Customer P.O. No.

Cyndi/Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 8 | (Records) re: Simeone, 8.5 x 11 White Bond-Premium , 1254 originals, copied on 1 side | 1,003.20 |
| 8 | (Color Copies) re: Simeone, 8.5 x 11 Ultra Bright White Color Copy-Hammermill 28#, 94 originals, copied on 1 side | 564.00 |
| 1,348 | Bates Labeling (includes labels & adhering) | 13.48 |
| 17 | 1" Velo Binder | 21.25 |
| 17 | 2" Velo Binder | 25.50 |
| 34 | Copied Covers w/Backers | 13.60 |
| 9,382 | Pages Velo Drilled | 93.82 |
| 3 | 1st Class Mail | 34.80 |
| 3 | Box (Handling charge) | 12.00 |
|  | After Hours Court Filing | 20.00 |
| (Scanning) re: Simeone |  |  |
| 253 | 8.5x11 B/W Scans @.14 | 35.42 |
| 1 | 8.5x14 B/W Scans @.14 | 0.14 |
| 94 | 8.5x11 Color Scans @1.50 | 141.00 |
| 506 | 8.5x11 Blowbacks (paper  copies from digital files) | 50.60 |

APR 0 8 2005
60479

| (continued  on  page  2) | SUB | |
|---|---|---|
| | TAX | |
| | SHIPPING | |
| EIN # 23-2368896 | TOTAL | |

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
## It's all about Performance

JAN 2 7 2005

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102, 215 557.7466  FAX 215 557.9229

# CONANT

**Business Printing**
**Legal Copying**

# Invoice
## 66373 (2)

No.

Date 1/24/05

Customer P.O. No.

Cyndi/Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa 19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | 11x17 Blowbacks (paper copies from digital files) | 0.24 |
| 188 | 8.5x11 Color Blowbacks | 188.00 |

(Records) re: Simeone

Sales Rep: q
Taken by: jm
Account Type: Charge
Please return duplicate with payment.

EIN # 23-2368896

| | |
|---|---|
| SUB | 2,217.05 |
| TAX | 143.95 |
| SHIPPING | |
| TOTAL | 2,361.00 |

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
## It's all about Performance

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA 19102, 215 557.7466 FAX 215 557.9229

# CONANT

**Business Printing
Legal Copying**

## Invoice

### 65990

No.

12/27/04

Date

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | (Records) re: Simeone, 8.5 x 11 White Bond-Premium , 3309 originals, copied on 1 side | 330.90 |
| 1 | (Color Copies) re: Simeone, 8.5 x 11 Ultra Bright White Color Copy-Hammermill 28#, 62 originals, copied on 1 side | 58.90 |
| 1 | 2" Velo Binder | 1.50 |

(Records) re: Simeone

PAID
FEB 22 2005
60061

| | | |
|---|---|---|
| Sales Rep: q | SUB | 391.30 |
| Taken by: jm | | |
| Account Type: Charge | TAX | 27.39 |
| Please return duplicate with payment. | | |
| | SHIPPING | |
| EIN # 23-2368896 | TOTAL | 418.69 |

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
### It's all about Performance

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

DEC 2 7 2004  High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

## Invoice

No. **63709**

Date **8/19/04**

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa 19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 3 | (Records) Re: Simeone, 8.5 x 11 White Bond-Premium , 5 originals, copied on 1 side | 1.50 |
| 3 | (Color Copies) Re: Simeone, 8.5 x 11 Ultra Bright White Color Copy-Hammermill 28#, 61 originals, copied on 1 side | 173.85 |
| | 9 sq. ft. total of Blueprints / Bond Copies | 9.00 |

(Records) Re: Simeone

Sales Rep: q
Taken by: jel
Account Type: Charge
Please return duplicate with payment.

EIN # 23-2368896

| | |
|---|---|
| SUB | 184.35 |
| TAX | 12.90 |
| SHIPPING | |
| TOTAL | 197.25 |

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT

It's all about Performance

AUG 2 3 2004

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA 19102, 215 557.7466 FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

**Invoice**

No. **63633**

Date  8/11/04

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | (Color Copies) Re: Simeone, 8.5 x 11 Ultra Bright White Color Copy-Hammermill 28#, 17 originals, copied on 1 side | 16.15 |

PAID
SEP 14 2004
58771

(Color Copies) Re: Simeone

Sales Rep: q
Taken by: jel
Account Type: Charge
Please return duplicate with payment.

