IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA MARIE SIMEONE,** *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **BOMBARDIER-ROTAX GMBH,** *et al.* | : | NO. 02-4852 |

### O R D E R

**AND NOW,** this 10th day of January, 2006, it is hereby **ORDERED** that the Motions to Award Delay Damages (Document Nos. 89 and 90) filed by plaintiffs in this matter are **DISMISSED** as moot.

BY THE COURT:

_____
**Berle M. Schiller, J.**