IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**THERESA MARIE SIMEONE et al.** : **CIVIL ACTION**
:
**v.** :
**BOMBARDIER-ROTAX GMBH et al.** : **NO. 02-4852**

## JUDGMENT

**AND NOW**, this          day of ,                    2006, judgment is hereby entered in favor of plaintiffs Theresa Marie Simeone, Mary Ann Lengyel and against defendants Bombardier-Rotax GMBH, Bombardier Inc., Bombardier Corporation in the amount of $26,159.43.

S/ Michael E. Kunz
**MICHAEL E. KUNZ**
**CLERK OF COURT**