IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**THERESA MARIE SIMEONE et al.** : **CIVIL ACTION**
:
**v.** :
**BOMBARDIER-ROTAX GMBH et al.** : **NO. 02-CV-4852**

## JUDGMENT

     **AND NOW**, this 24th day of August, 2006, it appearing that counsel have settled the bills of costs filed by plaintiffs on November 3, 2005 and November 11, 2005, it is hereby

     **ORDERED** that the judgment entered in favor of plaintiffs Theresa Marie Simeone, Mary Ann Lengyel and against defendants Bombardier-Rotax GMBH, Bombardier Inc., Bombardier Corporation on August 23, 2006 in the amount of $26,159.43 (document #104 in 02-cv-4852), and the accompanying Clerk's Taxation of Costs opinion (document #105 in 02-cv-4852) are **VACATED**.

                                       S/ MICHAEL E. KUNZ
                                       **MICHAEL E. KUNZ**
                                       **CLERK OF COURT**