IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

September 4, 2008

TO:  Counsel of Record

SUBJECT:   **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

CIVIL ACTION NO. 02-04852
             SIMEONE et al    vs.   BOMBARDIER-ROTAX GMBH et al


**N O T I C E**

      Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

      In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s).  If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**
**Paper No.      Filed on**

**33             1/19/2005      Response filed by Theresa Marie Simeone, Theresa Marie Simeone 2, Mary Ann Lengyel, Mary Ann Lengyel 2 in Opposition to Brief in Support of Defendant BRP-Rotax GMBH & Co. KG's Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and Defendants Bombardier Inc.'s and Bombardier Corporation's Motion for Summary Judgment, Appendix of Exhibits No. 1, Appendix of Exhibits No. 2, Appendix of Exhibits No. 2(a), Appendix of Exhibits  No. 3, Appendix of Exhibits No. 4.**

| | | |
|---|---|---|
| 55 | 9/6/2005 | **Exhibits "A" Trough "M" by Theresa Marie Simeone, Theresa Marie Simeone 2, Mary Ann Lengyel, Mary Ann Lengyel 2 to Plaintiffs' response in Opposition to Defendants' Motion for Summary Judgment.** |

A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Eileen J. Bobb at (267) 299-7177.

Very truly yours,

MICHAEL E. KUNZ
CLERK OF COURT

Eileen J. Bobb
Deputy Clerk

Copies by mail to:

| | | | |
|---|---|---|---|
| C. Cerski | J. Dryer | N. Ehrlich | P. Ford |
| R. Kelly | H. Lester | A. Mattioni | J. Salmon |
| K. Waters | A. Wolk | | |

Notice L.R. 5.1.5.frm