EIN # 23-2368896

| | |
|---|---|
| SUB | 16.15 |
| TAX | 1.13 |
| SHIPPING | 0.00 |
| TOTAL | 17.28 |

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
It's all about Performance

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

AUG 1 6 2004  High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

**Business Printing**
**Legal Copying**

**Invoice**

63648

No.

Date     8/12/04

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Bond Copies) Re: Simeone<br>12 sq. ft. total of Blueprints / Bond Copies | 12.00 |

PAID
SEP 1 4 2004
58779

| | (Bond Copies) Re: Simeone | | |
|---|---|---|---|
| Sales Rep: q<br>Taken by: jl<br>Account Type: Charge<br>Please return duplicate with payment. | | SUB | 12.00 |
| | | TAX | 0.84 |
| | | SHIPPING | 0.00 |
| | EIN # 23-2368896 | TOTAL | 12.84 |

| Business Printing | CONANT | Legal Copying |
|---|---|---|
| Brochures | | Exhibit Enlargements |
| Letterhead | It's all about Performance | Litigation Copying |
| Envelopes | | Complete Brief Service |
| Announcements | AUG 1 6 2004 | High Volume Xeroxing |
| Newsletters | | Color Copies |

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

**Business Printing**
**Legal Copying**

## Invoice

No. 63413

Date 8/3/04

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa 19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Bond Copies) Re: Simeone<br>12 sq. ft. total of Blueprints / Bond Copies | 12.00 |

PAID
SEP 1 4 2004
58778

| | (Bond Copies) Re: Simeone | | |
|---|---|---|---|
| Sales Rep: q<br>Taken by: jel<br>Account Type: Charge<br>Please return duplicate with payment. | | SUB | 12.00 |
| | | TAX | 0.84 |
| | | SHIPPING | 0.00 |
| | EIN # 23-2368896 | TOTAL | 12.84 |

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

## CONANT

It's all about Performance

AUG 0 5 2004

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA 19102, 215 557.7466 FAX 215 557.9229

# CONANT

**Business Printing**
**Legal Copying**

# Invoice

No.  **63415**

Date  8/3/04

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | (Records) Re: Simeone, 8.5 x 11 White Bond-Premium , 276 originals, copied on 1 side | 66.24 |

PAID
SEP 1 4 2004
58778

| | | |
|---|---|---|
| (Records) Re: Simeone | SUB | 66.24 |
| Sales Rep: q | TAX | 4.64 |
| Taken by: jel | SHIPPING | 0.00 |
| Account Type: Charge | | |
| Please return duplicate with payment. | | |
| EIN # 23-2368896 | TOTAL | 70.88 |

Thank You!

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT

It's all about Performance

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

AUG 0 5 2004

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying

**Invoice**

63445

No.

Date     8/4/04

Customer P.O. No.

Kim K.
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | (Color Copies) Re: Simeone, 8.5 x 11 Ultra Bright White Color Copy-Hammermill  28#, 17 originals, copied on 1 side | 32.30 |

(Color Copies) Re: Simeone

| | | |
|---|---|---|
| Sales Rep: q | SUB | 32.30 |
| Taken by: jel | | |
| Account Type: Charge | TAX | 2.26 |
| Please return duplicate with payment. | | |
| | SHIPPING | 0.00 |
| **DUPLICATE** | | |
| EIN # 23-2368896 | TOTAL | 34.56 |

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT

It's all about Performance

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying



## Invoice

No.                    **52715**

Date       8/27/02

Customer P.O. No.

Karen K.
Wolk & Genter
1710-12 Locust Street
Philadelphia PA  19103

Phone:  215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 16 | (Records) Re: Simeone, 8.5 x 11 White Bond-Premium , 43 originals, copied on 1 side | 68.80 |

| | | | |
|---|---|---|---|
| Taken by: cl | (Records) Re: Simeone | SUB | 68.80 |
| Account Type: Charge | | TAX | 4.82 |
| Please return duplicate with payment. | | SHIPPING | 0.00 |
| | EIN # 23-2368896 | TOTAL | 73.62 |

THANK YOU

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT

It's all about Performance

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

Business Printing
Legal Copying



PAID
JUL 11 2002
50741

# Invoice

**No.** 51582

**Date** 5/23/02

**Customer P.O. No.**

Karen K.
Wolk & Genter
1710-12 Locust Street
Philadelphia PA 19103

Phone: 215-545-4220

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | (Records) Re: Simeone, 8.5 x 11 White Bond-Premium , 88 originals, copied on 1 side | 21.12 |
| 2 | (Color Copies) Re: Simeone, 8.5 x 11 Ultra Bright White Color Copy-Hammermill 28#, 2 originals, copied on 1 side | 3.80 |

Taken by: GD
Account Type: Charge
Please return duplicate with payment.

(Records) Re: Simeone

Thank You!

EIN # 23-2368896

| | |
|---|---|
| SUB | 24.92 |
| TAX | 1.74 |
| SHIPPING | 0.00 |
| TOTAL | 26.66 |

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT

It's all about Performance

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA 19102, 215 557.7466 FAX 215 557.9229

# CONANT

**Business Printing**
**Legal Copying**



# Invoice

No.  **70804**

Date   10/13/2005

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220
Fax: 215-545-5252

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Color Enlargements) re: Simeone | |
| 1 | 40 x 40 Color Posters (Mounted) | 134.10 |

| | | |
|---|---|---|
| Sales Rep: q | (Color Enlargements) re: Simeone | |
| Taken by: jm | | |
| Account Type: Charge | | |
| Please return duplicate with payment. | | |

| | |
|---|---|
| SUB | 134.10 |
| TAX | 9.39 |
| SHIPPING | |
| TOTAL | 143.49 |

EIN # 23-2368896

**Business Printing**

Brochures

Letterhead

Envelopes

Announcements

Newsletters

# CONANT
## It's all about Performance

OCT 1 8 2005

**Legal Copying**

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

**CONANT**

Business Printing
Legal Copying

# Invoice

### 70883

No.

Date    10/18/2005

Customer P.O. No.

Cheryl
The Wolk Law Firm
1710-12 Locust Street
Philadelphia Pa  19103

Phone: 215-545-4220
Fax: 215-545-5252

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | (Color Enlargement) re: Simeone | |
| 1 | 30 x 40 Color Posters (Mounted)(2 Individual Scans) | 254.00 |

Sales Rep: q
Taken by: jm
Account Type: Charge
Please return duplicate with payment.

(Color Enlargement) re: Simeone

EIN # 23-2368896

| | |
|---|---|
| SUB | 254.00 |
| TAX | 17.78 |
| SHIPPING | |
| TOTAL | 271.78 |

## Business Printing

Brochures

Letterhead

Envelopes

Announcements

Newsletters

**CONANT**

It's all about Performance

OCT 1 9 2005

## Legal Copying

Exhibit Enlargements

Litigation Copying

Complete Brief Service

High Volume Xeroxing

Color Copies

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102, 215 557.7466  FAX 215 557.9229

William Geigert
308 Roxborough Ave
Phila PA 19128
215.910.2034
wgeigert@yahoo.com

Wolk Airlaw
RE : Lengel
11/1/05

| Description | hour | rate | total |
|---|---|---|---|
| Picture Scanning | 1 | $25.00 | $25.00 |
| Editing | 2.5 | $25.00 | $62.50 |
| DVD Auth/Burn | 1 | $15.00 | $25.00 |
| | | **Total** | **$112.50** |

William Geigert
308 Roxborough Ave
Phila PA 19128
215.910.2034
wgeigert@yahoo.com

Wolk Airlaw
RE : Simeone
11/1/05

| Description | hour | rate | total |
|---|---|---|---|
| Video Scanning | 4 | $25.00 | $100.00 |
| Picture Scanning | 1 | $25.00 | $25.00 |
| Editing | 3 | $25.00 | $75.00 |
| DVD Auth/Burn | 1 | $15.00 | $25.00 |
| | | **Total** | **$200.00** |